Anita M. Chambers, *admitted pro hac vice*
The Employment Law Group, P.C.
1717 K St. NW, Ste. 1110
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
achambers@employmentlawgroup.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUZANNE IVIE,<br><br>    *Plaintiff*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br><br>    *Defendant*. | Case No.: 3:19-cv-01657-JR<br><br>PLAINTIFF'S WITNESS LIST |

### PLAINTIFF SUZANNE IVIE'S WITNESS LIST

Plaintiff Suzanne Ivie may call the following witnesses at trial:

1. AstraZeneca's 30(b)(6) designees (Amy Welch and Mike Pomponi)
2. Barbara McCullough
3. Dawn Benson
4. Dawn Ceaser
5. Dr. Ashleigh Byrne
6. Dr. Cheryl Johnson
7. Jenny Capell
8. Judy Gibbs
9. Karen Belknap
10. Larry Hinson
11. Linda Truax
12. Mike Pomponi
13. Richard Edelman
14. Scott Sevart
15. Stephanie DiNunzio
16. Suzanne Ivie

Dated: May 10, 2021                    Respectfully submitted,


        */s/  Anita M. Chambers*

Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766

R. Scott Oswald, *admitted pro hac vice*
Anita M. Chambers, *admitted pro hac vice*
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
achambers@employmentlawgroup.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2021, a true and correct copy of the foregoing was served via email:

Anne M. Talcott, OSB # 965325
Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204-3719
(503) 796-2911
(503) 796-2900 (facsimile)
atalcott@schwabe.com

John C. Dodds Admitted Pro Hac Vice
Ryan McCarthy, Admitted Pro Hac Vice
Melinda R. Riechert, Admitted Pro Hac Vice
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
(215) 963-5001 (facsimile)
john.dodds@morganlewis.com
ryan.mccarthy@morganlewis.com
melinda.riechert@morganlewis.com

*Counsel for Defendant AstraZeneca Pharmaceuticals, LP*

                                          */s/ Anita M. Chambers*
                                            Anita M. Chambers