# LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:19-cv-01657-JR | | | | | | Judge Jolie A. Russo | |
|---|---|---|---|---|---|---|---|---|
| Title | Suzanne Ivie | | | | | | | |
| | vs. AstraZeneca Pharmaceuticals, LP | | | | | | | |
| Dates of Hearing/Trial | 6/14/21 - 6/22/21 | | | | | | | |
| Court Reporters | Dennis Apodaca | | | | | | | |
| Deputy Clerks | G. Magnuson | | | | | | | |

| Attorney for Govt / Plaintiff | | Attorney for Defendant | |
|---|---|---|---|
| Robert Scott Oswald; Anita Mazumdar Chambers | | Melinda Riechert; Ryan McCarthy; Anne Talcott | |

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | 6/15/21 | |
| | | | | | | | Michael Mario Pomponi | π |
| 68 | ✓ | R | | | | | (See attached exhibit lists) | |
| 75 | ✓ | R | | | | | " | |
| 80 | ✓ | R | | | | | " | |
| 79 | ✓ | R | | | | | " | |
| 77 | ✓ | R | | | | | " | |
| 75 | ✓ | R | | | | | " | |
| 46 | ✓ | R | | | | | " | |
| 67 | ✓ | R | | | | | " | |
| 81 | ✓ | R | | | | | " | |
| 80 | ✓ | R | | | | | " | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                    (191657-TrialWitExhList.wpd)

| Case No. | | | | | | Title | | |
|---|---|---|---|---|---|---|---|---|
| 3:19-cv-01657-JR | | | | | | Ivie v. AstraZeneca Pharmaceuticals LP | | |
| Govt / Ptf | | | Def | | | **Date** | **WITNESS / EXHIBIT DESCRIPTION** | **Called b y** |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | Amy Welch (video) | π |
| | | | | | | | Dawn Cheree Ceaser | π |
| 39 | ✓ | R | | | | | (See attached exhibit lists) | |
| 46 | ✓ | R | | | | | " | |
| 111 | ✓ | R | | | | | " | |
| 73 | ✓ | R | | | | | " | |
| 10 | ✓ | R | | | | | " | |
| 73 | ✓ | R | | | | | " | |
| 57 | ✓ | R | | | | | " | |
| | | | 519 | ✓ | R | | " | |
| 77 | ✓ | R | | | | | " | |
| 37 | ✓ | N | | | | | " | |
| 73 | ✓ | R | | | | | " | |
| | | | | | | | Karen Belknap | π |
| 82 | ✓ | R | | | | | (See attached exhibit lists) | |
| 81 | ✓ | R | | | | | " | |
| 91 | ✓ | R | | | | | " | |
| 18 | ✓ | R | | | | | " | |
| 5 | ✓ | R | | | | | " | |
| 177 | ✓ | R | | | | | " | |
| 145 | ✓ | R | | | | | " | |
| 23 | ✓ | R | | | | | " | |
| 15 | ✓ | R | | | | | " | |
| 27 | ✓ | R | | | | | " | |
| | | | | | | | 6/16/21 | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. 3:19-cv-01657-JR | | | | | | Title Ivie v. AstraZeneca Pharmaceuticals LP | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | Karen Belknap (cont'd) | π |
| | | | 501 | ✓ | R | | (See attached exhibit lists) | |
| 91 | ✓ | R | | | | | " | |
| | | | 502 | ✓ | R | | " | |
| | | | 503 | ✓ | R | | " | |
| | | | 518 | ✓ | R | | " | |
| | | | 506 | ✓ | R | | " | |
| 19 | ✓ | R | | | | | " | |
| 94 | ✓ | R | | | | | " | |
| | | | 525 | ✓ | R | | " | |
| 84 | ✓ | R | | | | | " | |
| 82 | ✓ | R | | | | | " | |
| 58 | ✓ | R | | | | | " | |
| 91 | ✓ | R | | | | | " | |
| 88 | ✓ | R | | | | | " | |
| 99 | ✓ | R | | | | | " | |
| 100 | ✓ | R | | | | | " | |
| | | | | | | | Stephanie DiNunzio | π |
| 21 | ✓ | R | | | | | (See attached exhibit lists) | |
| 77 | ✓ | R | | | | | " | |
| 5 | ✓ | R | | | | | " | |
| 9 | ✓ | R | | | | | " | |
| 13 | ✓ | R | | | | | " | |
| 23 | ✓ | R | | | | | " | |
| 14 | ✓ | R | | | | | " | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. 3:19-cv-01657-JR | | | | | | Title Ivie v. AstraZeneca Pharmaceuticals LP | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | **Date** | **WITNESS / EXHIBIT DESCRIPTION** | **Called b y** |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 201 | ✓ | R | | | | | (See attached exhibit lists) | |
| 15 | ✓ | R | | | | | " | |
| 57 | ✓ | R | | | | | " | |
| | | | 519 | ✓ | R | | " | |
| | | | 522 | ✓ | R | | " | |
| | | | 520 | ✓ | R | | " | |
| | | | 504 | ✓ | R | | " | |
| | | | 507 | ✓ | R | | " | |
| 5 | ✓ | R | | | | | " | |
| 23 | ✓ | R | | | | | " | |
| 14 | ✓ | R | | | | | " | |
| 24 | ✓ | R | | | | | " | |
| 57 | ✓ | R | | | | | " | |
| | | | 519 | ✓ | R | | " | |
| | | | 538 | ✓ | R | | " | |
| | | | 523 | ✓ | R | | " | |
| | | | 542 | ✓ | R | | " | |
| | | | 539 | ✓ | R | | " | |
| 73 | ✓ | R | | | | | " | |
| 92 | ✓ | R | | | | | " | |
| | | | 509 | ✓ | R | | " | |
| | | | 517 | ✓ | R | | " | |
| 25 | ✓ | R | | | | | " | |
| | | | 505 | ✓ | R | | " | |
| | | | 508 | ✓ | R | | " | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. 3:19-cv-01657-JR | | | | | | Title Ivie v. AstraZeneca Pharmaceuticals LP | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | 531 | ✓ | R | | (See attached exhibit lists) | |
| | | | 544 | ✓ | R | | " | |
| 31 | ✓ | R | | | | | " | |
| 15 | ✓ | R | | | | | " | |
| | | | | | | | Linda M. Truax | π |
| | | | | | | | 6/17/21 | |
| | | | | | | | Suzanne Ivie | π |
| 31 | ✓ | R | | | | | (See attached exhibit lists) | |
| | | | 545 | ✓ | R | | " | |
| 75 | ✓ | R | | | | | " | |
| 69 | ✓ | R | | | | | " | |
| 29 | ✓ | R | | | | | " | |
| 30 | ✓ | R | | | | | " | |
| 8 | ✓ | R | | | | | " | |
| 81 | ✓ | R | | | | | " | |
| 177 | ✓ | R | | | | | " | |
| 46 | ✓ | R | | | | | " | |
| 61 | ✓ | R | | | | | " | |
| 67 | ✓ | R | | | | | " | |
| | | | 533 | ✓ | R | | " | |
| | | | 539 | ✓ | R | | " | |
| | | | 540 | ✓ | R | | " | |
| | | | 522 | ✓ | R | | " | |
| | | | 520 | ✓ | R | | " | |
| | | | 504 | ✓ | R | | " | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. | | | | | | Title | | |
|---|---|---|---|---|---|---|---|---|
| 3:19-cv-01657-JR | | | | | | Ivie v. AstraZeneca Pharmaceuticals LP | | |
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | Barbara McCullough (video) | π |
| 58 | ✓ | R | | | | | (See attached exhibit lists) | |
| 87 | ✓ | R | | | | | " | |
| 81 | ✓ | R | | | | | " | |
| 67 | ✓ | R | | | | | " | |
| 59 | ✓ | R | | | | | " | |
| 67 | ✓ | R | | | | | " | |
| 177 | ✓ | R | | | | | " | |
| | | | | | | | Suzanne Ivie (cont'd) | π |
| | | | 507 | ✓ | R | | (See attached exhibit lists) | |
| | | | 508 | ✓ | R | | " | |
| | | | 531 | ✓ | R | | " | |
| 123 | ✓ | R | | | | | " | |
| 75 | ✓ | R | | | | | " | |
| 29 | ✓ | R | | | | | " | |
| 91 | ✓ | R | | | | | " | |
| 81 | ✓ | R | | | | | " | |
| 94 | ✓ | R | | | | | " | |
| 92 | ✓ | R | | | | | " | |
| | | | | | | | Cheryl Johnson (video) | π |
| 129 | ✓ | R | | | | | (See attached exhibit lists) | |
| | | | | | | | Jenny Capell | π |
| | | | | | | | Suzanne Ivie (cont'd) | π |
| 143 | ✓ | R | | | | | (See attached exhibit lists) | |
| | | | | | | | Judy L. Gibb | π |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. 3:19-cv-01657-JR | | | | | | Title Ivie v. AstraZeneca Pharmaceuticals LP | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIPTION | Called b y |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | | Laura Dawn Benson | π |
| | | | | | | | Scott Sevart | π |
| | | | | | | | 6/18/21 | |
| | | | | | | | Richard Edelman (video) | π |
| 3 | ✓ | R | | | | | (See attached exhibit lists) | |
| 2 | ✓ | R | | | | | " | |
| 4 | ✓ | R | | | | | " | |
| | | | | | | | Larry Hinson | π |
| | | | 522 | ✓ | R | | (See attached exhibit lists) | |
| | | | | | | | Genie Yu Hamilton | Δ |
| | | | 522 | ✓ | R | | (See attached exhibit lists) | |
| | | | | | | | Craig Barnes | Δ |
| | | | 555 | ✓ | R | | (See attached exhibit lists) | |
| | | | | | | | Amy Welch | Δ |
| | | | 510 | ✓ | R | | (See attached exhibit lists) | |
| 67 | ✓ | R | | | | | " | |
| 58 | ✓ | R | | | | | " | |
| | | | 526 | ✓ | R | | " | |
| | | | 527 | ✓ | R | | " | |
| | | | 528 | ✓ | R | | " | |
| | | | 529 | ✓ | R | | " | |
| | | | 530 | ✓ | R | | " | |
| | | | 555 | ✓ | R | | " | |
| | | | | | | | Edward J. Bierhanzl | Δ |
| 3 | ✓ | R | | | | | (See attached exhibit lists) | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

| Case No. 3:19-cv-01657-JR | | | | | | | Title Ivie v. AstraZeneca Pharmaceuticals LP | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | **Date** | **WITNESS / EXHIBIT DESCRIPTION** | Called b y |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 2 | ✓ | R | | | | | (See attached exhibit lists) | |
| | | | | | | | Robert Glen Stickle | Δ |
| | | | | | | | Christopher Thomsen | Δ |
| | | | | | | | (The following exhibits are RECEIVED into evidence on the record) | |
| 1-36 | | R | | | | | (See attached exhibit lists) | |
| 38-40 | | R | | | | | " | |
| 42-108 | | R | | | | | " | |
| 110-123 | | R | | | | | " | |
| 125-148 | | R | | | | | " | |
| 150-182 | | R | | | | | " | |
| 201 | | R | | | | | " | |
| | | | 501-535 | | R | | " | |
| | | | 538-550 | | R | | " | |
| | | | 552-553 | | R | | " | |
| | | | 555 | | R | | " | |
| | | | | | | | 6/21/21 | |
| | | | 554 | ✓ | R | | (Received as Redacted - see attached exhibit lists) | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

Anita M. Chambers, *admitted pro hac vice*
The Employment Law Group, P.C.
1717 K St. NW, Ste. 1110
Washington, D.C. 20006
(202) 261-2812
(202) 261-2835 (facsimile)
achambers@employmentlawgroup.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| _____ ) | |
| SUZANNE IVIE, ) | |
| ) | **Case No.: 3:19-cv-01657-JR** |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **PLAINTIFF'S SECOND** |
| ) | **AMENDED TRIAL** |
| ) | **EXHIBIT LIST** |
| ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

## PLAINTIFF'S SECOND AMENDED TRIAL EXHIBIT LIST

Plaintiff Suzanne Ivie submits the following list of exhibits which may be used at trial.

Plaintiff also reserves the right to amend this list and add additional exhibits, including rebuttal

and impeachment exhibits. This list has been amended to include one additional impeachment

exhibit and Plaintiff's Trial Exhibits 198 through 200. Additionally, the Bates End numbers on

Exhibits 23 and 67 have been corrected to reflect the pages contained in the exhibit.

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 1 | | | AZ Annual Report | | | |
| 2 | | | Edelman Backpay Table | | | |
| 3 | | | Edelman Frontpay Table | | | |
| 4 | | | Edelman Total Damages Table | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 5 | AZ00000001 | AZ00000002 | Email from DiNunzio to Belknap re: Ivie coaching assessment | | | |
| 6 | AZ00000003 | AZ00000003 | Coaching Assessment - January 2019 | | | |
| 7 | AZ00000004 | AZ00000004 | Email from Ivie to Pomponi, Belknap re: Daliresp indication. | | | |
| 8 | AZ00000005 | AZ00000005 | Pomponi to Ivie re: Daliresp off-label marketing. | | | |
| 9 | AZ00000006 | AZ00000006 | Email from DiNunzio to Belknap re: Ivie coaching data | | | |
| 10 | AZ00000008 | AZ00000008 | Investigation Follow-up Documents from Broussard to Madalina | | | |
| 11 | AZ00000009 | AZ00000009 | COPD Statistics_January 2019 - Broussard Email attachments | | | |
| 12 | AZ00000010 | AZ00000010 | Email from Broussard to team re: COPD insights | | | |
| 13 | AZ00000011 | AZ00000012 | Email between Belknap and DiNunzio re: Ivie documentation | | | |
| 14 | AZ00000020 | AZ00000022 | Email from DiNunzio to Belknap re: Three Pieces of Documentation for Ivie | | | |
| 15 | AZ00000026 | AZ00000027 | Ivie 2018 Year End Review | | | |
| 16 | AZ00000032 | AZ00000032 | Email from Pomponi to DiNunzio re: Daliresp Follow Up | | | |
| 17 | AZ00000033 | AZ00000033 | Email from Belknap to Ivie CC DiNunzio and Weeks re: 1st Written Warning | | | |
| 18 | AZ00000034 | AZ00000035 | First written warning | | | |
| 19 | AZ00000044 | AZ00000046 | Email from Ivie to Belknap re: no access to the system and retaliation concerns | | | |
| 20 | AZ00000048 | AZ00000048 | Message from Belknap to Ivie about return to work after FMLA leave. | | | |
| 21 | AZ00000052 | AZ00000054 | DiNunzio self-assessment | | | |
| 22 | AZ00000064 | AZ00000064 | Email re: DiNunzio Response to Broussard message about COPD | | | |
| 23 | AZ00000065 | AZ00000068 | DiNunzio e-mail enclosing questions for Ivie | | | |
| 24 | AZ00000069 | AZ00000071 | Email from DiNunzio to Welch, Belknap, Hartman re: 2/18 discussion | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 25 | AZ00000076 | AZ00000077 | Email DiNunzio to team, Pomponi re: Engaging with Insights | | | |
| 26 | AZ00000078 | AZ00000078 | Email from Ivie to DiNunzio re: medical leave | | | |
| 27 | AZ00000091 | AZ00000091 | Email from Grey to DiNunzio re:removing Ivie from Compliance Ambassador Role | | | |
| 28 | AZ00000092 | AZ00000094 | Email from Ivie re: AZ - 12/19 complaint | | | |
| 29 | AZ00000095 | AZ00000096 | Email from Grey to Pettineo re: Daliresp Sales promotional pieces | | | |
| 30 | AZ00000101 | AZ00000103 | Emails re: Daliresp promotion | | | |
| 31 | AZ00000124 | AZ00000127 | Email from Ivie to Pomponi re: Engaging with insights question | | | |
| 32 | AZ00000132 | AZ00000132 | Email from Ivie to Pomponi and Belknap re: Daliresp indication | | | |
| 33 | AZ00000133 | AZ00000134 | Deep Customer Insights - training | | | |
| 34 | AZ00000135 | AZ00000137 | Engaging with Insights Worksheet - training | | | |
| 35 | AZ00000154 | AZ00000154 | Email re: Engaging with Insights Follow-up | | | |
| 36 | AZ00000155 | AZ00000155 | January 2019 Insights notes - COPD stats | | | |
| 37 | AZ00000166 | AZ00000166 | Email from Ivie to Welch and Ceaser re: HR discussion recap | | | |
| 38 | AZ00000167 | AZ00000168 | Email from Kellum-Jackson to Abbonizio re: investigation into Ivie's appeal to written warning | | | |
| 39 | AZ00000169 | AZ00000172 | Email from Ceaser to Ivie re: Benatar nickname | | | |
| 40 | AZ00000191 | AZ00000194 | Email from DiNunzio to Abbonizio re: Seattle Region Leadership Meeting | | | |
| 41 | AZ00000195 | AZ00000196 | Email from Ivie to Ceaser and Gray re: summary of termination call | | | |
| 42 | AZ00000311 | AZ00000395 | Ivie personnel file | | | |
| 43 | AZ00000396 | AZ00000396 | Letter from Kellum-Jackson to Ivie re: response to appeal | | | |
| 44 | AZ00000402 | AZ00000408 | AstraZeneca & Medimmune U.S. Policy on FMLA | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 45 | AZ00000410 | AZ00000411 | Email from Pomponi to Grey re: Daliresp | | | |
| 46 | AZ00000414 | AZ00000415 | Response from Pomponi to Ivie acknowledging receipt of Ivie's complaint. | | | |
| 47 | AZ00000416 | AZ00000416 | Email from Ivie to DiNunzio re: Fast Start | | | |
| 48 | AZ00000417 | AZ00000417 | January 2019 district meeting | | | |
| 49 | AZ00000430 | AZ00000430 | Email from Ivie to Grey about ambassadorship role | | | |
| 50 | AZ00000431 | AZ00000431 | January meeting with "old bus" v "new bus" | | | |
| 51 | AZ00000437 | AZ00000437 | Oct 2018 Coaching Days | | | |
| 52 | AZ00000441 | AZ00000441 | PDP spreadsheet | | | |
| 53 | AZ00000458 | AZ00000458 | 2019 Coaching assessment - Ivie | | | |
| 54 | AZ00000463 | AZ00000463 | Oct 2018 coaching report | | | |
| 55 | AZ00000483 | AZ00000484 | Email from Belknap to Welch re: leave | | | |
| 56 | AZ00000494 | AZ00000495 | Email from Belknap to Welch re: leave | | | |
| 57 | AZ00000512 | AZ00000513 | Email from DiNunzio re: mediation | | | |
| 58 | AZ00000517 | AZ00000520 | Emails from Welch to McCullough, Ceaser re: termination | | | |
| 59 | AZ00000536 | AZ00000540 | Emails from Caeser to McCullough re: termination | | | |
| 60 | AZ00000545 | AZ00000545 | Email from DiNunzio to Ceaser re: termination form | | | |
| 61 | AZ00000559 | AZ00000561 | Emails between Ivie and DiNunzio re: coaching days after FMLA | | | |
| 62 | AZ00000581 | AZ00000581 | April 2019 DSM Coaching Days presentation | | | |
| 63 | AZ00000592 | AZ00000594 | Engaging with Insight Worksheet | | | |
| 64 | AZ00000616 | AZ00000616 | DALIRESP 2019 roadmap | | | |
| 65 | AZ00000700 | AZ00000700 | DiNunzio training history | | | |
| 66 | AZ00000782 | AZ00000782 | Ivie Coaching Reports | | | |
| 67 | AZ00000791 | AZ00000794 | Email from Pomponi to McCullough re: summary of case | | | |
| 68 | AZ00000795 | AZ00000795 | Email from Pomponi re: Ivie interview | | | |
| 69 | AZ00000796 | AZ00000797 | Email from Pomponi re: Ivie interview | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 70 | AZ00000798 | AZ00000808 | Email re compliance investigation | | | |
| 71 | AZ00000809 | AZ00000813 | Email re compliance investigation | | | |
| 72 | AZ00000840 | AZ00000841 | Thomsen interview notes | | | |
| 73 | AZ00000854 | AZ00000855 | Email from DiNunzio to Gray re age discrim | | | |
| 74 | AZ00000856 | AZ00000856 | Seattle Region 2018 Kickoff Presentations | | | |
| 75 | AZ00000869 | AZ00000877 | DiNunzio investigation | | | |
| 76 | AZ00000878 | AZ00000884 | DiNunzio interview notes | | | |
| 77 | AZ00000885 | AZ00000892 | Compliance Report | | | |
| 78 | AZ00000893 | AZ00000897 | Broussard interview notes | | | |
| 79 | AZ00000898 | AZ00000903 | Clifford  interview notes | | | |
| 80 | AZ00000904 | AZ00000905 |  Cederlof interview notes | | | |
| 81 | AZ00000906 | AZ00000909 | Compliance documents | | | |
| 82 | AZ00000915 | AZ00000920 | Belknap HR documents | | | |
| 83 | AZ00000921 | AZ00000923 | DeVries interview notes | | | |
| 84 | AZ00000924 | AZ00000930 | Interview Summary | | | |
| 85 | AZ00000931 | AZ00000933 | Gray interview notes | | | |
| 86 | AZ00000934 | AZ00000940 | Hamilton interview notes | | | |
| 87 | AZ00000941 | AZ00000941 | Email from Pomponi to McCullough re: investigation into Ivie complaints | | | |
| 88 | AZ00000942 | AZ00000942 | Email from Belknap to DiNunzio re: unsubstantiated claims | | | |
| 89 | AZ00000943 | AZ00000947 | Email from Maratas re: insight picture | | | |
| 90 | AZ00000948 | AZ00000948 | Email from Hamilton to Pomponi re: Symbicort Insight | | | |
| 91 | AZ00000956 | AZ00000959 | Notes for Suzanne's 1st Written Warning, re: field coaching | | | |
| 92 | AZ00000960 | AZ00000963 | Notes for DiNunzio appeal of 1st Written Warning | | | |
| 93 | AZ00000969 | AZ00000973 | Thomsen interview notes | | | |
| 94 | AZ00000983 | AZ00000991 | Investigation findings | | | |
| 95 | AZ00000992 | AZ00000995 | HR investigative documents | | | |
| 96 | AZ00000997 | AZ00000997 | Belknap and DiNunzio texts re: speaking about Ivie | | | |
| 97 | AZ00000998 | AZ00000998 | Belknap and DiNunzio texts re: Ivie | | | |
| 98 | AZ00000999 | AZ00000999 | Belknap and DiNunzio texts re: Ivie | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 99 | AZ00001000 | AZ00001000 | Belknap and DiNunzio texts re: departure | | | |
| 100 | AZ00001001 | AZ00001001 | Belknap and DiNunzio texts re: departure | | | |
| 101 | AZ00001002 | AZ00001002 | DiNunzio and Gray texts re: Ivie complaints | | | |
| 102 | AZ00001006 | AZ00001006 | DiNunzio and Gray texts re: Ivie | | | |
| 103 | AZ00001010 | AZ00001010 | DiNunzio and Gray texts | | | |
| 104 | AZ00001014 | AZ00001014 | Text messages re: Ivie | | | |
| 105 | AZ00001015 | AZ00001015 | DiNunzio and Gray texts re: Ivie | | | |
| 106 | AZ00001016 | AZ00001016 | DiNunzio and Gray texts re: Ivie | | | |
| 107 | AZ00001017 | AZ00001017 | DiNunzio and Gray texts re: Ivie | | | |
| 108 | AZ00001018 | AZ00001018 | DiNunzio and Welch texts re: Ivie | | | |
| 109 | AZ00001019 | AZ00001019 | DiNunzio and Welch texts re: Ivie | | | |
| 110 | AZ00001021 | AZ00001022 | Emails re Maratas PIP | | | |
| 111 | AZ00001023 | AZ00001025 | Maratas PIP | | | |
| 112 | AZ00001026 | AZ00001029 | HR Standards of Conduct | | | |
| 113 | AZ00001030 | AZ00001032 | HR Disciplinary Policy | | | |
| 114 | AZ00001033 | AZ00001039 | Code of Ethics 2017 | | | |
| 115 | AZ00001040 | AZ00001044 | AZ Harassment Policy | | | |
| 116 | AZ00001045 | AZ00001123 | US Policy Handbook | | | |
| 117 | AZ00001124 | AZ00001126 | HR USA - EEO Policy | | | |
| 118 | AZ00001127 | AZ00001133 | AstraZeneca Code of Ethics 2019 | | | |
| 119 | AZ00001134 | AZ00001137 | HR Open Door Policy | | | |
| 120 | AZ00001138 | AZ00001138 | Stephanie DiNunzio Certifications | | | |
| 121 | AZ00001139 | AZ00001142 | Compliance Guidance for Field Based Roles | | | |
| 122 | Ivie0000001 | Ivie0000002 | Ivie complaints | | | |
| 123 | Ivie0000008 | Ivie0000017 | Email with TGrey about Engaging with Insights training | | | |
| 124 | Ivie0000089 | Ivie0000097 | Effective communication guidelines 2019 | | | |
| 125 | Ivie0000154 | Ivie0000155 | Ivie's resume | | | |
| 126 | Ivie0000226 | Ivie0000228 | Ivie to Grey and Pomponi requesting help | | | |
| 127 | Ivie0000422 | Ivie0000427 | Medical Records - Dr. Byrne | | | |
| 128 | Ivie0000429 | Ivie0000430 | Letter to migraine specialist | | | |
| 129 | Ivie0000433 | Ivie0000454 | Medical Records - Dr. Johnson | | | |
| 130 | Ivie0000456 | Ivie0000464 | Medical Records Dr. Byrne | | | |
| 131 | Ivie0000465 | Ivie0000473 | Medical Records - Dr. Byrne | | | |
| 132 | Ivie0000522 | Ivie0000527 | Medical Records - Dr. Byrne | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 133 | Ivie0000530 | Ivie0000533 | Emergency Room Visit | | | |
| 134 | Ivie0000535 | Ivie0000535 | Belknap to DiNunzio re: return to work | | | |
| 135 | Ivie0000559 | Ivie0000560 | Ivie to Grey re: removal from compliance role | | | |
| 136 | Ivie0000561 | Ivie0000563 | Emails between Ivie and Belknap re: request for help | | | |
| 137 | Ivie0000564 | Ivie0000566 | Emails between Ivie and Belknap re: request for help | | | |
| 138 | Ivie0000573 | Ivie0000576 | Emails between Ivie and Belknap re: request for help | | | |
| 139 | Ivie0000581 | Ivie0000582 | Belknap to Ivie re: transition to Ceaser | | | |
| 140 | Ivie0000592 | Ivie0000594 | Email from Ivie to Ceaser re: investigation recap and mediation | | | |
| 141 | Ivie0000620 | Ivie0000623 | Email from Cherry to DiNunzio re: coach app | | | |
| 142 | Ivie0000663 | Ivie0000667 | Ivie to Pomponi re: investigation and further concerns | | | |
| 143 | Ivie0000743 | Ivie0000743 | Kellum-Jackson to Ivie re: appeal | | | |
| 144 | Ivie0000748 | Ivie0000748 | Email from DiNunzio to team re: budget | | | |
| 145 | Ivie0000749 | Ivie0000750 | Email from DiNunzio to Ivie re: speaker budget program | | | |
| 146 | Ivie0000751 | Ivie0000752 | Email from Ivie to team re: national leadership | | | |
| 147 | Ivie0000753 | Ivie0000754 | Emails between Ivie and DiNunzio re: quick turnaround | | | |
| 148 | Ivie0000813 | Ivie0000813 | Emails re: DiNunzio to team re: budget | | | |
| 149 | Ivie0000816 | Ivie0000816 | Excerpt from AZ PowerPoint re: contributions | | | |
| 150 | Ivie0000819 | Ivie0000820 | Email from DiNunzio to team re: budget | | | |
| 151 | Ivie0000821 | Ivie0000823 | Email from DiNunzio to team re: budget | | | |
| 152 | Ivie0000824 | Ivie0000825 | Email from DiNunzio to DSMs re: budget | | | |
| 153 | Ivie0000827 | Ivie0000827 | Q1 2019 Travel Budget | | | |
| 154 | Ivie0000828 | Ivie0000829 | DiNunzio to team re: budget for fast start meetings | | | |
| 155 | Ivie0000830 | Ivie0000831 | DiNunzio to team re: budget | | | |
| 156 | Ivie0000832 | Ivie0000835 | Q2 2019 Budget - FDR | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 157 | Ivie0000836 | Ivie0000836 | DiNunzio to Ivie re: Q2 budget | | | |
| 158 | Ivie0000839 | Ivie0000839 | Concur notice re: virtual meetings | | | |
| 159 | Ivie0000848 | Ivie0000851 | DiNunzio to team re: performance | | | |
| 160 | Ivie0000886 | Ivie0000892 | Ivie to team re: sales performance | | | |
| 161 | various | | Compilation exhibit -Emails re: awards and positive feedback | | | |
| 162 | Ivie0000895 | Ivie000901 | Positive feedback from DiNunzio | | | |
| 163 | Ivie0000984 | Ivie0000994 | Emails about Ivie not having access to coaching app after return | | | |
| 164 | Ivie0001106 | Ivie0001107 | Q4 2017 budget numbers | | | |
| 165 | Ivie0001173 | Ivie0001175 | Performance awards | | | |
| 166 | Ivie0001250 | Ivie0001269 | Daliresp insert | | | |
| 167 | Ivie0001270 | Ivie0001278 | Matrix Sales Overview | | | |
| 168 | Ivie0001279 | Ivie0001279 | Symbicort performance | | | |
| 169 | Ivie0001303 | Ivie0001307 | Ivie e-mails to team and DiNunzio re: Symbicort | | | |
| 170 | Ivie0001327 | Ivie0001328 | DiNunzio re:National Leadership Team | | | |
| 171 | Ivie0001477 | Ivie0001477 | AZ to Ivie re: Symbicort market share award | | | |
| 172 | Ivie0001491 | Ivie0001504 | Texts from VP of sales re: good performance | | | |
| 173 | Ivie0001655 | Ivie0001655 | Pharmaceutical Sales Rep of the Year | | | |
| 174 | Ivie0001757 | Ivie0001759 | Performance certifications | | | |
| 175 | various | | Compilation exhibit re: Coaching App | | | |
| 176 | Ivie0002310 | Ivie0002310 | Circle of Excellence Award | | | |
| 177 | Ivie0002026 | Ivie0002027 | DiNunzio to Ivie re: coaching numbers | | | |
| 178 | Ivie0000890 | Ivie0000892 | DiNunzio to Ivie re: Symbicort coaching plan | | | |
| 179 | Ivie000889 | Ivie000889 | DiNunzio to Ivie re:Spokane team | | | |
| 180 | | | Corporate Integrity Agreement | | | |
| 181 | | | AstraZeneca U.S. Compliance Program | | | |
| 182 | | | Respiratory Sales 2018 | | | |
| 183 | | | Rebuttal Exhibit: Oregon Website COPD Statistics | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 184 | | | Rebuttal Exhibit: Select Task Force on the Study of Harassment in the Workplace – Report of Co-Chairs Chai R. Feldblum & Victoria A. Lipnic | | | |
| 185 | | | Impeachment Exhibit | | | |
| 186 | | | Impeachment Exhibit | | | |
| 187 | | | Impeachment Exhibit | | | |
| 188 | | | Impeachment Exhibit | | | |
| 189 | | | Impeachment Exhibit | | | |
| 190 | | | Impeachment Exhibit | | | |
| 191 | | | Impeachment Exhibit | | | |
| 192 | | | Impeachment Exhibit | | | |
| 193 | | | Impeachment Exhibit | | | |
| 194 | | | Impeachment Exhibit | | | |
| 195 | | | Impeachment Exhibit | | | |
| 196 | | | Impeachment Exhibit | | | |
| 197 | | | Impeachment Exhibit | | | |
| 198 | AZ00000487 | AZ00000489 | Mutual Consent Release | | | |
| 199 | | | 5/10/2018 Email from Stephanie DiNunzio to Larry Hinson re: Performance | | | |
| 200 | AZ00000148 | AZ00000149 | Engaging with Insight Training Email | | | |
| 201 | AZ00000023 | AZ00000025 | Comments on 2/18 Suzanne Ivie Discussion | | | |

Dated: June 3, 2021                     Respectfully submitted,


                                        _____/s/ Anita M. Chambers_____
                                        R.  Scott Oswald, *admitted pro hac vice*
                                        Anita M.  Chambers, *admitted pro hac vice*
                                        The Employment Law Group, P.C.
                                        1717 K St. NW, Ste. 1110
                                        Washington, D.C. 20006
                                        (202) 261-2812
                                        (202) 261-2835 (facsimile)
                                        achambers@employmentlawgroup.com
                                        soswald@employmentlawgroup.com


                                        Ashley A. Marton, OSB No. 171584
                                        CRISPIN EMPLOYMENT LAW PC
                                        1834 SW 58th Avenue, Ste. 200
                                        Portland, Oregon 97221
                                        Fax: (503) 293-5770
                                        Email: ashley@employmentlaw-nw.com

                                        *Counsel for Plaintiff Suzanne Ivie*

**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorney for AstraZeneca Pharmaceuticals, LP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SUZANNE IVIE,** | No. 3:19-CV-01657-JR |
| Plaintiff, | **DEFENDANT ASTRAZENECA PHARMACEUTICALS' TRIAL EXHIBIT LIST** |
| vs. | |
| **ASTRAZENECA PHARMACEUTICALS, LP,** | |
| Defendant. | |

Pursuant to the Court's Jury Trial Management Order dated April 29, 2021 (Dkt. No. 68),

Defendant AstraZeneca Pharmaceuticals, LP ("AstraZeneca") hereby submits its trial exhibit list.

AstraZeneca reserves the right to offer any exhibits listed by Plaintiff Suzanne Ivie

("Ivie"), the right not to offer any exhibits listed below, and the right to add to, revise, or delete

from this list as issues are identified or in response to court orders during pretrial proceedings.

Demonstrative, rebuttal, and impeachment exhibits are not listed, pursuant to court orders for

local practice.

Page 1 -   ASTRAZENECA'S TRIAL EXHIBIT LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\117025\252371\AMT\30679014.1

With respect to those exhibits submitted pursuant to Fed. R. Evid. 1006, AstraZeneca reserves the right to submit the underlining voluminous records or revised or additional summaries of such records.

Inclusion of a particular document on AstraZeneca's exhibit list is not intended to be a waiver of AstraZeneca's right to object to the introduction, admissibility and/or authenticity of that document for any purpose.

| EXHIBIT NO. | DESCRIPTION | Bates | MARKED | OFFERED | REC'D |
|---|---|---|---|---|---|
| 501. | January 15, 2019 email from Stephanie DiNunzio to Karen Belknap | AZ00000001-03 | | | |
| 502. | February 18, 2019 email from Stephanie DiNunzio to Karen Belknap | AZ00000020-22 | | | |
| 503. | February 19, 2019 email from Stephanie DiNunzio to Karen Belknap and Amy Welch | AZ00000023-25 | | | |
| 504. | DiNunzio notes of 6/15/18 Bimonthly discussion with Suzanne Ivie | AZ00000025 | | | |
| 505. | March 4, 2019 email between Stephanie DiNunzio and Michael Pomponi | AZ00000032 | | | |
| 506. | March 5, 2019 email from Karen Belknap to Suzanne Ivie re First Written Warning with March 1, 2019 Disciplinary Record of Ms. Ivie | AZ00000033-35 | | | |
| 507. | December 18, 2018 email from Stephanie DiNunzio to Suzanne Ivie | AZ00000055, 845 | | | |
| 508. | Engage with Insight Worksheet | AZ00000135-37 | | | |
| 509. | June 5, 2019 email from Stephanie DiNunzio to Linda Abbonizio | AZ00000191-94 | | | |
| 510. | 2018 End of Year Review of Suzanne Ivie | AZ00000331-340 | | | |
| 511. | 2017 End of Year Review of Suzanne Ivie | AZ00000341-48 | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | | | | | |
|---|---|---|---|---|---|
| 512. | 2016 End of Year Review of Suzanne Ivie | AZ00000349-57 | | | |
| 513. | 2015 End of Year Review of Suzanne Ivie | AZ00000358-75 | | | |
| 514. | 2014 Global Performance Management (DSM) Annual Review of Suzanne Ivie | AZ00000376-85 | | | |
| 515. | 2013 Global Performance Management (DSM) Annual Review of Suzanne Ivie | AZ00000386-94 | | | |
| 516. | March 25, 2019 email from US Field Tools | AZ00000427-29 | | | |
| 517. | Excerpt to the Seattle Region 2019 Kick Off Call PowerPoint, dated January 7, 2019 | AZ00000431 | | | |
| 518. | February 25, 2019 email between Karen Belknap and Suzanne Ivie | AZ00000471-72 | | | |
| 519. | June 5, 2019 email from Stephanie DiNunzio to Dawn Ceaser | AZ00000514-16 | | | |
| 520. | May 29, 2018 email from Stephanie DiNunzio | AZ00000547-51 | | | |
| 521. | May 28, 2019 email from Stephanie DiNunzio | AZ00000582-85 | | | |
| 522. | April 4, 2018 email from Stephanie DiNunzio | AZ00000817-19 & AZ00000549 | | | |
| 523. | January 22, 2019 email from Stephanie DiNunzio to Suzanne Ivie | AZ00000851-53 | | | |
| 524. | February 28, 2019 email from Genie Hamilton | AZ00000948-55 | | | |
| 525. | Stephanie DiNunzio's Text Messages with Karen Belknap | AZ00000996 | | | |
| 526. | HR USA – Standards of Conduct | AZ00001026-29 | | | |
| 527. | AstraZeneca Code of Ethics, Effective Date: 9/5/2017, Effective Due: 8/30/2019 | AZ00001033-39 | | | |
| 528. | US Policy Handbook, October 2018 | AZ00001046-1123 | | | |
| 529. | HR USA – Equal Employment Opportunity Policy | AZ00001124-26 | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | | | | | |
|---|---|---|---|---|---|
| 530. | HR USA – Open Door Procedure | AZ00001134-37 | | | |
| 531. | March 26, 2018 email from Stephanie Orgren | AZ00001143-1213 | | | |
| 532. | Sharing Background Information, Compliance Job Aid | AZ00001212-13 | | | |
| 533. | Photo of Suzanne Ivie | Ivie 0000744 | | | |
| 534. | December 2018 Circle of Excellence Report | -- | | | |
| 535. | May 2019 Circle of Excellence Report | -- | | | |
| 536. | December 2019 Circle of Excellence Report | -- | | | |
| 537. | February 2021 Circle of Excellence Report | -- | | | |
| 538. | August 2020 Seattle Region Pulse Survey Results | -- | | | |
| 539. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 05) | -- | | | |
| 540. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 06) | -- | | | |
| 541. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 07) | -- | | | |
| 542. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 12) | -- | | | |
| 543. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 14) | -- | | | |
| 544. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 18) | -- | | | |
| 545. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 20) | -- | | | |
| 546. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 24) | -- | | | |
| 547. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 26) | -- | | | |
| 548. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 28) | -- | | | |
| 549. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 29) | -- | | | |
| 550. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 30) | -- | | | |
| 551. | Suzanne Ivie's Text Message | -- | | | |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

| | | | | | |
|---|---|---|---|---|---|
| | Records (Ivie Dep. Ex. 32) | | | | |
| 552. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 34) | -- | | | |
| 553. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 35) | -- | | | |
| 554. | Suzanne Ivie's Text Message Records (Ivie Dep. Ex. 37) | -- | | | |
| 555. | Field Coaching Report for Craig Barnes | -- | | | |
| | *[Reserved for additional impeachment exhibits]* | | | | |
| 566. | Impeachment Exhibit | | | | |
| 567. | Impeachment Exhibit | | | | |
| 568. | Impeachment Exhibit | | | | |
| 569. | Impeachment Exhibit | | | | |
| 570. | Impeachment Exhibit | | | | |
| 571. | Impeachment Exhibit | | | | |
| 572. | Impeachment Exhibit | | | | |
| 573. | Impeachment Exhibit | | | | |
| 574. | Impeachment Exhibit | | | | |
| 575. | Impeachment Exhibit | | | | |
| 576. | Impeachment Exhibit | | | | |
| 577. | Impeachment Exhibit | | | | |
| 578. | Impeachment Exhibit | | | | |
| 579. | Impeachment Exhibit | | | | |

Dated this 10th day of May, 2021.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:   *s/ Anne M. Talcott*
　　　Anne M. Talcott, OSB #965325
　　　Telephone: 503.222.9981
　　　Facsimile: 503.796.2900

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Melinda S. Riechert, admitted *pro hac vice*
melinda.riechert@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:     650-843-4000

Ryan P. McCarthy, admitted *pro hac vice*
Ryan.mccarthy@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street, 14th Floor
Philadelphia, PA  19103-2921
Telephone:     215.963.5000
Facsimile:     215.963.5001

*Attorneys for Defendant AstraZeneca Pharmaceuticals, LP*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900