1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF OREGON

3   SUZANNE IVIE,                    )
                                     )
4          Plaintiff,               )      3:19-cv-01657-JR
                                     )
5   vs.                              )      June 14, 2021
                                     )
6   ASTRAZENECA PHARMACEUTICALS, LP, )      Portland, Oregon
                                     )
7          Defendant.               )

8

9

10              (Jury Trial - Volume 1)

11          BEFORE THE HONORABLE JOLIE A. RUSSO

12          UNITED STATES DISTRICT COURT MAGISTRATE

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            APPEARANCES

2

    FOR THE PLAINTIFF:        Anita Mazumdar Chambers
3                             Robert Scott Oswald
                              The Employment Law Group
4                             1717 K Street, NW, Suite 1110
                              Washington, DC  20006
5

6   FOR THE DEFENDANT:        Melinda S. Riechert
                              Morgan, Lewis & Bockius, LLP
7                             1400 Page Mill Road
                              Palo Alto, CA  94304
8

9                             Ryan P. McCarthy
                              Morgan, Lewis & Bockius, LLP
10                            1701 Market Street
                              Philadelphia, PA  19103
11
                              Anne M. Talcott
12                            Schwabe, Williamson & Wyatt
                              1211 SW Fifth Avenue, Suite 1900
13                            Portland, OR  97204

14

15

16

17

18

19

20

21  COURT REPORTER:           Dennis W. Apodaca, RDR, FCRR, CRR
                              United States District Courthouse
22                            1000 SW Third Avenue, Room 301
                              Portland, OR  97204
23                            (503) 326-8182

24

25

1                          INDEX

2

3    Preliminary matters                        4

4    Preliminary instructions                   12

5    Opening statement by Mr. Oswald            24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (June 14, 2021)

2                    P R O C E E D I N G S

3          (Open court:)

4          THE CLERK:  All rise.  This United States District

5  Court for the District of Oregon is now in session, the

6  Honorable Judge Jolie Russo presiding.  We are here in the case

7  of Civil No. 3:19-cv-01657-JR, Ivie versus AstraZeneca

8  Pharmaceuticals, LP.

9          Counsel, would you identify yourselves for the

10 record, please.

11         MR. OSWALD:  I am happy to do it from here, or I can

12 approach the podium.  Here is fine?

13         THE COURT:  That's fine.

14         MR. OSWALD:  Scott Oswald, Your Honor, on behalf of

15 Suzanne Ivie.  I have Anita Chambers and Ray Mastoloni.  He is

16 a law student from the American University College of Law.  And

17 Suzanne Ivie is here on the end.  Peter Phaneuf will be helping

18 us with the technology during the trial.

19         THE COURT:  I'm sorry.  Your name is?

20         MS. CHAMBERS:  Anita Chambers.

21         THE COURT:  Thank you very much.  Welcome.  I

22 appreciate that.

23         MS. RIECHERT:  Good afternoon, Your Honor.  My name

24 is Melissa Riechert.

25         MR. McCARTHY:  Good afternoon, Your Honor.

1    Ryan McCarthy.

2              MS. TALCOTT:  Good afternoon.  Anne Talcott from

3    Schwabe.

4              MS. CLEMENT:  Good afternoon.  Beth Clement with

5    AstraZeneca.

6              THE COURT:  All right.  Thank you.  We are all really

7    going to have to speak up.  What a drag.  But it's what we

8    have.  So try hard to enunciate and speak up, because even

9    hearing you, sir, was difficult.

10             MR. OSWALD:  I will bring my outdoor voice.

11             THE COURT:  Perfect, because sitting behind that

12   plexiglass, all those jurors, they are going to struggle.

13   Thank you very much.

14             MS. RIECHERT:  Your Honor, if we could raise one

15   issue with you about that subject.  Both of us would like to

16   request that we not be required to wear our masks during

17   opening statements and closing arguments.  It's really hard to

18   talk and be heard and for the jurors to listen to us.  I am

19   fully vaccinated.  I have been since February.  I am healthy as

20   a horse.

21             THE COURT:  I know.  It is the decision of the chief

22   judge.  He is the person that has mandated masks are to be worn

23   in the courtroom and in the courthouse at all times except for

24   witness on the stand.  I can ask.  Again, that's what I can do.

25             MS. RIECHERT:  I would appreciate it, and I'm sure

1    Mr. Oswald does too.

2         THE COURT:  I would ask for an exception.  You would

3    probably need to stay at your respective desks and not come to

4    the lectern, but me see what I can do.

5         I know there was some questions about the COVID

6    questionnaire, and that issue has now been put to bed with the

7    jurors.  It has.  I know you have a copy of the COVID

8    questionnaire.  It was meant to be comprehensive and to ferret

9    out any issues whatsoever somebody may have with serving during

10   this pandemic.  I will tell you that I have received easily two

11   or three a day since they were mailed out with people saying

12   either, "I'm not comfortable serving during COVID," and I have

13   had some responses from people, unfortunately -- I know most of

14   you aren't local, but our poor little city, some people saying

15   "Look, I'm just nervous coming downtown.  I don't want to be in

16   downtown Portland because of the mess."  I will tell you I have

17   excused everybody.  There is not a person here who I have said,

18   "Too bad; come on in; you need to serve."  So all of those

19   people are gone.  The only ones remaining are folks that filled

20   out that questionnaire and said, "No issue; no issue; no

21   issue."  So it shouldn't be an issue.

22        MS. RIECHERT:  One of the things we were concerned

23   about mentioning, previously with the original judge, that we

24   would not get a good cross-representation of jurors given the

25   COVID epidemic.  Maybe we can see when the pool comes in

1    whether we are getting a cross-representation.

2         THE COURT:  I think the latter.  I think we will see.

3    Obviously I don't have any idea about the folks who did not

4    respond requesting deferrals.  I will say that the people who

5    requested deferral -- here comes a gross generalization -- by

6    and large, they tended to be older.  They checked the

7    65-and-older box.  If that wasn't the case, they were living

8    with somebody or caring for somebody, but I don't know.  We

9    will see.  I think that's a fair question.

10        What else?  Peremptories.  You each have three.  As I

11   go through the voir dire, if somebody exhibits bias or for some

12   reason I'm concerned, I will say, "I am going to excuse this

13   juror for cause.  Any objection, Counsel?  Either side."  You

14   are free to speak up, "No objection," or make your objection on

15   the record.  If you want to object to a juror for cause, simply

16   make your objection.  I'll ask the other side for their

17   opinion -- objection; no objection -- and I'll make the ruling

18   and we will continue.

19        Also, down on the second floor, everything that goes

20   on in terms of the initial voir dire will be broadcast down to

21   the second-floor jury room, so we don't have to redo

22   everything.  They will be paying attention, making notes, if

23   there is a question that comes up that they need to respond to,

24   so if I excuse somebody we can pull somebody up from the second

25   floor.  I'll ask them if they have a response to any of the

1  questions thus far, they will tell us, and then we move on.

2  Otherwise, I can't imagine we would start over every time we

3  excused a juror with all of these questions.

4           Any other concerns?

5           MR. OSWALD:  Just a couple, Your Honor.

6           THE COURT:  Certainly.

7           MR. OSWALD:  A couple of questions.

8           So for those that we're going to ask you to strike

9  for cause, are we doing that in open court?

10          THE COURT:  To tell you the honest truth, because the

11 judges typically do the voir dire, I don't think I've had

12 lawyers move to strike for cause.  That's an unusual situation

13 here.  If we don't do it as we are moving along, then we are

14 faced with the problem of literally -- if we are going to do it

15 and wait for your peremptories, then we are going to start all

16 over, which that can't work.  We will never finish.

17          Suggestions, Counsel?  I'm open to a suggestion that

18 we will keep our process moving along efficiently, certainly be

19 appropriate.

20          MR. OSWALD:  I hear you.  I have done it both ways,

21 I'm comfortable with it both ways.  I want to make sure I knew

22 what the rule was.  If I'm here and I have got the objection,

23 I'll set it up, and then I'll say, "Your Honor, I would like to

24 move that we excuse Mr. or Mrs."

25          THE COURT:  I think that's probably the most

1   efficient way to handle it.

2           MR. OSWALD:  Our final question, we will be masked

3   for those questions.  Do we take those from the podium so we

4   can actually see the jurors?

5           THE COURT:  Yes, because you will be masked.

6           MR. OSWALD:  Okay.  Understood.

7           THE COURT:  Any other concerns, questions?

8           Good.  Okay.

9           MR. OSWALD:  Your Honor, the only other thing, how

10  much time do we have between the time we get the list and the

11  time that the jurors start filing in?

12          THE CLERK:  Immediate.

13          THE COURT:  Immediate.  It's contemporaneously pretty

14  much.  You will get the list.  We get 13.  Eight in the box,

15  five in front here.  And like I said, as we excuse, we will

16  bring somebody up from the second floor.  We also have an

17  overflow that's being video-cast into 14A for the public,

18  because we can't allow public members here.  So I know that

19  there has been a little bit of interest in the trial so far.

20  They will be directed next door to 14A.

21          Also, there will be a public telephone line open

22  after the voir dire process is completed.  So, for example, a

23  local news reporter will be able to dial in to a public

24  telephone number and listen to whatever is going on in the

25  courtroom.  That's in an attempt to make this acceptable to the

1  public since we are not allowing them in this courtroom, but

2  that's for your information.

3      MR. OSWALD:  Do we know what that telephone number

4  is?

5      THE COURT:  Gary, do you know it?

6      MR. OSWALD:  Once we have a jury that has been

7  seated, do we take a break at that point before we move into

8  openings?

9      THE COURT:  We will seat the jury.  I will read the

10  preliminary instructions, and then, yes, we will take a break

11  before opening.  Yes.

12      MS. RIECHERT:  Your Honor, we talked about doing a

13  preliminary instruction whether certain things were admitted

14  for the truth or a limited purpose.  Is that one of your

15  preliminary instructions?

16      THE COURT:  It is.  Thank you.

17      THE CLERK:  The phone number that is being used for

18  the public line is 1-888-808-6929.  The access code will be

19  7289573.

20      MR. OSWALD:  Thank you.

21      THE COURT:  Let me know if there are any other

22  questions.  I'm going to try to contact the chief judge real

23  fast.

24      MS. TALCOTT:  Your Honor, I have an associate from

25  Schwabe who may come over.  Is it fine for him to sit in the

1  gallery?  He may be assisting us with some things in the case.

2  There is not room at counsel table.

3        THE COURT:  As long as he is assisting in the case,

4  absolutely.  I don't think the doors will be locked, but they

5  will be closed.

6        MS. TALCOTT:  I just didn't want you to be surprised

7  if he came in.

8        THE COURT:  Thank you.  I appreciate that.  I

9  probably would have asked somebody to go ask him what he is

10 doing here.

11       THE CLERK:  During the course of trial we are going

12 to leave the inner doors shut; the outer doors will remain

13 open.

14       MS. RIECHERT:  Your Honor, if the option is masks

15 here or unmasked here, I'll take mask there, if that moots the

16 questions for the chief judge.  Our ideal with be unmasked at

17 the podium.

18       THE COURT:  Let me see what I can do.

19       MS. RIECHERT:  Thank you so much.

20       MR. OSWALD:  I join in that request, Your Honor.

21       THE COURT:  Okay.

22       (Jury selection was held but not herein transcribed.)

23       (The jury was duly sworn.)

24

25

Preliminary Instructions

1    THE COURT:  Thank you very much.  I look forward to

2  seeing you every day this week and possibly Monday.  I am going

3  to read some preliminary instructions, and then I'm going to

4  release you for a 15-minute break, and Mr. Magnuson will show

5  you where you will go to have your break and lunch.

6    Ladies and gentleman, you are now the jury in this

7  case.  It is my duty to instruct you on the law.  You must not

8  infer from these instructions or from anything that I say or do

9  as an indication that I have an opinion regarding the evidence

10  or what your verdict should be.

11    It is your duty to find the facts from all the

12  evidence in this case.  To those facts, you will apply the law

13  as I provide it to you.  You must follow the law as I give it

14  to you, whether you agree with it or not, and you must not be

15  influenced by any personal likes or dislikes, opinions,

16  prejudices, or sympathy.  That means that you must decide the

17  case solely on the evidence before you.  You will recall that

18  you just took an oath to do so.

19    In following my instructions, you must follow all of

20  them and not single out some and ignore others.  They are all

21  important.

22    Again, this is a civil case.  The plaintiff has the

23  burden of proving her case by what is called the preponderance

24  of the evidence.  When a party has the burden of proof on any

25  claim by a preponderance of the evidence, it means that you

## Preliminary Instructions

must be persuaded by the evidence that the claim is more probably true than not.  You should base your decision on all of the evidence regardless of which party presented it.

Those of you who are familiar with criminal cases will have heard of proof beyond a reasonable doubt.  That requirement does not apply to a civil case like this one, and you should therefore not consider it.

The evidence you are to consider in deciding what the facts are consist of the sworn testimony of any witness, the exhibits which are received into evidence, and any facts to which the lawyers have agreed.

I will tell you what is not evidence.  In reaching your verdict, you may consider only the testimony and exhibits received into evidence.  Certain things are not evidence and you may not consider them in deciding what the facts are.  I'm going to list them for you.

First, arguments and statements by lawyers are not evidence.  The lawyers are not witnesses.  What they will say in their opening statements, closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence.  If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

No. 2.  Questions and objections by lawyers are not evidence.  Attorneys have a duty to their client to object when

Preliminary Instructions

1    they believe a question is improper under the rules of

2    evidence.  You should not be influenced by the objection or by

3    the Court's ruling on the objection.

4         No. 3, any testimony that has been excluded or

5    stricken or that you have been instructed to disregard is not

6    evidence and must not be considered.  In addition, sometimes

7    testimony and exhibits are received only for a limited purpose.

8    If I give you a limiting instruction, you must follow it.

9         Finally, anything you may have seen or heard when the

10   court is not in session is not evidence.  You are to decide the

11   case solely on the evidence received here at trial.

12        Evidence may be either direct or circumstantial.

13   Direct evidence is direct proof of a fact, such as testimony by

14   a witness about what that witness personally saw or heard or

15   did.  Circumstantial evidence is proof of one or more facts

16   from which you could then find another fact.  You should

17   consider both kinds of evidence.  The law makes no distinction

18   between the weight to be given to either direct or

19   circumstantial evidence.  It is for you to decide how much

20   weight to give any evidence.

21        Some evidence may be admitted only for a limited

22   purpose.  When I instruct you that an item of evidence has been

23   admitted only for a limited purpose, you must consider it only

24   for that limited purpose and not any other purpose.

25        Here, plaintiff's counsel may show you or refer to

Preliminary Instructions

certain emails during opening statement and later offer them
into evidence.  In those emails plaintiff expressed concerns
about off-label promotions, made complaints about age
discrimination, or made other complaints to or about
individuals at AstraZeneca.  Those emails are not being offered
to establish that the complaints plaintiff made are true but
may be considered only for the limited purpose of showing that
plaintiff in fact sent the emails making the complaint and not
for any other purpose.

There are rules of evidence which control what can be
received into evidence.  When a lawyer asks a question or
offers an exhibit into evidence, and a lawyer on the other side
thinks that it is not permitted by the rules of evidence, that
lawyer may object.  If I overrule the objection, the question
may be answered or the exhibit received.  If I sustain the
objection, the question cannot be answered, and the exhibit
cannot be received.

Whenever I sustain an objection to a question, ignore
the question and do not guess what the answer would have been.
Sometimes I may order that the evidence be stricken from the
record and that you disagree or ignore the evidence.  That
means that when you are deciding the case, you must not
consider the evidence which I told you to disregard.

In deciding the facts in this case, you may have to
decide which testimony to believe and which testimony not to

1    believe.  You may believe everything a witness says or part of

2    it or none of it.  Proof of a fact does not necessarily depend

3    on the number of witnesses who testify about it.

4            In considering the testimony of any witness, you may

5    consider:  The opportunity and ability of the witness to see or

6    hear or know the things testified to; the witness's memory; the

7    witness's manner while testifying; the witness's interests in

8    the outcome of the case and any bias or prejudice; whether

9    other evidence contradicted the witness's testimony; the

10   reasonableness of the witness's testimony, considering all of

11   the evidence and any other factors that bear on believability.

12           I will give you detailed instructions on the law at

13   the end of the case, and those instructions will control your

14   deliberations and decision.  But in order to help you follow

15   the evidence, I will give you a brief summary of the parties'

16   positions.

17           Plaintiff Suzanne Ivie was employed by Defendant

18   AstraZeneca Pharmaceuticals for 19 years, most recently as an

19   executive district sales manager.  In June 2019, AstraZeneca

20   terminated Ms. Ivie's employment.  Ms. Ivie now brings the

21   following state and federal claims against AstraZeneca alleging

22   violations under the Age Discrimination in Employment Act, the

23   False Claims Act, the Family Medical Leave Act, the Oregon

24   unlawful employment discrimination statute, the Oregon

25   discrimination for whistleblowing statute, and the Oregon

1   employer violation of family leave.

2           Plaintiff alleges that defendant's discriminatory and

3   retaliatory conduct caused her harm.  Plaintiff has the burden

4   of proving her claim.

5           Defendant denies plaintiff's claims and alleges an

6   affirmative defense of good faith and that plaintiff's claims

7   are barred or reduced, to the extent plaintiff failed to

8   mitigate or minimize her damages.  Defendant has the burden of

9   proving its affirmative defenses.

10          THE COURT:  I'll now state a few words about your

11  conduct as jurors.

12          First, keep an open mind throughout the trial and do

13  not decide what the verdict should be until you and your fellow

14  jurors have completed your deliberations at the end of the

15  case.

16          Second, because you must decide this case based only

17  on the evidence received in the case and on my instructions as

18  to the law that applies, you must not be exposed to any other

19  information about the case or to the issues it involves during

20  your jury duty.

21          So until the end of the case, or unless I tell you

22  otherwise, do not communicate with anyone in any way and do not

23  let anyone else communicate with you in any way about the

24  merits of the case or anything to do with it.  This includes

25  discussing the case in person, in writing, by phone, electronic

Preliminary Instructions

1  means via email, text messaging, or on any Internet chat room,

2  blog, website, or other feature.  This applies to actually

3  communicating with your fellow jurors, until I give the case to

4  you for deliberation, and it applies to communicating with

5  everyone else, including your family members, your employer,

6  the media or the press, and the people involved in the trial,

7  although you may certainly and reasonably notify your family

8  and your employer that you have been seated as a juror in the

9  case.

10        But if you are asked or approached in any way about

11  your jury service or anything about this case, you must respond

12  that you have been ordered not to discuss the matter, and then

13  please report the contact to the Court.

14        Because you will receive all of the evidence and

15  legal instruction you may consider to return a verdict, do not

16  read, watch, or listen to any news account or commentary about

17  the case or anything to do with it.  Do not do any research,

18  such as consulting dictionaries, searching the Internet, or

19  using other reference materials.  And do not make any

20  investigation or in any other way try to learn about the case

21  on your own.  The law requires these restrictions to ensure the

22  parties have a fair trial based on the same evidence that each

23  party has had an opportunity to address.

24        A juror who violates these restrictions jeopardizes

25  the fairness of these proceedings and a mistrial could result

## Preliminary Instructions

1    that would require the entire trial process to start over.   If

2    any juror is exposed to any outside information, please notify

3    the Court immediately.

4           From time to time during the trial, it may become

5    necessary for me to talk with the attorneys out of the hearing

6    of the jury.  Please understand that while you are waiting on

7    us, we are working.  The purpose of these conferences is not to

8    keep relevant information from you but to decide how certain

9    evidence is to be treated under the rules of evidence and avoid

10   confusion and error.  We will do our very best to keep the

11   number and length of these conferences to a minimum.  I may not

12   always grant an attorney's request for a conference.  Do not

13   consider my granting or denying a request for a conference as

14   any indication of my opinion of the case or what your verdict

15   should be.

16          During deliberations, you will have to make your

17   decisions based on what you recall of the evidence.  You will

18   not have a transcript of the trial.  I urge you to pay close

19   attention to the testimony as it is given.  Again, I'm going to

20   remind you that at any time you cannot hear or see the

21   testimony, evidence, questions, or arguments, just simply wave

22   your hand; get my attention.  I will be watching you.  Let me

23   know so I can correct the problem.

24          If you wish, you may take notes to help you remember

25   the evidence.  If you do take notes, please keep them to

Preliminary Instructions

yourself until you and your fellow jurors go to the jury room
to decide this case.  Don't let note-taking distract you.  When
you leave, your notes should be left in the jury room.  No one
will read your notes, and they will be destroyed at the
conclusion of the case.  Whether or not you take notes, you
should rely on your own memory of the evidence.  Notes are only
to assist your memory.  You should not be overly influenced by
your notes or the notes of your fellow jurors.

Trial will proceed as follows:  First, each side will
make an opening statement.  Again, an opening statement is not
evidence.  It is simply an outline to help you understand what
that party expects the evidence will show, and the parties are
actually not required to make an opening statement.

The plaintiff will then present evidence and counsel
for the defendant may cross-examine.  Then the defendant may
present evidence and counsel for the plaintiff may
cross-examine.  After the evidence has been presented, I will
instruct you on the law that applies to the case, and the
attorneys will make closing arguments.  After that, you will go
to the jury room to deliberate on your verdict.

A trial day typically begins around 9:00 a.m. and
finishes around 5:00 p.m.  There are two 15-minute breaks; one
in the morning and one in the afternoon.  There is also about a
one-hour lunch break.  However, I think Mr. Magnuson intends to
speak with you about any special scheduling needs you might

1    have; for example, if you prefer an earlier start time, at

2    8:30 a.m. or have a childcare pick-up issue, whatever issue you

3    might have, we can certainly try to accommodate.  Please

4    certainly do raise those with Mr. Magnuson.

5            At this time we will take a 15-minute break, and we

6    will return for opening statements.

7            Again, thank you very much.

8            THE CLERK:  We are in recess.

9            (Recess.)

10           (Open court; jury not present:)

11           MS. RIECHERT:  I object to binders, Your Honor.

12           MR. OSWALD:  So on the first call, we talked about

13   jury notebooks for each side.  I brought ours.  It is ten

14   documents in here that have been admitted into evidence.  I ask

15   to pass them out to the jurors so they have them.

16           THE COURT:  And all of the exhibits in those

17   notebooks have been received?

18           MR. OSWALD:  Yes.

19           MS. RIECHERT:  It seems unusual to me to give certain

20   exhibits to the jury and not all of the exhibits when they get

21   them in the jury room at the end of the day.  I find it very

22   distracting to jurors when they get exhibits, and they spend

23   all of their time looking at the exhibits and not listening to

24   the testimony.  I think it would be better to the wait to the

25   end of the case.

Preliminary Instructions

1       THE COURT:  You intend to use these exhibits when?

2       MR. OSWALD:  Throughout the case.

3       THE COURT:  Is it necessary to give it to them during

4 opening?

5       MR. OSWALD:  No.  We could do it after opening.

6       THE COURT:  And after defendant's opening?

7       MR. OSWALD:  Yes.

8       THE COURT:  Okay.

9       MR. OSWALD:  Do you want me to hand them to the court

10 clerk after openings?

11       THE COURT:  No.  But you can do it after opening.

12       It looks like we will do defendant's opening tomorrow

13 morning then?

14       MS. RIECHERT:  Correct, Your Honor.

15       THE COURT:  So I can pay attention to what the jurors

16 are requesting, does a 9:00 a.m. start time work for everybody?

17       MR. OSWALD:  Yes.

18       MS. RIECHERT:  Yes, Your Honor.

19       MR. OSWALD:  Your Honor, will you mention to them

20 before I come up why I'm taking off my mask?

21       THE COURT:  Yes.  I will.

22       MR. OSWALD:  Thank you.

23       THE COURT:  The jurors are receiving individualized

24 little packets that contain a pen, a pad of paper, I think

25 Kleenex.  What else, Gary?

Preliminary Instructions

1      THE CLERK:  Sanitizer, juror stickers, a notepad, a

2  mask.  That's about it.

3      THE COURT:  Okay.

4      (Pause in proceedings.)

5      (Open court; jury present:)

6      THE COURT:  Jurors, you'll see in your seats what we

7  are calling a little "goody bag," although there aren't that

8  many goodies in there.  Let's be clear about that.  Take off

9  your old juror numbers.  Pass them down to one end.  We are

10  going to collect those.  You have got new numbers in your bag.

11  If you would put those on, please.

12      Then as soon as you get your new numbers -- I think

13  you start with juror No. 1; is that right?

14      JUROR:  Yes.

15      THE COURT:  If you could say for the record, Juror

16  No. 1, then state your name, and then we can go down the row

17  with your name and your new juror number, that would be

18  helpful.

19      JUROR:  Juror No. 1, I'm Kathleen Bocti.

20      JUROR:  Juror No. 2, Ann Kent.

21      JUROR:  Juror No. 3, Ellen Freeman.

22      JUROR:  Juror No. 4, Leslie Valentine.

23      JUROR:  Juror No 5, Tyler Bonnette.

24      JUROR:  Juror No. 6, Beverly Harmon.

25      JUROR:  Juror No. 7, Taylor Van Domelen.

Opening Statement

1    THE COURT:  Thank you.  We are going to proceed with

2  opening statements.  Plaintiff will begin.  The lawyers have

3  requested permission and have been granted to remove their

4  masks and stand at the lectern so that you can better hear

5  them.  So they will be permitted to remove their masks for that

6  purpose only.

7    Thank you.

8    Sir.

9    MR. OSWALD:  Thank you, Your Honor.

10    Good afternoon, everyone.

11    Federal law requires that a company must protect

12  employees who report illegal marketing practices, and the

13  company must investigate that report.  The company's

14  investigation should not include scrutiny of the employee's

15  performance, and the report should be kept confidential.  If a

16  manager retaliates against the employee because the report is

17  not kept confidential, then, according to the law, the company

18  is responsible for all of the harm that is caused the employee.

19    Now, let me tell you the story of what happens in

20  this case.  The State of Oregon has estimated that 5.2 percent

21  of adults in Oregon have chronic obstructive pulmonary disease,

22  also known as COPD.  COPD is a chronic inflammatory lung

23  disease which causes obstructed airflow in the lungs.

24    AstraZeneca makes a drug that the FDA approved to

25  treat COPD.  But in 2018, the FDA approved a less expensive

1   generic alternative that hit the market, driving down

2   AstraZeneca's market share.  In response, an AstraZeneca sales

3   supervisor instructs her salespeople to market AstraZeneca's

4   COPD drug as a treatment for depression and anxiety in addition

5   to COPD.

6            An employee with 19 years of service to AstraZeneca

7   objects to AstraZeneca marketing its COPD drug for anxiety and

8   depression.  Shortly afterward, the 19-year employee's

9   supervisor downgrades this employee's performance rating from a

10  five out of five to a two out of five.  When the 19-year

11  employee then alerts AstraZeneca compliance department to her

12  supervisor's illegal marketing instructions, the compliance

13  department shares her complaint with its human resources

14  department, the same human resources department that the

15  employee's supervisor now tasks to scrutinize the 19-year

16  employee's performance.

17           One month later, the employee's supervisor and the

18  human resources department disciplined the employee for the

19  first time in her 19-year AstraZeneca career.  The 19-year

20  employee returns to AstraZeneca's compliance department for

21  help.  AstraZeneca's compliance department, again, shares the

22  19-year employee's renewed complaint with the human resources

23  department.  Three weeks later, the human resources department

24  fires the 19-year employee.  That employee's name is

25  Suzanne Ivie.

Opening Statement

1    Anita Chambers, Ray Mastoloni, Peter Phaneuf, and I

2  are privileged to represent Suzanne Ivie and to tell her story

3  to you.

4    We believe that when you've heard all of the evidence

5  in this case, you will find that AstraZeneca violated the laws

6  that are written to protect employees in situations just like

7  this one.  See, there are laws that protect employees, and they

8  are what bring us to this courthouse today.  Companies like

9  AstraZeneca create rules to comply with these laws.  They are

10  the workplace rules that protect and keep employees safe from

11  retaliation.  But these workplace rules, like all safety rules,

12  only protect us if jurors choose to enforce them.

13    What are these rules?  Let's look at AstraZeneca's

14  own code of ethics.

15    Rule No. 1.  "AstraZeneca must market its products

16  only for their approved uses," as seen in AstraZeneca's code of

17  ethics, Exhibit 114, page 4.  I want to pause for a moment to

18  point out to you that what you're seeing in front of you you'll

19  see as evidence in this case that supports Suzanne Ivie's case.

20    You will see exhibit numbers in the lower left-hand

21  corner here and page numbers.  And as you see this evidence,

22  you can write the exhibit number down for future reference and

23  take it with you for your deliberations.

24    Rule No. 2.  "AstraZeneca must prevent its managers

25  from retaliating against employees who report concerns about

1   the company marketing its product for unapproved uses."  This

2   is seen in AstraZeneca's code of ethics, Exhibit 114.  This

3   time it's at page 5.

4           Rule No. 3.  "AstraZeneca must protect its employees

5   from retaliation when they report in good faith concerns about

6   the company's marketing its drugs for unapproved uses,"

7   Exhibit 181, AstraZeneca's U.S. compliance program at pages 3

8   and 4.

9           Rule No. 4.  "AstraZeneca must not put its profits

10  over its patients," back to AstraZeneca code of ethics,

11  Exhibit 114, page 2.

12          Now, Suzanne Ivie is suing AstraZeneca for three

13  reasons:  The first is for AstraZeneca's violation of the rule

14  that it must protect its employees from retaliation when they

15  report in good faith a concern about the company's marketing

16  for an unapproved drug use.

17          AstraZeneca will tell us that it is a global,

18  science-led bio-pharmaceutical company whose drugs are used by

19  millions of patients.  It will tell us that it must take all

20  necessary steps to protect its customers and its patients to

21  ensure that those who take its drugs are protected.

22  AstraZeneca will tell us that it must meet the highest ethical

23  standards and respect for the law.

24          To ensure that it always meets the highest ethical

25  standards and respect for the law, AstraZeneca requires its

1    employees to report any actual or suspected ethics violation,

2    Exhibit 181, page 3.  And to do so without delay.

3            AstraZeneca directs its employees to raise their

4    concern first to their manager, then they should go to the

5    compliance department.  When an employee reports an actual or

6    suspected ethics violation to compliance, the compliance

7    department must protect the confidentiality of the information

8    relating to the reported violation.  Only those with a need to

9    know are informed.

10           If you remember one thing about AstraZeneca's own

11   rules, it is this:  AstraZeneca requires its employees to

12   report even a suspected violation.  We see that here in

13   AstraZeneca's compliance program policy.  This is plaintiff's

14   Exhibit 181, page 4.

15           Now, AstraZeneca requires its employees to report a

16   suspected violation immediately so it can address it at the

17   earliest opportunity so that it remains in compliance with

18   federal law.

19           Now, let me introduce the organizational chart that

20   we created for you with the people that you're going to be

21   hearing about or from during this trial.

22           Now, in the fall of 2017, AstraZeneca makes

23   Stephani DiNunzio -- here, on our chart -- the commercial

24   business director for AstraZeneca's sales in the Northwest

25   region.

1       Suzanne Ivie, who is here on our chart, is one of
2  Stephani DiNunzio's direct reports.  Stephani DiNunzio is the
3  group's compliance ambassador responsible for delivering the
4  business for respiratory and the health therapeutic area for
5  the Seattle region.  And for almost a year, their relationship
6  is fine.

7       As you can see by the three-month performance
8  evaluation, after three months supervising Suzanne,
9  Ms. DiNunzio says the following about Suzanne's work:  "You
10 delivered exceptional performance in 2017.  Your passion for
11 coaching and advocacy for your team are evident.  Suzanne, you
12 have much to be proud of."

13      After seven months supervising Suzanne, Ms. DiNunzio
14 selects Suzanne to serve in AstraZeneca's national-level
15 leadership position.  Things begin to change shortly
16 thereafter.  Just a few months later, Ms. DiNunzio sends an
17 email out to her respiratory business group, which Suzanne is a
18 part of.  Suzanne is so concerned about this email that she
19 feels obligated to send it to the compliance department,
20 consistent with AstraZeneca's compliance reporting rule.  This
21 happens on August 31st, 2018.

22      Now, there are a lot of facts in this case, so we
23 created this timetable -- this timeline to help to give you a
24 sense of what happened and when.  This is the first event on
25 the timeline here on the left-hand side, August 31, 2018.

1      Now, AstraZeneca's compliance department will tell us

2  that Suzanne does nothing wrong by forwarding this email to

3  compliance.  In fact, you will see evidence that Suzanne does

4  exactly what AstraZeneca's compliance department would have

5  expected her to do.

6      This is because AstraZeneca must market its product

7  only for their approved uses.  But when Suzanne forwards

8  DiNunzio's email to AstraZeneca's compliance department, it

9  angers DiNunzio.  Suzanne will tell you that Ms. DiNunzio calls

10  her immediately after Suzanne forwards DiNunzio's email to

11  compliance, and DiNunzio instructs Suzanne to pause on this,

12  and says, "You shouldn't have gotten anyone involved.  You need

13  to stop bringing anyone else into the conversation."

14      Suzanne will tell you that DiNunzio then says, "I

15  need to reevaluate you being a regional compliance ambassador.

16  Suzanne, you're hindering the business.  We need to win."

17      On December 14th, 2018, Ms. DiNunzio, once again,

18  raises off-labeling marketing when talking about gaining

19  business and increasing AstraZeneca's DALIRESP patient

20  population.

21      She raises Suzanne's internal alarm when she says,

22  "One insight that they could use was 50 percent of COPD

23  patients die with their first exacerbation."  When Suzanne asks

24  DiNunzio where the information came from, DiNunzio said that

25  Suzanne should "just Google it."  Suzanne will tell you that an

1  awkward silence followed.

2        On December 17th -- here, on our timeline --

3  Ms. DiNunzio, the evidence will show, has had enough of

4  Suzanne's questions.  DiNunzio sends Suzanne a warning shot.

5  DiNunzio tells Suzanne she is going to rate Suzanne a one or a

6  two out of five on Suzanne's year-end performance evaluation,

7  the first such rating in Suzanne's 19-year AstraZeneca career.

8        DiNunzio tells Suzanne that Suzanne doesn't

9  understand the need for AstraZeneca to be profitable.  She says

10  to Suzanne, "You have to win in 2019.  Profit is the new way of

11  thinking."  Suzanne pushes back and tells DiNunzio that she

12  takes her responsibility to AstraZeneca's doctors and the

13  patients that they treat very seriously.

14        Suzanne tells DiNunzio that she is done sneaking

15  around and pushing the ethics bar.  She wants to win, but only

16  the right way.  Suzanne feels that DiNunzio has a conflict of

17  interest in this situation and goes to EthicsPoint, the entry

18  point for the compliance department -- here, on December 19th.

19        She tells AstraZeneca's compliance department that

20  DiNunzio might be asking her salespeople to market its drugs

21  off-label, in violation of the law and AstraZeneca's own

22  compliance rules.  On January 15th -- here -- the compliance

23  department interviews Suzanne about DiNunzio's conduct, but on

24  the very same day one of the participants in the compliance

25  meeting calls DiNunzio, even though DiNunzio is the subject of

the compliance investigation.  DiNunzio then complains about

Suzanne for the first time since becoming Suzanne's supervisor.

On the 18th of January, Suzanne sends additional

information to the compliance department, to compliance manager

Mike Pomponi -- here, on our chart.  A few days later, on

January 23rd, the compliance department classifies Suzanne's

complaint as a significant case; its highest level of

seriousness, requiring a report to AstraZeneca's highest

ranking compliance officer -- here, Barbara McCullough -- and

to the president of AstraZeneca's respiratory and business

unit, to Ruud Dobber, and finally to AstraZeneca's global

headquarters.

The same day, the 23rd of January of 2019, the

compliance department -- Mr. Pomponi sends his notes from his

interview with Suzanne that occurred on the 15th of January

back to the human resources department to Karen Belknap, the

same Karen Belknap who called Ms. DiNunzio back on the 15th of

January.

Now, on February 5th of 2019 -- here -- again,

consistent with AstraZeneca's own policy, Suzanne supplements

her disclosure.  "We are being asked to unethically expand our

patient base in order to increase our market share.  We are

supposed to insinuate (wink, wink) that our respiratory

products have a COPD, anxiety, and depression indication and

that feeling it working will result in increased adherence.

1    "Also, our product will help with the depressed and

2    the anxious patient, get their mental illness under control,

3    because they will feel better.  In an attempt to file the

4    Act Right Now compliance guidelines, I am turning this in."

5         AstraZeneca's compliance system sends a copy of

6    Suzanne's submission, again, to Karen Belknap.  Two days later,

7    on February 7th, 2019 -- here, on our timeline -- human

8    resources files a formal complaint against Suzanne.  For some

9    reason, Karen Belknap, who AstraZeneca originally assigned to

10   investigate Suzanne's off-labeling marketing complaint about

11   her supervisor, is now investigating Suzanne at the same time.

12        And what is Karen Belknap finding in her interviews

13   with DiNunzio's other employees?  Here is what they are telling

14   her and Mike Pomponi:  Karen Clifford says, "In talking to my

15   counterparts, it was uncomfortable to report in on Monday

16   calls.  We were directed to use insight as a competitive

17   advantage.  We weren't able to ask questions if this was

18   off-label, because we were being told that we had to use it.

19   If we discussed it, we were told we had a fixed mindset and had

20   to leave the company."

21        Out of the blue, on February 18, 2019, HR's Belknap

22   and DiNunzio call Suzanne into a meeting.  Without knowing what

23   the meeting was about and without having an opportunity to

24   prepare, DiNunzio questions Suzanne about her coaching reports.

25   Some of the issues that DiNunzio asks Suzanne about are over a

year old.  DiNunzio foreshadows for Belknap exactly what she

wants Belknap to do after this meeting.  "At the end of the

conversation, I would like to be prepared to take action

quickly.  Nothing good comes from drawing this out."

A few days later, HR issues Suzanne the first written

warning, the first discipline in her 19-year AstraZeneca

career.  In April, DiNunzio strips Suzanne of Suzanne's

compliance role.  On May 3rd, human resources and DiNunzio meet

with Suzanne again.  They tell her that Suzanne is to complain

only to DiNunzio; that if Suzanne goes to HR, HR will take her

concerns back to DiNunzio.  "Suzanne," Belknap tells her, "you

must forget the past and move on."

Despite this warning, two weeks later, Suzanne goes

to the compliance department one last time for help.  After

Mike Pomponi forwards Suzanne's email that she sends to the

compliance department asking for help to HR's Dawn Ceaser --

here, on that very day -- HR and DiNunzio lash out at Suzanne

again.  HR files its second complaint against Suzanne, saying

that Suzanne has been doing little work.

Then something interesting happens.  On May 21st,

AstraZeneca's compliance department releases its report on

Suzanne's allegations.  AstraZeneca's compliance department

finds that DiNunzio's team statements about COPD and anxiety

and depression were not in line with the U.S. label -- here, in

footnote No. 10 on your screen.

1    Then AstraZeneca's compliance department recommends

2 DiNunzio be retrained, monitored, and coached on off-label risk

3 identification and enhanced risk mitigation.  Even though the

4 compliance department agrees with Suzanne, recommending that

5 DiNunzio be retrained, monitored, and coached, three weeks

6 later, on June 6th of 2019, AstraZeneca fires Suzanne for not

7 accepting the results of the investigation.

8    Now, you don't need to take my word for it.  We will

9 show you the documents that support the information on this

10 timeline during the trial, and I will enter them into evidence

11 for you to review during your deliberations.  After reviewing

12 them and the testimony supporting them, I am confident that you

13 will conclude that at AstraZeneca, complaints about compliance,

14 are seen as defiance.

15    Now, the second reason that Suzanne Ivie is suing

16 AstraZeneca is for a violation of the law that requires

17 employers to protect employees from age discrimination.  In

18 Suzanne's own words:  "Around May of 2018, Stephani started

19 calling me Benatar, after the '80s singer Pat Benatar.  Pat

20 Benatar now in her 60s.  Stephani thought that the nickname was

21 funny and told everyone to call me that.  I am one of the

22 oldest people on my team."

23    At a district meeting in July or August of 2018,

24 Stephani brought a water bottle with "Benatar" printed on it.

25 I told Stephani that I prefer to be called Suzanne in a

Opening Statement

professional setting and that the nickname embarrassed me.
Stephani told me, "Oh, it's funny.  Lighten up.  It's just for
fun."

"When people would call me Suzanne, Stephani would
interrupt them and tell them to call me 'Benatar.'  I was
humiliated.  And it wasn't just my supervisor.  Once Stephani
started doing it, other DSMs started calling me 'Benatar' too.
I am one of the older employees reporting to Stephani.  I have
been to HR with these issues, but I have been told that I'm too
sensitive and that I need to move on."

In fact, AstraZeneca's own investigation finds that
Suzanne is the oldest of DiNunzio's reports.

Now, the third reason that Suzanne is suing
AstraZeneca is for a violation of the law that requires
employers to protect from retaliation employees who take
medical leave to care for themselves or their families.

Again, in Suzanne's own words:  "It became necessary
for me to take FMLA early this year.  I returned less than a
month ago.  During these short weeks, things have been
dramatically worse, and it is clear that Stephani is trying to
get rid of me.

"Since my return, I am not being included in many
communications.  Meetings are being held without me.  I am not
on the group distribution list and there's just a general lack
of communication.  I am constantly out of the loop, and so I

1  have to play catch-up when I find out about things and hope

2  that I don't miss anything.  It appears she is deliberately

3  keeping me out of the loop.

4         "Chris, another DSM, has been asked to train me on

5  coaching analytics.  Chris is someone who I myself trained when

6  he was my subordinate, my PSS.  Chris Thomsen is regularly

7  being put on emails for my team that he doesn't manage.  That

8  indicates to me that Stephani doesn't really intend for me to

9  return to my previous work capacity and wants Chris to take

10 over my districts.

11        "I went to HR with my concerns, and they refused to

12 have a meeting without Stephani.

13        "I was basically told that HR is not there to help me

14 but to protect AstraZeneca."

15        Now, AstraZeneca has excuses for why it fails to

16 protect Suzanne from discrimination and retaliation and then

17 fires her.  One of the reasons AstraZeneca claims that it fires

18 Suzanne is because her field coaching was out of whack.  They

19 say the reason was that she is not in the field 80 percent of

20 the time, consistent with AstraZeneca, what it calls, its 80/20

21 policy.

22        As you view this evidence, ask yourself:  Why does

23 DiNunzio happen to document her concerns about the number of

24 Suzanne's field coaching visits on the very day that

25 AstraZeneca's compliance and HR departments interview Suzanne

1    about her allegations that DiNunzio was encouraging her

2    salespeople to market off-label?

3        And why does DiNunzio spend her entire day working on

4    the document?

5        And why is DiNunzio emailing this document to the

6    very person who is interviewing Suzanne about DiNunzio's

7    violations of AstraZeneca's code of ethics?

8        Then ask yourself:  Why is DiNunzio questioning

9    Suzanne's field coaching numbers, when DiNunzio knows exactly

10    why Suzanne's numbers are out of whack?  It is because DiNunzio

11    herself asks Suzanne to blend in-person field visits with

12    virtual visits the prior year.

13        As you view this evidence, ask yourself, why doesn't

14    DiNunzio share this email that's on your screen right now with

15    HR?  And why doesn't HR ask for it or anything like it?

16        After reviewing this evidence, I think that you will

17    conclude that at AstraZeneca complaints about compliance are

18    taken as defiance.

19        And notice what AstraZeneca won't say.  AstraZeneca

20    won't say that it fired Suzanne for poor performance for the

21    two out of five that DiNunzio enters on her 2018 performance

22    evaluation.  Why?  Could it be, as Suzanne will tell us, that

23    DiNunzio never shows the 2018 performance evaluation to

24    Suzanne?  If DiNunzio had shown the performance evaluation to

25    Suzanne, Suzanne would have had an opportunity to respond to

1  it.  But Suzanne never gets a chance.  It is because DiNunzio

2  knows that before HR can fire an employee for an allegedly poor

3  performance, a manager must first place that employee on a

4  performance improvement plan, just as Stephani DiNunzio had

5  done with other subordinates, including Suzanne's youngest

6  peer, who hadn't complained about DiNunzio's off-label

7  marketing.

8          At the time that AstraZeneca fired Suzanne, what did

9  DiNunzio and HR know about Suzanne's performance during the 19

10 years at AstraZeneca?  Here is what was in Suzanne's employee

11 file:

12         2013, Suzanne was No. 16 out of 32 regions; No. 1 in

13 the Seattle region.

14         2014, Suzanne was No. 6 of 39 business districts; in

15 the mixed-market business unit, No. 1 in the Seattle region.

16         2015, Suzanne was No. 4 of 28 business districts in

17 the West business unit.

18         In 2016, Suzanne was No. 3 of 130 districts

19 nationally.

20         And in 2017, she was No. 2 of 130 districts

21 nationally.

22         You will see the evidence that shows what DiNunzio

23 writes about Suzanne before Suzanne speaks up about DiNunzio's

24 off-label marketing.  Again, from Suzanne's 2017 performance

25 evaluation, before all of this happened, "Suzanne delivers

1   exceptional performance.  Her passion for coaching and advocacy

2   for her team are evident."

3           2017 was another breakthrough year for performance

4   for Suzanne, and Suzanne had the numbers to back it up.

5           In 2016 and 2017, Suzanne delivers back-to-back

6   circles of excellence for herself and her team.

7           In 2016, Suzanne is in the top 2 percent in the

8   nation.

9           And in 2017, she is the top 1 percent in the nation.

10          AstraZeneca has other excuses for why it fires

11  Suzanne.  It will say that Suzanne didn't complain in good

12  faith; that she did so to deflect from her own performance.  As

13  AstraZeneca makes this argument, ask yourself this:  If this

14  were true, why not show Suzanne the 2018 performance evaluation

15  and put her on a performance plan?

16          In her 19-year career, Suzanne had never complained

17  to compliance before DiNunzio had become her supervisor.  In

18  fact, she had never complained at all.  She was a top 1 percent

19  performer in the nation.  Why not give Suzanne a chance to

20  respond?  Because at AstraZeneca complaints about compliance

21  are taken as defiance.

22          I'll bring you the evidence and you'll decide --

23  you'll decide whether the laws that protect employees who

24  complain about violations of a company's own policies are right

25  and whether AstraZeneca's excuses are worthy of belief.

1   Then you will decide the amount of justice that is

2   right, in the way the civil law gives justice, in the form of

3   money damages.  Suzanne gave 19 years of her professional life

4   to AstraZeneca, and AstraZeneca took it all away.

5   You will learn that between June of 2019, when

6   AstraZeneca fired Suzanne and today, AstraZeneca has taken

7   $591,824.  That is through today -- just through today.  But

8   really, AstraZeneca took so much more.  They took away

9   Suzanne's career, and they isolated and embarrassed and

10  humiliated her in the process.  After dedicating nearly two

11  decades of her professional life to AstraZeneca, Suzanne will

12  tell you that she considered her co-workers an extension of her

13  family.  How disappointing; how heartbreaking.  AstraZeneca

14  didn't have to end her career this way.  And this is why we are

15  here today.

16  Just a couple of last things before I conclude.  You

17  may hear from AstraZeneca that Suzanne was an at-will employee.

18  AstraZeneca will agree and Judge Russo will instruct you that a

19  company may not fire an at-will employee for an illegal reason;

20  for example, because the employee has complained about

21  off-label marketing or because of the employee's age or leave

22  taking.  To do so would violate the laws that protect all

23  employees -- all of us in the workplace.

24  Now, you'll hear a lot about off-label marketing, and

25  I'll bring you witnesses to explain what it is.  But for now,

Opening Statement

1    AstraZeneca agrees that off-label marketing is illegal.

2    AstraZeneca agrees that the law, and AstraZeneca's own policy,

3    its own rule, required Suzanne then and requires employees at

4    AstraZeneca now to notify AstraZeneca's compliance department

5    even when an employee merely suspects off-label marketing.

6    AstraZeneca agrees that Suzanne had a duty to bring her

7    off-labeling marketing concerns to AstraZeneca's compliance

8    department quickly and that the law protects her from doing so.

9          Finally, you have heard Judge Russo say this is a

10   civil case; that Suzanne Ivie must show her case by a

11   preponderance of the evidence.  But as you listen to the

12   witnesses and see the documents, I want to show you visually

13   what that means.  It means that in the end what Suzanne must

14   show is that her story is more likely true than not true; that

15   it merely is a tip of the scale.  It is likely more so than

16   not.

17          So as you listen to the witnesses, many in

18   AstraZeneca's own rank, ask yourself which side's story is more

19   likely right than wrong.  If you decide, as I believe you will,

20   that Suzanne Ivie's story is more likely right than wrong, you

21   should find for her on the verdict sheet that Judge Russo will

22   give you at the end of the case.  On the same sheet, if you

23   find for Suzanne, you will decide how much to compensate her

24   for what AstraZeneca took away from her.  And if in the end I

25   have undervalued her case, you will tell me that with your

1  verdict.

2          All right.  I have said enough.  Let's go to work.

3          THE COURT:  Thank you.

4          Jury, it is about ten to 5:00.  I don't really want

5  to keep you past 5:00 on the first day, and I want to give

6  defense counsel adequate time to do their opening statement, so

7  I think we will go ahead and recess at this point.  We will

8  begin in the morning with defense counsel's opening statement.

9  Remember, they will come to the podium unmasked as well.

10          A nine o'clock start time?  Does that work for you

11  folks?  I see thumbs up.  You like that.

12          All right.  Perfect.  Then I'll see you bright and

13  early at nine o'clock.  We will start promptly at 9:00.

14          Thank you very much.  You are excused.

15          Come up to 14, right?

16          THE CLERK:  Yes.

17          THE COURT:  Come up to the 14th floor.  Leave your

18  notes in the jury room.

19          You are welcome to leave anything you want in the

20  jury room.  You don't have to haul all of your items back and

21  forth to the courtroom.

22          (Open court; jury not present:)

23          THE COURT:  Thank you, everybody.  We will start

24  bright and early at 9:00 a.m. and give you guys an opportunity

25  to go and then first witness.

1          MR. OSWALD:  So the first witness is going to be via

2     the court's electronic system.  This is Mr. Pomponi.  How

3     should we arrange that?

4          THE COURT:  With Mr. Magnuson.  I think Houston is

5     the person in charge, our tech person.  Let's wait until Gary

6     gets back.  I know he did mention it to me.  I know he had

7     plans for it.

8          Okay.  Thank you.

9          Court is in recess.

10          (Court adjourned.)

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/ Dennis W. Apodaca                    July 15, 2021
DENNIS W. APODACA, RDR, RMR, FCRR, CRR            DATE
Official Court Reporter

**JUROR: [8]** 23/13 23/18 23/19 23/20 23/21 23/22 23/23 23/24
**MR. McCARTHY: [1]** 4/24
**MR. OSWALD: [24]** 4/10 4/13 5/9 8/4 8/6 8/19 9/1 9/5 9/8 10/2 10/5 10/9 11/19 11/19 21/11 21/17 22/1 22/4 22/6 22/8 22/16 22/18 22/21 24/8 43/25
**MS. CHAMBERS: [1]** 4/19
**MS. CLEMENT: [1]** 5/3
**MS. RIECHERT: [11]** 4/22 5/13 5/24 6/21 10/11 11/13 11/18 21/10 21/18 22/13 22/17
**MS. TALCOTT: [3]** 5/1 10/23 11/5
**THE CLERK: [7]** 4/3 9/11 10/16 11/10 21/7 22/25 43/15
**THE COURT: [41]** 4/12 4/18 4/20 5/5 5/10 5/20 6/1 7/1 8/5 8/9 8/24 9/4 9/6 9/12 10/4 10/8 10/15 10/20 11/2 11/7 11/17 11/20 11/23 17/9 21/15 21/25 22/2 22/5 22/7 22/10 22/14 22/20 22/22 23/2 23/5 23/14 23/25 43/2 43/16 43/22 44/3

**$**

**$591,824 [1]** 41/7

**'**

**'80s [1]** 35/19
**'Benatar' [1]** 36/7
**'Benatar.' [1]** 36/5

**-**

**--oOo [1]** 45/2

**/**

**/s [1]** 45/9

**1**

**1 percent [2]** 40/9 40/18
**1-888-808-6929 [1]** 10/18
**10 [1]** 34/25
**1000 [1]** 2/22
**1110 [1]** 2/4
**114 [3]** 26/17 27/2 27/11
**12 [1]** 3/4
**1211 [1]** 2/12
**13 [1]** 9/14
**130 [2]** 39/18 39/20
**14 [3]** 1/5 4/1 43/15
**1400 [1]** 2/7
**14A [2]** 9/17 9/20
**14th [1]** 30/17
**14th floor [1]** 43/17
**15 [1]** 45/9
**15-minute [3]** 12/4 20/22 21/5
**15th [1]** 31/22
**15th of [2]** 32/15 32/17
**16 [1]** 39/12
**1701 [1]** 2/10
**1717 [1]** 2/4
**17th [1]** 31/2
**18 [1]** 33/21
**181 [3]** 27/7 28/2 28/14
**18th of [1]** 32/3
**19 [4]** 16/18 25/6 39/9 41/3
**19-year [10]** 25/8 25/10 25/15 25/19 25/22 25/24 31/7 34/6 40/16
**1900 [1]** 2/12
**19103 [1]** 2/10
**19th [1]** 31/18

**2**

**2 percent [1]** 40/7
**20 [1]** 37/20
**20006 [1]** 2/4
**2013 [1]** 39/12
**2014 [1]** 39/14
**2015 [1]** 39/16

**2016 [3]** 39/18 40/5 40/7
**2017 [7]** 28/22 29/10 39/20 39/24 40/3 40/5 40/9 40/14
**2018 [9]** 24/25 29/21 29/25 30/17 35/18 35/23 38/21 38/23
**2019 [8]** 16/19 31/10 32/13 32/19 33/7 33/21 35/6 41/5
**2021 [3]** 1/5 4/1 45/9
**21st [1]** 34/20
**23rd [1]** 32/6
**23rd of [1]** 32/13
**24 [1]** 3/5
**28 [1]** 39/16

**3**

**301 [1]** 2/22
**31 [1]** 29/25
**31st [1]** 29/21
**32 [1]** 39/12
**326-8182 [1]** 2/23
**39 [1]** 39/14
**3:19-cv-01657-JR [1]** 1/4
**3rd [1]** 34/8

**5**

**5.2 percent [1]** 24/20
**50 percent [1]** 30/22
**503 [1]** 2/23
**5:00 [3]** 20/22 43/4 43/5
**5th [1]** 32/19

**6**

**60s [1]** 35/20
**65-and-older [1]** 7/7
**6929 [1]** 10/18
**6th [1]** 35/6

**7**

**7289573 [1]** 10/19
**7th [1]** 33/7

**8**

**80 percent [1]** 37/19
**80/20 [1]** 37/20
**8182 [1]** 2/23
**8:30 a.m [1]** 21/2

**9**

**94304 [1]** 2/7
**97204 [2]** 2/13 2/22
**9:00 [2]** 43/13 43/24
**9:00 a.m [2]** 20/21 22/16

**A**

**a.m [4]** 20/21 21/2 22/16 43/24
**ability [1]** 16/5
**able [2]** 9/23 33/17
**about [52]**
**above [1]** 45/6
**above-entitled [1]** 45/6
**absolutely [1]** 11/4
**acceptable [1]** 9/25
**accepting [1]** 35/7
**access [1]** 10/18
**accommodate [1]** 21/3
**according [1]** 24/17
**account [1]** 18/16
**Act [4]** 16/22 16/23 16/23 33/4
**Act Right [1]** 33/4
**action [1]** 34/3
**actual [2]** 28/1 28/5
**actually [3]** 9/4 18/2 20/13
**addition [2]** 14/6 25/4
**additional [1]** 32/3
**address [1]** 18/23 28/16

# A

**adequate [1]** 43/6
**adherence [1]** 32/25
**adjourned [1]** 44/10
**admitted [4]** 10/13 14/21 14/23 21/14
**adults [1]** 24/21
**advantage [1]** 33/17
**advocacy [2]** 29/11 40/1
**affirmative [2]** 17/6 17/9
**after [16]** 9/22 20/17 20/19 22/5 22/6 22/10 22/11 29/8 29/13 30/10 34/2 34/14 35/11 35/19 38/16 41/10
**afternoon [6]** 4/23 4/25 5/2 5/4 20/23 24/10
**afterward [1]** 25/8
**again [13]** 5/24 12/22 19/19 20/10 21/7 25/21 30/17 32/19 33/6 34/9 34/18 36/17 39/24
**against [5]** 16/21 24/16 26/25 33/8 34/18
**age [4]** 15/3 16/22 35/17 41/21
**ago [1]** 36/19
**agree [2]** 12/14 41/18
**agreed [1]** 13/11
**agrees [4]** 35/4 42/1 42/2 42/6
**ahead [1]** 43/7
**airflow [1]** 24/23
**alarm [1]** 30/21
**alerts [1]** 25/11
**all [29]** 4/4 5/6 5/6 5/12 5/23 6/18 8/3 8/15 12/11 12/19 12/20 13/2 16/10 18/14 21/16 21/20 21/23 24/18 26/4 26/11 27/19 39/25 40/18 41/4 41/22 41/23 43/2 43/12 43/20
**allegations [2]** 34/22 38/1
**allegedly [1]** 39/2
**alleges [2]** 17/2 17/5
**alleging [1]** 16/21
**allow [1]** 9/18
**allowing [1]** 10/1
**almost [1]** 29/5
**along [2]** 8/13 8/18
**also [6]** 7/19 9/16 9/21 20/23 24/22 33/1
**alternative [1]** 25/1
**although [2]** 18/7 23/7
**Alto [1]** 2/7
**always [2]** 19/12 27/24
**am [12]** 4/11 5/18 5/19 7/12 12/2 33/4 35/12 35/21 36/8 36/22 36/23 36/25
**ambassador [2]** 29/3 30/15
**American [1]** 4/16
**amount [1]** 41/1
**analytics [1]** 37/5
**angers [1]** 30/9
**Anita [4]** 2/2 4/15 4/20 26/1
**Ann [1]** 23/20
**Anne [2]** 2/11 5/2
**another [3]** 14/16 37/4 40/3
**answer [1]** 15/19
**answered [2]** 15/15 15/16
**anxiety [4]** 25/4 25/7 32/24 34/23
**anxious [1]** 33/2
**any [33]** 6/9 7/3 7/13 7/25 8/4 9/7 10/21 12/15 12/24 13/9 13/10 14/4 14/20 14/24 15/9 16/4 16/8 16/11 17/18 17/22 17/23 18/1 18/10 18/16 18/17 18/19 18/20 19/2 19/2 19/14 19/20 20/25 28/1
**anyone [4]** 17/22 17/23 30/12 30/13
**anything [8]** 12/8 14/9 17/24 18/11 18/17 37/2 38/15 43/19
**Apodaca [3]** 2/21 45/9 45/10
**APPEARANCES [2]** 2/1
**appears [1]** 37/2
**applies [1]** 17/18 18/2 18/4 20/18
**apply [2]** 12/12 13/6
**appreciate [3]** 4/22 5/25 11/8
**approach [1]** 4/12
**approached [1]** 18/10
**appropriate [1]** 8/19
**approved [4]** 24/24 24/25 26/16 30/7

# B

**April [1]** 34/7
**are [72]**
**area [1]** 29/4
**aren't [2]** 6/14 23/7
**argument [1]** 40/13
**arguments [5]** 5/17 13/17 13/19 19/21 20/19
**around [4]** 20/21 20/22 31/15 35/18
**arrange [1]** 44/3
**as [41]** 5/19 7/10 8/13 9/15 11/3 11/3 12/9 12/13 12/13 13/21 14/13 16/18 17/11 17/17 18/8 18/18 19/13 19/19 20/9 23/12 23/12 24/22 25/4 26/16 26/19 26/21 29/7 32/7 33/16 35/14 37/22 38/13 38/18 38/22 39/4 40/12 40/21 42/11 42/17 42/19 43/9
**ask [14]** 5/24 6/2 7/16 7/25 8/8 11/9 21/14 33/17 37/22 38/8 38/13 38/15 40/13 42/18
**asked [4]** 11/9 18/10 32/21 37/4
**asking [2]** 31/20 34/16
**asks [4]** 15/11 30/23 33/25 38/11
**assigned [1]** 33/9
**assist [1]** 20/7
**assisting [2]** 11/1 11/3
**associate [1]** 10/24
**ASTRAZENECA [63]**
**AstraZeneca's [37]** 25/2 25/3 25/20 25/21 26/13 26/16 27/2 27/7 27/13 28/10 28/13 28/24 29/14 29/20 30/1 30/4 30/8 30/19 31/12 31/19 31/21 32/8 32/10 32/11 32/20 33/5 34/21 34/22 35/1 36/11 37/25 38/7 40/25 42/2 42/4 42/7 42/18
**at-will [2]** 41/17 41/19
**attempt [2]** 9/25 33/13
**attention [4]** 7/22 19/19 19/22 22/15
**attorney's [1]** 19/12
**attorneys [3]** 19/5 19/5 20/19
**August [3]** 29/21 29/25 35/23
**August 31 [1]** 29/25
**August 31st [1]** 29/21
**Avenue [2]** 2/12 2/22
**avoid [1]** 19/9
**away [3]** 41/4 41/8 42/24
**awkward [1]** 31/1

# B

**back [10]** 27/10 31/11 32/16 32/17 34/11 40/4 40/5 40/5 43/20 44/6
**back-to-back [1]** 40/5
**bad [1]** 6/18
**bag [2]** 23/7 23/10
**bar [1]** 31/15
**Barbara [1]** 32/9
**barred [1]** 17/7
**base [2]** 13/2 32/22
**based [3]** 17/16 18/22 19/17
**basically [1]** 37/13
**be [59]**
**bear [1]** 16/11
**became [1]** 36/17
**because [18]** 5/8 5/11 6/16 8/10 9/5 9/18 17/16 18/14 24/16 30/6 33/3 33/18 37/18 38/10 39/1 40/20 41/20 41/21
**become [2]** 19/4 40/17
**becoming [1]** 32/2
**bed [1]** 6/6
**been [19]** 5/19 6/6 9/19 10/6 14/4 14/5 14/22 15/9 18/8 18/12 20/17 21/14 21/17 24/3 34/19 36/9 36/9 36/19 37/4
**before [10]** 1/11 10/7 10/11 12/17 22/20 39/2 39/23 39/25 40/17 41/16
**begin [3]** 24/2 29/15 43/8
**begins [1]** 20/21
**behalf [1]** 4/14
**behind [1]** 5/11
**being [9]** 9/17 10/17 15/5 30/15 32/21 33/18 36/22 36/23 37/7
**belief [1]** 40/25
**believability [1]** 16/11
**believe [6]** 14/1 15/25 16/1 16/1 26/4 42/19
**Belknap [9]** 32/16 32/17 33/6 33/9 33/12 33/21 34/1 34/2 34/11

## B

below [1] 45/4
Benatar [4] 35/19 35/19 35/20 35/24
best [1] 19/10
Beth [1] 5/4
better [3] 21/24 24/4 33/3
between [3] 9/10 14/18 41/5
Beverly [1] 23/24
beyond [1] 13/5
bias [2] 7/11 16/8
binders [1] 21/11
bio [1] 27/18
bio-pharmaceutical [1] 27/18
bit [1] 9/19
blend [1] 38/11
blog [1] 18/2
blue [1] 33/21
Bockius [2] 2/6 2/9
Bocti [1] 23/19
Bonnette [1] 23/23
both [4] 5/15 8/20 8/21 14/17
bottle [1] 35/24
box [2] 7/7 9/14
break [6] 10/7 10/10 12/4 12/5 20/24 21/5
breaks [1] 20/22
breakthrough [1] 40/3
brief [1] 16/15
bright [2] 43/12 43/24
bring [6] 5/10 9/16 26/8 40/22 41/25 42/6
bringing [1] 30/13
brings [1] 16/20
broadcast [1] 7/20
brought [2] 21/13 35/24
burden [4] 12/23 12/24 17/3 17/8
business [10] 28/24 29/4 29/17 30/16 30/19 32/10 39/14 39/15 39/16 39/17

## C

CA [1] 2/7
call [5] 21/12 33/22 35/21 36/4 36/5
called [3] 12/23 32/17 35/25
calling [3] 23/7 35/19 36/7
calls [4] 30/9 31/25 33/16 37/20
came [2] 11/7 30/24
can [19] 4/11 5/24 5/24 6/4 6/25 7/24 9/4 11/8 15/10 19/23 21/3 22/11 22/15 23/16 24/4 26/22 28/16 29/7 39/2
can't [3] 8/2 8/16 9/18
cannot [3] 15/16 15/17 19/20
capacity [1] 37/9
care [1] 36/16
career [6] 25/19 31/7 34/7 40/16 41/9 41/14
caring [1] 7/8
case [43] 4/6 7/7 11/1 11/3 12/7 12/12 12/17 12/22 12/23 13/6 14/11 15/22 15/24 16/8 16/13 17/15 17/16 17/17 17/19 17/21 17/24 17/25 18/3 18/9 18/11 18/17 18/20 19/14 20/2 20/5 20/18 21/25 22/2 24/20 26/5 26/19 26/19 29/22 32/7 42/10 42/10 42/22 42/25
cases [1] 13/4
cast [1] 9/17
catch [1] 37/11
catch-up [1] 37/1
cause [5] 7/13 7/15 8/9 8/12 45/6
caused [2] 17/3 24/18
causes [1] 24/23
Ceaser [1] 34/16
certain [5] 10/13 13/14 15/1 19/8 21/19
certainly [5] 8/6 8/18 18/7 21/3 21/4
certified [1] 45/8
certify [1] 45/4
Chambers [4] 2/2 4/15 4/20 26/1
chance [2] 39/1 40/19
change [1] 29/15
charge [1] 44/5
chart [4] 28/19 28/23 29/1 32/5
chat [1] 18/1
checked [1] 7/6
chief [3] 5/21 10/22 11/16
childcare [1] 21/2
choose [1] 26/12
Chris [4] 37/4 37/5 37/6 37/9
chronic [2] 24/21 24/22
circles [1] 40/6
circumstantial [3] 14/12 14/15 14/19
city [1] 6/14
civil [5] 4/7 12/22 13/6 41/2 42/10
claim [3] 12/25 13/1 17/4
claims [5] 16/21 16/23 17/5 17/6 37/17
classifies [1] 32/6
clear [2] 23/8 36/20
Clement [1] 5/4
clerk [1] 22/10
client [1] 13/25
Clifford [1] 33/14
close [1] 19/18
closed [1] 11/5
closing [3] 5/17 13/19 20/19
co [1] 41/12
co-workers [1] 41/12
coached [2] 35/2 35/5
coaching [7] 29/11 33/24 37/5 37/18 37/24 38/9 40/1
code [6] 10/18 26/14 26/16 27/2 27/10 38/7
collect [1] 23/10
College [1] 4/16
come [7] 6/3 6/18 10/25 22/20 43/9 43/15 43/17
comes [4] 6/25 7/5 7/23 34/4
comfortable [2] 6/12 8/21
coming [1] 6/15
commentary [1] 18/16
commercial [1] 28/23
communicate [2] 17/22 17/23
communicating [2] 18/3 18/4
communication [1] 36/25
communications [1] 36/23
Companies [1] 26/8
company [7] 24/11 24/13 24/17 27/1 27/18 33/20 41/19
company's [4] 24/13 27/6 27/15 40/24
compensate [1] 42/23
competitive [1] 33/16
complain [3] 34/9 40/11 40/24
complained [4] 39/6 40/16 40/18 41/20
complains [1] 32/1
complaint [7] 15/8 25/13 25/22 32/7 33/8 33/10 34/18
complaints [6] 15/3 15/4 15/6 35/13 38/17 40/20
completed [2] 9/22 17/14
compliance [46]
comply [1] 26/9
comprehensive [1] 6/8
concern [2] 27/15 28/4
concerned [3] 6/22 7/12 29/18
concerns [9] 8/4 9/7 15/2 26/25 27/5 34/11 37/11 37/23 42/7
conclude [3] 35/13 38/17 41/16
conclusion [1] 20/5
conduct [3] 17/3 17/11 31/23
conference [2] 19/12 19/13
conferences [2] 19/7 19/11
confident [1] 35/12
confidential [2] 24/15 24/17
confidentiality [1] 28/7
conflict [1] 31/16
conformed [1] 45/7
confusion [1] 19/10
consider [10] 13/7 13/8 13/13 13/15 14/17 14/23 15/23 16/5 18/15 19/13
considered [3] 14/6 15/7 41/12
considering [2] 16/4 16/10

# C

consist [1] 13/9
consistent [3] 29/20 32/20 37/20
constantly [1] 36/25
consulting [1] 18/18
contact [2] 10/22 18/13
contain [1] 22/24
contemporaneously [1] 9/13
continue [1] 7/18
contradicted [1] 16/9
control [3] 15/10 16/13 33/2
controls [1] 13/23
conversation [2] 30/13 34/3
COPD [9] 24/22 24/22 24/25 25/4 25/5 25/7 30/22 32/24 34/23
copy [2] 6/7 33/5
corner [1] 26/21
correct [3] 19/23 22/14 45/5
could [7] 5/14 14/16 18/25 22/5 23/15 30/22 38/22
counsel [8] 4/9 7/13 8/17 11/2 14/25 20/14 20/16 43/6
counsel's [1] 43/8
counterparts [1] 33/15
couple [3] 8/5 8/7 41/16
course [1] 11/11
court [16] 1/1 1/12 2/21 4/3 4/5 8/9 14/10 18/13 19/3 21/10 22/9
23/5 43/22 44/9 44/10 45/10
court's [2] 14/3 44/2
courthouse [3] 2/21 5/23 26/8
courtroom [4] 5/23 9/25 10/1 43/21
COVID [4] 6/5 6/7 6/12 6/25
create [1] 26/9
created [2] 28/20 29/23
criminal [1] 13/4
cross [4] 6/24 7/1 20/15 20/17
cross-examine [2] 20/15 20/17
cross-representation [2] 6/24 7/1
CRR [2] 2/21 45/10
customers [1] 27/20
cv [2] 1/4 4/7

# D

DALIRESP [1] 30/19
damages [2] 17/8 41/3
DATE [1] 45/10
Dawn [1] 34/16
day [10] 6/11 12/2 20/21 21/21 31/24 32/13 34/17 37/24 38/3
43/5
days [3] 32/5 33/6 34/5
DC [1] 2/4
decades [1] 41/11
December [3] 30/17 31/2 31/18
December 14th [1] 30/17
December 17th [1] 31/2
December 19th [1] 31/18
decide [13] 12/16 14/10 14/19 15/25 17/13 17/16 19/8 20/2
40/22 40/23 41/1 42/19 42/23
deciding [4] 13/8 13/15 15/22 15/24
decision [3] 5/21 13/2 16/14
decisions [1] 19/17
dedicating [1] 41/10
defendant [7] 1/7 2/6 16/17 17/5 17/8 20/15 20/15
defendant's [3] 17/2 22/6 22/12
defense [3] 17/6 43/6 43/8
defenses [1] 17/9
deferral [1] 7/5
deferrals [1] 7/4
defiance [3] 35/14 38/18 40/21
deflect [1] 40/12
delay [1] 28/2
deliberate [1] 20/20
deliberately [1] 37/2
deliberation [1] 18/4
deliberations [5] 16/14 17/14 19/16 26/23 35/11

delivered [1] 29/10
delivering [1] 29/3
delivers [2] 39/25 40/5
denies [1] 17/5
Dennis [3] 2/21 45/9 45/10
denying [1] 19/13
department [30] 25/11 25/13 25/14 25/14 25/18 25/20 25/21
25/23 25/23 28/5 28/7 29/19 30/1 30/4 30/8 31/18 31/19 31/23
32/4 32/6 32/14 32/16 34/14 34/16 34/21 34/22 35/1 35/4 42/4
42/8
departments [1] 37/25
depend [1] 16/2
depressed [1] 33/1
depression [4] 25/4 25/8 32/24 34/24
desks [1] 6/3
Despite [1] 34/13
destroyed [1] 20/4
detailed [1] 16/12
dial [1] 9/23
dictionaries [1] 18/18
did [5] 7/3 14/15 39/8 40/12 44/6
didn't [3] 11/6 40/11 41/14
die [1] 30/23
differ [1] 13/21
difficult [1] 5/9
digitally [1] 45/7
DiNunzio [51]
DiNunzio's [10] 29/2 30/8 30/10 31/23 33/13 34/23 36/12 38/6
39/6 39/23
dire [4] 7/11 7/20 8/11 9/22
direct [5] 14/12 14/13 14/13 14/18 29/2
directed [2] 9/20 33/16
director [1] 28/24
directs [1] 28/3
disagree [1] 15/21
disappointing [1] 41/13
discipline [1] 34/6
disciplined [1] 25/18
disclosure [1] 32/21
discrimination [6] 15/4 16/22 16/24 16/25 35/17 37/16
discriminatory [1] 17/2
discuss [1] 18/12
discussed [1] 33/19
discussing [1] 17/25
disease [2] 24/21 24/23
dislikes [1] 12/15
disregard [2] 14/5 15/23
distinction [1] 14/17
distract [1] 20/2
distracting [1] 21/22
distribution [1] 36/24
district [8] 1/1 1/2 1/12 2/21 4/4 4/5 16/19 35/23
districts [5] 37/10 39/14 39/16 39/18 39/20
do [37] 4/11 5/24 6/4 8/11 8/13 8/14 9/3 9/10 10/3 10/5 10/7
11/18 12/8 12/18 15/19 17/12 17/22 17/22 17/24 18/15 18/17
18/17 18/17 18/19 19/10 19/12 19/25 21/4 22/5 22/9 22/11
22/12 28/2 30/5 34/2 41/22 43/6
Dobber [1] 32/11
doctors [1] 31/12
document [3] 37/23 38/4 38/5
documents [3] 21/14 35/9 42/12
does [9] 6/1 13/6 16/2 22/16 30/2 30/3 37/22 38/3 43/10
doesn't [5] 31/8 37/7 37/8 38/13 38/15
doing [6] 8/9 10/12 11/10 34/19 36/7 42/8
Domelen [1] 23/25
don't [12] 6/15 7/3 7/8 7/21 8/11 8/13 11/4 20/2 35/8 37/2 43/4
43/20
done [3] 8/20 31/14 39/5
door [1] 9/20
doors [3] 11/4 11/12 11/12
doubt [1] 13/5
down [6] 7/19 7/20 23/9 23/16 25/1 26/22
downgrades [1] 25/9

## D

**downtown [2]**  6/15 6/16
**drag [1]**  5/7
**dramatically [1]**  36/20
**drawing [1]**  34/4
**driving [1]**  25/1
**drug [4]**  24/24 25/4 25/7 27/16
**drugs [4]**  27/6 27/18 27/21 31/20
**DSM [1]**  37/4
**DSMs [1]**  36/7
**duly [1]**  11/23
**during [15]**  4/18 5/16 6/9 6/12 11/11 15/1 17/19 19/4 19/16 22/3 28/21 35/10 35/11 36/19 39/9
**duty [5]**  12/7 12/11 13/25 17/20 42/6

## E

**each [4]**  7/10 18/22 20/9 21/13
**earlier [1]**  21/1
**earliest [1]**  28/17
**early [3]**  36/18 43/13 43/24
**easily [1]**  6/10
**efficient [1]**  9/1
**efficiently [1]**  8/18
**Eight [1]**  9/14
**either [4]**  6/12 7/13 14/12 14/18
**electronic [2]**  17/25 44/2
**Ellen [1]**  23/21
**else [5]**  7/10 17/23 18/5 22/25 30/13
**email [8]**  18/1 29/17 29/18 30/2 30/8 30/10 34/15 38/14
**emailing [1]**  38/5
**emails [5]**  15/1 15/2 15/5 15/8 37/7
**embarrassed [2]**  36/1 41/9
**employed [1]**  16/17
**employee [15]**  24/16 24/18 25/6 25/11 25/18 25/20 25/24 28/5 39/2 39/3 39/10 41/7 41/19 41/20 42/5
**employee's [9]**  24/14 25/8 25/9 25/15 25/16 25/17 25/22 25/24 41/21
**employees [18]**  24/12 26/6 26/7 26/10 26/25 27/4 27/14 28/1 28/3 28/11 28/15 33/13 35/17 36/8 36/15 40/23 41/23 42/3
**employer [3]**  17/1 18/5 18/8
**employers [2]**  35/17 36/15
**employment [4]**  2/3 16/20 16/22 16/24
**encouraging [1]**  38/1
**end [13]**  4/17 16/13 17/14 17/21 21/21 21/25 23/9 31/6 34/2 41/14 42/13 42/22 42/24
**enforce [1]**  26/12
**enhanced [1]**  35/3
**enough [2]**  31/3 43/2
**ensure [3]**  18/21 27/21 27/24
**enter [1]**  35/10
**enters [1]**  38/21
**entire [2]**  19/1 38/3
**entitled [1]**  45/6
**entry [1]**  31/17
**enunciate [1]**  5/8
**epidemic [1]**  6/25
**error [1]**  19/10
**establish [1]**  15/6
**estimated [1]**  24/20
**ethical [2]**  27/22 27/24
**ethics [8]**  26/14 26/17 27/2 27/10 28/1 28/6 31/15 38/7
**EthicsPoint [1]**  31/17
**evaluation [7]**  29/8 31/6 38/22 38/23 38/24 39/25 40/14
**even [5]**  5/8 28/12 31/25 35/3 42/5
**event [1]**  29/24
**every [2]**  8/2 12/2
**everybody [3]**  6/17 22/16 43/23
**everyone [3]**  18/5 24/10 35/21
**everything [3]**  7/19 7/22 16/1
**evidence [66]**
**evident [2]**  29/11 40/2
**exacerbation [1]**  30/23

## F

**exactly [3]**  30/4 34/1 38/9
**examine [2]**  20/15 20/17
**example [3]**  9/22 21/1 41/20
**excellence [1]**  40/6
**except [1]**  5/23
**exception [1]**  6/2
**exceptional [2]**  29/10 40/1
**excluded [1]**  14/4
**excuse [4]**  7/12 7/24 8/24 9/15
**excused [3]**  6/17 8/3 43/14
**excuses [3]**  37/15 40/10 40/25
**executive [1]**  16/19
**exhibit [11]**  15/12 15/15 15/16 26/17 26/20 26/22 27/2 27/7 27/11 28/2 28/14
**Exhibit 114 [1]**  27/11
**Exhibit 181 [1]**  27/7
**exhibits [10]**  7/11 13/10 13/13 14/7 21/16 21/20 21/20 21/22 21/23 22/1
**expand [1]**  32/21
**expected [1]**  30/5
**expects [1]**  20/12
**expensive [1]**  24/25
**explain [1]**  41/25
**exposed [2]**  17/18 19/2
**expressed [1]**  15/2
**extension [1]**  41/12
**extent [1]**  17/7

## F

**faced [1]**  8/14
**fact [7]**  14/13 14/16 15/8 16/2 30/3 36/11 40/18
**factors [1]**  16/11
**facts [9]**  12/11 12/12 13/9 13/10 13/15 13/21 14/15 15/24 29/22
**failed [1]**  17/7
**fails [1]**  37/15
**fair [2]**  7/9 18/22
**fairness [1]**  18/25
**faith [4]**  17/6 27/5 27/15 40/12
**fall [1]**  28/22
**False [1]**  16/23
**familiar [1]**  13/4
**families [1]**  36/16
**family [5]**  16/23 17/1 18/5 18/7 41/13
**far [2]**  8/1 9/19
**fast [1]**  10/23
**FCRR [2]**  2/21 45/10
**FDA [2]**  24/24 24/25
**feature [1]**  18/2
**February [4]**  5/19 32/19 33/7 33/21
**February 18 [1]**  33/21
**February 5th [1]**  32/19
**February 7th [1]**  33/7
**federal [3]**  16/21 24/11 28/18
**feel [1]**  33/3
**feeling [1]**  32/25
**feels [2]**  29/19 31/16
**fellow [4]**  17/13 18/3 20/1 20/8
**ferret [1]**  6/8
**few [4]**  17/10 29/16 32/5 34/5
**field [5]**  37/18 37/19 37/24 38/9 38/11
**Fifth [1]**  2/12
**file [2]**  33/3 39/11
**files [2]**  33/8 34/18
**filing [1]**  9/11
**filled [1]**  6/19
**final [1]**  9/2
**finally [3]**  14/9 32/11 42/9
**find [7]**  12/11 14/16 21/21 26/5 37/1 42/21 42/23
**finding [1]**  33/12
**finds [2]**  34/23 36/11
**fine [4]**  4/12 4/13 10/25 29/6
**finish [1]**  8/16
**finishes [1]**  20/22

**F**

fire [2]  39/2 41/19
fired [3]  38/20 39/8 41/6
fires [5]  25/24 35/6 37/17 37/17 40/10
first [17]  13/17 17/12 20/9 21/12 25/19 27/13 28/4 29/24 30/23 31/7 32/2 34/5 34/6 39/3 43/5 43/25 44/1
five [6]  9/15 25/10 25/10 25/10 31/6 38/21
fixed [1]  33/19
floor [5]  7/19 7/21 7/25 9/16 43/17
FMLA [1]  36/18
folks [3]  6/19 7/3 43/11
follow [4]  12/13 12/19 14/8 16/14
followed [1]  31/1
following [3]  12/19 16/21 29/9
follows [1]  20/9
footnote [1]  34/25
foregoing [1]  45/4
foreshadows [1]  34/1
forget [1]  34/12
form [1]  41/2
formal [1]  33/8
forth [1]  43/21
forward [1]  12/1
forwarding [1]  30/2
forwards [3]  30/7 30/10 34/15
free [1]  7/14
Freeman [1]  23/21
front [2]  9/15 26/18
fully [1]  5/19
fun [1]  36/3
funny [2]  35/21 36/2
future [1]  26/22

**G**

gaining [1]  30/18
gallery [1]  11/1
Gary [3]  10/5 22/25 44/5
gave [1]  41/3
general [1]  36/24
generalization [1]  7/5
generic [1]  25/1
gentleman [1]  12/6
get [10]  6/24 9/10 9/14 19/22 21/20 21/22 23/12 33/2 36/21
gets [2]  39/1 44/6
getting [1]  7/1
give [13]  12/13 14/8 14/20 16/12 16/15 18/3 21/19 22/3 29/23 40/19 42/22 43/5 43/24
given [3]  6/24 14/18 19/19
gives [1]  41/2
global [2]  27/17 32/11
go [10]  7/11 11/9 12/5 20/1 20/19 23/16 28/4 43/2 43/7 43/25
goes [4]  7/19 31/17 34/10 34/13
going [18]  5/7 5/12 7/12 8/8 8/14 8/15 9/24 10/22 11/11 12/2 12/3 13/16 19/19 23/10 24/1 28/20 31/5 44/1
gone [1]  6/19
good [12]  4/23 4/25 5/2 5/4 6/24 9/8 17/6 24/10 27/5 27/15 34/4 40/11
goodies [1]  23/8
goody [1]  23/7
Google [1]  30/25
got [2]  8/22 23/10
gotten [1]  30/12
grant [1]  19/12
granted [1]  24/3
granting [1]  19/13
gross [1]  7/5
group [3]  2/3 29/17 36/24
group's [1]  29/3
guess [1]  15/19
guidelines [1]  33/4
guys [1]  43/24

**H**

had [16]  6/13 8/11 18/23 31/3 33/18 33/19 33/19 38/24 38/25 39/4 40/4 40/16 40/17 40/18 42/6 44/6
hadn't [1]  39/6
hand [4]  19/22 22/9 26/20 29/25
handle [1]  9/1
happen [1]  37/23
happened [2]  29/24 39/25
happens [3]  24/19 29/21 34/20
happy [1]  4/11
hard [2]  5/8 5/17
harm [2]  17/3 34/18
Harmon [1]  23/24
has [22]  5/22 6/6 6/7 9/19 10/6 12/22 12/24 14/4 14/22 17/3 17/8 18/23 20/17 24/20 31/3 31/16 34/19 37/4 37/15 40/10 41/6 41/20
haul [1]  43/20
have [63]
having [1]  33/23
he [10]  4/15 5/22 11/1 11/3 11/7 11/9 37/6 37/7 44/6 44/6
headquarters [1]  32/12
health [1]  29/4
healthy [1]  5/19
hear [6]  8/20 16/6 19/20 24/4 41/17 41/24
heard [6]  5/18 13/5 14/9 14/14 26/4 42/9
hearing [3]  5/9 19/5 28/21
heartbreaking [1]  41/13
held [2]  11/22 36/23
help [10]  13/20 16/14 19/24 20/11 25/21 29/23 33/1 34/14 34/16 37/13
helpful [1]  23/18
helping [1]  4/17
her [52]
here [33]  4/6 4/11 4/12 4/17 6/17 7/5 8/13 8/22 9/15 9/18 11/10 11/15 11/15 14/11 14/25 21/14 26/21 28/12 28/23 29/1 29/25 31/2 31/18 31/22 32/5 32/9 32/19 33/7 33/13 34/17 34/24 39/10 41/15
herein [1]  11/22
herself [2]  38/11 40/6
highest [4]  27/22 27/24 32/7 32/8
him [2]  10/25 11/9
hindering [1]  30/16
his [2]  32/14 32/14
hit [1]  25/1
honest [1]  8/10
Honor [16]  4/14 4/23 4/25 5/14 4/5 8/23 9/9 9/10/12 10/24 11/14 11/20 21/11 22/14 22/18 22/19 24/9
HONORABLE [1]  1/11 4/6
hope [1]  37/1
horse [1]  5/20
hour [1]  20/24
Houston [1]  44/4
how [7]  9/9 14/19 19/8 41/13 41/13 42/23 44/2
However [1]  20/24
HR [13]  34/5 34/10 34/10 34/17 34/18 36/9 37/11 37/13 37/25 38/15 38/15 39/2 39/9
HR's [2]  33/21 34/16
human [8]  25/13 25/14 25/18 25/22 25/23 32/16 33/7 34/8
humiliated [2]  36/6 41/10

**I**

I'll [10]  7/16 7/17 7/25 8/23 8/23 11/15 17/10 40/22 41/25 43/12
I'm [15]  4/19 5/25 6/12 6/15 7/12 8/17 8/21 8/22 10/22 12/3 13/15 19/19 22/20 23/19 36/9
I've [1]  8/11
idea [1]  7/3
ideal [1]  11/16
identification [1]  35/3
identify [1]  4/9
ignore [3]  12/20 15/18 15/21
illegal [4]  24/12 25/12 41/19 42/1
illness [1]  33/2

**I**

imagine [1]  8/2
Immediate [2]  9/12 9/13
immediately [3]  19/3 28/16 30/10
important [1]  12/21
improper [1]  14/1
improvement [1]  39/4
in-person [1]  38/11
include [1]  24/14
included [1]  36/22
includes [1]  17/24
including [2]  18/5 39/5
increase [1]  32/22
increased [1]  32/25
increasing [1]  30/19
INDEX [1]  3/1
indicates [1]  37/8
indication [3]  12/9 19/14 32/24
individualized [1]  22/23
individuals [1]  15/5
infer [1]  12/8
inflammatory [1]  24/22
influenced [3]  12/15 14/2 20/7
information [8]  10/2 17/19 19/2 19/8 28/7 30/24 32/4 35/9
informed [1]  28/9
initial [1]  7/20
inner [1]  11/12
insight [2]  30/22 33/16
insinuate [1]  32/23
instruct [4]  12/7 14/22 20/18 41/18
instructed [1]  14/5
instruction [3]  10/13 14/8 18/15
instructions [10]  3/4 10/10 10/15 12/3 12/8 12/19 16/12 16/13 17/17 25/12
instructs [2]  25/3 30/11
intend [2]  22/1 37/8
intended [1]  13/20
intends [1]  20/24
interest [2]  9/19 31/17
interesting [1]  34/20
interests [1]  16/7
internal [1]  30/21
Internet [2]  18/1 18/18
interpret [1]  13/20
interrupt [1]  36/5
interview [2]  32/15 37/25
interviewing [1]  38/6
interviews [2]  31/23 33/12
introduce [1]  28/19
investigate [2]  24/13 33/10
investigating [1]  33/11
investigation [5]  18/20 24/14 32/1 35/7 36/11
involved [2]  18/6 30/12
involves [1]  17/19
is [115]
isolated [1]  41/9
issue [8]  5/15 6/6 6/20 6/20 6/21 6/21 21/2 21/2
issues [5]  6/9 17/19 33/25 34/5 36/9
it [94]
it's [6]  5/7 5/17 9/13 27/3 36/2 36/2
item [1]  14/22
items [1]  43/20
its [25]  17/9 25/7 25/13 26/15 26/24 27/1 27/4 27/6 27/9 27/10 27/14 27/20 27/20 27/21 27/25 28/3 28/11 28/15 30/6 31/20 32/7 34/18 34/21 37/20 42/3
IVIE [12]  1/3 4/7 4/15 4/17 16/17 16/20 25/25 26/2 27/12 29/1 35/15 42/10
Ivie's [3]  16/20 26/19 42/20

**J**

January [6]  31/22 32/3 32/6 32/13 32/15 32/18
January 15th [1]  31/22

**January 23rd [1]**  32/6
jeopardizes [1]  18/24
join [1]  11/20
JOLIE [2]  1/11 4/6
JR [2]  1/4 4/7
judge [8]  4/6 5/22 6/23 10/22 11/16 41/18 42/9 42/21
judges [1]  8/11
July [2]  35/23 45/9
June [5]  1/5 4/1 16/19 35/6 41/5
June 2019 [1]  16/19
juror [18]  7/13 7/15 8/3 18/8 18/24 19/2 23/1 23/9 23/13 23/15 23/17 23/19 23/20 23/21 23/22 23/23 23/24 23/25
jurors [17]  5/12 5/18 6/7 6/24 9/4 9/11 17/11 17/14 18/3 20/1 20/8 21/15 21/22 22/15 22/23 23/6 26/12
jury [22]  1/10 7/21 10/6 10/9 11/22 11/23 12/6 17/20 18/11 19/6 20/1 20/3 20/20 21/10 21/13 21/20 21/21 23/5 43/4 43/18 43/20 43/22
just [14]  6/15 8/5 11/6 12/18 19/21 26/6 29/16 30/25 36/2 36/6 36/24 39/4 41/7 41/16
justice [2]  41/1 41/2

**K**

Karen [6]  32/16 32/17 33/6 33/9 33/12 33/14
Kathleen [1]  23/19
keep [7]  8/18 17/12 19/8 19/10 19/25 26/10 43/5
keeping [1]  37/3
Kent [1]  23/20
kept [2]  24/15 24/17
kinds [1]  14/17
Kleenex [1]  22/25
knew [1]  8/21
know [15]  5/21 6/5 6/7 6/13 7/8 9/18 10/3 10/5 10/21 16/6 19/23 28/9 39/9 44/6 44/6
knowing [1]  33/22
known [1]  24/22
knows [2]  38/9 39/2

**L**

label [12]  15/3 31/21 33/18 34/24 35/2 38/2 39/6 39/24 41/21 41/24 42/1 42/5
labeling [3]  30/18 33/10 42/7
lack [1]  36/24
Ladies [1]  12/6
large [1]  7/6
lash [1]  34/17
last [2]  34/14 41/16
later [9]  15/1 25/17 25/23 29/16 32/5 33/6 34/5 34/13 35/6
latter [1]  7/2
law [22]  2/3 4/16 4/16 12/7 12/12 12/13 14/7 16/12 17/18 18/21 20/18 24/11 24/17 27/23 27/25 28/18 31/21 35/16 36/14 41/2 42/2 42/8
laws [2]  26/5 26/7 26/9 40/23 41/22
lawyer [3]  15/11 15/12 15/14
lawyers [7]  8/12 13/11 13/17 13/18 13/22 13/24 24/2
leadership [1]  29/15
learn [2]  18/20 41/5
leave [9]  11/12 16/23 17/1 20/3 33/20 36/16 41/21 43/17 43/19
lecturn [2]  6/4 24/4
led [1]  27/18
left [3]  20/3 26/20 29/25
left-hand [2]  26/20 29/25
legal [1]  18/15
length [1]  19/11
Leslie [1]  23/22
less [2]  24/25 36/18
let [7]  10/21 11/18 17/23 19/22 20/2 24/19 28/19
Let's [4]  23/8 26/13 43/2 44/5
level [2]  29/14 32/7
Lewis [2]  2/6 2/9
life [2]  41/3 41/11
Lighten [1]  36/2
like [11]  5/15 8/23 9/15 13/6 22/12 26/6 26/8 26/11 34/3 38/15 43/11

## L

**likely [4]** 42/14 42/15 42/19 42/20
**likes [1]** 12/15
**limited [6]** 10/14 14/7 14/21 14/23 14/24 15/7
**limiting [1]** 14/8
**line [3]** 9/21 10/18 34/24
**list [4]** 9/10 9/14 13/16 36/24
**listen [5]** 5/18 9/24 18/16 42/11 42/17
**listening [1]** 21/23
**literally [1]** 8/14
**little [5]** 6/14 9/19 22/24 23/7 34/19
**living [1]** 7/7
**LLP [2]** 2/6 2/9
**local [2]** 6/14 9/23
**locked [1]** 11/4
**long [1]** 11/3
**look [3]** 6/15 12/1 26/13
**looking [1]** 21/23
**looks [1]** 22/12
**loop [2]** 36/25 37/3
**lot [2]** 29/22 41/24
**lower [1]** 26/20
**LP [2]** 1/6 4/8
**lunch [2]** 12/5 20/24
**lung [1]** 24/22
**lungs [1]** 24/23

## M

**made [3]** 15/3 15/4 15/6
**MAGISTRATE [1]** 1/12
**Magnuson [4]** 12/4 20/24 21/4 44/4
**mailed [1]** 6/11
**make [10]** 7/14 7/16 7/17 8/21 9/25 18/19 19/16 20/10 20/13 20/19
**makes [4]** 14/17 24/24 28/22 40/13
**making [2]** 7/22 15/8
**manage [1]** 37/7
**manager [5]** 16/19 24/16 28/4 32/4 39/3
**managers [1]** 26/24
**mandated [1]** 5/22
**manner [1]** 16/7
**many [3]** 23/8 36/22 42/17
**market [10]** 2/10 25/1 25/2 25/3 26/15 30/6 31/20 32/22 38/2 39/15
**marketing [15]** 24/12 25/7 25/12 27/1 27/6 27/15 30/18 33/10 39/7 39/24 41/21 41/24 42/5 42/7
**mask [3]** 11/15 22/20 23/2
**masked [2]** 9/2 9/5
**masks [5]** 5/16 5/22 11/14 24/4 24/5
**Mastoloni [2]** 4/15 26/1
**materials [1]** 18/19
**matter [1]** 18/12
**matters [1]** 3/3
**may [29]** 6/9 10/25 11/1 13/13 13/15 14/9 14/12 14/21 14/25 15/7 15/14 15/15 15/20 15/24 16/1 16/4 18/7 18/15 19/4 19/11 19/24 20/15 20/15 20/16 34/8 34/20 35/18 41/17 41/19
**May 21st [1]** 34/20
**May 3rd [1]** 34/8
**Maybe [1]** 6/25
**Mazumdar [1]** 2/2
**McCarthy [2]** 2/9 5/1
**McCullough [1]** 32/9
**me [26]** 6/4 10/21 11/18 19/5 19/22 21/19 22/9 24/19 28/19 35/19 35/21 36/1 36/2 36/4 36/5 36/7 36/18 36/21 36/23 37/3 37/4 37/8 37/8 37/13 42/25 44/6
**means [6]** 12/16 12/25 15/22 18/1 42/13 42/13
**meant [1]** 6/8
**media [1]** 18/6
**medical [2]** 16/23 36/16
**meet [2]** 27/22 34/8
**meeting [6]** 31/25 33/22 33/23 34/2 35/23 37/12
**Meetings [1]** 36/23

## N

**meets [1]** 27/24
**Melinda [1]** 2/6
**Melissa [1]** 4/24
**members [2]** 9/18 18/5
**memory [4]** 13/22 16/6 20/6 20/7
**mental [1]** 33/2
**mention [2]** 22/19 44/6
**mentioning [1]** 6/23
**merely [2]** 42/5 42/15
**merits [1]** 17/24
**mess [1]** 6/16
**messaging [1]** 18/1
**might [3]** 20/25 21/3 31/20
**Mike [3]** 32/5 33/14 34/15
**Mill [1]** 2/7
**millions [1]** 37/19
**mind [1]** 17/12
**mindset [1]** 33/19
**minimize [1]** 17/8
**minimum [1]** 19/11
**minute [3]** 12/4 20/22 21/5
**miss [1]** 37/2
**mistrial [1]** 18/25
**mitigate [1]** 17/8
**mitigation [1]** 35/3
**mixed [1]** 39/15
**mixed-market [1]** 39/15
**moment [1]** 26/17
**Monday [2]** 12/2 33/15
**money [1]** 41/3
**monitored [2]** 35/2 35/5
**month [3]** 25/17 29/7 36/19
**months [3]** 29/8 29/13 29/16
**moots [1]** 11/15
**more [7]** 13/1 14/15 41/8 42/14 42/15 42/18 42/20
**Morgan [2]** 2/6 2/9
**morning [3]** 20/23 22/13 43/8
**most [3]** 6/13 8/25 16/18
**move [6]** 8/1 8/12 8/24 10/7 34/12 36/10
**moving [2]** 8/13 8/18
**Mr [2]** 3/5 8/24
**Mr. [7]** 6/1 12/4 20/24 21/4 32/14 44/2 44/4
**Mr. Magnuson [4]** 12/4 20/24 21/4 44/4
**Mr. Oswald [1]** 6/1
**Mr. Pomponi [2]** 32/14 44/2
**Mrs [1]** 8/24
**Ms. [9]** 16/20 16/20 29/9 29/13 29/16 30/9 30/17 31/3 32/17
**Ms. DiNunzio [5]** 29/9 29/13 29/16 30/9 30/17 31/3 32/17
**Ms. Ivie [1]** 16/20
**Ms. Ivie's [1]** 16/20
**much [12]** 4/21 5/13 9/10 9/14 11/9 12/1 14/19 21/7 29/12 41/8 42/23 43/14
**must [28]** 12/7 12/13 12/14 12/16 12/19 13/1 14/6 14/8 14/23 15/22 17/16 17/18 18/11 24/11 24/13 26/15 26/24 27/4 27/9 27/14 27/19 27/22 28/7 30/6 34/12 39/3 42/10 42/13
**my [20]** 4/23 5/10 12/7 12/19 17/17 19/13 19/14 19/22 22/20 33/14 35/8 35/22 36/6 36/22 37/6 37/6 37/7 37/9 37/10 37/11
**myself [3]** 37/5

## N

**name [5]** 4/19 4/23 23/16 23/17 25/24
**nation [3]** 40/8 40/9 40/19
**national [1]** 29/14
**national-level [1]** 29/14
**nationally [2]** 39/19 39/21
**nearly [1]** 41/10
**necessarily [1]** 16/2
**necessary [4]** 19/5 22/3 27/20 36/17
**need [10]** 6/3 6/18 7/23 28/8 30/12 30/15 30/16 31/9 35/8 36/10
**needs [1]** 20/25
**nervous [1]** 6/15
**never [5]** 8/16 38/23 39/1 40/16 40/18
**new [4]** 23/10 23/12 23/17 31/10

**N**

news [2]  9/23 18/16
next [1]  9/20
nickname [2]  35/20 36/1
nine [2]  43/10 43/13
nine o'clock [2]  43/10 43/13
no [16]  6/20 6/20 6/20 7/14 7/17 14/17 20/3 22/5 22/11 23/19 23/20 23/21 23/22 23/23 23/24 23/25
No one [1]  20/3
No. [17]  4/7 13/24 14/4 23/13 23/16 26/15 26/24 27/4 27/9 34/25 39/12 39/12 39/14 39/15 39/16 39/18 39/20
No. 1 [4]  23/13 23/16 39/12 39/15
No. 10 [1]  34/25
No. 16 [1]  39/12
No. 2 [3]  13/24 26/24 39/20
No. 3 [3]  14/4 27/4 39/18
No. 3:19-cv-01657-JR [1]  4/7
No. 4 [1]  39/16
No. 6 [1]  39/14
none [1]  16/2
Northwest [1]  28/24
not [71]
note [1]  20/2
note-taking [1]  20/2
notebooks [2]  21/13 21/17
notepad [1]  23/1
notes [11]  7/22 19/24 19/25 20/3 20/4 20/5 20/6 20/8 20/8 32/14 43/18
nothing [2]  30/2 34/4
notice [1]  38/19
notify [3]  18/7 19/2 42/4
now [25]  4/5 6/6 12/6 16/20 17/10 24/19 25/15 27/12 28/15 28/19 28/22 29/22 30/1 32/19 33/4 33/11 35/8 35/15 35/20 36/13 37/15 38/14 41/24 41/25 42/4
number [8]  9/24 10/3 10/17 16/3 19/11 23/17 26/22 37/23
numbers [8]  23/9 23/10 23/12 26/20 26/21 38/9 38/10 40/4
NW [1]  2/4

**O**

o'clock [2]  43/10 43/13
oath [1]  12/18
object [4]  7/15 13/25 15/14 21/11
objection [12]  7/13 7/14 7/14 7/16 7/17 7/17 8/22 14/2 14/3 15/14 15/16 15/18
objections [1]  13/24
objects [1]  25/7
obligated [1]  29/19
obstructed [1]  24/23
obstructive [1]  24/21
Obviously [1]  7/3
occurred [1]  32/15
off [16]  15/3 22/20 23/8 30/18 31/21 33/10 33/18 35/2 38/2 39/6 39/24 41/21 41/24 42/1 42/5 42/7
off-label [11]  15/3 31/21 33/18 35/2 38/2 39/6 39/24 41/21 41/24 42/1 42/5
off-labeling [3]  30/18 33/10 42/7
offer [1]  15/1
offered [1]  15/5
offers [1]  15/12
officer [1]  32/9
Official [1]  45/10
Oh [1]  36/2
Okay [6]  9/6 9/8 11/21 22/8 23/3 44/8
old [2]  23/9 34/1
older [3]  7/6 7/7 36/8
oldest [2]  35/22 36/12
once [3]  10/6 30/17 36/6
one [21]  5/14 6/22 10/14 13/6 14/15 20/3 20/22 20/23 20/24 23/9 25/17 26/7 28/10 29/1 30/22 31/5 31/24 34/14 35/21 36/8 37/17
one-hour [1]  20/24
ones [1]  6/19

---

**only [17]**  6/19 9/9 13/13 14/7 14/21 14/23 14/23 15/7 17/16 20/6 24/6 26/12 26/16 28/8 30/7 31/15 34/10
oOo [1]  45/2
open [9]  4/3 8/9 8/17 9/21 11/13 17/12 21/10 23/5 43/22
opening [17]  3/5 5/17 10/11 13/19 15/1 20/10 20/10 20/13 21/6 22/4 22/5 22/6 22/11 22/12 24/2 43/6 43/8
openings [2]  10/8 22/10
opinion [3]  7/17 12/9 19/14
opinions [1]  12/15
opportunity [6]  16/5 18/23 28/17 33/23 38/25 43/24
option [1]  11/14
order [3]  15/20 16/14 32/22
ordered [1]  18/12
OREGON [8]  1/2 1/6 4/5 16/23 16/24 16/25 24/20 24/21
organizational [1]  28/19
original [2]  6/23 45/6
originally [1]  33/9
Oswald [4]  2/3 3/5 4/14 6/1
other [20]  7/16 8/4 9/7 9/9 10/21 13/19 14/24 15/4 15/9 15/12 16/9 16/11 17/18 18/2 18/19 18/20 33/13 36/7 39/5 40/10
others [1]  12/20
otherwise [2]  8/2 17/22
our [16]  5/16 6/14 8/18 9/2 11/16 19/10 28/23 29/1 31/2 32/5 32/21 32/22 32/23 33/1 33/7 44/5
ours [1]  21/13
out [21]  6/9 6/11 6/20 12/20 19/5 21/15 25/10 25/10 26/18 29/17 31/6 33/21 34/4 34/17 36/25 37/1 37/3 37/18 38/10 38/21 39/12
outcome [1]  16/8
outdoor [1]  5/10
outer [1]  11/12
outline [1]  20/11
outside [1]  19/2
over [7]  8/2 8/16 10/25 19/1 27/10 33/25 37/10
overflow [1]  9/17
overly [1]  20/7
overrule [1]  15/14
own [14]  18/21 20/6 26/14 28/10 31/21 32/20 35/18 36/11 36/7 40/12 40/24 42/2 42/3 42/18

**P**

p.m [1]  20/22
PA [1]  2/10
packets [1]  22/24
pad [1]  22/24
page [7]  2/7 26/17 26/21 27/3 27/11 28/2 28/14
pages [1]  27/7
Palo [1]  2/7
pandemic [1]  6/10
paper [2]  22/24
part [2]  16/1 29/18
participants [1]  31/24
parties [2]  18/22 20/12
parties' [1]  16/15
party [4]  12/24 13/3 18/23 20/12
pass [2]  21/15 23/9
passion [2]  29/10 40/1
past [2]  34/12 43/5
Pat [2]  35/19 35/19
patient [3]  30/19 32/22 33/2
patients [5]  27/10 27/19 27/20 30/23 31/13
pause [3]  23/4 26/17 30/11
pay [2]  19/18 22/15
paying [1]  7/22
peer [1]  39/6
pen [1]  22/24
people [9]  6/11 6/13 6/14 6/19 7/4 18/6 28/20 35/22 36/4
percent [6]  24/20 30/22 37/19 40/7 40/9 40/18
peremptories [2]  7/10 8/15
Perfect [2]  5/11 43/12
performance [19]  24/15 25/9 25/16 29/7 29/10 31/6 38/20 38/21 38/23 38/24 39/3 39/4 39/9 39/24 40/1 40/3 40/12 40/14 40/15

**P**

performer [1] 40/19
permission [1] 24/3
permitted [2] 15/13 24/5
person [7] 5/22 6/17 17/25 38/6 38/11 44/5 44/5
personal [1] 12/15
personally [1] 14/14
persuaded [1] 13/1
Peter [2] 4/17 26/1
Phaneuf [2] 4/17 26/1
pharmaceutical [1] 27/18
PHARMACEUTICALS [3] 1/6 4/8 16/18
Philadelphia [1] 2/10
phone [2] 10/17 17/25
pick [1] 21/2
pick-up [1] 21/2
place [1] 39/3
plaintiff [13] 1/4 2/2 12/22 15/2 15/6 15/8 16/17 17/2 17/3 17/7 20/14 20/16 24/2
plaintiff's [4] 14/25 17/5 17/6 28/13
plan [2] 39/4 40/15
plans [1] 44/7
play [1] 37/1
please [7] 4/10 18/13 19/2 19/6 19/25 21/3 23/11
plexiglass [1] 5/12
podium [4] 4/12 9/3 11/17 43/9
point [4] 10/7 26/18 31/18 43/7
policies [1] 40/24
policy [4] 28/13 32/20 37/21 42/2
Pomponi [5] 32/5 32/14 33/14 34/15 44/2
pool [1] 6/25
poor [3] 6/14 38/20 39/2
population [1] 30/20
Portland [4] 1/6 2/13 2/22 6/16
position [1] 29/15
positions [1] 16/16
possibly [1] 12/2
practices [1] 24/12
prefer [2] 21/1 35/25
prejudice [1] 16/8
prejudices [1] 12/16
preliminary [6] 3/3 3/4 10/10 10/13 10/15 12/3
prepare [1] 33/24
prepared [1] 34/3
preponderance [3] 12/23 12/25 42/11
present [5] 20/14 20/16 21/10 23/5 43/22
presented [2] 13/3 20/17
president [1] 32/10
presiding [1] 4/6
press [1] 18/6
pretty [1] 9/13
prevent [1] 26/24
previous [1] 37/9
previously [1] 6/23
printed [1] 35/24
prior [1] 38/12
privileged [1] 26/2
probably [4] 6/3 8/25 11/9 13/2
problem [2] 8/14 19/23
proceed [2] 20/9 24/1
proceedings [3] 18/25 23/4 45/5
process [4] 8/18 9/22 19/1 41/10
product [3] 27/1 30/6 33/1
products [2] 26/15 32/24
professional [3] 36/1 41/3 41/11
Profit [1] 31/10
profitable [1] 31/9
profits [1] 27/9
program [2] 27/7 28/13
promotions [1] 15/3
promptly [1] 43/13
proof [5] 12/24 13/5 14/13 14/15 16/2

protect [15] 24/11 26/6 26/7 26/10 26/12 27/4 27/14 27/20 28/7 35/17 36/15 37/14 37/16 40/23 41/22
protected [1] 27/21
protects [1] 42/8
proud [1] 29/12
provide [1] 12/13
proving [3] 12/23 17/4 17/9
PSS [1] 37/6
public [6] 9/17 9/21 9/23 10/1 10/18
pull [1] 7/24
pulmonary [1] 24/21
purpose [10] 10/14 14/7 14/22 14/23 14/24 14/24 15/7 15/9 19/7 24/6
pushes [1] 31/11
pushing [1] 31/15
put [5] 6/6 23/11 27/9 37/7 40/15

**Q**

question [9] 7/9 7/23 9/2 14/1 15/11 15/14 15/16 15/18 15/19
questioning [1] 38/8
questionnaire [3] 6/6 6/8 6/20
questions [13] 6/5 8/1 8/3 8/7 9/3 9/7 10/22 11/16 13/24 19/21 31/4 33/17 33/24
quickly [2] 34/4 42/8

**R**

raise [3] 5/14 21/4 28/3
raises [2] 30/18 30/21
rank [1] 42/18
ranking [1] 32/9
rate [1] 31/5
rating [2] 25/9 31/7
Ray [2] 4/15 26/1
RDR [2] 2/21 45/10
reaching [1] 13/12
read [4] 10/9 12/3 18/16 20/4
real [1] 10/22
really [5] 5/6 5/17 37/8 41/8 43/4
reason [6] 7/12 33/9 35/15 36/13 37/19 41/19
reasonable [1] 13/5
reasonableness [1] 16/10
reasonably [1] 18/7
reasons [2] 27/13 37/17
recall [2] 12/17 19/17
receive [1] 18/14
received [10] 6/10 13/10 13/14 14/7 14/11 15/11 15/15 15/17 17/17 21/17
receiving [1] 22/23
recently [1] 16/18
recess [4] 21/8 21/9 43/7 44/9
recommending [1] 35/4
recommends [1] 35/1
record [5] 4/10 7/15 15/21 23/15 45/5
redo [1] 7/21
reduced [1] 17/7
reevaluate [1] 30/15
refer [1] 14/25
reference [2] 18/19 26/22
refused [1] 37/11
regarding [1] 12/9
regardless [1] 13/3
region [4] 28/25 29/5 39/13 39/15
regional [1] 30/15
regions [1] 39/12
regularly [1] 37/6
relating [1] 28/8
relationship [1] 29/5
release [1] 12/4
releases [1] 34/21
relevant [1] 19/8
rely [1] 20/6
remain [1] 11/12
remaining [1] 6/19

## R

**remains [1]** 28/17
**remember [4]** 13/21 19/24 28/10 43/9
**remind [1]** 19/20
**remove [2]** 24/3 24/5
**renewed [1]** 25/22
**report [14]** 18/13 24/12 24/13 24/15 24/16 26/25 27/5 27/15 28/1 28/12 28/15 32/8 33/15 34/21
**reported [1]** 28/8
**reporter [3]** 2/21 9/23 45/10
**reporting [2]** 29/20 36/8
**reports [4]** 28/5 29/2 33/24 36/12
**represent [1]** 26/2
**representation [2]** 6/24 7/1
**request [4]** 5/16 11/20 19/12 19/13
**requested [2]** 7/5 24/3
**requesting [2]** 7/4 22/16
**require [1]** 19/1
**required [3]** 5/16 20/13 42/3
**requirement [1]** 13/6
**requires [8]** 18/21 24/11 27/25 28/11 28/15 35/16 36/14 42/3
**requiring [1]** 32/8
**research [1]** 18/17
**resources [8]** 25/13 25/14 25/18 25/22 25/23 32/16 33/8 34/8
**respect [2]** 27/23 27/25
**respective [1]** 6/3
**respiratory [4]** 29/4 29/17 32/10 32/23
**respond [5]** 7/4 7/23 18/11 38/25 40/20
**response [2]** 7/25 25/2
**responses [1]** 6/13
**responsibility [1]** 31/12
**responsible [2]** 24/18 29/3
**restrictions [2]** 18/21 18/24
**result [2]** 18/25 32/25
**results [1]** 35/7
**retaliates [1]** 24/16
**retaliating [1]** 26/25
**retaliation [5]** 26/11 27/5 27/14 36/15 37/16
**retaliatory [1]** 17/3
**retrained [2]** 35/2 35/5
**return [4]** 18/15 21/6 36/22 37/9
**returned [1]** 36/18
**returns [1]** 25/20
**review [1]** 35/11
**reviewing [2]** 35/11 38/16
**rid [1]** 36/21
**Riechert [2]** 2/6 4/24
**right [12]** 5/6 23/13 31/16 33/4 38/14 40/24 41/2 42/19 42/20 43/2 43/12 43/15
**rise [1]** 4/4
**risk [2]** 35/2 35/3
**RMR [1]** 45/10
**Road [1]** 2/7
**Robert [1]** 2/3
**role [1]** 34/8
**room [10]** 2/22 7/21 11/2 18/1 20/1 20/3 20/20 21/21 43/18 43/20
**row [1]** 23/16
**rule [8]** 8/22 26/15 26/24 27/4 27/9 27/13 29/20 42/3
**Rule No. 1 [1]** 26/15
**Rule No. 4 [1]** 27/9
**rules [11]** 14/1 15/10 15/13 19/9 26/9 26/10 26/11 26/11 26/13 28/11 31/22
**ruling [2]** 7/17 14/3
**RUSSO [5]** 1/11 4/6 41/18 42/9 42/21
**Ruud [1]** 32/11
**Ryan [2]** 2/9 5/1
**Ryan McCarthy [1]** 5/1

## S

**safe [1]** 26/10
**safety [1]** 26/11

**said [5]** 6/17 6/20 9/15 30/24 43/2
**sales [3]** 16/19 25/2 28/24
**salespeople [3]** 25/3 31/20 38/2
**same [7]** 18/22 25/14 31/24 32/13 32/17 33/11 42/22
**Sanitizer [1]** 23/1
**saw [1]** 14/14
**say [11]** 7/4 7/12 8/23 12/8 13/18 23/15 37/19 38/19 38/20 40/11 42/9
**saying [3]** 6/11 6/14 34/18
**says [7]** 16/1 29/9 30/12 30/14 30/21 31/9 33/14
**scale [1]** 42/15
**scheduling [1]** 20/25
**Schwabe [3]** 2/12 5/3 10/25
**science [1]** 27/18
**science-led [1]** 27/18
**Scott [2]** 2/3 4/14
**screen [2]** 34/25 38/14
**scrutinize [1]** 25/15
**scrutiny [1]** 24/14
**searching [1]** 18/18
**seat [1]** 10/9
**seated [2]** 10/7 18/8
**seats [1]** 23/6
**Seattle [3]** 29/5 39/13 39/15
**second [7]** 7/19 7/21 7/24 9/16 17/16 34/18 35/15
**second-floor [1]** 7/21
**see [20]** 6/4 6/25 7/2 7/9 9/4 11/18 16/5 19/20 23/6 26/7 26/19 26/20 26/21 28/12 29/7 30/3 39/22 42/12 43/11 43/12
**seeing [2]** 12/2 26/18
**seems [1]** 21/19
**seen [4]** 14/9 26/16 27/2 35/14
**selection [1]** 11/22
**selects [1]** 29/14
**send [1]** 29/19
**sends [6]** 29/16 31/4 32/3 32/14 33/5 34/15
**sense [1]** 29/24
**sensitive [1]** 36/10
**sent [1]** 15/8
**seriously [1]** 31/13
**seriousness [1]** 32/8
**serve [2]** 6/18 29/14
**service [2]** 18/11 25/6
**serving [2]** 6/9 6/12
**session [2]** 4/5 14/10
**set [1]** 8/23
**setting [1]** 36/1
**seven [1]** 29/13
**share [3]** 25/2 32/22 38/14
**shares [2]** 25/13 25/21
**she [19]** 29/18 30/21 30/21 31/5 31/9 31/11 31/15 31/19 34/1 34/15 37/2 37/19 39/20 40/9 40/12 40/18 40/18 41/12
**sheet [2]** 42/21 42/22
**short [1]** 36/19
**shortly [2]** 25/8 29/15
**shot [1]** 31/4
**should [16]** 12/10 13/2 13/7 14/2 14/16 17/13 19/15 20/3 20/6 20/7 24/14 24/15 28/4 30/25 42/21 44/3
**shouldn't [2]** 6/21 30/12
**show [9]** 12/4 14/25 20/12 31/3 35/9 40/14 42/10 42/12 42/14
**showing [1]** 15/7
**shown [1]** 38/24
**shows [2]** 38/23 39/22
**shut [1]** 11/12
**side [6]** 7/13 7/16 15/12 20/9 21/13 29/25
**side's [1]** 42/18
**signature [3]** 45/7 45/7 45/7
**signed [1]** 45/7
**significant [1]** 32/7
**signing [1]** 45/4
**silence [1]** 31/1
**simply [3]** 7/15 19/21 20/11
**since [5]** 5/19 6/11 10/1 32/2 36/22
**singer [1]** 35/19

**S**

single [1] 12/20
sir [2] 5/9 24/8
sit [1] 10/25
sitting [1] 5/11
situation [2] 8/12 31/17
situations [1] 26/6
sneaking [1] 31/14
so [33] 5/8 6/18 6/21 7/21 7/24 8/8 9/3 9/18 9/19 9/22 11/19
12/18 17/21 19/23 21/12 21/15 22/15 24/4 24/5 28/2 28/16
28/17 29/18 29/22 36/25 40/12 41/8 41/22 42/8 42/15 42/17
43/6 44/1
solely [1] 12/17 14/11
some [10] 6/5 6/13 6/14 7/11 11/1 12/3 12/20 14/21 33/8 33/25
somebody [8] 6/9 7/8 7/8 7/11 7/24 7/24 9/16 11/9
someone [1] 37/5
something [1] 34/20
sometimes [2] 14/6 15/20
soon [1] 23/12
sorry [1] 4/19
speak [4] 5/7 5/8 7/14 20/25
speaks [1] 39/23
special [1] 20/25
spend [2] 21/22 38/3
stand [2] 5/24 24/4
standards [2] 27/23 27/25
start [10] 8/2 8/15 9/11 19/1 21/1 22/16 23/13 43/10 43/13
43/23
started [3] 35/18 36/7 36/7
state [4] 16/21 17/10 23/16 24/20
statement [7] 3/5 15/1 20/10 20/10 20/13 43/6 43/8
statements [6] 5/17 13/17 13/19 21/6 24/2 34/23
STATES [4] 1/1 1/12 2/21 4/4
statute [2] 16/24 16/25
stay [1] 6/3
Stephani [15] 28/23 29/2 29/2 35/18 35/20 35/24 35/25 36/2
36/4 36/6 36/8 36/20 37/8 37/12 39/4
Stephani DiNunzio [1] 28/23
steps [1] 27/20
stickers [1] 23/1
stop [1] 30/13
story [5] 24/19 26/2 42/14 42/18 42/20
Street [2] 2/4 2/10
stricken [2] 14/5 15/20
strike [2] 8/8 8/12
strips [1] 34/7
struggle [1] 5/12
student [1] 4/16
subject [2] 5/15 31/25
submission [1] 33/6
subordinate [1] 37/6
subordinates [1] 39/5
such [3] 14/13 18/18 31/7
suggestion [1] 8/17
Suggestions [1] 8/17
suing [3] 27/12 35/15 36/13
Suite [2] 2/4 2/12
summary [1] 16/15
supervising [2] 29/8 29/13
supervisor [8] 25/3 25/9 25/15 25/17 32/2 33/11 36/6 40/17
supervisor's [1] 25/12
supplements [1] 32/20
support [1] 35/9
supporting [1] 35/12
supports [1] 26/19
supposed [1] 32/23
sure [2] 5/25 8/21
surprised [1] 11/6
suspected [4] 28/1 28/6 28/12 28/16
suspects [1] 42/5
sustain [2] 15/15 15/18

**SUZANNE [100]**
Suzanne Ivie [1] 25/25
Suzanne's [22] 29/9 30/21 31/4 31/6 31/7 32/2 32/6 33/6 33/10
34/7 34/15 34/22 35/18 36/17 37/24 38/9 38/10 39/5 39/9 39/10
39/24 41/9
SW [2] 2/12 2/22
sworn [2] 11/23 13/9
sympathy [1] 12/16
system [2] 33/5 44/2

**T**

table [1] 11/2
take [18] 9/3 10/7 10/10 11/15 19/24 19/25 20/5 21/5 23/8 26/23
27/19 27/21 34/3 34/10 35/8 36/15 36/18 37/9
taken [3] 38/18 40/21 41/6
takes [1] 31/12
taking [3] 20/2 22/20 41/22
Talcott [2] 2/11 5/2
talk [2] 5/18 19/5
talked [2] 10/12 21/12
talking [2] 30/18 33/14
tasks [1] 25/15
Taylor [1] 23/25
team [6] 29/11 34/23 35/22 37/7 40/2 40/6
tech [1] 44/5
technology [1] 4/18
telephone [3] 9/21 9/24 10/3
tell [20] 6/10 6/16 8/1 8/10 13/12 17/21 24/19 26/2 27/17 27/19
27/22 30/1 30/9 30/14 30/25 34/9 36/5 38/22 41/12 42/25
telling [1] 33/13
tells [6] 31/5 31/8 31/11 31/14 31/19 34/11
ten [2] 21/13 43/4
tended [1] 7/6
terminated [1] 16/20
terms [1] 7/20
testified [1] 16/6
testify [1] 16/3
testifying [1] 16/7
testimony [14] 13/9 13/13 14/4 14/7 14/13 15/25 15/25 16/4
16/9 16/10 19/19 19/21 21/24 35/12
text [1] 18/1
than [6] 13/2 36/18 42/14 42/15 42/19 42/20
thank [17] 4/21 5/6 5/13 10/16 10/20 11/8 11/19 12/1 21/7
22/22 24/1 24/7 24/9 43/3 43/14 43/23 44/8
that [182]
that's [10] 4/13 5/24 7/9 8/12 8/25 9/17 9/25 10/2 23/2 38/14
their [15] 7/16 13/19 13/25 21/23 24/3 24/5 26/16 28/3 28/4
29/5 30/7 30/23 33/2 36/16 43/6
them [24] 7/25 10/1 12/20 13/15 13/16 13/21 13/22 13/22 15/1
19/25 21/15 21/15 21/21 22/3 22/9 22/19 23/9 24/5 26/12 35/10
35/12 35/12 36/5 36/5
themselves [1] 36/16
then [27] 8/1 8/13 8/15 8/23 10/10 12/3 14/16 18/12 20/14
20/15 22/13 23/12 23/16 24/3 24/17 25/11 28/4 30/14 32/1
34/20 35/1 37/16 38/8 41/1 42/3 43/12 43/25
therapeutic [1] 29/4
there [16] 6/5 6/17 7/23 9/19 9/21 10/21 11/2 11/15 15/10 20/22
20/23 23/7 23/8 26/7 29/22 37/13
there's [1] 36/24
thereafter [1] 29/16
therefore [1] 13/7
these [13] 8/3 12/8 18/21 18/24 18/25 19/7 19/11 22/1 26/9
26/11 26/13 36/9 36/19
they [35] 5/12 6/11 7/6 7/6 7/7 7/22 7/23 7/25 8/1 9/20 11/4
12/20 13/18 14/1 20/4 21/15 21/20 21/22 21/22 24/5 26/7 26/9
27/5 27/14 28/4 30/22 31/13 33/3 33/13 34/9 37/11 37/18 41/8
41/9 43/9
thing [2] 9/9 28/10
things [9] 6/22 10/13 11/1 13/14 16/6 29/15 36/19 37/1 41/16
think [13] 7/2 7/2 7/9 8/11 8/25 11/4 20/24 21/24 22/24 23/12
38/16 43/7 44/4
thinking [1] 31/11
thinks [1] 15/13

## T

**third [2]**  2/22 36/13
**this [60]**
**Thomsen [1]**  37/6
**those [16]**  5/12 6/18 8/8 9/3 9/3 12/12 13/4 15/2 15/5 16/13 21/4 21/16 23/10 23/11 27/21 28/8
**though [2]**  31/25 35/3
**thought [1]**  35/20
**three [7]**  6/11 7/10 25/23 27/12 29/7 29/8 35/5
**three-month [1]**  29/7
**through [3]**  7/11 41/7 41/7
**throughout [2]**  17/12 22/2
**thumbs [1]**  43/11
**thus [1]**  8/1
**time [20]**  8/2 9/10 9/10 9/11 19/4 19/4 19/20 21/1 21/5 21/23 22/16 25/19 27/3 32/2 33/11 34/14 37/20 39/8 43/6 43/10
**timeline [5]**  29/23 29/25 31/2 33/7 35/10
**times [2]**  5/23 13/20
**timetable [1]**  29/23
**tip [1]**  42/15
**today [5]**  26/8 41/6 41/7 41/7 41/15
**told [8]**  15/23 33/18 33/19 35/21 35/25 36/2 36/9 37/13
**tomorrow [1]**  22/12
**too [4]**  6/1 6/18 36/7 36/9
**took [5]**  12/18 41/4 41/8 41/8 42/24
**top [3]**  40/7 40/9 40/18
**train [1]**  37/4
**trained [1]**  37/5
**transcribed [1]**  11/22
**transcript [3]**  19/18 45/5 45/6
**treat [2]**  24/25 31/13
**treated [1]**  19/9
**treatment [1]**  25/4
**trial [15]**  1/10 4/18 9/19 11/11 14/11 17/12 18/6 18/22 19/1 19/4 19/18 20/9 20/21 28/21 35/10
**true [5]**  13/2 15/6 40/14 42/14 42/14
**truth [2]**  8/10 10/14
**try [4]**  5/8 10/22 18/20 21/3
**trying [1]**  36/20
**turning [1]**  33/4
**two [6]**  6/10 20/22 25/10 31/6 33/6 34/13 38/21 41/10
**Tyler [1]**  23/23
**typically [2]**  8/11 20/21

## U

**U.S [2]**  27/7 34/24
**unapproved [3]**  27/1 27/6 27/16
**uncomfortable [1]**  33/15
**under [4]**  14/1 16/22 19/9 33/2
**understand [3]**  19/6 20/11 31/9
**Understood [1]**  9/6
**undervalued [1]**  42/25
**unethically [1]**  32/21
**unfortunately [1]**  6/13
**unit [3]**  32/11 39/15 39/17
**UNITED [4]**  1/1 1/12 2/21 4/4
**United States [1]**  4/4
**University [1]**  4/16
**unlawful [1]**  16/24
**unless [1]**  17/21
**unmasked [3]**  11/15 11/16 43/9
**until [5]**  17/13 17/21 18/3 20/1 44/5
**unusual [2]**  8/12 21/19
**up [16]**  5/7 5/8 7/14 7/23 7/24 8/23 9/16 21/2 22/20 36/2 37/1 39/23 40/4 43/11 43/15 43/17
**urge [1]**  19/18
**us [14]**  4/18 5/15 5/18 8/1 11/1 19/7 26/8 26/12 27/17 27/19 27/22 30/1 38/22 41/23
**use [5]**  22/1 27/16 30/22 33/16 33/18
**used [2]**  10/17 27/18
**uses [4]**  26/16 27/1 27/6 30/7
**using [1]**  18/19

## V

**vaccinated [1]**  5/19
**Valentine [1]**  23/22
**Van [1]**  23/25
**verdict [8]**  12/10 13/13 17/13 18/15 19/14 20/20 42/21 43/1
**versus [1]**  4/7
**very [12]**  4/21 5/13 12/1 19/10 21/7 21/21 31/13 31/24 34/17 37/24 38/6 43/14
**via [2]**  18/1 44/1
**video [1]**  9/17
**video-cast [1]**  9/17
**view [2]**  37/22 38/13
**violate [1]**  41/22
**violated [1]**  26/5
**violates [1]**  18/24
**violation [10]**  17/1 27/13 28/1 28/6 28/8 28/12 28/16 31/21 35/16 36/14
**violations [3]**  16/22 38/7 40/24
**virtual [1]**  38/12
**visits [3]**  37/24 38/11 38/12
**visually [1]**  42/12
**voice [1]**  5/10
**voir [4]**  7/11 7/20 8/11 9/22
**Volume [1]**  1/10

## W

**wait [3]**  8/15 21/24 44/5
**waiting [1]**  19/6
**want [10]**  6/15 7/15 8/21 11/6 22/9 26/17 42/12 43/4 43/5 43/19
**wants [3]**  31/15 34/2 37/9
**warning [3]**  31/4 34/6 34/13
**was [27]**  5/9 6/5 6/8 8/22 11/22 11/23 16/17 30/22 33/15 33/17 33/23 35/20 36/5 37/6 37/13 37/18 37/19 38/1 39/10 39/12 39/14 39/16 39/18 39/20 40/3 40/18 41/17
**Washington [1]**  2/4
**wasn't [2]**  7/7 36/6
**watch [1]**  18/16
**watching [1]**  19/22
**water [1]**  35/24
**wave [1]**  19/21
**way [10]**  9/1 13/22 17/22 17/23 18/10 18/20 31/10 31/16 41/2 41/14
**ways [2]**  8/20 8/21
**we [79]**
**we're [1]**  8/8
**wear [1]**  5/16
**website [1]**  18/2
**week [1]**  12/2
**weeks [4]**  25/23 34/13 35/5 36/19
**weight [2]**  14/18 14/20
**welcome [2]**  4/21 43/19
**well [1]**  43/9
**went [1]**  37/11
**were [9]**  6/11 6/22 7/7 10/13 33/16 33/18 33/19 34/24 40/14
**weren't [1]**  33/17
**West [1]**  39/17
**whack [2]**  37/18 38/10
**what [44]**  5/7 5/7 5/24 6/4 7/10 8/22 10/3 11/9 11/18 12/10 12/23 13/8 13/12 13/15 13/18 14/14 15/10 15/19 17/13 19/14 19/17 20/11 22/15 22/25 23/6 24/19 26/8 26/13 26/18 29/24 30/4 33/12 33/13 33/22 34/1 37/20 38/19 39/8 39/10 39/22 41/25 42/13 42/13 42/24
**whatever [2]**  9/24 21/2
**whatsoever [1]**  6/9
**when [27]**  6/25 12/24 13/25 14/9 14/22 15/11 15/22 20/2 21/20 21/22 22/1 25/10 26/4 27/5 27/14 28/5 29/24 30/7 30/18 30/21 30/23 36/4 37/1 37/5 38/9 41/5 42/5
**Whenever [1]**  15/18
**where [2]**  12/5 30/24
**whether [7]**  7/1 10/13 12/14 16/8 20/5 40/23 40/25
**which [12]**  8/16 13/3 13/10 13/11 14/16 15/10 15/23 15/25 15/25 24/23 29/17 42/18

## W

**while [2]**  16/7 19/6
**whistleblowing [1]**  16/25
**who [18]**  6/17 7/3 7/4 10/25 13/4 16/3 18/24 24/12 26/25 27/21 29/1 32/17 33/9 36/15 37/5 38/6 39/6 40/23
**whose [1]**  27/18
**why [14]**  22/20 37/15 37/22 38/3 38/5 38/8 38/10 38/13 38/15 38/22 40/10 40/14 40/19 41/14
**will [97]**
**Williamson [1]**  2/12
**win [3]**  30/16 31/10 31/15
**wink [2]**  32/23 32/23
**wish [1]**  19/24
**without [6]**  28/2 33/22 33/23 36/23 37/12 45/6
**witness [9]**  5/24 13/9 14/14 14/14 16/1 16/4 16/5 43/25 44/1
**witness's [5]**  16/6 16/7 16/7 16/9 16/10
**witnesses [5]**  13/18 16/3 41/25 42/12 42/17
**won't [2]**  38/19 38/20
**word [1]**  35/8
**words [3]**  17/10 35/18 36/17
**work [7]**  8/16 22/16 29/9 34/19 37/9 43/2 43/10
**workers [1]**  41/12
**working [3]**  19/7 32/25 38/3
**workplace [3]**  26/10 26/11 41/23
**worn [1]**  5/22
**worse [1]**  36/20
**worthy [1]**  40/25
**would [20]**  4/9 5/15 5/25 6/2 6/2 6/24 8/2 8/23 11/9 15/19 19/1 21/24 23/11 23/17 30/4 34/3 36/4 36/4 38/25 41/22
**write [1]**  26/22
**writes [1]**  39/23
**writing [1]**  17/25
**written [2]**  26/6 34/5
**wrong [3]**  30/2 42/19 42/20
**Wyatt [1]**  2/12

## Y

**year [16]**  25/8 25/10 25/15 25/19 25/19 25/22 25/24 29/5 31/6 31/7 34/1 34/6 36/18 38/12 40/3 40/16
**year-end [1]**  31/6
**years [4]**  16/18 25/6 39/10 41/3
**yes [10]**  9/5 10/10 10/11 21/18 22/7 22/17 22/18 22/21 23/14 43/16
**you [195]**
**you'll [5]**  23/6 26/18 40/22 40/23 41/24
**you're [3]**  26/18 28/20 30/16
**you've [1]**  26/4
**youngest [1]**  39/5
**your [68]**
**Your Honor [11]**  4/14 4/23 5/14 8/5 8/23 9/9 10/12 10/24 11/14 11/20 22/14
**yourself [6]**  20/1 37/22 38/8 38/13 40/13 42/18
**yourselves [1]**  4/9