1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF OREGON

3   SUZANNE IVIE,                    )
                                     )
4           Plaintiff,               )    3:19-cv-01657-JR
                                     )
5   vs.                              )    June 17, 2021
                                     )
6   ASTRAZENECA PHARMACEUTICALS, LP, )    Portland, Oregon
                                     )
7           Defendant.               )

8

9

10                  (Jury Trial - Volume 4)

11           BEFORE THE HONORABLE JOLIE A. RUSSO

12           UNITED STATES DISTRICT COURT MAGISTRATE

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        APPEARANCES

2

   FOR THE PLAINTIFF:        Anita Mazumdar Chambers
3                            Robert Scott Oswald
                             The Employment Law Group
4                            1717 K Street, NW, Suite 1110
                             Washington, DC  20006
5

6  FOR THE DEFENDANT:        Melinda S. Riechert
                             Morgan, Lewis & Bockius, LLP
7                            1400 Page Mill Road
                             Palo Alto, CA  94304
8

9                            Ryan P. McCarthy
                             Morgan, Lewis & Bockius, LLP
10                           1701 Market Street
                             Philadelphia, PA  19103
11
                             Anne M. Talcott
12                           Schwabe, Williamson & Wyatt
                             1211 SW Fifth Avenue, Suite 1900
13                           Portland, OR  97204

14

15

16

17

18

19

20

21 COURT REPORTER:           Dennis W. Apodaca, RDR, FCRR, CRR
                             United States District Courthouse
22                           1000 SW Third Avenue, Room 301
                             Portland, OR  97204
23                           (503) 326-8182

24

25

1                    INDEX

2

3  Witnesses:  (For the plaintiff)    Direct      Cross    ReD    ReX

4  Suzanne Ivie                        538        602      713    717

5  Barbara McCullough              619/649    643/702

6  Cheryl Johnson                      691        695

7  Jenny Capell                        699

8  Judy Gibb                           718

9  Dawn Benson                         723        728

10 Scott Sevart                        730        740      752    754

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (June 17, 2021)

2                    P R O C E E D I N G S

3        (Open court; jury not present:)

4        THE COURT:  Good morning.  It is 8:15.  I would like

5   to get started.  There are three issues.  It would be great to

6   be finished a couple of minutes before 9:00 so we can take a

7   break.

8        MR. OSWALD:  I think we are down to two, Your Honor.

9        THE COURT:  That is wonderful.  Thank you.

10       MR. OSWALD:  If you remember, yesterday we raised the

11  issue at the conclusion of court was how the issue of the

12  amount of lost pay and benefits would be dealt with from the

13  point of trial through the point of retirement, or some point

14  there, in essence after trial, and what is commonly referred to

15  in certain employment statutes as front pay.

16       The issue was, in light of the fact under the Oregon

17  statute, all lost pay and benefits is in fact a legal remedy

18  and goes to the jury, and so what do we do about the situation

19  where under a statute like the ADEA, which defines it as a

20  substitute for reinstatement for, in essence, front pay?

21       So I proffered to the Court that the Ninth Circuit

22  says that is an issue for the jury once the Court determines

23  that in fact reestimate is impracticable.  So I suggest that he

24  would allow the jury to then give an advisory verdict on the

25  whole thing, because then it makes sense.  The Court can then,

1    if it is a verdict just on the ADEA, if the Court determines

2    that reinstatement isn't practicable, the front pay award at

3    that point.  If the jury awards on all the claims, then, of

4    course, both would go pursuant to the Oregon whistleblower

5    statute.

6            So what we have agreed to is that it is

7    appropriate -- what we discussed yesterday is that we would

8    allow evidence of both front pay and back pay to go to the

9    jury.  Then on the verdict form -- so the evidence then, just

10   to preview it, we will -- with Dr. Edelman, who does the

11   calculation as the economist, he will give the full figure.

12   Then he will break it down into front pay and back pay

13   components.

14           Then what would make sense on the verdict form, we

15   would ask the jury -- say, "Look, these are the total damages.

16   We would ask you to break it out, to the extent you find

17   liability on these claims, into back pay and front pay."  Then

18   that would be very easy for the Court to parse out.  If, for

19   example, the jury finds liability on certain of the claims, but

20   not other of the claims, then it would be very easy to assign

21   damages.  Then the Court would then play the role of

22   determining if reinstatement were practicable -- everything

23   other than the Oregon whistleblower statute, where it's legal,

24   and therefore for the jury to make that determination.

25           So that's what we agreed to.  We will call

1  Scott Sevart and then Dr. Edelman, who will present the full

2  damages.  Then we will break it up into two separate tables.

3  We will enter those into evidence.  That's what the jury will

4  have.  Then we will ask for those two items on the verdict

5  form -- one for back pay; one for front pay.  Then, of course,

6  emotional distress would be on certain of the claims.

7            THE COURT:  Wonderful.  That was my inclination as

8  well after researching last night.  So thank you.  It made it

9  much easier.  I appreciate that.

10           MR. McCARTHY:  Judge, one other piece of good news.

11  I think we actually resolved one of the other two.  I will give

12  you the bad news second, which is there may be another small

13  issue related to an exhibit that we need to raise and related

14  concerns.

15           Would you like us to address the issue -- let me

16  first tell you how we resolved the third issue.  I thank

17  plaintiff's counsel for providing some additional information

18  last night about the timing of expected witnesses of the three

19  friends of Ms. Ivie and Ms. Ivie's own testimony.  So we are

20  going to withdraw our objection to Ms. Gibbs, Ms. Capell, and

21  Ms. Benson.  So we believe that issue is resolved.

22           As I mentioned, I know Your Honor wants to minimize

23  sidebars during trial for the convenience of the jury.

24           THE COURT:  Yes.

25           MR. McCARTHY:  So we do want to raise one concern

1    related to the admission of certain exhibits.  If it is okay

2    with you, I will just start with the AstraZeneca witnesses and

3    Mr. Oswald's renewal of his objection, I guess, to certain of

4    those witnesses, if that makes sense, Your Honor.

5                    THE COURT:  Thank you.

6                    MR. McCARTHY:  Again, I know Your Honor wants to hear

7    detail about what these witnesses will cover.  I just wanted to

8    start with a little context for Your Honor as to why we are

9    calling multiple witnesses, and the board here shows you the

10   names and some photos to sort of put it in context.  Now, these

11   are a mix of district sales managers and sales professionals,

12   so sales reps.  The two gentlemen at the bottom, Mr. Stickle

13   and Mr. Barnes, are sales reps who have not served as district

14   sales managers.  Mr. Thomsen, Mr. Griffith, and Ms. Hamilton

15   are employees who have been district sales managers and sales

16   reps.  Mr. Thomsen and Mr. Griffith are DSMs who formerly

17   reported to Ms. Ivie as sales reps and are now DSMs.

18   Ms. Hamilton is a DSM who has not reported to Ms. Ivie but who

19   has reported to Ms. DiNunzio and has been subject to the same

20   requirements and instructions.

21                   Now, just to answer a threshold question as to why we

22   want to call multiple witnesses, Your Honor, it's because we

23   know that the plaintiff's burden is to demonstrate pretext, and

24   we know from opening and the lines of questioning that we have

25   seen that one of the things that plaintiff wants to tell the

1     jurors is that this -- what we contend is the key job

2     requirement of coaching, the 80/20 requirement that we contend

3     is the basis of the termination.  Their case to the jury, we

4     believe, is going to be that is a pretext.  It is an excuse.

5     It is not a real requirement.  It was not consistently enforced

6     and, frankly, just was not very important.

7            So that's what these folks are going to talk about,

8     because the DSMs all were subject to the same rules from

9     Ms. DiNunzio and the company.  They coached a number of sales

10    reps, and the sales reps also received coaching, and so the

11    sales reps are going to talk about why that in-person coaching

12    is important.

13           I'll get into it in a minute how these witnesses are

14    different from each other.  But I would say, Your Honor,

15    respectfully, in the context of a pretext issue, the concern

16    about cumulative testimony is somewhat misplaced, because the

17    plaintiff's whole point is she is singled out.  So we need to

18    put on multiple witnesses to put on a compelling case that she

19    was not singled out.

20           I think today there is going to be questioning and

21    argument -- or argument in closing that at the time the

22    plaintiff was terminated, the company was aware that this

23    requirement wasn't being consistently enforced and that it

24    wasn't a significant job requirement.  So that's what we are

25    trying to rebut with these witnesses, Judge.

1    Unless Your Honor has questions on those threshold

2 points, I can jump into how these witnesses are different from

3 each other

4    THE COURT:  No questions.  Thank you.

5    MR. McCARTHY:  I will say -- and we have informed

6 plaintiff's counsel of this.  We are willing to drop one of

7 these witnesses in the interest of moving things along and

8 preserving time.  We would like to hear the end of plaintiff's

9 case before we decide which one, but we are willing, in the

10 interest of compromise, to drop one of them.

11    THE COURT:  Okay.

12    MR. McCARTHY:  So just getting into who these

13 witnesses are, Mr. Thomsen, as I understand from Mr. Oswald,

14 there is not an objection to Mr. Thomsen testifying.

15    Ms. Hamilton, a colleague of Ms. Ivie, was a DSM

16 colleague, not a subordinate of Ms. Ivie.  She had a

17 different geography.  She is in the Colorado area but had to

18 comply with the same coaching requirements at the exact same

19 time as Ms. Ivie, the same instructions from Ms. DiNunzio,

20 which, again, is directly responsive to plaintiff's allegation

21 that the coaching policy was pretext.

22    She is also alleged to have been in meetings with

23 Ms. DiNunzio that discussed off-label promotion.  She was

24 interviewed in the HR and compliance investigations.  She is

25 alleged to have made fun of Ms. Ivie around the age and

1    Pat Benatar name.  There was evidence yesterday that Ms. Ivie

2    alleged that Ms. Hamilton breached privacy rules by circulating

3    a picture of a prescription bottle.  So those are the basics on

4    Ms. Hamilton.

5              I will go to the other DSM next, and that's

6    Mr. Griffith.  Mr. Griffith reported to Ms. DiNunzio during the

7    time when the DSM coaching requirements were in effect, and so

8    he was subject to them as well.  He also, unlike Ms. Hamilton,

9    previously reported to Ms. Ivie as a sales rep.  So he will

10   testify to Ms. Ivie's coaching of him as well as his

11   understanding of how the DSM requirements applied to him in his

12   role as a DSM in a subsequent time period

13             Mr. Griffith, as Your Honor may recall from the

14   testimony yesterday, he has also been accused of a variety of

15   things by Ms. Ivie and Ms. Truax related to off-label

16   promotion, and we believe we are entitled to put him on to

17   rebut those allegations.  We also expect Ms. Ivie to allege

18   that Mr. Griffith was not qualified to be in the DSM role

19   because he's younger -- not because he is younger -- he was not

20   qualified and that he received the DSM role, because he is

21   younger and not older.

22             Your Honor, I would like to go now to the two sales

23   representatives who are on the bottom of the chart, Mr. Barnes

24   and Mr. Stickle.  Mr. Barnes reported to Ms. Ivie as a sales

25   rep from 2010 to 2014 and 2016 to 2017.  He has had a long

1    career with AstraZeneca.  He has reported to multiple other

2    managers.  So he has observed Ms. Ivie and other managers'

3    behaviors, and those managers were subject to the same DSM

4    coaching rules that applied here, so he can explain how the

5    managers' behavior around coaching affects and helps sales

6    reps.

7            He is going to talk specifically about his experience

8    with Ms. Ivie, the types of written feedback that she provided

9    specifically by comparison to feedback he has gotten from

10   another DSM.  There is an exhibit on this.  He is going to

11   explain to the jury that actually shows the other DSM giving

12   him specific feedback on interactions in person with healthcare

13   providers; and by contrast, Ms. Ivie's feedback, which does not

14   reflect in-person interaction.  So it is going to help

15   illustrate for the jury how those approaches differ.

16           Again, this goes to the plaintiff's claim that

17   coaching -- that the 80/20 split was not a real job requirement

18   and also critically that virtual coaching is sufficient for the

19   job, and we believe this witness will explain to the jury why

20   it is not.

21           Finally, Mr. Stickle, last, Your Honor, reported to

22   Ms. Ivie for almost ten years.  He is almost 70 years old,

23   which we think is important in the context of Ms. Ivie's age

24   discrimination claim.  He had a poor year.  Ms. Ivie did not

25   help him come up with a coaching plan to help turn it around.

1    She did not increase her live coaching with him.  When she did

2    see him in person, it was usually just for breakfast or lunch,

3    and she wouldn't go on a sales call with him.

4            Importantly, Your Honor, Mr. Stickle now reports to

5    Chris Thomsen, who is now in the same DSM role that Ms. Ivie

6    was in.  So he can testify about the coaching that has been

7    given to him in the time since he has been reporting to

8    Mr. Thomsen, and Mr. Thomsen coaches him in the field for one

9    or two full days per month in person in compliance with the AZ

10   coaching requirement.  Mr. Stickle, who, again, is almost 70

11   and has had a long career, is going to say that his

12   performance, which was suffering under Ms. Ivie, turned around

13   under Mr. Thomsen, because, again, he feels that he has gotten

14   more feedback, more constructive criticism on his selling

15   skills under Mr. Thomsen.

16           Thank you, Your Honor.

17           THE COURT:  Mr. Oswald, I understand there will be no

18   objection to Chris Thomsen, and I understand that defendant is

19   willing to drop one of the remaining four.  Could you speak to

20   the remaining four, please.

21           MS. CHAMBERS:  Your Honor, I'll respond to that.

22           THE COURT:  I apologize.

23           MS. CHAMBERS:  No problem.

24           So just four points, Your Honor.  First, all of these

25   witnesses, none of them were involved in the decision to

terminate Ms. Ivie.  We are here to determine if the

termination was legal or if it was based on an illegal reason,

like age discrimination or for whistleblowing.

Stephani DiNunzio testified yesterday that the only person she

talked to briefly before the termination decision was

Chris Thomsen, and so for that reason we are not objecting to

Chris Thomsen.

None of these other witnesses were involved at all

with the termination decision.  AstraZeneca has already put

forward its witnesses who were involved in the termination

decision these last few days, and they testified about what

went into the decision and what they considered.

Second, what Mr. McCarthy just described is pure

character evidence, and that should be excluded under Rule 404.

What AstraZeneca is trying to do is cherrypick certain years

from Ms. Ivie's 19-year career and certain subordinates that

reported to her and have them testify that she didn't coach in

a certain way or in a certain manner to imply that

Stephani DiNunzio's decision now in 2019 was justified.  That

is character evidence and should be excluded.

Third, this is going to result in mini-trials.

Mr. McCarthy just talked about a whole array of issues that are

not at all relevant in this case.  I think this boils down to a

misunderstanding.  The issue here is not whether or not -- the

quality of Ms. Ivie's coaching, or if she did 80 percent

virtual coaching.  Throughout the case, and in her deposition,
she admitted that she did not do 80 percent coaching.
AstraZeneca said it in its opening statement, and Ms. DiNunzio
testified about that as well.  This is not an issue in dispute,
and it doesn't need four witnesses to testify about that.

As an example of the evidence that would need to come
in, for example, Mr. McCarthy talked about Genie Hamilton and
how she complied with the 80/20 rule.  Well, we don't know
that.  We have no documents in evidence about the 80/20 rule as
it relates to Genie Hamilton.  We haven't seen her field
coaching reports.  We didn't ask Ms. DiNunzio about
Genie Hamilton's 80/20 compliance.

Also, there is talks about Chris Thomsen's
performance as a DSM after Ms. Ivie left.  That's a whole other
issue.  It would require more documents and more testimony.

There is discussion about Stickle and Thomsen's
relationship as an employee and manager after Ms. Ivie left.
Again, that is a whole other mini trial of issues.  This all
goes to my final point of Rule 403.  All of this evidence hits
on everything that 403 wishes to exclude, which is cumulative
evidence, evidence that is going to confuse the jury about what
are the actual issues in this case, and just a waste of the
Court's time.

So for those reasons, we would like to renew our
motion on Griffith, Stickle, Hamilton, and Barnes.

1          THE COURT:  Thank you, Ms. Chambers.

2          Response.

3          MR. McCARTHY:  Very briefly, Your Honor.  First, it

4  is not character evidence.  I don't intend to elicit any

5  opinion from any of these witnesses about Ms. Ivie's character.

6  What they're going to describe are personal, first-hand

7  observations of what they saw, what they heard from

8  Ms. DiNunzio, from Ms. Ivie, how often they saw Ms. Ivie, the

9  types of interactions they had with Ms. Ivie.

10          With respect to relevance generally, Your Honor, the

11  issue and the argument that, again, we believe that Ms. Ivie is

12  going to testify to and that the jury is going to hear is that

13  Ms. Ivie believed that the 80/20 policy was just a

14  recommendation, not a requirement.  They're going to argue to

15  the jury that it was not consistently enforced, which we

16  disagree with.  They are going to argue to the jury that it is

17  not a good enough reason to terminate Ms. Ivie.

18          So in light of all that and in light of the fact it

19  is a pretext argument, we think it is appropriate to have

20  multiple witnesses who were subject to the same requirements

21  testify about these matters.  Again, in the face of Ms. Ivie's

22  testimony that she had a different understanding; that she

23  reported to the same supervisor and was in the same area as

24  each of these witnesses.

25          With respect to the testimony about the

1    individualized incidents and Mr. Thomsen coaching after

2    Ms. Ivie departed, the jury will want to hear about this.  The

3    issue is:  Is this coaching requirement important?  Is it

4    relevant to AstraZeneca's business?  Is it something that helps

5    these sales reps do their work?

6              I will also say the majority of these witnesses were

7    deposed in discovery.  Counsel has had an opportunity to

8    examine them and to request documents regarding them.  First of

9    all, I disagree that we are going to have mini trials.  That's

10   not our intent.  These witnesses should be brief from our end.

11   Again, to the extent that plaintiff wanted to explore issues

12   with these witnesses, they have had an opportunity to do so.

13             THE COURT:  Thank you.

14             MS. CHAMBERS:  One final point, Your Honor.  Again,

15   the issue that Mr. McCarthy is raising is about Ms. Ivie's

16   coaching and the quality of her coaching in the prior 19 years.

17   Ms.DiNunzio, Dawn Ceaser, and Karen Belknap, they were the

18   decision-makers.  We saw the documentation they reviewed and

19   what they relied on, who they spoke to, and that was none of

20   these people that defense counsel is wishing to present to the

21   jury.

22             The jury has already heard what has gone into the

23   termination decision.  The decision is simply whether or not

24   what the defendant has offered the jury believes is the real

25   reason for the termination or if it was something else.  To go

1  into what certain subordinates thought or felt at select years

2  in her 19-year career is just misleading and completely

3  irrelevant.

4         MR. McCARTHY:  Your Honor, I promise this will be

5  short.  Again, the problem is the plaintiff is going to make

6  argument broader than the reasons that the witnesses who are

7  involved in the termination had stated.  The whole point is,

8  they are going to argue to the jury that, despite whatever

9  Stephani DiNunzio looked into, this was pretext, because it

10  just wasn't a real requirement, right.  So the fact that

11  Stephani didn't talk to folks other than Chris Thomsen is

12  beside the point, because they are going to argue to the jury

13  that this was a fake requirement, right, and so we are entitled

14  to rebut that.  Because it is a pretext case, we are entitled

15  to demonstrate that both it is a real meaningful critical

16  requirement for AstraZeneca and that the plaintiff was not

17  singled out.

18         Thank you.

19         THE COURT:  Thank you.

20         I'm going to affirm my prior ruling and deny

21  plaintiff's renewed motion in limine.  I find these witnesses

22  relevant as to the pretext issue, pursuant to 401.  I don't

23  find undue prejudice or risk of mini trials under 403.  First

24  of all, I'm counting on defendant to drop one of the five.  I

25  will watch closely for redundancy and expect counsel to move

1 this testimony along. Counsel said on the record, from their

2 end, this is going to be brief. I will also watch for anything

3 going into character evidence and cut them off immediately.

4 MR. McCARTHY: Understood.

5 THE COURT: Thank you. You said you had an issue on

6 an exhibit.

7 MR. McCARTHY: Sure, Your Honor. This arose last

8 evening, and I'll give you a brief background as to the reason

9 why we are raising it.

10 The plaintiff initially intended to call two

11 healthcare providers to testify at trial. One of those who is

12 testifying, Dr. Johnson, is a primary care physician. The

13 other witness, who had been on the plaintiff's witness list, is

14 Dr. Byrne. Dr. Byrne is a migraine specialist. We understand

15 that Dr. Byrne is not coming to trial, so she is not going to

16 testify at trial.

17 Among the exhibits we objected to, Your Honor, on the

18 plaintiff's exhibits list prior to the pretrial conference is

19 Exhibit PX128. PX128, we believe, is from the medical records

20 of Dr. Byrne, the migraine specialist, and we objected to that

21 exhibit because it is hearsay, because it's not authenticated.

22 But we also -- I'm not going to speculate, Your Honor, but the

23 Court may have also been proceeding under the assumption that

24 Dr. Byrne was going to be called as a witness at trial.

25 We raise it with respect to this exhibit. I also

1    think it raises sort of a procedural but maybe a substantive

2    question, Judge, about whether exhibits that have not been

3    shown to a witness are in evidence.  My understanding, Judge,

4    with respect to PX128, is that plaintiff believes they can show

5    that to the jurors; for example, in closing.  We are extremely

6    concerned about that.  I will tell you that PX128 -- I know

7    Your Honor may have a copy of that.  It is a hearsay statement

8    from the plaintiff's husband, who is not a witness at trial,

9    containing speculation about plaintiff's medical condition.  It

10   is highly prejudicial.  It is also not relevant because

11   plaintiff's husband is not a medical professional and because

12   there is going to be no foundation testimony or authentication

13   by Dr. Byrne, because she is not coming to trial.  There is

14   going to be no evidence that that statement was considered as

15   part of medical treatment; that it is any part of the

16   plaintiff's medical record or it is in any way relevant.

17            So I raise it specifically with respect to that

18   issue, because I don't want to interrupt testimony or argument,

19   Your Honor, out of respect for the jury and for you, for the

20   Court, but it also, again, raises a broader concern if the

21   plaintiff is going to put into evidence -- or if the

22   plaintiff's position is that everything that Your Honor has

23   admitted, even if not shown to a witness, is in evidence, we

24   are concerned that we are going to have a bunch of disputes,

25   particularly during closing, without clarification, as to

1    whether all of the exhibits can be shown to the jury, even if

2    they haven't come in through a witness.

3              I raise it with respect to PX128, because it is a

4    very huge concern, but I think it may apply more broadly.  So

5    I'm asking you for a ruling -- I guess I'm renewing our

6    objection specifically to PX128 and the other exhibits that are

7    part of Dr. Byrne's medical file on the basis that she is not

8    testifying and, again, reasserting our objections to those.

9              But we also wanted to raise with Your Honor our

10   broader concern about exhibits that have not been authenticated

11   and have not been provided any foundation by the witness being

12   shown to the jury.

13             Thank you.

14             THE COURT:  Thank you.

15             MR. OSWALD:  Your Honor, let's just put aside 128 for

16   a minute and then deal with the rest.  This is terribly late

17   and inconsistent with the Court's order.  The Court's order was

18   very clear on June 7th.  It says here, "All exhibits not

19   objected to are deemed admitted and received in evidence."

20   These documents are already in evidence.  The documents are, as

21   you know, what we relied upon at the pretrial.  Mr. McCarthy

22   read out on the record during the pretrial certain exhibits

23   that he remained had objections to; others that he did not have

24   objections to.  Those that he did not have objections to are

25   now in evidence.  We relied upon that.  We relied upon the

1    Court's order of the 7th in proceeding with our witnesses to

2    date.

3            I have a list of all of the evidence that he did not

4    object to during the pretrial, and the Court, on the 7th,

5    entered an order indicating that they are already in evidence,

6    and we relied upon that.  The Court then entered an additional

7    order on a number of other exhibits overruling the defendant's

8    remaining objections, indicating those are deemed admitted into

9    evidence.  They are already in evidence.  It is on the record.

10   The Court has entered that order, and we relied upon that

11   order.

12           Now, to change -- I think that's it.  I don't see

13   that there is really any other discussion.  What the defendant

14   is now saying is that your order saying that the exhibits are

15   in evidence really doesn't mean that they are in evidence; that

16   somehow there is an additional requirement.  Certainly that's

17   not what the Court's order said.  It is not what the rules say,

18   and it is not what we relied upon.

19           On Sunday night, before we called our first witness,

20   we sent over a list of all of these exhibits to Mr. McCarthy

21   and said to him, "Mr. McCarthy, are we right?"  Just like I

22   sent the email on the 17th of May, I wanted to make sure that

23   there was no misunderstanding.  "We understand you have waived

24   your objections to these certain exhibits on the record at the

25   pretrial.  The Court has entered an order indicating that they

1   are admitted."  Then we have the Court's order.  "Am I right

2   that all of these are in evidence?"  That was on Sunday before

3   we call our first witness.  Not a peep from defendant.

4         When do we get this?  Last night, after we have

5   called all of our witnesses.  Now they raise this issue to the

6   Court, in this, right here, to say, "Oh, well, if you didn't

7   show it to a witness, it is not in evidence."  It is

8   inconsistent with the order.  There is terrible prejudice

9   involved, in light of the fact we have been dealing in good

10   faith.  I'm, frankly, surprised that this has come up at this

11   point.  They are making this argument, in light of the Court's

12   clear order and in light of their representations at the

13   pretrial.  I'm surprised.

14         These exhibits are in evidence.  I have a list.  I

15   have a list of what remain.  They are in green.  And I have a

16   list you then entered an order overruling objections.  Those

17   are in blue.  Those are now in evidence in this case, and we

18   relied upon them up to this point in going through

19   three-quarters of our case-in-chief.

20         THE COURT:  Thank you, sir.

21         MR. McCARTHY:  Just to clarify, with respect to the

22   exhibit that I started with, PX128, that is one of the exhibits

23   we objected to at the pretrial.  That's not one of the

24   objections we withdrew at the pretrial.

25         I think, Your Honor, we are certainly aware of the

1    Court's prior orders on this.  Our reason for raising it is

2    because we have seen that the Court has been tracking --

3    keeping track of what exhibits are being received into evidence

4    as they come in.  We are asking for clarification as to the

5    Court's view of this.  We certainly respect your prior order

6    and will comply with whatever your order is.  We wanted to

7    raise it because we think it's important to have clarification

8    so that we don't need to interrupt trial with disputes like

9    this, Your Honor.

10            THE COURT:  Thank you.

11            MR. OSWALD:  At the end of every day I go to the

12   clerk.  We hadn't done it -- we even went on Sunday just to

13   confirm everybody's understanding what your order was.  Not a

14   peep.  We are now on Thursday.  And this is being raised now?

15   I don't understand.

16            THE COURT:  Mr. Oswald, will you speak specifically

17   to defendant's renewal of its objection to Exhibit 128 as well.

18            MR. OSWALD:  Yes, I will speak to that.

19            Well, here is the thing:  Mr. McCarthy is correct.

20   The Court overruled the objection to 128.  That's now in

21   evidence.  It is in your order.  And this is your order on the

22   7th of June.  Here is what it says -- it says, "Defendant's

23   objections to plaintiff's exhibits are overruled as to the

24   following exhibits."  It begins with 1, 11, 20, 36, 58, 64, 88,

25   97, 98, 103, 105, 107, and 127 through 133.  It's in evidence.

1    It is already in evidence. So my response is that it is in

2    evidence. I understand that the defendant may find that the

3    evidence is prejudicial. I get that. That's what evidence

4    sometimes is, it is sometimes prejudicial, but it is in

5    evidence. The Court has ruled on that point. We relied upon

6    it.

7           MR. McCARTHY: Your Honor, just very briefly. Again,

8    just as it is appropriate, and just as Mr. Oswald did this

9    morning, he renewed a motion in limine as to Your Honor's

10    pretrial rulings, although we certainly have seen them and

11    understand they are essentially in limine. We don't see a

12    reason why we can't renew an objection under the changed

13    circumstances that now exist, which is the doctor who was

14    intended at the time we made our objections and Your Honor made

15    rulings to provide foundation, authentication, and relevance to

16    that exhibit is no longer coming to trial. Again, it is highly

17    prejudicial and not relevant and certainly under Rule 403

18    should also be excluded for those reasons.

19           Thank you, Your Honor.

20           MR. OSWALD: Your Honor, we're not offering it -- we

21    are offering it for the following purpose: Ms. Belknap stated

22    on the stand that employees go out on leave because they are

23    being disciplined. They get a discipline, and they go out on

24    leave. The implication was they make up a reason. They make

25    up some sort of condition as the reason to go out on leave.

1    This letter predates all of that.  It's in February before she

2    is on -- she is issued the discipline on the 1st, before she is

3    even aware of the discipline on the 25th of February.

4          So it is offered to prove the fact that she

5    suffered -- this was a migraine, and she had migraines even

6    before she went on leave.  The fact that she went out on leave

7    was not because she was trying to make up a reason, but rather

8    that she had migraines.  That's all we are going to offer it

9    for, and I'm happy to have a limiting instruction for that

10   purpose, if the Court wants.  That's why we are offering the

11   evidence.  It is offered to prove only that she suffered

12   migraines prior to the date on which she was notified of the

13   discipline.  That's it.

14         MR. McCARTHY:  Your Honor, just to respond to that,

15   because that was a new point.  It is going to be undisputed

16   that Ms. Ivie has suffered from migraines for a long time,

17   since way before she reported to Ms. DiNunzio or had any of

18   these issues.  So we would concede that.  We are not disputing

19   that she suffered from migraines for a long time.  And Ms. Ivie

20   is allowed to testify that she was being treated for migraines;

21   that her migraines increased in severity, whatever she would

22   like to say about the timing of that, and we are not going to

23   object to that testimony, because it is not objectionable.

24   This document is objectionable, for all the reasons I've

25   stated, and so we respectfully request it be excluded

1    from evidence.

2            MR. OSWALD:  Your Honor, I will tell you what.  I

3    have a way going forward, I think.  Let us see if opposing

4    counsel and I -- I take him at his word on that -- let's see if

5    we can come up with a stipulation, because you understand my

6    concern.  My concern is we have an HR professional that's

7    involved in the decision here saying that Suzanne Ivie goes out

8    on leave, and then she doesn't take care of any of her

9    responsibilities here, because she knows she is under the gun,

10   and she is going to be disciplined.  If we can agree on exactly

11   what he said, which is that she suffered from migraines for a

12   long time; that they are consistent with what he has just

13   described; that they predate any discipline, then I think we

14   may have something.

15           So what I would say is I will not reference

16   Exhibit 128 until at least tomorrow.  Mr. McCarthy and I will

17   see if we can come up with a stipulation this evening that will

18   resolve the issue and then see if we can come up with something

19   that works for everyone that is mutually satisfactory.  If you

20   defer your ruling on 128, I will commit we won't bring it up

21   today.  Then we will bring this issue back to you tomorrow with

22   either some good news, where we've come up with a stipulation

23   we can read to the jury, or then you can rule.

24           MR. McCARTHY:  Respectfully, Your Honor, we are

25   always happy to confer and conserve the Court's resources.  I

1     don't think it is a close question, so we would just ask for a

2     ruling to, frankly, not need to engage in this back and forth

3     with respect to this exhibit.  But certainly if Your Honor

4     prefers, we are happy to proceed the way Mr. Oswald has

5     requested.

6             THE COURT:  I certainly always prefer that the

7     parties get together and work out a stipulation.  I will go

8     that route, although I am inclined to grant your renewed motion

9     to disallow Exhibit 128, although I think it is appropriate

10    that the parties figure out a stipulation that indicates that

11    Ms. Ivie suffered from migraines pre her termination date.

12    That would be helpful to the jury, I think.

13            MR. McCARTHY:  Understood, Your Honor.

14            THE COURT:  Anything in addition this morning?

15            MR. OSWALD:  Your Honor, the larger issue, which is

16    the first issue, which is we think that your order -- we took

17    your order at face value that the remaining exhibits -- and I'm

18    happy to read them off -- are in evidence, consistent with your

19    previous order on the 7th of June and Mr. McCarthy's

20    representation at the pretrial.  Exhibit 128, notwithstanding,

21    I believe those are in evidence, and I would like to confirm on

22    the record with the clerk that those are in fact reflected on

23    the exhibit list as admitted.

24            THE COURT:  I want to confer with the clerk

25    privately, and then I will let you know immediately.  So give

1  me five minutes or so.

2          MR. OSWALD:  Understood.

3          THE COURT:  Court is in recess.

4          MR. OSWALD:  Your Honor, may I pass this up so you

5  know what we are talking about?

6          THE COURT:  Certainly.

7          (Recess.)

8          (Open court; jury not present:)

9          THE COURT:  Apologies for the delay.  Sorry.  The

10 exhibits that were received pretrial admitted and received

11 continue to be received, unless defendant can come forward with

12 some truly extenuating circumstance; otherwise the pretrial

13 ruling stands.

14         Mr. Magnuson, will you get the jury, please.

15         MR. OSWALD:  Your Honor, I appreciate that.  May I

16 preview one before you bring the jury in?  Is it the Court's

17 practice to have an exhibit list and then to indicate -- just

18 because this will go on the record -- which are the exhibits

19 checked off as an example that have been admitted into

20 evidence?

21         THE COURT:  We were just discussing how to do that to

22 make certain the jury gets the appropriate exhibit.  Yes, I

23 think that is the plan.

24         MR. OSWALD:  Okay.

25         THE COURT:  Both counsel will take a look/sign off.

1          MR. OSWALD:  What I'm hearing from you is that --

2          THE COURT:  He is really more of the expert.

3          MR. OSWALD:  In a year, memories will fade on this,

4    and I just want to be crystal clear.  As I understand it, what

5    is admitted into evidence, based on what I submitted were

6    the ones that are in green:  Exhibits 5, 6, 7, 8, 9, 10, 11,

7    consistent with your ruling overruling the motion in limine;

8    12, 13, 14, 15, 16, 17, 18, 19, 20, consistent with your ruling

9    on the motion in limine; 21, 22, 23, 24, 25, 26, 27, 28, 29,

10   30, 31, 32, 33, 34, 35, 36; consistent with your ruling on

11   overruling the motion in limine from the defendant; 38, 39, 40,

12   42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,

13   58, consistent with your ruling overruling the motion in

14   limine; 60, 61, 62, 63, 64, consistent with your ruling

15   overruling the motion in limine; 65, 66, 67, 68, 69, 70, 71,

16   72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,

17   88, consistent with your ruling overruling the motion in

18   limine; 89, 90, 91, 92, 93, 94, 95, 96, 97, consistent with

19   your ruling overruling the motion in limine; 98, consistent

20   with your ruling overruling the motion in limine; 99, 100, 101,

21   102, 103, consistent with your ruling overruling the motion in

22   limine; 104, 105, consistent with your ruling overruling the

23   motion in limine; 106, 107, consistent with your ruling

24   overruling the motion in limine; 108, 110, 111, 112, 113, 114,

25   115, 116, 117, 118, 119, 120, 121, 122, 123, 125, 126, and 127.

1   You are reserving on 128, Your Honor, so I'm skipping over 128.

2   129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,

3   141, 142, 143, 144, consistent with your ruling overruling the

4   motion in limine; 45, consistent with your ruling overruling

5   the motion in limine; 46, consistent with your ruling

6   overruling the motion in limine; 147, 150, consistent with your

7   ruling overruling the motion in limine; 151, consistent with

8   your ruling overruling the motion in limine; 152 on the same

9   basis; 153 on the same basis; 154 on the same basis; 155 on the

10  same basis; 156 on the same basis; 157 on the same basis; 158,

11  159, 160, 162, 163, 164, based on your ruling overruling the

12  motion in limine; 165, 166, 167, overruling on the motion in

13  limine; 168 on the same basis; 169 on the same basis; 170; 171,

14  overruling the motion in limine; 172 on the same basis; 173 on

15  the same basis; 174 on the same basis; 175 on the same basis;

16  176 on the same basis; 177; 178, based on your ruling

17  overruling the motion in limine; 179 on the basis of your

18  ruling overruling the motion in limine; 180, '81, '82, based on

19  your ruling overruling the motion in limine.

20          Those are the ones that are in evidence.

21          MR. McCARTHY:  Your Honor, two quick points.  One, as

22  Your Honor recalls from the pretrial conference, there are a

23  number of exhibits that were admitted subject to the parties'

24  agreement on a limiting instruction with respect to hearsay

25  exhibits, and so we would again reserve the right to request

1  that instruction at appropriate times with respect to those

2  exhibits during the trial.

3          And is my understanding correct that your ruling just

4  now is with the exception of Plaintiff's Exhibit 128, which is

5  subject to our pending objection?

6          THE COURT:  Yes.

7          MR. McCARTHY:  Thank you, Your Honor.

8          MR. OSWALD:  Your Honor, I agree with the motion in

9  limine.  You gave it before in the preliminary instruction, and

10  you can give it again at the end with the jury.

11          Just one more:  You then affirmatively admitted 201.

12  We offered that into evidence, and you accepted it into

13  evidence during trial.  That's what I have as admitted.

14          Do I have that right?

15          THE CLERK:  I'm going to have to go over everything.

16  I can't confirm everything.

17          MR. McCARTHY:  For clarification, we will request the

18  limiting instruction at whatever point it is appropriate in the

19  trial, including at the close and whenever we think it is

20  appropriate.

21          THE COURT:  Thank you.

22          Can we get the jury, please?

23          Ms. Ivie, will you step forward and take the stand

24  please.

25          (Open court; jury present:)

1          MR. OSWALD:  Your Honor, can we ask that she be

2    called her from her seat?

3          THE COURT:  Certainly.

4          MS. TALCOTT:  Your Honor, that one is for the

5    witness.  I have one for you.  I was trying to be organized.

6    Mr. Magnuson knows it is there.

7          MR. OSWALD:  It would that be okay if we call her

8    from her seat?

9          THE COURT:  Go on back.

10         (Open court; jury present:)

11         THE COURT:  Good morning, jury.

12         First of all, my apologies for the tardy start this

13   morning.  I know you were all ready to go at 9:00 a.m.  We

14   actually met at 8:15 and have been working hard right up until

15   this moment, so my apologies.  I do appreciate you being ready

16   to go at 9:00 o'clock.

17         Thank you.

18         Mr. Oswald, call your next witness, please.

19         MR. OSWALD:  Yes, Your Honor.  Thank you.

20         MS. CHAMBERS:  We call the plaintiff, Suzanne Ivie.

21         THE COURT:  Thank you.  Good morning.

22         THE WITNESS:  Good morning.

23         THE COURT:  Raise your right hand, ma'am.

24         (The witness was duly sworn.)

25         THE CLERK:  Would you please state your name for the

S. Ivie - D

1    record, spelling your last.

2            THE WITNESS:  My name is Suzanne Ivie.  I-V-I-E.

3            THE COURT:  Thank you.  Ms. Chambers.

4                        DIRECT EXAMINATION

5    BY MS. CHAMBERS:

6    Q    Ms. Ivie, good morning.  How long did you work at

7    AstraZeneca?

8    A    I worked for 19 years.

9    Q    And during those 19 years at AstraZeneca, what would get

10   you up in the morning?  What were you passionate about?

11   A    I loved the excitement of looking at the data and seeing

12   how my team was performing.  I loved talking to my team.  They

13   were amazing people, and it was very fun to talk about how they

14   were doing and performing.  In fact, Sunday nights were always

15   considered like my favorite night.  It is kind of weird.  I

16   always kind of thought about it as, that night, after I put my

17   kids to bed, I would go into my office.  Sometimes the data

18   would come in Sunday evening; usually it was Monday morning.

19   But it was always fun to come in to see if the data had come

20   in, and it was Sunday.  And if it didn't, Monday morning was a

21   wonderful way to wake up to see how things were going.  I like

22   to be driven by that kind of stuff -- the data and the

23   performance part.  It was the fun part about the job.

24   Q    What did you enjoy talking about with your team?

25   A    Well, performance.  You know, the numbers, how we are

S. Ivie - D

1   affecting the doctors, our messaging, our strategy, our
2   business plan, making sure that everything was lock-in-step;
3   that we all knew who we were calling on; who were the important
4   physicians to call on; who saw the type of patients that we
5   generally market to; just making sure that all of that is
6   completely in line with what we needed to do to be successful.
7   Q    So let's go to the meeting that you had on August 24th,
8   2018.  Let's set the scene a little bit.  What is this meeting
9   for?
10  A    This meeting is for the regional trainer, and it was
11  Stephani DiNunzio and myself.  And we were going to talk about
12  some ways to improve the sales specialists', the pharmaceutical
13  sales specialists' way of opening a conversation, and it was
14  around insights.  That's basically what we were going to talk
15  about.
16        The reason why I was on the call was about a month,
17  maybe a month or a month-and-a-half before this call, so in
18  June, or maybe at the beginning of July, Stephani DiNunzio had
19  asked me to be the regional district sales manager that
20  overlooks the regional trainers.  So that's the only reason why
21  I was on the call, is because she had asked me to oversee
22  everything and be the lead of that.
23  Q    Okay.  So this is the phone call with you and
24  Stephani DiNunzio.  Is there anyone else on the call?
25  A    Yeah.  Kateri Broussard, who was the regional trainer that

S. Ivie - D

1  Stephani had assigned, and then I was going to be over the

2  regional trainer.

3  Q    So how were you feeling prior to this meeting?

4  A    I was excited.  I was excited.  That's my love, that

5  coaching and training and coming up with strategies that

6  improve our sales performance.  So I was all excited about it.

7  Q    So we're on the call with you and Stephani and Kateri.

8  Who talks first?

9  A    It was Stephani.  I mean, she was the one who opened up

10 the meeting and kind of explained that she liked these

11 practices, and she wanted us to roll this out to the region and

12 we would have a better performance.

13 Q    Who spoke next?

14 A    She turned the time over to Kateri, because Kateri was the

15 one who put together the insights.  I think Stephani might have

16 been participating in that as well.  So she turned the time

17 over to Kateri.

18 Q    What did Kateri say?

19 A    Well, she had sent out an email, and I was looking it

20 over.  It was some insights that they wanted to send out to the

21 region, and she wanted me to look it over, and that's kind of

22 who talked next.

23 Q    So you're talking about this email that Kateri had sent

24 over before the meeting?

25 A    I don't know if it was right before or just when we were

S. Ivie - D

1   on the phone call.

2   Q     Okay.  So who speaks next during the meeting?

3   A     I believe it was me.  I think I just said, "Hey, I'm

4   looking these over.  I don't think we should be sending these

5   out.  I don't know where the sources are."  Some of them had

6   sources, but I'm like, "I don't know where these are coming

7   from.  Are these Better Homes and Gardens?"  I don't know what

8   the statements are.  And they were out of context.  It was just

9   a snippet of a word -- excuse me -- a snippet of a sentence.

10        So sometimes when you see that, if you read a couple

11  sentences before or a couple of sentences after, it doesn't

12  really mean that.  So I was concerned, because I didn't know

13  the context of these sentences.  So I just said, "I don't think

14  we should be sending these out, and I don't know if they are

15  compliant."  So I was the one who spoke up on that.

16  Q     Then after you say that, who speaks next?

17  A     I believe it was Stephani.  And she said, "Well, what's

18  wrong with it?"  And I said, again, "I don't know the context

19  of these, and some of them don't have sources.  And I just

20  don't think we should be sending these out."

21  Q     Then who talks next?

22  A     It was Stephani.  She had said, "Well, if we put where

23  they come from, then can you approve them?"  I was a little

24  taken aback.  I was like, "I can't approve these.  That's not

25  really my job description to approve these."  I said, "I think

S. Ivie - D

1    it would help if you put some references behind them."  But I

2    said, "I don't think we should be sending these out.  I just

3    don't think we should be sending these out."

4    Q    So what's running through your head at that point?

5    A    Well, I was a little taken aback that I was being asked to

6    approve these, and I was just a little surprised that we were

7    sending these out.

8    Q    And why were you surprised?

9    A    They weren't being compliant.  It just wasn't right that

10   we were sending these out telling the sales representatives to

11   use these out of context.  There was no training.  It just

12   wasn't right.  There was something not right with this.

13   Q    Okay.  And so then how does the call end?

14   A    It ended with Stephani asking Kateri, "Will you please put

15   the references on here and then let's send them to Suzanne, and

16   she can approve them, and we can roll these out to the rest of

17   the region."

18   Q    So then after that call, what happened next?

19   A    Stephani had called me -- and it wasn't that day.  I

20   believe it was like the next day or the day after.  And she

21   said, "Hey, I haven't received an email saying that you approve

22   these.  We sent them over to you," or "Kateri sent them over to

23   you.  We haven't received an email yet."

24        And I said, "Steph, I really don't feel comfortable

25   approving these."

S. Ivie - D

1    And she said, "Well, take another look at it."

2    I think it was a day or so later I talked to her

3  again.  And she said, again, "Hey, you haven't responded."

4    I'm like, "Stephani, I don't think we should be

5  sending these out.  Even if it has a reference, I just don't

6  think we should be sending these out."

7    So at that time -- I think it was the second time, I

8  was like, "Gosh, I wonder if we should send these out"; maybe

9  I'm not thinking right, or maybe I missed something.  So I sent

10  it over to Teresa Grey.  She is the compliance branding team

11  leader for -- it could have been for the U.S. or half of the

12  U.S.

13    I just sent her an email saying, "Hey, is it okay for

14  me to approve these to send these out to the field?"  I just

15  wanted -- if I could, that's great.  I didn't feel comfortable

16  without having some sort of compliance backing me up, saying

17  that this is okay.  So I sent it over to her, and she

18  responded, I think it was a couple of days later.  I think it

19  was Labor Day.  Basically her -- in an email stated -- it was a

20  longer email -- it basically stated that we should not be

21  sending these out.

22    Her email also copied Stephani on this message.  In

23  this email that Teresa Grey had sent, down at the bottom she

24  had said that there is additional training that she would

25  suggest that we take.  And I read that.  I had no idea that

S. Ivie - D

1    AstraZeneca had rolled out another training program.  I am not

2    sure how -- maybe a couple of months before that -- about

3    selling with insights to kind of train us.  So I had no idea.

4    I'm like, "Ah, this is great.  I would like to have this

5    training," because I was in this situation, and I wanted to

6    know what we can and cannot do.

7            So I was all for it.  I thought for sure it would be

8    a great thing.  Then we got a message -- I got a message back,

9    and Stephani said, "Let's pause on this, Suzanne.  There is no

10   reason to get CL&D involved."  When I saw that, I'm like,

11   "Whoa.  Wow.  I can't believe that."  And I kind of looked at

12   it, and I thought the tone might not be very happy either.

13           So I gave her a call just to kind of let her know my

14   thoughts and rationale about why I even sent it over to

15   Terry Grey.  I had just called her and said, "Hey, I want to

16   let you know that the reason I sent this was to see the

17   compliance part so I could approve it."  And she told me -- she

18   goes, "You shouldn't have brought anyone else into the

19   conversation.  You went over my head."  And I said, "Oh, that

20   was never my intent."  My intent was to make sure that I was in

21   compliance and that I wasn't sending something out to a region

22   with nine states that they can start using.  I just wanted to

23   be -- make sure that it was approved.  That's all I meant with

24   it.

25           When she said, "You went over my head" -- Stephani

S. Ivie - D

1  saying, "You went over my head" -- I don't know if there was a

2  breath after that.  She said, "How long have you been a

3  regional compliance champion?"  And I was completely taken

4  aback.  I don't even think there was like a breath in between.

5  And I'm like, "Oh, Stephani, I have been for about a

6  year-and-a-half."  She is like, "Well, you may need to

7  reevaluate this."  Once again, I'm totally taken aback, and I'm

8  thinking, "Oh, Steph, I love this role.  I love my compliance

9  role, and I had learned so much from it."

10         And I said, "Oh, Steph, I really like it."

11         She goes, "Oh, you know, we will just think about it.

12  We will think about it."  And that's the end of the call.

13  Q    So you hang up the phone with Stephani:  What's your inner

14  voice saying?

15  A    I was a little bit confused, because that's not how I

16  thought the call was going to go.  But I kind of remember

17  sitting back in my chair, thinking:  So was I just threatened?

18  I just talked to her.  We talked about compliance.  Then all of

19  a sudden, she is asking me how long I have been a compliance

20  champion.  And I was like, what happened in this phone call?  I

21  was shocked.

22  Q    Okay.  All right.  I want to quickly show you an exhibit.

23         Peter, if we can pull up Plaintiff's Exhibit 31 and

24  look at the bottom of 125.  This is an email string from you to

25  Terry Grey dated August 31, 2018.

S. Ivie - D

1      If we can scroll down a little built, Peter.

2      Is this the email that you were referring to that you

3  said to Terry Grey -- about your question from the August 24th,

4  2018, call?

5  A    Yes, it was.

6  Q    So we just talked about these calls and the calls that you

7  had with Stephani.  This is in August of 2018.  Then I believe

8  you said that Stephani questioned your compliance role.  So

9  that's in August.  Did anything happen after that that you can

10  recall?  Did anything happen in September following your call

11  to Stephani?

12  A    Yes.  So back in the June/July time frame, Stephani had

13  asked me to be the lead DSM for the regional trainers, and that

14  is kind of why I was on this phone call.

15      In September, she had said -- she gave me a call and

16  said, "Hey, I just want to let you know I'm going to take over

17  as the lead for the regional trainers."

18      I said, "Whoa.  What?"  You just appointed me this.

19      She said, "Well, I'm going to take over, so you don't

20  need to worry about it anymore."

21      I said, "Oh.  All right."

22      She goes, "Well, it is within my authority to do

23  this."

24      I go, "I know.  You are the commercial business

25  director."

S. Ivie - D

1       So she said she was going to take over, and I was no

2  longer needed

3  Q    What was your gut telling you at that point?

4  A    That's when it said she took me off because I didn't

5  approve.

6  Q    Didn't approve of what?

7  A    I didn't approve of that message.  I guess it went over

8  her head.  And at that point I'm like, "That's the reason I got

9  removed from this."

10  Q    So that's in September of 2018.  Let's fast forward a

11  little bit to December 2018.  So is it right that from

12  December 10th to 12th, 2018, there was a regional management

13  meeting in Idaho?

14  A    Yes.

15  Q    So tell me about the meeting.  Who is there?  What are you

16  talking about?  Who is leading the meeting?  Walk us through

17  that.

18  A    The leader of the meeting was Stephani.  At the end of the

19  year the district business managers would come together and

20  talk about the year-end reviews for their sales

21  representatives, and that's the reason why we were there,

22  really.  And we also talk about the branding strategy for the

23  following year, for like 2019.

24  Q    Okay.  So Stephani is leading this meeting.  And what do

25  you recall from that meeting when Stephani is presenting?

S. Ivie - D

1   A    Well, at the beginning it was just like a typical meeting,

2   kind of rah-rah, how things are going for the region -- the

3   typical starting of the meeting -- you know, the excitement.

4   Then she talked about it was kind of a rough year and that

5   performance needs to be improved, and she started talking about

6   profits and that we need to make more profits.  Profits are

7   very important to the company.  So I remember at the beginning

8   it was about profits.

9   Q    And then did she talk about kind of the strategy of how

10  AstraZeneca employees should proceed to going forward in terms

11  of different perspectives or things like that?

12  A    Yeah.  I mean, it was about the profits, and then she

13  started talking about kind of like, the "old bus" and the

14  "new bus" and how we need more of the newer people.  The "old

15  bus" people who had left were the right ones to leave.  And she

16  talked about the "old bus" and the "new bus," and that's kind

17  of what -- I guess the next step of the whole meeting.

18  Q    When she is talking about "old bus" and "new bus," what's

19  your reaction to that?

20  A    Well, at the very beginning she started talking about the

21  "old bus" and "new bus," and we just kind of listening.  Then

22  she drew a picture of the "old bus" -- well, a bus and kind of

23  a "new bus" on the whiteboard.  And I just kind of watched her

24  draw the picture.  I didn't think anything of it until she

25  pointed over and she said, "Now, this is the 'old bus,'" and

S. Ivie - D

1    she looked right at me.  And then she went on.  But she looked

2    right at me, and I could tell in her eyes it was right at me.

3    She was talking about that and talking about the "old bus."

4           And at that point I said, "Are we talking about age?"

5    And I kind of said it quietly.  She kind of laughed, "Oh, no.

6    We are not talking about age.  This has nothing to do with

7    age."  I'm like, it has everything to do with me.  And she

8    looked right at me, and it was not just like glancing.  It was

9    right at me in my eyes.  So we continued on with the "old bus"

10   and the "new bus."

11   Q    So why did you think she was referring to age?  Was there

12   something that she had said in the past that made you think she

13   was referring to age when she was talking about the "old bus"?

14   A    Well, it was in the past.  So we talked about Benatar.  So

15   that kind of started out in the January time frame.  But in the

16   end of March or April, maybe the first of April, we were at a

17   meeting at a hotel.  We had just interviewed somebody for my

18   opening of my sales representative position.  She had just left

19   and we had kind of talked -- we were just kind of talking.  She

20   said, "Man, I thought you would have more wrinkles by now.

21   God, you got good skin, and you don't have any wrinkles."

22          I was kind of taken aback.  She says, "You know, you

23   are aging well."

24          I'm like:  Who in the heck who says this?  Who says

25   this?

S. Ivie - D

1    And I'm kind of like, "Okay.  Thank you.  This is a

2  nice compliment."

3    Then she says, "What kind of skin care or night cream

4  do you use?"

5    So I just told her, "Josie Maran off of QVC."

6    So we kind of ended like that.  She said, "Oh,

7  Benatar" -- she said something to the fact of "Benatar."

8    I said to her, "Oh, that's kind of embarrassing,

9  Steph.  I really do prefer to be called my name in a

10  professional setting."

11    I was trying to be very gracious and nice.  I wasn't

12  like, "You stop calling me this."  I was just trying to be nice

13  and saying, "Hey, let's not do this."

14    And she kind of laughed.  She goes, "Oh, it is just

15  for fun.  You know, I'm trying to make a family.  You know,

16  families call people nicknames, and that's just what I want to

17  do.  It is just for fun."

18    So I kind of let it go.  I am like, "All right."  I

19  gave her a hint.  It is embarrassing.  I don't want to be

20  called that.  I'm like, "All right."

21  Q    Just going back to that Benatar nickname, didn't you like

22  the nickname initially?

23  A    I didn't necessarily like the nickname, but she was giving

24  it to us and I thought -- she was a brand-new person, so I

25  didn't want to rock the boat with my manager, so I said,

"Okay." You know, I did not push back at that point. I didn't push back. I said, "All right. Benatar it is." She gave me some other names too.

Q All right. Let's go back to the management meeting. So we talked about Stephani presenting at this regional meeting. That's December 10th through 12th. So what happened afterwards? Do you have a phone call later with Stephani shortly after that meeting?

A Uh-huh. So during the meeting up in Boise -- the meeting we were talking about -- I missed one of the portions, the DALIRESP portion, because I was on a teleconference with this leadership program I was on. So she set up a time a day or two later to kind of update me on the DALIRESP portion of the meeting. So I was on this phone call with her.

Q Was anyone else on the call?

A Yeah. Aaron Griffith was also on the call. He missed that portion of the meeting.

Q Let's walk through the call. Who talks first?

A Stephani. She just asked how we thought about the meeting, kind of just like the typical niceties. And she started going into DALIRESP and that we needed to win with DALIRESP. DALIRESP was an important part, and we didn't do so well, and we really need to focus on DALIRESP.

Q When she said that, what are you thinking?

A I'm okay with that. We need to focus on DALIRESP.

S. Ivie - D

1    Nothing out of ordinary on that.  But then she started talking

2    a little bit about the branding strategy, and that's where it

3    all came -- whoa -- this isn't right.  So that's where it kind

4    of went awry.

5    Q    So she is talking about DALIRESP and the need to increase

6    sales in DALIRESP, right?

7    A    Uh-huh.

8    Q    So then you said the conversation turns to brand strategy.

9    So walk me through that.  What does she say?

10    A    So she talks about brand strategy, and she said that she

11    was in a meeting with the brand team and that 50 percent of the

12    patients die after their first exacerbation with a COPD

13    product, and I had never heard that.  That seems awfully

14    high -- very high.  And so when she was asked, like where did

15    you find this from?  She goes, "Oh, well, the brand team.  Just

16    Google it.  You can find anything on Google."

17            I went, "We are now Googling information we are

18    giving to doctors?"  I'm like, "Geez, no, no, no.  This isn't

19    right."

20            Then she proceeded on talking about, you know, "We

21    need to expand our patient population."  DALIRESP was for the

22    severe COPD patient, and she started talking about the mild to

23    moderate patient and expanding, and she brought up primary

24    prevention with it.  And I'm thinking, did I miss something?

25    Was there something that I missed on the studies or did the

S. Ivie - D

package insert label change?  I was totally confused about
this.  I didn't know where we were coming up with this
information.

Q    Okay.  So after she tells you, "Oh, go Google it," who
speaks next?

A    I think the call pretty much ended after she was telling
us the strategy.  So it wasn't right after the "Google it."
There was more to it.  "There was 50 percent exacerbation,
Google it, primary prevention, mild to moderate."

        Then after that, I kind of stayed a little bit quiet,
because I'm like, "Wow.  Did I miss something?"  Then I think
the conversation just basically ended.

Q    So you hang up the phone.  What do you do next?

A    Well, I looked at the package insert to see if I was in
error.  Did I miss an email saying that we have this stuff?
And so I kind of looked at different aspects of what did I miss
and where did we get this from.  I looked over some of the
brand strategy information that the brand team had sent
probably a week before that or so to see if there was something
in there, and I was trying to do my due diligence, thinking,
well, I'm sure I missed something.

Q    So did you -- did you call Linda Truax after this meeting?

A    I did.  Yes.

Q    Why did you call her?

A    She knows the products very well, and she knows the

S. Ivie - D

1    compliance very well.  I wanted to -- I'm trying to do my due

2    diligence, thinking, all right, it's my fault that I don't know

3    this.  So I went to Linda, and I just said, "What do you think

4    of this?  Do you know anything about this?  What is your take

5    on this?"

6              So I did talk with her.

7    Q    Okay.  Then after your call with Linda, how are you

8    feeling?

9    A    Well, now I'm feeling anxious, because she just confirmed

10   that I wasn't like thinking that I was crazy; that she hadn't

11   heard anything like this; that she doesn't know any of the

12   data, and she is very good with the data.  She just confirmed

13   in my mind that I wasn't going crazy.

14   Q    Okay.  So I want to pull up Defense Exhibit 545 and look

15   at line 324.  So Defense Exhibit 545, these are your text

16   messages, right?

17   A    Yes, they are.

18   Q    Looking at line 324, it looks like you sent a text message

19   on December 17th, 2018, at 2:42 Mountain Time, right, to

20   Mandy Hosford?

21   A    Mandy is a scientific liaison for AstraZeneca.  She is in

22   medical affairs.  She has got her Ph.D. in pharmacy.  Like I

23   said, she was a medical affairs person.  So she knew all about

24   the studies.  She would be able to talk to physicians more in

25   depth, and, also, off of the package insert, she would be able

1    to discuss studies that were not necessarily in the package

2    insert.  She was very knowledgeable.

3    Q    So why are you reaching out to her on December 17th?

4    A    Well, once again, I talked with Linda.  I'm looking

5    through my own things, and I just wanted to see if we could

6    talk about primary prevention with DALIRESP.  So she would

7    know, and she would know a little bit more of an instruction on

8    giving me some background on it; why I would start discussing

9    that.  Also -- well, there is the answer right there.  So that

10   was kind of my whole conversation with her.  I just wanted to

11   see -- I guess get some more insight into what are we doing.

12   Q    Okay.  Thank you.

13        We can take that down.

14        Okay.  So that was December 17th.  Then you have a

15   performance -- a meeting or -- a performance meeting with

16   Stephani DiNunzio on December 18th; is that right?

17   A    Uh-huh.

18   Q    So you sent this email to Mandy the day before.  You have

19   this meeting with Stephani tomorrow.  What are you doing, if

20   anything, in preparation with your meeting with Stephani?

21   A    So after I talked with Mandy, I was absolutely sick,

22   because -- I'm like:  All right.  I'm going to talk to Stephani

23   about this and let her know there is no back-up for any of

24   these statements.  And I didn't want to do it.  I'm not going

25   to tell my team to do it.  And I'm going to tell her it is

S. Ivie - D

1   illegal.

2           So when you are thinking of this thought process in

3   your head, and you are about to address this issue with your

4   manager, you're not in a comfort state of mind.  So after I

5   talked with Mandy, I went and kind of wrote down some notes,

6   saying:  All right.  We are going to need to talk about some of

7   the off-label promotion.  I am going to have to kind of

8   confront her and just say, "We are now illegal.  It is not just

9   unethical or dangerous.  This is literally illegal.  We don't

10  have these indications.  We don't have this primary prevention.

11  I don't know where in the heck you're getting this 50 percent

12  of patients die after their first exacerbation."

13          So I'm writing up some things and saying:  Okay,

14  well, we will have our call.  I'm just going to start talking

15  about that with her.

16  Q    I guess just explain to me a little bit more, why are you

17  so concerned about these statements?  What does it matter?

18  Stephani is saying she had some source for it -- maybe on

19  Google.  What's the issue?

20  A     Well, the issue -- you know, 50 percent of patients die

21  after the first exacerbation was kind of like a weird -- weird.

22  But the problem is primary prevention.  The drug is not

23  indicated for primary prevention.  There could be -- there is

24  alternatives for primary prevention and to help them.  There is

25  kind of a step approach in medicine.  You start here.  When

1    there is another step, you start here, and you have this step

2    approach.  Well, this step approach is here, and primary

3    prevention is like the beginning here, we are indicated for

4    severe.  We may want to make a profit, and that is how you make

5    profit, when you open up more of a patient population.  But

6    that's not -- that's not what we do.  We don't make profit off

7    of that.  That's just downright illegal.

8    Q    All right.  I think we talked about the night before, you

9    are preparing for your meeting with Stephani.  So now you have

10   your meeting with Stephani.  Is it on the phone?  Is it in

11   person?

12   A    It was on the phone.

13   Q    On the phone.

14        All right.  So who talks first during the meeting?

15   A    It was Stephani.  We do kind of like our -- again, we do

16   niceties on the phone.  How are you doing?  What's going on?

17   That's what you do on the phone.

18        Then kind of after the niceties, I just said, "Hey,

19   Steph, I want to talk to you about some things."  I said,

20   "Look, I'm really uncomfortable what was said on that call.  I

21   don't know where you are getting this 50 percent patients die

22   after the first exacerbation, and I certainly don't Google it.

23   We shouldn't be Googling our medical sources."

24        Then the next one, I said -- and the next ones are,

25   "These are illegal.  We don't have primary prevention, and we

1  don't have mild to moderate patient population that we should

2  go after for DALIRESP."  I said, "It is unethical, Stephani,

3  and it is illegal.  This is not right.  We aren't going to do

4  this."

5          Then she went in and said, "You don't understand the

6  need to make a profit."  And she said, "I have to win in 2019.

7  We had a bad year in 2018, and we are all about profit.  This

8  is the old way of thinking, when you don't think about the

9  profits, because that's what we are here for.  At AstraZeneca,

10 we make money.  We are not a nonprofit organization, and we

11 need to do this.  2019 is going to be my year."

12         And I told her, "Steph, I know we make a profit.  I

13 know we are not a nonprofit organization, but I'm not doing

14 this.  I'm not doing this.  This is illegal, Stephani."

15         And I'm all about winning.  I like performance.  I

16 like the analytics.  I like the market share.  I knew it was

17 about performance.  But I told her, "I'm going to win the right

18 way, and this is not the right way.  This is just downright

19 illegal, and I will not do this.  This could hurt patients and

20 get them the inappropriate medications."

21 Q    And what did she say?

22 A    She went over it again, saying, "You don't understand.

23 You don't understand.  We are going to win in 2019."  She just

24 kept saying that.  "We're going to make profit.  You are just

25 not getting it.  We are going to make a profit."

S. Ivie - D

1    Q    Okay.  Do you say anything in response?

2    A    I just said, "I'm all about winning, but I'm not doing it

3    this way."  I said, "It's illegal."

4    Q    Is there anything else that is said on that topic?

5    A    I think she went into my coaching days.

6    Q    Okay.

7    A    So after I said that again, she said, "I'm going to talk

8    to you about your coaching days and your with and without

9    customer engagement.  Your numbers are low.  You're supposed to

10   be 80/20."

11          I'm thinking:  I know; I know.  I said, "Stephani, I

12   know.  And you know."  And she was kind of all over the place.

13   I think it was because I said "illegal."  But the document that

14   she showed me, and I think you guys have seen that before, she

15   said, "Well, you are like" -- I don't know what it was -- "a

16   48/52 split."  And I said, "Yes, I know.  I know I have been

17   doing that."

18          And she said, "Well, you shouldn't be doing that.

19   There is an 80/20 rule."  And I said, "Well, Stephani, one, it

20   is not a rule.  And two, we have been talking about this.  I

21   told you what I have been doing."

22          Then we talked about some -- like some of the other

23   performance stuff too.  It was not like a pleasant performance

24   talk.  Maybe I should have waited until at the end of the call

25   to bring this up, but it was not a pleasant call.

S. Ivie - D

1    Q    Okay.  You talk about the coaching days.  You mentioned --

2    you told Stephani, "We had talked about this."  What are you

3    referring to there?

4    A    We talked about coaching days back in June and actually I

5    think it was even at the beginning of the year.  I told her

6    that I did more coaching via the phone.  I do a little bit of

7    both.  And she was totally fine with it, because I did have an

8    expansion of a territory.  I had a bigger territory.  My team

9    is extremely experienced.  There was a lot of travel.  There

10   was some travel within like the Salt Lake area where I am.

11        But I told her that.  And I had a bunch of different

12   projects, and like everything is just working out beautifully.

13   I told her in June, too -- I said, "Well, you can always look

14   on my field coaching forms, because I try to remember when I'm

15   talking on a phone call, I will usually say, 'Thanks for this

16   discussion,' or 'As we talked' or 'Thanks for the call.'"

17        I tried to do that in the first one or two sentences,

18   so that she would kind of know, because I know she looked over

19   the field coaching forms.  And she said, "Oh, okay.  That's

20   good to know.  That's great to know."

21        So I was doing this on the field coaching forms.

22   Q    Okay.  All right.  So you said, after talking about the

23   coaching days, then you start talking about performance.  So

24   she did show you a document about your coaching days, right?

25   A    Yes.

S. Ivie - D

1  Q    Did she show you a document of your performance review?

2  A    She wrote up some stuff, but I didn't know that was going

3  to be the performance review at all.  But, no, we talked about

4  the numbers and kind of the performance for 2018.

5  Q    And so what did you talk about in terms of performance in

6  2018?

7  A    It wasn't my greatest year.  I had some pretty amazing

8  years before that.  I think the first trimester, I think I was

9  107 or 108.  Then the next two, I was about 97, 98 percent to

10 objective.  The objective, of course, is 100 percent.  I was a

11 little bit below that.  Then fourth quarter, I was pretty darn

12 close.  I was shy of 100.  I think it was 99.4.  I was a little

13 bit under, and so we talked about that.

14 Q    Did she tell you what performance rating you would be

15 getting?

16 A    Well, she said, "Maybe a two."  Then she said, "Well,

17 maybe a one," kind of under her breath.  I said, "What are you

18 talking about?"  And that's kind of how we left it.

19 Q    So it seems like you were surprised by saying a one or

20 two?

21 A    Well, I never received a two, and I have never received a

22 one.  I haven't even been talked to about a one.  Basically

23 what the one is, it says:  You've got a few months; go look for

24 another job; get out of here.

25        And I was completely shocked.  Absolutely shocked.

S. Ivie - D

1    Q    Why were you shocked?  You said you had not the best year

2    in 2018.

3    A    Because you just don't get a one because you're at

4    97 percent to objective or anything like that.  It was more

5    like a vindictive thought process.  There was no -- I mean, you

6    have to be told you are getting a one.  Usually you are on a

7    performance improvement plan, something to that extent.

8    Q    All right.  So we are done with the call on December 18th,

9    2018.  We talked about all the aspects that were discussed

10    there.  So you hang up the call.  How are you feeling?

11    A    I'm absolutely devastated.  The call didn't go well, and I

12    just told my manager that the illegal action is going to stop.

13    I'm not going to do her instructions.  I will not lead my team

14    this way.  I had a conversation that now I'm getting a two or a

15    one.  When you get a one, you leave the company.  Is this my

16    warning?  What is this?

17         And I was absolutely devastated.  I was in my office

18    when we talked.  Then I went into my bedroom, and I just like

19    started to cry.  I told my husband, "I think I'm getting a one.

20    I don't know what's going on."  My performance wasn't, like, a

21    stellar performance, but it wasn't that bad.  I mean, people

22    have performed a lot worse in the year than I had, and they are

23    still with the company, and the company believes in them.  And

24    I was literally just devastated.

25    Q    So while you are kind of lying in bed, you're upset.  What

1    do you decide to do next?

2    A    I was kind of talking to my husband and I said, "Brian" --

3            MS. RIECHERT:  Objection.  Hearsay.

4            THE COURT:  Ms. Chambers.

5    BY MS. CHAMBERS:

6    Q    Can you tell me what you did after.  You're upset.  I

7    understand you talked to your husband.  So let's just kind of

8    go back a moment.  What are you going to do next?

9    A    Well, I was very upset, and I didn't know what to do.  I

10   had tried to talk with the medical liaison.  I talked with

11   Linda.  I did my own work, trying to figure things out.  And I

12   am now telling my manager that I will not lead my team like

13   this.  I will not do this.  I had just called her out on

14   ethical and illegal behavior.  And I did tell her in that

15   conversation that it is going to stop now.  "It's stopping

16   right now."

17           So I said, all right, I'm going to have to go, once

18   again, I guess above her, and talk to our ethics department.

19   Q    Okay.  So you filed a complaint with the ethics line?

20   A    Well, I actually started writing it out, because on the

21   ethics line you can also write up your story, and I just --

22   every time I would write another sentence or put something on

23   paper, I just got like this pit in my stomach and just started

24   to kind of cry.  And I said, "I can't finish writing this."  So

25   the other option was to call them, and this other person on the

S. Ivie - D

1  line would kind of write down your thoughts.

2  Q   All right.  Let's pull up Plaintiff's Exhibit 75.  It is

3  also in the juror notebook.  If we can scroll down a little bit

4  to the paragraphs.

5      Okay.  So there are several paragraphs here.  I won't

6  go into it in detail.  But is this generally what you told the

7  AstraZeneca ethics line?

8  A   Yes.

9  Q   This is your complaint.

10     Okay.  So I noticed that you talked to Stephani about

11  DALIRESP during your meeting on December 18th, but I'm not

12  seeing that in this write-up.  Do you know why?

13  A   I think it was just so much that -- I don't know.  When I

14  was penning things down, at that point I went into my kitchen.

15  I didn't even want to sit in my office and have this

16  discussion.  So it was just -- there was so much of it that it

17  just slipped my mind, but I did talk to compliance about it in

18  January.

19  Q   Okay.  We will get there.

20     If we can look at the bottom of 871, the last

21  paragraph, Peter.

22     It says, "The caller feels Stephani will start doing

23  something else other than taking leadership roles away and

24  threatening.  It is not within the caller's ability to do

25  things against policy.  The caller doesn't want to be

S. Ivie - D

1    considered an 'old bus' person.  The caller has experience and

2    has done extremely well.  The caller can't sleep at night

3    because of unethical practices and would like to do his/her job

4    without feeling like he/she is violating ethics.  The caller

5    would like to win the right way and do the right thing."

6          Is that what you told the ethics line?

7    A    Yeah.

8    Q    So it is true you weren't able to sleep?

9    A    I didn't sleep.  I would try and go to sleep and things

10   were just, like, floating in my mind.  I couldn't turn my mind

11   off.  So I wasn't able to sleep.  I was pacing.  There were

12   lots of tears, just like a knot in the stomach, like an ulcer

13   knot in your stomach, because I had done something that I had

14   never done before.

15         The whole conversation was just getting heated and

16   heated, and I could tell she was getting angry with me.  For

17   the last few months, it wasn't just that.  But that call on the

18   18th, it was a heated call.

19   Q    And so in your 19 years at AstraZeneca have you ever filed

20   a complaint with ethics?

21   A    No.

22   Q    Have you ever accused a manager of off-label marketing?

23   A    No.

24   Q    So you had filed the complaint -- and so this is

25   December 18th, probably around the holidays.  Then you told me

1   that in January you get interviewed about your complaint.   In

2   that time frame, when you file the complaint and before you get

3   interviewed, what is happening with you?

4   A    I filed it on the 18th.  And after that, it was pretty

5   nerve-racking, but we were going into Christmas.  And it was

6   one of our favorite family times of year.  And I was

7   devastated.  So it was Christmastime, and we do family parties.

8   You're happy.  I have got younger children and I couldn't -- I

9   couldn't -- I couldn't do it.  For the first time -- one

10  second.

11       So for the first time ever we had no Christmas

12  decorations on the tree.  We had our lights up, but I couldn't

13  even do it.  I couldn't do it.  We didn't have the decorations.

14  My kids tried to do some of it, because I had the box out.  I

15  couldn't do it.  I was trying to keep this from my kids and

16  trying to be kind of like the ho-ho spirit for Christmas, but

17  it just wasn't the same.  I wasn't necessarily able to function

18  during that time.

19       So we got over Christmas, and I made sure the kids

20  were happy and all of that.  Then right after that, my family,

21  we were going to go on our big vacation to the

22  Dominican Republic.  So I am like, all right; I have got to

23  chipper up, and we are going to go there.  Still, I'm just,

24  like, so nervous.  I knew AstraZeneca was off for about a week,

25  and I wouldn't hear anything about the compliance, but I

S. Ivie - D

1   thought I would hear something fairly soon.  So I took my iPad

2   with us to Puerto Rico -- excuse me -- the Dominican Republic,

3   just in case I wanted to get an email or see what was going on.

4           And we were at -- the second day, after we checked

5   into the hotel, my husband could kind of see that I'm starting

6   to break down.  I'm like, "You have got to make this good for

7   the kids."  And that second night -- I was pretty good on the

8   first night.  On the second night, he could see that I was

9   just -- you could see the anxiety.  You could see my -- my

10  muscles, I just couldn't even move.

11          So he grabbed me and took me out on the beach, and we

12  found this little cabana on the beach, and I just start sobbing

13  and sobbing, telling him, "I don't know what they did" -- and

14  that I was really scared.  And he was just trying to be

15  reassuring; that I just did what I thought was right; and that

16  it is all going to be okay.  "Let's try to get through the

17  vacation.  We are in a beautiful place, and we've got our kids

18  there.  And we have fun things planned."  So we were just going

19  to try to focus on that.  And so we did.

20  Q    Okay.  All right.  So let's move along now -- you're

21  talking about your anticipating for the interview of your

22  ethics complaint, right, and you thought maybe you would hear

23  from them.

24  A    Yes.

25  Q    Then you return back from the Dominican Republic, right?

S. Ivie - D

1   A    Yes.

2   Q    So did you end up getting a call from someone at

3   AstraZeneca about your complaint?

4   A    Yes.  They sent an Outlook calendar invite, and so I knew

5   it was going to be on the 15th of January.

6   Q    So on the 15th of January, you are interviewed, right,

7   about the complaint?

8   A    Yes.

9   Q    And isn't it true that the initial complaint was

10  anonymous, right?

11  A    Yes.

12  Q    So on the call -- just kind of tell me generally what was

13  discussed?

14  A    So Karen said that there was an anonymous complaint and --

15  oh, and Mike Pomponi was also on the call.  Karen basically

16  spoke.  Karen had said there was an anonymous complaint.  And I

17  said -- I think it was the very first thing I said.  "Karen,

18  you know darn well it was me."

19          She said, "All right."

20          And Mike said, "Yes.  We know it is you."

21  Q    So let's look at Plaintiff's Exhibit 69, which I think

22  also might be in the juror notebook as well.  Are these the

23  notes from your interview with Karen Belknap and Mike Pomponi

24  on January 15th, 2019?

25          We can scroll down a little bit.

S. Ivie - D

1    A    Would you?  Yes.  Uh-huh.

2    Q    So this reflects kind of the summary of what you told

3    them?

4    A    Yes.

5    Q    Okay.  Thank you.  We can take that down.

6            All right.  So you have the call.  We looked at the

7    summary of what you discussed.  How are you feeling after that

8    call?

9    A    They were willing to listen to me, and they were very nice

10   about it.  The call ended saying, "Hey, we are going to take

11   this seriously, and we are going to get back in touch with you

12   soon."  So I was like, "Thank you."  They said that they were

13   going to keep it anonymous, because I had kind of stressed,

14   "Hey, please, let's not use my name."

15           They were great.  They made me have hope that, okay,

16   we are going to get this resolved, it is going to be quick, and

17   I'm totally good to go.  I was like, all right, we are getting

18   there.

19   Q    Okay.  All right.  So that's January 15th, 2019.  A few

20   days after, do you have a district meeting?

21   A    Yeah, I believe two days after, on the 17th.

22   Q    Did you talk about this district meeting in your interview

23   with Karen and Mike?

24   A    Oh, yeah.  I talked with Mike.  I said, "Look, I'm really

25   worried" -- this is when I brought it up to Mike, saying, "Hey,

S. Ivie - D

1    this also happened" -- this DALIRESP, 50 percent, patients die

2    with exacerbation.  So I kind of talked to them about this.  I

3    said, "Look, she is coming to my meeting in two days.  And I am

4    really concerned.  I told her I will not do this with my team.

5    I'm not rolling this stuff out.  I am worried.  She is going to

6    be there, she's going to be talking, and I'm afraid this is

7    what she is going to have a conversation about."

8              Mike just said, "Don't worry about it.  It hasn't

9    happened yet.  So let's not worry about that."

10             I'm like, well, it hasn't happened yet, so let me not

11   worry about it, and so we will see what happens.

12   Q    Let's look at Plaintiff's Exhibit 29 towards the bottom of

13   this page.  It looks like an email to you from Terry Grey on

14   January 15th, 2019, right?

15   A    Yes.

16   Q    So this is probably the same day you interviewed with Mike

17   and Karen.

18             If we can scroll down a little bit, Peter, to the

19   next page.

20             So you say here that you're getting ready for your

21   first 2019 district meeting, and you had questions about

22   DALIRESP, right?

23   A    Yes.

24   Q    So why are you sending this?

25   A    Well, Terry Grey is the compliance person, and I just

S. Ivie - D

1    wanted to see if there was anything approved, making sure --

2    again, Terry was very helpful before, just making sure was that

3    there is some sort of promotional stuff.  It may be just basic

4    promotional information.  So I was just kind of reaching out to

5    her, making sure I had all my information right, and so that

6    was what I was doing.

7    Q    Okay.  Now let's look at Plaintiff's Exhibit 30.  Okay.

8         Scroll down towards the bottom, Peter.

9         All right.  You do receive this email dated

10   January 25th, 2019.  It looks like this is the response to your

11   questions, right?

12   A    Yes.  They talked about some unbranded insights.

13   Q    Okay.  The second line there says, "We don't have anything

14   that specifically says that 50 percent of patients die on their

15   first exacerbation," right?

16   A    Yes.

17   Q    And they continue to talk about a one-page unbranded

18   insight; is that right?

19   A    Yes.

20   Q    Thank you, Peter.  We can take that down.

21        So on January 17th, we have the district meeting with

22   Stephani; she attends?

23   A    Yes.

24   Q    And what do you recall from that meeting?

25   A    I did the opening or what I would like to call the

S. Ivie - D

1    "rah-rah."

2            Then we looked at performance and did that kind of

3    information.  Then I turned the time over to Stephani.  She was

4    going to talk about kind of the stuff that was going on with

5    AstraZeneca, kind of where we need to be as a sales region,

6    like her region, and how we needed to win this year.  She did

7    the presentation on that, and it was a formal presentation that

8    I believe that AstraZeneca put together, and so she was going

9    through that.

10           And then at the end she kind of sat down, and she

11   started talking about different products, SYMBICORT and then

12   she brought up DALIRESP.  And she was sitting down at this.

13   And she said, "Hey, with DALIRESP, we aren't doing well."  She

14   said something to the effect, "We need to expand our patient

15   population.  We got to win with DALIRESP.  We are going to go

16   after that mild to moderate patient with DALIRESP."

17   Q    And what was your reaction to that?

18   A    I was standing up, and she was sitting down, because she

19   just finished her presentation, and she did that.  So it was my

20   turn after that.  I was standing up, and I just about fell

21   over.  I went:  No, no, no.  No, this isn't good.  You know, I

22   was just -- I'm like, oh, no.  Then right after that, she left.

23   Q    So let's look at Plaintiff's Exhibit 8.  So this is like

24   an email from you on January 18th to Mike Pomponi and

25   Karen Belknap.  So tell me what is this email and also can you

S. Ivie - D

1    explain the image that you included.

2    A     Yes.  So on the phone, on the 15th with Mike, I had said

3    that I had concerns about DALIRESP, and I kind of went over

4    that with him.  He was the one who said, "Oh, let's not rush to

5    conclusions.  It hasn't happened yet."  So this was right after

6    my meeting, because it ended on the 17th.  So the next morning

7    or day I wrote him a message saying, "Hey, Mike.  It happened.

8    I'm very concerned about this.  Here we are again.  I'm at the

9    same place."  And I said to him, "My team, we are not doing

10   this, and it is putting me in a very uncomfortable position."

11   Q     What is this image that you included in the email?

12   A     So she had talked about the mild to moderate patient

13   population that we needed to start going after, expanding the

14   patient population.  I just sent a snippet of the DALIRESP

15   package insert just to make sure he understands that -- I guess

16   his whole level -- I believe he is a lawyer, and so I didn't

17   know where his level of understanding is.  This is our label.

18   So I took a snippet of the label where it says, "Treatment to

19   reduce the risk of COPD exacerbations in patients with severe

20   COPD."  So I wanted him to just know that's what I was

21   referring to.

22   Q     Thank you, Peter.  You can take that down.

23         So after the district sales meeting, when is the next

24   time you had a discussion with Stephani about insights?

25   A     It was the end of January.  I don't remember the date on

S. Ivie - D

1    that.  It was the end of January.

2    Q    Okay.  And so was it a phone call or an in-person meeting?

3    A    No.  This was a phone call, and it was with other district

4    sales managers as well throughout her region.

5    Q    Okay.  So what was discussed on this call?

6    A    We were talking about the -- it wasn't just DALIRESP.  We

7    had several products for COPD.  It was about insights.  One of

8    the insights that I guess we were emailing out to the region

9    then, even though we had had notification that we shouldn't be

10   doing this, she was going to email this out to the region, and

11   it was with Kateri as well, who was the regional trainer, and I

12   believe it was the first or second bullet point.  It said that

13   the COPD medication, DALIRESP, that she linked it with anxiety

14   and depression patients, and that was extremely concerning for

15   me.

16   Q    Why was this so concerning for you?

17   A    Well, if you look at the package inserts, our products can

18   have adverse events or side effects with the other medications

19   for anxiety and depressed people.  If you look at DALIRESP, it

20   said that it will cause additional mental health issues, and

21   for those patients who are suicidal it can increase their

22   attempts for suicidal behavior.

23        And we don't -- that's dangerous.  If you have got

24   people who have got COPD, they're pretty fragile.  Most of them

25   probably have some sort of anxiety and depression, and if we

S. Ivie - D

1    are linking our product to that, that's not right.  Then all

2    I'm thinking about is there is the suicidal aspect of it, but,

3    you know, people could be suicidal, and without the doctors

4    knowing or without the doctors telling their loved ones, they

5    could be thinking, "Oh, geez, my loved one is more suicidal;

6    they are starting to talk more about it," and they have no

7    idea.  It's probably their medication.

8    Q    Okay.  So did you report what you heard about DALIRESP --

9    or the respiratory products being linked with depression and

10   anxiety?  Did you report that?

11   A    Yes, I did.

12   Q    So let's look at Plaintiff's Exhibit 81 on page 907.  It

13   is also in the juror notebook.  Okay.  So is this your report

14   about DALIRESP?

15   A    Yes.

16   Q    If we can look at the first paragraph, starting with the

17   second sentence, "I'm being asked to illegally ask for patients

18   outside of our indication.  We are supposed to insinuate --

19   wink, wink -- that our respiratory products, BEVESPI,

20   SYMBICORT, and DALIRESP have COPD and anxiety and depression

21   indication and that feeling it working will result in increased

22   adherence."

23   A    Yes.

24   Q    So you wrote that?

25   A    Yes.

S. Ivie - D

1   Q    And then in the second paragraph you reference the

2   Act Right Now compliance guidelines.  What is that?

3   A    Act Now, I believe, is a federal statute that you act now.

4   When you see something that could be dangerous to the public,

5   the public's health, you act now, and so you report it instead

6   of waiting and wondering if somebody had increased anxiety or

7   suicide or whatever.  It was an "act now," because I thought:

8   Danger to society.

9   Q    Thank you, Peter.  I think we are done with that one.

10           So that was in early February that you made that

11  complaint?  Did anything else happen in February that you can

12  recall?

13  A    Of?

14  Q    Did anything happen with your -- how was work going in

15  terms of your district's goals or your work schedule?  Anything

16  else?

17  A    Goal-wise or performance-wise, we were actually doing

18  pretty good, I guess, the first quarter of -- the first couple

19  of months of 2019.  We were doing very well.  There was a lot

20  more anger issues that we were kind of dealing with.  I could

21  tell Stephani was very frustrated with me.  Everything kind of

22  changed -- her personality -- towards me.  She really liked me

23  at the beginning, and I did a ton of stuff.  Everything was

24  going well, and now it has turned.  It was bad.

25  Q    Okay.  So you had made that complaint on February 5th,

S. Ivie - D

1    2019.  Later in February 2019 do you have a meeting with

2    Stephani and Karen Belknap?

3    A    I did.

4    Q    Do you remember the time frame of that meeting?

5    A    It was like mid-February.

6    Q    Mid-February.  So how did you learn about that meeting?

7    A    Well, I was on a call, like an every-other-week call on

8    Fridays that we have with Stephani.  We talk, you know,

9    basically what's going on in the territory, performance, teams.

10   It is a basic call that you would have every other week.  At

11   the very end of the call she tells me, "Hey, just one more

12   thing:  On Monday, we're going to talk about some activities

13   that have been going on -- some of your activity."  And I said,

14   "Oh, okay."  She said, "Oh.  And I invited Karen Belknap to be

15   sitting in on this."  I said, "Oh, you know what, that's a

16   great idea.  That's really good.  Good.  I think this would be

17   a really good call."  So I thought it was going to be a great

18   call.

19   Q    What did you think was going to be discussed on that call?

20   A    I thought it was the activities that we had been doing

21   about the reports, and basically we were going to get this

22   resolved, saying, "Hey, let's get on a level playing field;

23   maybe we need more training on indications, dosing.  Let's come

24   together to see how we could fix this."  That's what I thought

25   it was.  I was excited for this call, thinking we were going to

S. Ivie - D

1   get all of this taken care of.

2   Q    So then you get on this call in mid-February.  Karen is on

3   the call, you, and Stephani DiNunzio.  Who talks first?

4   A    Stephani does.

5   Q    What does she say?

6   A    She says, "We want to talk about some of the activity."

7   Q    Then who responds?

8   A    I think it was her again.  Karen Belknap is somewhere in

9   the very beginning of the call and said, "Hey, I'm Karen, and

10  I'm going to be on the call.  How are you doing?"  Again,

11  niceties.

12       So Stephani goes on with these activities, and she

13  sent something over.  I'm thinking to myself, "What are we

14  talking about?  Where are we going?"  Because the night before

15  I put stuff out -- you know, my complaint -- and so I had

16  everything all ready to talk about this, and she is going

17  somewhere totally different than from where I had -- I had no

18  clue where we were going with this.

19  Q    So what did she start saying?

20  A    She said, "I'm concerned about your activity and field

21  coaching and your percentage of customers with and without

22  customer engagement and all your field coaching forms."

23  Q    Okay.  What were you thinking at that time?

24  A    I'm completely blindsided.  I don't even know what to

25  think, because here I am getting ready to talk about this, and

S. Ivie - D

1  we are here over somewhere.  I was playing catch-up mentally.

2  I'm like, "What are we doing?"

3  Q    Do you say anything in response?

4  A    Stephani said, "So are these numbers right, with your

5  customer and without customer engagements," and I'm looking at

6  it 48 -- I can't remember.  50/50.  Something like that.  I

7  said, "Yes.  Yes, they are my numbers."

8  Q    What did she say in response?

9  A    She said, "Well, you should be 80/20."  I told her

10  "Stephani, you know it has been the whole year, and you are

11  bringing it up now.  It has been a whole year, and you have

12  known this.  You know what I was doing in my coaching."

13  Q    And how did she respond?

14  A    She said, "It's a policy.  And I'm very concerned that

15  your team is not getting coached, and we are here to discuss

16  this.  I talked to you several times about this."  And I'm

17  like, "Yeah, I know.  We talked several times about this,"

18  so --

19  Q    Okay.  And when she said that there was a 80/20 policy,

20  what was your reaction to that?

21  A    I heard about the 80/20, but it was never a policy.  It

22  was kind of like a guideline, saying that's probably great.

23  You work with your manager.  It depends on your territory.  It

24  depends on the district.  There was nothing like cut and dry;

25  that this is it; that this is how it is.  We've gotten reports

1    at all different times and people throughout the nation had

2    different numbers.  And I had different numbers.  I'm usually

3    fairly high.  I do go kind of go back and forth.  But never

4    once did I think, oh, this was cut and dry, and this is how it

5    is.

6    Q    But didn't Stephani send you a number of emails in 2018

7    about what she wants for coaching and what should be in-person

8    coaching?

9    A    Yes.

10   Q    And so isn't that -- doesn't that make it clear that it's

11   a requirement?

12   A    Well, she did send those out.  I did see those.  But in

13   June, we had another conversation about it, and I said, "Steph,

14   this is what I am doing.  These are the coaching forms.  When I

15   do this, I usually say, 'It was nice to have a discussion with

16   you' or 'nice call,' but this is what you are going to see in

17   my field coaching forms."

18          I said, "I have got such a polished team, and they

19   are so successful.  We've got career ladder fives."  And so I

20   kind of stand back a little bit.  I have these other activities

21   I'm doing.  I'm starting to see some activities that I might be

22   promoted within the company.  And she knew exactly what I was

23   doing.  It wasn't like she, all of a sudden, got a report in

24   December saying, "Here it is."  I had been turning my coaching

25   forms in and then we get this data.

S. Ivie - D

1    Q    Let's look at Plaintiff's Exhibit 177, which is also in

2    the juror notebook.

3              Thank you.

4              Okay.  So at the top this is an email from Stephani

5    to you, July 27th, 2018, right?

6    A    Yes.

7    Q    And if you'd scroll down a little bit, this is an email

8    from Stephani to Mike Hartman in July 2018 and this -- well,

9    what is your view what this email is?

10   A    From what Mike says down at the bottom, some of the

11   numbers are a bit out of whack.

12   Q    And Stephani responds saying that the two of you have

13   discussed that issue a couple of times, right?

14   A    Uh-huh.

15   Q    Then she mentions that you are covering the Spokane

16   district?

17   A    Yes.

18   Q    Tell me about the Spokane district.  What discussions did

19   you have about that district?

20   A    I took over for the Spokane district because the manager

21   had left.  Initially I just had -- well, she split it up into

22   four different -- you have one big district, and then she split

23   it up into four different sections so that there were several

24   managers -- four managers -- and I was one of them.  One of the

25   other district sales managers left in the meantime, so she gave

S. Ivie - D

1   that to me.  So I covered half of that district and then two

2   other managers covered the other half.

3            So I took over that part.  I thought it was the more

4   early June time frame, like early June.  So we had that

5   discussion, in Spokane, because of the budget and the length

6   and the travel and everything, that I was to do field coaching

7   without customer engagement, so like on the phone and stuff.  I

8   told her again, "Yeah, I do it all the time with my team.  I

9   try to keep very close contact with them, and so I'm familiar

10  with it.  It is as simple as that."  She was like, "Great,

11  great.  That's what you'll do with that.  We need some

12  documentation."  There were some problems there, and it needed

13  documentation for them.

14  Q    Thank you.  You can take this down.

15           So prior to your first written warning -- oh, I'm

16  sorry.  So we talked about your performance reviews.  In your

17  actual performance reviews, did it include the number of field

18  coaching days or like the number of in-the-field field coaching

19  days?  Was that in your performance review?

20  A    The one that she kind of showed me?

21  Q    Or just in any of your performance reviews in the past?

22  A    Yeah.  There is just like a like saying, "Coaching days."

23  Q    Total coaching days?

24  A    Yes.

25  Q    Is there any breakdown of like virtual versus in the

S. Ivie - D

1  field?

2  A    No.  It is just coaching days.  It is strictly that.  It

3  has never mattered.

4  Q    So a total number of days is just in there?

5  A    Yes.

6  Q    So in your 19 years, did any of your subordinates raise

7  any concerns to you about how you coached them?

8  A    No.

9  Q    In your 19 years did any of your supervisors accuse you of

10  being subordinate or not following an AstraZeneca policy?

11  A    No.

12  Q    Okay.  So going back to the meeting with Stephani and

13  Karen, they tell you about your coaching days?

14  A    Right.

15  Q    Did they talk about any discipline you might receive?

16  A    They said they were going to think about it, and I would

17  possibly get a written warning.

18  Q    What was your reaction to learning that you might get a

19  written warning?

20  A    Once again, I'm absolutely -- I'm stunned.  It came out of

21  nowhere.  I was thinking -- here I was, like four weeks earlier

22  I'm talking to Karen Belknap and kind of guarding my heart on

23  illegal and unethical behaviors and retaliatory issues and

24  discrimination and telling her this, and the last thing they

25  said to me on the call is -- they said, "Oh, we are going to

S. Ivie - D

1  take this very seriously, and we're going to get back to you

2  soon."

3          So here I am four weeks later on this call thinking

4  that we're talking about this, and I totally felt blindsided.

5  So when they said "written warning," I'm blindsided again.

6  Here I am.  I can't talk; I'm just stunned.

7  Q    And so eventually you did get issued a written warning for

8  coaching?

9  A    Yes.

10  Q    And so once you received that, did you ask for a mutual

11  consent or a severance package?

12  A    Yes.

13  Q    Why did you do that?

14  A    Because, once again, I could see the writing on the wall.

15  The tone from Stephani to me was frustration, anger.  It wasn't

16  really good, not to mention getting a written warning.  At

17  least Karen said, when she gave me the written warning, it will

18  stay throughout my entire employment.  If I'm interviewed, it

19  will come up, and they will see it.  So here I am.  I'm

20  thinking I'm getting doing great, and I am starting to get

21  promotions, and I'm getting national exposure.  Then I have

22  this on my record.  There was nowhere else for me to go.  And I

23  knew that it wasn't going to be good, and I am the primary -- I

24  am the primary source of income for my family, and so I just

25  wanted to see what was going to happen.

S. Ivie - D

1  Q    And ultimately you decided not to accept the mutual

2  consent, right?

3  A    No.

4  Q    Why is that?

5  A    Well, I loved my job, and I said, "Okay, I'm going to keep

6  doing it.  I'm going to keep going on.  This all will work

7  out."  I'm going to do my very best to do whatever they needed

8  me to do, and that's kind of my whole thought process.  I'm

9  willing to continue on.  I'm going to do this.  I'm going to do

10  what they want me to do.

11  Q    And so shortly thereafter do you go on FMLA leave?

12  A    I did.

13  Q    Why did you go on FMLA leave?

14  A    I was pretty emotional, and I have chronic migraines and

15  stress doesn't help with that.  And I couldn't control it.  It

16  was like one after another after another, and it was severe

17  anxiety when I would wake up in the morning and -- I just

18  couldn't function.  I was a mess.  That's it.  That's what it

19  is.

20  Q    So you go on FMLA leave.  Then you return, right, kind of

21  in the April 2019 time frame?

22  A    April 16th.

23  Q    So tell me about when you return.  Do you have any

24  meetings with anyone about what you're doing?

25  A    Yeah.  I had a meeting with Stephani right after that.

S. Ivie - D

1    Q    And how did that meeting go?

2    A    She was still unpleasant and very matter-of-fact.  It was

3    just a very matter-of-fact meeting.  This is how it is, and

4    that was it.

5    Q    Did anything about your job duties change at all once you

6    came back from FMLA leave?

7    A    She informed me that the policy for 150 coaching days was

8    now up to 160 coaching days.  She told me she was going to have

9    to retrain me.  She was going to have other district managers

10   do that.  She told me that I had to report in every Monday on

11   who I was going to be calling on or who I was going to be

12   working with, like the sales representatives.  So I had to

13   report that every Monday.  What's the other?  A whole bunch of

14   different things I was having to do with her.

15   Q    Did you have to do any more training with anyone?

16   A    Yeah.  The district managers were going to train me on

17   like analytics, like different brand promotional pieces, how to

18   do district business plans, all of that stuff, like the basic

19   DSMs.

20   Q    And were you able to like access all of your computer

21   systems when you came back from FMLA?

22   A    No.

23   Q    What weren't you able to access?

24   A    I could access the email, like Outlook calendar invites,

25   but anything else, the CoachMe app. -- this is what you do your

S. Ivie - D

1  field coaching on; and your performance, like the data matrix.

2  We actually have data called Insights.  Go figure.  I couldn't

3  access that either.

4  Q    And we talked a little bit about the coaching days -- like

5  the number of days that was increased from 150 to 160?

6  A    Yes.

7  Q    What about the split?  Were you supposed to do 80/20

8  still?  What were you required to do?

9  A    No.  I guess I lost that.  So I had to do 100 percent --

10  everything -- in person.

11  Q    Did anyone else have to do 100 percent in person?

12  A    No.

13  Q    When you came back on FMLA leave, were you on intermittent

14  FMLA leave?

15  A    Yes.  Uh-huh.

16  Q    What does that mean?

17  A    That means -- I think I had three days that if

18  something -- like if my migraine happened, I could take time

19  off for that.  Basically it was that.  It was around migraines

20  or any depression or anxiety that I was having.  They thought

21  it was worthy of me to be able to say, "I can't travel this

22  day," or "I can't be in the field."  That's what they wanted to

23  see.

24  Q    And you submitted medical documentation to get your FMLA

25  approved?

S. Ivie - D

1    A    It had to be approved, yes.

2    Q    I know you were previously in some compliance and

3    developmental positions.  Were you still in those positions

4    when you got back from leave?

5    A    No.

6    Q    Who told you that you no longer had those positions?

7    A    Stephani did.

8    Q    What did she say about it?

9    A    She said that I will be taken off my activities and my

10   national leadership positions.

11              THE COURT:  Ms. Chambers, let me hold for one moment.

12   I want to check in with the jury and Dennis, if you need or

13   want a morning recess.  We can do that very quickly right now.

14              The court reporter is indicating, "Yes, please."  So

15   we will take a very prompt 15-minute recess.  We will get going

16   by 10 after 11:00 sharp.  I have a noon matter I need to take

17   care of, so we need to recess pretty promptly at noon.

18              (Recess.)

19              (Open court; jury present:)

20              THE COURT:  Ms. Chambers, continue, please.

21              MS. CHAMBERS:  Thank you.

22   BY MS. CHAMBERS:

23   Q    Suzanne, before the break, we were talking about your FMLA

24   leave, you come back from leave, and there were some changes to

25   your work requirements.  So that was April 2019, right?

S. Ivie - D

1    A    Yes.

2    Q    So I want to move to May 2019.  Specifically May 3rd,

3    2019.  So at some point did Karen Belknap leave AstraZeneca?

4    A    Yes.

5    Q    And who took her role?

6    A    It was Dawn Ceaser.

7    Q    Did you have a call with Karen, Dawn, and you?

8    A    Yes.

9    Q    Okay.  And so might it have been around that May 3rd,

10   2019, date?

11   A    It was.

12   Q    Take me to that phone call.  Who initiates the call?

13   A    I believe it was Karen Belknap.  I believe she was the

14   one.

15   Q    Did you know about anything that would happen prior to the

16   call?

17   A    Well, not necessarily, but I was hopeful that it was going

18   to be talking about the issues that I had brought up.

19   Q    So by that time, on May 3rd, 2019, did you know anything

20   about the status of the investigations into the complaints you

21   raised about off-label marketing and age discrimination?

22   A    The final complaint?

23   Q    Yes.

24   A    I can't remember.  I think it was on May 3rd that it was

25   going to be all unsubstantiated.

S. Ivie - D

1  Q    So let's go to that phone call.  It is you, Dawn Ceaser,

2  and Karen.  Who talks first?

3  A    I believe it was Karen.

4  Q    What did she say?

5  A    She said she wanted to follow up with me on the results of

6  everything and also to let me know that Dawn Ceaser is going to

7  take over.

8  Q    And then who talks next?

9  A    I think it was Karen Belknap.

10  Q    What did she say?

11  A    Just basically in one big word; that everything is

12  "unsubstantiated."

13  Q    How are you feeling when you hear that?

14  A    I was devastated.  How could it be unsubstantiated?  I

15  sent in the documents.  How could it be?  Once again, I am

16  stunned, shocked.  I don't even know what the word is.  I'm

17  totally shocked.  I had documents.

18  Q    Right.  Then does Karen say anything else to you?

19  A    That I need to move on and forget about the past; that

20  that would be best.

21  Q    What are you thinking when she said that?

22  A    Well, move on; forget about the past; everything is

23  unsubstantiated, I am now realizing HR is -- I think they're

24  threatening me:  Move on; forget about the past; everything is

25  unsubstantiated.  Those are the words that kept ringing through

S. Ivie - D

1    my mind.

2    Q    Did Karen or Dawn say anything else on that call?

3    A    Those were the words that ring in my mind.

4    Q    Okay.  So after -- did Karen say anything about if you had

5    any future complaints, what to do or any future concerns?

6    A    Yes.  I was to go to Stephani.

7    Q    And what was your reaction to that?

8    A    I was really devastated, because I can't go to Stephani.

9    Look at the problems we are having here, and I need help.  I

10   need someone to, like, help me.  I thought HR was there for me,

11   but they are not.  I had to go to Stephani with any problems I

12   had -- whether it was off-label marketing, something illegal,

13   anything.  It was just to go to Stephani's path only.

14   Q    So after the call with HR -- actually let's take a look at

15   Plaintiff's Exhibit 46.  Okay.  So we talk about that meeting

16   with Karen and Dawn Ceaser on May 3rd, 2019.  So I'm looking at

17   the email that you sent on May 16th, 2019.  It is to

18   Teresa Grey and Mike Pomponi.  The subject line says, "Request

19   for help."

20        Tell me, why did you send this email?

21   A    So I had the call with HR earlier and things were still

22   not good.  And I didn't know what else to do.  So I sent a

23   message to Terry Grey.  She is the Teresa Grey, the person in

24   compliance that I talked to about the insights in August.

25   That's the Teresa Grey.  I talked to her.  I sent an email to

1    her and Mike Pomponi to say, "Is there anybody there?  Can I be

2    helped with this?  This isn't good.  It is very volatile.

3    Stephani is not happy with me, and I'm being retaliated even

4    more."

5    Q    And after you send this email, did Mike or Terry Grey

6    follow up with you at all?

7    A    Mike sent a message -- I think it was above -- saying that

8    he will get back with me.

9    Q    Did he get back with you?

10   A    No.

11   Q    All right.  We can take that down.  Thank you, Peter.

12            Now we are on the May 2019 time frame.  So this is

13   about a month after you come back from FMLA leave.  How are you

14   doing with your job?  Are you able to perform your job?

15   A    I was really trying.  I'm locked out of the computer

16   system.  I can't put field coaching reports in.  I have limited

17   access to data.  I'm trying to circle with my team.  I have got

18   all of these extra things that Stephani is wanting me to do --

19   to coach to.  I'm being left off of emails or text messages.

20   Two weeks I was left off text messages.

21   Q    And how did you know you were being left off of text

22   messages?

23   A    So in mid-May, we had a regional meeting.  And this was

24   for all of the DSMs.  They were on it and participating.

25   Stephani was the lead, since it was her region.  The DSMs are

S. Ivie - D

1   kind of like the lead to or kind of the back-up.  Then all of

2   the sales representatives from all of her entire region were

3   going to be on this call.  It was four o'clock my time, and I

4   got on about 3:55.  Everybody was on the call, like the DSMs

5   were all on the call.  They were talking and doing business.  I

6   thought, what in the world?  I'm not late.  I'm right here.

7   I'm like five minutes early.

8         So I'm just kind of listening, and they knew what

9   they were talking about.  I said, "I apologize.  I'm late."

10  And just they went on with their business.  And I'm listening,

11  thinking, what in the world is going on?  Then all the PSSs got

12  onto the call.  So Stephani starts in with the presentation.

13  And all of a sudden, there are like cowbells and like

14  noisemakers, bells ringing, and everybody is going "yay, yay,"

15  kind of like a "rah-rah," and I'm sitting there going, what in

16  the world is going on?  I'm trying to participate.  And I'm

17  clapping and no clue with what's going on.

18        Then when they were doing my performance information,

19  people were doing their cowbells and their chimes and different

20  things, and I'm over here clapping, going what the heck is

21  going on?  So on that call I'm completely lost -- again, I'm

22  clapping and everybody is doing stuff.  I don't know what's

23  going on.  And she's talking about the presentation.

24        After the call, I said to myself, I went through my

25  emails, there's nothing about being on this call early.  So I'm

S. Ivie - D

1  thinking what could have happened?  And it registered, going, I

2  haven't gotten a text message from her for a while.  So I sent

3  a message to Andrew Maratas, who I think you have heard his

4  name before.  I said, "Hey, did you get an email about this

5  teleconference that we were doing today?"  He sent a message

6  back saying, "Yes."  I said, "Could you send that to me?"  So

7  he sends it to me.  It said -- and I'm paraphrasing:  Everybody

8  bring your cowbells.  I don't want anyone clapping.  I want

9  everyone to have noisemakers.  Then she said "cowbells" again.

10  I thought to myself going:  This is crazy.  I don't just happen

11  to have a cowbell sitting in my office.  I don't have a

12  noisemaker sitting in my office either.  And in the message she

13  said, "I don't want anyone clapping."  I was clapping.  I

14  didn't have any cowbells or noisemakers, even though I was

15  supposed to.  I could rub pens together.  I don't know.  Then I

16  realized -- I went back, and I hadn't been on a text message

17  for two weeks.  I'm missing stuff.

18  Q    And does your team usually communicate through text

19  message?

20  A    Yes.  Big time.  I was so overwhelmed.

21  Q    All right.  Let's look at Plaintiff's Exhibit 61.  This is

22  dated May 14th, 2018.  This is an email from you to Stephani,

23  right?

24  A    Yes.

25  Q    And it is about a one-on-one meeting?

S. Ivie - D

1    A    Yes.

2    Q    And it says -- You say here on the second line, "I always

3    like to talk about my team performance.  You and Karen gave me

4    my first warning.  You told me that my No. 1 priority is

5    coaching/field time.  With intense scrutiny and time in the

6    field, I've tried to make that a priority.  If something has

7    changed, please let me know."  Then at the end you say, "I'm

8    trying to do a great job and get all of the to-dos completed to

9    your satisfaction."

10         So during this time frame you are having one-on-one

11   meetings with Stephani?

12   A    Yes.

13   Q    Is your focus, once you get back from FMLA leave and you

14   have the first written warning, are you trying to increase your

15   in-person coaching?

16   A    I am.

17   Q    And you are now required to do that 100 percent of the

18   time?

19   A    I am.

20   Q    And you said that you are trying to complete all of her

21   tasks, right?

22   A    Uh-huh.

23   Q    So you were just trying to follow her instructions of what

24   she has laid out for you?

25   A    Yes.

S. Ivie - D

1   Q   And also is it around this time frame that -- I think you

2   mentioned this.  I want to make sure I'm clear.  You can't

3   access the coaching system and matrix?

4   A   Yes.

5   Q   And then you just talked about being left off of text

6   messages for two weeks?

7   A   Yes.

8   Q   And not being on some emails, right?

9        Okay.  I think this came up in prior testimony,

10   something about you only sending one email in a seven-week time

11   frame.  Is that accurate?

12   A   No, because every Monday I would send an email to her

13   saying where I'm going to be.

14   Q   Okay.  And are you traveling more in this April/May time

15   frame than you had in the past?

16   A   I'm traveling more, but I also have the intermittent

17   leave.

18   Q   So you are either traveling or you are on intermittent

19   leave?

20   A   Basically, yes.

21   Q   Thank you.  We can take that happen.

22        We talked what happened in May 2019.  I want to talk

23   about June 6th, 2019.  So do you have a phone call on that

24   date?

25   A   I do.

S. Ivie - D

1   Q    And who is on the call?

2   A    It is Matt Gray, who was Stephani DiNunzio's fairly new

3   manager, and it was Dawn Ceaser.

4   Q    Okay.  And so you get on the call.  Well, first, what did

5   you -- how is the call scheduled?

6   A    It was Outlook.

7   Q    What was the title of the call?  Do you remember?

8   A    I don't.  It was something about performance or --

9   Q    Okay.

10   A    -- discussion.  It was like a discussion, I think, maybe

11   what the title was.

12   Q    Okay.  So as you are getting ready for this call, how are

13   you feeling?

14   A    Well, I was a bit nervous, but I figured that's what we

15   are going to be talking about.  Now we are bringing Stephani's

16   manager into it, and maybe I could share with him some ideas.

17   I thought we were kind of bringing everybody together.

18   Q    Okay.  So who talks first?

19   A    It was Dawn.

20   Q    What does she say?

21   A    She said that we've come to an impasse and our paths need

22   to go separate ways; that as of June 6th -- immediately -- I am

23   terminated.

24   Q    What's running through your head at that point?

25   A    I wasn't expecting it, again -- I wasn't expecting it.  It

1    was over.

2    Q    Did anyone else talk on the call?  Did she anything else

3    after that?

4    A    She said I would be getting some things in the mail and

5    that I needed to return like the computer; that somebody was

6    going to pick up my car, and I need to do my final expense

7    report.

8    Q    Did she give you a reason why you were terminated?

9    A    Yes.

10   Q    What did she say?

11   A    Because I couldn't get on -- I couldn't get on and accept

12   unsubstantiated.

13   Q    What do you think she was referring to there?

14   A    And those weren't the exact words, but it was something

15   about I couldn't accept unsubstantiated.  And I thought to

16   myself, well, all of these things have been a warning, that if

17   I didn't just accept it and do it and profits over people and

18   just let things ride, I'm no longer useful to the company.  And

19   I was supposed to just accept that and just move on and forget

20   about the past.  Everything is unsubstantiated.  Don't raise

21   any more concerns.  And I didn't do that, and so I'm

22   terminated.

23   Q    Okay.  Let's look at Plaintiff's Exhibit 67.  I think

24   that's also in the juror notebook, the last page.

25            All right.  Suzanne, I know you haven't seen this

S. Ivie - D

1    particular email.  It is between HR people at AstraZeneca.  But

2    I will note the second bullet point.  It says, "Suzanne is not

3    accepting the results of the investigation that have occurred

4    and continues to raise similar complaints."

5            So is that similar to what Dawn Ceaser told you on

6    the call?

7    A    Yeah.  I just remember hearing "you didn't accept

8    unsubstantiated."

9    Q    Okay.  Was there any talk on the call about your coaching?

10   A    No.

11   Q    Okay.  Was there any talk on the call about your first

12   written warning?

13   A    I don't believe so.

14   Q    All right.

15           Thank you, Peter.

16           After the termination call, how are you feeling?

17   A    Again, I'm kind of going through the initial shock; oh,

18   no.  I thought about my family.  I called my husband and told

19   him, and he came home.

20           MS. RIECHERT:  Objection.  Hearsay.

21           MS. CHAMBERS:  Judge, this is being offered about how

22   she feels in the moment; not that the statement is true.

23           MS. RIECHERT:  She can say how she feels.  She

24   doesn't have to say what she said.

25           THE COURT:  Sustained.  Rephrase your question.

S. Ivie - D

1      THE WITNESS:  I was --

2      THE COURT:  One moment.  Let your lawyer rephrase.

3      THE WITNESS:  I'm sorry.

4  BY MS. CHAMBERS:

5  Q    So you are terminated.  You talked about you called your

6  husband.  You just mentioned you're the primary breadwinner of

7  your family, and so you are thinking about your family, right?

8  A    Yes.

9  Q    And you also mentioned you had migraines in the past,

10 right?

11 A    Yes.

12 Q    So just in terms of like your physical symptoms, how are

13 you feeling?

14 A    Well, depression just notched up some more.  Anxiety.  I

15 could only imagine that I'm the primary caregiver to my

16 children and my family.  I'm sitting in my kitchen looking at

17 my house and going:  We've got the house; we've got my kids.

18 And no job.

19 Q    So after you were terminated, did you look for other

20 employment since your termination?

21 A    Yes.

22 Q    Did you ultimately find other employment?

23 A    Yes, I am currently employed.

24 Q    When did you start that employment?

25 A    It was -- it was either October or November of last year.

1  Q    And is it with another pharmaceutical company?

2  A    No.

3  Q    Is it similar-type job in terms of a district sales

4  manager?

5  A    No.

6  Q    Is it a full-time job?

7  A    It is part-time.

8  Q    Is the pay comparable?

9  A    No.

10 Q    And finally, Suzanne, what are you hoping to come out of

11 all of this?

12 A    The whole reason I did this is because I thought I was

13 doing something right.  You market pharmaceuticals.  You ingest

14 them in your body literally, and it can really hurt people.

15 There has got to be an open dialogue when somebody has a

16 complaint, they shouldn't be retaliated against.  You are

17 affecting lives.  You are affecting lives.  You have got to

18 have an open dialogue.  And what happened to me can't happen

19 anymore.  Policies need to be changed and I think focus on

20 people and not profits.  And I'm okay with people making

21 profits but not over people's lives.  It is just that.  That's

22 what it is.

23          MS. CHAMBERS:  Thank you.  No further questions.

24          THE COURT:  Thank you.

25          Cross, please.

S. Ivie - X

CROSS-EXAMINATION

BY MS. RIECHERT:

Q    I would like to start about asking you some questions about your age discrimination claim?

A    Okay.

Q    So let's start with the "Benatar" nickname.  One of the reasons that you believed that Ms. DiNunzio discriminated against you because of your age was because she gave up the "Benatar" nickname; is that correct?

A    That was one component.

Q    And that was the reference to the famous singer Pat Benatar, right?

A    Yes.

Q    One of the big hits being *Hit Me With Your Best Shot*?

A    Yes.

Q    Now, Ms. DiNunzio asked the whole team, all of the DSMs, to submit a photo of themselves when they were younger for a team building event, is that correct?

A    Yes.

Q    And that was in early 2018?

A    Yes.

Q    Early 2018; is that correct?  That was shortly after Ms. DiNunzio became your manager, wasn't it?

A    It was.

Q    And you submitted two photos; is that correct?

S. Ivie - X

1    A    Yes.

2    Q    And one of them was yourself in the Utah and national

3    team?

4    A    Yes.

5    Q    Was that a beauty contest?

6    A    Yes.

7    Q    Then the other photo that you submitted is Exhibit 533,

8    which we hope we are going to get in front of us in a second.

9    I think it is the photo we have seen before in connection with

10   this case.

11   A    Yes.

12   Q    And the middle person on that photo of the exhibit is you;

13   isn't that correct?

14   A    Yes.

15   Q    And you submitted that to Ms. DiNunzio, correct?

16   A    Yes.

17   Q    And you understood she would be sharing the photo with the

18   team, didn't you?

19   A    Yes.

20   Q    All right.  So now let's turn to some of the text messages

21   that you sent and received.  There we go.  There is the photo,

22   Exhibit 533.

23            So now let's turn to some of the text messages.

24   Let's look at Exhibit 539.  Let's look at 848 to 849.  This is

25   in January 2018, correct?

S. Ivie - X

1   A    Yes.

2   Q    Correct?

3   A    Yes.

4   Q    And Stephani DiNunzio was known as Stephani Orgren then;

5   is that correct?

6   A    Yes.

7   Q    Did she send you the text message that's at the top here:

8   "Hi, having a great day with Aaron.  We have a very important

9   question.  Which is your favorite?  Benatar, Nicks, Joplin,

10  Jett?"  She sent that to you, right?

11  A    Yes.

12  Q    And then you write "Wow" -- three exclamation points --

13  "how do you choose?  Benatar, *Hit Me With Your Best Shot*," and

14  then going down through the rest of the text; is that correct?

15  A    Yes.

16  Q    Let's look now at line 851.  It asks you, "How do you feel

17  about the 'Benatar' nickname?"  And then on 853 you respond --

18  the first one was from Ms. DiNunzio, right, asking you how you

19  felt about the "Benatar" nickname, correct?

20  A    Yes.

21  Q    And then 853 is your response, and it says "LOL."  Is that

22  laughing out loud?

23  A    Laughing out loud.

24  Q    Then you write, "*Hit Me With Your Best Shot*," referencing

25  Pat Benatar's name, right?

S. Ivie - X

1    A     Yes.

2    Q     "Bring it on."  Then there is a number of exclamation

3    points, and I'm not sure what the rest are.  That's a text that

4    you sent back to Ms. DiNunzio; is that correct?

5    A     Yes.

6    Q     Then let's look at 858 to 862.  Ms. DiNunzio writes, "On a

7    another note, we have a nickname for Suzanne."

8          Is that where she is sending that to the team or to

9    you?

10   A     I believe so.

11   Q     Then the next one, "Any guesses?  I'll give you a hint,

12   and then you can *Hit Me With Your Best Shot*.  That's actually

13   the hint."

14         Then the next message is, "Yes, Suzanne is Benatar."

15         Then the last one says, "She rocks and so does

16   Suzanne.  I have one for Genie too, but I need to run it by

17   her.  I'm not sure if I will get a sign-off."

18         Then let's look at 865.  Is this a text that you sent

19   back to Ms. DiNunzio?

20   A     Yes.

21   Q     And the "liked" refers to Ms. DiNunzio liking your text,

22   right?

23   A     Yes.

24   Q     But you wrote, "This is kewl.  So funny.  Love my new

25   nickname.  Can I get it on the company license plate?"

S. Ivie - X

1    Is that correct?

2  A    Yes.

3  Q    And then 239, is this a text that you sent to the team?

4  A    Yes.

5  Q    It says, "Oh, wow.  Chris, I forgot about that video.  I

6  remember watching that on MTV over and over again.  I'm working

7  on a Benatar play list.  Guess you all know what I'm listening

8  to today."

9    That was January 2018, correct?

10 A    Yes.

11 Q    Now, Ms. DiNunzio never referred to Pat Benatar's age, did

12 she?

13 A    No.

14 Q    And you were trained that if you believed that if you had

15 been subjected to age discrimination, that you were required to

16 report, by company policy, to human resources or the company's

17 hotline right away.  You understood that, didn't you?

18 A    Yes.

19 Q    But you didn't report that comment until -- that nickname

20 until 16 months after these text messages, did you?

21 A    No.  I tried to address it with her.

22 Q    So you didn't report it until May of 2019, correct?

23 A    I believe I addressed it in December.

24 Q    I think if you look back at that, you will see it was not

25 referenced in December.  It wasn't until May 2019.  The only

S. Ivie - X

1    one that was referenced in December was the "wrinkles" one, I

2    think, maybe not even that.

3    A    All right.  But I referred to Benatar as well.

4    Q    No.  The only that one mentioned in December was "old

5    pharma" and "new pharma."

6    A    Okay.

7    Q    "Wrinkles" came up in May; "Pat Benatar" came up in May.

8    A    Okay.

9    Q    So you didn't reference the "Pat Benatar" or the

10   "wrinkles" comment until after you have notified that you were

11   getting a bad review from Ms. DiNunzio, right?

12   A    I don't think I wrote it.  I did talk with her about it.

13   Q    But you didn't complain about it through human resources

14   or the hotline or anybody else until after you got the bad

15   review from -- after you were notified you were getting a bad

16   review from Ms. DiNunzio, correct?

17   A    Yes.

18   Q    And after you got the written warning, correct?

19   A    Yes.

20   Q    Now, you had already complained about age discrimination

21   in your December 2018 EthicsPoint complaint, hadn't you?

22   A    Yes.

23   Q    And that's the one where you mentioned the "old

24   pharma/new pharma," correct?

25   A    Yes.

S. Ivie - X

1  Q    But you didn't mention the "Benatar" nickname, correct?

2  A    For some reason I thought I did, but no.

3  Q    So it was over five months after your December

4  EthicsPoint; 16 months after you got the nickname that you

5  first complained to HR about the "Benatar" nickname, correct?

6  A    Yes.

7  Q    Now, let's look at another text message that you sent,

8  Exhibit 737 -- Exhibit 540, line 737.  This is a text message

9  that you sent, correct?

10 A    I did.

11 Q    You said -- this is to Aaron Griffith, correct?

12 A    Yes.

13 Q    And he is one of the acting DSMs or the DSM?

14 A    Yes.

15 Q    At this time he was one of your subordinates, correct --

16 A    Yes.

17 Q    -- you said?

18       You said, "The DSMs have decided that your nickname

19 should be Kelpto.  I think you can thank Genie for that name."

20       Is that a text that you sent to your subordinate?

21 A    Yes.

22 Q    Now, you say now it would be more professional to use

23 someone's actual name rather than a nickname, correct?

24 A    Yes.

25 Q    But then in this text you tell Mr. Griffith that his

S. Ivie - X

1    nickname was "Kelpto," didn't you?

2    A    I told him that the DSMs -- which was not me -- I think it

3    was at a meeting prior, and they said that Suzanne said his

4    name was Kelpto.  And I have no idea what that means.  So I was

5    letting him know.

6    Q    You were telling your subordinate that he also had a

7    nickname, correct?

8    A    It wasn't from me, but yes.

9    Q    Even though you felt it was more professional not to have

10   nicknames but to use people's actual names?

11   A    Yes.

12   Q    You didn't ask him if he wanted a nickname assigned to him

13   before sending him this text, did you?

14   A    I didn't know he was given a name at this particular

15   meeting.  So I was letting him know, but, no, I didn't say, "Do

16   you want the nickname?"

17   Q    There were other DSMs on the team who called you

18   "Benatar," correct?

19   A    Yes.

20   Q    Did you think they were discriminating against you based

21   on your age when they did that?

22   A    There were a couple of times, yes.  I think they were

23   necessarily -- well, Pat Benatar, people know that she is '60s,

24   '70s, maybe '80s stuff.  So Pat Benatar is Pat Benatar, and you

25   know that she is in that era.

S. Ivie - X

1  Q    The question is:  You didn't think that the other DSMs

2  were discriminating against you based on your age when they

3  called you "Benatar," correct?

4  A    It was after Pat Benatar, and so I would say yes.

5  Q    So you thought the other DSMs were also discriminating

6  against you based on your age?

7  A    I think they were following Stephani's lead.  Does that

8  help?

9  Q    But the question was whether you thought they were also

10 discriminating against you based on your age?

11 A    Not necessarily, no.

12 Q    Just Ms. DiNunzio?

13 A    She was encouraging that, yes.

14 Q    Let's turn to what I'm calling the "wrinkles" comment,

15 which is actually the "lack of wrinkles" comment.  You claim

16 that Ms. DiNunzio made another comment about the fact that you

17 didn't have wrinkles, correct?

18 A    Yes.

19 Q    And she made that comment in April of 2018?

20 A    Yes.

21 Q    Isn't that correct?

22       But you didn't report that comment until May 2019, 13

23 months later; is that correct?

24 A    Yes.  I tried to address it with her.

25 Q    And you didn't address -- you didn't complain to human

1  resources about the "wrinkles" comment until after you had

2  received notice that you were going to get a bad review; is

3  that correct?

4  A    It was after that date.

5  Q    And after you got the written warning, correct?

6  A    Yes.

7  Q    And when you made your complaint in December of 2018, you

8  didn't mention the wrinkles comment, correct?

9  A    I thought I did, but no.

10 Q    Even though it had been made several months earlier?

11 A    Yes.

12 Q    Okay.  We are going to change topics and talk about

13 coaching expectations for DSMs like yourself.

14         In front of you you have Exhibit No. 522.  This was

15 an email that was sent to you by Ms. DiNunzio and the other

16 DSMs, correct?

17 A    Yes.

18 Q    And one of the documents that is attached, you'll see at

19 the top, says "FAQ time allocation," and then it has a date

20 from 2017, 6-19-17, correct?

21 A    Yes.

22 Q    Isn't it true that on April 8th, 2018 -- April 4th, 2018,

23 you received this email telling you about the obligation to be

24 in the field 150 days a year.  This is the document in front of

25 you that was attached to that email.  So the question is:

S. Ivie - X

1    On April 4th, 2018, you received an email with this attachment,

2    telling you about your obligation to be in the field 150 days a

3    year, correct?

4    A    Yes.

5    Q    And the attachment also says -- well, you were in the

6    respiratory group, and that's why it was 150 days, correct?

7    A    Yes.

8    Q    And then it talks about coaching him with customer

9    engagement and coaching without customer engagement, right?

10   A    Yes.

11   Q    And it says that coaching with customer engagement, you're

12   supposed to use when you are in the field with the sales

13   specialist making calls on targeted health care professionals,

14   correct?

15   A    Yes.

16   Q    And coaching without customer engagement is when you are

17   not in the field with the pharmaceutical sales representative,

18   correct?

19   A    Yes.

20   Q    And then at the end of the document, No. 3 -- sorry -- it

21   says, "What percentage of our total coaching days should be

22   under the new category, coaching without customer engagement?

23            "ANSWER:  Coaching without customer engagement and

24   business development both count towards total coaching days,

25   but combined they should not equal more than 20 percent of your

S. Ivie - X

1    total coaching days."

2            That's what that attachment to this email you

3    received said, correct?

4    A    Yes.

5    Q    So than meant you had to be out of your home, coaching

6    your team in the field, 80 percent or more of the time,

7    correct?

8    A    Yes.

9    Q    You didn't coach 80 percent of your time with customer

10   engagement, did you?

11   A    No.

12   Q    You said you thought it was a recommendation.  No one ever

13   told you that the 80/20 standard was only a recommendation, did

14   they?

15   A    No.

16   Q    You had been told to spend 150 days coaching your team

17   with customer engagement.  You understood that, right?

18   A    Yes.

19   Q    That wasn't a recommendation, was it?

20   A    It was not my understanding it was a policy.

21   Q    But it wasn't a recommendation, was it?  It was a

22   requirement?

23   A    I'm not sure if I would say "a requirement."

24   Q    There is nothing in this document that suggests that the

25   150 days was a recommendation, is there?  We will get back to

1    it.  There is nothing in this document that suggests that the

2    150 days was a recommendation, correct?

3    A    No.

4    Q    There is nothing in this document that suggests that the

5    80 percent was a recommendation, is there?

6    A    No.

7    Q    And so you ignored the expectation that 80 percent of the

8    coaching days on your team should be with customer engagement;

9    isn't that true?

10   A    Yes.

11   Q    So you would agree with me that you did not spend

12   80 percent of your coaching time with customer engagement and

13   therefore you were not following what this document said?

14   A    Yes.

15   Q    Now, let's turn to May 2018, the next month.  Looking at

16   Exhibit 520, is this an email that you and the other DSMs

17   received from Ms. DiNunzio about the 80/20 rule?

18   A    Yes.

19   Q    Again, it says that coaching with customer engagement

20   should account for 80 percent of your coaching days.  If you

21   could look at that second bullet.

22   A    Yes.

23   Q    And then it says, "Please review the attachments at the

24   bottom and ensure that your time reflects the 80/20 split going

25   forward," correct?

S. Ivie - X

1   A    Yes.

2   Q    You were told to read it carefully, right?

3   A    I believe that's what it said on the end, yes.

4   Q    And you did read it carefully, didn't you?

5   A    I did read it, yes.

6   Q    And still you didn't spend 80 percent of your coaching

7   time coaching with customer engagement, correct?

8   A    No.

9   Q    Now, Ms. DiNunzio told you in mid-2018 that the 80/20 rule

10  was more than a recommendation, didn't she?

11  A    What was the date that you said?

12  Q    Mid-2018, so around June 2018.

13  A    Yes, we had a discussion.

14  Q    And she told you it was a requirement, correct?

15  A    We talked about that, yes.

16  Q    You understood it was a job requirement to observe

17  interactions between, for example, the Boise reps and the

18  healthcare professionals, didn't you?

19  A    Yes.  But there was more to that conversation.

20  Q    Let's turn to June 2018, Exhibit 504.  These are the notes

21  that Ms. DiNunzio says she made of that meeting with you.  Do

22  you know agree that this is what was discussed during that

23  meeting?

24  A    That was some of it.

25  Q    She says at the bottom here, "I asked if she" -- that's

S. Ivie - X

1    you -- "uses field coaching reports" -- FCRs -- "to capture

2    distance coaching discussions."  She said, "Yes."  That means

3    you told her yes.  I asked her to refrain from doing so,

4    meaning that Ms. DiNunzio told you don't use FCRs to capture

5    distance field coaching reports.  And she says, "I asked her to

6    refrain from doing so.  The FCRs shouldn't be used to summarize

7    a brief conversation.  I said that Spokane can be the

8    exception."

9           So you understood that as of June 2018 that you were

10   not to capture field coaching reports -- not to use distance

11   coaching discussions on field coaching reports except for

12   Spokane, right?

13   A    Yes.  But there was more to that.

14   Q    Now, Spokane, you were given part of that territory for a

15   period of time in mid-2018 because the DSM left, correct?

16   A    Yes.

17   Q    And you had that for, what, a couple of months?

18   A    Yes.

19   Q    And Ms. DiNunzio specifically told you that for Spokane

20   you did not have to go to Spokane.  You could do the field

21   coaching distantly and report it that way, correct?

22   A    Yes.

23   Q    But she never told you you could be distant for Utah, did

24   she; that you could do those from your home?

25   A    We did have a discussion.

S. Ivie - X

1    Q    And what about Boise?

2    A    I believe so, yes.

3    Q    Well, I'm sure you can tell us about that.

4         All right.  Let's go to September 2018.  You were

5    again told you needed to be in the field 150 days a year,

6    correct?

7    A    Yes.  It was at a district -- regional meeting.

8    Q    And 80 percent of that time had to be with customer

9    engagement?

10   A    Yes.

11        MS. RIECHERT:  This is a good time for a break,

12   Your Honor.

13        THE COURT:  Thank you.

14        Members of the jury, we will recess for our lunch

15   recess.  I ask that you be prepared to be back in the box at

16   one o'clock promptly.  We will begin at one o'clock with a

17   video witness.

18        One other piece of news, the lawyers and the Court

19   really have been working diligently to move this case along as

20   quickly as we can, but I wanted to give you as much notice as

21   possible that we will in fact require your service on Monday,

22   for your planning and scheduling purposes.

23        Thank you very much.

24        (Recess.)

25

S. Ivie - X

1

1        (Afternoon session; open court; jury present:)

2        THE COURT:  Ladies and gentlemen, before we get

3   started this afternoon, we were just informed that the

4   President is signing into law today the new federal holiday of

5   Juneteenth.  That holiday this year will fall on Saturday,

6   which means that it will be recognized, celebrated tomorrow,

7   June 18th.  However, due to the exceedingly late notice that we

8   all have received about this new holiday, the judges are being

9   given discretion to continue proceedings that have already been

10  scheduled.

11        So I wanted to let you know that I am certainly going

12  to exercise my discretion to hold trial tomorrow, Friday,

13  June 18th.  So when you go home and see on your news or phones

14  that there is a federal holiday and buildings are closed, and

15  we won't be getting mail, know that this courthouse, the

16  Hatfield Courthouse, will remain open just like today, and you

17  are expected and appreciated to appear tomorrow.

18        Thank you very much.

19        Mr. Oswald.

20        MR. OSWALD:  Thank you.

21        THE COURT:  We need to swear the witness, please.

22        THE CLERK:  Ms. McCullough, this is the clerk, would

23  you please raise your right hand, please.

24        (The witness was duly sworn and testified via video

25  conference.)

1    THE CLERK:  Thank you.  Would you please state your

2 name for the record, spelling your last.

3    THE WITNESS:  Sure.  My name is Barbara Jean

4 McCullough, M-c-C-U-L-L-O-U-G-H.

5                    DIRECT EXAMINATION

6 BY MR. OSWALD:

7 Q    Ms. McCullough, hello.

8 A    Hello.

9 Q    I'm Scott Oswald, and I represent Suzanne Ivie.  Thank you

10 for joining us today.

11 A    You're welcome.

12 Q    Ms. McCullough, you are AstraZeneca's vice president of

13 compliance for North America, right?

14 A    Actually I'm vice president for compliance for the BPBU,

15 the Bio-Pharmaceutical Business Unit in the U.S.

16 Q    I understand.  And you have worked at AstraZeneca since

17 2005?

18 A    Correct.

19 Q    Your responsibilities include leading AstraZeneca's

20 compliance program in the Bio-Pharma Business Unit across the

21 United States?

22 A    Correct.

23 Q    And you serve as a member of AstraZeneca's U.S. leadership

24 team as a whole, right?

25 A    That is correct.

B. McCullough - D

1   Q    When it comes to compliance in the United States, in the

2   Bio-Pharma Business Unit, the buck stops with you?

3   A    From a bio-pharma perspective, yes.  There are other

4   individuals, and there is another individual in the U.S. that I

5   report to who is the higher-ranking compliance individual.

6   Q    You are familiar with AstraZeneca's U.S. compliance

7   program?

8   A    Absolutely.

9   Q    And you are familiar with its key objectives?

10   A    Absolutely.

11   Q    Its first key objective is exercising due diligence to

12   prevent, detect, and correct unlawful conduct?

13   A    Yes.

14   Q    Marketing for an unapproved use off-label is a violation

15   of AstraZeneca's code of conduct?

16   A    Yes.  As outlined in the policy, yes.

17   Q    And so is retaliation?

18   A    Yes.

19   Q    The United States compliance program includes eight

20   elements, right?

21   A    Yes.

22   Q    One of those elements is the lines of communication,

23   right?

24   A    Yes.  I thought you were stating a fact.  I'm sorry.

25   Q    Under that element, AstraZeneca expects its employees to

B. McCullough - D

1   report actual or even suspected policy violations, right?

2   A    Definitely.

3   Q    In essence, if they see something, to say something?

4   A    Yes.

5   Q    The reasons for this include to ensure that AstraZeneca

6   complies with the law?

7   A    Correct.

8   Q    To protect AstraZeneca's representation?

9   A    Yes.

10  Q    To protect AstraZeneca's patients?

11  A    Correct.

12  Q    To protect AstraZeneca's employees?

13  A    Overall, yes, I agree.

14  Q    So that AstraZeneca can correct any violation and prevent

15  it from happening again?

16  A    Yes.

17  Q    Each AstraZeneca employee shares in this responsibility?

18  A    I would agree with that; it falls under our speak-up

19  culture.

20  Q    To ensure that AstraZeneca's policies are being followed?

21  A    Yes.

22  Q    And that AstraZeneca standards of conduct are met?

23  A    I would agree.

24  Q    In every case it is critically important for AstraZeneca

25  that its employees raise any compliance concerns, right?

B. McCullough - D

1   A    It is important that they raise compliance concerns.

2   However, our speak-up program is larger than just compliance.

3   If there is other behavior or ideas they have, that's all

4   encouraged through the culture that we embrace.

5   Q    And in every case it is critically important for

6   AstraZeneca that its employee raise any compliance concerns,

7   right?

8   A    Absolutely.

9   Q    AstraZeneca provides several options for employees seeking

10  guidance or raising concerns, right?

11  A    We do.

12  Q    AstraZeneca enforces a no retaliation policy?

13  A    Absolutely.

14  Q    Employees should not fear retaliation?

15  A    Correct.

16  Q    Of any kind?  Of any kind?

17  A    Correct.

18  Q    You agree that AstraZeneca must protect its employees from

19  retaliation when they report in good faith concerns about the

20  company marketing its drugs for unapproved uses, right?

21  A    I do.

22  Q    AstraZeneca employees may bring their concern to their

23  manager?

24  A    Yes.

25  Q    Or to human resources?

B. McCullough - D

1    A    Can you repeat that?  It cut out.  I'm sorry.

2    Q    Or to human resources?

3    A    Correct.

4    Q    Or to compliance?

5    A    Correct.

6    Q    AstraZeneca employees may raise their concerns by using

7    the code of conduct help line?

8    A    Correct.  They can do it anonymously, they can do it.

9    Whatever they are comfortable with.

10   Q    Or by using the code of conduct website?

11   A    Uh-huh.

12   Q    Is that a yes?

13   A    Yes.

14   Q    Now, you are the vice president of compliance for the

15   Bio-Pharma Business Unit for the United States.  When it comes

16   to compliance in the United States for the Bio-Pharma Business

17   Unit, the buck stops with you?

18   A    Yes.  However, there is a higher-ranking individual within

19   the U.S. that covers both bio-pharma and narcology.  I don't

20   know that that makes a difference, but I want to be fully

21   factual.

22   Q    I understand.  AstraZeneca has developed a vaccine for

23   COVID-19, right?

24   A    Correct.

25   Q    AstraZeneca intends for its vaccine to be approved for use

B. McCullough - D

1  in the United States, right?

2  A    At some point.  That's the hope.

3  Q    AstraZeneca enforces compliance through documents like its

4  U.S. compliance program policy, right?

5  A    Yes.  Any product we promote in the U.S. has to fall under

6  the U.S. policy that we have in place.

7  Q    The U.S. compliance program establishes compliance rules

8  for all of AstraZeneca's drugs, right?

9  A    Correct.

10  Q    Including the COVID-19 vaccine?

11  A    Yes.  When it is approved, yes.

12  Q    Now I want to turn to June of 2019 for a moment.

13  A    Okay.

14  Q    In June of 2019, you exchanged a series of emails with

15  Amy Welch and Dawn Ceaser, among others, right?

16  A    Yes.

17  Q    You were concerned about the appearance that AstraZeneca

18  fired Suzanne Ivie for retaliatory reasons, right?

19  A    I was seeking information about the status of that

20  investigation when I reached out to Amy via email.

21  Q    You were concerned about the possibility of the appearance

22  that AstraZeneca fired Suzanne for retaliatory reasons because

23  she had raised multiple compliance complaints, right?

24  A    No.  I did not think -- I think there are two separate

25  issues here.  Reaching out to Amy to identify what the current

B. McCullough - D

1   status was for that case -- so proceed.

2   Q    The current status of Suzanne Ivie's case against

3   Stephani DiNunzio, right?

4   A    Correct.

5   Q    You were concerned that Suzanne's firing could be

6   considered retaliatory because of AstraZeneca's inconsistent

7   enforcement of its 80/20 policy, right?

8   A    Not entirely.

9   Q    All right.  Let's take a look at Plaintiff's Exhibit

10  No. 58, if we could, for a moment.

11  A    Okay.

12  Q    It should appear on your screen momentarily.

13  A    Okay.

14  Q    All right.  Now, I want to turn to page 3 of this

15  document.  Do you recognize this document?

16  A    I do.

17  Q    And this document is dated Monday, June 10th, 2019, right?

18  A    Yes.

19  Q    And it is from you to Amy Welch?

20  A    Correct.

21  Q    Okay.  And let's go down to the third paragraph.  My

22  understanding -- and by the way, this is an email that is in

23  the wake of Suzanne Ivie's firing, right?

24  A    Yes.  From a time perspective, I don't know exactly when

25  the decision was made to terminate Suzanne.  There were

1  multiple things happening all in and around the same time

2  frame.

3  Q    So this is occurring on June 10th, and Suzanne Ivie was

4  fired on June 6th of 2019, right?

5  A    I don't know the exact date.  I trust if that's what you

6  are telling me, that's the date, if you have that in the

7  record, but I don't know the exact date.

8  Q    I understand.

9         So the third paragraph:  "My understanding of facts

10 was that we did not want potential appearance that this DSM" --

11 and "this DSM" is referring to Suzanne Ivie, right?

12 A    Correct.

13 Q    "Was being terminated for retaliatory reasons because she

14 had raised multiple HR complaints, especially because Ivie

15 raised two different sets of complaints against the CBD

16 DiNunzio (one case investigated by HR months ago and

17 unsubstantiated; then another set of complaints found to be

18 unsubstantiated).  However, that CBD did receive coaching,

19 because CBD was using nicknames with her team and not all

20 employees were comfortable with."

21        Did I read that correctly?

22 A    Correct.  Yes.

23 Q    Now, you were concerned, were you not, that Suzanne's

24 firing could be considered retaliatory because AstraZeneca had

25 inconsistently enforced the 80/20 policy, right?

B. McCullough - D

1    A    No, that is not accurate.  I was -- I was concerned

2    because, from a timing perspective, we had just conducted two

3    independent compliance allegations that were brought forth by

4    Suzanne.  They were unsubstantiated.  Separately, the

5    performance issue was being addressed at the same time by HR.

6    So from a perception, it could -- if someone were looking from

7    the outside, it could give the perception that it was for that

8    reason.  It absolutely was not for that reason.  There is no

9    retaliation there.  But it could give the appearance, from a

10   timing perspective, they were happening fairly close to one

11   another, maybe three to four months apart, something like that.

12   Q    And that concerned you, right?

13   A    That would always concern me, yes.

14   Q    In fact, the concern was the same person that was

15   investigating Suzanne's complaints about the fact that her

16   supervisor was encouraging she and the other subordinates to

17   engage in off-label marketing, that that complaint was being

18   investigated by the same person at the very same time that the

19   same person is investigating Suzanne, and that concerned you?

20   A    I wouldn't say I was concerned.  I was very interested in

21   the facts; that we were being fair and objective with everyone.

22   I wouldn't say I was openly concerned, because I trust that

23   investigations are always conducted in a fair and equitable

24   manner.

25   Q    But it bothered you, though, that the same person

B. McCullough - D

1    investigating Suzanne's complaints was also investigating

2    Suzanne simultaneously?

3    A    Who are you referring to here?  There were multiple

4    investigators that were involved.  There were HR investigators

5    and then a compliance investigator as well.

6    Q    I'm just saying to you that you were concerned that the

7    very same person investigating Suzanne's complaints was

8    simultaneously investigating Suzanne at the same time, and that

9    concerned you?

10   A    Can you answer who you are referring to when you say "you

11   were investigating"?  We had multiple people involved in the

12   investigation.

13   Q    Karen Belknap.

14   A    Okay.  No, I would not have been concerned about that.  I

15   didn't have much interaction with Karen Belknap at all.

16   Q    In fact, you are not concerned at all about the fact that

17   the same person that is investigating Suzanne's complaints is

18   investigating her simultaneously.  That doesn't bother you?

19             MR. McCARTHY:  Objection.  Asked and answered.

20             THE COURT:  Please rephrase, sir.

21   BY MR. OSWALD:

22   Q    Well, I want to understand what your position is.  In

23   fact, you're not concerned about the fact that the very same

24   person who is investigating Suzanne's complaints was

25   investigating Suzanne at the same time?

B. McCullough - D

1        MR. McCARTHY:  Same objection.

2        THE COURT:  Sustained.  Move on, please, Mr. Oswald.

3   BY MR. OSWALD:

4   Q    Ms. McCullough, there wasn't a clear standard communicated

5   until April of 2019, right?

6   A    That's not correct.  There had been a standard.  There had

7   always been a standard of 80/20 out in the field.  80 percent

8   of the time managers have to be working with their sales

9   representatives; filling out coaching forms.  20 percent of the

10  time, they can have an administrative day, say on a Friday, to

11  approve expense reports, go through reports, read through

12  clinical reprints and things like that just to keep their

13  acumen up, but that had been in place for many, many years.

14       We reinforced in April 2019, the date you are

15  referring to.  We reinforced that they need to fill out -- they

16  are called field coaching forms.  They are forms that ask about

17  driver safety, about appropriate promotion, that type of thing.

18  That's what we were reminding the managers to do, because they

19  weren't all filling out their forms.

20  Q    Let's look at the same email here right below the previous

21  paragraph.  "In April 2019, we sent clear guidance to the field

22  sales organization so that all DSMs are clear on expectations,

23  meaning we have level-set expectations."

24       Did I read that correctly?

25  A    Yes.

1    Q    Now, what you were concerned about was that there would be

2    an appearance of retaliation in response to Suzanne Ivie --

3    what she disclosed in December 19th, 2018.

4         You were concerned that there would be an appearance

5    of retaliation in response to what Suzanne disclosed on

6    December 19th of 2018, right?

7         MR. McCARTHY:  Objection.  Asked and answered.

8         THE COURT:  One moment.  Sustained.  Move on, please.

9    BY MR. OSWALD:

10   Q    Ms. McCullough, I want to take a look at Plaintiff's

11   Exhibit No. 87.

12   A    Okay.

13   Q    Now, this is an email from -- first off, what is this

14   document?

15   A    I haven't seen this in years, so let me look at it.  Hold

16   on.

17        So this is essentially -- Mike Pomponi is a local

18   investigator in the U.S.  This is essentially summarizing that

19   GCI that he is involved with.  Our global compliance team sits

20   in a different area, but they get involved in some of the local

21   investigation that meets certain criteria.

22   Q    The reason that this met that criteria is because it was a

23   significant case?

24   A    The reason it met that criteria is basically around No. 3,

25   if there's potential encouragement to use an unapproved

B. McCullough - D

1    statement in production, then that automatically triggers that

2    our global compliance investigation team will partner with us

3    locally to be able to conduct the investigation.

4    Q    Okay.

5    A    So it is very typical.  We do this to have another set of

6    eyes on it and help with the investigation itself.

7    Q    And it says here, "Please let Madalina know after you have

8    notified Ruud and Mina."  Who are Ruud and Mina?

9    A    So Ruud Dobber is the head of the BioPharmaceuticals

10   Business Unit, and Mina is the therapeutic area vice president

11   for the respiratory products.  So they are part of the U.S.

12   sales team that I am part of.

13   Q    Okay.  Ruud is the top dog of his business unit, right?

14   A    I wouldn't call him a "dog," but he is the senior leader

15   in bio-pharma.

16   Q    I got it.  By the way, you did notify Ruud and Mina,

17   right?

18   A    Yes.  The date is very typical, but I would update them on

19   occasion on what cases that were going on.  I don't know the

20   exact date that I notified them, but yes.

21   Q    All right.  Now, let's look at No. 3 for a minute.  You

22   mentioned that's what triggered this significant case

23   designation.  When you read this, and it said, "When the DSM

24   asks the CBD what source of the information was, the CBD told

25   the DSM to 'Google it.'"

B. McCullough - D

1          What was your reaction to this?

2  A    That's not a typical response.

3  Q    Anything else?

4  A    No.

5  Q    Did it concern you?

6  A    It was an allegation at the time.  I didn't know if there

7  was merit to it.  So yes, I think the average person would be

8  concerned to Google it.

9  Q    But you're not the average person.  I mean, the buck stops

10  with you, at least in the BioPharma Business Unit on

11  compliance.

12          MR. McCARTHY:  Objection, Your Honor.  Is that a

13  question?

14  BY MR. OSWALD:

15  Q    Did this concern you?

16  A    I didn't catch the last part.  Sorry.

17  Q    Did it concern you?

18          MR. McCARTHY:  Asked and answered.

19          THE COURT:  Go ahead and answer, please, ma'am.

20          THE WITNESS:  We take any allegation very seriously.

21  We absolutely investigate anything that comes in.  And yes,

22  this absolutely met the criteria of something that we wanted to

23  investigate and also partnered with GCI to investigate it.

24  BY MR. OSWALD:

25  Q    My question is a little bit different.  Did it concern

B. McCullough - D

1   you?

2   A    Yes.  If someone said "Google it," and that were

3   substantiated, yes, that would concern me.

4   Q    Why?

5   A    Because all of our information regarding products is

6   passed up -- studies and clinical trials and information are --

7   instead of Googling.

8   Q    What are the implications of Googling it and getting it

9   wrong?

10  A    I don't know that I have an exact answer to that,

11  because it would have to be very specific to this statement and

12  what would come up on Google.  I don't know that I can answer

13  that.

14  Q    Is it possible that the sales representative could Google

15  it and come up with the wrong information?

16        MR. McCARTHY:  Objection.  Calls for speculation.

17        THE COURT:  Sustained.

18  BY MR. OSWALD:

19  Q    So Suzanne disclosed that Stephani DiNunzio, Suzanne's CBD

20  and direct manager, had encouraged off-label marketing from

21  DiNunzio's subordinates, right?

22  A    Can you restate that -- the last part -- from her

23  subordinates?

24  Q    Well, the people who reported to her.

25  A    I think that was the allegation, yes.

B. McCullough - D

1    Q    And Suzanne disclosed that she believed that

2    Stephani DiNunzio was discriminating against Suzanne because of

3    her age, right?

4    A    I think that was the allegation, yes.

5    Q    Now, Suzanne brought these concerns to compliance, right?

6    A    Suzanne reached out to compliance, I know, with some

7    questions at one point around -- actually not to me directly

8    but someone on my team -- something about whether or not

9    certain statements or opening statements would be appropriate.

10   So I know that they had some conversations, and she also

11   brought -- yeah, I believe this is when this first came in.

12   She brought them forth, and it is not anonymous.  She brought

13   them in herself.

14   Q    And she was right to do so?

15   A    Absolutely.

16   Q    Because AstraZeneca's U.S. compliance program states that

17   its employees must report actual or even suspected violations,

18   right?

19   A    Right.  And they should, as part of our speak-up culture,

20   absolutely.

21   Q    Can we see Ms. McCullough again, Pat?

22        AstraZeneca's own rules state that no one at

23   AstraZeneca can retaliate against her because of her reports,

24   right?

25   A    That is correct.  It is in our code of ethics.  We changed

B. McCullough - D

1    from code of conduct.  It is code of ethics.  It is also in our

2    U.S. policy handbook.  It is in our managers' PIP.  It is

3    pretty widely known and accepted.

4    Q    Now, I want to fast-forward to February 5th.  Suzanne went

5    to compliance, once again, on February 5th, 2019, right?

6    A    I don't know the exact date.  Yes.  She did come to us.  I

7    don't know what you are speaking about on the 5th of February.

8    Q    Let's look at Plaintiff's Exhibit No. 81.  What is this

9    document?

10   A    So these are -- when a case comes in through the website,

11   it is captured into a report so we can keep track of what the

12   allegations are, who they were raised by, what the category is,

13   if it is around discrimination or whatever the topic might be.

14   We capture those and make sure we have a document.

15   Q    Let's go down to the case assignee section, page 3.  I

16   want to look at the case assignee's section -- all the way to

17   the right.  This report came to you, right?

18   A    Yes.  They're in a database, yes.

19   Q    Okay.  And Suzanne disclosed that Stephani DiNunzio was

20   asking her to unethically expand AstraZeneca's patient base,

21   right?

22   A    That was the allegation, I believe, yes.

23   Q    To increase AstraZeneca's market share?

24   A    Correct.

25   Q    Suzanne disclosed that "the sales rep relationships were

B. McCullough - D

1  being asked to insinuate -- wink, wink -- that AstraZeneca's

2  respiratory products would help depressed and anxious patients

3  get their mental illness under control," right?

4  A    I don't recall that exact point that you are making.  If

5  it's in the report, I trust that it is, but I don't recall the

6  mental illness.

7  Q    Okay.  Let's go on up.  Let's take a look at page 2.  "We

8  are supposed to insinuate -- wink, wink -- that our respiratory

9  products -- BEVESPI, SYMBICORT, DALIRESP -- have a COPD anxiety

10 and depression indication and that feeling it working will

11 result in increased adherence."

12           Did I read that correctly?

13 A    Yes.

14 Q    Now, Suzanne followed AstraZeneca's compliance guidelines

15 by disclosing these concerns, right?

16 A    Sure.

17 Q    AstraZeneca's own rules prohibit any retaliation for

18 submitting these reports, right?

19 A    Absolutely.

20 Q    Now, you're AstraZeneca's vice president of compliance for

21 the BioPharma Business Unit.  For the BioPharma Business Unit,

22 the compliance buck stops with you.  You knew that AstraZeneca

23 was going to fire Suzanne on June 6th of 2019, right?

24 A    That is not true.

25 Q    Let's look at Plaintiff's Exhibit No. 67.  Let's scroll

1  down all the way to the bottom, please.  Okay.  Now, this is

2  the summary of employee relations case for awareness; employee

3  Suzanne.  Do you see that?

4  A    Yes, I can see it.

5  Q    And let's scroll down.

6        All right.  It says here, "Business unit will be

7  proceeding with terminating Suzanne Ivie from the organization

8  as of June 6th," right?

9  A    Correct.

10 Q    Right above that it says, "Suzanne is not accepting the

11 results of the investigations that have occurred and continues

12 to raise similar complaints," right?

13 A    Yes.

14 Q    Now let's scroll up.

15       You received this document from Amy Welch on

16 June 5th, right?

17 A    Yes.  I'm copied here.  I think for me, when you are

18 asking the questions around the decisions as to whether or not

19 she would be terminated, I don't have -- that's not within my

20 gamut.

21       It's up to her sales management, and HR helps to make

22 those decisions.  So when I was asked or questioned, that's

23 what I was referring to.

24 Q    Well, you knew that AstraZeneca was going to fire Suzanne,

25 right, on the 6th, and you were sent this email on the 5th with

1  the employee relations case.  Right above it Mike Pomponi, to

2  underscore the point, says, "Dawn informed me that the

3  conversation with Suzanne Ivie is scheduled for this

4  afternoon."

5          Did I read that correctly?

6  A    Yes.

7  Q    You didn't intervene on June 6th to prevent human

8  resources from firing Suzanne Ivie, right?

9  A    I didn't intervene because I was trusting that the

10  investigation was done in an appropriate manner from a

11  compliance perspective and an HR perspective.

12  Q    You didn't intervene on June 6th to prevent human

13  resources from firing Suzanne?

14          MR. McCARTHY:  Objection, Your Honor.  The question

15  was answered.

16          THE COURT:  Please just answer yes or no.

17          THE WITNESS:  Can you state the question again?

18  Sorry.

19  BY MR. OSWALD:

20  Q    You didn't intervene on June 6th to prevent human

21  resources from firing Suzanne?

22  A    I did not, because the reason for her termination was due

23  to performance.

24  Q    Is that a yes?

25  A    Yes, I did not intervene, because she was being terminated

B. McCullough - D

1  for performance reasons.

2  Q    You only acted four days later, right?

3  A    I wouldn't say "acted."  I was reaching out for additional

4  information.

5  Q    Well, what you were reaching out four days later was to

6  confirm that Suzanne had signed a mutual consent package,

7  right?

8  A    I was curious that, yes, because I didn't know -- I didn't

9  know what the outcome was.

10 Q    That Suzanne had signed a release of legal claims, right?

11 A    I reached out to find out what the status was.

12 Q    Of the mutual consent package and whether Suzanne had

13 signed it, right?

14 A    Yes, that's what I was asked.

15 Q    And the mutual release package includes a release of her

16 claims against AstraZeneca, right?

17 A    Yes, it does.

18 Q    In fact, it would release all legal claims Suzanne would

19 have had against AstraZeneca, correct?

20 A    That's accurate.

21 Q    All right.  Now, Ms. McCullough, I want to ask you, in

22 your role as the vice president of compliance, part of your

23 job, is it not, is to communicate with the human resources

24 department on relevant matters?

25 A    Yes, along with other departments.

B. McCullough - D

1    Q    You did so routinely?

2    A    Yes.

3    Q    You did so routinely?

4    A    Yes.

5    Q    And you did so routinely on compliance or other related

6    matters, right?

7    A    Yeah.  As the need arises or if stuff came up, yes, we

8    would communicate within the U.S.

9    Q    I want to show you for just a moment Plaintiff's Exhibit

10   No. 59.

11              Ms. McCullough, do you recognize this email?

12   A    Oh, now I see it.

13   Q    Do you recognize this email?

14   A    I do.

15   Q    It has you to Dawn Ceaser, right?

16   A    Yes.

17   Q    Did you send this to Dawn Ceaser at or about that time

18   that's indicated here?  Did you prepare it at that time,

19   June 10th, 2019?

20   A    I would have sent it exactly when it says it was sent.  I

21   don't write messages and send them later.

22   Q    You are getting my point.  I appreciate that.  Okay.  And

23   this is the kind of communication that you would have as part

24   of your duties when you're working within the scope of your

25   duties at AstraZeneca, right?

B. McCullough - D

1    A    Correct.

2    Q    It was your practice generally to send these kinds of

3    emails to someone like Dawn Ceaser, right?

4    A    Depending on the case.  Each case is different.  Yeah,

5    there is nothing out of the ordinary to have communications

6    between compliance and/or with legal.  We work and collaborate

7    together at times, yes.

8    Q    And AstraZeneca keeps these kinds of emails as part of its

9    compliance and other business-related functions -- keeps these

10   communications on its system for a period of time, right?

11   A    Yes.

12   Q    As they are produced through the system; through the

13   network?

14   A    Correct.

15            MR. OSWALD:  Your Honor, I move Plaintiff's Exhibit

16   No. 59 into evidence.  It is relevant under Rule 402 for the

17   reasons I just elicited in her testimony.  She has

18   authenticated the document under Rule 901.  It is also an

19   803(6) business record with the discussion that we just had.

20            THE COURT:  Thank you.  Any objection?

21            MR. McCARTHY:  May we have a moment, Your Honor?

22            THE COURT:  Certainly.

23            MR. McCARTHY:  No objection, Your Honor.

24            THE COURT:  That exhibit will be received.

25

B. McCullough - D

1   BY MR. OSWALD:

2   Q    I just want to take a look at this, if we could.

3            MR. OSWALD:  Permission to publish, Your Honor?

4   BY MR. OSWALD:

5   Q    Scroll down.  Okay.  Now, this is you to Dawn Ceaser,

6   right?

7   A    Yes.

8   Q    It says, "Did Suzanne accept?"

9   A    Correct.

10  Q    And what you are talking about there is the mutual consent

11  package?

12  A    That's what I was referring to.

13  Q    With the release of claims?

14  A    Yes.  I was just curious if that's where things had

15  bottomed out.

16           MR. OSWALD:  Thank you, Ms. McCullough.  No other

17  questions.

18           THE COURT:  Thank you.

19           Cross.

20           MR. McCARTHY:  Judge, may I have a moment to switch

21  the exhibit displays?

22           THE WITNESS:  Thank you.

23

24

25

B. McCullough - X

CROSS-EXAMINATION

BY MR. McCARTHY:

Q    Good afternoon, Ms. McCullough.  I am one of the lawyers for AstraZeneca.  Thanks for appearing.

A    You're welcome.

Q    I wanted to ask you a couple of questions about one of the documents Mr. Oswald showed you, and that's Plaintiff's Exhibit 67.  So I'll try to put it up here.  Let me know if you can see it.

A    I can see it.  If you could zoom in a little bit.

Q    Sure.  At this point I just want to ask you if you recall testifying about this document a few minutes ago.  Now go maybe to the fourth page would be the best place to look.

A    Yes.  I don't recall that first page.

Q    Do you recall Mr. Oswald showed you this a few minutes ago?

A    I'm recalling other things.  I'm not sure about this one specifically.

Q    Let's take a look at the third bullet.  I think Mr. Oswald read you a portion of the third bullet that says, "The business will be proceeding with terminating Suzanne Ivie from the organization as of June 6th, 2019."

         Do you recall seeing that a few minutes ago?

A    Yes.

Q    What does the first bullet on this page say?  I think

1  that's the bullet that Mr. Oswald didn't read to you?

2  A    "Suzanne is not willing to engage in the business as usual

3  work."

4  Q    Why don't you read the first part of the third bullet that

5  Mr. Oswald only read part of it to you.

6  A    "Due to the continued performance challenges and concerns

7  with Suzanne's delivering against the duties of the job, the

8  business will proceed with terminating Suzanne Ivie."

9  Q    What we just looked at and that you just read, was that

10  consistent with your understanding of Suzanne Ivie's

11  termination from AstraZeneca?

12  A    Absolutely.

13  Q    Ms. McCullough, were you involved personally to

14  investigate any of Suzanne Ivie's complaints to compliance or

15  HR?

16  A    No.  We had investigators, Mike Pomponi and other

17  individuals within HR, that were investigating.

18  Q    Were you involved personally investigating any of

19  Ms. Ivie's disciplinary issues that led to her termination?

20  A    No.

21  Q    Were you one of the decision-makers about whether Ms. Ivie

22  should be terminated?

23  A    No.  She is a sales employee, and so those decisions are

24  made through sales.  I wasn't involved in that function.  I

25  don't have the authority to make that decision to terminate

B. McCullough - X

1    someone.

2    Q    You recall looking at an email between yourself and

3    Amy Welch in which you asked some questions of Amy Welch

4    regarding Suzanne Ivie?

5    A    I did.  I think Scott shared a little bit of that one.

6    Q    Sure.  I'm referring to the one we looked at earlier in

7    your testimony where you were asking some questions, not about

8    the mutual consent but some other issues around what was

9    described in the first email in that chain.

10            Do you recall that?

11   A    Yeah.  I don't know what section you are referring to, but

12   I think I recall the email chain, yes.

13   Q    So when you first reached out with Amy Welch with these

14   questions, did you feel like you already knew all of the facts?

15   A    I wasn't involved in investigating it, so I wasn't as

16   close.  I would get periodic updates that Mike would give me,

17   but I wasn't close enough.  So I reached out to Amy to get some

18   additional information or see where the status was.

19   Q    And did Amy answer your question?

20   A    She did.

21   Q    And do you recall reviewing the response?

22   A    Yes.

23            MR. McCARTHY:  Nothing further.

24            THE COURT:  Thank you.  Redirect.

25            MR. OSWALD:  No, Your Honor.

1         THE COURT:  May this witness be excused?

2         MR. OSWALD:  The only issue is exhibits, Your Honor.

3   I think we resolved it this morning.  If we are done -- if we

4   have resolved it, consistent during our discussion during the

5   work we did, then she is released.  If not, I have got to go

6   through a lot of exhibits with her at this point.  I need a cue

7   from the Court on that issue.

8         THE COURT:  What other exhibits?  I know 59 was at

9   issue.

10        MR. OSWALD:  It is really everything in green,

11  Your Honor.

12        THE COURT:  Those exhibits are received, as indicated

13  at the pretrial conference.  I will allow defense counsel an

14  opportunity, on a break or a lunch, to make a record as to why

15  any of your objections would fall outside the contours of my

16  pretrial ruling.

17        Mr. Oswald, do you need this witness to make

18  foundation for any of the exhibits in green?

19        MR. OSWALD:  Not if they are admitted into evidence,

20  Your Honor, which I think is your ruling, and I'm done.  There

21  is a little bit of ambiguity on that point.  If we can simply

22  agree that everything in green is in, then we are done.

23        MR. McCARTHY:  Your Honor, respectfully, I'm not sure

24  I understand the issue and prefer not to keep the jury here for

25  this.  We are happy to confer.  I think the witness should be

1  released, however.

2  THE COURT:  Okay.  I am going to release the witness,

3  and I feel confident that you folks can figure it out.

4  Ma'am, thank you very much for your time this

5  afternoon.  I appreciate it.  You are finished with us for the

6  afternoon.

7  Thank you.

8  THE WITNESS:  Thank you.

9  THE COURT:  Thank you.

10  Ms. Ivie, will you retake the stand, please.

11  MR. OSWALD:  Your Honor, may we approach on this

12  subject quickly or take a five-minute scheduling break on this,

13  if we could?

14  THE COURT:  Can we do it at the afternoon recess?

15  MR. OSWALD:  I think there is something that we need

16  to resolve in scheduling so we can keep things moving.

17  THE COURT:  Oh, scheduling?

18  MR. OSWALD:  Yes.

19  THE COURT:  I hate to do this.  Yes.  Will you take

20  the jury out.

21  (Open court; jury not present:)

22  MR. OSWALD:  So we took Ms. McCullough obviously a

23  little bit out of turn.  I completely understand and agreed to

24  that, because I understand she is a very busy person.  It's not

25  an issue.

1          MS. RIECHERT:  She has been on call since Tuesday

2    waiting to testify.

3          MR. OSWALD:  I'm ready to respond and continue.

4          So now we have two issues:  One is we have some

5    witnesses -- some very short witnesses -- that we want to get

6    in this afternoon.  They are very short.  There are the three

7    witnesses.  I'm thinking one will be ten minutes and the others

8    will be 15 minutes.  I can't imagine there is a whole lot of

9    cross.  We would like to get those on this afternoon.

10         We have a doctor, which we agreed we could call at

11   three o'clock.  She will be on the screen.  So since we have

12   already broken Ms. Ivie's testimony for the purposes of

13   Ms. McCullough, I would like to call those three very quickly.

14   Then we can bring Ms. Ivie back to the stand, have the doctor

15   on at 3:00, and then we have Scott Sevart that we would like to

16   get in this afternoon.  He is the expert.  He has got a flight.

17   And again, if we do that, then I think we are going to move

18   very swiftly to get a number of witnesses done this afternoon.

19         So that's what I'm proposing.

20         MS. RIECHERT:  I have a problem with that.  Again, I

21   would like to complete the cross-examination of Ms. Ivie.  We

22   interrupted it for this witness -- for this witness who was

23   supposed to be called on Tuesday morning.  Then she was moved

24   to Wednesday and Thursday.  We agreed on a time certain for

25   her.  I think we need to get Ms. Ivie finished.

1       I heard during the break now that they want to bring

2   in witnesses on Monday.  It's the thing I have been worried

3   about.  They were 22 minutes over on Ms. McCullough.  They said

4   20 minutes.  She was 42 minutes.  Now they want to bring in

5   more witnesses on Monday.  We have cut our time down to -- I

6   forgot what it was -- eleven hours or ten hours.  Theirs is

7   still at 13 hours.  It is very frustrating for me.  We need to

8   get this trial over.  Ms. Ivie should finish next.  We agreed

9   to the doctor at 3:00.  If we get to the other people, that's

10  fine.  I don't want to have witnesses on Monday.  We have got

11  closings and jury instructions and deliberations.

12       THE COURT:  I'm going to go ahead and have Ms. Ivie

13  on the stand.

14       Please be seated.

15       (The court reporter requested a recess.)

16       (Recess.)

17       (Open court; jury present:)

18       THE COURT:  Thank you, jurors.

19       Ms. Ivie, be seated.  Remember, you are under oath.

20       Please continue.

21                    CROSS-EXAMINATION

22  BY MS. RIECHERT:

23  Q    If you could take a look at Exhibit 177.  This was the

24  email that we looked up in your direct examination.  So this

25  was the email that you looked at earlier in your examination

1    from Ms. Chambers.  It says, "Suzanne and I have discussed this

2    a number of times.  I know her numbers look off.  It is because

3    of taking on Tri-Cities and Spokane."

4                    What was Tri-Cities?

5    A    Tri-Cities is three cities within the territory.

6    Q    In which state?

7    A    Spokane, Washington.

8    Q    So this was the cities that you had taken on for a brief

9    period of time in 2018, correct?

10   A    Yes.

11   Q    And you added five additional sales professionals?

12   A    Yes.

13   Q    It was those cities and Spokane and the Tri-Cities that

14   you were allowed to blend your live field rides and virtual

15   coaching, meaning for those cities you could do virtual

16   coaching, right?

17   A    Yes, we did talk about that.

18   Q    And you could do that without customer engagement?

19   A    Yes.

20   Q    But you never got an email from Ms. DiNunzio saying you

21   could coach without customer engagement in Idaho?

22   A    An email?  No.

23   Q    You never got an email from Ms. DiNunzio saying you could

24   coach without customer engagement in Salt Lake City more than

25   20 percent of the time, did you?

Ivie - X

1 A   No, not an email.

2 Q   Let's look at Exhibit 507.

3       Looking at Exhibit 507, this was the email that you

4 talked about in your direct examination where Ms. Ivie (sic.)

5 notifies you that you are only coaching between, I think, 43 --

6 47 and 53 percent of your time with customer engagement in the

7 first three-quarters of the year.

8       Do you recall that?

9 A   Yes.

10 Q   And you received that email on December 18th, 2018,

11 correct?

12 A   Yes.

13 Q   You read it when you received it, yes?

14 A   Yes.

15 Q   And this was before you had the meeting with Ms. DiNunzio

16 when you went over your review, correct?

17 A   Did I see it on December 18th?  Yes.

18 Q   I actually think that meeting was on the 19th.  If you can

19 recall, you were giving a piano concert on the 18th, and you

20 had taken a personal day that day, and so your meeting with

21 Ms. DiNunzio on the 18th was rescheduled to the 19th.

22       Do you recall that?

23 A   Not necessarily.  But I do piano things, and so it

24 wouldn't be odd.

25 Q   So you started reporting to Ms. DiNunzio about September

S. Ivie - X

1    of 2017, correct?

2    A    Excuse me.  Yes.

3    Q    And when you started reporting to her, you were "the

4    golden child"; is that correct?

5    A    Yes.

6    Q    She was absolutely thrilled with everything you did,

7    correct?

8    A    Yes.

9    Q    And then that started to change in mid-2018, correct?

10   A    Yes.  August.

11   Q    Now, would you agree that the two primary responsibilities

12   of a district sales manager were, first, performance; and

13   second, development of the team that reported to you?

14   A    Yes.

15   Q    Your responsibility was to get the team motivated,

16   developed, and being on leadership teams, correct?

17   A    Yes.

18   Q    But of those two, performance was the most important,

19   correct?

20   A    Performance was important, yes.

21   Q    The most important?

22   A    Yes.

23   Q    And your performance numbers were not good in 2018, were

24   they?

25   A    They were lower than the 100 percent in three of the

1    trimesters.

2    Q    In fact, your team rated 106th out of 128 through the

3    whole country through the third quarter of 2018?

4    A    Through the third quarter, yes.

5    Q    And that was the bottom 17 percent of the country?

6    A    Yes.

7    Q    By the end of the year, it was even lower, correct?  You

8    were in the bottom 13 percent in the country?

9    A    Yes.

10   Q    And you would agree that's well below average, wouldn't

11   you?

12   A    Yes.

13   Q    And well below what it had been the year before?

14   A    Yes.

15   Q    Now, AstraZeneca says that one of the ways to improve the

16   performance of a team is for the district managers like you to

17   go on a lot of sales calls with the sales professionals who

18   report to you; isn't that correct?

19   A    Yes.

20   Q    And that's what they call field coaching, right?

21   A    Yes.

22   Q    And that's when you are watching the sales representative

23   talk to the physician, correct?

24   A    Yes.

25   Q    And you would be in the car with the sales representative

S. Ivie - X

1    before the call going over what the sales representative was

2    going to say during the call, correct?

3    A    Yes.

4    Q    And the reason that the company wants you to spend

5    80 percent of your time in field coaching and observing your

6    team is so that you can coach them on how to improve their

7    selling skills; isn't that true?

8    A    Yes.

9    Q    Now, when you fill out your time records in Veeva, you are

10   supposed to record the time that you are in the field coaching

11   with customer engagement; and then separately, the time when

12   you are not in the field and not coaching with customer

13   engagement; is that correct?

14   A    Yes.

15   Q    And you knew that coaching with customer engagement meant

16   that you needed to be in the field with your team, correct?

17   A    Yes.

18   Q    And you admit that you put down in your time records days

19   for coaching with customer engagement when, in fact, you were

20   not in the field with your team, correct?

21   A    Yes.

22   Q    You also admit that you filled out field coaching reports

23   even though you were not in the field with the sales

24   representatives that you supervised, correct?

25   A    Yes.

1   Q    And other than Spokane -- I already covered that.

2        Ms. DiNunzio never told you you didn't have to spend

3   80 percent of your coaching time with the Boise reps in the

4   field, did she?

5   A    Not specifically that, no.

6   Q    You just assumed that?

7   A    We did have a conversation.

8   Q    You just assumed that you wouldn't have to spend

9   80 percent of your time with the Boise reps, correct?

10  A    Yes.

11  Q    Ms. DiNunzio never told you that it was appropriate for

12  you not to comply with the 80/20 rule with respect to the sales

13  reps near your home in Salt Lake City, did she?

14  A    We had a conversation over all of it.

15  Q    The question is:  She never told you that it was

16  appropriate for you not to comply with the 80/20 rule with

17  respect to the sales reps near your home in Salt Lake City,

18  correct?

19  A    Yes.

20  Q    Yes, she never told you?

21  A    We had a discussion.

22  Q    She never told you that you didn't have to comply with the

23  80/20 rule for the sales reps in Salt Lake City, correct?

24  A    We had a discussion.

25  Q    Would you like me to refer to your deposition?

S. Ivie - X

1    A    I said, yes, we had a discussion.  We had a discussion,

2    yes.

3    Q    Right.  But she never told you that you didn't have to

4    comply with the 80/20 rule for the sales reps in

5    Salt Lake City?

6    A    Yes.

7    Q    Yes, she never told you that?

8    A    Yes.

9    Q    Your team in Idaho was performing poorly in 2018, wasn't

10   it?

11   A    They had some struggles.

12   Q    Didn't you give them a two or their performance reviews?

13   A    Yes.

14   Q    Yet you still weren't spending 80 percent of your coaching

15   days in Idaho to help them improve as they spoke with the

16   healthcare professionals?

17   A    I was not.

18   Q    Now we are going to talk about engaging with insights.

19   Insights is a statement that the sales representative makes at

20   the beginning of the sales call to engage the doctor; is that

21   correct?

22   A    Yes.

23   Q    It is what you used to call "fun facts"?

24   A    Yes.

25   Q    What were fun facts?

S. Ivie - X

1  A    They were just that -- fun facts.  Fun facts of the

2  weather quality outside.  You could go to the newspaper.  They

3  talk about the weather quality -- poor weather quality; good

4  weather quality.  We'd bring that up with the physician.  We

5  were talking about asthma, so other weather qualities affect

6  the lungs.

7  Q    And you came up with these fun facts before AstraZeneca

8  rolled out their insights program, right?

9  A    Well, my team did.

10  Q    And you too or just your team?

11  A    Well, I'm head of my team.  I'm the district manager of my

12  team.

13  Q    And there is nothing improper about fun facts, right?

14  A    I don't believe talking about the weather or the air

15  quality is.

16  Q    And there is nothing improper about the insights that

17  AstraZeneca used, so long as they were compliant, right?

18  A    Yes.

19  Q    And you received training on insights in March of 2018;

20  isn't that correct?

21  A    I don't necessarily remember that.  But yes, we did

22  receive the --

23  Q    I'm going to show you some of the training materials.

24  Let's start with Exhibit 508.  This is called "Engage With

25  Insights Worksheet."  Was that part of the training materials

S. Ivie - X

1  that you received in March of 2018.

2  A    I'm not sure I remembered this before my deposition --

3  reading this particular article.

4  Q    Do you recall receiving training that you were supposed --

5  the insights were okay, but they have to be consistent with the

6  product label, correct?

7  A    Yes.

8  Q    Aligned to brand strategy, correct?

9  A    Uh-huh.

10 Q    And be true and not misleading, correct?

11 A    Yes.

12 Q    Let's look at Exhibit 531.  Looking at Exhibit 531, is

13 this an email that Stephani DiNunzio, also known as

14 Stephani Orgren, sent to you and other members of the team

15 about insights?

16 A    Yes.

17 Q    And she attached to this email a deck, also known in this

18 case, a long PowerPoint -- about engaging with insights,

19 correct?

20 A    Yes.

21 Q    So looking at the email, it states, "PSSs are excited

22 about having the ability to engage in insights.  That's a great

23 thing."  Correct?

24 A    Are you asking me if it is on this paper?

25 Q    Yes.  It is on the email, it is the first and second

1  bullet points.

2  A     Yes.

3  Q     Ms. DiNunzio also tells you and the other team members,

4  "We need to ensure that they are using this new skill

5  appropriately for the following reasons:  One, to remain

6  compliant; two, to avoid distraction from our brand strategy;

7  and three, to have its intended impact, which is to get the

8  healthcare professional to stop and think," correct?

9  A     Yes.

10  Q     Now we can go to the presentation, Exhibit 531.  Let's

11  look at page 6.  By the way, the first page, that was the

12  presentation you got with the training that you got in March of

13  2018 about engaging with insights, correct?  So March of 2018

14  you get a training on engaging with insights, correct?

15  A     Yes.

16  Q     And you get a long presentation about that training,

17  correct?

18  A     Yes.

19  Q     Let's look at page 6.  This is telling us what an insight

20  is.  If you look, it says, "What is an insight?  A fresh and

21  penetrating truth about the market or customer that can be

22  applied to create an advantage for our brands.  A problem or

23  challenge that the customer either under-appreciates or is

24  unaware of."

25           Do you agree that's a correct description of an

S. Ivie - X

1    insight?

2    A    Yes.

3    Q    Let's look at page 31.  It is called "Guiding Principles

4    of Insights."  That's part of the same training presentation

5    that you received in March of 2018, correct?

6    A    I don't remember any of this, but, yes, it's here.

7    Q    Okay.  "Insights should come from approved brand

8    resources" -- remember, we talked earlier about two types of

9    insights, brand and local.  So they either can be brand

10   insights, where they come from approved brand resources,

11   correct, or they can be local insights, correct?

12   A    Yes.

13   Q    And if they were local insights, they had to be consistent

14   with the product label, aligned to brand strategy, and be true

15   and not misleading, correct?

16   A    That's what it says.

17   Q    And then local insights must adhere to the policies on

18   promotional activities, correct?

19   A    That's what it says here.

20   Q    Next is page 36, "Areas to avoid.  Why would these be

21   inappropriate if linked to the brand."  Then this tells you the

22   things that you can't put in in an insight -- financial data,

23   quality metrics, et cetera, et cetera.  Do you recall that

24   being part of the training, or do you just don't recall the

25   training?

S. Ivie - X

1    A    I don't really recall the training, but it says it is

2    here.  It has been a little while.

3    Q    You never saw a sales representative use an off-brand

4    insight, did you?

5    A    I don't believe so.  If I did, it would have been trying

6    to re-correct or look into it.  But I mean, it has been a

7    while.  I don't -- I'm trying to think.  I don't -- I don't

8    know.

9    Q    Do you recall that you gave a deposition in this case?

10   A    Oh, yeah.  I remember that.

11   Q    A deposition is when you are given testimony under oath,

12   correct?

13   A    Yes.

14   Q    And you were asked questions by Mr. McCarthy, correct?

15   A    Yes.

16   Q    And you answered those under oath, correct?

17   A    Correct.

18   Q    And that was closer in time than where we are today,

19   right?

20   A    Much closer.

21   Q    So your recollection was better then than today?

22   A    Perhaps.

23   Q    If you want to look at your deposition at page 161, lines

24   21 to 25:

25            "QUESTION:  Did you ever see a sales rep use an

1   off-label insight with a healthcare professional?"

2   A     What am I looking for?

3   Q     161, page 21 to 25 -- lines 21 to 25.

4   A     Where are we?

5   Q     161, lines 21 to 25:

6          "QUESTION:  Did you ever see a sales rep use an

7   off-label insight with a healthcare provider?

8          "ANSWER:  I don't believe completely off-label."

9   A     I think that's what I said.

10  Q     So as far as you know, none of the sales reps that worked

11  for you ever gave any insights that were improper, correct?

12  A     I don't believe so.  We kind of started them out.  I don't

13  believe so.

14  Q     And you don't know of any sales reps who worked for you

15  who ever gave any insights that were misleading, correct?

16  A     I would hope not or I would at least -- I think they tried

17  different things, but I would hope that it wouldn't.  I mean,

18  they did try different things.

19  Q     As far as you know, there were no sales reps that gave

20  insights that were providing inaccurate information, correct?

21  A     I would hope not.

22  Q     In fact, you know of no sales representatives in

23  Ms. DiNunzio's group who ever gave any insights that were

24  improper or misleading or provided inaccurate information,

25  correct?

1   A     I didn't -- I was the district sales managers for all of

2   DiNunzio's sales reps, so I wouldn't know.

3   Q     You wouldn't know or you don't know?

4   A     I don't know.

5   Q     Now, in your hotline call in December of 2018, you

6   complained about the insights and discussion that you testified

7   to earlier that occurred in late August and early

8   September 2018, correct?

9   A     Yes.

10  Q     So that was about three to four months before your hotline

11  call, correct?

12  A     In August, you are talking?

13  Q     Late August, early September.

14  A     Yes.

15  Q     Even though you were the compliance officer at the time of

16  these August/September emails, you did not report it at the

17  time, correct?

18  A     I'm sorry?  What?

19  Q     At the time of these emails that you were talking about in

20  your direct examination, the ones with Teresa Grey, in August

21  and September --

22  A     Yes.

23  Q     They were August and September 2018.  You did not report

24  those at the time, correct?

25  A     Not in the anonymous one.  Teresa Grey is the compliance,

1  so I did report it to her.  I sent the email.

2  Q    Right.  We will go through that in a little bit.

3           But you didn't make a hotline complaint in August or

4  September of 2018.  You waited until December of 2018 to

5  complain about this email chain in August and September 2018,

6  correct?

7  A    I sent it to Teresa Grey, who is compliance, and so she

8  looked at it.  I didn't see that I needed to add it to

9  December, because I had already talked to the compliance

10 person, and she was aware of it.

11 Q    But you did add to the December hotline complaint?

12 A    I added to it?

13 Q    Yes.

14 A    Yes.  It was kind of like the whole overview of everything

15 that has been going on.  I mean, there is a pattern here.  So

16 that's why, yes.

17 Q    But you were the compliance officer in August through

18 September 2018, right?

19 A    I was.

20 Q    So if you thought there was anything improper about what

21 was going on, you would be required to make a hotline complaint

22 about it?

23 A    I went to the compliance department but not anonymously.

24 I literally went there.  Well, email, not like in person.  I

25 emailed it.

S. Ivie - X

1  Q   Let's go to that email, Exhibit 123.  I think we are going

2  to start towards the bottom and work our way up, as emails do.

3  So we can go up above that.  You'll see this email from

4  Ms. DiNunzio to you.

5      "As we discussed in our recent leadership call, I

6  asked Ketari to share a few new insights with the DSMs team

7  every few weeks.  It's at the discretion of the DSM to share

8  them with their respective teams.  Please take a look at the

9  email below and let me know if it raises any compliance

10  concerns.  If not, Ketari will forward it on to the DSMs.  If

11  yes, please provide suggestions somehow to keep it compliant.

12  My comments are in blue.  I believe we are in good shape if the

13  source of the data is provided."

14      That's the email that Ms. DiNunzio sent to you,

15  right?

16  A   Correct.

17  Q   She is not asking you to approve the insights, correct?

18  A   "Please provide suggestions.  Let me know if it raises any

19  compliance concerns."  That's my interpretation.

20  Q   Then as the compliance officer, you forwarded that email

21  from Ms. DiNunzio to Teresa Grey in the compliance department,

22  correct?

23  A   Yes.

24  Q   And then Teresa Grey responds, "Hi, Suzanne and Stephani.

25  Thanks for reaching out with this issue.  Per our discussion

1    this afternoon, I understand Stephani would like to use the

2    messaging and related resources you provided below with her

3    regional team in a biweekly email.  You also explained that the

4    emails are for internal distribution by RTSs to DSMs and

5    PSSs" -- that's the regional training specialist to the

6    district sales manager and the pharmaceutical sales specialist,

7    right?

8            "However, the messaging within the email is intended

9    to be used by PSSs with the appropriate HCP verbally and not in

10   written form (electronic or paper) on sales calls," right?

11   That's what Ms. Grey tells you?

12   A    Yes.

13   Q    Then she goes on to say, "Using insights for messaging

14   with our HCPs is a decision made by the business applying our

15   principles, policies, and best practices.  Compliance does not

16   approve this type of messaging but supports our business

17   partners by providing appropriate resources and guidance."

18           So she is not telling you that there is anything

19   wrong with these insights, right?  She is just telling you that

20   compliance doesn't get involved in approving them, correct?

21   A    Compliance -- will you repeat that question?

22   Q    So Ms. Grey is saying compliance doesn't get involved in

23   approving these local insights; it is up to the business to

24   decide whether the insights should be used --

25   A    Business can do their own thing, but compliance is to make

S. Ivie - X

1  sure you're compliant with what practices you do.  Compliance

2  doesn't create that for you.

3  Q    Right.  Compliance doesn't approve all of these local

4  insights.  That's up to the business to make sure they're

5  compliant.

6  A    Yes.  Then compliance makes sure it is compliant.

7  Q    But she is not telling that you can't send these insights

8  out by email, right?

9  A    I don't think she was strongly encouraging it.

10  Q    But she doesn't say you can't send out the insights,

11  correct?

12  A    I think I did have a conversation, and she said it wasn't

13  very good.

14  Q    She is not saying, "Hey, don't send these out," right?

15  A    No.

16  Q    I thought you had said earlier that you said she said you

17  couldn't send them out.  That's why I was clarifying that.

18         Then it goes on to say, "Per my earlier email, for

19  appropriate and consistent use of insights with the HCPs, I

20  recommend Stephani contact" -- and then she gives some names of

21  people in the training department, correct?

22  A    Yes.

23  Q    And then you respond, "Thanks, Teresa, for the guidance.

24  Always a pleasure to talk to you.  I have reached out to Brook

25  and Kevin to access the Engaging With Insights virtual

1  training."

2         I think I got to the end of this now.  You thought

3  training was needed because you had forgotten that everybody

4  had been trained in March; is that right?

5  A    No.  We still had questions.  And for her wanting to know

6  what to do, I thought it would be a good idea that we all know

7  what to do, and I believed the compliance was fairly press --

8  this update was fairly recent.

9  Q    So Ms. DiNunzio responds, "Let's pause on this, Suzanne.

10 There is no get the training department involved."  And that's

11 because you had just been trained a few months earlier, and so

12 she didn't think you needed to go through that whole 70-page

13 training deck --

14 A    Wasn't that training in March of 2018?

15 Q    This is September 2018.

16 A    Oh, okay.  I thought you were talking about January.

17 There was January up there.  Yes.  But there had been -- my

18 understanding was there was some new training.

19 Q    You said that after this took place in September of 2018,

20 Ms. DiNunzio said that she would take over the regional

21 training role, correct?

22 A    Yes.

23 Q    And that was at the same time that you were not meeting

24 your performance expectations, correct?

25 A    She gave me the compliance -- excuse me -- not the

S. Ivie - X

1    compliance.  You're talking about regional training, right?

2    She gave the regional training probably in the July time frame,

3    so I would have been in the midst of that.

4    Q    I thought you said she took it away from you --

5    A    Oh, yeah, in September.  She gave it to me in July-ish

6    maybe and then took it away in September.

7    Q    And that was at the time that you weren't meeting your

8    performance expectations?

9    A    Yes.  July, August, and September, yes.

10   Q    Let's go to the December 10th to 12th meeting in Idaho

11   that you talked about in your examination of Ms. Chambers.

12   That was the meeting when Ms. DiNunzio said that it was rough

13   year, right?

14   A    Yes.  For the whole region, yes.

15   Q    And performance needed to improve?

16   A    Yes.

17   Q    Now, you missed the DALIRESP portion of that, right?

18   A    I did.

19   Q    Because you were involved in this leadership program that

20   you were working on, right?

21   A    Yes.  We had a teleconference.

22   Q    Right.  So you were too -- you were busy with the

23   leadership to attend the regional meeting where they discussed

24   DALIRESP, correct?

25   A    Yes.

S. Ivie - X

1  Q    It was after that December 10th meeting in Idaho that you

2  became concerned that Ms. DiNunzio was saying things that were

3  inaccurate, right?

4  A    Yes.

5  Q    And you talked about 50 percent of patients die after the

6  first exacerbation?

7  A    Yes.

8  Q    Now, Ms. DiNunzio said in court -- came to court and

9  testified that what she said was 50 percent of patients die

10  within 3.6 years after the first exacerbation, and she said

11  that she had heard that on a regional managers leadership call

12  she attended.  Do you recall her testimony in that regard?

13  A    Yes.

14  Q    And I assume you didn't hear the 3.6 years part of it?

15  A    No.

16  Q    Now, I think you said -- you suggested that "Ms. DiNunzio

17  suggested -- wink, wink -- that it could be used for primary

18  prevention," right?

19  A    Yes.  We needed to expand our patient population.

20  Q    And you testified you were very concerned about that,

21  right?

22  A    Yes.

23  Q    And you talked to Linda Truax about it?

24  A    Yes.

25  Q    And you wrote to Mandy Hosford about it?

S. Ivie - X

1   A    Yeah.

2   Q    Now, when you met with Ms. DiNunzio on December -- I think

3   it is the 19th of 2018 to talk about your performance review --

4   she showed you a copy of a document during the meeting,

5   correct.

6   A    On DALIRESP?

7   Q    No.  This is your performance review.

8   A    Oh, yeah.

9   Q    So is it a document that looked a little bit like this,

10  but it didn't have a rating on the top?

11  A    Something similar.

12  Q    And then she went over that document with you during this

13  meeting on December 18th or 19th, 2018, correct?

14  A    I believe so.

15  Q    And she told you that your rating was going to be a one or

16  two?

17  A    She said two.  Then under her breath, "Maybe.  You're

18  lucky to get a one."

19  Q    At this meeting she went over her concerns about your

20  coaching days, right?

21  A    Yes.

22  Q    And she talked about coaching with customer engagement and

23  coaching without customer engagement, right?

24  A    Yes.

25  Q    And she told you that 80 percent was supposed to be good

1    customer engagement, right?

2    A    We talked about that, yes.

3    Q    Now, you testified earlier today that at the same meeting

4    that she went over your performance, that was the time she

5    talked again about DALIRESP that concerned you, right?

6    A    I brought that up.

7    Q    And it was right after that meeting, when she talked about

8    DALIRESP in a way that you thought was concerning, that you

9    decided to contact the hotline, correct?

10   A    You're talking about the December 18th meeting?

11   Q    Yes.  Or 19th is what I think it is.

12   A    We talked about that there, and that's when I told her

13   that there are concerns.

14   Q    Right.  And it was right after that meeting that you

15   decided to contact the hotline, correct?

16   A    Yes.

17   Q    And so you made that hotline complaint the same day as you

18   had this review meeting with Ms. DiNunzio, right?

19   A    Yes.  May I add context?

20   Q    Then let's look at Exhibit 75.  Exhibit 75 is going to be

21   the hotline complaint that you made.

22   A    Okay.

23   Q    Let's go to the pages where there is a discussion about

24   all the issues that Ms. Ivie raises.  So this here is where you

25   raise all of the issues that you have.  It goes onto

S. Ivie - X

1  the next page as well.  It goes all the way through down to the

2  bottom of that page.  Nowhere in that hotline complaint did you

3  say anything about this DALIRESP concern that had been raised

4  that very same day, according to you, by Ms. Ivie (sic.); isn't

5  that correct?

6  A    Yes.

7  Q    Even though it was so concerning to you, you don't mention

8  it in the hotline complaint that you made?

9  A    Yes.  I mention it later in January.

10  Q    So even though you said that Ms. DiNunzio said things at

11  the meeting about DALIRESP, when you filed the ethics

12  complaint, the same day, right after the meeting, you never

13  said anything about what you now say Ms. DiNunzio said at the

14  meeting about DALIRESP, correct?

15  A    I did not write it in there.  There was a lot of stuff.

16  Q    Now, you talked about after you had filed this hotline

17  complaint you were feeling upset, because I think --

18  A    Yes.

19  Q    -- you had a bad review meeting, and you were going to get

20  a one or two, and you were very upset?

21  A    There was a lot to be upset about.

22  Q    Right.  Then you said you went home, and you couldn't

23  decorate your Christmas tree?

24  A    I have two younger children.

25  Q    How old were they at the time?  This is December 2018.

S. Ivie - X

1  A   13, 14, and 10 or 11-ish.

2  Q   Okay.  And you said you only put lights on the tree that

3  year, right?

4  A   And some pinecones.

5  Q   Are your kids not old enough to decorate the tree?

6  A   Yes, they are.  However, it is a family event, and

7  decorating is something that I do as a mother.

8  Q   And then right after that, you went on a vacation in the

9  Dominican Republic, right?

10  A   Yes.

11  Q   Now, let's turn to 2019.  The first time that -- let's

12  look at Exhibit 29.  If we can go to the second page.  So

13  January 15th -- this is the first time that you reach out to

14  Teresa Grey to ask about these two statements that you say that

15  Ms. DiNunzio had made back in December?

16  A   I'm sorry?  Would you repeat the question one more time?

17  Q   Yes.  So on January 15th -- if we want to go back and

18  check that date, this is the email that you sent to Teresa Grey

19  on January 15th.

20        Do you see that on the bottom of the page?

21  A   Yes.

22  Q   Then the next page you reach out to her, and you ask her

23  about these two statements that you say Ms. DiNunzio had made

24  back in December of 2018, correct?

25  A   Yes.

S. Ivie - X

1  Q    So it took you almost a month after you say the statements

2  were made for you to reach out to Ms. Grey, correct?

3  A    Yes.

4  Q    Even though she was your compliance person, correct?

5  A    Yes.

6  Q    Let's switch now to February of 2019.  You met with

7  Ms. DiNunzio and with Karen Belknap to discuss Ms. DiNunzio's

8  concerns about your field coaching; is that correct?

9  A    Yes.

10 Q    Let's look at Exhibit 91.  If can get to the page, which

11 is the summary that Ms. Belknap prepared with the meeting with

12 you.

13       So if you look at the bottom of this page, it says,

14 "2-18-19," and we have all learned now that an "OTR" is an

15 opportunity to respond.

16       In this document Ms. Belknap writes, when asked by

17 Ms. DiNunzio what was the expected number of field coaching

18 days per year for a DSM, you responded that you thought it was

19 140.  In fact, it was 150, correct?

20 A    Yes.

21 Q    It goes on to say, "Ms. DiNunzio responded that it was

22 adjusted to 150 in 2017."

23       "Regarding the split of coaching with selling

24 interactions versus non-selling interaction, Ms. Ivie stated

25 she had no idea, until a few weeks ago, when Ms. DiNunzio

S. Ivie - X

1    mentioned that her split was 80/20."

2              But we went through a whole bunch of emails that you

3    received way back in 2018 and mid-2018 where she had told you

4    the exact same thing, right?

5    A    Yes.  But there was more of a conversation.

6    Q    "Ms. DiNunzio stated that the split went into effect in

7    June of 2017.  Ms. Ivie admitted she does a lot of coaching

8    without customer engagement calls.  She described this as

9    having a call at the beginning of the day with the PSS to

10   review their pre-planning and then checking in with them at the

11   end of the day to see how their day with customers went.  She

12   stated that she did the calls versus going to spend the day

13   with the PSS because of budget concerns.  Ms. DiNunzio stated

14   to Ms. Ivie that she had never placed budget restraints or

15   field rides."

16             Then you talked about the months of July and August

17   of 2018.  In July, Ms. DiNunzio notes that there were 21

18   available days for field rides, and you had only completed 5.5

19   days.  In August, there were 23 days available, and you had

20   only completed two days of field coaching.

21             "So when asked how you account for your time" --

22   let's go to the next page -- "when she was not in the field,

23   she stated that she conducted pharmacy calls."

24             Now, pharmacy calls are something that the sales

25   representatives are supposed to do, right?

S. Ivie - X

1    A    Yes.

2    Q    It is not something that the DSM is supposed to do, right?

3    A    No -- well, we can.

4    Q    But your job is to spend your time with the DSMs in the

5    field and coach them and develop them.

6         It goes on to say "she was on a headcount," and

7    that's why you did the pharmacy calls.  She went on to say that

8    "she was holding business reviews and developmental discussions

9    via a conference call with the reps in place of conducting

10   field rides.  Ivie stated that she feels her time is stretched

11   thin because she is on a number of national committees and

12   panels."

13        So let's talk about the statement that you were not

14   going to do your field rides because of budget concerns.

15   No one had ever instructed you that you shouldn't travel for a

16   field ride because of a budget, did they?

17   A    They were to stay within the budget.

18   Q    So just hear the question:  No one ever instructed you

19   that you should not travel for a field ride because of a

20   budget, correct?

21   A    We were given a budget for travel, if that makes sense.

22   Q    Yeah.  But it didn't really answer the question.

23   A    Okay.  Repeat that.

24   Q    Nobody ever told you that you shouldn't travel for a field

25   ride because of a budget, correct?

S. Ivie - X

1  A    Yes.

2  Q    There were no emails telling you to cut back on field

3  rides because of budget concerns, were there?

4  A    Just budget emails, but no.

5  Q    But no emails telling you to cut back on field rides

6  because of budget concerns, correct?

7  A    No.

8  Q    At no point in time did Ms. DiNunzio ever tell you not to

9  make field rides because of budget concerns, correct?

10 A    No.

11 Q    At no time -- sorry.  She never did tell you -- there are

12 so many negatives here.

13      At no point did she tell you not to make field rides

14 because of budget concerns?  She didn't say to you, "Hey,

15 Suzanne, don't make any field rides because we have budget

16 concerns"?  She never said that, correct?

17      Sorry about my negatives.

18 A    (Inaudible.)

19      THE COURT REPORTER:  What was your answer to the last

20 question?

21      THE WITNESS:  Yes -- I have no idea.

22 BY MS. RIECHERT:

23 Q    Let me go back.  At no time did Ms. DiNunzio say to you,

24 "Hey, Suzanne" -- or words to this effect -- "I don't want you

25 to do field rides because of budget concerns."  She didn't ever

1  say that to you, did she?

2  A    No.

3  Q    Never said that.

4        At no time did you ever ask Ms. DiNunzio, "Hey,

5  should I cut back on my field rides because of budget

6  concerns?"

7        You didn't say that to her?

8  A    No.

9  Q    You didn't say that to her.  Now, you understand that if

10  you booked flights a little further away from when you are

11  going to fly, that makes it cheaper, right?

12  A    Yes.

13  Q    And you understand that want to spend as little on flights

14  as possible, correct?

15  A    Yes.

16  Q    And you want to book early if you are going to do that,

17  right?

18  A    That's the idea.

19  Q    And some hotels are more expensive than other hotels,

20  right?

21  A    Yes.

22  Q    So the emails asking you to watch budgets, they were

23  asking you to just be sensitive when booking travel and hotels

24  so you don't waste the company's money, right?

25  A    Yes.

S. Ivie - X

1    Q    Never told you shouldn't do an essential requirement of

2    your job, which was to spend 80 percent of your time on field

3    rides with your reps?

4    A    Right.

5    Q    Going back to Exhibit 91 -- I may have gone through all of

6    this.  Sorry.

7              It was after that meeting that you were told that you

8    were going to be put on a written warning, correct?

9    A    What meeting?

10   Q    After that meeting on the 18th of February, 2019?

11   A    Can you repeat the question?

12   Q    So you had this meeting on February 18th, 2019, with

13   Ms. Belknap and Ms. DiNunzio, and then you were told that you

14   were going to be put on a written warning?

15   A    Right.

16   Q    That's when you decided that you would start looking for

17   another job outside of AstraZeneca, right?

18   A    It was a -- a written warning kind of reduces your ability

19   to move up in the company, and it is not a good thing.

20   Q    So that's when you started thinking about looking for a

21   job outside of AstraZeneca, right?

22   A    Did I start thinking about it?

23   Q    Yeah.

24   A    I knew that AstraZeneca probably was telling me a good

25   warning, but I did not sort of actively look for a job.

S. Ivie - X

1  Q    Well, you were looking for a recruiter to help you

2  potentially leave the company, right?

3  A    I believe I asked somebody, yes.

4  Q    Now, let's look to March of 2019.  You got the written

5  warning, right?

6  A    March 18th?

7  Q    No, March of 2019.

8  A    Yes.

9  Q    And it told you that 80 percent of your time had to be

10 spent with customer engagement, right?

11 A    Yes.

12 Q    And that meant you had to be in the field with the sales

13 reps making calls on healthcare professionals?

14 A    Yes.

15 Q    And again, you didn't do it, right?

16 A    In March to April, I was on medical leave.

17 Q    Right.  But while you were on your leave, the company

18 increased the number of coaching days from 150 to 160, right?

19 A    That's what I was told.

20 Q    That applied to you and all the other DSMs in respiratory,

21 didn't it?

22 A    I believe so.

23 Q    It didn't apply just to you, right?

24 A    I was told it was everybody.

25 Q    And it didn't increase because you had complained about

1  Ms. DiNunzio, correct?

2  A    I doubt that's what it was.  I don't know.

3  Q    It didn't increase because of your age, right?

4  A    No.

5  Q    It didn't increase because you took a leave of absence,

6  right?

7  A    I don't believe so.

8  Q    Now, one of the things that you think Ms. DiNunzio did

9  that you felt was retaliatory for making complaints about her

10  was the fact that she took you off the leadership academy and

11  compliance ambassador, right?

12  A    Yes.

13  Q    Do you remember in that December 18th or 19th meeting with

14  Ms. DiNunzio she told you that she was concerned that you were

15  involved in too many projects and initiatives?

16  A    Yes, she told me that.

17  Q    And she told you that you would need to prioritize making

18  the necessary adjustments to your district when your district

19  wasn't performing, right?

20  A    I believe there was a discussion on that.

21  Q    And she told you in December that you needed to focus on

22  performance above anything else, right?

23  A    Yes.  Profits.  Yes.

24  Q    She told you to prioritize district performance above

25  everything else by limiting yourself to one project or

S. Ivie - X

1  initiative, correct?

2  A    Oh, I thought that was a statement.  Yes.

3  Q    Did you agree with Ms. DiNunzio that your highest priority

4  as a DSM was to focus on the performance of your district and

5  your team?

6  A    Yes.  Performance is important.

7  Q    But you didn't immediately give up your leadership academy

8  role, did you, so that you could focus on the performance of

9  your team?

10 A    I was in the midst of it.

11 Q    Right.  But you didn't give it up, right?

12 A    No.

13 Q    You didn't immediately give up your compliance ambassador

14 role so that you could focus on the performance of your team,

15 did you?

16 A    No.

17 Q    In fact, by February 2019 you still hadn't given up your

18 leadership academy role, correct?

19 A    That's a national role.  You don't necessarily walk away

20 when you are putting everything together for a national

21 meeting.

22 Q    And by February 2019 you still hadn't given up your

23 compliance ambassador role, correct?

24 A    No.

25 Q    No, you had not given it up?

S. Ivie - X

1  A    No.

2  Q    You would agree that the leadership academy role took up a

3  lot of your time, correct?

4  A    It is a very honorable and big deal in AstraZeneca to be

5  asked on this leadership academy.

6  Q    And you would agree, would you not, that it took up a lot

7  of your time?

8  A    Yes.  It does take a lot of time, because you are

9  presenting to senior leadership, you are doing your own slides,

10  you are up on the stage.  This is a big deal.  This is your

11  next step to moving up the career ladder.

12  Q    And you were more focused on that than improving working

13  with your team in the field 80 percent of the time, right?

14  A    I did have to work on that too.  It was very much known.

15  My team was doing really well, I think, the first part of 2019.

16  Q    But you had been told to spend 80 percent of your time in

17  the field with them, right, and give up these other roles?

18  A    Yes.

19  Q    Okay.  So let's see.  When you come back from your --

20  first of all, let's look at Exhibit 81.  Your attorney

21  suggested -- Mr. Oswald suggested in an earlier questioning

22  that Exhibit 81, which was a complaint -- another compliance

23  complaint filed on February 5th, 2019 -- do you remember this

24  complaint?  It is another anonymous complaint?

25  A    I don't get this.  I don't see it.  I only see it here.

S. Ivie - X

1    Q    We will get it.  There you go.

2          So "we are being asked to unethically expand our

3    patient base in order to increase our market share.  I am being

4    asked to illegally ask for patients outside of our indication."

5          That was you who made that complaint, right?

6    A    It was.

7    Q    Mr. Oswald had suggested earlier that maybe there was a

8    second person who was making these complaints.  There was no

9    second person, right?

10   A    I made the complaint of the anxiety and depression.

11   Q    So that was you.  The anxiety and depression?

12          This complaint that was being made that's in front of

13   you, that was your complaint and not a second person?

14   A    Yes.

15   Q    Now, when you returned from leave, you complained to HR

16   about a number of things, right --

17   A    Yes.

18   Q    -- that you thought were retaliatory against you?

19   A    Yes.

20   Q    -- including the 150 days had gone to 160 days, right?

21   A    I had not received notification except with Stephani.

22   Q    Right.  And Karen Belknap investigated those complaints,

23   right?

24   A    About the 150 days?

25   Q    Yeah.  I think she had eight or nine of them that we went

S. Ivie - X

1    through.  Don't worry.  I'm not going to go through them all.

2    That was one of them.  You had complained that you thought it

3    was retaliatory, and she investigated that complaint, right?

4    A    The 150 to 160, yes.

5    Q    Yes.  And she told you that it applied not just to you but

6    to everybody else, right?

7    A    Yes.

8    Q    So it wasn't retaliatory against you?

9    A    I hadn't known.  I didn't get any emails until Stephani

10   said, "You're going to have it from 150 to 160."

11   Q    You also complained to human resources about Ms. DiNunzio

12   asking other DSMs, what you call, to train you, right?

13   A    Yes.

14   Q    In fact, she was only asking that they bring you up to

15   speed about things that you had missed out on while you were on

16   your leave of absence, right?

17   A    I believe she said, "I have got the other district

18   managers that is going to train you."

19   Q    If you look at Exhibit 94, we can see the actual email

20   that Ms. DiNunzio sent out, right?  Here we go.  Here is the

21   email, in the third column from Ms. DiNunzio to Blaire and

22   Genie and Andrew and Chris and Scott, copying you.

23        Here she writes:  "Suzanne has returned to work

24   yesterday.  As you know, many system updates, in addition to

25   brand and organizational changes occurred while she was on

1   leave.  To ease her transition, I would like each of you to

2   help bring her up-to-date with a specific topic.  Suzanne will

3   reach out to coordinate and connect."

4             Then she goes through the various people and how they

5   are all going to bring you up to speed on the things you missed

6   while you are out, right?

7   A     Yes.

8   Q     Then she says, "Thank you for pitching in to make sure

9   that Suzanne has everything she needs to lead and coach her

10  team, Steph," right?

11  A     Yes.

12  Q     Now, you said you had difficulty accessing some of the

13  systems, but you had access to emails, right?

14  A     I had, yes.

15  Q     Ms. DiNunzio said that if you were having any difficulty

16  accessing the field coaching database, just send her an email

17  and describe the field coaching you had done, right?

18  A     We talked about it.  I did send her one coaching form, and

19  she told me, "Those don't count.  They don't matter to me

20  unless they are in the coaching app."

21  Q     Let's go to -- I'm going to skip through a whole bunch,

22  because we spent so much time with the other witnesses on this.

23  I am going to go to the appeal of the written warning, which we

24  didn't spend a whole lot of time on.

25            Exhibit 92.  So you appealed the written warning that

S. Ivie - X

1   you received, correct?

2   A    Yes.

3   Q    And AstraZeneca assigned an investigator to handle the

4   appeal, correct?

5   A    I didn't know that.

6   Q    Okay.  We will get to the interview with you in a second.

7   The investigator was Linda Abbonizio?

8   A    She was the one that we sent it to.

9   Q    Yes.  And you met with her, right, in connection with your

10  appeal, correct?

11  A    What do you mean I met with her?

12  Q    I don't know.  Meetings nowadays seem to be on a phone

13  call or Zoom or something.  I don't know if we were doing Zoom

14  back then.  But you had a conversation with her about the

15  appeal from the written warning, right?

16  A    I can't remember if it was a conversation or just sending

17  it via email.

18  Q    Well, Ms. Abbonizio has a summary here of the conversation

19  with you.  Let's see if that helps.  It was on June 3rd, 2019,

20  according to Ms. Abbonizio.  "EPP," which we've learned stands

21  for Employee Practices Partner -- I think that's

22  Ms. Abbonizio -- "spoke with Ms. Ivie re her appeal and her

23  perspective on the action to place her on the first written

24  warning.  Ivie alleges that she was unaware that her field

25  coaching days were 'out of sync with the rest of the team."

S. Ivie - X

1    You say that Ms. DiNunzio never had any discussions

2  with you about your field time, correct?

3  A    That's what it says in here.  But I don't think we talked.

4  Maybe we did.  But I sure don't remember this conversation.

5  Q    It would be pretty odd for her to make this whole thing

6  up, right?

7  A    Yeah.  I think it might have been a email.  I don't know.

8  Keep going.

9  Q    It says that you say to her -- according to this --

10  "Ms. DiNunzio never expressed any concerns about why you were

11  not in the field coaching your Boise reps," correct?

12  A    Yes.  There was additional conversation, right.

13  Q    But none of those statements are accurate, right?

14  A    Well, no, from what the questions you were -- there were

15  statements along with it.

16  Q    But these ones are, at least, inaccurate, right?  We have

17  gone over all the emails in which she tells you what you need

18  to be doing and how you are not doing it, right?  I am not

19  going to go through all of those again.

20  A    Okay.

21  Q    So continuing on with this exhibit, bottom of page 3 and

22  the top of page 4, you said that you provide distant coaching

23  and virtual coaching to the Boise reps.  Bottom of page 3.

24  Sorry.

25    So if you'd look at the very bottom of that page,

S. Ivie - X

1    "Ivie stated that she provides distant coaching to the Boise

2    reps."  You understood, right, that distant coaching is not

3    coaching with customer engagement, true?

4    A    Yes.

5    Q    It is not observing the reps as they deliver their

6    presentations to the physicians, correct?

7    A    Yes.

8             THE COURT:  Excuse me.  Do we need to break for our

9    three o'clock witness?

10            MS. RIECHERT:  Fine with me.

11            THE COURT:  Ms. Ivie, you may step down.  Thank you

12   very much.

13            I'm not sure how quickly we can get the three o'clock

14   witness up and rolling.

15            Jury members, do you need a break or keep going?

16            THE CLERK:  Judge, Pat has her ready actually.

17            THE COURT:  Are you guys okay?

18            Thank you, Pat.

19            As a reminder, ladies and gentlemen of the jury, you

20   should consider deposition testimony presented to you in court

21   in lieu of live testimony in the same way as if the witness

22   were actually here in the box present to testify.

23            MS. CHAMBERS:  Dr. Johnson, can you hear us?

24            THE WITNESS:  Yes, I can.

25            THE COURT:  We need to swear her in.

C. Johnson - D

1    MR. McCARTHY:  Your Honor, can I make one preliminary

2  request?  Can I request that you instruct the jury as to

3  whether this witness is being offered as an expert or not?

4    THE COURT:  Thank you.

5    What is this witness's name, Ms. Chambers?

6    MS. CHAMBERS:  Dr. Cheryl Johnson.

7    THE COURT:  Is she being offered as an expert?

8    MS. CHAMBERS:  No.

9    THE COURT:  Ladies and gentlemen of the jury, you may

10  consider her testimony as a lay witness, not an expert witness.

11    Thank you.

12    THE CLERK:  Ms. Johnson, this is the clerk.  Would

13  you raise your right hand, please.

14    (The witness was duly sworn and testified via video

15  conference.)

16    THE CLERK:  Thank you.  Please state your name and

17  spell your last name for the record.

18    THE WITNESS:  Dr. Cheryl Johnson.  J-O-H-N-S-O-N.

19    THE CLERK:  Thank you.

20                      DIRECT EXAMINATION

21  BY MS. CHAMBERS:

22  Q    Good afternoon, Dr. Johnson.  What type of medicine do you

23  practice?

24  A    Family practice.

25  Q    How many years have you been practicing?

C. Johnson - D

1  A    27.

2  Q    Approximately how many patients do you have?

3  A    I don't know.

4  Q    Is Suzanne Ivie one of your patients?

5  A    Yes, ma'am.

6  Q    Do you recall Suzanne Ivie specifically?

7  A    Yes, I do.

8  Q    Do you keep detailed and accurate notes on your patients?

9  A    Yes.

10 Q    I would like to show you Plaintiff's Exhibit 129, and I

11 believe I sent you a hard copy prior to today.  Do you have

12 that in front of you?  It should also come up on the screen.

13 A    I do have it.

14 Q    And if we could -- what is this document?

15 A    That's a progress note from an office visit on

16 October 18th, 2019.

17 Q    Okay.  And this document had several pages, right?  Is it

18 correct that this is the full medical record?

19 A    Yes.

20 Q    I would like to turn to page 12 of 24.  It should be --

21 yes, there we are.  Do you see that on the screen?

22 A    Yes, I do.

23 Q    And it has a visit date of March 1st, 2019; is that right?

24 A    Yes.

25 Q    And are these the notes of you or your staff?

C. Johnson - D

1    A    Yes.

2    Q    And based on these notes, why did Ms. Ivie come into your

3    office?

4    A    It says at the top for migraines, to discuss insomnia, her

5    cholesterol.

6    Q    Where it says "history of present illness" in the third

7    paragraph there, it says, "Anxiety and depression worse in the

8    last one to two months.  Multiple migraines daily.  Hard to

9    drive safely due to migraines with aura and emesis.  Hard to

10   look at a computer screen.  This has caused increased stress.

11   Anxiety and depression."

12              Do you see that?

13   A    Yes.

14   Q    And those are the notes from your office?

15   A    Yes.

16   Q    Okay.  And what does dysphoria mean?

17   A    Are you looking under the physical exam?

18   Q    Yes.

19   A    My statement?

20   Q    Yes.

21   A    Uneasy; unhappy.

22   Q    Got it.  Then it says, "Anxiety and depression worse in

23   the last two months."

24              Again, those are your notes?

25   A    Yes.

C. Johnson - D

1   Q   Okay.  Based on these medical records, did you diagnosis

2  Ms. Ivie with anxiety and depression, Dr. Johnson?

3   A   I'm looking at this.  Sorry.  I'm looking at the rest of

4  that office visit.  I wanted to make sure we are looking at the

5  right date.  I did start her on medications on those dates.

6   Q   Under "history of present illnesses," it also says, "Sees

7  pain specialist for migraines."

8         Do you see that?

9   A   Yes.

10   Q   So are you aware that she saw a specialist for her

11  migraines?

12   A   Yes, a neurologist.  And she was getting Botox injections,

13  where it says that on the line above.

14   Q   We can take this exhibit down.  Thank you.

15         Do you recall Ms. Ivie saying anything to you about

16  work?

17   A   I do.  I'm not sure if it was this visit or the follow-up

18  visit, but I do remember her mentioning work and stress at

19  work, not anything really more specific than that, and I didn't

20  write it in my note.  But I do recall her speaking about some

21  stress at work.

22   Q   Okay.  And do you recall if she talked to you about her

23  migraines worsening?

24   A   Yes.

25   Q   Okay.  And was this around the March 2019 time frame?

C. Johnson - X

1    A    Yes.

2    Q    All right.  Just again, the exhibit that we looked at,

3    129, that's an accurate copy of Ms. Ivie's medical records from

4    your office?

5    A    I'm sorry.  You said 1-29?

6    Q    No.  I'm sorry.  I'm referring to the Exhibit No. 129.

7    That's the number document you have there.  I want to confirm

8    that's an accurate record from the medical records from your

9    office?

10   A    Yes, it is.

11             MS. CHAMBERS:  Thank you.  No further questions.

12             MR. McCARTHY:  Briefly, Your Honor.  Can I have a

13   moment?  And can we switch the exhibit display, if possible?

14                         CROSS-EXAMINATION

15   BY MR. McCARTHY:

16   Q    Good afternoon, Dr. Johnson.  I'm Ryan McCarthy.  I'm one

17   of the lawyers for AstraZeneca.  How are you?

18   A    I'm doing okay.

19   Q    I want to bring you back to a portion of Plaintiff's

20   Exhibit 129, if I may.  I think it is that same March 1st,

21   2019, progress note.

22   A    Okay.

23   Q    I'll try to put it on the screen here.  This is the

24   exhibit that you looked at, or one of the pages that you looked

25   at with Ms. Chambers, correct?

1    A    It is not in focus on mine.

2    Q    I'll try to make it bigger.  Is that a little better?

3    A    That's a lot better.  Thank you.

4    Q    Did you testify a few minutes ago that you thought you

5    diagnosed Ms. Ivie with anxiety and depression during the

6    office visit on March 1st, 2019?

7    A    Yes.  I started her on medication, lamotrigine.

8    Q    Do you see where it says -- there is a section that says

9    "chief complaint"?

10   A    Yes.

11   Q    In your experience, what goes under that section of your

12   progress note?

13   A    The main thing that the patient first describes that they

14   are there for.

15   Q    And that lists migraines, lipids, insomnia, and diabetes?

16   A    Yes.

17   Q    And at least under there, there is nothing about anxiety

18   and depression?

19   A    Under the chief complaints, no.

20   Q    Under "past medical history," there is a list of disease

21   names and dates of onset?

22   A    Yes.

23   Q    Is anxiety and depression in there?

24   A    No.

25   Q    I want to show you -- I think this is page 14, if you are

C. Johnson - X

1  following along.  Around the middle of the page, there is a

2  section that says assessment?

3  A    Yes.

4  Q    What do you put in that section?

5  A    Those are some of the conditions that I am addressing in

6  the office visit.

7            THE COURT:  Ma'am, you broke up.  Could you repeat

8  that answer, please.

9            Dr. Johnson, can you hear us?

10           THE WITNESS:  I hear you.

11           THE COURT:  I'm sorry.  Ma'am, your last answer to

12  Mr. McCarthy broke up.  Could you repeat it, please.

13           THE WITNESS:  Those are some of the conditions that

14  I'm addressing in the office visit.

15           THE COURT:  Thank you.

16  BY MR. McCARTHY:

17  Q    Are those diagnosis codes there as well?

18  A    Yes.

19  Q    Is that a complete list of the diagnoses that you made on

20  that office visit?

21  A    Oh, I should have put anxiety on there.  I did start

22  her on medication for it.  That's what the lamotrigine is

23  for.

24  Q    The medical records, you would agree, don't reflect a

25  diagnosis of anxiety and depression at this office visit?

C. Johnson - X

1   A    It is not in the assessment.  However, I started her on

2   medication for it.  The next office visit was for a follow-up.

3            MR. McCARTHY:  Nothing further.

4            THE WITNESS:  But I get what you are saying.  The

5   word is not there.

6            THE COURT:  Thank you, Dr. Johnson.

7            Any redirect?

8            MR. OSWALD:  No.

9            THE COURT:  May this witness be excused?

10           MR. OSWALD:  Yes.

11           THE COURT:  Thank you.  I appreciate your time this

12  afternoon.

13           THE WITNESS:  Anything else?

14           THE COURT:  No.  You are finished with us.

15           Thank you.

16           (The court reporter requested a recess.)

17           THE COURT:  Let's take a fast break.  I want to thank

18  the jury.

19           (Recess.)

20           (Open court; jury present:)

21           THE COURT:  Swear the witness.

22           (The witness was duly sworn.)

23           THE CLERK:  Thank you.  Would you please state your

24  name for the record, spelling your last.

25           THE WITNESS:  Jenny Lee Capell:  C-A-P-E-L-L.

J. Capell - D

1                           DIRECT EXAMINATION

2     BY MS. CHAMBERS:

3     Q     Good afternoon, Ms. Capell.  Can you please introduce

4     yourself to the jury.

5     A     Yes.  My name is Jenny Capell.

6     Q     How do you know Suzanne?

7     A     Our boys play basketball together.

8     Q     When did you meet Suzanne?

9     A     2017.  Early 2017.

10    Q     And how old were your sons when they were playing

11    together?

12    A     Like 12, 13, 14.  They played for a few years.

13    Q     And how frequently would they play basketball together?

14    A     They were on the club team, and so they were playing games

15    two to three days a week with practices.  So I would see

16    Suzanne probably three or four days a week.

17    Q     Okay.  And so you would see her at practice sessions and

18    games?

19    A     Yes.

20    Q     So when you saw Suzanne at games, would you talk to her?

21    A     Yeah.  We would always sit by each other for the most

22    part.

23    Q     And how often did Suzanne attend games?

24    A     Usually all the games.  We both, I think, really enjoyed

25    watching basketball.

J. Capell - D

1   Q    And would she ever miss a game?

2   A    No, not usually.

3   Q    Did she ever talk to you about work?

4   A    No.

5   Q    And initially in this 2017 time frame, what was her

6   demeanor like when she would attend games?

7   A    Just cheery and chatty.  We would just chat about our boys

8   and sports.

9   Q    Would you generally talk throughout the game while you

10  were watching?

11  A    Yeah, we would.

12  Q    Did you start to notice a change at all?

13  A    I did, yeah.

14  Q    Around when was that?

15  A    Probably like -- maybe the end or last part of 2018.

16  Q    Okay.  And what did you see?

17  A    She quit coming to as many games.  And I just figured, she

18  quit coming to as many games.  When she would come, she didn't

19  sit by me as much and then sometimes she was leaving partway

20  through the games I noticed.

21  Q    When you say that she wasn't coming to as many games as

22  before, you were saying she was coming to every single

23  basketball game.  And when she was coming less, how frequently

24  would she come?

25  A    A game or two a week probably.

J. Capell - D

1   Q    When she was at games, you said before you would sit

2   together and talk throughout the games.  Towards the end of

3   2018 and into 2019, what was -- so she wouldn't sit by you as

4   much, right?

5   A    Yeah.

6   Q    And did you ever try to sit by her when she was coming to

7   the games less?

8   A    Yeah.  I would -- if I came in after her, I would always

9   probably go sit close to her, because we always had.

10  Q    During that time do you remember anything?

11  A    Yeah.  There was -- she was -- she would need Tums, which

12  was a new thing.  She was getting worked up over the games, and

13  the boys were -- they were just young games; they weren't

14  important games.  And so I teased her that she needed Tums,

15  because she was getting so upset about the games.

16  Q    Did you ever ask her if anything was wrong?

17  A    I did not.

18  Q    Why not?

19  A    I don't know.  I just didn't.

20  Q    Did you find the change in her behavior strange?

21  A    I mean, to be honest, all I did was notice it.  We never

22  hung out outside of basketball.  So I noticed the change, but

23  it didn't -- it was different than she had been.

24  Q    Okay.  And you previously described her as being cheerful

25  and kind of pleasant at the game.  Was she like that towards

S. Ivie - X

1    the end of 2018 and early 2019?

2    A    She just seemed off and stressed -- yeah.  It was

3    definitely different than what had been the year or

4    year-and-a-half before.

5           MS. CHAMBERS:  Thank you, Ms. Capell.  No further

6    questions.

7           MR. McCARTHY:  No questions.  Thank you.

8           THE COURT:  May this witness be excused?

9           MS. CHAMBERS:  Yes.

10          MR. McCARTHY:  Yes, Your Honor.

11          THE COURT:  You are excused.  I appreciate it.

12          MS. CHAMBERS:  Should Ms. Ivie go back on the stand?

13          Ms. Ivie, go ahead and come up and have a seat.  I

14   will remind you that you are under oath.

15          Thank you.  You may remove the mask.

16   BY MS. RIECHERT:

17   Q    Before the break, we were talking about the appeal of the

18   written warning and the notes from Linda Abbonizio with respect

19   to that appeal.  Then we were talking about the bottom of

20   page 3.  I think we finished that at the top of page 4.  Maybe

21   we should start at the bottom of page 3 so I can get the

22   context.

23          It goes on to state, "Ivie stated that she felt

24   blindsided by the written warning.  Ivie stated in her virtual

25   coaching she discusses pre-call planning with the reps and

S. Ivie - X

1   discussed communication and collaboration between the partners,

2   focuses on Engaging With Insight.  Ivie stated she does not

3   participate on calls virtually.  She talks to reps at the

4   beginning of the day and then at the end."

5          So "did not participate in calls virtually," meaning

6   that you don't virtually appear at the doctors' offices with

7   the rep?

8   A    Yes.

9   Q    And that was true, correct?

10  A    I do not.

11  Q    "She talks to the reps at the beginning of the day and

12  then at the end.  Ivie stated that she admitted to being out of

13  whack with her field coaching time but did not realize it was

14  an issue or that it would lead to a written warning.  Ivie

15  stated that she thought she was doing the best for her region's

16  business by focusing on being prudent with travel budget.  Ivie

17  stated she feels the written warning came about because of her

18  complaints regarding her CBD raised in December 2018 and feels

19  retaliated against for raising concerns.  Ivie stated her

20  expectation is to have the written warning rescinded."

21         Then EPP reminds you of the process.

22         Let's go to Exhibit 143.  So looking at Exhibit 143,

23  is this a copy of the letter you received on June 12th, 2019?

24  It is from Linda Abbonizio, I think -- maybe it was from

25  someone else -- with the results of the written warning?

1   A    Yes.

2   Q    Do you remember receiving this?

3   A    Yes.

4   Q    It states that:  "Ms. Abbonizio reviewed the relevant

5   documents, including the additional documentation you provided

6   on June 4th.  In addition to reviewing the case management

7   file, she spoke with your district manager, Stephani DiNunzio,

8   on June 5th.  The outcome of the appeal review determined that

9   you were not fully meeting your duties as a district sales

10  manager, based on the number of field coaching days available

11  versus actual field coaching days conducted as well as the

12  discrepancies between field coaching reports recorded and

13  travel expenses to reflect respective field coaching reports.

14          "Due to the concerns of not fully meeting the

15  expectations of your role, the process to place you on a first

16  written warning was appropriately followed by employment

17  practices and is consistent with AstraZeneca practice.

18          "Therefore, based on the circumstances, I am

19  upholding the decision of the first written warning.  This

20  decision is considered final in terms of our appeal process.

21          "Ms. Ivie, I appreciate this may not be the response

22  you were seeking; however, we appreciate the opportunity have

23  you provided employment practices to objectively review the

24  matter on your behalf.

25          "Thank you."

S. Ivie - X

1          Now, let's switch subjects and talk about emotional

2    distress.  As I think your doctor just -- your friend, Jenny,

3    just testified, you started acting differently towards the end

4    of 2018, right?

5    A    Yes.

6    Q    And you first started experiencing symptoms of anxiety and

7    depression in like September or October of 2018, correct?

8    A    Yes.

9    Q    It was at that time that you were not meeting your

10   numbers, and the performance of your team was suffering,

11   correct?

12   A    Yes.  And other things, yes.

13   Q    This was a stressful time for you, because you were having

14   a bad second half of the year, right?

15   A    I've had bad second halfs before.

16   Q    But this was one was a bad second half of the year, right?

17   A    Yes.

18   Q    And you saw the numbers every month?

19   A    Yes.

20   Q    And they weren't good, right?

21   A    Right.

22   Q    So you would agree it's not surprising that you were

23   stressed at that time, correct?

24   A    For 19 years, I have had up and downs, and I never had

25   this type of up and down.

S. Ivie - X

1   Q    But you would agree that the problems you were facing in

2   2018 towards the end with the numbers and everything, that that

3   would be stressful, right?

4   A    I wouldn't relate it off the numbers.

5   Q    But at least part of it?

6   A    A little part.

7   Q    Okay.  And that was before you made the hotline complaint

8   in December 2019, right -- '18?  Sorry.

9   A    I'm sorry?  Repeat that.

10  Q    The fact that you were having the symptoms of anxiety and

11  depression, that was before you made your hotline complaint in

12  December of 2018, right?

13  A    Yes.  Things were escalating.

14  Q    Before you made your complaints to human resources in

15  2019, right, the ones Ms. Belknap and Ms. Ceaser talked about,

16  correct?

17  A    Was I having depression and anxiety before that?

18  Q    Yeah, before that.

19  A    Yes.

20  Q    And before Ms. DiNunzio knew about any of your complaints,

21  right, the complaints that you made on the ethics line?

22  A    On the ethics line?  The December one or August?

23  Q    The December one was the only one you made on the ethics

24  line.

25  A    Does DiNunzio know I had the depression and anxiety there?

S. Ivie - X

1  Q     You had the depression and anxiety before she knew you

2  made the ethics complaint about her?

3  A     Yes.

4  Q     And so you were having the anxiety before any retaliation

5  could have started, with respect to the ethics you filed in

6  December and the leave of absence and the complaints that you

7  filed in April and May, right?

8  A     Everything was escalating, yeah.

9  Q     So after you were let go from AstraZeneca, you looked for

10 another job, right?

11 A     Yes.

12 Q     And in connection with some of these other jobs, you had

13 to fill out an employment application; is that correct?

14 A     Yes.

15 Q     And these employment applications sometimes asked you why

16 you left your prior job, right?

17 A     Yes.

18 Q     And they sometimes asked you if you had been fired by a

19 prior employer?

20 A     Yes.

21 Q     And if they had asked you if you had been fired, you said

22 no, right?

23 A     Yes.

24 Q     Even though that wasn't true?

25 A     Yes.

S. Ivie - X

1   Q    And you figured you could get in and kind of explain the

2   situation?

3   A    Yes.

4   Q    And in your job interviews you would sometimes tell

5   employers that you left the company to pursue other options; is

6   that correct?

7   A    Yes.

8   Q    Now, you talked -- and your expert is going to talk about

9   the fact that you hoped to be promoted?

10  A    I'm sorry?  Who is talking?

11  Q    Your expert.

12  A    Oh, expert.  I'm sorry.

13  Q    What were you hoping to be promoted to?

14  A    In this company or when I was looking for a job?

15  Q    At AstraZeneca.  Sorry.  I switched topics.

16  A    Training and development.  That was kind of, I guess, my

17  niche; also in compliance too.  I was kind of looking at that

18  path too.  But training and development was really my true

19  passion.  I loved that.

20  Q    And what training and development job would you be looking

21  to get?

22  A    The CL&D that we referred to, training and development --

23  even like the new higher training and development/DSM

24  leadership.  There's a whole lot of different paths.

25  Q    Did you know if those jobs were promotions as opposed to

S. Ivie - X

1   lateral transfers?

2   A     Yes, they are.

3   Q     What level job were you looking at?

4   A     Level?  I don't know the level.

5   Q     How did you know they were promotions?

6   A     Oh, they're leadership positions.  It is more of a

7   national range, so they're promotions.

8   Q     It was because it was a national as opposed to a --

9   A     No, they are promotions.  When you are getting another

10  job, and you are moving up in the company, those are called

11  promotions.

12  Q     Right.  I'm trying to find out why you thought these jobs

13  were promotions that you would be moving up as apposed to

14  moving across?

15  A     Most of them are DSMs.  They get promoted up there and

16  then go into -- well, DSMs can also go into branding and

17  marketing.

18  Q     So you don't actually know that they were promotions,

19  right?

20  A     They were promotions.  When you go and interview, and you

21  are going up in the company, that would be considered a

22  promotion.

23  Q     If you were going up as opposed if you were going lateral.

24  A     What is your question?

25  Q     I'm trying to understand why you thought it was a

S. Ivie - X

1  promotion.

2  A    Because that's how we refer to it.  When I'm getting

3  promoted, nobody says, "Oh, they are moving to a lateral

4  position to start training all new PSSs."  It is a promotion.

5  Q    That's what people told you?

6  A    That's what we say when people announce they are moving to

7  a higher level.

8  Q    But you don't know it is a higher level, right?  You just

9  heard the word "promotion."

10 A    It is a higher level going to do that.

11 Q    Did you know that those jobs were in Delaware?

12 A    Yes.  But most of them are remote.

13 Q    And that was before COVID?

14 A    Yes.

15 Q    Who did you know that was working remotely?

16 A    I think it was Kevin and -- we were trained on different

17 products, and they were doing Zoom calls before COVID.  They

18 would be out of their homes, and we would be doing our Zoom

19 calls and training and different things like that.

20 Q    Do you know where they were working?

21 A    I can't remember.  They are just all over the country.

22 There was a main division up in Delaware, but I'm thinking they

23 even closed that.  Some of it is -- I mean, it is remote-based.

24 They pretty much closed the entire plant in Delaware.

25 Q    There was testimony earlier about you being in a bathroom

1  off a lobby in a hotel.  Where was that?

2  A    It was in a hotel in downtown.

3  Q    Downtown --

4  A    Salt Lake City.

5  Q    And with respect to the "wrinkles" comment or "lack of

6  wrinkles" comment that was made, I think you said that was in

7  April of 2018.  Was that when you were interviewing somebody

8  for a job or something?

9  A    Yes.  It was the March/April time frame.

10  Q    Where was that located?

11  A    Little America Hotel.

12  Q    What is it called?

13  A    Little America in Salt Lake.

14  Q    You said you had had a call with Ms. DiNunzio

15  and Ms. Broussard about these insights in August of 2018.

16        Do you remember that?

17  A    Yes.

18  Q    And were you in your home office then?

19  A    Yes.

20  Q    You said you went to visit -- on a visit with

21  Mr. Griffith, and he talked about DALIRESP.  You said he wasn't

22  qualified to do that, because he hadn't been trained on that.

23        Do you remember that?

24  A    I didn't say that.

25  Q    I thought there was something you went on -- sorry.  That

S. Ivie - X

1    was Linda.  Sorry.  I am getting my witnesses mixed up.

2              When you went to district meetings, where were they

3    located?

4    A    Salt Lake, Sandy.  I think there was one in Beaver.

5    Q    Those were all in Utah?

6    A    Yes.  I don't think we had any in Boise or Oregon or

7    anything.

8    Q    And then you said you had a meeting with Ms. Belknap and

9    Ms. DiNunzio in February of 2018 -- February of 2019.  Were you

10   in your home office then?

11   A    I was.

12   Q    And then when you were on your termination -- when you

13   were notified you were being terminated by Mr. Gray and

14   Dawn Ceaser, were you in your home office?

15   A    Yes.

16   Q    You said there was a call on May 3rd with Ms. Belknap and

17   Ms. Ceaser.  We talked about that.  Were you in your home

18   office then?

19   A    Yes.  Most of the HR calls, I was not about ready to do it

20   in the field.  It is very uncomfortable.

21             MS. RIECHERT:  No further questions.

22             THE COURT:  Redirect.

23             MS. CHAMBERS:  Thank you.

24

25

S. Ivie - ReD

REDIRECT EXAMINATION

BY MS. CHAMBERS:

Q    So you were asked about the Benatar nickname for some
time, and we saw some text messages in January 2018, right?

A    Yeah.

Q    And it seems like you really liked the text messages --
sorry -- the nickname.  Why did you send those text messages?

A    She was new to her role, and I wasn't going to rock the
boat with a new manager.  I think it was just going to be that
one thing.  I didn't want to rock the boat.

Q    And how long were you called "Benatar" by Stephani?

A    Well, this was in January when this first came about.
Then she mentioned something in March.  It was periodic, here
and there.  Then in September, she presented me with a water
bottle that said "Benatar" at a district meeting and then, I
guess, in January.

Q    And so there was also some talk about the Boise, Idaho,
team.  That team was struggling performance-wise, right?

A    It had performance issues, but the bigger issue was
teaming.

Q    What do you mean by "teaming"?  What does that mean?

A    I had a full-time rep and then a flex-time rep is what we
call it.  They weren't communicating at all.  The full-time
representative told the part-time representative, I guess, some
lies.  So she didn't believe him.  He was continuing on, saying

S. Ivie - ReD

1    that he was doing something, and he didn't do it.  So she got

2    very upset, and they stopped communicating.  And in the

3    territory, they've got to have high communication, because they

4    are working together with lunches, just the routing, having a

5    discussion about physicians.  If a physician needs something,

6    the other one comes in and helps.  And they weren't doing it.

7    They were like their own little silos.

8            So I talked with her, and I said, "We have got to

9    resolve this.  We have got to play nice in the sand box."  So I

10   was watching them very carefully, because it was really

11   disruptive to the territory, to performance.  Nobody knew what

12   either one of them was doing.  So they had to have that

13   communication.  So I was following them very closely, and I

14   would bring them together on calls so they could talk about

15   their performance, where they're routing, and so I watched them

16   very carefully that way.

17   Q    To confirm, the issue with your PSSs in Idaho was not with

18   their interactions with the doctors but rather kind of --

19   rather inner-team?

20   A    It was total inner-team issues.

21   Q    And then there was a mention of the increase of field

22   coaching days from 150 to 160 and that that change occurred

23   across the board for everyone, right?

24   A    Yes.

25   Q    But you were the only person that was required to do

S. Ivie - ReD

1  100 percent in the field training when you returned from

2  medical leave, right?

3  A    Yes.

4  Q    And then we've talked about the 80/20 rule.  So in your 19

5  years, you came to talk and know other DSMs?

6  A    Yes.

7  Q    Did anyone ever talk about the 80/20 split as a rule or

8  requirement for coaching?

9  A    No.

10  Q    Do you know of anyone who was disciplined -- and this has

11  been your 19 years at AstraZeneca -- for not meeting about the

12  80/20 split?

13  A    No.

14  Q    And then Ms. Riechert asked you a little bit about

15  emotional distress, and we also heard some earlier testimony

16  from Ms. Belknap about what she thinks of employees who go on

17  medical leave.  And we've also talked to your doctor.  During

18  that early 2018 time frame, did you go to the emergency room?

19  A    Yes.

20  Q    And what was that for?

21  A    It was for -- I believe it is called cluster migraines.

22  It would be one and then it would be another one and then

23  another one and another one, and I couldn't get out of the

24  cycle of it.

25  Q    And had you ever gone to the emergency room for your

1   migraines?

2   A     Not for that.

3   Q     And did your husband write a letter to your doctor about

4   your migraines?

5             MR. McCARTHY:  Objection.  Hearsay.

6             THE COURT:  Is your mic on?

7             MR. McCARTHY:  It may be a premature objection.  I'm

8   objecting to hearsay.  I think Your Honor recalls the prior

9   discussion.  I don't know how the witness is going to answer

10  the question.  Just out of caution, we are objecting to

11  hearsay.

12  BY MS. CHAMBERS:

13  Q     I am asking if you are aware that your husband wrote a

14  letter to one of your doctors?

15  A     Yes.

16  Q     Finally, do you feel that you were being asked to put

17  profits over people?

18  A     Yes.

19  Q     Do you think that's why you were terminated?

20  A     Yeah.

21            MS. CHAMBERS:  Thank you.  No further questions.

22            THE COURT:  Any recross?

23            MS. RIECHERT:  A couple.  Never trust a lawyer who

24  says they have a couple of questions.

25

S. Ivie - ReX

RECROSS-EXAMINATION

BY MS. RIECHERT:

Q    The 80/20 rule only came into effect in 2017, correct?

A    I believe so.  I had coaching days, and those were not
specified by customer -- by customer engagement.

Q    So it is not really surprising that in your 19-year career
that you didn't hear of other people being disciplined for
violating it, right?

A    It goes through -- it goes through the sales force.  There
are some rumors.

Q    But you didn't hear any rumors about anybody being
disciplined.  But you wouldn't know if somebody was
disciplined --

A    Sure.  They would not contact me.

Q    With respect to the migraines, you started having
migraines in 2012, right?

A    Yes.

Q    And you have been on migraine medication since 2012?

A    Yes.

        MS. RIECHERT:  No further questions.

        THE COURT:  Thank you.

        May this witness be excused?

        MS. CHAMBERS:  Yes, please.  We would like to call
our next witness.

        THE COURT:  Thank you, Ms. Ivie.

J. Gibb - D

1        MR. OSWALD:  We would like to call Ms. Judy Gibb.

2        THE COURT:  Ms. Gibb, if you would hold on for one

3   second.

4        Thank you.

5        Ms. Gibb, please step forward and prepare to be

6   sworn.  You can step up into the box, and you may remove your

7   mask if you are comfortable.

8        (The witness was duly sworn.)

9        THE CLERK:  Thank you.  Would you please state your

10  name for the record, spelling your last.

11       THE WITNESS:  Judy Gibb. G-I-B-B.

12                    DIRECT EXAMINATION

13  BY MS. CHAMBERS:

14  Q    Good afternoon, Judy.  Can you please tell us what you do

15  and introduce yourself to the jury.

16  A    My name is Judy Gibb.  And I have my own company.  I am a

17  security consultant, so I design and project manage

18  multi-platform network security systems for big companies.

19  Q    How do you know Suzanne Ivie?

20  A    Sue and I went to college together.

21  Q    Did you all live together?

22  A    We did.

23  Q    So how long have you known her?

24  A    I have known Suzie 30-some-odd years.  I am dating myself.

25  Sorry.

1    Q    So how often do you see or speak with her?

2    A    Well, normally we try to get together as a group.  There

3    is five of us; sometimes six.  But there is a group of five of

4    us that went to college.  We try to have girls' weekends.  But

5    life is busy.  We have kids and families and jobs.  We used to

6    do it every year.  Then it went to every other year.  But the

7    last time we got together was 2019.  We have a group text that

8    is ongoing -- birthdays, Mother's Days, holidays and whatever.

9    We call and text each other when we have time.  But I have not

10   seen Suzie since 2019.

11   Q    How would you describe Suzanne?

12   A    As a person, she is one of my best friends.  She is

13   amazing.  I would probably describe her as a driven

14   professional.  She loves her job.  She loves her family.  She

15   loves her church.  She does everything.  She does it all.

16   Q    And what do you know about Suzanne's career?  What would

17   she tell you?

18              MR. McCARTHY:  Objection.  Hearsay.

19              THE COURT:  Sustained.

20              Move on, please.

21   BY MS. CHAMBERS:

22   Q    You said she was very driven?

23   A    Yes.

24   Q    Can you explain that more.

25   A    She has always been very career-minded.  She was one of

J. Gibb - D

1   the first of us to start her career as a sales or -- a

2   pharmaceutical rep.  I never really asked specifically what her

3   "rep" was, but she was always very work-oriented.  She traveled

4   a lot and was always very happy about what she did.

5   Q    So you talked about girls' trips and the last time you saw

6   Suzanne was 2019; is that right?

7   A    That's correct.

8   Q    Was there a girls' trip in 2019?

9   A    Yes.

10  Q    And where was this?

11  A    This was at actually in Utah, and we usually stay at Sue's

12  house, because she has the biggest house to fit us all.

13  Q    What did you see -- what did you personally observe about

14  her behavior during that trip?

15  A    Sue had a lot more migraines.  She used to get them every

16  once in a while, but it seemed like the whole time we were

17  there she was quiet.  She was somewhat withdrawn.  She didn't

18  stay with us up late like we normally do.  We all like to sit

19  on the floor and hang out and talk and stay up really late,

20  because we want to reconnect.  We haven't seen each other for a

21  while.  She went to bed early.  She didn't eat that much, and

22  she just seemed kind of distracted.

23  Q    And so is this different from how she is?

24  A    Oh, definitely different.

25  Q    What is she normally like during the girls' trips?

J. Gibb - D

1   A    Very engaged, always laughing, always bubbly, cooking for

2   us, making plans.  She is usually in the forefront of what we

3   are going to do for the time that we are there.

4   Q    And after 2019 -- after the girls' trip, how was she in

5   terms of keeping in touch with you?

6   A    I would say she was on a group chat but more "surfacey,"

7   if that's a word.  Maybe like a part to a comment or maybe a

8   happy birthday or a smiley face, very little actual wording,

9   you know -- like how is it going; how are you -- but nothing

10  further.

11  Q    And did you ever find out -- did you ever learn that

12  Suzanne was actually terminated from AstraZeneca?

13  A    I did.  One of the --

14          MR. McCARTHY:  Objection.  Hearsay.

15          MS. CHAMBERS:  I'm asking if she learned.

16          MR. McCARTHY:  She was starting to answer more than

17  that.

18          THE COURT:  Rephrase, please.

19  BY MS. CHAMBERS:

20  Q    At some point did you know that Suzanne was terminated

21  from AstraZeneca?

22  A    I did at some point, yes.

23  Q    What was your reaction to that when you learned that?

24  A    Very surprised.

25  Q    Why?

1   A    Because she loved her job; always has.

2   Q    Did you ever think that she would be terminated from her

3   job?

4   A    No.

5   Q    Tell me why.

6   A    Because Sue is one of the hardest workers I know.  She is

7   always working.  She loved it.

8            MS. CHAMBERS:  No further questions.  Thank you.

9            THE COURT:  Thank you.

10           Cross.

11           MR. McCARTHY:  No questions.

12           Thank you.

13           THE COURT:  May this witness be excused?

14           MS. CHAMBERS:  Yes.

15           THE COURT:  Thank you, ma'am.  You may step down.

16           Call your next witness.

17           MS. CHAMBERS:  Yes.  Dawn Benson.

18           THE COURT:  Ma'am, give us one second, please.

19           THE WITNESS:  Sure.

20           THE COURT:  Thank you.  Okay.

21           Raise your right hand to be sworn.

22           (The witness was duly sworn.)

23           THE CLERK:  Thank you.  Would you please state your

24  name for the record, spelling your last.

25           THE WITNESS:  Sure.  My full legal name is

D. Benson - D

1  Laura Dawn Benson.  B-E-N-S-O-N.  I go by Dawn.

2          THE COURT:  Scoot up and use the mic.

3          THE WITNESS:  Sure.

4                   DIRECT EXAMINATION

5  BY MS. CHAMBERS:

6  Q    Good afternoon, Dawn.  Can you please introduce yourself

7  to the jury and what you do.

8  A    Sure.  My name is Dawn Benson.  I am a licensed clinical

9  social worker.  I do mental health therapy.  Currently the

10 population I work with is the junior high school kids.

11 Q    How do you know Suzanne Ivie?

12 A    Suzanne and I met -- I am going to age myself -- but

13 during freshman year 35 years ago, and we lived in the same

14 dorms.  We lived on the same floor and became best friends.

15 Q    And so how often do you see or speak to Suzanne?

16 A    Suzanne and I have never fallen out of touch in the 35

17 years we have known each other.  As kind of long-term life-long

18 friendships go, you go through periods of time when you might

19 not talk for a few months, because you're busy.  I have always

20 stayed in touch and in close contact with her.  It is through

21 phone calls, text messaging, seeing each other, spending time

22 together.  Our friendship has been really consistent for this

23 entire time.

24 Q    How would you describe Suzanne?

25 A    I mean, Suzanne is one of the most amazing people I know.

D. Benson - D

1    We became fast friends.  She is so -- she an amazing person.

2    She is organized.  She is detail-oriented.  She is a planner.

3    She is nurturing.  She takes care of people.  She is kind of

4    one of those people that can do it all and juggle it all.  She

5    has always been an amazing career woman, an amazing mom, and an

6    amazing friend.  She just kind of seems a little bit super

7    human, because she can manage it all, and she has kind of

8    excelled.  I would say she has always excelled at everything

9    she has done -- in college, in her career, as being a mom, as

10   being a member of the community, as being a friend.

11          There is a group of us from college, and she has

12   always been "the mom" of the group.  She is the person that

13   always just looks after everybody and takes care of everybody.

14   She is a great support and a great friend and always there

15   whenever you need her.

16   Q    Do you remember when Suzanne got her job at AstraZeneca?

17   A    You know, I'm not sure if I remember the exact year.  I've

18   just always been -- Suzanne is that person that has known

19   always what she wanted to do and started doing it right out of

20   college.  I don't remember the exact year.  I know she had

21   worked for another company.  I do remember when she made a job

22   change to AstraZeneca, and she was very excited about it and

23   felt like it was a good move.

24          MR. McCARTHY:  Objection.  Hearsay.

25          THE COURT:  Sustained.  Move on, please.

D. Benson - D

1    BY MS. CHAMBERS:

2    Q    So it seems like you've kept in touch with Ms. Ivie --

3    with Suzanne during her career at AstraZeneca.  Was there a

4    time that she seemed different to you than the normal Suzanne?

5    A    Yes.  Certainly -- let me make sure I understand what you

6    are saying.  We had seen Suzanne.  We kind of had like a girls'

7    reunion weekend.  We do that.  We have a group of friends from

8    college and every -- I don't know -- several years we get

9    together.  It was one of those weekends.  It was in July of

10   2019 and this time -- this time, we all got together at

11   Suzanne's house.  I live in Utah, but our other friends came

12   from California and Idaho, and that's, at least face-to-face,

13   when she -- everything seemed very different that weekend.  She

14   was just -- I don't know how much detail you want.  She was

15   very different.  She was very distracted.  We could tell

16   something was wrong.  Very not engaged.  Very down.  Very --

17   not really engaging and participating with the group like she

18   usually did.  You know, college girl friends, no matter how old

19   you are, you stay up late and talk and laugh.  She wasn't

20   engaging in that.  We would ask but she was -- I think she was

21   trying to make us feel comfortable, but we could definitely

22   tell that something was very different.

23   Q    Okay.  And I think you touched on a lot of her behavior

24   that you observed.  What did you witness about her, like her

25   energy level or her sleeping?

D. Benson - D

1   A    Sure.  Completely different.  So energy level, like really

2   low energy.  We would go for walks, and we would have talks,

3   and you could tell she was really not present, like very

4   distracted.  Her mind was elsewhere.  Again, typically she

5   would stay up late with us and talk and she didn't.  She would

6   go to bed early.  We went to a movie that weekend.  She

7   fell asleep in the movie.  It was a completely different

8   experience.

9   Q    Thank you.  That's helpful.

10        And after the girls' trip -- so that's in

11  July 2019 -- is there anything -- you said you kind of keep in

12  touch here and there.  Was there anything that you noticed

13  about how she was keeping in touch or communicating with you?

14  A    Definitely not -- she was not the one initiating contact

15  ever.  She would -- we have a group text and she would not --

16  we have a group text.  It's funny banter back and forth.  Then

17  we tell each other about each other's lives.  Her responses, if

18  she responded at all, were very "surfacey," not really giving a

19  lot of information what was going on in her life, not really

20  other than almost just being polite, which is not -- Suzanne is

21  a polite person, but with a life-long relationship you're

22  always kind of rubbing each other and just engaging more, and

23  none of that happened after that weekend.

24  Q    And then at some point you learned that Suzanne was

25  terminated from AstraZeneca, right?

D. Benson - D

1    A    Yes.

2    Q    What was your reaction to learning that?

3    A    I could not have been more shocked.  Suzanne is not

4    someone that you would ever imagine would be terminated from a

5    job.

6              MR. McCARTHY:  I object to that character evidence.

7    There was a lot before, Your Honor.  I was going to object.

8    But under Rule 404, the continued character evidence.

9              THE COURT:  Move on, please.

10             MS. CHAMBERS:  May I ask about -- I was talking about

11   her reaction.

12             THE COURT:  I didn't catch that.

13             MS. CHAMBERS:  May I ask her about her reaction to

14   the termination?

15             THE COURT:  Her reaction?  Yes.

16   BY MS. CHAMBERS:

17   Q    Dawn, focus on how you reacted to the termination.

18   A    Yeah.  It was not something that I would ever have ever

19   expected about Suzanne.  My experience of Suzanne is that she,

20   again, has excelled at everything.  She is --

21             MR. McCARTHY:  Judge, apologies.  Same objection.

22             THE COURT:  Okay.

23   BY MS. CHAMBERS:

24   Q    Let's move on here.  You talked a little bit about 2019.

25   What have you observed from 2019 to the present in terms of

D. Benson - X

1    what you've seen of Suzanne in terms of her behavior, how she

2    is to you as a friend versus how she was in the past?

3    A    Well, it has completely shifted.  She is really shut down.

4    She is really withdrawn from us.  She hasn't been able to spend

5    time.  I mean, we live in the same state, and so of all the

6    friends, we would be the ones that would get together and spend

7    time together, but she has been very withdrawn and very shut

8    down and really closed off.  And it was completely out of

9    character.  Like I said, she has always been the person who

10   took care of us.

11              MR. McCARTHY:  Objection, Your Honor.

12              THE COURT:  Sustained.

13              MS. CHAMBERS:  Thank you, Dawn.  I don't have any

14   further questions.

15              Thank you.

16              THE COURT:  Thank you.  Cross-examination.

17                        CROSS-EXAMINATION

18   BY MR. McCARTHY:

19   Q    Good afternoon, ma'am.  Just two questions.  Am I correct

20   that you never worked with Ms. Ivie?

21   A    No.

22   Q    And you testified a bit about her energy levels.  Do you

23   recall that?

24   A    Uh-huh.

25   Q    Do you have any knowledge as to whether Ms. Ivie was

1   taking any prescription medications that might have affected

2   her energy level?

3   A     Do I have knowledge if she was?

4   Q     Yes.

5   A     I don't have knowledge if she was.

6              MR. McCARTHY:  Thank you.  Nothing further.

7              THE COURT:  May this witness be excused?

8              MS. CHAMBERS:  Yes.  Thank you.

9              THE COURT:  Thank you, ma'am.  I appreciate your

10  time.

11             THE WITNESS:  Thank you.

12             THE COURT:  Next witness.

13             MS. CHAMBERS:  Yes.  Mr. Scott Sevart.

14             THE COURT:  Sir, if you could hold right there for a

15  moment, please.

16             Thank you, sir.  Step forward and raise your right

17  hand to be sworn.

18             (The witness was duly sworn.)

19             THE CLERK:  Thank you.  Please be seated.  Would you

20  please state your name for the record, spelling your last.

21             THE WITNESS:  Scott Sevart.  S-E-V-A-R-T.

22             THE CLERK:  Thank you.

23

24

25

S. Sevart - D

1                          DIRECT EXAMINATION

2      BY MS. CHAMBERS:

3      Q      Good afternoon, Mr. Sevart.  Can you introduce yourself to

4      the jury and tell them what you do.

5      A      Yes.  I am a vocational rehabilitation consultant.  For

6      over 22 years, I have helped people to seek work.  I work in

7      the D.C. metro area.

8      Q      Okay.  Can you explain to us, what does a vocational

9      rehabilitation expert do?

10     A      Primarily for the first 15 or 16 years of my career, I

11     helped people on workers' compensation seek new jobs, and so

12     these people had disabilities, physical and cognitive.  Then in

13     the last five years, I've transitioned into doing this type of

14     work where I help people who have other types of impairments in

15     seeking new employment.

16     Q      Okay.  And are you a certified vocational rehabilitation

17     expert?

18     A      Yes.  It is a national certification.

19     Q      And in terms of your duties as a vocational rehabilitation

20     expert, if a client comes to you, what are you doing?

21     A      First, what I do, I interview the individual.  I also

22     review medical records, if there are medical records.  I review

23     their resume.  I review their educational history, their work

24     history, salary history, any training and certifications that

25     they have, and I use that information to determine their

1   employability and earning capacity.

2   Q    So I just want to talk about your educational background

3   briefly.  Can you describe your educational history, any

4   undergraduate master's or post-master's degrees?

5   A    Sure.  I have a bachelor of arts in political science.  I

6   have a master's in government.  I have 18 credit hours of

7   rehabilitation counseling.  That is what allowed me to sit for

8   the National Certified Rehabilitation Counselor Exam.  I am

9   also a diplomate with the American Board of Vocational Experts,

10  which is an exam-based designation.  I am a member of the

11  International Association of Rehabilitation Professionals.  And

12  lastly, I am a certified life-care planner, which is also a

13  test-based designation.

14  Q    And were you paid for your time speaking with Ms. Ivie?

15  A    Yes.

16  Q    And for your time in preparing your report?

17  A    Yes.

18  Q    And for your time today?

19  A    Yes.  I will bill for that.

20  Q    Okay.  Does the fact that you were paid for your time

21  alter your testimony in any way?

22  A    No.

23  Q    What's your professional hourly rate?

24  A    $350 an hour.

25  Q    And how many hours did you spend on this case?

1   A    As of June 15th, 27 and a half.

2   Q    And have you testified on behalf of other individuals in

3   an expert witness capacity?

4   A    Yes.

5   Q    And how many times have you testified?

6   A    In the past four years I have testified 21 times; eight in

7   Workers' Comp cases and 13 in other cases like this.

8   Q    Were those cases in both state and federal court?

9   A    Yes.  I have testified in federal court, the Federal

10  District Court, Eastern District of Virginia; also the State of

11  New York, Maryland, Virginia, and the District of Columbia.

12  Q    Have you ever testified in the District of Oregon?

13  A    No.

14  Q    Were you qualified as an expert in these previous cases?

15  A    Yes, I was.

16  Q    Were you ever denied or not qualified as an expert?

17  A    No.

18  Q    Have you previously testified for clients of the

19  Employment Law Group?

20  A    Yes, I have.

21  Q    Does that factual alter your opinions in this case in any

22  way?

23  A    No.

24       MS. CHAMBERS:  Judge, I would like to tender

25  Mr. Scott Sevart in the field of vocational counseling and

S. Sevart - D

1  vocational rehab.

2            THE COURT:  Thank you.

3            MS. TALCOTT:  No objection.

4            THE COURT:  Thank you.

5  BY MS. CHAMBERS:

6  Q    So I want to turn now to the bases of your opinion.  What

7  were you asked to do in this case relating to Ms. Ivie's job

8  search efforts?

9  A    I was asked to evaluate her efforts, look at the types of

10  jobs she applied to, and the feedback she got.

11  Q    Did you interview Ms. Ivie prior to preparing a report?

12  A    Yes.  I interviewed her in 2019.  I interviewed her five

13  times -- once in January of 2020 and five times in February of

14  2020.  I also interviewed her four times in February of 2021

15  and June 11th of this year.

16  Q    During the interview did you ask about her employment

17  history?

18  A    Yes.

19  Q    Her educational history?

20  A    Yes.

21  Q    Her certifications, courses, and training?

22  A    Yes.

23  Q    Did you review any documents in addition to speaking with

24  Ms. Ivie?

25  A    Yes.  I reviewed her resume.  I reviewed her complaint.  I

S. Sevart - D

1    reviewed her W-2s.  I reviewed her company benefits from

2    AstraZeneca.  I reviewed, again, her job search efforts.

3    Q    Okay.  Can you walk us through the process by which you

4    made your assessment?

5    A    Well, I listened to the feedback that she got from her job

6    search, and based on that, I calculated -- I estimated what I

7    thought she would be able to earn in a future position.

8    Q    What factors did you consider in making your assessment?

9    A    Well, again, I considered her work history, her education,

10   experience, the types of jobs she held.  Her job search was

11   very important in that she had two excellent interviews with --

12           MS. TALCOTT:  Objection.  Hearsay.

13           THE COURT:  Ms. Chambers.

14           MS. CHAMBERS:  Hearsay doesn't apply to an expert.

15           MS. TALCOTT:  It certainly does, Your Honor, if he is

16   relying on out-of-court statements.

17           THE COURT:  What are you relying on, sir, to answer

18   the question?

19           THE WITNESS:  I'm relying on my interview with

20   Ms. Ivie.

21           THE COURT:  Overruled.

22   BY MS. CHAMBERS:

23   Q    Let me go back to that question.  Sorry.  I was asking,

24   what factors did you consider in making your assessment?

25   A    Well, she had two interviews early after her dismissal;

1    one with Amarin and one with Regeneron.  They said she was head

2    and shoulders above the rest of the candidates.  They discussed

3    salary and benefits to make sure.

4             MS. TALCOTT:  Your Honor, objection.  That's double

5    hearsay.

6             MS. CHAMBERS:  Judge, under Rule 703, an expert can

7    rely on hearsay for their testimony.

8             THE COURT:  Overruled.  Continue, sir.

9             THE WITNESS:  The two companies were discussing

10   salary and benefits with her, because they wanted to be certain

11   that the wages they were discussing were acceptable.  They told

12   her they would check her references and employment history, in

13   anticipation of scheduling a follow-up interview in person, and

14   then they never called.

15   BY MS. CHAMBERS:

16   Q    Did you assess whether Ms. Ivie's career advancement had

17   been affected by her termination from AstraZeneca?

18   A    In my opinion her career has been adversely impacted by

19   her termination.

20   Q    What sources of information are you using for that

21   analysis?

22   A    My training, education, and experience, and also because

23   she is a whistleblower, whistleblowers are seen by other

24   employers as untrustworthy, troublemakers, and not a good

25   candidate.

S. Sevart - D

1  Q    How did you become aware of positions that would be

2  available to someone of Ms. Ivie's skill level?

3  A    Again, I looked at her job search.  I looked on Economic

4  Research Institute for positions with similar job titles as she

5  held, and that's how I looked at the types of jobs that she

6  could perform.

7  Q    Okay.  And so what is your -- I want to go to the

8  substance of your assessment.  What is your assessment as to

9  Ms. Ivie's background and skill level?

10 A    She has had an excellent work history:  27 years in the

11 pharmaceutical industry; 19 of that with AstraZeneca, and her

12 career was great up until the moment she was terminated.

13 Q    Based on your assessment, is it likely that Ms. Ivie will

14 be able to obtain those types of positions?

15 A    In my opinion, she will never work in the pharmaceutical

16 industry again, or it is more likely than not that she will not

17 work in the pharmaceutical industry again.

18 Q    And what is your opinion as to her future employability?

19 A    Apparently she is working part-time at BYU as a clinical

20 compliance coordinator for the nursing department.  She is

21 hoping to go full-time.  She may be able to get a full-time job

22 at the university.  She has tried the pharmaceutical industry,

23 she has tried the bio-tech industry, and she hasn't had any

24 success.  Recently I was told she had an interview as a

25 district sales manager in the pharmaceutical industry.  The

S. Sevart - D

1   referral was through a friend, and she was not chosen.

2   Q    Okay.  Does Ms. Ivie's termination from AstraZeneca

3   negatively impact her future employability?

4   A    Yes.  In my opinion, it does.

5   Q    Again, can you state why.

6   A    Because whistleblowers typically have to leave their

7   occupation, and also they have to settle for jobs of lesser

8   status and income, after all the attempts she has made.  She

9   has applied for at least 149 jobs in nearly two years.  She has

10  had excellent interviews.  The first part of her job search

11  process, from termination until February of 2020, she applied

12  for approximately 112 jobs.  She mostly focused -- 70 percent

13  were jobs at her level.  15 percent were below; 15 percent were

14  higher.

15       Then the second job search, from March 2020 until she

16  was hired by BYU, she had approximately 37 applications.  She

17  got interviews for at least 25 percent of those.  But those

18  positions were primarily of a lesser stature than she held

19  previously, and she still wasn't hired.

20  Q    And so do you believe that Ms. Ivie will recover to the

21  level of salary that she enjoyed at AstraZeneca?

22  A    No.

23  Q    Why not?

24  A    Again, because she is a whistleblower.  Whistleblowers

25  suffer lifetime loss of earnings, and the things I described:

S. Sevart - D

1  Employers view her as untrustworthy and just not a good

2  candidate to hire.

3  Q    What class or types of positions will be available to

4  Ms. Ivie in the future?

5  A    She could potentially work in managerial positions.  But

6  again, she looked for managerial positions, and she did not get

7  them.

8  Q    How long will it take Ms. Ivie to secure a position as a

9  pharmaceutical sales representative?

10  A    In my opinion, she will never get a job as a

11  pharmaceutical sales representative.

12  Q    What about in a manager's position?

13  A    While it is possible she would get a managerial position

14  in another capacity, in another industry, so far, she has not.

15  But I do not believe she will get another managerial job in the

16  pharmaceutical industry.

17  Q    Does Ms. Ivie's termination from AstraZeneca negatively

18  impact her future employability?

19  A    Yes.

20  Q    Again, in what way?

21  A    Again, because now she is branded as a whistleblower.

22  People view her differently than had she remained in her

23  industry and with her company.  So she has lost her tenure, so

24  to speak, her time and experience with that company and with

25  that industry, and that's something she will never regain.

S. Sevart - D

1    Q    Does Ms. Ivie's termination from AstraZeneca negatively

2    impact her present earning capacity?

3    A    Well, it has.  She earns $27 an hour for a

4    17-and-a-half-week job, and she is hoping to get full-time.

5    Q    And has there been any data or information changed since

6    you completed your report and assessment of Ms. Ivie?

7    A    Not to my knowledge.

8    Q    And how many reports have you written?

9    A    I wrote the original report in February of 2020.  I wrote

10   an addendum report in February of 2021 and another shorter

11   addendum report in May of 2021.

12   Q    And have you reviewed any updated material since you

13   completed your report?

14   A    Yes.  I reviewed the economist's report for the defense.

15   I reviewed the rest of Ms. Ivie's job search efforts, and I

16   believe that was all.

17   Q    And does your opinion still stand?

18   A    Yes.

19   Q    Is your opinion on the types of positions that Ms. Ivie

20   can expect to receive offers of employment and the compensation

21   that she is likely to receive in those positions within your

22   expertise?

23   A    Yes.

24   Q    Are you an expert in the job search process?

25   A    Yes.

S. Sevart - X

1    Q    Are the opinions that you have expressed related to these

2    subjects within a reasonable degree of vocational

3    rehabilitation certainty or probability?

4    A    Yes.

5              MS. CHAMBERS:  One second.  No other questions.

6              Thank you.

7              THE COURT:  Thank you.  Cross, please.

8                        CROSS-EXAMINATION

9    BY MS. TALCOTT:

10   Q    Good afternoon, Mr. Sevart.

11   A    Good afternoon.

12   Q    You are not an economist; is that correct?

13   A    That's correct.

14   Q    And in coming to your conclusions, you relied primarily on

15   information you received from Ms. Ivie?

16   A    That's correct.

17   Q    Did you verify that any employers she applied for jobs

18   with knew she was a whistleblower?

19   A    What occurred -- what typically occurs in these instances,

20   when the interviewer asks "why did you leave your last job," it

21   becomes a struggle to answer, because the job seeker -- it's

22   difficult to know how to frame an answer that will satisfy the

23   potential employer.

24   Q    Mr. Sevart, how did you verify that any employer that

25   Ms. Ivie applied a job with knew she was a whistleblower?

S. Sevart - X

1    A    I did not verify, but it is public information.

2    Q    Were you aware that Ms. Ivie told employers falsely that

3    she was not fired?

4    A    Early on, she told me that, and that is in fact what she

5    said; that she was not fired, yes.

6    Q    Do you agree that it is best practices to independently

7    verify information you receive from a witness?

8    A    It would be, but no one is going to give me that

9    information over the phone.

10    Q    Well, did you review Ms. Ivie's sworn deposition testimony

11    before coming to your conclusions?

12    A    Yes.

13    Q    Her deposition is not listed in your report?

14    A    I read her deposition between my first and second reports,

15    and if I didn't list it, I apologize.

16    Q    Did you read the sworn deposition testimony of other

17    witnesses in this case?

18    A    I don't believe so.  I just read the economist's report.

19    That's the only one I can remember.

20    Q    Did you review the annual reviews that Ms. Ivie received

21    while at AstraZeneca?

22    A    I read some of them, yes.

23    Q    Those are also not listed in your report; is that correct?

24    A    Yes.

25    Q    Other than the payroll records related to Ms. Ivie's job

1   at AstraZeneca, did you review any other records that

2   AstraZeneca provided in this case?

3   A    Her W-2s.

4   Q    So those are payroll records.  Any other records not

5   related to her payroll and benefits that AstraZeneca provided

6   in this case?

7   A    Not that I can think of right now.

8   Q    Okay.  So you assumed that Ms. Ivie, had she not been

9   terminated, that she would have remained in her job until she

10  retired at age 62; is that correct?

11  A    Yes.

12  Q    And you made that conclusion with 100 percent certainty?

13  A    Well, anything is possible.

14  Q    Did you do any research into whether AstraZeneca had any

15  layoffs of district sales managers since Ms. Ivie's

16  termination?

17  A    I have not.

18  Q    So you were not aware that AstraZeneca announced a

19  reduction in force or a layoff in 2020?

20  A    I did not know that.

21  Q    You did not know that AstraZeneca laid off district sales

22  managers, including one in the region that Ms. Ivie worked in,

23  in that reduction in force?

24  A    She was the executive district sales manager.

25  Q    But you are not aware that AstraZeneca laid off?

S. Sevart - X

1  A    No, I'm not.

2  Q    And your report does not take into consideration the

3  possibility that Ms. Ivie's position could have been

4  eliminated?

5  A    It's possible.

6  Q    But you did not take that into consideration in your

7  report, correct, Mr. Sevart?

8  A    I didn't write that in my report, correct.

9  Q    You also did not account for the possibility that Ms. Ivie

10 might have retired before age 62; is that right?

11 A    This is possible also.

12 Q    So let's shift gears and talk about the conclusion you

13 made that Ms. Ivie would have received a promotion.  You made

14 that conclusion in your report; is that correct?

15 A    Yes.

16 Q    Specifically you assumed that Ms. Ivie would have been

17 promoted to the position of brand marketing leader or director

18 of sales training at AstraZeneca in 2022; is that correct?

19 A    I'm not sure what year that was, but I did anticipate that

20 she would be promoted.

21 Q    And you made that assumption with 100 percent certainty as

22 well; is that correct?

23 A    I don't believe I said "100 percent certainty," but it is

24 possible that she wouldn't have gotten it.  But she was being

25 groomed for the position because she was going to speak at a

1  leadership conference.

2  Q    And that's information you obtained from Ms. Ivie?

3  A    Yes.

4  Q    And you did not independently verify that information; is

5  that correct?

6  A    I don't know who else I would have asked.

7  Q    You concluded in your report that Ms. Ivie would have had

8  an annual salary increase of $50,000 to $60,000 a year with

9  that promotion; is that correct?

10 A    That's what Ms. Ivie told me.

11 Q    Did you review any job descriptions or job requirements

12 for these positions to determine if Ms. Ivie was qualified for

13 them?

14 A    I did not.  I did see -- she sent me all of her materials,

15 but I didn't review specifically if she was qualified for the

16 positions that she applied to.

17 Q    So you didn't conduct any independent research into the

18 education, training, or experience of individuals currently

19 holding those positions at AstraZeneca?

20 A    Are you speaking of only jobs that were available through

21 AstraZeneca or the jobs she applied to in general?

22 Q    Well, we are talking right now about your conclusion that

23 she would have, with 100 percent certainty according to your

24 report, gotten a promotion if she had stayed at AstraZeneca.

25 That was one of your conclusions; is that correct?

S. Sevart - X

1  A    Right.  So you are asking me did I review that job that I

2  said she might have gotten promoted to?

3  Q    Well, did you do any independent research to determine

4  whether she was qualified for the promotion that she told you

5  she was going to get?

6  A    I did not.

7  Q    And did you do any independent research to confirm that

8  the annual salary increase of $50,000 to $60,000 a year was

9  correct?

10  A    I did not do any independent research.

11  Q    So you didn't do any research to determine if such a

12  position was open at AstraZeneca in 2020?

13  A    I did not.

14  Q    And you didn't research how often positions such as that

15  became available at AstraZeneca?

16  A    I did not.

17  Q    And you didn't do any research on how many of those

18  positions actually exist at AstraZeneca?

19  A    That is correct.  I did not.

20  Q    And you didn't do anything to confirm that those positions

21  were promotions rather than lateral positions?

22  A    I would not be able to -- I wouldn't know that.

23  Q    And you don't know anything about how many people

24  typically apply for those positions at AstraZeneca?

25  A    No.

S. Sevart - X

1  Q    And you don't know anything about the selection process at

2  AstraZeneca for one of those promotions?

3  A    I do not.

4  Q    And do you have any evidence that Ms. Ivie would have been

5  able to remain living in Utah if she was selected for one of

6  those positions?

7  A    I do not know if she would have been able to stay in Utah.

8  Q    You talked a little bit about the jobs that Ms. Ivie did

9  apply for.  Is it your understanding that 85 percent of the

10  jobs she applied for were at the executive district sales level

11  or higher?

12  A    According to her rough estimates, yes.  From the date of

13  termination to February of 2020, she estimated that 85 percent

14  of the jobs were at her prior level or higher.

15  Q    And so you understood that Ms. Ivie was applying for some

16  jobs -- some percentage of that -- 85 percent -- were at a

17  higher level than the position she had at AstraZeneca?

18  A    Yes.

19  Q    And what did you do to verify that Ms. Ivie was qualified

20  for these higher-level positions she was applying for?

21  A    I did not verify.  I presumed that she knew which jobs she

22  qualified for based on her knowledge of the job.

23  Q    Okay.  You just relied on what Ms. Ivie told you in your

24  one-on-one interview with her?

25  A    Yes.  Ms. Ivie is an expert in her job field -- in her

S. Sevart - X

1    field.

2             MS. TALCOTT:  Objection, Your Honor.

3             THE COURT:  Overruled.

4    BY MS. TALCOTT:

5    Q    Mr. Sevart, you used information from the Economic

6    Research Institute to obtain salaries for comparable jobs for

7    Ms. Ivie in order to determine what her wage loss was; is that

8    correct?

9    A    That's correct.

10   Q    And you concluded that Ms. Ivie would not be able to earn

11   as much at a new job as she did when she worked for

12   AstraZeneca; is that correct?

13   A    That's correct.

14   Q    And you looked at salaries across all industries for

15   district sales managers with four years of experience; is that

16   correct?

17   A    That's correct.

18   Q    And you looked at salaries across all industries for

19   regional sales managers with five years of experience; is that

20   correct?

21   A    That's correct.

22   Q    Ms. Ivie had a 27-year career in the pharmaceutical

23   industry, correct?

24   A    Yes.

25   Q    And she had 19 years of experience as a district sales

S. Sevart - X

1    manager at AstraZeneca; is that correct?

2    A    That, I don't know.  She started with AstraZeneca in 2001,

3    and she was promoted in 2013.  So she had 13 years of

4    experience as a district sales manager.  The reason why I

5    reduced her years of experience for the wage estimate was

6    because I assumed she would be working in a different industry

7    and that they wouldn't compensate her at the same level had she

8    been in that other industry.

9    Q    So that assumption meant that you used a lower salary for

10   someone with a sales manager position in a different industry

11   as compared to if you had given Ms. Ivie credit for her full

12   years of experience; is that correct?

13   A    Correct.

14   Q    Would you agree with me, Mr. Sevart, that sales skills are

15   fairly transferable?

16   A    Yes, I agree with that.

17   Q    And were you aware of any changes in Ms. Ivie's skills or

18   experience that would have supported your conclusion that she

19   should not get credit for her 27 years in sales in the

20   pharmaceutical industry?

21   A    No.  Her skills haven't diminished, but what has

22   diminished is the longer you are out of work, the harder it is

23   to get a new job.  That's what has been diminished.

24   Q    Well, you used a salary table that only gave her credit

25   for four of her 27 years of experience; is that correct?

S. Sevart - X

1    A    I looked at -- she was a district sales manager with

2    AstraZeneca for 13 years, and I reduced that to five in the one

3    case and four years in the other case, because I assumed that a

4    new industry would not hire her at a premium wage, because she

5    would have to learn an entirely new industry.  Yes, sales is

6    transferable, but different industries have different --

7    they're just different.

8    Q    You made that conclusion?

9    A    Yes.

10   Q    Did you base that reduction on any formula or was that

11   something that you --

12   A    Just based on my experience.

13   Q    Did you use 2019 employment numbers when you concluded

14   that Ms. Ivie would be out of work for 18 months?

15   A    I don't know that I used any specific employment numbers,

16   but I did read your economist's report who referenced it.

17   Q    So when you concluded that Ms. I've would be reasonably

18   out of work for 18 months, that was just something that you

19   concluded on your own without reference to any statistics?

20   A    So I was referred the file in November of 2019.  So she

21   had been terminated in July of 2019.  I estimated that she

22   would get a job, if, as you said, in the 18 month -- the 18

23   months, is that from the day of termination, or is that the

24   date from when I first interviewed her?

25   Q    That's your report, Mr. Sevart.

S. Sevart - X

1    A    Then it would have been from the date she was terminated.

2    I estimated, based on -- when a person gets terminated from a

3    job under the circumstances that Ms. Ivie was terminated, she

4    has to learn how to explain herself to the world of work, and

5    so that is why it requires more time.

6          Additionally, yes, there are statistics on how long

7    it should take a person who has been laid off or terminated to

8    get a new job.  But this is -- this is an inning of one.  This

9    is a unique situation.  She is a whistleblower.  Those

10   statistics, you can throw them out the window.

11   Q    So the answer is, no, you did not use statistics in

12   concluding that Ms. Ivie would be out of work for 18 months?

13   A    I didn't use the statistics that you are referencing and

14   that your economist used.

15   Q    Okay.  So these are the statistics that, according to the

16   U.S. Bureau of Labor, the average length of time someone would

17   be unemployed in Utah in 2019 was 13 weeks?

18   A    Yes.  I remember that.

19   Q    The median length of time that individuals were unemployed

20   in Utah in 2019 was less than five weeks.  Were you aware of

21   that?

22   A    Yes.  My answer to that is she is not a cashier.  She is a

23   C-level executive.

24   Q    Mr. Sevart, you testified a moment ago that Ms. Ivie is

25   unique because she is a whistleblower, but you are also

S. Sevart - X

1  testifying based on other experience you have with

2  whistleblowers; is that correct?

3  A    I have worked with other whistleblower cases, yes.

4  Q    So some of those whistleblowers are also included

5  presumably in that U.S. Labor of Bureau statistic, correct?

6  A    It is possible.  Again, I don't know what percentage they

7  make up of that data.  And when I refer to Ms. Ivie being

8  "unique," I was referencing that classification of

9  whistleblower.

10  Q    What is your understanding of how many employers Ms. Ivie

11  told that she was a whistleblower?

12  A    I don't believe that she told any of them she was a

13  whistleblower, but I know it is on the Internet.  That's what

14  her complaint states.  It states --

15  Q    You mean her legal complaint?

16  A    Her legal complaint, she is filing under a whistleblower

17  statute, as well as a number of things.

18  Q    So you are basing your conclusion -- just to make sure I'm

19  clear -- that employers know she is a whistleblower because she

20  filed this lawsuit?

21  A    Some do know.  And I presume that those who told her that

22  they were going to give her another interview and didn't

23  somehow found out.  I don't know.

24  Q    But you've not been told that by anyone?

25  A    No.

S. Sevart - ReD

1   Q     That's your assumption; is that correct?

2   A     Yeah.  Again, it's public information.  Her case is public

3   information.

4           MS. TALCOTT:  No further questions.

5           THE COURT:  Thank you, Ms. Talcott.

6           Redirect.

7           MS. CHAMBERS:  Yes.  Just a few.

8                       REDIRECT EXAMINATION

9   BY MS. CHAMBERS:

10  Q     I wanted to go over again:  How many jobs did Ms. Ivie

11  apply for?

12  A     The first, from termination until February of 2020, at

13  least 112; then subsequent to that, until she was hired,

14  another 37.  So it is 149 -- at least 149.

15  Q     Okay.  And in your opinion, as a vocational expert, did

16  she conduct a sufficient job search?

17  A     Yes.  She had 40 interviews, 10 of which were from

18  headhunters.  That counts only the initial interviews.  It does

19  count not the follow-up interviews.

20  Q     Did she submit to you documentation from her job search

21  and job interviews?

22  A     Yes.

23  Q     And you reviewed that information?

24  A     Yes.

25  Q     Ms. Talcott asked you about how you knew that she was a

S. Sevart - ReD

1   whistleblower and how her employers would learn about it.  I

2   just want to make sure I'm clear on it.  So is it true that

3   Ms. Ivie would get some interviews and then just not hear

4   back --

5   A    Yes.

6   Q    -- from employers?

7        And the legal complaint you're referring to is

8   Ms. Ivie's complaint, which states she was terminated from

9   AstraZeneca and alleges whistleblowing allegations, right?

10  A    Yes.

11  Q    And you said that's publicly available online.  So if

12  someone Googles Suzanne Ivie's name, that complaint will come

13  up?

14  A    Yes.

15  Q    So based on your expert opinion, it's possible that some

16  employers looked up Suzanne's name and saw that complaint?

17  A    It is possible.

18  Q    Okay.  Why might employers not want to hire someone who

19  has filed a complaint like that?

20  A    Because of the reasons that I stated.  Future employers

21  view whistleblowers as troublemakers, untrustworthy, and

22  suspicious.

23        MS. CHAMBERS:  No further questions.

24        THE COURT:  Thank you.

25

1              RECROSS-EXAMINATION

2     BY MS. TALCOTT:

3     Q    Mr. Sevart, did any of the documents that you received

4     from Ms. Ivie concerning her job search refer to her being a

5     whistleblower?

6     A    No.

7              MS. TALCOTT:  Thank you.

8              THE COURT:  May this witness be excused?

9              MS. CHAMBERS:  Yes.

10             THE COURT:  Thank you, sir.

11             Who is your next witness, Ms. Chambers?

12             MS. CHAMBERS:  It would be Dr. Edelman.  I would like

13    to maybe talk about the schedule a bit.

14             THE COURT:  Okay.

15             All right.  Members of the jury, we will take our

16    evening recess.  A reminder again, as you are leaving, please

17    do not discuss this case with one another or with anybody else.

18    Tomorrow morning, I have a 9:00 a.m. criminal matter that I was

19    unable to reschedule.  I apologize.  So we will start tomorrow

20    at 9:30 a.m.  Thank you very much.

21             (Open court; jury not present:)

22             THE COURT:  I just want to put this on the record:

23    We received a note from, I believe, Juror No. 6.  It says, "I

24    think Exhibit 129 still has Ms. Ivie's DOB at the top of the

25    page."  Exhibit 129 was, of course, Dr. Johnson's medical

1    records.  I'm not, frankly, clear why --

2            MS. RIECHERT:  Probably the HIPAA violation.

3            THE COURT:  Anyway, that's on the record.

4            9:30.  My apologies.  I have a criminal matter.  I

5    cannot reschedule.  We lost half an hour with a 9:30 start

6    time.

7            I noticed that Mr. Hinson is scheduled tomorrow

8    morning for 30 minutes and then Mr. Edelman 45 minutes,

9    according to your witness statement.

10           MS. RIECHERT:  Those are only the direct

11   examinations, Your Honor.

12           THE COURT:  Right.

13           MS. RIECHERT:  My problem is this:  I've got

14   squeezed, because I have all my witnesses showing up.  I have

15   one day, and they are all here.  It is just not fair that I

16   don't get to put them on because they went way over their

17   schedule.

18           THE COURT:  Starting at 9:30, will your witnesses,

19   your best guess, fill the day?

20           MS. RIECHERT:  I'm not sure.  I counted the minutes

21   yesterday.  We've got to pull one of the witnesses.  I will do

22   my math tonight.  I have my running schedule here.

23           THE COURT:  Okay.

24           MS. RIECHERT:  I don't know if I can put my witnesses

25   on first before Mr. Hinson and Mr. Edelman to be sure we get

1    them done.  I'll have to get them done.

2              MR. OSWALD:  Your Honor, we are fine with that.

3              THE COURT:  I guess if push comes to shove, we will

4    put on a witness Monday morning, and then we will go right to

5    closing, instructions, and deliberations and still get the case

6    to the jury Monday would be my sincere hope.  So I don't have

7    to go back to them again.

8              All right.  Thank you, Ms. Riechert.  Take a look at

9    your folks that are on for tomorrow.  See how much wiggle room

10   you have.  Then it sounds like plaintiff is going to be

11   flexible and let you folks go however long you need tomorrow --

12             MS. RIECHERT:  Thank you.

13             THE COURT:  -- and try to squeeze in Hinson or

14   Edelman if we can.

15             MR. OSWALD:  Thank you, Your Honor.

16             THE COURT:  We will try to work together.

17             Court is in recess.

18             (Recess.)

19

20

21

22

23

24

25

1                              --oOo--

2

3          I certify, by signing below, that the foregoing is a

4    correct transcript of the record of proceedings in the

5    above-entitled cause.  A transcript without an original

6    signature, conformed signature, or digitally signed signature

7    is not certified.

8
     /s/ Dennis W. Apodaca                    September 7, 2021
9    DENNIS W. APODACA, RDR, RMR, FCRR, CRR                 DATE
     Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

"ANSWER: [2] 612/22 662/7
"QUESTION: [1] 661/24
BY MR. McCARTHY: [4] 643/1 695/14 697/15 728/17
BY MR. OSWALD: [10] 619/5 628/20 629/2 630/8 632/13 632/23 633/17 638/18 641/24 642/3
BY MS. CHAMBERS: [20] 538/4 563/4 588/21 600/3 691/20 699/1 713/1 716/11 718/12 719/20 721/18 723/4 724/25 727/15 727/22 730/1 733/4 734/21 735/14 752/8
BY MS. RIECHERT: [5] 602/1 649/21 678/21 702/15 717/1
BY MS. TALCOTT: [3] 740/8 747/3 754/1
MR. McCARTHY: [45] 511/9 511/24 512/5 514/4 514/11 520/2 522/3 523/3 523/6 527/20 529/6 530/13 531/23 532/12 535/20 536/6 536/16 628/18 628/25 630/6 632/11 632/17 633/15 638/13 641/20 641/22 642/19 645/22 646/22 690/25 695/11 698/2 702/6 702/9 716/4 716/6 719/17 721/13 721/15 722/10 724/23 727/5 727/20 728/10 729/5
MR. OSWALD: [36] 509/7 509/9 525/14 528/10 528/17 529/19 531/1 532/14 533/1 533/3 533/14 533/23 533/25 534/2 536/7 536/25 537/6 537/18 618/19 641/14 642/2 642/15 645/24 646/1 646/9 646/18 647/10 647/14 647/17 647/21 648/2 698/7 698/9 717/25 756/1 756/14
MS. CHAMBERS: [34] 517/20 517/22 521/13 537/19 588/20 599/20 601/22 690/22 691/5 691/7 695/10 702/4 702/8 702/11 712/22 716/20 717/22 721/14 722/7 722/13 722/16 727/9 727/12 728/12 729/7 729/12 732/23 734/13 735/5 740/4 752/6 753/22 754/8 754/11
MS. RIECHERT: [16] 563/2 599/19 599/22 617/10 647/25 648/19 690/9 712/20 716/22 717/19 755/1 755/9 755/12 755/19 755/23 756/11
MS. TALCOTT: [8] 537/3 733/2 734/11 734/14 735/3 747/1 752/3 754/6
THE CLERK: [13] 536/14 537/24 618/21 618/25 690/15 691/11 691/15 691/18 698/22 718/8 722/22 729/18 729/21
THE COURT REPORTER: [1] 678/18
THE COURT: [128] 509/3 509/8 511/6 511/23 512/4 514/3 514/10 517/16 517/21 519/25 521/12 522/18 523/4 525/13 527/19 528/9 528/15 532/5 532/13 532/23 533/2 533/5 533/8 533/20 533/24 534/1 536/5 536/20 537/2 537/8 537/10 537/20 537/22 538/2 563/3 588/10 588/19 599/24 600/1 601/23 617/12 618/1 618/20 628/19 629/1 630/7 632/18 633/16 638/15 641/19 641/21 641/23 642/17 645/23 645/25 646/7 646/11 647/1 647/8 647/13 647/16 647/18 649/11 649/17 690/7 690/10 690/16 690/24 691/3 691/6 691/8 697/6 697/10 697/14 698/5 698/8 698/10 698/13 698/16 698/20 702/7 702/10 712/21 716/5 716/21 717/20 717/24 718/1 719/18 721/17 722/8 722/12 722/14 722/17 722/19 723/1 724/24 727/8 727/11 727/14 727/21 728/11 728/15 729/6 729/8 729/11 729/13 733/1 733/3 734/12 734/16 734/20 735/7 740/6 747/2 752/4 753/23 754/7 754/9 754/13 754/21 755/2 755/11 755/17 755/22 756/2 756/12 756/15
THE WITNESS: [25] 537/21 538/1 599/25 600/2 619/2 632/19 638/16 642/21 647/7 678/20 690/23 691/17 697/9 697/12 698/3 698/12 698/24 718/10 722/24 723/2 729/10 729/20 734/18 735/8

$
$27 [1] 739/3
$350 [1] 731/24
$50,000 [2] 744/8 745/8
$60,000 [2] 744/8 745/8

'
'18 [1] 706/8
'60s [1] 609/23
'70s [1] 609/24
'80s [1] 609/24
'81 [1] 535/18
'82 [1] 535/18
'As [1] 560/16
'Benatar' [1] 604/17
'Google [1] 631/25

'lt [1] 580/15
'nice [1] 580/16
'old [2] 548/25 565/1
'out [1] 688/25
'Thanks [2] 560/15 560/16

-
--oOo [1] 757/1

/
/s [1] 757/8

1
1-29 [1] 695/5
10 [4] 534/6 588/16 674/1 752/17
100 [9] 534/20 561/10 561/12 587/9 587/11 595/17 652/25 742/12 743/21
100 percent [3] 715/1 743/23 744/23
1000 [1] 507/22
101 [1] 534/20
102 [1] 534/21
103 [2] 528/25 534/21
104 [1] 534/22
105 [2] 528/25 534/22
106 [1] 534/23
106th [1] 653/2
107 [3] 528/25 534/23 561/9
108 [2] 534/24 561/9
10th [7] 547/12 551/6 625/17 626/3 640/19 669/10 670/1
11 [2] 528/24 534/6
11-ish [1] 674/1
110 [1] 534/24
111 [1] 534/24
1110 [1] 507/4
112 [3] 534/24 737/12 752/13
113 [1] 534/24
114 [1] 534/24
115 [1] 534/25
116 [1] 534/25
117 [1] 534/25
118 [1] 534/25
119 [1] 534/25
11:00 sharp [1] 588/16
11th [1] 733/15
12 [3] 534/8 692/20 699/12
120 [1] 534/25
121 [1] 534/25
1211 [1] 507/12
122 [1] 534/25
123 [2] 534/25 665/1
125 [2] 534/25 545/24
126 [1] 534/25
127 [2] 528/25 534/25
128 [11] 525/15 528/17 528/20 531/16 531/20 532/9 532/20 535/1 535/1 536/4 653/2
129 [7] 535/2 692/10 695/3 695/6 695/20 754/24 754/25
12th [3] 547/12 551/6 703/23
12th meeting [1] 669/10
13 [9] 534/8 610/22 649/7 674/1 699/12 732/7 748/3 749/2 750/17
13 percent [1] 653/8
130 [1] 535/2
131 [1] 535/2
132 [1] 535/2
133 [2] 528/25 535/2
134 [1] 535/2
135 [1] 535/2
136 [1] 535/2
137 [1] 535/2
138 [1] 535/2
139 [1] 535/2
14 [4] 534/8 674/1 696/25 699/12
140 [2] 535/2 675/19

| 1 | 2 |
|---|---|

**1400 [1]** 507/7
**141 [1]** 535/3
**142 [1]** 535/3
**143 [3]** 535/3 703/22 703/22
**144 [1]** 535/3
**147 [1]** 535/6
**149 [3]** 737/9 752/14 752/14
**14th [1]** 594/22
**15 [4]** 534/8 648/8 730/10 737/13
**15 percent [1]** 737/13
**15-minute [1]** 588/15
**150 [18]** 535/6 586/7 587/5 611/24 612/2 612/6 613/16 613/25 614/2 617/5 675/19 675/22 681/18 685/20 685/24 686/4 686/10 714/22
**151 [1]** 535/7
**152 [1]** 535/8
**153 [1]** 535/9
**154 [1]** 535/9
**155 [1]** 535/9
**156 [1]** 535/10
**157 [1]** 535/10
**158 [1]** 535/10
**159 [1]** 535/11
**15th [7]** 568/24 569/19 570/14 674/13 674/17 674/19 732/1
**15th of [2]** 568/5 568/6
**15th with [1]** 573/2
**16 [4]** 534/8 606/20 608/4 730/10
**160 [8]** 535/11 586/8 587/5 681/18 685/20 686/4 686/10 714/22
**161 [3]** 661/23 662/3 662/5
**162 [1]** 535/11
**163 [1]** 535/11
**164 [1]** 535/11
**165 [1]** 535/12
**166 [1]** 535/12
**167 [1]** 535/12
**168 [1]** 535/13
**169 [1]** 535/13
**16th [2]** 585/22 591/17
**17 [4]** 506/5 509/1 534/8 611/20
**17 percent [1]** 653/5
**17-and-a-half-week [1]** 739/4
**170 [1]** 535/13
**1701 [1]** 507/10
**171 [1]** 535/13
**1717 [1]** 507/4
**172 [1]** 535/14
**173 [1]** 535/14
**174 [1]** 535/15
**175 [1]** 535/15
**176 [1]** 535/16
**177 [3]** 535/16 581/1 649/23
**178 [1]** 535/16
**179 [1]** 535/17
**17th [6]** 554/19 555/3 555/14 569/21 571/21 573/6
**17th of [1]** 526/22
**18 [7]** 534/8 731/6 749/14 749/18 749/22 749/22 750/12
**180 [1]** 535/18
**18th [16]** 555/16 562/8 564/11 565/18 565/25 566/4 618/7 618/13 651/10 651/17 651/19 671/13 680/12 681/6 682/13 692/16
**18th of [1]** 680/10
**18th was [1]** 651/21
**19 [15]** 521/16 534/8 538/8 538/9 565/19 583/6 583/9 623/23 624/10 675/14 705/24 715/4 715/11 736/11 747/25
**19-year [3]** 518/16 522/2 717/6
**1900 [1]** 507/12
**19103 [1]** 507/10
**19th [5]** 630/3 651/18 651/21 671/13 682/13
**19th is [1]** 672/11
**19th of [1]** 671/3
**1st [4]** 530/2 692/23 695/20 696/6

**2-18-19 [1]** 675/14
**20 [31]** 513/2 516/17 519/8 519/9 519/12 520/13 528/24 534/8 559/10 559/19 579/9 579/19 579/21 587/7 613/13 614/17 614/24 615/9 625/7 626/25 629/7 649/4 655/12 655/16 655/23 656/4 676/1 715/4 715/7 715/12 717/3
**20 percent [3]** 612/25 629/9 650/25
**20006 [1]** 507/4
**2001 [1]** 748/2
**2005 [1]** 619/17
**201 [1]** 536/11
**2010 [1]** 515/25
**2012 [2]** 717/16 717/18
**2013 [1]** 748/3
**2014 [1]** 515/25
**2016 [1]** 515/25
**2017 [9]** 515/25 611/20 652/1 675/22 676/7 699/9 699/9 700/5 717/3
**2018 [78]** 539/8 545/25 546/4 546/7 547/10 547/11 547/12 554/19 558/7 561/4 561/6 562/2 562/9 580/6 581/5 581/8 594/22 602/20 602/22 603/25 606/9 607/21 610/19 611/7 611/22 611/22 612/1 614/15 615/9 615/12 615/12 615/20 616/9 616/15 617/4 630/3 630/6 650/9 651/10 652/9 652/23 653/3 656/9 657/19 658/1 659/13 659/13 660/5 663/5 663/8 663/23 664/4 664/4 664/5 664/18 668/14 668/15 668/19 671/3 671/13 673/25 674/24 676/3 676/3 676/17 700/15 701/3 702/1 703/8 705/4 705/7 706/2 706/12 711/7 711/15 712/9 713/4 715/18
**2019 [75]** 518/19 547/23 558/6 558/11 558/23 568/24 569/19 570/14 570/21 571/10 576/19 577/1 577/1 585/21 588/25 589/2 589/3 589/10 589/19 591/16 591/17 592/12 596/22 596/23 606/22 606/25 610/22 624/12 624/14 625/17 626/4 629/5 629/14 629/21 635/5 636/23 640/19 643/22 674/11 675/6 680/10 680/12 681/4 681/7 683/17 683/22 684/15 684/23 688/19 692/16 692/23 694/25 695/21 696/6 701/3 702/1 703/23 706/8 706/15 712/9 719/7 719/10 720/6 720/8 721/4 725/10 726/11 727/24 727/25 733/12 749/13 749/20 749/21 750/17 750/20
**2020 [9]** 733/13 733/14 737/11 737/15 739/9 742/19 745/12 746/13 752/12
**2021 [6]** 506/5 509/1 733/14 739/10 739/11 757/8
**2022 [1]** 743/18
**21 [7]** 534/9 661/24 662/3 662/3 662/5 676/17 732/6
**22 [3]** 534/9 649/3 730/6
**23 [2]** 534/9 676/19
**239 [1]** 606/3
**24 [2]** 534/9 692/20
**24th [2]** 539/7 546/3
**25 [5]** 534/9 661/24 662/3 662/3 662/5
**25 percent [1]** 737/17
**25th [1]** 571/10
**25th of [1]** 530/3
**26 [1]** 534/9
**27 [6]** 534/9 692/1 732/1 736/10 748/19 748/25
**27-year [1]** 747/22
**27th [1]** 581/5
**28 [1]** 534/9
**29 [4]** 534/9 570/12 674/12 695/5
**2:42 Mountain [1]** 554/19
**2s [2]** 734/1 742/3

| 3 |
|---|

**3.6 [2]** 670/10 670/14
**30 [3]** 534/10 571/7 755/8
**30-some-odd [1]** 718/24
**301 [1]** 507/22
**31 [4]** 534/10 545/23 545/25 660/3
**32 [1]** 534/10
**324 [2]** 554/15 554/18
**326-8182 [1]** 507/23
**33 [1]** 534/10
**34 [1]** 534/10
**35 [3]** 534/10 723/13 723/16

**3**

**36 [3]** 528/24 534/10 660/20
**37 [2]** 737/16 752/14
**38 [1]** 534/11
**39 [1]** 534/11
**3:00 [2]** 648/15 649/9
**3:19-cv-01657-JR [1]** 506/4
**3:55 [1]** 593/4
**3rd [6]** 589/2 589/9 589/19 589/24 591/16 688/19

**4**

**40 [2]** 534/11 752/17
**401 [1]** 522/22
**402 [1]** 641/16
**403 [4]** 519/19 519/20 522/23 529/17
**404 [2]** 518/14 727/8
**42 [2]** 534/12 649/4
**43 [2]** 534/12 651/5
**44 [1]** 534/12
**45 [3]** 534/12 535/4 755/8
**46 [3]** 534/12 535/5 591/15
**47 [2]** 534/12 651/6
**48 [2]** 534/12 579/6
**48/52 [1]** 559/16
**49 [1]** 534/12
**4th [3]** 611/22 612/1 704/6

**5**

**5.5 [1]** 676/18
**50 [2]** 534/12 579/6
**50 percent [9]** 552/11 553/8 556/11 556/20 557/21 570/1 571/14 670/5 670/9
**50/50 [1]** 579/6
**503 [1]** 507/23
**504 [1]** 615/20
**507 [2]** 651/2 651/3
**508 [1]** 657/24
**51 [1]** 534/12
**52 [2]** 534/12 559/16
**520 [1]** 614/16
**522 [1]** 611/14
**53 [2]** 534/12 651/6
**531 [3]** 658/12 658/12 659/10
**533 [2]** 603/7 603/22
**538 [1]** 508/4
**539 [1]** 603/24
**54 [1]** 534/12
**540 [1]** 608/8
**545 [2]** 554/14 554/15
**55 [1]** 534/12
**56 [1]** 534/12
**57 [1]** 534/12
**58 [3]** 528/24 534/13 625/10
**59 [3]** 640/10 641/16 646/8
**5th [8]** 576/25 635/4 635/5 635/7 637/16 637/25 684/23 704/8

**6**

**6-19-17 [1]** 611/20
**60 [1]** 534/14
**602 [1]** 508/4
**61 [2]** 534/14 594/21
**619/649 [1]** 508/5
**62 [3]** 534/14 742/10 743/10
**63 [1]** 534/14
**64 [2]** 528/24 534/14
**643/702 [1]** 508/5
**649 [1]** 508/5
**65 [1]** 534/15
**66 [1]** 534/15
**67 [4]** 534/15 598/23 636/25 643/8
**68 [1]** 534/15
**69 [2]** 534/15 568/21

**691 [1]** 508/6
**695 [1]** 508/6
**699 [1]** 508/7
**6th [10]** 596/23 597/22 626/4 636/23 637/8 637/25 638/7 638/12 638/20 643/22

**7**

**70 [3]** 516/22 517/10 534/15
**70 percent [1]** 737/12
**70-page [1]** 668/12
**702 [1]** 508/5
**703 [1]** 735/6
**71 [1]** 534/15
**713 [1]** 508/4
**717 [1]** 508/4
**718 [1]** 508/8
**72 [1]** 534/16
**723 [1]** 508/9
**728 [1]** 508/9
**73 [1]** 534/16
**730 [1]** 508/10
**737 [2]** 608/8 608/8
**74 [1]** 534/16
**740 [1]** 508/10
**75 [4]** 534/16 564/2 672/20 672/20
**752 [1]** 508/10
**754 [1]** 508/10
**76 [1]** 534/16
**77 [1]** 534/16
**78 [1]** 534/16
**79 [1]** 534/16
**7th [5]** 525/18 526/1 526/4 528/22 532/19

**8**

**80 [1]** 534/16
**80 percent [20]** 518/25 519/2 613/6 613/9 614/5 614/7 614/12 614/20 615/6 617/8 629/7 654/5 655/3 655/9 656/14 671/25 680/2 681/9 684/13 684/16
**80/20 [28]** 513/2 516/17 519/8 519/9 519/12 520/13 559/10 559/19 579/9 579/19 579/21 587/7 613/13 614/17 614/24 615/9 625/7 626/25 629/7 655/12 655/16 655/23 656/4 676/1 715/4 715/7 715/12 717/3
**803 [1]** 641/19
**81 [5]** 534/16 575/12 635/8 684/20 684/22
**8182 [1]** 507/23
**82 [1]** 534/16
**83 [1]** 534/16
**84 [1]** 534/16
**848 [1]** 603/24
**849 [1]** 603/24
**85 [2]** 534/16 746/16
**85 percent [2]** 746/9 746/13
**851 [1]** 604/16
**853 [2]** 604/17 604/21
**858 [1]** 605/6
**86 [1]** 534/16
**862 [1]** 605/6
**865 [1]** 605/18
**87 [2]** 534/16 630/11
**871 [1]** 564/20
**88 [2]** 528/24 534/17
**89 [1]** 534/18
**8:15 [2]** 509/4 537/14
**8th [1]** 611/22

**9**

**90 [1]** 534/18
**901 [1]** 641/18
**907 [1]** 575/12
**91 [3]** 534/18 675/10 680/5
**92 [2]** 534/18 687/25
**93 [1]** 534/18
**94 [2]** 534/18 686/19

**9**

**94304 [1]** 507/7
**95 [1]** 534/18
**96 [1]** 534/18
**97 [3]** 528/25 534/18 561/9
**97 percent [1]** 562/4
**97204 [2]** 507/13 507/22
**98 [3]** 528/25 534/19 561/9
**99 [1]** 534/20
**99.4 [1]** 561/12
**9:00 [2]** 509/6 537/13
**9:00 a.m [1]** 754/18
**9:00 o'clock [1]** 537/16
**9:30 [4]** 754/20 755/4 755/5 755/18

**A**

**a.m [3]** 537/13 754/18 754/20
**Aaron [3]** 551/16 604/8 608/11
**aback [5]** 541/24 542/5 545/4 545/7 549/22
**Abbonizio [7]** 688/7 688/18 688/20 688/22 702/18 703/24 704/4
**ability [3]** 564/24 658/22 680/18
**able [18]** 554/24 554/25 565/8 565/11 566/17 586/20 586/23 587/21 592/14 631/3 728/4 734/7 736/14 736/21 745/22 746/5 746/7 747/10
**able to [1]** 745/22
**about [357]**
**above [10]** 563/18 592/7 637/10 638/1 665/3 682/22 682/24 694/13 735/2 757/5
**above-entitled [1]** 757/5
**absence [3]** 682/5 686/16 707/6
**absolutely [17]** 555/21 561/25 562/11 562/17 583/20 620/8 620/10 622/8 622/13 627/8 632/21 632/22 634/15 634/20 636/19 644/12 652/6
**academy [5]** 682/10 683/7 683/18 684/2 684/5
**accept [7]** 585/1 598/11 598/15 598/17 598/19 599/7 642/8
**acceptable [1]** 735/11
**accepted [2]** 536/12 635/3
**accepting [2]** 599/3 637/10
**access [8]** 586/20 586/23 586/24 587/3 592/17 596/3 667/25 687/13
**accessing [2]** 687/12 687/16
**according [7]** 673/4 688/20 689/9 744/23 746/12 750/15 755/9
**account [3]** 614/20 676/21 743/9
**accurate [7]** 596/11 621/7 639/20 689/13 692/8 695/3 695/8
**accuse [1]** 583/9
**accused [2]** 515/14 565/22
**across [5]** 619/20 709/14 714/23 747/14 747/18
**act [5]** 576/2 576/3 576/3 576/5 576/7
**Act Right [1]** 576/2
**acted [2]** 639/2 639/3
**acting [2]** 608/13 705/3
**action [2]** 562/12 688/23
**actively [1]** 680/25
**activities [7]** 577/12 577/20 578/12 580/20 580/21 588/9 660/18
**activity [3]** 577/13 578/6 578/20
**actual [9]** 519/22 582/17 608/23 609/10 621/1 634/17 686/19 704/11 721/8
**actually [19]** 511/11 516/11 537/14 560/4 563/20 576/17 587/2 591/14 605/12 610/15 619/14 634/7 651/18 690/16 690/22 709/18 720/11 721/12 745/18
**acumen [1]** 629/13
**add [3]** 664/8 664/11 672/19
**added [2]** 650/11 664/12
**addendum [2]** 739/10 739/11
**addition [4]** 532/14 686/24 704/6 733/23
**additional [10]** 511/17 526/6 526/16 543/24 574/20 639/3 645/18 650/11 689/12 704/5
**Additionally [1]** 750/6
**address [5]** 511/15 556/3 606/21 610/24 610/25
**addressed [2]** 606/23 627/5
**addressing [2]** 697/5 697/14
**ADEA [2]** 509/19 510/1

**adhere [1]** 660/17
**adherence [2]** 575/22 636/11
**adjusted [1]** 675/22
**adjustments [1]** 682/18
**administrative [1]** 629/10
**admission [1]** 512/1
**admit [2]** 654/18 654/22
**admitted [15]** 519/2 524/23 525/19 526/8 527/1 532/23 533/10 533/19 534/5 535/23 536/11 536/13 646/19 676/7 703/12
**advancement [1]** 735/16
**advantage [1]** 659/22
**adverse [1]** 574/18
**adversely [1]** 735/18
**advisory [1]** 509/24
**affairs [2]** 554/22 554/23
**affect [1]** 657/5
**affected [2]** 729/1 735/17
**affecting [2]** 539/1 601/17 601/17
**affects [1]** 516/5
**affirm [1]** 522/20
**affirmatively [1]** 536/11
**afraid [1]** 570/6
**after [89]** 509/14 511/8 519/14 519/17 521/1 527/4 538/16 541/11 541/16 542/18 542/20 545/2 546/9 551/8 552/12 553/4 553/6 553/7 553/10 553/22 554/7 555/21 556/4 556/12 556/21 557/18 557/22 558/2 559/7 560/22 563/6 566/4 566/20 567/4 569/7 569/20 569/21 572/16 572/20 572/22 573/5 573/13 573/23 585/16 585/16 585/25 588/16 591/4 591/14 592/5 592/13 593/24 598/3 599/16 600/19 602/22 606/20 607/10 607/14 607/15 607/18 608/3 608/4 610/4 611/1 611/4 611/5 631/7 668/19 670/1 670/5 670/10 672/7 672/14 673/12 673/16 674/8 675/1 680/7 680/10 701/8 707/9 721/4 721/4 724/13 726/10 726/23 734/25 737/8
**afternoon [22]** 618/1 618/3 618/4 643/3 647/5 647/6 647/14 648/6 648/9 648/16 648/18 666/1 691/22 695/16 698/12 699/3 718/14 723/6 728/19 730/3 740/10 740/11
**afterwards [1]** 551/7
**again [70]** 512/6 514/20 516/16 517/10 517/13 519/18 520/11 520/21 521/11 521/14 522/5 524/20 525/8 529/7 529/16 535/25 536/10 541/18 543/3 543/3 545/7 555/4 557/15 558/22 559/7 563/18 571/2 573/8 578/8 578/10 582/8 583/20 584/5 584/14 590/15 593/21 594/9 597/25 599/17 606/6 614/19 617/5 621/15 634/21 635/5 638/17 648/17 648/20 672/5 681/15 689/19 693/24 695/2 726/4 727/20 734/2 734/9 736/3 736/16 736/17 737/5 737/24 738/6 738/20 738/21 751/6 752/2 752/10 754/16 756/7
**against [17]** 564/25 601/16 602/8 609/20 610/2 610/6 610/10 625/2 626/15 634/2 634/23 639/16 639/19 644/7 685/18 686/8 703/19
**age [23]** 514/25 516/23 518/3 549/4 549/6 549/7 549/11 549/13 589/21 602/4 602/8 606/11 606/15 607/20 609/21 610/2 610/6 610/10 634/3 682/3 723/12 742/10 743/10
**aging [1]** 549/23
**ago [8]** 626/16 643/12 643/16 643/23 675/25 696/4 723/13 750/24
**agree [21]** 531/10 536/8 614/11 615/22 621/13 621/18 621/23 622/18 646/22 652/11 653/10 655/25 683/3 684/2 684/6 697/24 705/22 706/1 741/6 748/14 748/16
**agreed [6]** 510/6 510/25 647/23 648/10 648/24 649/8
**agreement [1]** 535/24
**Ah [1]** 544/4
**ahead [3]** 632/19 649/12 702/13
**air [1]** 657/14
**aligned [2]** 658/8 660/14
**all [155]** 509/17 510/3 513/8 517/24 518/8 518/23 519/18 519/19 520/18 521/9 522/24 525/1 525/18 526/3 526/20 527/2 527/5 530/1 530/8 530/24 537/12 537/13 539/3 539/5 540/6 544/7 544/23 545/18 545/22 549/18 550/20 551/2 551/4 552/3 554/2 554/23 555/22 556/6 557/8 557/14 558/7 558/15 559/2 559/12 560/22 561/3 562/8 562/9 563/17 564/2 566/20 566/22 567/16 567/20 568/19 569/6 569/17 569/19 571/5 571/9 575/1 578/1 578/16 578/22 580/1 580/23 582/8 585/6 586/5 586/18 586/20 589/25 592/6 592/11 592/18 592/24 593/1 593/2

**A**

all... **[76]** 593/5 593/11 593/13 594/21 595/8 595/20 598/16 598/25 599/14 601/11 602/16 603/20 606/7 607/3 617/4 618/8 622/3 624/8 625/9 625/14 626/1 626/19 628/15 628/16 629/19 629/22 631/21 633/5 635/16 637/1 637/6 639/18 639/21 645/14 655/14 663/1 667/3 668/6 672/24 672/25 673/1 675/14 680/5 681/20 684/20 686/1 687/5 689/17 689/19 695/2 699/24 700/12 701/21 710/4 710/21 712/5 713/23 718/21 719/15 720/12 720/18 724/4 724/4 724/7 725/10 726/18 728/5 737/8 739/16 744/14 747/14 747/18 754/15 755/14 755/15 756/8

allegation **[6]** 514/20 632/6 632/20 633/25 634/4 635/22

allegations **[4]** 515/17 627/3 635/12 753/9

allege **[1]** 515/17

alleged **[3]** 514/22 514/25 515/2

alleges **[2]** 688/24 753/9

allocation **[1]** 611/19

allow **[3]** 509/24 510/8 646/13

allowed **[3]** 530/20 650/14 731/7

almost **[5]** 516/22 516/22 517/10 675/1 726/20

along **[7]** 514/7 523/1 567/20 617/19 639/25 689/15 697/1

already **[12]** 518/9 521/22 525/20 526/5 526/9 529/1 607/20 618/9 645/14 648/12 655/1 664/9

also **[68]** 513/10 514/22 515/8 515/14 515/17 516/18 519/13 521/6 523/2 523/22 523/23 523/25 524/10 524/20 525/9 529/18 543/22 547/22 551/16 554/25 555/9 563/21 564/3 568/15 568/22 570/1 572/25 575/13 581/1 590/6 596/1 596/16 598/24 600/9 609/6 610/5 610/9 612/5 628/1 632/23 634/10 635/1 641/18 654/22 658/13 658/17 659/3 666/3 686/11 692/12 694/6 708/17 709/16 713/17 715/15 715/17 730/21 731/9 731/12 732/10 733/14 735/22 737/7 741/23 743/9 743/11 750/25 751/4

alter **[2]** 731/21 732/21

alternatives **[1]** 556/24

although **[3]** 529/10 532/8 532/9

Alto **[1]** 507/7

always **[31]** 531/25 532/6 538/14 538/16 538/19 560/13 595/2 627/13 627/23 629/7 667/24 699/21 701/8 701/9 719/25 720/3 720/4 721/1 721/1 722/1 722/7 723/19 724/5 724/8 724/12 724/13 724/14 724/18 724/19 726/22 728/9

am **[45]** 527/1 532/8 544/1 550/18 556/7 560/10 563/12 566/22 570/3 570/5 578/25 580/14 584/3 584/6 584/19 584/20 584/23 584/24 590/15 590/23 595/16 595/19 597/22 600/23 618/11 631/12 643/3 647/2 662/2 685/3 687/23 689/18 697/5 704/18 712/1 716/13 718/16 718/24 723/8 723/12 728/19 730/5 731/8 731/10 731/12

Amarin **[1]** 735/1

amazing **[8]** 538/13 561/7 719/13 723/25 724/1 724/5 724/6

ambassador **[3]** 682/11 683/13 683/23

ambiguity **[1]** 646/21

America **[3]** 619/13 711/11 711/13

American **[1]** 731/9

among **[2]** 523/17 624/15

amount **[1]** 509/12

Amy **[10]** 624/15 624/20 624/25 625/19 637/15 645/3 645/3 645/13 645/17 645/19

Amy Welch **[2]** 624/15 645/3

analysis **[1]** 735/21

analytics **[2]** 558/16 586/17

and Ms. Broussard **[1]** 711/15

and/or **[1]** 641/6

Andrew **[2]** 594/3 686/22

anger **[2]** 576/20 584/15

angry **[1]** 565/16

Anita **[1]** 507/2

Anne **[1]** 507/11

announce **[1]** 710/6

announced **[1]** 742/18

annual **[3]** 741/20 744/8 745/8

anonymous **[7]** 568/10 568/14 568/16 569/13 634/12 663/25 684/24

anonymously **[2]** 623/8 664/23

another **[34]** 511/12 516/10 543/1 544/1 557/1 561/24 563/22 580/13 585/16 585/16 601/1 605/7 608/7 610/16 620/4 626/17 627/11 631/5 680/17 684/22 684/24 707/10 709/9 715/22 715/23 715/23 724/21 738/14 738/14 738/15 739/10 751/22 752/14 754/17

answer **[19]** 512/21 555/9 628/10 632/19 633/10 633/12 638/16 645/19 677/22 678/19 697/8 697/11 716/9 721/16 734/17 740/21 740/22 750/11 750/22

answered **[5]** 628/19 630/7 632/18 638/15 661/16

anticipate **[1]** 743/19

anticipating **[1]** 567/21

anticipation **[1]** 735/13

anxiety **[28]** 567/9 574/13 574/19 574/25 575/10 575/20 576/6 585/17 587/20 600/14 636/9 685/10 685/11 693/7 693/11 693/22 694/2 696/5 696/17 696/23 697/21 697/25 705/6 706/10 706/17 706/25 707/1 707/4

anxious **[2]** 554/9 636/2

any **[91]** 520/4 520/5 524/15 524/16 525/11 526/13 530/17 531/8 531/13 549/21 554/11 555/23 582/21 582/25 583/6 583/7 583/9 583/15 585/23 586/15 587/20 591/5 591/5 591/11 594/14 598/21 599/9 599/11 605/11 621/14 621/25 622/6 622/16 622/16 624/5 632/20 636/17 641/20 644/14 644/18 646/15 646/18 660/6 662/11 662/14 662/15 662/23 665/9 665/18 678/15 686/9 687/15 689/1 689/10 698/7 706/20 707/4 712/6 716/22 717/11 728/13 728/25 729/1 730/24 731/3 731/21 732/21 733/23 736/23 739/5 739/12 740/17 740/24 742/1 742/4 742/14 742/14 744/11 744/17 745/3 745/7 745/10 745/11 745/17 746/4 748/17 749/10 749/15 749/19 751/12 754/3

anybody **[4]** 592/1 607/14 717/11 754/17

anymore **[2]** 546/20 601/19

anyone **[12]** 539/24 544/18 551/15 585/24 586/15 587/11 594/8 594/13 598/2 715/7 715/10 751/24

anything **[47]** 523/2 532/14 546/9 546/10 548/24 552/16 554/4 554/11 555/20 559/1 559/4 562/4 566/25 571/1 571/13 576/11 576/14 576/16 579/3 586/5 586/25 589/15 589/19 590/18 591/2 591/4 591/13 598/2 632/3 632/3 632/21 664/20 666/18 673/3 673/13 682/22 694/15 694/19 698/13 701/10 701/16 712/7 726/11 726/12 742/13 745/20 745/23 746/1

Anyway **[1]** 755/3

apart **[1]** 627/11

Apodaca **[3]** 507/21 757/8 757/9

apologies **[5]** 533/9 537/12 537/15 727/21 755/4

apologize **[4]** 517/22 593/9 741/15 754/19

app **[2]** 586/25 687/20

Apparently **[1]** 736/19

appeal **[9]** 687/23 688/4 688/10 688/15 688/22 702/17 702/19 704/8 704/20

appealed **[1]** 687/25

appear **[3]** 618/17 625/12 703/6

appearance **[6]** 624/7 624/21 626/10 627/9 630/2 630/4

APPEARANCES **[1]** 507/1

appearing **[1]** 643/4

application **[1]** 707/13

applications **[2]** 707/15 737/16

applied **[13]** 515/11 516/4 659/22 681/20 686/5 733/10 737/9 737/11 740/17 740/25 744/16 744/21 746/10

apply **[6]** 525/4 681/23 734/14 745/24 746/9 752/11

applying **[3]** 666/14 746/15 746/20

appointed **[1]** 546/18

apposed **[1]** 709/13

appreciate **[10]** 511/9 533/15 537/7 640/22 647/5 698/11 702/11 704/21 704/22 729/9

appreciated **[1]** 618/17

appreciates **[1]** 659/23

approach **[4]** 556/25 557/2 557/2 647/11

approaches **[1]** 516/15

appropriate **[16]** 510/7 520/19 529/8 532/9 533/22 536/1 536/18 536/20 629/17 634/9 638/10 655/11 655/16 666/9 666/17 667/19

appropriately **[2]** 659/5 704/16

approve **[15]** 541/23 541/24 541/25 542/6 542/16 542/21 543/14 544/17 547/5 547/6 547/7 629/11 665/17 666/16 667/3

approved **[8]** 544/23 571/1 587/25 588/1 623/25 624/11 660/7 660/10

**A**

approving [3]  542/25 666/20 666/23
approximately [3]  692/2 737/12 737/16
April [17]  549/16 549/16 585/21 585/22 588/25 596/14 610/19 611/22 611/22 612/1 629/5 629/14 629/21 681/16 707/7 711/7 711/9
April 16th [1]  585/22
April 2019 [4]  585/21 588/25 629/14 629/21
April 4th [1]  611/22
April 8th [1]  611/22
April/May [1]  596/14
are [350]
area [6]  514/17 520/23 560/10 630/20 631/10 730/7
Areas [1]  660/20
aren't [2]  558/3 572/13
argue [4]  520/16 522/8 522/12
argument [7]  513/21 513/21 520/11 520/19 522/6 524/18 527/11
arises [1]  640/7
arose [1]  523/7
around [19]  514/25 516/5 516/25 517/12 539/14 565/25 587/19 589/9 596/1 615/12 626/1 630/24 634/7 635/13 637/18 645/8 694/25 697/1 700/14
array [1]  518/22
article [1]  658/3
arts [1]  731/5
as [157]  509/15 509/19 510/11 511/7 511/22 512/8 512/13 512/17 512/21 514/13 514/19 515/8 515/9 515/10 515/10 515/12 515/13 515/24 519/4 519/6 519/9 519/14 519/17 520/23 522/22 523/8 523/24 524/14 524/25 525/20 528/4 528/4 528/17 528/23 529/8 529/8 529/9 529/25 532/23 533/19 534/4 535/21 536/13 538/16 540/16 546/17 568/22 572/5 574/4 574/11 582/10 582/10 597/12 597/22 604/4 607/3 616/9 617/19 617/20 617/20 617/20 619/23 619/24 620/16 628/5 634/19 637/8 637/18 639/22 640/7 640/23 641/8 641/12 643/22 644/2 645/15 646/12 646/14 656/15 657/17 658/13 662/10 662/10 662/19 662/19 665/2 665/5 665/20 672/17 673/1 674/7 676/8 679/13 679/14 683/4 686/24 690/5 690/19 690/21 691/2 691/3 691/7 691/10 697/17 700/17 700/18 700/19 701/3 701/3 701/24 704/9 704/11 704/11 705/2 708/25 709/8 709/13 709/23 715/7 719/2 719/12 719/13 720/1 723/17 724/9 724/9 724/10 728/2 728/25 730/19 732/1 732/14 732/16 735/24 736/4 736/8 736/18 736/19 736/24 738/1 738/8 738/10 738/21 743/21 745/14 747/11 747/11 747/25 748/4 748/11 749/22 751/17 751/17 752/15 753/21 754/16
aside [1]  525/15
ask [23]  510/15 510/16 511/4 519/11 532/1 537/1 575/17 584/10 609/12 617/15 629/16 639/21 643/6 643/11 674/14 674/22 679/4 685/4 701/16 725/20 727/10 727/13 733/16
asked [37]  539/19 539/21 542/5 546/13 551/19 552/14 575/17 602/16 615/25 616/3 616/5 628/19 630/7 632/18 636/1 637/22 639/14 645/3 661/14 665/6 675/16 676/21 681/3 684/5 685/2 685/4 707/15 707/18 707/21 713/3 715/14 716/16 720/2 733/7 733/9 744/6 752/25
asking [19]  525/5 528/4 542/14 545/19 602/3 604/18 635/20 637/18 645/7 658/24 665/17 679/22 679/23 686/12 686/14 716/13 721/15 734/23 745/1
asks [3]  604/16 631/24 740/20
asleep [1]  726/7
aspect [1]  575/2
aspects [2]  553/16 562/9
assess [1]  735/16
assessment [9]  697/2 698/1 734/4 734/8 734/24 736/8 736/8 736/13 739/6
assign [1]  510/20
assigned [3]  540/1 609/12 688/3
assignee [1]  635/15
assignee's [1]  635/16
Association [1]  731/11
assume [1]  670/14
assumed [6]  655/6 655/8 742/8 743/16 748/6 749/3
assumption [4]  523/23 743/21 748/9 752/1

asthma [1]  657/5
ASTRAZENECA [99]  506/6 512/2 516/1 518/9 518/15 519/3 522/16 538/7 538/9 544/1 548/10 554/21 558/9 564/7 565/19 566/24 568/3 572/5 572/8 583/10 589/3 599/1 619/16 620/25 621/5 621/14 621/17 621/22 621/24 622/6 622/9 622/12 622/18 622/22 623/6 623/22 623/25 624/3 624/17 624/22 626/24 634/23 636/22 637/24 639/16 639/19 640/25 641/8 643/4 644/11 653/15 657/7 657/17 680/17 680/21 680/24 684/4 688/3 695/17 704/17 707/9 708/15 715/11 721/12 721/21 724/16 724/22 725/3 726/25 734/2 735/17 736/11 737/2 737/21 738/17 739/1 741/21 742/1 742/2 742/5 742/14 742/18 742/21 742/25 743/18 744/19 744/21 744/24 745/12 745/15 745/18 745/24 746/2 746/17 747/12 748/1 748/7 748/2 749/2 753/9
AstraZeneca's [20]  521/4 619/12 619/19 619/23 620/6 620/15 621/8 621/10 621/12 621/20 624/8 625/6 634/16 634/22 635/20 635/23 636/1 636/14 636/17 636/20
attached [3]  611/18 611/25 658/17
attachment [3]  612/1 612/5 613/2
attachments [1]  614/23
attempts [2]  574/22 737/8
attend [3]  669/23 699/23 700/6
attended [1]  670/12
attends [1]  571/22
attorney [1]  684/20
August [21]  539/7 545/25 546/3 546/7 546/9 591/24 652/10 663/7 663/12 663/13 663/16 663/20 663/23 664/3 664/5 664/17 669/9 676/16 676/19 706/22 711/15
August 24th [2]  539/7 546/3
August 31 [1]  545/25
August/September [1]  663/16
aura [1]  693/9
authenticated [3]  523/21 525/10 641/18
authentication [2]  524/12 529/15
authority [2]  546/22 644/25
automatically [1]  631/1
available [8]  676/18 676/19 704/10 736/2 738/3 744/20 745/15 753/11
Avenue [2]  507/12 507/22
average [4]  632/7 632/9 653/10 750/16
avoid [2]  659/6 660/20
award [1]  510/2
awards [1]  510/3
aware [12]  513/22 527/25 530/3 664/10 694/10 716/13 736/1 741/2 742/18 742/25 748/17 750/20
awareness [1]  637/2
away [6]  564/23 606/17 669/4 669/6 679/10 683/19
awfully [1]  552/13
awry [1]  552/4
AZ [1]  517/9

**B**

B-E-N-S-O-N [1]  723/1
bachelor [1]  731/5
back [58]  510/8 510/12 510/17 511/5 531/21 532/2 537/9 544/8 545/17 546/12 550/21 551/1 551/2 551/4 555/23 560/4 563/8 567/25 569/11 580/3 580/20 583/12 584/1 586/6 586/21 587/13 588/4 588/24 592/8 592/9 592/13 593/1 594/6 594/16 595/13 605/4 605/19 606/24 613/25 617/15 648/14 674/15 674/17 674/24 676/3 678/2 678/5 678/23 679/5 680/5 684/19 688/14 695/19 702/12 726/16 734/23 753/4 756/7
back-up [2]  555/23 593/1
background [4]  523/8 555/8 731/2 736/9
backing [1]  543/16
bad [12]  511/12 558/7 562/21 576/24 607/11 607/14 607/15 611/2 673/19 705/14 705/15 705/16
banter [1]  726/16
Barbara [2]  508/5 619/3
Barnes [4]  512/13 515/23 515/24 519/25
base [3]  635/20 685/3 749/10
based [23]  518/2 534/5 535/11 535/16 535/18 609/20 610/2 610/6 610/10 693/2 694/1 704/10 704/18 710/23 731/10 731/13 734/6 736/13 746/22 749/12 750/2 751/1 753/15
bases [1]  733/6

**B**

basic [3]  571/3 577/10 586/18
basically [12]  539/14 543/19 543/20 553/12 561/22 568/15 577/9 577/21 587/19 590/11 596/20 630/24
basics [1]  515/3
basing [1]  751/18
basis [16]  513/3 525/7 535/9 535/9 535/9 535/10 535/10 535/10 535/13 535/13 535/14 535/15 535/15 535/15 535/16 535/17
basketball [5]  699/7 699/13 699/25 700/23 701/22
bathroom [1]  710/25
be [225]  509/5 509/6 509/12 510/18 510/20 511/6 511/12 513/4 513/20 515/18 517/17 518/14 518/20 521/10 522/4 523/2 523/24 524/12 524/14 525/1 529/18 530/15 530/25 531/10 532/12 533/11 534/4 537/1 537/5 537/7 538/22 539/6 539/19 539/22 540/1 541/4 541/14 541/20 542/2 542/3 543/4 543/6 543/20 544/7 544/12 544/23 546/13 548/5 550/9 550/11 550/12 550/19 554/24 554/25 556/23 557/23 558/11 559/10 559/18 561/3 561/14 562/6 564/25 566/16 567/14 567/16 568/5 568/22 569/16 570/6 570/6 571/3 572/5 574/9 575/3 575/5 576/4 577/14 577/16 577/17 577/19 578/10 579/9 580/7 580/21 584/23 586/11 586/11 587/21 587/22 588/1 588/9 589/18 589/25 590/14 590/15 590/20 592/1 593/3 596/13 597/15 598/4 601/15 601/16 601/19 603/17 608/19 608/22 611/23 612/2 612/21 613/5 614/8 616/6 616/7 616/23 617/5 617/8 617/15 617/15 618/6 618/15 623/20 623/25 625/5 626/17 626/24 629/8 630/1 630/4 631/3 632/7 633/11 634/9 635/13 637/6 637/19 641/24 643/13 643/21 644/22 646/1 646/25 648/7 648/8 648/11 648/23 649/14 649/19 651/24 653/25 654/16 658/5 658/10 659/21 660/9 660/1 660/13 660/14 660/20 664/21 666/9 666/24 668/6 670/17 671/15 671/25 672/20 673/21 679/23 680/8 680/14 681/9 681/12 684/4 688/12 689/5 689/18 692/20 698/9 701/21 702/8 704/21 706/3 708/9 708/10 708/20 709/13 709/21 710/18 710/18 713/9 715/22 715/22 716/7 717/22 718/5 722/2 722/13 722/21 727/4 728/6 729/7 729/17 729/19 734/7 735/10 736/1 736/14 736/21 738/3 741/8 743/20 745/22 747/10 748/6 749/14 749/17 750/12 750/17 754/8 754/12 755/25 756/6 756/10
beach [2]  567/11 567/12
beautiful [1]  567/17
beautifully [1]  560/12
beauty [1]  603/5
Beaver [1]  712/4
became [5]  602/23 670/2 723/14 724/1 745/15
because [138]  509/25 512/22 513/8 513/16 515/19 515/19 515/20 517/13 522/9 522/12 522/14 523/21 523/21 524/10 524/11 524/13 524/18 525/3 528/2 528/7 529/22 530/7 530/15 530/23 531/5 531/9 533/18 539/21 540/14 541/12 544/5 545/15 547/4 551/11 553/11 554/9 555/22 558/9 559/13 560/7 560/14 560/18 562/3 562/3 563/20 565/3 565/13 566/14 569/13 572/18 573/6 576/7 578/14 578/25 581/20 582/5 584/14 591/8 596/12 598/11 601/12 602/8 602/8 616/15 624/22 625/6 626/13 626/14 626/19 626/24 627/2 627/22 629/18 630/22 633/5 633/11 634/2 634/16 634/23 638/9 638/22 638/25 639/8 647/24 650/2 664/9 668/3 668/11 669/19 673/17 676/13 677/11 677/14 677/16 677/19 677/25 678/3 678/6 678/9 678/14 678/15 678/25 679/5 681/25 682/3 682/5 684/8 687/22 701/9 701/15 703/17 705/13 709/8 710/2 711/22 714/3 714/10 720/12 720/20 722/1 722/6 723/19 724/7 735/10 735/22 737/6 737/24 738/21 740/21 743/25 748/6 749/3 749/4 750/25 751/19 753/20 755/14 755/16
become [1]  736/1
becomes [1]  740/21
bed [4]  538/17 562/25 720/21 726/6
bedroom [1]  562/18
been [86]  512/15 512/19 514/22 515/14 517/6 517/7 523/13 523/23 524/2 525/10 525/11 527/9 528/2 533/19 537/14 540/16 543/11 545/2 545/5 545/19 559/16 559/20 559/21 561/22 577/13 577/20 579/10 579/11 580/24 589/9 594/16 598/16 606/15 611/10 613/16 617/19 618/9 628/14 629/6 629/7 629/13 648/1 649/2 653/13 661/2 661/5 661/6 664/15 668/4 668/11 668/17 669/3 673/3 684/16 689/7 691/25 701/23 702/3 707/18 707/21 711/22 715/11 717/18 719/25 723/22 724/5 724/12 724/18 727/3 728/4 728/7 728/9 735/17 735/18 739/5 742/8

before [56]  506/11 509/6 514/9 518/5 526/19 527/2 530/1 530/2 530/6 530/17 533/16 536/9 539/17 540/24 540/25 541/11 544/2 553/19 555/18 557/8 559/14 561/8 565/14 566/2 571/2 578/14 588/23 594/4 603/9 609/13 618/2 651/15 653/13 654/1 657/7 658/2 663/10 700/22 701/1 702/4 702/17 705/15 706/7 706/11 706/14 706/17 706/18 706/20 707/1 707/4 710/13 710/17 727/7 741/11 743/10 755/25
begin [1]  617/16
beginning [12]  539/18 548/1 548/7 548/20 557/3 560/5 576/23 578/9 656/20 676/9 703/4 703/11
begins [1]  528/24
behalf [2]  704/24 732/2
behavior [8]  516/5 563/14 574/22 622/3 701/20 720/14 725/23 728/1
behaviors [2]  516/3 583/23
behind [1]  542/1
being [50]  513/23 525/11 528/3 528/14 529/23 530/20 537/15 542/5 542/9 575/9 575/17 583/10 592/3 592/19 592/21 593/25 596/5 596/8 599/21 602/14 618/8 621/20 626/13 627/5 627/17 627/21 636/1 638/25 652/16 660/24 685/2 685/3 685/12 691/3 691/7 701/24 703/12 703/16 710/25 712/13 716/16 717/7 717/11 724/9 724/10 724/10 726/20 743/24 751/7 754/4
believe [50]  511/21 513/4 515/16 516/19 520/11 523/19 532/21 541/3 541/17 542/20 544/11 546/7 569/21 572/8 573/16 574/12 576/3 589/13 589/13 590/3 599/13 605/10 606/23 615/3 617/2 634/11 635/22 657/14 661/5 662/8 662/12 662/13 665/12 671/14 681/3 681/22 682/7 682/20 686/17 692/11 713/25 715/21 717/4 737/20 738/15 739/16 741/18 743/23 751/12 754/23
believed [5]  520/13 602/7 606/14 634/1 668/7
believes [3]  521/24 524/4 562/23
Belknap [22]  521/17 529/21 568/23 572/25 577/2 577/14 578/8 583/22 589/3 589/13 590/9 628/13 628/15 675/7 675/11 675/16 680/13 685/22 706/15 712/8 712/16 715/16
bells [1]  593/14
below [8]  561/11 629/20 653/10 653/13 665/9 666/2 737/13 757/3
Benatar [28]  515/1 549/14 550/7 550/7 550/21 551/2 602/6 602/9 602/12 604/9 604/13 604/19 605/14 606/7 607/3 607/7 607/9 608/1 608/5 609/18 609/23 609/24 609/24 610/3 610/4 713/3 713/11 713/15
Benatar's [2]  604/25 606/11
benefits [6]  509/12 509/17 734/1 735/3 735/10 742/5
Benson [5]  508/9 511/21 722/17 723/1 723/8
beside [1]  522/12
best [14]  562/1 585/7 590/20 602/14 604/13 604/24 605/12 643/13 666/15 703/15 719/12 723/14 741/6 755/19
better [5]  540/12 541/7 661/21 696/2 696/3
between [9]  545/4 599/1 615/17 641/6 645/2 651/5 703/1 704/12 741/14
BEVESPI [2]  575/19 636/9
big [8]  566/21 581/22 590/11 594/20 602/14 684/4 684/10 718/18
bigger [3]  560/8 696/2 713/19
biggest [1]  720/12
bill [1]  731/19
bio [9]  619/15 619/20 620/2 620/3 623/15 623/16 623/19 631/15 736/23
bio-pharma [7]  619/20 620/2 620/3 623/15 623/16 623/19 631/15
Bio-Pharmaceutical [1]  619/15
bio-tech [1]  736/23
BioPharma [3]  632/10 636/21 636/21
BioPharmaceuticals [1]  631/9
birthday [1]  721/8
birthdays [1]  719/8
bit [31]  539/8 545/15 547/11 552/2 553/10 555/7 556/16 560/6 561/11 561/13 564/3 568/25 570/18 580/20 581/7 581/11 587/4 597/14 632/25 643/10 645/5 646/21 647/23 664/2 671/9 715/14 724/6 727/24 728/22 746/8 754/13
biweekly [1]  666/3

**B**

Blaire [1]  686/21
blend [1]  650/14
blindsided [4]  578/24 584/4 584/5 702/24
blue [2]  527/17 665/12
board [3]  512/9 714/23 731/9
boat [3]  550/25 713/9 713/10
Bockius [2]  507/6 507/9
body [1]  601/14
boils [1]  518/23
Boise [10]  551/9 615/17 617/1 655/3 655/9 689/11 689/23 690/1 712/6 713/17
book [1]  679/16
booked [1]  679/10
booking [1]  679/23
both [9]  510/4 510/8 522/15 533/25 560/7 612/24 623/19 699/24 732/8
bother [1]  628/18
bothered [1]  627/25
Botox [1]  694/12
bottle [2]  515/3 713/15
bottom [22]  512/12 515/23 543/23 545/24 564/20 570/12 571/8 581/10 614/24 615/25 637/1 653/5 653/8 653/25 662/5 673/2 674/20 675/13 689/21 689/23 689/25 702/19 702/21
bottomed [1]  642/15
box [5]  566/14 617/15 690/22 714/9 718/6
boys [3]  699/7 700/7 701/13
BPBU [1]  619/14
brand [19]  550/24 552/8 552/10 552/11 552/15 553/18 553/18 586/17 658/8 659/6 660/7 660/9 660/9 660/10 660/14 660/21 661/3 686/25 743/17
brand-new [1]  550/24
branded [1]  738/21
branding [4]  543/10 547/22 552/2 709/16
brands [1]  659/22
breached [1]  515/2
breadwinner [1]  600/6
break [14]  509/7 510/12 510/16 511/2 567/6 588/23 617/11 646/14 647/12 649/1 690/8 690/15 698/17 702/17
breakdown [1]  582/25
breakfast [1]  517/2
breath [4]  545/2 545/4 561/17 671/17
Brian [1]  563/2
brief [5]  521/10 523/2 523/8 616/7 650/8
briefly [5]  518/5 520/3 529/7 695/12 731/3
bring [16]  531/20 531/21 533/16 559/25 594/8 605/2 622/22 648/14 649/1 649/4 657/4 686/14 687/2 687/5 695/19 714/14
bringing [3]  579/11 597/15 597/17
broader [3]  522/6 524/20 525/10
broadly [1]  525/4
broke [2]  697/7 697/12
broken [1]  648/12
Brook [1]  667/24
brought [11]  544/18 552/23 569/25 572/12 589/18 627/3 634/5 634/11 634/12 634/12 672/6
Broussard [2]  539/25 711/15
bubbly [1]  721/1
buck [4]  620/2 623/17 632/9 636/22
budget [18]  582/5 676/13 676/14 677/14 677/16 677/17 677/20 677/21 677/25 678/3 678/4 678/6 678/9 678/14 678/15 678/25 679/5 703/16
budgets [1]  679/22
building [1]  602/18
buildings [1]  618/14
built [1]  546/1
bullet [9]  574/12 599/2 614/21 643/19 643/20 643/25 644/1 644/4 659/1
bunch [5]  524/24 560/11 586/13 676/2 687/21
burden [1]  512/23
Bureau [2]  750/16 751/5
bus [16]  548/13 548/14 548/15 548/16 548/16 548/18 548/18 548/21 548/21 548/22 548/22 548/23 549/3 549/9 549/10
549/13
bus' [1]  565/1
bus,' [1]  548/25
business [31]  521/4 539/2 546/24 547/19 586/18 593/5 593/10 612/24 619/15 619/20 620/2 623/15 623/16 631/10 631/13 632/10 636/21 636/21 637/6 641/9 641/19 643/20 644/2 644/8 666/14 666/16 666/23 665/24 667/4 677/8 703/16
business-related [1]  641/9
busy [4]  647/24 669/22 719/5 723/19
Byrne [6]  523/14 523/14 523/15 523/20 523/24 524/13
Byrne's [1]  525/7
BYU [2]  736/19 737/16

**C**

C-A-P-E-L-L [1]  698/25
C-level [1]  750/23
CA [1]  507/7
cabana [1]  567/12
calculated [1]  734/6
calculation [1]  510/11
calendar [2]  568/4 586/24
California [1]  725/12
call [122]  510/25 512/22 517/3 523/10 527/3 537/7 537/18 537/20 539/4 539/16 539/17 539/21 539/23 539/24 540/7 541/1 542/13 542/18 544/13 545/12 545/16 545/20 546/4 546/10 546/14 546/15 550/16 551/7 551/14 551/15 551/16 551/18 553/6 553/22 553/24 554/7 556/14 557/20 559/24 559/25 560/15 562/8 562/10 562/11 563/25 565/17 565/18 568/2 568/12 568/15 569/6 569/8 569/10 571/25 574/2 574/3 574/5 577/7 577/7 577/10 577/11 577/17 577/18 577/19 577/25 578/2 578/3 578/9 578/10 583/25 584/3 589/7 589/12 589/12 589/16 590/1 591/2 591/14 591/21 593/3 593/4 593/5 593/12 593/21 593/24 593/25 596/23 597/1 597/4 597/5 597/7 597/12 598/2 599/6 599/9 599/11 599/16 611/14 648/1 648/10 648/13 653/20 654/1 654/2 656/20 656/23 663/5 663/11 665/5 670/11 676/9 677/9 686/12 688/13 702/25 711/14 712/16 713/23 717/23 718/1 719/9 722/16
call,' [1]  580/16
call.' [1]  560/16
called [23]  523/24 526/19 527/5 537/2 542/19 544/15 550/9 550/20 563/13 587/2 599/18 600/5 609/17 610/3 629/16 648/23 657/24 660/3 709/10 711/12 713/11 715/21 735/14
caller [5]  564/22 564/25 565/1 565/2 565/4
caller's [1]  564/24
calling [5]  512/9 539/3 550/12 586/11 610/14
calls [19]  546/6 546/6 612/13 633/16 653/17 666/10 676/8 676/12 676/23 676/24 677/7 681/13 703/3 703/5 710/17 710/19 712/19 714/14 723/21
came [20]  552/3 583/20 586/6 586/21 587/13 596/9 599/19 607/7 607/7 634/11 635/17 640/7 657/7 670/8 701/8 703/17 713/12 715/5 717/3 725/11
can [118]  509/6 509/25 514/2 516/4 517/6 524/4 525/1 531/5 531/10 531/17 531/18 531/23 531/23 533/11 536/10 536/22 537/1 541/23 542/16 542/16 544/6 544/22 545/23 546/1 546/9 552/16 555/13 560/13 563/6 563/21 564/3 564/20 568/25 569/5 570/18 571/20 572/25 573/22 574/17 574/21 575/16 576/11 582/14 588/13 592/1 592/11 596/21 599/23 601/14 605/12 605/25 608/19 616/7 617/3 617/20 621/14 623/1 623/8 623/8 628/10 629/10 633/12 633/22 634/21 634/23 635/11 637/4 638/17 643/9 643/10 646/21 647/3 647/14 647/16 648/14 651/18 654/6 659/10 659/21 660/9 660/11 665/3 666/25 674/12 675/10 677/3 680/11 686/19 690/13 690/24 691/1 691/2 694/14 695/12 695/13 697/9 699/3 702/21 709/16 718/6 718/14 719/24 723/6 724/4 724/7 730/3 730/8 731/3 734/3 735/6 737/5 739/20 741/19 742/7 750/10 755/24 756/14
can't [21]  522/12 536/16 541/24 544/11 563/24 565/2 579/6 584/6 587/21 587/22 589/24 591/8 592/16 596/2 601/18 648/8 660/22 667/7 667/10 688/16 710/21
candidate [2]  735/25 738/2
candidates [1]  735/2
cannot [2]  544/6 755/5
capacity [4]  731/1 732/3 738/14 739/2
Capell [6]  508/7 511/20 698/25 699/3 699/5 702/5

**C**

capture [4]  616/1 616/4 616/10 635/14
captured [1]  635/11
car [2]  598/6 653/25
care [10]  523/12 531/8 550/3 578/1 588/17 612/13 724/3 724/13 728/10 731/12
career [18]  516/1 517/11 518/16 522/2 580/19 684/11 717/6 719/16 719/25 720/1 724/5 724/9 725/3 730/10 735/16 735/18 736/12 747/22
career-minded [1]  719/25
carefully [4]  615/2 615/4 714/10 714/16
caregiver [1]  600/15
case [40]  513/3 513/18 514/9 518/23 519/1 519/22 522/14 527/17 527/19 567/3 603/10 617/19 621/24 622/5 625/1 625/2 626/16 630/23 631/22 635/10 635/15 635/16 637/2 638/1 641/4 641/4 658/18 661/9 704/6 731/25 732/21 733/7 741/17 742/2 742/6 749/3 749/3 752/2 754/17 756/5
case-in-chief [1]  527/19
cases [6]  631/19 732/7 732/7 732/8 732/14 751/3
cashier [1]  750/22
catch [3]  579/1 632/16 727/12
catch-up [1]  579/1
category [2]  612/22 635/12
cause [2]  574/20 757/5
caused [1]  693/10
caution [1]  716/10
CBD [7]  626/15 626/18 626/19 631/24 631/24 633/19 703/18
Ceaser [15]  521/17 589/6 590/1 590/6 591/16 597/3 599/5 624/15 640/15 640/17 641/3 642/5 706/15 712/14 712/17
celebrated [1]  618/6
certain [17]  509/15 510/19 511/6 512/1 512/3 518/15 518/16 518/18 518/18 522/1 525/22 526/24 533/22 630/21 634/9 648/24 735/10
certainly [14]  526/16 527/25 528/5 529/10 529/17 532/3 532/6 533/6 537/3 557/22 618/11 641/22 725/5 734/15
certainty [5]  740/3 742/12 743/21 743/23 744/23
certification [1]  730/18
certifications [2]  730/24 733/21
certified [4]  730/16 731/8 731/12 757/7
certify [1]  757/3
cetera [2]  660/23 660/23
chain [3]  645/9 645/12 664/5
chair [1]  545/17
challenge [1]  659/23
challenges [1]  644/6
Chambers [12]  507/2 520/1 538/3 563/4 588/11 588/20 650/1 669/11 691/5 695/25 734/13 754/11
champion [2]  545/3 545/20
change [10]  526/12 553/1 586/5 611/12 652/9 700/12 701/20 701/22 714/22 724/22
changed [6]  529/12 576/22 595/7 601/19 634/25 739/5
changes [1]  588/24 686/25 748/17
character [8]  518/14 518/20 520/4 520/5 523/3 727/6 727/8 728/9
chart [1]  515/23
chat [2]  700/7 721/6
chatty [1]  700/7
cheaper [1]  679/11
check [3]  588/12 674/18 735/12
checked [2]  533/19 567/4
checking [1]  676/10
cheerful [1]  701/24
cheery [1]  700/7
cherrypick [1]  518/15
Cheryl [3]  508/6 691/6 691/18
chief [3]  527/19 696/9 696/19
child [1]  652/4
children [3]  566/8 600/16 673/24
chimes [1]  593/19
chipper [1]  566/23
cholesterol [1]  693/5
choose [1]  604/13

chosen [1]  737/1
Chris [8]  517/5 517/18 518/6 518/7 519/13 522/11 606/5 686/22
Chris Thomsen [1]  518/6
Christmas [5]  566/5 566/11 566/16 566/19 673/23
Christmastime [1]  566/7
chronic [1]  585/14
church [1]  719/15
circle [1]  592/17
Circuit [1]  509/21
circulating [1]  515/2
circumstance [1]  533/12
circumstances [3]  529/13 704/18 750/3
cities [8]  650/3 650/4 650/5 650/5 650/8 650/13 650/13 650/15
City [6]  650/24 655/13 655/17 655/23 656/5 711/4
CL [2]  544/10 708/22
claim [4]  516/16 516/24 602/4 610/15
claims [9]  510/3 510/17 510/19 510/20 511/6 639/10 639/16 639/18 642/13
clapping [6]  593/17 593/20 593/22 594/8 594/13 594/13
clarification [4]  524/25 528/4 528/7 536/17
clarify [1]  527/21
clarifying [1]  667/17
class [1]  738/3
classification [1]  751/8
clear [11]  525/18 527/12 534/4 580/10 596/2 629/4 629/21 629/22 751/19 753/2 755/1
clerk [5]  528/12 532/22 532/24 618/22 691/12
client [1]  730/20
clients [1]  732/18
clinical [4]  629/12 633/6 723/8 736/19
close [9]  532/1 536/19 561/12 582/9 627/10 645/16 645/17 701/9 723/20
closed [4]  618/14 710/23 710/24 728/8
closely [2]  522/25 714/13
closer [2]  661/18 661/20
closing [4]  513/21 524/5 524/25 756/5
closings [1]  649/11
club [1]  699/14
clue [2]  578/18 593/17
cluster [1]  715/21
coach [8]  518/17 592/19 613/9 650/21 650/24 654/6 677/5 687/9
coached [3]  513/9 579/15 583/7
coaches [1]  517/8
coaching [128]  513/2 513/10 513/11 514/18 514/21 515/7 515/10 516/4 516/5 516/17 516/18 516/25 517/1 517/6 517/10 518/25 519/1 519/2 519/11 521/1 521/3 521/16 521/16 540/5 559/5 559/8 560/1 560/4 560/6 560/14 560/19 560/21 560/23 560/24 578/21 578/22 579/12 580/7 580/8 580/14 580/17 580/24 582/6 582/18 582/18 582/22 582/23 583/2 583/13 584/8 586/7 586/8 587/1 587/4 592/16 595/5 595/15 596/3 599/9 611/13 612/8 612/9 612/11 612/16 612/21 612/22 612/23 612/24 613/1 613/5 613/10 614/8 614/12 614/19 614/20 615/6 615/7 616/1 616/2 616/5 616/10 616/11 616/11 616/21 626/18 629/9 629/16 650/16 651/5 653/20 654/5 654/10 654/12 654/15 654/19 654/22 655/3 656/14 671/20 671/22 671/23 675/8 675/17 675/23 676/7 676/20 681/18 687/16 687/17 687/18 687/20 688/25 689/11 689/22 689/23 690/1 690/2 690/3 702/25 703/13 704/10 704/11 704/12 704/13 714/22 715/8 717/4
coaching/field [1]  595/5
CoachMe [1]  586/25
code [6]  620/15 623/7 623/10 634/25 635/1 635/1
codes [1]  697/17
cognitive [1]  730/12
collaborate [1]  641/6
collaboration [1]  703/1
colleague [2]  514/15 514/16
college [7]  718/20 719/4 724/9 724/11 724/20 725/8 725/18
Colorado [1]  514/17
Columbia [1]  732/11
column [1]  686/21
combined [1]  612/25

## C

**come [33]** 516/25 519/6 525/2 527/10 528/4 531/5 531/17 531/18 531/22 533/11 538/18 538/19 538/19 541/23 547/19 577/23 584/19 588/24 592/13 597/21 601/10 633/12 633/15 635/6 660/7 660/10 684/19 692/12 693/2 700/18 700/24 702/13 753/12
**comes [7]** 620/1 623/15 632/21 635/10 714/6 730/20 756/3
**comfort [1]** 556/4
**comfortable [6]** 542/24 543/15 623/9 626/20 718/7 725/21
**coming [15]** 523/15 524/13 529/16 540/5 541/6 553/2 570/3 700/17 700/18 700/21 700/22 700/23 701/6 740/14 741/11
**comment [12]** 606/19 607/10 610/14 610/15 610/16 610/19 610/22 611/1 611/8 711/5 711/6 721/7
**comments [1]** 665/12
**commercial [1]** 546/24
**commit [1]** 531/20
**committees [1]** 677/11
**commonly [1]** 509/14
**communicate [3]** 594/18 639/23 640/8
**communicated [1]** 629/4
**communicating [3]** 713/23 714/2 726/13
**communication [5]** 620/22 640/23 703/1 714/3 714/13
**communications [2]** 641/5 641/10
**community [1]** 724/10
**Comp [1]** 732/7
**companies [2]** 718/18 735/9
**company [25]** 513/9 513/22 548/7 562/15 562/23 562/23 580/22 598/18 601/1 605/25 606/16 622/20 654/4 680/19 681/2 681/17 708/5 708/14 709/10 709/21 718/16 724/21 734/1 738/23 738/24
**company's [2]** 606/16 679/24
**comparable [2]** 601/8 747/6
**compared [1]** 748/11
**comparison [1]** 516/9
**compelling [1]** 513/18
**compensate [1]** 748/7
**compensation [2]** 730/11 739/20
**complain [3]** 607/13 610/25 664/5
**complained [7]** 607/20 608/5 663/6 681/25 685/15 686/2 686/11
**complaint [51]** 563/19 564/9 565/20 565/24 566/1 566/2 567/22 568/3 568/7 568/9 568/14 568/16 576/11 576/25 578/15 589/22 601/16 607/21 611/7 627/17 664/3 664/11 664/21 672/17 672/21 673/2 673/8 673/12 673/17 684/22 684/23 684/24 684/25 685/5 685/10 685/12 685/13 686/3 696/9 706/7 706/11 707/2 733/25 751/14 751/15 751/16 753/7 753/8 753/12 753/16 753/19
**complaints [23]** 589/20 591/5 599/4 624/23 626/14 626/15 626/17 627/15 628/1 628/7 628/17 628/24 637/12 644/14 682/9 685/8 685/22 696/19 703/18 706/14 706/20 706/21 707/6
**complete [3]** 595/20 648/21 697/19
**completed [5]** 595/8 676/18 676/20 739/6 739/13
**completely [12]** 522/2 539/6 545/3 561/25 578/24 593/21 647/23 662/8 726/1 726/7 728/3 728/8
**compliance [84]** 514/24 517/9 519/12 543/10 543/16 544/17 544/21 545/3 545/8 545/18 545/19 546/8 554/1 564/17 566/25 570/25 576/2 588/2 591/24 619/13 619/14 619/20 620/1 620/5 620/6 620/19 621/25 622/1 622/2 622/6 623/4 623/14 623/16 624/3 624/4 624/7 624/7 624/23 627/3 628/5 630/19 631/2 632/11 634/5 634/6 634/16 635/5 636/14 636/20 636/22 638/11 639/22 640/5 641/6 641/9 644/14 663/15 663/25 664/7 664/9 664/17 664/23 665/9 665/19 665/20 665/21 666/15 666/20 666/21 666/22 666/25 667/1 667/6 667/7 668/7 668/25 669/1 675/4 682/11 683/13 683/23 684/22 708/17 736/20
**compliant [8]** 541/15 542/9 657/17 659/6 665/11 667/1 667/5 667/6
**complied [1]** 519/8
**complies [1]** 621/6
**compliment [1]** 550/2
**comply [6]** 514/18 528/6 655/12 655/16 655/22 656/4
**component [1]** 602/10
**components [1]** 510/13

**compromise [1]** 514/10
**computer [4]** 586/20 592/15 598/5 693/10
**concede [1]** 530/18
**concern [16]** 511/25 513/15 524/20 525/4 525/10 531/6 531/6 622/22 627/13 627/14 632/5 632/15 632/17 632/25 633/3 673/3
**concerned [29]** 524/6 524/24 541/12 556/17 570/4 573/8 578/20 579/14 624/17 624/21 625/5 626/23 627/1 627/12 627/19 627/20 627/22 628/6 628/9 628/14 628/16 628/23 630/1 630/4 632/8 670/2 670/20 672/5 682/14
**concerning [5]** 574/14 574/16 672/8 673/7 754/4
**concerns [31]** 511/14 573/3 583/7 591/5 598/21 621/25 622/1 622/6 622/10 622/19 623/6 634/5 636/15 644/6 665/10 665/19 671/19 672/13 675/8 676/13 677/14 678/3 678/6 678/9 678/14 678/16 678/25 679/6 689/10 703/19 704/14
**concert [1]** 651/19
**concluded [5]** 744/7 747/10 749/13 749/17 749/19
**concluding [1]** 750/12
**conclusion [8]** 509/11 742/12 743/12 743/14 744/22 748/18 749/8 751/18
**conclusions [4]** 573/5 740/14 741/11 744/25
**condition [2]** 524/9 529/25
**conditions [2]** 697/5 697/13
**conduct [9]** 620/12 620/15 621/22 623/7 623/10 631/3 635/1 744/17 752/16
**conducted [4]** 627/2 627/23 676/23 704/11
**conducting [1]** 677/9
**confer [3]** 531/25 532/24 646/25
**conference [7]** 523/18 535/22 618/25 646/13 677/9 691/15 744/1
**confident [1]** 647/3
**confirm [8]** 528/13 532/21 536/16 639/6 695/7 714/17 745/7 745/20
**confirmed [2]** 554/9 554/12
**conformed [1]** 757/6
**confront [1]** 556/8
**confuse [1]** 519/21
**confused [2]** 545/15 553/1
**connect [1]** 687/3
**connection [3]** 603/9 688/9 707/12
**consent [6]** 584/11 585/2 639/6 639/12 642/10 645/8
**conserve [1]** 531/25
**consider [4]** 690/20 691/10 734/8 734/24
**consideration [2]** 743/2 743/6
**considered [9]** 518/12 524/14 538/15 565/1 625/6 626/24 704/20 709/21 734/9
**consistent [25]** 531/12 532/18 534/7 534/8 534/10 534/13 534/14 534/17 534/18 534/19 534/21 534/22 534/23 535/3 535/4 535/5 535/6 535/7 644/10 646/4 658/5 660/13 667/19 704/17 723/22
**consistently [3]** 513/5 513/23 520/15
**constructive [1]** 517/14
**consultant [2]** 718/17 730/5
**contact [7]** 582/9 667/20 672/9 672/15 717/14 723/20 726/14
**containing [1]** 524/9
**contend [2]** 513/1 513/2
**contest [1]** 603/5
**context [10]** 512/8 512/10 513/15 516/23 541/8 541/13 541/18 542/11 672/19 702/22
**continue [8]** 533/11 571/17 585/9 588/20 618/9 648/3 649/20 735/8
**continued [3]** 544/9 644/6 727/8
**continues [1]** 599/4 637/11
**continuing [2]** 689/21 713/25
**contours [1]** 646/15
**contrast [1]** 516/13
**control [2]** 585/15 636/3
**convenience [1]** 511/23
**conversation [22]** 539/13 544/19 552/8 553/12 555/10 562/15 563/15 565/15 570/7 580/13 615/19 616/7 638/3 655/7 655/14 667/12 676/5 688/14 688/16 688/18 689/4 689/12
**conversations [1]** 634/10
**cooking [1]** 721/1
**coordinate [1]** 687/3

## C

**coordinator [1]** 736/20
**COPD [9]** 552/12 552/22 573/19 573/20 574/7 574/13 574/24 575/20 636/9
**copied [2]** 543/22 637/17
**copy [5]** 524/7 671/4 692/11 695/3 703/23
**copying [1]** 686/22
**correct [209]** 528/19 536/3 602/9 602/18 602/22 602/25 603/13 603/15 603/25 604/2 604/5 604/14 604/19 605/4 606/1 606/9 606/22 607/16 607/18 607/24 608/1 608/5 608/9 608/11 608/15 608/23 609/7 609/18 610/3 610/17 610/21 610/23 611/3 611/5 611/8 611/16 611/20 612/3 612/6 612/14 612/18 613/3 613/7 614/2 614/25 615/7 615/14 616/15 616/21 617/6 619/18 619/22 619/25 620/12 621/7 621/11 621/14 622/15 622/17 623/3 623/5 623/8 623/24 624/9 625/4 625/20 626/12 626/22 629/6 634/25 635/24 637/9 639/19 641/1 641/14 642/9 650/9 651/11 651/16 652/1 652/4 652/7 652/9 652/16 652/19 653/7 653/18 653/23 654/2 654/13 654/16 654/20 654/24 655/9 655/18 655/23 656/21 657/20 658/6 658/8 658/10 658/19 658/23 659/8 659/13 659/14 659/17 659/25 660/5 660/11 660/1 660/15 660/18 661/6 661/12 661/14 661/16 661/17 662/1 662/15 662/20 662/25 663/8 663/11 663/17 663/24 664/6 665/16 665/17 665/22 666/20 667/11 667/21 668/21 668/24 669/24 671/5 671/13 672/9 672/15 673/5 673/14 674/24 675/2 675/4 675/8 675/19 677/20 677/25 678/6 678/19 678/16 679/14 680/8 682/1 683/1 683/18 683/23 684/3 688/1 688/4 688/10 689/2 689/11 690/6 692/18 695/25 703/9 705/7 705/11 705/23 706/16 707/13 708/6 717/3 720/7 728/19 740/12 740/13 740/16 741/23 742/10 743/7 743/8 743/14 743/18 743/22 744/5 744/9 744/25 745/9 745/19 747/8 747/9 747/12 747/13 747/16 747/17 747/20 747/21 747/23 748/1 748/12 748/13 748/25 751/2 751/5 752/1 757/4
**correctly [4]** 626/21 629/24 636/12 638/5
**could [66]** 517/19 543/11 543/15 544/17 549/2 555/5 556/23 558/19 565/16 567/5 567/8 567/9 567/9 575/3 575/5 576/4 576/20 577/24 584/14 586/24 587/18 590/14 590/15 594/1 594/6 594/15 597/16 600/15 614/21 616/20 616/23 616/24 625/5 625/10 626/24 627/6 627/7 627/9 633/14 642/2 643/10 647/13 648/10 649/23 650/15 650/18 650/21 650/23 657/2 670/17 683/8 683/14 692/14 697/7 697/12 707/5 708/1 714/14 725/15 725/21 726/3 727/3 729/14 736/6 738/5 743/3
**couldn't [17]** 565/10 566/8 566/9 566/9 566/12 566/13 566/15 567/10 585/15 585/18 587/2 598/11 598/11 598/15 667/17 673/22 715/23
**counsel [9]** 511/17 514/6 521/7 521/20 522/25 523/1 531/4 533/25 646/13
**counseling [2]** 731/7 732/25
**Counselor [1]** 731/8
**count [3]** 612/24 687/19 752/19
**counted [1]** 755/20
**counting [1]** 522/24
**country [4]** 653/3 653/5 653/8 710/21
**counts [1]** 752/18
**couple [12]** 509/6 541/10 541/11 543/18 544/2 576/18 581/13 609/22 616/17 643/6 716/23 716/24
**course [4]** 510/4 511/5 561/10 754/25
**courses [1]** 733/21
**court [46]** 506/1 506/12 507/21 509/3 509/11 509/21 509/22 509/25 510/1 510/18 510/21 523/23 524/20 526/4 526/6 526/10 526/25 527/6 528/2 528/20 529/5 530/10 533/3 533/8 536/25 537/10 588/14 588/19 617/18 618/1 646/7 647/21 649/15 649/17 670/8 670/8 690/20 698/16 698/20 732/8 732/9 732/10 734/16 754/21 756/17 757/9
**Court's [11]** 519/23 525/17 525/17 526/1 526/17 527/1 527/11 528/1 528/5 531/25 533/16
**courthouse [3]** 507/21 618/15 618/16
**cover [1]** 512/7
**covered [3]** 582/1 582/2 655/1
**covering [1]** 581/15
**covers [1]** 623/19
**COVID [4]** 623/23 624/10 710/13 710/17
**COVID-19 [2]** 623/23 624/10

**cowbell [1]** 594/11
**cowbells [5]** 593/13 593/19 594/8 594/9 594/14
**crazy [3]** 554/10 554/13 594/10
**cream [1]** 550/3
**create [2]** 659/22 667/2
**credit [4]** 731/6 748/11 748/19 748/24
**criminal [2]** 754/18 755/4
**criteria [4]** 630/21 630/22 630/24 632/22
**critical [1]** 522/15
**critically [3]** 516/18 621/24 622/5
**criticism [1]** 517/14
**cross [14]** 508/3 601/25 602/1 642/19 643/1 648/9 648/21 649/21 695/14 722/10 728/16 728/17 740/7 740/8
**cross-examination [8]** 602/1 643/1 648/21 649/21 695/14 728/16 728/17 740/8
**CRR [2]** 507/21 757/9
**cry [2]** 562/19 563/24
**crystal [1]** 534/4
**cue [1]** 646/6
**culture [3]** 621/19 622/4 634/19
**cumulative [2]** 513/16 519/20
**curious [2]** 639/8 642/14
**current [2]** 624/25 625/2
**currently [3]** 600/23 723/9 744/18
**customer [36]** 559/9 578/22 579/5 579/5 582/7 612/8 612/9 612/11 612/16 612/22 612/23 613/9 613/17 614/8 614/12 614/19 615/7 617/8 650/18 650/21 650/24 651/6 654/11 654/12 654/15 654/19 659/21 659/23 671/22 671/23 672/1 676/8 681/10 690/3 717/5 717/5
**customers [2]** 578/21 676/11
**cut [8]** 523/3 579/24 580/4 623/1 649/5 678/2 678/5 679/5
**cv [1]** 506/4
**cycle [1]** 715/24

## D

**D.C [1]** 730/7
**daily [1]** 693/8
**DALIRESP [37]** 551/11 551/13 551/21 551/22 551/22 551/23 551/25 552/5 552/6 552/21 555/6 558/2 564/11 570/1 570/22 572/12 572/13 572/15 572/16 573/3 573/14 574/6 574/13 574/19 575/8 575/14 575/20 636/9 669/17 669/24 671/6 672/5 672/8 673/3 673/11 673/14 711/21
**damages [3]** 510/15 510/21 511/2
**Danger [1]** 576/8
**dangerous [3]** 556/9 574/23 576/4
**darn [2]** 561/11 568/18
**data [14]** 538/11 538/17 538/19 538/22 554/12 554/12 580/25 587/1 587/2 592/17 660/22 665/13 739/5 751/7
**database [2]** 635/18 687/16
**date [24]** 526/2 530/12 532/11 573/25 589/10 596/24 611/4 611/19 615/11 626/5 626/6 626/7 629/14 631/18 631/20 635/6 674/18 687/2 692/23 694/5 746/12 749/24 750/1 757/9
**dated [4]** 545/25 571/9 594/22 625/17
**dates [2]** 694/5 696/21
**dating [1]** 718/24
**Dawn [25]** 508/9 521/17 589/6 589/7 590/1 590/6 591/2 591/16 597/3 597/19 599/5 624/15 638/2 640/15 640/17 641/3 642/5 712/14 722/17 723/1 723/1 723/6 723/8 727/17 728/13
**Dawn Ceaser [1]** 712/14
**day [28]** 528/11 542/19 542/20 542/20 543/2 543/19 551/12 555/18 567/4 570/16 573/7 587/22 604/8 629/10 651/20 651/20 672/17 673/4 673/12 676/9 676/11 676/11 676/12 703/4 703/11 749/23 755/15 755/19
**days [58]** 517/9 518/11 543/18 559/5 559/8 560/1 560/4 560/23 560/24 569/20 569/21 570/3 582/18 582/19 582/22 582/23 583/2 583/4 583/13 586/7 586/8 587/4 587/5 587/17 611/24 612/2 612/6 612/21 612/24 613/1 613/16 613/25 614/2 614/8 614/20 617/5 639/2 639/5 654/18 656/15 671/20 675/18 676/18 676/19 676/19 676/20 681/18 685/20 685/20 685/24 688/25 699/15 699/16 704/10 704/11 714/22 717/4 719/8
**DC [1]** 507/4
**deal [3]** 525/16 684/4 684/10
**dealing [2]** 527/9 576/20

**D**

**dealt** [1] 509/12

**December** [42] 547/11 547/12 551/6 554/19 555/3 555/14 555/16 562/8 564/11 565/25 580/24 606/23 606/25 607/1 607/4 607/21 608/3 611/7 630/3 630/6 651/10 651/17 663/5 664/4 664/9 664/11 669/10 670/1 671/2 671/13 672/10 673/25 674/15 674/24 682/13 682/21 703/18 706/8 706/12 706/22 706/23 707/6

**December 10th** [4] 547/12 551/6 669/10 670/1

**December 17th** [3] 554/19 555/3 555/14

**December 18th** [8] 555/16 562/8 564/11 565/25 651/10 651/17 671/13 682/13

**December 18th meeting** [1] 672/10

**December 19th** [1] 630/3

**December 19th of** [1] 630/6

**December 2018** [4] 547/11 607/21 673/25 703/18

**December 2019** [1] 706/8

**December of** [1] 706/12

**decide** [3] 514/9 563/1 666/24

**decided** [5] 585/1 608/18 672/9 672/15 680/16

**decision** [16] 517/25 518/5 518/9 518/11 518/12 518/19 521/18 521/23 521/23 531/7 625/25 644/21 644/25 666/14 704/19 704/20

**decision-makers** [2] 521/18 644/21

**decisions** [3] 637/18 637/22 644/23

**deck** [2] 658/17 668/13

**decorate** [2] 673/23 674/5

**decorating** [1] 674/7

**decorations** [2] 566/12 566/13

**deemed** [2] 525/19 526/8

**defendant** [10] 506/7 507/6 517/18 521/24 522/24 526/13 527/3 529/2 533/11 534/11

**defendant's** [3] 526/7 528/17 528/22

**defense** [5] 521/20 554/14 554/15 646/13 739/14

**defer** [1] 531/20

**defines** [1] 509/19

**definitely** [5] 621/2 702/3 720/24 725/21 726/14

**degree** [1] 740/2

**degrees** [1] 731/4

**Delaware** [3] 710/11 710/22 710/24

**delay** [1] 533/9

**deliberations** [2] 649/11 756/5

**deliver** [1] 690/5

**delivering** [1] 644/7

**demeanor** [1] 700/6

**demonstrate** [2] 512/23 522/15

**denied** [1] 732/16

**Dennis** [4] 507/21 588/12 757/8 757/9

**deny** [1] 522/20

**departed** [1] 521/2

**department** [7] 563/18 639/24 664/23 665/21 667/21 668/10 736/20

**departments** [1] 639/25

**Depending** [1] 641/4

**depends** [2] 579/23 579/24

**deposed** [1] 521/7

**deposition** [11] 519/1 655/25 658/2 661/9 661/11 661/23 690/20 741/10 741/13 741/14 741/16

**depressed** [2] 574/19 636/2

**depression** [22] 574/14 574/25 575/9 575/20 587/20 600/14 636/10 685/10 685/11 693/7 693/11 693/22 694/2 696/5 696/18 696/23 697/25 705/7 706/11 706/17 706/25 707/1

**depth** [1] 554/25

**describe** [6] 520/6 687/17 719/11 719/19 723/24 731/3

**described** [6] 518/13 531/13 645/9 676/8 701/24 737/25

**describes** [1] 696/13

**description** [2] 541/25 659/25

**descriptions** [1] 744/11

**design** [1] 718/17

**designation** [3] 631/23 731/10 731/13

**despite** [1] 522/8

**detail** [4] 512/7 564/6 724/2 725/14

**detail-oriented** [1] 724/2

**detailed** [1] 692/8

**detect** [1] 620/12

**determination** [1] 510/24

**determine** [6] 518/1 730/25 744/12 745/3 745/11 747/7

**determined** [1] 704/8

**determines** [2] 509/22 510/1

**determining** [1] 510/22

**devastated** [5] 562/11 562/17 562/24 566/7 590/14 591/8

**develop** [1] 677/5

**developed** [2] 623/22 652/16

**development** [7] 612/24 652/13 708/16 708/18 708/20 708/22 708/23

**development/DSM** [1] 708/23

**developmental** [2] 588/3 677/8

**diabetes** [1] 696/15

**diagnosed** [1] 696/5

**diagnoses** [1] 697/19

**diagnosis** [3] 694/1 697/17 697/25

**dialogue** [2] 601/15 601/18

**did** [272]

**didn't** [114] 518/17 519/11 522/11 527/6 538/20 541/12 543/15 547/4 547/6 547/7 548/24 550/21 550/23 550/25 551/1 551/22 553/2 555/24 561/2 562/11 563/9 564/15 565/9 566/13 573/16 580/6 591/22 594/14 598/17 598/21 599/7 603/18 606/17 606/19 606/22 607/9 607/13 608/1 609/1 609/12 609/14 609/15 610/1 610/17 610/22 610/25 611/8 613/9 615/4 615/6 615/10 615/18 628/15 632/6 632/16 638/7 638/9 638/12 638/20 639/8 639/8 644/1 655/2 655/22 656/3 656/12 663/1 664/3 664/8 668/12 670/14 671/10 677/22 678/14 678/25 679/7 679/9 681/15 681/21 681/23 681/25 682/3 682/5 683/7 683/11 683/13 686/9 687/24 688/5 694/19 700/18 701/19 701/23 711/24 713/10 713/25 714/1 717/7 717/11 720/17 721/20 726/5 727/12 741/15 743/8 744/15 744/17 745/11 745/14 745/17 745/20 750/13 751/22

**die** [8] 552/12 556/12 556/20 557/21 570/1 571/14 670/5 670/9

**differ** [1] 516/15

**difference** [1] 623/20

**different** [41] 513/14 514/2 514/17 520/22 548/11 553/16 560/11 572/11 578/17 580/1 580/2 580/2 581/22 581/23 586/14 586/17 593/19 626/15 630/20 632/25 641/4 662/17 662/18 701/23 702/3 708/24 710/16 710/19 720/23 720/24 725/4 725/13 725/15 725/22 726/1 726/7 748/6 748/10 749/6 749/6 749/7

**differently** [2] 705/3 738/22

**difficult** [1] 740/22

**difficulty** [2] 687/12 687/15

**digitally** [1] 757/6

**diligence** [3] 553/20 554/2 620/11

**diligently** [1] 617/19

**diminished** [3] 748/21 748/22 748/23

**DiNunzio** [92] 512/19 513/9 514/19 514/23 515/6 518/4 519/3 519/11 520/8 522/9 530/17 539/11 539/18 539/24 555/16 578/3 602/7 602/16 602/23 603/15 604/4 604/18 605/4 605/6 605/19 605/21 606/11 607/11 607/16 610/12 610/16 611/15 614/17 615/9 615/21 616/4 616/19 625/3 626/16 633/19 634/2 635/19 650/20 650/23 651/15 651/21 651/25 655/2 655/11 658/13 659/3 665/4 665/14 665/21 668/9 668/20 669/12 670/2 670/8 670/16 671/2 672/18 673/10 673/13 674/15 674/23 675/7 675/17 675/21 675/25 676/6 676/13 676/17 678/8 678/23 679/4 680/13 682/1 682/8 682/14 683/3 686/11 686/20 686/21 687/15 689/1 689/10 704/7 706/20 706/25 711/14 712/9

**DiNunzio's** [6] 518/19 597/2 633/21 662/23 663/2 675/7

**diplomate** [1] 731/9

**direct** [13] 508/3 538/4 619/5 633/20 649/24 651/4 663/20 691/20 699/1 718/12 723/4 730/1 755/10

**directly** [2] 514/20 634/7

**director** [2] 546/25 743/17

**disabilities** [1] 730/12

**disagree** [2] 520/16 521/9

**disallow** [1] 532/9

**disciplinary** [1] 644/19

**discipline** [6] 529/23 530/2 530/3 530/13 531/13 583/15

**D**

disciplined [6]  529/23 531/10 715/10 717/7 717/12 717/13
disclosed [6]  630/3 630/5 633/19 634/1 635/19 635/25
disclosing [1]  636/15
discovery [1]  521/7
discrepancies [1]  704/12
discretion [3]  618/9 618/12 665/7
discriminated [1]  602/7
discriminating [5]  609/20 610/2 610/5 610/10 634/2
discrimination [8]  516/24 518/3 583/24 589/21 602/4 606/15 607/20 635/13
discuss [5]  555/1 579/15 675/7 693/4 754/17
discussed [14]  510/7 514/23 562/9 568/13 569/7 574/5 577/19 581/13 615/22 650/1 665/5 669/23 703/1 735/2
discusses [1]  702/25
discussing [4]  533/21 555/8 735/9 735/11
discussion [22]  519/16 526/13 564/16 573/24 580/15 582/5 597/10 597/10 615/13 616/25 641/19 646/4 655/21 655/24 656/1 656/1 663/6 665/25 672/23 682/20 714/5 716/9
discussion,' [1]  560/16
discussions [5]  581/18 616/2 616/11 677/8 689/1
disease [1]  696/20
dismissal [1]  734/25
display [1]  695/13
displays [1]  642/21
dispute [1]  519/4
disputes [2]  524/24 528/8
disputing [1]  530/18
disruptive [1]  714/11
distance [3]  616/2 616/5 616/10
distant [4]  616/23 689/22 690/1 690/2
distantly [1]  616/21
distracted [3]  720/22 725/15 726/4
distraction [1]  659/6
distress [3]  511/6 705/2 715/15
distribution [1]  666/4
district [55]  506/1 506/2 506/12 507/21 512/11 512/13 512/15 539/19 547/19 569/20 569/22 570/21 571/21 573/23 574/3 579/24 581/16 581/18 581/19 581/20 581/22 581/25 582/1 586/9 586/16 586/18 601/3 617/7 652/12 653/16 657/11 663/1 666/6 682/18 682/18 682/24 683/4 686/17 704/7 704/9 712/2 713/15 732/10 732/10 732/11 732/12 736/25 742/15 742/21 742/24 746/10 747/15 747/25 748/4 749/1
district's [1]  576/15
division [1]  710/22
do [231]  509/18 509/18 511/25 518/15 519/2 521/5 521/12 527/4 533/21 536/14 537/15 539/6 544/6 546/22 547/24 549/6 549/7 550/4 550/9 550/13 550/17 551/7 551/22 553/13 553/13 553/20 554/1 554/3 554/4 555/24 555/25 557/6 557/15 557/15 557/17 558/3 558/11 558/19 559/1 560/6 560/17 562/13 563/1 563/1 563/8 563/9 563/13 564/12 564/24 565/3 565/5 566/7 566/9 566/13 566/13 566/14 566/15 569/20 570/4 571/9 571/24 577/1 577/4 579/3 580/3 580/15 582/6 582/8 582/11 584/13 585/7 585/7 585/8 585/9 585/9 585/10 585/11 585/23 586/10 586/14 586/15 586/18 586/25 587/7 587/8 587/9 587/11 588/13 591/5 591/22 592/18 595/8 595/17 596/23 596/25 597/7 598/6 598/13 598/17 598/21 604/13 604/16 609/15 615/21 616/20 616/24 622/11 622/21 623/8 623/8 625/15 625/16 629/18 631/5 634/14 637/3 640/11 640/13 640/14 643/15 643/23 645/10 645/21 646/17 647/14 647/19 648/17 650/15 650/18 651/8 651/22 651/23 658/4 659/25 660/23 660/24 661/9 665/2 666/25 667/1 668/6 668/7 670/12 674/7 674/20 676/25 677/2 677/14 678/25 679/16 680/1 681/15 682/13 684/23 688/11 690/8 690/15 691/22 692/2 692/6 692/7 692/8 692/11 692/13 692/21 692/22 693/12 694/8 694/15 694/17 694/18 694/20 694/22 696/8 697/4 699/6 701/10 703/10 704/2 710/10 710/20 711/16 711/22 711/23 712/19 713/21 714/1 714/25 715/10 716/16 716/19 718/14 718/19 719/1 719/6 719/16 720/18 721/3 723/7 723/9 723/11 723/15 724/4 724/16 724/19 724/21 725/7 728/22 728/25 729/3 730/4 730/9 730/21 733/7 737/20 738/15 741/6 742/14 745/3 745/7 745/10 745/11 745/17 745/20 746/3 746/4 746/7 746/19 751/21 754/17 755/21

DOB [1]  754/24
Dobber [1]  631/9
doctor [8]  529/13 648/10 648/14 649/9 656/20 705/2 715/17 716/3
doctor just [1]  705/2
doctors [6]  539/1 552/18 575/3 575/4 714/18 716/14
doctors' [1]  703/6
document [26]  530/24 559/13 560/24 561/1 611/24 612/20 613/24 614/1 614/4 614/13 625/15 625/15 625/17 630/14 635/9 635/14 637/15 641/18 643/12 671/4 671/9 671/12 675/16 692/14 692/17 695/7
documentation [6]  521/18 582/12 582/13 587/24 704/5 752/20
documents [13]  519/9 519/15 521/8 525/20 525/20 590/15 590/17 611/18 624/3 643/7 704/5 733/23 754/3
does [35]  510/10 516/13 542/13 552/9 556/17 578/4 578/5 587/16 590/18 594/18 597/20 605/15 610/7 639/17 643/25 666/15 676/7 684/8 693/16 703/2 706/25 713/21 719/15 719/15 730/8 731/20 732/21 734/15 737/2 737/4 738/17 739/1 739/17 743/2 752/18
doesn't [16]  519/5 526/15 531/8 541/11 554/11 564/25 580/10 585/15 599/24 628/18 666/20 666/22 667/2 667/3 667/10 734/14
dog [2]  631/13 631/14
doing [52]  538/14 555/11 555/19 557/16 558/13 558/14 559/2 559/17 559/18 559/21 560/21 564/22 571/6 572/13 573/9 574/10 576/17 576/19 577/20 578/10 579/2 579/12 580/14 580/21 580/23 584/20 585/6 585/24 592/14 593/5 593/18 593/19 593/22 594/5 601/13 616/3 616/6 684/9 684/15 688/13 689/18 689/18 695/18 702/15 710/17 710/18 714/1 714/6 714/12 724/19 730/13 730/20
Dominican [4]  566/22 567/2 567/25 674/9
Dominican Republic [1]  566/22
don't [143]  519/8 520/4 522/22 524/18 526/12 528/8 528/15 529/11 532/1 540/25 541/4 541/5 541/6 541/7 541/13 541/14 541/18 541/19 541/20 542/2 542/3 542/24 543/4 543/5 545/1 545/4 546/19 549/21 550/19 554/2 556/9 556/10 556/11 557/6 557/11 557/22 557/25 558/1 558/5 558/8 558/22 558/23 559/15 562/3 562/20 564/13 567/13 570/8 571/13 573/25 574/23 578/24 590/16 593/22 594/8 594/10 594/11 594/13 594/15 597/8 598/20 599/13 607/12 616/4 623/19 625/24 626/5 626/7 631/19 633/10 633/12 635/5 635/6 636/4 636/5 637/19 640/21 643/14 644/4 644/25 645/11 649/10 657/14 657/21 660/6 660/24 661/1 661/5 661/7 661/7 661/7 662/8 662/12 662/12 662/14 663/3 663/4 667/9 667/14 673/7 678/15 678/24 679/24 682/2 682/7 683/19 684/25 684/24 687/1 687/19 688/12 688/13 689/3 689/4 689/7 692/3 697/24 701/19 703/6 709/4 709/18 710/8 712/6 716/9 724/20 725/8 725/14 728/13 729/5 741/18 743/23 744/6 745/23 746/1 748/2 749/15 751/6 751/12 751/23 755/16 755/24 756/6
done [15]  528/12 562/8 565/2 565/13 565/14 576/9 638/10 646/3 646/20 646/22 648/18 687/17 724/9 756/1 756/1
dorms [1]  723/14
dos [1]  595/8
dosing [1]  577/23
double [1]  735/4
doubt [1]  682/2
down [40]  509/8 510/12 518/23 543/23 546/1 555/13 556/5 564/1 564/3 564/14 567/6 568/25 569/5 570/18 571/8 571/20 572/10 572/12 572/18 573/22 581/7 581/10 582/14 592/11 604/14 625/21 635/15 637/1 637/5 642/5 649/5 654/18 673/1 690/11 694/14 705/25 722/15 725/16 728/3 728/8
downright [2]  557/7 558/18
downs [1]  705/24
downtown [2]  711/2 711/3
Dr [1]  511/1
Dr. [19]  510/10 523/12 523/14 523/14 523/15 523/20 523/24 524/13 525/7 690/23 691/6 691/18 691/22 694/2 695/16 697/9 698/6 754/12 754/25
Dr. Byrne [6]  523/14 523/14 523/15 523/20 523/24 524/13
Dr. Byrne's [1]  525/7
Dr. Cheryl [2]  691/6 691/18
Dr. Edelman [2]  510/10 754/12
Dr. Johnson [7]  523/12 690/23 691/22 694/2 695/16 697/9

**D**

Dr. Johnson... [1] 698/6
Dr. Johnson's [1] 754/25
draw [1] 548/24
drew [1] 548/22
drive [1] 693/9
driven [3] 538/22 719/13 719/22
driver [1] 629/17
drop [4] 514/6 514/10 517/19 522/24
drug [1] 556/22
drugs [2] 622/20 624/8
dry [2] 579/24 580/4
DSM [25] 512/18 514/15 515/5 515/7 515/11 515/12 515/18 515/20 516/3 516/10 516/11 517/5 519/14 546/13 608/13 616/15 626/10 626/11 631/23 631/25 665/7 675/18 677/2 683/4 708/23
DSMs [27] 512/16 512/17 513/8 586/19 592/24 592/25 593/4 602/16 608/13 608/18 609/2 609/17 610/1 610/5 611/13 611/16 614/16 629/22 665/6 665/10 666/4 677/4 681/20 686/12 709/15 709/16 715/5
due [8] 553/20 554/1 618/7 620/11 638/22 644/6 693/9 704/14
duly [7] 537/24 618/24 691/14 698/22 718/8 722/22 729/18
during [29] 511/23 515/6 524/25 525/2 526/4 536/2 536/13 538/9 541/2 551/9 557/14 564/11 566/18 595/10 615/22 646/4 646/4 649/1 654/2 671/4 671/12 696/5 701/10 715/17 720/14 720/25 723/13 725/3 733/16
duties [6] 586/5 640/24 640/25 644/7 704/9 730/19
dysphoria [1] 693/16

**E**

each [14] 513/14 514/3 520/24 621/17 641/4 687/1 699/21 719/9 720/20 723/17 723/21 726/17 726/17 726/22
earlier [15] 583/21 591/21 611/10 645/6 649/25 660/8 663/7 667/16 667/18 668/11 672/3 684/21 685/7 710/25 715/15
early [17] 576/10 582/4 582/4 593/7 593/25 602/20 602/22 663/7 663/13 679/16 699/9 702/1 715/18 720/21 726/6 734/25 741/4
earn [2] 734/7 747/10
earning [2] 731/1 739/2
earnings [1] 737/25
earns [1] 739/3
ease [1] 687/1
easier [1] 511/9
Eastern [1] 732/10
easy [2] 510/18 510/20
eat [1] 720/21
Economic [2] 736/3 747/5
economist [3] 510/11 740/12 750/14
economist's [3] 739/14 741/18 749/16
Edelman [6] 510/10 511/1 754/12 755/8 755/25 756/14
education [3] 734/9 735/22 744/18
educational [4] 730/23 731/2 731/3 733/19
effect [5] 515/7 572/14 676/6 678/24 717/3
effects [1] 574/18
efforts [4] 733/8 733/9 734/2 739/15
eight [3] 620/19 685/25 732/6
either [9] 531/22 544/12 587/3 594/12 596/18 600/25 659/23 660/9 714/12
electronic [1] 666/10
element [1] 620/25
elements [2] 620/20 620/22
eleven [1] 649/6
elicit [1] 520/4
elicited [1] 641/17
eliminated [1] 743/4
else [25] 521/25 539/24 544/18 551/15 559/4 564/23 576/11 576/16 584/22 586/25 587/11 590/18 591/2 591/22 598/2 598/2 607/14 632/3 682/22 682/25 686/6 698/13 703/25 744/6 754/17
elsewhere [1] 726/4
email [80] 526/22 540/19 540/23 542/21 542/23 543/13 543/19 543/20 543/22 543/23 545/24 546/2 553/15 555/18 567/3 570/13 571/9 572/24 572/25 573/11 574/10 581/4 581/7 581/9

586/24 591/17 591/20 591/25 592/5 594/4 594/22 596/10 596/12 599/1 611/15 611/23 611/25 612/1 612/13 614/16 624/20 625/22 629/20 630/13 637/25 640/11 640/13 645/2 645/9 645/12 649/24 649/25 650/20 650/22 650/23 651/1 651/3 651/10 658/13 658/17 658/21 658/25 664/1 664/5 664/24 665/1 665/3 665/9 665/14 665/20 666/3 666/8 667/8 667/18 674/18 686/19 686/21 687/16 688/17 689/7
emailed [1] 664/25
emailing [1] 574/8
emails [19] 580/6 592/19 593/25 596/8 624/14 641/3 641/8 663/16 663/19 665/2 666/4 676/2 678/2 678/4 678/5 679/22 686/9 687/13 689/17
embarrassing [2] 550/8 550/19
embrace [1] 622/4
emergency [2] 715/18 715/25
emesis [1] 693/9
emotional [4] 511/6 585/14 705/1 715/15
employability [4] 731/1 736/18 737/3 738/18
employed [1] 600/23
employee [8] 519/17 621/17 622/6 637/2 637/2 638/1 644/23 688/21
employees [14] 512/15 529/22 548/10 620/25 621/12 621/25 622/9 622/14 622/18 622/22 623/6 626/20 634/17 715/16
employer [3] 707/19 740/23 740/24
employers [12] 708/5 735/24 738/1 740/17 741/2 751/10 751/19 753/1 753/6 753/16 753/18 753/20
employment [17] 507/3 509/15 584/18 600/20 600/22 600/24 704/16 704/23 707/13 707/15 730/15 732/19 733/16 735/12 739/20 749/13 749/15
encouraged [2] 622/4 633/20
encouragement [1] 630/25
encouraging [3] 610/13 627/16 667/9
end [29] 514/8 521/10 523/2 528/11 536/10 542/13 545/12 547/18 547/20 549/16 559/24 568/2 572/10 573/25 574/1 577/11 595/7 612/20 615/3 653/7 668/2 676/11 700/15 701/2 702/1 703/4 703/12 705/3 706/2
ended [6] 542/14 550/6 553/6 553/12 569/10 573/6
energy [5] 725/25 726/1 726/2 728/22 729/2
enforced [4] 513/5 513/23 520/15 626/25
enforcement [1] 625/7
enforces [2] 622/12 624/3
engage [6] 532/2 627/17 644/2 656/20 657/24 658/22
engaged [2] 721/1 725/16
engagement [31] 559/9 578/22 582/7 612/9 612/9 612/11 612/16 612/22 612/23 613/10 613/17 614/8 614/12 614/19 615/7 617/9 650/18 650/21 650/24 651/6 654/11 654/13 654/15 654/19 671/22 671/23 672/1 676/8 681/10 690/3 717/5
engagements [1] 579/5
engaging [9] 656/18 658/18 659/13 659/14 667/25 703/2 725/17 725/20 726/22
enjoy [1] 538/24
enjoyed [2] 699/24 737/21
enough [3] 520/17 645/17 674/5
ensure [4] 614/24 621/5 621/20 659/4
enter [1] 511/3
entered [4] 526/5 526/6 526/10 526/25 527/16
entire [4] 584/18 593/2 710/24 723/23
entirely [2] 625/8 749/5
entitled [4] 515/16 522/13 522/14 757/5
EPP [2] 688/20 703/21
equal [1] 612/25
equitable [1] 627/23
era [1] 609/25
error [1] 553/15
escalating [2] 706/13 707/8
especially [1] 626/14
essence [3] 509/14 509/20 621/3
essential [1] 680/1
essentially [3] 529/11 630/17 630/18
establishes [1] 624/7
estimate [1] 748/5
estimated [4] 734/2 746/13 749/21 750/2
estimates [1] 746/12

**E**

**et [2]** 660/23 660/23

**et cetera [2]** 660/23 660/23

**ethical [1]** 563/14

**ethics [16]** 563/18 563/19 563/21 564/7 565/4 565/6 565/20 567/22 634/25 635/1 673/11 706/21 706/22 706/23 707/2 707/5

**EthicsPoint [2]** 607/21 608/4

**evaluate [1]** 733/9

**even [32]** 524/23 525/1 528/12 530/3 530/5 543/5 544/14 545/4 560/5 561/22 564/15 566/13 567/10 574/9 578/24 590/16 592/3 594/14 607/2 609/9 611/10 621/1 634/17 653/7 654/23 663/15 673/7 673/10 675/4 707/24 708/23 710/23

**evening [4]** 523/8 531/17 538/18 754/16

**event [2]** 602/18 674/6

**events [1]** 574/18

**eventually [1]** 584/7

**ever [30]** 565/19 565/22 566/11 613/12 661/25 662/6 662/11 662/15 662/23 677/15 677/18 677/24 678/8 678/25 679/4 700/1 700/3 701/6 701/16 715/7 715/25 721/11 721/11 722/2 726/15 727/4 727/18 727/18 732/12 732/16

**every [16]** 528/11 563/22 577/7 577/10 586/10 586/13 596/12 621/24 622/5 665/7 700/22 705/18 719/6 719/6 720/15 725/8

**every day [1]** 528/11

**every-other-week [1]** 577/7

**everybody [10]** 593/4 593/14 593/22 594/7 597/17 668/3 681/24 686/6 724/13 724/13

**everybody's [1]** 528/13

**everyone [1]** 531/19 594/9 627/21 714/23

**everything [32]** 510/22 519/20 524/22 536/15 536/16 539/2 539/22 549/7 560/12 576/21 576/23 578/16 582/6 587/10 590/6 590/11 590/22 590/24 598/20 646/10 646/22 652/6 664/14 682/25 683/20 687/9 706/2 707/8 719/15 724/8 725/13 727/20

**evidence [52]** 510/8 510/9 511/3 515/1 518/14 518/20 519/6 519/9 519/19 519/21 519/21 520/4 523/3 524/3 524/14 524/21 524/23 525/19 525/20 525/25 526/3 526/5 526/9 526/9 526/15 526/15 527/2 527/7 527/14 527/17 528/3 528/21 528/25 529/1 529/2 529/3 529/3 529/5 530/11 531/1 532/18 532/21 533/20 534/5 535/20 536/12 536/13 641/16 646/19 727/6 727/8 746/4

**exacerbation [9]** 552/12 553/8 556/12 556/21 557/22 570/2 571/15 670/6 670/10

**exacerbations [1]** 573/19

**exact [11]** 514/18 598/14 626/5 626/7 631/20 633/10 635/6 636/4 676/4 724/17 724/20

**exactly [4]** 531/10 580/22 625/24 640/20

**exam [3]** 693/17 731/8 731/10

**exam-based [1]** 731/10

**examination [24]** 538/4 602/1 619/5 643/1 648/21 649/21 649/24 649/25 651/4 663/20 669/11 691/20 695/14 699/1 713/1 717/1 718/12 723/4 728/16 728/17 730/1 740/8 752/8 754/1

**examinations [1]** 755/11

**examine [1]** 521/8

**example [6]** 510/19 519/6 519/7 524/5 533/19 615/17

**exceedingly [1]** 618/7

**excelled [3]** 724/8 724/8 727/20

**excellent [3]** 734/11 736/10 737/10

**except [2]** 616/11 685/21

**exception [2]** 536/4 616/8

**exchanged [1]** 624/14

**excited [6]** 540/4 540/4 540/6 577/25 658/21 724/22

**excitement [2]** 538/11 548/3

**exclamation [2]** 604/12 605/2

**exclude [1]** 519/20

**excluded [4]** 518/14 518/20 529/18 530/25

**excuse [6]** 513/4 541/9 567/2 652/2 668/25 690/8

**excused [8]** 646/1 698/9 702/8 702/11 717/22 722/13 729/7 754/8

**executive [3]** 742/24 746/10 750/23

**exercise [1]** 618/12

**exercising [1]** 620/11

**exhibit [78]** 511/13 516/10 523/6 523/19 523/21 523/25 527/22 528/17 529/16 531/16 532/3 532/9 532/20 532/23 533/17 533/22 536/4 545/22 545/23 554/14 554/15 564/2 568/21 570/12 571/7 572/23 575/12 581/1 591/15 594/21 598/23 603/7 603/12 603/22 603/24 608/8 608/8 611/14 614/16 615/20 625/9 630/11 635/8 636/25 640/9 641/15 641/24 642/21 643/8 649/23 651/2 651/3 657/24 658/12 658/12 659/10 665/1 672/20 672/20 674/12 675/10 680/5 684/20 684/22 686/19 687/25 689/21 692/10 694/14 695/2 695/6 695/13 695/20 695/24 703/22 703/22 754/24 754/25

**Exhibit 128 [3]** 528/17 531/16 532/20

**Exhibit 533 [1]** 603/7

**Exhibit 67 [1]** 643/8

**Exhibit 91 [1]** 680/5

**exhibits [30]** 512/1 523/17 523/18 524/2 525/1 525/6 525/10 525/18 525/22 526/7 526/14 526/20 526/24 527/14 527/22 528/3 528/23 528/24 532/17 533/10 533/18 534/6 535/23 535/25 536/2 646/2 646/6 646/8 646/12 646/18

**exist [2]** 529/13 745/18

**expand [5]** 552/21 572/14 635/20 670/19 685/2

**expanding [2]** 552/23 573/13

**expansion [1]** 560/8

**expect [3]** 515/17 522/25 739/20

**expectation [2]** 614/7 703/20

**expectations [6]** 611/13 629/22 629/23 668/24 669/8 704/15

**expected [4]** 511/18 618/17 675/17 727/19

**expecting [2]** 571/25 597/25

**expects [1]** 620/25

**expense [2]** 598/6 629/11

**expenses [1]** 704/13

**expensive [1]** 679/19

**experience [19]** 516/7 565/1 696/11 726/8 727/19 734/10 735/22 738/24 744/18 747/15 747/19 747/25 748/4 748/5 748/12 748/18 748/25 749/12 751/1

**experienced [1]** 560/9

**experiencing [1]** 705/6

**expert [20]** 534/2 648/16 691/3 691/7 691/10 708/8 708/11 708/12 730/9 730/17 730/20 732/3 732/16 734/14 735/6 739/24 746/25 752/15 753/15

**expertise [1]** 739/22

**Experts [1]** 731/9

**explain [9]** 516/4 516/11 516/19 556/16 573/1 708/1 719/24 730/8 750/4

**explained [2]** 540/10 666/3

**explore [1]** 521/11

**exposure [1]** 584/21

**expressed [2]** 689/10 740/1

**extent [3]** 510/16 521/11 562/7

**extenuating [1]** 533/12

**extra [1]** 592/18

**extremely [4]** 524/5 560/9 565/2 574/14

**eyes [3]** 549/2 549/9 631/6

**F**

**face [5]** 520/21 532/17 721/8 725/12 725/12

**face-to-face [1]** 725/12

**facing [1]** 706/1

**fact [34]** 509/16 509/17 509/23 520/18 522/10 527/9 530/4 530/6 532/22 538/14 550/7 586/2 586/3 610/16 617/21 620/24 627/14 627/15 628/16 628/16 628/23 628/23 639/18 653/2 654/19 662/22 675/19 682/10 683/17 686/14 706/10 708/9 731/20 741/4

**factors [2]** 734/8 734/24

**facts [9]** 626/9 627/21 645/14 656/23 656/25 657/1 657/1 657/7 657/13

**factual [2]** 623/21 732/21

**fade [1]** 534/3

**fair [3]** 627/21 627/23 755/15

**fairly [7]** 567/1 580/3 597/2 627/10 668/7 668/8 748/15

**faith [2]** 527/10 622/19

**fake [1]** 522/13

**fall [3]** 618/5 624/5 646/15

**fallen [1]** 723/16

**falls [1]** 621/18

**falsely [1]** 741/2

**familiar [3]** 582/9 620/6 620/9

# F

families [2]  550/16 719/5
family [12]  550/15 566/6 566/7 566/20 584/24 599/18 600/7 600/7 600/16 674/6 691/24 719/14
famous [1]  602/11
FAQ [1]  611/19
far [3]  662/10 662/19 738/14
fast [4]  547/10 635/4 698/17 724/1
fast-forward [1]  635/4
fault [1]  554/2
favorite [3]  538/15 566/6 604/9
FCRR [2]  507/21 757/9
FCRs [3]  616/1 616/4 616/6
fear [1]  622/14
February [27]  530/1 530/3 576/10 576/11 576/25 577/1 577/5 577/6 578/2 635/4 635/5 635/7 675/6 680/10 680/12 683/17 683/22 684/23 712/9 712/9 733/13 733/14 737/11 739/9 739/10 746/13 752/12
February 18th [1]  680/12
February 2019 [2]  683/17 683/22
February 5th [4]  576/25 635/4 635/5 684/23
federal [6]  576/3 618/4 618/14 732/8 732/9 732/9
feedback [7]  516/8 516/9 516/12 516/13 517/14 733/10 734/5
feel [7]  542/24 543/15 604/16 645/14 647/3 716/16 725/21
feeling [13]  540/3 554/8 554/9 562/10 565/4 569/7 575/21 590/13 597/13 599/16 600/13 636/10 673/17
feels [7]  517/13 564/22 599/22 599/23 677/10 703/17 703/18
fell [2]  572/20 726/7
felt [7]  522/1 584/4 604/19 609/9 682/9 702/23 724/23
few [15]  518/11 561/23 565/17 569/19 643/12 643/15 643/23 665/6 665/7 668/11 675/25 696/4 699/12 723/19 752/7
field [83]  517/8 519/10 543/14 560/14 560/19 560/21 577/22 578/20 578/22 580/17 582/6 582/11 582/18 582/18 583/1 587/1 587/22 592/16 595/5 595/6 611/24 612/2 612/12 612/17 613/6 616/1 616/5 616/10 616/11 616/20 617/5 629/7 629/16 629/21 650/14 653/20 654/5 654/10 654/12 654/16 654/20 654/22 654/23 655/4 675/8 675/17 676/15 676/18 676/20 676/22 677/5 677/10 677/14 677/16 677/19 677/24 678/2 678/5 678/9 678/13 678/15 678/25 679/5 680/2 681/12 684/13 684/17 687/16 687/17 688/24 689/2 689/11 703/13 704/10 704/11 704/12 704/13 712/20 714/21 715/1 732/25 746/25 747/1
Fifth [1]  507/12
figure [5]  510/11 532/10 563/11 587/2 647/3
figured [3]  597/14 700/17 708/1
file [4]  525/7 566/2 704/7 749/20
filed [11]  563/19 565/19 565/24 566/4 673/11 673/16 684/23 707/5 707/7 751/20 753/19
filing [1]  751/16
fill [4]  629/15 654/9 707/13 755/19
filled [1]  654/22
filling [2]  629/9 629/19
final [5]  519/19 521/14 589/22 598/6 704/20
finally [3]  516/21 601/10 716/16
financial [1]  660/22
find [11]  510/16 522/21 522/23 529/2 552/15 552/16 600/22 639/11 701/20 709/12 721/11
finds [1]  510/19
fine [4]  560/7 649/10 690/10 756/2
finish [2]  563/24 649/8
finished [6]  509/6 572/19 647/5 648/25 698/14 702/20
fire [2]  636/23 637/24
fired [7]  624/18 624/22 626/4 707/18 707/21 741/3 741/5
firing [6]  625/5 625/23 626/24 638/8 638/13 638/21
first [72]  511/16 517/24 520/3 520/6 521/8 522/23 526/19 527/3 532/16 537/12 540/8 549/16 551/18 552/12 556/12 556/21 557/14 557/22 560/17 561/8 566/9 566/11 567/8 568/17 570/21 571/15 574/12 575/16 576/18 576/18 578/3 582/15 590/2 595/4 595/14 597/4 597/18 599/11 604/18 608/5 620/11 630/13 634/11 643/14 643/25 644/4 645/9 645/13 651/7 652/12 658/25 659/11 670/6 670/10 674/1 674/13 684/15 684/20 688/23 696/13 704/15 704/19 705/6 713/12 720/1 730/10 730/21 737/10 741/14 749/24 752/12 755/25
first-hand [1]  520/6
fit [1]  720/12
five [14]  522/24 533/1 593/7 608/3 647/12 650/11 719/3 719/3 730/13 733/12 733/13 747/19 749/2 750/20
five-minute [1]  647/12
fives [1]  580/19
fix [1]  577/24
flex [1]  713/22
flex-time [1]  713/22
flexible [1]  756/11
flight [1]  648/16
flights [2]  679/10 679/13
floating [1]  565/10
floor [2]  720/19 723/14
fly [1]  679/11
FMLA [11]  585/11 585/13 585/20 586/6 586/21 587/13 587/14 587/24 588/23 592/13 595/13
focus [11]  551/23 551/25 567/19 595/13 601/19 682/21 683/4 683/8 683/14 696/1 727/17
focused [2]  684/12 737/12
focuses [1]  703/2
focusing [1]  703/16
folks [5]  513/7 522/11 647/3 756/9 756/11
follow [7]  590/5 592/6 595/23 694/17 698/2 735/13 752/19
follow-up [4]  694/17 698/2 735/13 752/19
followed [3]  621/20 636/14 704/16
following [10]  528/24 529/21 546/10 547/23 583/10 610/7 614/13 659/5 697/1 714/13
force [3]  717/9 742/19 742/23
forefront [1]  721/2
foregoing [1]  757/3
forget [4]  590/19 590/22 590/24 598/19
forgot [2]  606/5 649/6
forgotten [1]  668/3
form [5]  510/9 510/14 511/5 666/10 687/18
formal [1]  572/7
formerly [1]  512/16
forms [11]  560/14 560/19 560/21 578/22 580/14 580/17 580/25 629/9 629/16 629/19 629/19
formula [1]  749/10
forth [5]  532/2 580/3 627/3 634/12 726/16
forward [11]  518/10 531/3 533/11 536/23 547/10 548/10 614/25 635/4 665/10 718/5 729/16
forwarded [1]  665/20
found [3]  567/12 626/17 751/23
foundation [4]  524/12 525/11 529/15 646/18
four [20]  517/19 517/20 517/24 519/5 581/22 581/23 581/24 583/21 584/3 593/3 627/11 639/2 639/5 663/10 699/16 732/6 733/14 747/15 748/25 749/3
four o'clock [1]  593/3
fourth [2]  561/11 643/13
fragile [1]  574/24
frame [18]  546/12 549/15 566/2 577/4 582/4 585/21 592/12 595/10 596/1 596/11 596/15 626/2 669/2 694/25 700/5 711/9 715/18 740/22
frankly [4]  513/6 527/10 532/2 755/1
frequently [2]  699/13 700/23
fresh [1]  659/20
freshman [1]  723/13
Friday [2]  618/12 629/10
Fridays [1]  577/8
friend [6]  705/2 724/6 724/10 724/14 728/2 737/1
friends [8]  511/19 719/12 723/14 724/1 725/7 725/11 725/18 728/6
friendship [1]  723/22
friendships [1]  723/18
front [12]  509/15 509/20 510/2 510/8 510/12 510/17 511/5 603/8 611/14 611/24 685/12 692/12
frustrated [1]  576/21
frustrating [1]  649/7
frustration [1]  584/15
full [12]  510/11 511/1 517/9 601/6 692/18 713/22 713/23 722/25 736/21 736/21 739/4 748/11

**F**

**full-time [6]** 601/6 713/22 713/23 736/21 736/21 739/4
**fully [3]** 623/20 704/9 704/14
**fun [13]** 514/25 538/13 538/19 538/23 550/15 550/17 567/18 656/23 656/25 657/1 657/7 657/13
**function [3]** 566/17 585/18 644/24
**functions [1]** 641/9
**funny [2]** 605/24 726/16
**further [15]** 601/23 645/23 679/10 695/11 698/3 702/5 712/21 716/21 717/20 721/10 722/8 728/14 729/6 752/4 753/23
**future [8]** 591/5 591/5 734/7 736/18 737/3 738/4 738/18 753/20

**G**

**G-I-B-B [1]** 718/11
**game [5]** 700/1 700/9 700/23 700/25 701/25
**games [17]** 699/14 699/18 699/20 699/23 699/24 700/6 700/7 700/18 700/20 700/21 701/1 701/2 701/7 701/12 701/13 701/14 701/15
**gamut [1]** 637/20
**Gardens [1]** 541/7
**gave [18]** 536/9 544/13 546/15 550/19 551/2 581/25 584/17 595/3 602/8 661/9 662/11 662/15 662/19 662/23 668/25 669/2 669/5 748/24
**GCI [2]** 630/19 632/23
**gears [1]** 743/12
**geez [2]** 552/18 575/5
**general [1]** 744/21
**generally [6]** 520/10 539/5 564/6 568/12 641/2 700/9
**Genie [6]** 519/7 519/10 519/12 605/16 608/19 686/22
**Genie Hamilton's [1]** 519/12
**gentlemen [4]** 512/12 618/2 690/19 691/9
**geography [1]** 514/17
**get [101]** 509/5 513/13 527/4 529/3 529/23 532/7 533/14 536/22 538/9 544/10 553/17 555/11 558/20 561/24 562/3 562/15 564/19 566/1 566/2 567/3 567/16 569/11 569/16 577/21 577/22 578/1 578/2 580/25 583/17 583/18 584/1 584/7 584/20 587/24 588/15 592/8 592/9 594/4 595/8 595/13 597/4 598/11 598/11 603/8 605/17 605/25 611/2 613/25 618/2 630/20 636/3 645/16 645/17 648/5 648/9 648/16 648/18 648/25 649/8 649/9 652/15 659/7 659/14 659/16 666/20 666/22 668/10 671/18 673/19 675/10 684/25 685/1 686/9 688/6 690/13 698/4 702/21 708/1 708/21 709/15 715/23 719/2 720/15 725/8 728/6 736/21 738/6 738/10 738/13 738/15 739/4 745/5 748/19 748/23 749/22 750/8 753/3 755/16 755/25 756/1 756/5
**gets [2]** 533/22 750/2
**getting [31]** 514/12 556/11 557/21 558/25 561/15 562/6 562/14 562/19 565/15 565/16 568/2 569/17 570/20 578/25 579/15 584/16 584/20 584/21 597/12 598/4 607/11 607/15 618/15 633/8 640/22 694/12 701/12 701/15 709/9 710/2 712/1
**Gibb [6]** 508/8 718/1 718/2 718/5 718/11 718/16
**Gibbs [1]** 511/20
**girl [1]** 725/18
**girls' [7]** 719/4 720/5 720/8 720/25 721/4 725/6 726/10
**give [20]** 509/24 510/11 511/11 523/8 532/25 536/10 598/8 605/11 617/20 627/7 627/9 645/16 656/12 683/7 683/11 683/13 684/17 722/18 741/8 751/22
**given [10]** 517/7 609/14 616/14 618/9 661/11 677/21 683/17 683/22 683/25 748/11
**gives [1]** 667/20
**giving [6]** 516/11 550/23 552/18 555/8 651/19 726/18
**glancing [1]** 549/8
**global [2]** 630/19 631/2
**go [101]** 510/4 510/8 515/5 515/22 517/3 521/25 528/11 529/22 529/23 529/25 532/7 533/18 536/15 537/9 537/13 537/16 538/17 539/7 545/16 546/24 550/18 551/4 553/4 558/2 561/23 562/11 563/8 563/17 564/16 569/5 566/21 566/19 569/17 572/15 580/3 580/3 584/22 585/11 585/13 585/20 586/1 587/2 590/1 591/6 591/8 591/11 591/13 597/22 603/21 616/20 617/4 618/13 625/21 629/11 632/19 635/15 636/7 643/12 646/5 649/12 653/17 657/2 659/10 664/2 665/1 665/3 668/12 669/10 672/23 674/12 674/17 676/22 678/23 685/1 686/1 686/20 687/21 687/23 689/19 701/9 702/12 702/13 703/22 707/9 709/16

709/16 709/20 715/16 715/18 723/1 723/18 723/18 726/2 726/6 734/23 736/7 736/21 752/10 756/4 756/7 756/11
**Goal [1]** 576/17
**Goal-wise [1]** 576/17
**goals [1]** 576/15
**God [1]** 549/21
**goes [21]** 509/18 516/16 519/19 531/7 544/18 545/11 546/22 550/14 552/15 578/12 666/13 667/18 672/25 673/1 675/21 677/6 687/4 696/11 702/23 717/9 717/9
**going [199]** 511/20 513/4 513/7 513/11 513/20 516/7 516/10 516/14 517/11 518/21 519/21 520/6 520/12 520/12 520/14 520/16 521/9 522/5 522/8 522/12 522/20 523/2 523/3 523/15 523/22 523/24 524/12 524/14 524/21 524/24 527/18 530/8 530/15 530/22 531/3 531/10 536/15 538/21 539/11 539/14 540/1 545/16 546/16 546/19 547/1 548/2 548/10 550/21 551/21 554/13 555/22 555/24 555/25 556/6 556/7 556/14 557/16 558/3 558/11 558/17 558/23 558/24 558/25 559/7 561/2 562/12 562/13 562/20 563/8 563/15 563/17 566/5 566/21 566/23 567/3 567/16 567/18 568/5 569/10 569/11 569/13 569/16 569/16 570/5 570/6 570/7 572/4 572/4 572/8 572/15 573/13 574/10 576/14 576/24 577/9 577/12 577/13 577/17 577/19 577/21 577/25 578/10 578/14 578/16 578/18 580/16 583/12 583/15 583/25 584/1 584/21 584/23 584/25 585/6 585/6 585/7 585/9 585/9 586/8 586/9 586/11 586/11 586/16 588/15 589/17 589/25 590/6 593/3 593/11 593/14 593/15 593/16 593/17 593/20 593/21 593/23 594/1 594/10 596/13 597/15 598/6 599/17 600/17 603/8 604/14 611/2 611/12 614/24 618/11 631/19 636/23 637/24 647/2 648/17 649/12 654/1 654/2 656/18 657/23 664/15 664/21 665/1 671/15 672/20 673/19 676/12 677/14 679/11 679/16 680/5 680/8 680/14 686/1 686/10 686/18 687/5 687/21 687/23 689/8 689/19 690/15 708/8 709/21 709/23 709/23 710/10 713/8 713/9 716/9 721/3 721/9 723/12 726/19 727/7 741/8 743/25 745/5 751/22 756/10
**golden [1]** 652/4
**gone [5]** 521/22 680/5 685/20 689/17 715/25
**good [48]** 509/4 511/10 520/17 527/9 531/22 537/11 537/21 537/22 538/6 549/21 554/12 560/20 567/6 567/7 569/17 572/21 576/18 577/16 577/16 577/17 584/14 584/23 591/22 592/2 617/11 622/19 643/3 652/23 657/3 665/12 667/13 668/6 671/25 680/19 680/24 691/22 695/16 699/3 705/20 718/14 723/6 724/23 728/19 730/3 735/24 738/1 740/10 740/11
**Google [11]** 552/16 552/16 553/4 553/7 553/9 556/19 557/22 632/8 633/2 633/12 633/14
**Googles [1]** 753/12
**Googling [4]** 552/17 557/23 633/7 633/8
**Gosh [1]** 543/8
**got [54]** 544/8 544/8 547/8 549/21 554/22 561/23 563/23 566/8 566/19 566/22 567/6 567/17 572/15 574/23 574/24 580/18 580/19 580/23 588/4 592/17 593/4 593/11 600/17 600/17 601/15 601/17 607/14 607/18 608/4 611/5 631/16 646/5 648/16 649/10 650/20 650/23 659/12 659/12 668/2 681/4 686/17 693/22 714/1 714/3 714/8 714/9 719/7 724/16 725/10 733/10 734/5 737/17 755/13 755/21
**got a [1]** 544/8
**gotten [7]** 516/9 517/13 579/25 594/2 743/24 744/24 745/2
**government [1]** 731/6
**grabbed [1]** 567/11
**gracious [1]** 550/11
**grant [1]** 532/8
**Gray [2]** 597/2 712/13
**great [18]** 509/5 543/15 544/4 544/8 560/20 569/15 577/16 577/17 579/22 582/10 582/11 584/20 595/8 604/8 658/22 724/14 724/14 736/12
**greatest [1]** 561/7
**green [5]** 527/15 534/6 646/10 646/18 646/22
**Grey [22]** 543/10 543/23 544/15 545/25 546/3 570/13 570/25 591/18 591/23 591/23 591/25 592/5 663/20 663/25 664/7 665/21 665/24 666/11 666/22 674/14 674/18 675/2
**Griffith [11]** 512/14 512/16 515/6 515/6 515/13 515/18 519/25 551/16 608/11 608/25 711/21
**groomed [1]** 743/25
**group [14]** 507/3 612/6 662/23 719/2 719/3 719/7 721/6 724/11 724/12 725/7 725/17 726/15 726/16 732/19

# G

**guarding** [1] 583/22
**guess** [17] 512/3 525/5 547/7 548/17 555/11 556/16 563/18 573/15 574/8 576/18 587/9 606/7 708/16 713/16 713/24 755/19 756/3
**guesses** [1] 605/11
**guidance** [4] 622/16 629/21 666/17 667/23
**guideline** [1] 579/22
**guidelines** [2] 576/2 636/14
**Guiding** [1] 660/3
**gun** [1] 531/9
**gut** [1] 547/3
**guys** [2] 559/14 690/17

# H

**had** [225] 514/16 514/17 515/25 516/24 517/11 520/9 520/22 521/7 521/12 522/7 523/5 523/13 525/23 530/5 530/8 530/17 538/19 539/7 539/18 539/21 540/1 540/19 540/23 541/5 541/22 542/19 543/23 543/24 543/25 544/1 544/3 544/15 545/9 546/7 546/12 546/15 548/15 549/12 549/17 549/18 549/19 552/13 553/18 556/18 558/7 560/2 560/8 560/11 561/7 562/1 562/14 562/22 563/10 563/13 565/13 565/13 565/24 566/11 566/12 566/14 568/16 569/13 570/21 571/5 573/2 573/3 573/12 573/24 574/7 574/9 574/9 576/6 576/25 577/20 578/15 578/17 578/17 580/1 580/2 580/13 580/24 581/21 581/21 582/4 585/25 586/10 586/12 587/9 587/17 588/1 588/6 589/18 590/17 591/4 591/11 591/12 591/21 592/23 596/15 600/9 606/14 607/20 609/6 611/1 611/10 613/5 613/16 615/13 616/17 617/8 624/23 626/14 626/24 627/2 628/11 629/6 629/6 629/13 633/20 634/10 639/6 639/10 639/12 639/19 641/19 642/14 644/16 650/8 651/15 651/20 653/13 655/14 655/21 655/24 656/1 656/1 656/11 660/13 664/9 667/16 668/3 668/4 668/5 668/11 668/17 669/21 670/11 672/18 673/3 673/16 673/19 674/15 674/23 675/25 676/3 676/14 676/18 676/19 677/15 680/12 681/9 681/12 681/25 683/25 684/16 685/7 685/20 685/21 685/25 686/2 686/15 687/12 687/13 687/14 687/17 688/14 689/1 692/17 701/9 701/23 702/3 705/15 705/24 705/24 706/25 707/1 707/12 707/18 707/21 707/21 711/14 711/14 712/6 712/8 713/19 713/22 714/12 715/25 717/4 720/15 724/20 725/6 725/6 730/12 734/11 734/25 735/16 736/10 736/23 736/24 737/10 737/16 738/22 742/8 742/14 744/4 744/24 746/17 747/22 747/25 748/3 748/7 748/11 749/21 752/17
**had said** [1] 546/15
**hadn't** [8] 528/12 554/10 594/16 607/21 683/17 683/22 686/9 711/22
**half** [11] 539/17 543/11 545/6 582/1 582/2 702/4 705/14 705/16 732/1 739/4 755/5
**halfs** [1] 705/15
**Hamilton** [9] 512/14 512/18 514/15 515/2 515/4 515/8 519/7 519/10 519/25
**Hamilton's** [1] 519/12
**hand** [6] 520/6 537/23 618/23 691/13 722/21 729/17
**handbook** [1] 635/2
**handle** [1] 688/3
**hang** [4] 545/13 553/13 562/10 720/19
**happen** [9] 546/9 546/10 576/11 576/14 584/25 589/15 594/10 596/21 601/18
**happen with** [1] 576/14
**happened** [13] 542/18 545/20 551/6 570/1 570/9 570/10 573/5 573/7 587/18 594/1 596/22 601/18 726/23
**happening** [4] 566/3 621/15 626/1 627/10
**happens** [1] 570/11
**happy** [11] 530/9 531/25 532/4 532/18 544/12 566/8 566/20 592/3 646/25 720/4 721/8
**hard** [4] 537/14 692/11 693/8 693/9
**harder** [1] 748/22
**hardest** [1] 722/6
**Hartman** [1] 581/8
**has** [89] 512/18 512/19 512/19 514/1 515/14 515/25 516/1 516/2 516/9 517/6 517/7 517/11 517/13 518/9 521/7 521/22 521/22 521/24 524/22 526/10 526/25 527/10 528/2 529/5 530/16 531/12 532/4 543/5 549/6 549/7 554/22 565/1 565/2
576/24 579/10 579/11 583/3 595/6 595/24 601/15 601/15 611/19 623/22 624/5 640/15 641/17 648/1 648/16 661/2 661/6 664/15 686/23 687/9 688/18 690/16 692/23 693/10 715/10 719/25 720/12 722/1 723/22 724/5 724/7 724/8 724/9 724/11 724/18 727/20 728/3 728/7 728/9 735/18 736/10 736/22 736/23 737/8 737/9 737/9 738/14 738/23 739/3 739/5 748/21 748/23 750/4 750/7 753/19 754/24
**hasn't** [5] 570/8 570/10 573/5 728/4 736/23
**hate** [1] 647/19
**Hatfield** [1] 618/16
**have** [299]
**haven't** [11] 519/10 525/2 542/21 542/23 543/3 561/22 594/2 598/25 630/15 720/20 748/21
**having** [15] 543/16 586/14 587/20 591/9 595/10 604/8 658/22 676/9 687/15 705/13 706/10 706/17 707/4 714/4 717/15
**HCP** [1] 666/9
**HCPs** [2] 666/14 667/19
**he** [61] 509/23 510/11 510/12 515/8 515/8 515/9 515/14 515/19 515/19 515/20 515/20 515/25 516/1 516/2 516/4 516/7 516/9 516/10 516/22 516/24 517/6 517/7 517/13 517/13 525/23 525/23 525/24 526/3 529/9 531/1 531/12 534/2 551/16 565/4 567/8 567/11 567/14 573/4 573/15 573/16 592/8 592/9 594/5 594/7 599/19 608/13 608/15 609/6 609/12 609/14 630/19 631/14 648/16 648/16 711/21 711/21 711/22 713/25 714/1 714/1 734/15
**he's** [1] 515/19
**he/she** [1] 565/4
**head** [10] 542/4 544/19 544/25 545/1 547/8 556/3 597/24 631/9 657/11 735/1
**headcount** [1] 677/6
**headhunters** [1] 752/18
**health** [4] 574/20 576/5 612/13 723/9
**healthcare** [8] 516/12 523/11 615/18 656/16 659/8 662/1 662/7 681/13
**hear** [16] 512/6 514/8 520/12 521/2 566/25 567/1 567/22 590/13 670/14 677/18 690/23 697/9 697/10 717/7 717/11 753/3
**heard** [11] 520/7 521/22 552/13 554/11 575/8 579/21 594/3 649/1 670/11 710/9 715/15
**hearing** [2] 534/1 599/7
**hearsay** [15] 523/21 524/7 535/24 563/3 599/20 716/5 716/8 716/11 719/18 721/14 724/24 734/12 734/14 735/5 735/7
**heart** [1] 583/22
**heated** [3] 565/15 565/16 565/18
**heck** [3] 549/24 556/11 593/20
**held** [3] 734/10 736/5 737/18
**hello** [2] 619/7 619/8
**help** [17] 516/14 516/25 516/25 542/1 556/24 585/15 591/9 591/10 591/19 610/8 623/7 631/6 636/2 656/15 681/1 687/2 730/14
**helped** [3] 592/2 730/6 730/11
**helpful** [3] 532/12 571/2 726/9
**helps** [5] 516/5 521/4 637/21 688/19 714/6
**her** [252] 517/1 518/17 519/1 519/10 521/16 522/2 530/21 531/8 532/11 537/2 537/7 537/8 543/2 543/13 543/17 543/19 543/22 544/13 544/13 544/15 545/18 547/8 548/23 549/2 550/5 550/8 550/19 551/14 553/24 554/6 554/22 555/3 555/10 555/23 555/25 556/8 556/15 558/12 558/17 560/5 560/11 560/13 561/17 562/13 563/13 563/14 563/18 565/3 570/4 571/5 572/6 572/19 574/4 576/22 578/8 579/9 582/8 583/24 586/14 589/5 591/25 592/1 592/25 593/2 594/2 595/20 595/23 596/12 605/17 606/21 607/12 610/24 616/3 616/3 616/5 626/19 627/15 628/18 633/22 633/24 634/3 634/23 634/23 635/20 637/21 638/22 639/15 641/17 644/19 646/6 648/25 650/2 652/3 664/1 666/2 668/5 670/12 671/17 671/19 672/12 674/22 674/22 676/1 677/10 679/7 679/9 682/9 687/1 687/2 687/9 687/16 687/18 688/9 688/11 688/14 688/22 688/22 688/23 688/24 689/5 689/9 690/16 690/25 691/10 693/4 694/5 694/10 694/18 694/20 694/22 696/7 697/22 698/1 699/17 699/20 700/5 701/6 701/8 701/9 701/14 701/16 701/20 701/24 702/24 703/13 703/15 703/17 703/18 703/19 707/2 713/8 714/8 718/23 719/1 719/13 719/14 719/14 719/15 720/1 720/2 720/14 722/1 722/2 723/20 724/9 724/15 724/16 725/3 725/23 725/24 725/24 725/25 726/4 726/17 726/19 727/11 727/13 727/13

# H

**her...** **[73]** 727/15 728/1 728/22 729/2 733/9 733/12 733/12
733/14 733/16 733/19 733/21 733/25 733/25 734/1 734/1 734/2
734/5 734/9 734/9 734/10 734/25 735/10 735/12 735/12 735/17
735/18 735/19 736/3 736/11 736/18 737/3 737/10 737/13 738/1
738/18 738/22 738/22 738/23 738/23 738/24 739/2 741/13
741/14 742/3 742/5 742/9 744/14 746/12 746/14 746/22 746/24
746/25 746/25 747/7 748/5 748/7 748/11 748/19 748/21 748/24
748/25 749/4 749/24 751/14 751/15 751/16 751/21 751/22
752/2 752/20 753/1 754/4 754/4
**herself** **[2]** 634/13 750/4
**Hey** **[21]** 541/3 542/21 543/3 543/13 544/15 546/16 550/13
557/18 569/10 569/14 569/25 572/13 573/7 577/11 577/22
578/9 594/4 667/14 678/14 678/24 679/4
**Hi** **[2]** 604/8 665/24
**high** **[5]** 552/14 552/14 580/3 714/3 723/10
**higher** **[11]** 620/5 623/18 708/23 710/7 710/8 710/10 737/14
746/11 746/14 746/17 746/20
**higher-level** **[1]** 746/20
**higher-ranking** **[2]** 620/5 623/18
**highest** **[1]** 683/3
**highly** **[2]** 524/10 529/16
**him** **[28]** 515/10 515/11 515/16 516/12 516/25 517/1 517/2
517/3 517/7 517/8 526/21 531/4 567/13 573/4 573/7 573/9
573/20 597/16 599/19 609/2 609/5 609/12 609/12 609/13
609/15 612/8 631/14 713/25
**Hinson** **[3]** 755/7 755/25 756/13
**hint** **[3]** 550/19 605/11 605/13
**HIPAA** **[1]** 755/2
**hire** **[3]** 738/2 749/4 753/18
**hired** **[3]** 737/16 737/19 752/13
**his** **[14]** 512/3 515/10 515/11 516/7 517/11 517/14 531/4 565/3
573/16 573/17 594/3 608/25 609/3 631/13
**his/her** **[1]** 565/3
**history** **[12]** 693/4 694/6 696/20 730/23 730/24 730/24 731/3
733/17 733/19 734/9 735/12 736/10
**Hit** **[4]** 602/14 604/13 604/24 605/12
**hits** **[2]** 519/19 602/14
**ho** **[2]** 566/16 566/16
**ho-ho** **[1]** 566/16
**hold** **[5]** 588/11 618/12 630/15 718/2 729/14
**holding** **[2]** 677/8 744/19
**holiday** **[4]** 618/4 618/5 618/8 618/14
**holidays** **[2]** 565/25 719/8
**home** **[11]** 599/19 613/5 616/24 618/13 655/13 655/17 673/22
711/18 712/10 712/14 712/17
**homes** **[2]** 541/7 710/18
**honest** **[1]** 701/21
**Honor** **[74]** 509/8 511/22 512/4 512/6 512/8 512/22 513/14
514/1 515/13 515/22 516/21 517/4 517/16 517/21 517/24 520/3
520/10 521/14 522/4 523/7 523/17 523/22 524/7 524/19 524/22
525/9 525/15 527/25 528/9 529/7 529/14 529/19 529/20 530/14
531/2 531/24 532/3 532/13 532/15 533/4 533/15 535/1 535/21
535/22 536/7 536/8 537/1 537/4 537/19 617/12 632/12 638/14
641/15 641/21 641/23 642/3 645/25 646/2 646/11 646/20
646/23 647/11 691/1 695/12 702/10 716/8 727/7 728/11 734/15
735/4 747/2 755/11 756/2 756/15
**Honor's** **[1]** 529/9
**honorable** **[2]** 506/11 684/4
**hope** **[7]** 569/15 603/8 624/2 662/16 662/17 662/21 756/6
**hoped** **[1]** 708/9
**hopeful** **[1]** 589/17
**hoping** **[4]** 601/10 708/13 736/21 739/4
**Hosford** **[2]** 554/20 670/25

# I

**hotel** **[5]** 549/17 567/5 711/1 711/2 711/11
**hotels** **[3]** 679/19 679/19 679/23
**hotline** **[16]** 606/17 607/14 663/5 663/10 664/3 664/11 664/21
672/9 672/15 672/17 672/21 673/2 673/8 673/16 706/7 706/11
**hour** **[3]** 731/24 739/3 755/5
**hourly** **[1]** 731/23
**hours** **[5]** 649/6 649/6 649/7 731/6 731/25
**house** **[5]** 600/17 600/17 720/12 720/12 725/11
**how** **[111]** 509/11 511/16 513/13 514/2 515/11 516/4 516/15
519/8 520/8 533/21 538/6 538/12 538/13 538/21 538/25 540/3
542/13 544/2 545/2 545/15 545/19 548/2 548/9 548/14 551/19
554/7 557/4 557/16 561/18 562/10 569/7 572/6 576/14 577/6
577/24 578/10 579/13 579/25 580/4 583/7 586/1 586/3 586/17
590/13 590/14 590/15 592/13 592/21 597/5 597/12 599/16
599/21 599/23 600/12 604/13 604/16 604/18 654/6 673/25
676/11 676/21 687/4 689/18 690/13 691/25 692/2 695/17 699/6
699/10 699/13 699/23 700/23 709/5 710/2 713/11 716/9 718/19
718/23 719/1 719/11 720/23 721/4 721/9 721/9 723/11 723/15
723/24 725/14 725/18 726/13 727/17 728/1 728/2 731/25 732/5
736/1 736/5 738/8 739/8 740/22 740/24 745/14 745/17 745/23
750/4 750/6 751/10 752/10 752/25 753/1 756/9
**however** **[10]** 618/7 622/2 623/18 626/18 647/1 666/8 674/6
698/1 704/22 756/11
**HR** **[18]** 514/24 531/6 590/23 591/10 591/14 591/21 599/1 608/5
626/14 626/16 627/5 628/4 637/21 638/11 644/15 644/17
685/15 712/19
**huge** **[1]** 525/4
**huh** **[10]** 551/9 552/7 555/17 569/1 581/14 587/15 595/22
623/11 658/9 728/24
**human** **[12]** 606/16 607/13 610/25 622/25 623/2 638/7 638/12
638/20 639/23 686/11 706/14 724/7
**hung** **[1]** 701/22
**hurt** **[2]** 558/19 601/14
**husband** **[10]** 524/8 524/11 562/19 563/2 563/7 567/5 599/18
600/6 716/3 716/13

# I

**I'll** **[8]** 513/13 517/21 523/8 605/11 643/8 695/23 696/2 756/1
**I'm** **[193]** 522/20 522/24 523/22 525/5 525/5 527/10 527/13
530/9 532/17 534/1 535/1 536/15 541/3 541/6 543/4 543/9
544/4 544/10 545/5 545/7 545/16 546/19 547/8 547/8 549/7
549/24 550/1 550/10 550/20 551/25 552/18 552/24 553/11
553/21 554/1 554/9 555/4 555/22 555/22 555/24 555/25 556/13
556/14 557/20 558/13 558/14 558/15 558/17 559/2 559/2 559/7
559/11 560/14 562/11 562/13 562/14 562/19 563/17 564/11
566/23 567/5 567/6 569/17 569/24 570/5 570/6 570/10 572/22
573/8 573/8 575/2 575/17 578/9 578/10 578/13 578/20 578/24
579/2 579/5 579/14 579/16 580/2 580/21 580/21 582/9 582/15
583/20 583/20 583/22 584/5 584/6 584/18 584/19 584/20
584/21 585/5 585/6 585/7 585/8 585/9 585/9 590/16 591/16
592/3 592/15 592/17 592/19 593/6 593/6 593/7 593/8 593/9
593/10 593/15 593/16 593/16 593/20 593/21 593/21 593/25
594/7 594/17 595/7 596/2 596/13 596/16 598/18 598/21 599/17
600/3 600/15 600/16 601/20 605/3 605/17 606/6 606/7 610/14
613/23 617/3 619/9 619/14 620/24 623/1 628/6 637/17 643/17
643/17 645/6 646/20 646/23 648/3 648/7 648/19 649/12 657/11
657/11 657/23 658/2 661/7 663/18 674/16 686/1 687/21 690/13
694/3 694/3 694/17 695/5 695/6 695/6 695/16 695/16 695/18
697/11 697/14 706/9 708/10 708/12 709/12 709/25 710/2
710/22 716/7 721/15 724/17 734/19 743/1 743/19 751/18 753/2
755/1 755/20
**I've** **[7]** 530/24 595/6 705/15 724/17 730/13 749/17 755/13
**I-V-I-E** **[1]** 538/2
**Idaho** **[9]** 547/13 650/21 656/9 656/15 669/10 670/1 713/17
714/17 725/12
**idea** **[9]** 543/25 544/3 575/7 577/16 609/4 668/6 675/25 678/21
679/18
**ideas** **[2]** 597/16 622/3
**identify** **[1]** 624/25
**ignored** **[1]** 614/7
**illegal** **[15]** 518/2 556/1 556/8 556/9 557/7 557/25 558/3 558/14
558/19 559/3 559/13 562/12 563/14 583/23 591/12
**illegally** **[2]** 575/17 685/4

**I**

illness [3]  636/3 636/6 693/6
illnesses [1]  694/6
illustrate [1]  516/15
image [2]  573/1 573/11
imagine [3]  600/15 648/8 727/4
immediately [5]  523/3 532/25 597/22 683/7 683/13
impact [4]  659/7 737/3 738/18 739/2
impacted [1]  735/18
impairments [1]  730/14
impasse [1]  597/21
implication [1]  529/24
implications [1]  633/8
imply [1]  518/18
important [18]  513/6 513/12 516/23 521/3 528/7 539/3 548/7
551/22 604/8 621/24 622/1 622/5 652/18 652/20 652/21 683/6
701/14 734/11
Importantly [1]  517/4
impracticable [1]  509/23
improper [5]  657/13 657/16 662/11 662/24 664/20
improve [6]  539/12 540/6 653/15 654/6 656/15 669/15
improved [1]  548/5
improvement [1]  562/7
improving [1]  684/12
in-person [5]  513/11 516/14 574/2 580/7 595/15
in-the-field [1]  582/18
inaccurate [4]  662/20 662/24 670/3 689/16
inappropriate [2]  558/20 660/21
Inaudible [1]  678/18
incidents [1]  521/1
inclination [1]  511/7
inclined [1]  532/8
include [3]  582/17 619/19 621/5
included [3]  573/1 573/11 751/4
includes [2]  620/19 639/15
including [5]  536/19 624/10 685/20 704/5 742/22
income [2]  584/24 737/8
inconsistent [3]  525/17 527/8 625/6
inconsistently [1]  626/25
increase [12]  517/1 552/5 574/21 595/14 635/23 681/25 682/3
682/5 683/3 714/21 744/8 745/8
increased [7]  530/21 575/21 576/6 587/5 636/11 681/18 693/10
independent [5]  627/3 744/17 745/3 745/7 745/10
independently [2]  741/6 744/4
INDEX [1]  508/1
indicate [1]  533/17
indicated [4]  556/23 557/3 640/18 646/12
indicates [1]  532/10
indicating [4]  526/5 526/8 526/25 588/14
indication [4]  575/18 575/21 636/10 685/4
indications [2]  556/10 577/23
individual [4]  620/4 620/5 623/18 730/21
individualized [1]  521/1
individuals [5]  620/4 644/17 732/2 744/18 750/19
industries [3]  747/14 747/18 749/6
industry [17]  736/11 736/16 736/17 736/22 736/23 736/25
738/14 738/16 738/23 738/25 747/23 748/6 748/8 748/10
748/20 749/4 749/5
information [31]  511/17 552/17 553/3 553/18 571/4 571/5
572/3 593/18 624/19 631/24 633/5 633/6 633/15 639/4 645/18
662/20 662/24 726/19 730/25 735/20 739/5 740/15 741/1 741/7
741/9 744/2 744/4 747/5 752/2 752/3 752/23
informed [4]  514/5 586/7 618/3 638/2
ingest [1]  601/13
initial [3]  568/9 599/17 752/18
initially [4]  523/10 550/22 581/21 700/5
initiates [1]  589/12
initiating [1]  726/14
initiative [1]  683/1
initiatives [1]  682/15
injections [1]  694/12
inner [3]  545/13 714/19 714/20

inner-team [2]  714/19 714/20
inning [1]  750/8
insert [5]  553/1 553/14 554/25 555/2 573/15
inserts [1]  574/17
insight [10]  555/11 571/18 659/19 659/20 660/1 660/2 661/4
662/1 662/7 703/2
insights [46]  539/14 540/15 540/20 544/3 571/12 573/24 574/7
574/8 587/2 591/24 656/18 656/19 657/8 657/16 657/19 657/25
658/5 658/15 658/18 658/22 659/13 659/14 660/4 660/7 660/9
660/10 660/11 660/13 660/17 662/11 662/15 662/20 662/23
663/6 665/6 665/17 666/13 666/19 666/23 666/24 667/4 667/7
667/10 667/19 667/25 711/15
insinuate [3]  575/18 636/1 636/8
insomnia [2]  693/4 696/15
instances [1]  740/19
instead [2]  576/5 633/7
Institute [2]  736/4 747/6
instruct [1]  691/2
instructed [2]  677/15 677/18
instruction [6]  530/9 535/24 536/1 536/9 536/18 555/7
instructions [6]  512/20 514/19 562/13 595/23 649/11 756/5
intend [1]  520/4
intended [4]  523/10 529/14 659/7 666/8
intends [1]  623/25
intense [1]  595/5
intent [3]  521/10 544/20 544/20
interaction [3]  516/14 628/15 675/24
interactions [5]  516/12 520/9 615/17 675/24 714/18
interest [2]  514/7 514/10
interested [1]  627/20
intermittent [3]  587/13 596/16 596/18
internal [1]  666/4
International [1]  731/11
Internet [1]  751/13
interpretation [1]  665/19
interrupt [2]  524/18 528/8
interrupted [1]  648/22
intervene [5]  638/7 638/9 638/12 638/20 638/25
interview [13]  567/21 568/23 569/22 688/6 709/20 730/21
733/11 733/16 734/19 735/13 736/24 746/24 751/22
interviewed [11]  514/24 549/17 566/1 566/3 568/6 570/16
584/18 733/12 733/12 733/14 749/24
interviewer [1]  740/20
interviewing [1]  711/7
interviews [10]  708/4 734/11 734/25 737/10 737/17 752/17
752/18 752/19 752/21 753/3
introduce [4]  699/3 718/15 723/6 730/3
investigate [4]  632/21 632/23 632/23 644/14
investigated [4]  626/16 627/18 685/22 686/3
investigating [14]  627/15 627/19 628/1 628/1 628/7 628/8
628/11 628/17 628/18 628/24 628/25 644/17 644/18 645/15
investigation [8]  599/3 624/20 628/12 630/21 631/2 631/3
631/6 638/10
investigations [4]  514/24 589/20 627/23 637/11
investigator [4]  628/5 630/18 688/3 688/7
investigators [3]  628/4 628/4 644/16
invite [1]  568/4
invited [1]  577/14
invites [1]  586/24
involved [20]  517/25 518/8 518/10 522/7 527/9 531/7 544/10
622/8 631/1 630/19 630/20 644/13 644/18 644/24 645/15
666/20 666/22 668/10 669/19 682/15
iPad [1]  567/1
irrelevant [1]  522/3
is [743]
ish [2]  669/5 674/1
isn't [15]  510/2 552/3 552/18 568/9 572/21 580/10 592/2 603/13
610/21 611/22 614/9 653/18 654/7 657/20 673/4
issue [37]  509/11 509/11 509/16 509/22 511/13 511/15 511/16
511/21 513/15 518/24 519/4 519/15 520/11 521/3 521/15
522/22 523/5 524/18 527/5 531/18 531/21 532/15 532/16 556/3
556/19 556/20 581/13 627/5 646/2 646/7 646/9 646/24 647/25
665/25 703/14 713/19 714/17

**I**

**issued [2]** 530/2 584/7

**issues [18]** 509/5 518/22 519/18 519/22 521/11 530/18 574/20 576/20 583/23 589/18 624/25 644/19 645/8 648/4 672/24 672/25 713/19 714/20

**it [768]**

**it's [24]** 510/23 512/22 523/21 528/7 528/25 530/1 554/2 559/3 563/15 575/7 579/14 580/10 636/5 637/21 647/24 649/2 660/6 665/7 705/22 726/16 740/21 743/5 752/2 753/15

**it.' [1]** 631/25

**items [1]** 511/4

**its [17]** 518/10 519/3 528/17 620/9 620/11 620/25 621/25 622/6 622/18 622/20 623/25 624/3 625/7 634/17 641/8 641/10 659/7

**itself [1]** 631/6

**IVIE [133]** 506/3 508/4 511/19 512/17 512/18 514/15 514/15 514/19 514/25 515/1 515/9 515/15 515/17 515/24 516/2 516/8 516/22 516/24 517/5 517/12 518/1 519/14 519/17 520/8 520/8 520/9 520/11 520/13 520/17 521/2 530/16 530/19 531/7 532/11 536/23 537/20 538/2 538/6 619/9 624/18 626/3 626/11 626/14 630/2 637/7 638/3 638/8 643/21 644/8 644/21 645/4 647/10 648/14 648/21 648/25 649/8 649/12 649/19 651/4 672/24 673/4 675/24 676/7 676/14 677/10 688/22 688/24 690/1 690/1 692/4 692/6 693/2 694/2 694/15 696/5 702/12 702/13 702/23 702/24 703/2 703/12 703/14 703/16 703/19 704/21 717/25 718/19 723/11 725/2 728/20 728/25 731/14 733/11 733/24 734/20 736/13 737/20 738/4 738/8 739/6 739/19 740/15 740/25 741/2 741/20 742/8 742/22 743/9 743/13 743/16 744/2 744/7 744/10 742/10 746/4 746/8 746/15 746/19 746/23 746/25 747/7 747/10 747/22 748/11 749/14 750/3 750/12 750/24 751/7 751/10 752/10 753/3 754/4

**Ivie's [32]** 511/19 515/10 516/13 516/23 518/16 518/25 520/5 520/21 521/15 625/2 625/23 644/10 644/14 644/19 648/12 695/3 733/7 735/16 736/2 736/9 737/2 738/17 739/1 739/15 741/10 741/25 742/15 743/3 748/17 753/8 753/12 754/24

**J**

**J-O-H-N-S-O-N [1]** 691/18

**January [25]** 549/15 564/18 566/1 568/5 568/6 568/24 569/19 570/14 571/10 571/21 572/24 573/25 574/1 603/25 606/9 668/16 668/17 673/9 674/13 674/17 674/19 713/4 713/12 713/16 713/13

**January 15th [6]** 568/24 569/19 570/14 674/13 674/17 674/19

**January 17th [1]** 571/21

**January 18th to [1]** 572/24

**January 2018 [2]** 603/25 713/4

**January 25th [1]** 571/10

**Jean [1]** 619/3

**Jenny [4]** 508/7 698/25 699/5 705/2

**Jett [1]** 604/10

**job [71]** 513/1 513/24 516/17 516/19 538/23 541/25 561/24 565/3 585/5 586/5 592/14 592/14 595/8 600/18 601/3 601/6 615/16 639/23 644/7 677/4 680/2 680/17 680/21 680/25 707/10 707/16 708/4 708/14 708/20 709/3 709/10 711/8 719/14 722/1 722/3 724/16 724/21 727/5 733/7 734/2 734/5 734/10 736/3 736/4 736/21 737/10 737/15 738/10 738/15 739/4 739/15 739/24 740/20 740/21 740/25 741/25 742/9 744/11 744/11 745/1 746/22 746/25 747/11 748/23 749/22 750/3 750/8 752/16 752/20 752/21 754/4

**jobs [23]** 707/12 708/25 709/12 710/11 719/5 730/11 733/10 734/10 736/5 737/7 737/9 737/12 737/13 740/17 744/20 744/21 746/8 746/10 746/14 746/16 746/21 747/6 752/10

**Johnson [11]** 508/6 523/12 690/23 691/6 691/12 691/18 691/22 694/2 695/16 697/9 698/6

**Johnson's [1]** 754/25

**joining [1]** 619/10

**JOLIE [1]** 506/11

**Joplin [1]** 604/9

**Josie [1]** 550/5

**JR [1]** 506/4

**Judge [10]** 511/10 513/25 524/2 524/3 599/21 642/20 690/16 727/21 732/24 735/6

**judges [1]** 618/8

**Judy [5]** 508/8 718/1 718/11 718/14 718/16

**juggle [1]** 724/4

**July [12]** 539/18 546/12 581/5 581/8 669/2 669/5 669/9 676/16 676/17 725/9 726/11 749/21

**July 2018 [1]** 581/8

**July 2019 [1]** 726/11

**July 27th [1]** 581/5

**July-ish [1]** 669/5

**jump [1]** 514/2

**June [39]** 506/5 509/1 525/18 528/22 532/19 539/18 546/12 560/4 560/13 580/13 582/4 582/6 596/23 597/22 615/12 615/20 616/9 618/7 618/13 624/12 624/14 625/17 626/3 626/4 636/23 637/8 637/16 638/7 638/12 638/20 640/19 643/22 676/7 688/19 703/23 704/6 704/8 732/1 733/15

**June 10th [3]** 625/17 626/3 640/19

**June 11th [1]** 733/15

**June 12th [1]** 703/23

**June 15th [1]** 732/1

**June 18th [2]** 618/7 618/13

**June 2018 [3]** 615/12 615/20 616/9

**June 3rd [1]** 688/19

**June 4th [1]** 704/6

**June 5th [2]** 637/16 704/8

**June 6th [9]** 596/23 597/22 626/4 636/23 637/8 638/7 638/12 638/20 643/22

**June 7th [1]** 525/18

**June/July [1]** 546/12

**Juneteenth [1]** 618/5

**junior [1]** 723/10

**juror [6]** 564/3 568/22 575/13 581/2 598/24 754/23

**jurors [3]** 513/1 524/5 649/18

**jury [62]** 506/10 509/3 509/18 509/22 509/24 510/3 510/9 510/15 510/19 510/24 511/3 511/23 513/3 516/11 516/15 516/19 519/21 520/12 520/15 520/16 521/2 521/21 521/22 521/24 522/8 522/12 524/19 525/1 525/12 531/23 532/12 533/8 533/14 533/16 533/22 536/10 536/22 536/25 537/10 537/11 588/12 588/19 617/14 618/1 646/24 647/20 647/21 649/11 649/17 690/15 690/19 691/2 691/9 698/18 698/20 699/4 718/15 723/7 730/4 754/15 754/21 756/6

**just [214]** 510/1 510/9 512/2 512/7 512/21 513/6 514/12 517/2 517/24 518/13 518/22 519/22 520/13 522/2 522/10 525/15 526/21 527/21 528/12 529/7 529/8 529/8 530/14 531/12 532/1 533/17 533/21 534/4 536/3 536/11 539/5 540/25 541/3 541/8 541/13 541/19 542/2 542/6 542/9 542/11 543/5 543/13 543/14 544/13 544/15 544/22 545/11 545/17 545/18 546/6 546/16 546/18 548/1 548/21 548/23 549/8 549/17 549/18 549/19 550/5 550/12 550/14 550/16 550/17 550/21 551/19 551/20 552/15 553/12 554/3 554/9 554/12 555/5 555/10 556/8 556/8 556/14 556/16 557/7 557/18 558/18 558/23 558/24 559/2 560/12 562/3 562/12 562/18 562/24 563/7 563/13 563/21 563/23 563/23 564/13 564/16 564/17 565/10 565/12 565/15 565/17 566/17 566/23 567/3 567/9 567/10 567/12 567/14 567/15 567/18 568/12 570/8 570/25 571/2 571/3 571/4 572/19 572/20 572/22 573/14 573/15 573/20 574/6 577/11 581/21 582/21 582/22 583/2 583/4 584/6 584/24 585/17 586/3 590/11 591/13 593/8 593/10 594/10 595/23 596/5 598/17 598/18 598/19 598/19 599/7 600/6 600/12 600/14 601/21 610/12 618/3 618/16 622/2 627/2 628/6 629/12 638/16 640/9 641/17 641/19 642/2 642/14 643/11 644/9 644/9 655/6 655/8 657/1 657/10 660/24 666/19 668/11 677/18 678/4 679/23 681/23 686/5 687/16 688/16 695/2 700/7 700/7 700/17 701/1 701/13 701/19 702/2 705/2 705/3 710/8 710/21 713/9 714/4 716/10 720/22 724/6 724/13 724/18 725/14 726/20 726/22 728/19 731/2 738/1 741/18 746/23 749/7 749/12 749/18 751/18 752/7 753/2 753/3 754/22 755/15

**justified [1]** 518/19

**K**

**Karen [32]** 521/17 568/14 568/15 568/16 568/17 568/23 569/21 570/17 572/25 577/2 577/14 578/2 578/8 578/9 583/13 583/22 584/17 589/3 589/7 589/13 590/2 590/3 590/9 590/18 591/2 591/4 591/16 595/3 628/13 628/15 675/7 685/22

**Karen Belknap [1]** 572/25

**Kateri [10]** 539/25 540/7 540/14 540/14 540/17 540/18 540/23

**K**

**Kateri... [3]** 542/14 542/22 574/11
**keep [14]** 566/15 569/13 582/9 585/5 585/6 629/12 635/11 646/24 647/16 665/11 689/8 690/15 692/8 726/11
**keeping [3]** 528/3 721/5 726/13
**keeps [2]** 641/8 641/9
**Kelpto [3]** 608/19 609/1 609/4
**kept [3]** 558/24 590/25 725/2
**Ketari [2]** 665/6 665/10
**Kevin [2]** 667/25 710/16
**kewl [1]** 605/24
**key [3]** 513/1 620/9 620/11
**kids [10]** 538/17 566/14 566/15 566/19 567/7 567/17 600/17 674/5 719/5 723/10
**kind [98]** 538/15 538/16 538/22 540/10 540/21 544/3 544/11 544/13 545/16 546/14 548/2 548/4 548/9 548/13 548/16 548/21 548/22 548/23 549/5 549/5 549/15 549/19 549/19 549/22 550/1 550/3 550/6 550/8 550/14 550/18 551/13 551/20 552/3 553/10 553/16 555/10 556/5 556/7 556/21 556/25 557/15 557/18 559/12 560/18 561/4 561/17 561/18 562/25 563/2 563/7 563/24 564/1 566/16 567/5 568/12 569/2 569/13 570/2 571/4 572/2 572/4 572/5 572/10 573/3 576/20 576/21 579/22 580/3 580/20 582/20 583/22 585/8 585/20 593/1 593/1 593/8 593/15 597/17 599/17 622/16 622/16 640/23 662/12 664/14 680/18 701/25 708/1 708/16 708/17 714/18 720/22 723/17 724/3 724/6 724/7 725/6 726/11 726/22
**kinds [2]** 641/2 641/8
**kitchen [2]** 564/14 600/16
**knew [20]** 539/3 554/23 558/16 566/24 568/4 580/22 584/23 593/8 636/22 637/24 645/14 654/15 680/24 706/20 707/1 714/11 740/18 740/25 746/21 752/25
**knot [2]** 565/12 565/13
**know [175]** 511/22 512/6 512/23 512/24 519/8 524/6 525/21 532/25 533/5 537/13 538/25 540/25 541/5 541/6 541/7 541/12 541/14 541/18 544/6 544/13 544/16 545/1 545/11 546/16 546/24 548/3 549/22 550/15 550/15 551/1 552/20 553/2 554/2 554/4 554/11 555/7 555/7 555/23 556/11 556/20 557/21 558/12 558/13 559/11 559/11 559/12 559/12 559/15 559/16 559/16 560/18 560/18 560/20 560/20 561/2 562/20 563/9 564/12 564/13 567/13 568/18 568/20 572/21 573/17 573/20 575/3 577/8 577/15 578/15 578/24 579/10 579/12 579/17 588/2 589/15 589/19 590/6 590/16 591/22 592/21 593/22 594/15 595/7 598/25 606/7 609/5 609/14 609/15 609/23 609/25 615/22 618/11 618/15 623/20 625/24 626/5 626/7 631/7 631/19 632/6 633/10 633/12 634/6 634/10 635/6 635/7 639/8 639/9 643/8 645/11 646/8 650/2 661/8 662/10 662/14 662/19 662/22 663/2 663/3 663/3 663/4 665/9 665/18 668/5 668/6 682/2 686/24 688/5 688/12 688/13 689/7 692/3 699/6 701/19 706/25 708/25 709/4 709/5 709/18 710/8 710/11 710/15 710/20 715/5 715/10 716/9 717/12 718/19 719/16 721/9 721/20 722/6 723/11 723/25 724/17 724/20 725/8 725/14 725/18 740/22 742/20 742/21 744/6 745/22 745/23 746/1 746/7 748/2 749/15 751/6 751/13 751/19 751/21 751/23 755/24
**knowing [1]** 575/4
**knowledge [5]** 728/25 729/3 729/5 739/7 746/22
**knowledgeable [1]** 555/2
**known [11]** 579/12 604/4 635/3 658/13 658/17 684/14 686/9 718/23 718/24 723/17 724/18
**knows [4]** 531/9 537/6 553/25 553/25

**L**

**label [17]** 514/23 515/15 553/1 556/7 565/22 573/17 573/18 589/21 591/12 620/14 627/17 633/20 658/6 660/14 662/1 662/7 662/8
**Labor [2]** 543/19 750/16 751/5
**lack [2]** 610/15 711/5
**ladder [2]** 580/19 684/11
**ladies [3]** 618/2 690/19 691/9
**laid [4]** 595/24 742/21 742/25 750/7
**Lake [9]** 560/10 650/24 655/13 655/17 655/23 656/5 711/4 711/13 712/4
**lamotrigine [2]** 696/7 697/22

**larger [2]** 532/15 622/2
**last [30]** 511/8 511/18 516/21 518/11 523/7 527/4 538/1 564/20 565/17 583/24 598/24 600/25 605/15 619/2 632/16 633/22 678/19 691/17 693/8 693/23 697/11 698/24 700/15 718/10 719/7 720/5 722/24 729/20 730/13 740/20
**lastly [1]** 731/12
**late [10]** 525/16 593/6 593/9 618/7 663/7 663/13 720/18 720/19 725/19 726/5
**later [11]** 543/2 543/18 551/7 551/13 577/1 584/3 610/23 639/2 639/5 640/21 673/9
**lateral [4]** 709/1 709/23 710/3 745/21
**laugh [1]** 725/19
**laughed [2]** 549/5 550/14
**laughing [3]** 604/22 604/23 721/1
**Laura [1]** 723/1
**Laura Dawn Benson [1]** 723/1
**law [4]** 507/3 618/4 621/6 732/19
**lawsuit [1]** 751/20
**lawyer [3]** 573/16 600/2 716/23
**lawyers [3]** 617/18 643/3 695/17
**lay [1]** 691/10
**layoff [1]** 742/19
**layoffs [1]** 742/15
**lead [10]** 539/22 546/13 546/17 562/13 563/12 592/25 593/1 610/7 687/9 703/14
**leader [4]** 543/11 547/18 631/14 743/17
**leadership [18]** 551/12 564/23 588/10 619/23 652/16 665/5 669/19 669/23 670/11 682/10 683/7 683/18 684/2 684/5 684/9 708/24 709/6 744/1
**leading [3]** 547/16 547/24 619/19
**learn [5]** 577/6 721/11 749/5 750/4 753/1
**learned [6]** 545/9 675/14 688/20 721/15 721/23 726/24
**learning [2]** 583/18 727/2
**least [12]** 531/16 584/17 632/10 662/10 689/16 696/17 706/5 725/12 737/9 737/17 752/13 752/14
**leave [34]** 529/22 529/24 529/25 530/6 530/6 531/8 548/15 562/15 585/11 585/13 585/20 586/6 587/13 587/14 588/4 588/24 588/24 589/3 592/13 595/13 596/17 596/19 681/2 681/16 681/17 682/5 685/15 686/16 687/1 707/6 715/2 715/17 737/6 740/20
**leaving [2]** 700/19 754/16
**led [1]** 644/19
**Lee [1]** 698/25
**left [15]** 519/14 519/17 548/15 549/18 561/18 572/22 581/21 581/25 592/19 592/20 592/21 596/5 616/15 707/16 708/5
**legal [10]** 509/17 510/23 518/2 639/10 639/18 641/6 722/25 751/15 751/16 753/7
**length [3]** 582/5 750/16 750/19
**less [3]** 700/23 701/7 750/20
**lesser [2]** 737/7 737/18
**let [25]** 511/15 531/3 532/25 544/13 544/16 546/16 550/18 555/23 570/10 588/11 590/6 595/7 598/18 600/2 618/11 630/15 631/7 643/8 665/9 665/18 678/23 707/9 725/5 734/23 756/11
**let's [82]** 525/15 531/4 539/7 539/8 542/15 544/9 547/10 550/13 551/4 551/18 563/7 564/2 567/16 567/20 568/21 569/14 570/9 570/12 571/7 572/23 573/4 575/12 577/22 577/23 581/1 590/1 591/14 594/21 598/23 602/6 603/20 603/24 603/24 604/16 605/6 605/18 608/7 610/14 614/15 615/20 617/4 625/9 625/21 629/20 631/21 635/8 635/15 636/7 636/7 636/25 636/25 637/5 637/14 643/19 651/2 657/24 658/12 659/10 659/19 660/3 665/1 668/9 669/10 672/20 672/23 674/11 674/11 675/6 675/10 676/22 677/13 681/4 684/19 684/20 687/21 688/19 698/17 703/22 705/1 727/24 743/12
**letter [4]** 530/1 703/23 716/3 716/14
**letting [2]** 609/5 609/15
**level [23]** 573/16 573/17 577/22 629/23 709/3 709/4 709/4 710/7 710/8 710/10 725/25 726/1 729/2 736/2 736/9 737/13 737/21 746/10 746/14 746/17 746/20 748/7 750/23
**level-set [1]** 629/23
**levels [2]** 728/22
**Lewis [2]** 507/6 507/9
**liability [2]** 510/17 510/19
**liaison [2]** 554/21 563/10

**L**

license [1] 605/25
licensed [1] 723/8
lies [1] 713/25
lieu [1] 690/21
life [5] 719/5 723/17 726/19 726/21 731/12
life-care [1] 731/12
life-long [2] 723/17 726/21
lifetime [1] 737/25
light [6] 509/16 520/18 520/18 527/9 527/11 527/12
lights [2] 566/12 674/2
like [175] 509/4 509/19 511/15 514/8 515/22 518/3 519/24
526/21 528/8 530/22 532/21 538/15 538/21 541/6 541/24
542/20 543/4 543/8 544/4 544/4 544/10 545/4 545/5 545/6
545/10 545/20 547/8 547/23 548/1 548/11 548/13 549/7 549/8
549/24 550/1 550/6 550/12 550/18 550/20 550/21 550/23
551/20 552/14 552/18 553/11 554/10 554/11 554/18 554/22
555/22 556/21 557/3 557/15 558/15 558/16 558/16 559/15
559/22 559/23 560/10 560/12 561/19 562/4 562/5 562/18
562/20 563/12 563/23 565/3 565/4 565/5 565/10 565/12 565/12
566/16 566/22 566/24 567/6 569/12 569/17 570/10 570/13
571/10 571/25 572/6 572/22 572/23 577/5 577/7 579/2 579/6
579/17 579/22 579/24 580/23 582/4 582/7 582/10 582/18
582/22 582/22 582/25 583/21 585/16 586/12 586/17 586/17
586/18 586/20 586/24 587/1 587/4 587/18 591/10 593/1 593/4
593/7 593/13 593/13 593/15 595/3 597/10 598/5 600/12 602/3
611/13 618/16 624/3 627/11 629/12 641/3 645/14 648/9 648/13
648/15 648/21 653/16 655/25 664/14 664/24 666/1 671/9 687/1
692/10 692/20 699/12 700/6 700/15 701/25 705/7 708/23
710/19 713/6 714/7 717/23 718/1 720/16 720/18 720/18 720/25
721/7 721/9 724/23 725/2 725/6 725/17 725/24 726/1 726/3
728/9 732/7 732/24 753/19 754/12 756/10
liked [4] 540/10 576/22 605/21 713/6
likely [3] 736/13 736/16 739/21
liking [1] 605/21
limine [26] 522/21 529/9 529/11 534/7 534/9 534/11 534/14
534/15 534/18 534/19 534/20 534/22 534/23 534/24 535/4
535/5 535/6 535/7 535/8 535/12 535/13 535/14 535/17 535/18
535/19 536/9
limited [1] 592/16
limiting [4] 530/9 535/24 536/18 682/25
Linda [10] 553/22 554/3 554/7 555/4 563/11 670/23 688/7
702/18 703/24 712/1
line [18] 539/6 554/15 554/18 563/19 563/21 564/1 564/7 565/6
571/13 591/18 595/2 604/16 608/8 623/7 694/13 706/21 706/22
706/24
lines [5] 512/24 620/22 661/23 662/3 662/5
linked [3] 574/13 575/9 660/21
linking [1] 575/1
lipids [1] 696/15
list [13] 523/13 523/18 526/3 526/20 527/14 527/15 527/16
532/23 533/17 606/7 696/20 697/19 741/15
listed [2] 741/13 741/23
listen [1] 569/9
listened [1] 734/5
listening [4] 548/21 593/8 593/10 606/7
lists [1] 696/15
literally [4] 556/9 562/24 601/14 664/24
little [42] 512/8 539/8 541/23 542/5 542/6 545/15 546/1 547/11
552/2 553/10 555/7 556/16 560/6 561/11 561/12 564/3 567/12
568/25 570/18 580/20 581/7 587/4 632/25 643/10 645/5 646/21
647/23 661/2 664/2 671/9 679/10 679/13 696/2 706/6 711/1
711/13 714/7 715/14 721/8 724/6 727/24 746/8
live [6] 517/1 650/14 690/21 718/21 725/11 728/5
lived [2] 723/13 723/14
lives [4] 601/17 601/17 601/21 726/17
living [1] 746/5
LLP [2] 507/6 507/9
lobby [1] 711/1
local [8] 630/17 630/20 660/9 660/11 660/13 660/17 666/23
667/3
locally [1] 631/3
located [2] 711/10 712/3
lock [1] 539/2
lock-in-step [1] 539/2
locked [1] 592/15
LOL [1] 604/21
long [19] 515/25 517/11 530/16 530/19 531/12 538/6 545/2
545/19 657/17 658/18 659/16 713/11 718/23 723/17 723/17
726/21 738/8 750/6 756/11
long-term [1] 723/17
longer [6] 529/16 543/20 547/2 588/6 598/18 748/22
look [69] 510/15 533/25 540/21 543/1 545/24 554/14 557/20
560/13 561/23 564/20 568/21 569/24 570/3 570/12 571/7
572/23 574/17 574/19 575/12 575/16 581/1 591/9 591/14
594/21 598/23 600/19 603/24 603/24 604/16 605/6 605/15
606/24 608/7 614/21 625/9 629/20 630/10 630/15 631/21 635/8
635/16 636/7 636/25 642/2 643/13 643/19 649/23 650/2 651/2
658/12 659/11 659/19 659/20 660/3 661/6 661/23 665/8 672/20
674/12 675/10 675/13 680/25 681/4 684/20 686/19 689/25
693/10 733/9 756/8
look/sign [1] 533/25
looked [29] 522/9 544/11 549/1 549/1 549/8 553/14 553/16
553/17 560/18 569/6 572/2 644/9 645/6 649/24 649/25 664/8
671/9 695/2 695/24 695/24 707/9 736/3 736/3 736/5 738/6
747/14 747/18 749/1 753/16
looking [27] 538/11 540/19 541/4 554/18 555/4 579/5 591/16
600/16 614/15 627/6 645/2 651/3 658/12 658/21 662/2 680/16
680/20 681/1 693/17 694/3 694/3 694/4 703/22 708/14 708/17
708/20 709/3
looks [4] 554/18 570/13 571/10 724/13
loss [2] 737/25 747/7
lost [6] 509/12 509/17 587/9 593/21 738/23 755/5
lot [20] 560/9 562/22 576/19 646/6 648/8 653/17 673/15 673/21
676/7 684/3 684/6 684/8 687/24 696/3 708/24 720/4 720/15
725/23 726/19 727/7
lots [1] 565/12
loud [2] 604/22 604/23
love [4] 540/4 545/8 545/8 605/24
loved [8] 538/11 538/12 575/4 575/5 585/5 708/19 722/1 722/7
loves [3] 719/14 719/14 719/15
low [2] 559/9 726/2
lower [3] 652/25 653/7 748/9
LP [1] 506/6
lucky [1] 671/18
lunch [3] 517/2 617/14 646/14
lunches [1] 714/4
lungs [1] 657/6
lying [1] 562/25

**M**

M-c-C-U-L-L-O-U-G-H [1] 619/4
ma'am [10] 537/23 632/19 647/4 692/5 697/7 697/11 722/15
722/18 728/19 729/9
Madalina [1] 631/7
made [42] 511/8 514/25 529/14 529/14 549/12 566/19 569/15
576/10 576/25 610/16 610/19 611/7 611/10 615/21 625/25
644/24 666/14 672/17 672/21 673/8 674/15 674/23 675/2 685/5
685/10 685/12 697/19 706/7 706/11 706/14 706/21 706/23
707/2 711/6 724/21 734/4 737/8 742/12 743/13 743/13 743/21
749/8
MAGISTRATE [1] 506/12
Magnuson [2] 533/14 537/6
mail [2] 598/4 618/15
main [2] 696/13 710/22
majority [1] 521/6
make [48] 510/14 510/24 522/5 526/22 529/24 529/24 530/7
533/22 544/20 544/23 548/6 550/15 557/4 557/4 557/6 558/6
558/10 558/12 558/24 558/25 567/6 573/15 580/10 595/6 596/2
635/14 637/21 644/25 646/14 646/17 664/3 664/21 666/25
667/4 678/9 678/13 678/15 687/8 689/5 691/1 694/4 696/2
725/5 725/21 735/3 751/7 751/18 753/2
makers [2] 521/18 644/21
makes [7] 509/25 512/4 623/20 656/19 667/6 677/21 679/11
making [16] 527/11 539/2 539/5 571/1 571/2 571/5 601/20

**M**

**making... [9]** 612/13 636/4 681/13 682/9 682/17 685/8 721/2 734/8 734/24
**Man [1]** 549/20
**manage [2]** 718/17 724/7
**management [4]** 547/12 551/4 637/21 704/6
**manager [27]** 519/17 539/19 550/25 556/4 562/12 563/12 565/22 579/23 581/20 597/3 597/16 601/4 602/23 622/23 633/20 652/12 657/11 666/6 704/7 704/10 713/9 736/25 742/24 748/1 748/4 748/10 749/1
**manager's [1]** 738/12
**managerial [4]** 738/5 738/6 738/13 738/15
**managers [23]** 512/11 512/14 512/15 516/2 516/3 547/19 574/4 581/24 581/24 581/25 582/2 586/9 586/16 629/8 629/18 653/16 663/1 670/11 686/18 742/15 742/22 747/15 747/19
**managers' [3]** 516/2 516/5 635/2
**Mandy [6]** 554/20 554/21 555/18 555/21 556/5 670/25
**Mandy Hosford [1]** 554/20
**manner [3]** 518/18 627/24 638/10
**many [17]** 629/13 629/13 678/12 682/15 686/24 691/25 692/2 700/17 700/18 700/21 731/25 732/5 739/8 745/17 745/23 751/10 752/10
**Maran [1]** 550/5
**Maratas [1]** 594/3
**March [19]** 549/16 657/19 658/1 659/12 659/13 660/5 668/4 668/14 681/4 681/6 681/7 681/16 692/23 694/25 695/20 696/6 711/9 713/13 737/15
**March 18th [1]** 681/6
**March 1st [1]** 692/23 695/20 696/6
**March 2019 [1]** 694/25
**March 2020 [1]** 737/15
**March/April [1]** 711/9
**market [7]** 507/10 539/5 558/16 601/13 635/23 659/21 685/3
**marketing [9]** 565/22 589/21 591/12 620/14 622/20 627/17 633/20 709/17 743/17
**Maryland [1]** 732/11
**mask [2]** 702/15 718/7
**master's [3]** 731/4 731/4 731/6
**material [1]** 739/12
**materials [3]** 657/23 657/25 744/14
**math [1]** 755/22
**matrix [2]** 587/1 596/3
**Matt [1]** 597/2
**matter [9]** 556/17 586/2 586/3 588/16 687/19 704/24 725/18 754/18 755/4
**matter-of-fact [2]** 586/2 586/3
**mattered [1]** 583/3
**matters [3]** 520/21 639/24 640/6
**may [59]** 511/12 515/13 523/23 524/7 525/4 526/22 529/2 531/14 533/4 533/15 545/6 557/4 571/3 589/2 589/2 589/9 589/19 589/24 591/16 591/17 592/12 592/23 594/22 596/14 596/22 606/22 606/25 607/7 607/7 610/22 614/15 622/22 623/6 641/21 642/20 646/1 647/11 643/12 669/6 671/17 685/7 689/4 700/15 702/20 703/24 721/7 721/7 754/13
**May 14th [1]** 594/22
**May 16th [1]** 591/17
**May 2018 [1]** 614/15
**May 2019 [5]** 589/2 592/12 596/22 606/25 610/22
**May 3rd [5]** 589/2 589/9 589/19 589/24 591/16
**May 3rd with [1]** 712/16
**maybe [29]** 524/1 539/17 539/18 543/8 543/9 544/2 549/16 556/18 559/24 561/16 561/17 567/22 577/23 597/10 597/16 607/2 609/24 627/11 643/12 669/6 671/17 685/7 689/4 700/15 702/20 703/24 721/7 721/7 754/13
**Mazumdar [1]** 507/2
**McCarthy [13]** 507/9 518/13 518/22 519/7 521/15 525/21 526/20 526/21 528/19 531/16 661/14 695/16 697/12
**McCarthy's [1]** 532/19
**McCullough [16]** 508/5 618/22 619/4 619/7 619/12 629/4 630/10 634/21 639/21 640/11 642/16 643/3 644/13 647/22 648/13 649/3

**me [126]** 511/15 533/1 539/19 539/21 540/21 541/3 541/9 542/19 543/14 543/16 544/17 545/19 546/13 546/15 546/18 547/4 547/15 549/1 549/2 549/2 549/7 549/8 549/9 550/12 551/2 551/13 552/9 555/8 556/16 559/14 563/6 565/16 565/25 567/2 567/11 567/11 568/12 568/18 569/9 569/15 570/10 572/25 573/10 574/15 576/21 576/22 576/22 577/11 581/18 582/1 582/20 583/25 584/15 584/17 584/22 585/8 585/10 585/23 586/7 586/8 586/9 586/10 586/16 587/21 588/11 589/12 590/5 590/6 590/24 591/10 591/10 591/20 592/3 592/8 592/18 594/6 594/7 595/3 595/4 595/7 601/18 602/14 604/13 604/24 605/12 609/2 609/8 614/11 626/6 627/13 630/15 633/3 634/7 637/17 638/2 643/8 645/16 649/7 652/2 655/25 658/24 665/9 665/18 668/25 668/25 669/5 678/23 680/24 682/16 687/19 687/19 690/8 690/10 700/19 713/14 717/14 722/5 725/5 731/7 734/23 741/4 741/8 744/10 744/14 745/1 748/14
**mean [20]** 526/15 540/9 541/12 548/12 562/5 562/21 587/16 632/9 661/6 662/17 664/15 688/11 693/16 701/21 710/23 713/21 713/21 723/25 725/8 751/15
**meaning [4]** 616/4 629/23 650/15 703/5
**meaningful [1]** 522/15
**means [4]** 587/17 609/4 616/2 618/6
**meant [5]** 544/23 613/5 654/15 681/12 748/9
**meantime [1]** 581/25
**median [1]** 750/19
**medical [25]** 523/19 524/9 524/11 524/15 524/16 525/7 554/22 554/23 557/23 563/10 587/24 681/16 692/18 694/1 695/3 695/8 696/20 697/24 715/2 715/17 730/22 730/22 754/25
**medication [6]** 574/13 575/7 696/7 697/22 698/2 717/18
**medications [4]** 558/20 574/18 694/5 729/1
**medicine [2]** 556/25 691/22
**meet [1]** 699/8
**meeting [93]** 539/7 539/8 539/10 540/3 540/10 540/24 541/2 547/13 547/15 547/16 547/18 547/24 547/25 548/1 548/3 548/17 549/17 551/4 551/5 551/8 551/9 551/9 551/14 551/17 551/20 552/11 553/22 555/15 555/15 555/19 555/20 557/9 557/10 557/14 564/11 569/20 569/22 570/3 570/21 571/21 571/24 573/6 573/23 574/2 577/1 577/4 577/6 583/12 585/25 586/1 586/3 591/15 592/23 594/25 600/3 609/15 615/21 615/23 617/7 651/15 651/18 651/20 668/23 669/7 669/10 669/12 669/23 670/1 671/4 671/13 671/19 672/3 672/7 672/10 672/14 672/18 673/11 673/12 673/14 673/19 675/11 680/7 680/9 680/10 680/12 682/13 683/21 704/9 704/14 705/9 712/8 713/15 715/11
**meetings [5]** 514/22 585/24 595/11 688/12 712/2
**meets [1]** 630/21
**Melinda [1]** 507/6
**member [3]** 619/23 724/10 731/10
**members [5]** 617/14 658/14 659/3 690/15 754/15
**memories [1]** 534/3
**mental [4]** 574/20 636/3 636/6 723/9
**mentally [1]** 579/1
**mention [6]** 584/16 608/1 611/8 673/7 673/9 714/21
**mentioned [10]** 511/22 560/1 596/2 600/6 600/9 607/4 607/23 631/22 676/1 713/13
**mentioning [1]** 694/18
**mentions [1]** 581/15
**merit [1]** 632/7
**mess [1]** 585/18
**message [18]** 543/22 544/8 544/8 547/7 554/18 573/7 591/23 592/7 594/2 594/3 594/5 594/12 594/16 594/19 604/7 605/14 608/7 608/8
**messages [12]** 554/16 592/19 592/20 592/22 596/6 603/20 603/23 606/20 640/21 713/4 713/6 713/7
**messaging [6]** 539/1 666/2 666/8 666/13 666/16 723/21
**met [10]** 537/14 621/22 630/22 630/24 632/22 671/2 675/6 688/9 688/11 723/12
**metrics [1]** 660/23
**metro [1]** 730/7
**mic [2]** 716/6 723/2
**mid [9]** 577/5 577/6 578/2 592/23 615/9 615/12 616/15 652/9 676/3
**mid-2018 [5]** 615/9 615/12 616/15 652/9 676/3
**mid-February [3]** 577/5 577/6 578/2

# M

**mid-May [1]** 592/23
**middle [2]** 603/12 697/1
**midst [2]** 669/3 683/10
**might [14]** 540/15 544/12 568/22 580/21 583/15 583/18 589/9 635/13 689/7 723/18 729/1 743/10 745/2 753/18
**migraine [5]** 523/14 523/20 530/5 587/18 717/18
**migraines [25]** 530/5 530/8 530/12 530/16 530/19 530/20 530/21 531/11 532/11 585/14 587/19 600/9 693/4 693/8 693/9 694/7 694/11 694/23 696/15 715/21 716/1 716/4 717/15 717/16 720/15
**Mike [21]** 568/15 568/20 568/23 569/23 569/24 569/25 570/8 570/16 572/24 573/2 573/7 581/8 581/10 591/18 592/1 592/5 592/7 630/17 638/1 644/16 645/16
**mild [5]** 552/22 553/9 558/1 572/16 573/12
**Mill [1]** 507/7
**Mina [4]** 631/8 631/8 631/10 631/16
**mind [8]** 554/13 556/4 564/17 565/10 565/10 591/1 591/3 726/4
**minded [1]** 719/25
**mine [1]** 696/1
**mini [4]** 518/21 519/18 521/9 522/23
**mini-trials [1]** 518/21
**minimize [1]** 511/22
**minute [5]** 513/13 525/16 588/15 631/21 647/12
**minutes [15]** 509/6 533/1 593/7 643/12 643/15 643/23 648/7 648/8 649/3 649/4 649/4 696/4 755/8 755/8 755/20
**misleading [5]** 522/2 658/10 660/15 662/15 662/24
**misplaced [1]** 513/16
**miss [5]** 552/24 553/11 553/15 553/16 700/1
**missed [8]** 543/9 551/10 551/16 552/25 553/21 669/17 686/15 687/5
**missing [1]** 594/17
**misunderstanding [2]** 518/24 526/23
**mix [1]** 512/11
**mixed [1]** 712/1
**moderate [5]** 552/23 553/9 558/1 572/16 573/12
**mom [3]** 724/5 724/9 724/12
**moment [15]** 537/15 563/8 588/11 599/22 600/2 624/12 625/10 630/8 640/9 641/21 642/20 695/13 729/15 736/12 750/24
**momentarily [1]** 625/12
**Monday [13]** 538/18 538/20 577/12 586/10 586/13 596/12 617/21 625/17 649/2 649/5 649/10 756/4 756/6
**money [2]** 558/10 679/24
**month [9]** 517/9 539/16 539/17 539/17 592/13 614/15 675/1 705/18 749/22
**month-and-a-half [1]** 539/17
**months [22]** 544/2 561/23 565/17 576/19 606/20 608/3 608/4 610/23 611/10 616/17 626/16 627/11 663/10 668/11 676/16 693/8 693/23 723/19 749/14 749/18 749/23 750/12
**more [53]** 517/14 517/14 519/15 519/15 525/4 534/2 536/11 548/6 548/14 549/20 553/8 554/24 555/7 555/11 556/16 557/5 560/6 562/4 575/5 575/6 576/20 577/1 577/23 582/3 586/15 592/4 596/14 596/16 598/21 600/14 608/22 609/9 612/25 613/6 615/10 615/19 616/13 649/5 650/24 674/16 676/5 679/19 684/12 694/19 709/6 719/24 720/15 721/6 721/16 726/22 727/3 736/16 750/5
**Morgan [2]** 507/6 507/9
**morning [19]** 509/4 529/9 532/14 537/11 537/13 537/21 537/22 538/6 538/10 538/18 538/20 573/6 585/17 588/13 646/3 648/23 754/18 755/8 756/4
**most [8]** 574/24 652/18 652/21 699/21 709/15 710/12 712/19 723/25
**mostly [1]** 737/12
**mother [1]** 674/7
**Mother's [1]** 719/8
**motion [27]** 519/25 522/21 529/9 532/8 534/7 534/9 534/11 534/13 534/15 534/17 534/19 534/20 534/21 534/23 534/24 535/4 535/5 535/6 535/7 535/8 535/12 535/12 535/14 535/17 535/18 535/19 536/8
**motivated [1]** 652/15
**Mountain [1]** 554/19
**move [19]** 522/25 567/10 567/20 589/2 590/19 590/22 590/24

598/19 617/19 629/2 630/8 641/15 648/17 680/19 719/20 724/23 724/25 727/9 727/24
**moved [1]** 648/23
**movie [2]** 726/6 726/7
**moving [8]** 514/7 647/16 684/11 709/10 709/13 709/14 710/3 710/6
**Mr [1]** 740/10
**Mr. [71]** 512/3 512/12 512/13 512/14 512/14 512/16 512/16 514/13 514/13 514/14 515/6 515/6 515/13 515/18 515/23 515/24 515/24 516/21 517/4 517/8 517/8 517/10 517/13 517/15 517/17 518/13 518/22 519/7 521/1 521/15 525/21 526/20 526/21 528/16 528/19 529/8 531/16 532/4 532/19 533/14 537/6 537/18 608/25 618/19 629/2 643/7 643/15 643/14 644/1 644/5 646/17 661/14 684/21 685/7 697/12 711/21 712/13 729/13 730/3 732/25 740/24 743/7 747/5 748/14 749/25 750/24 754/3 755/7 755/8 755/25 755/25
**Mr. Barnes [3]** 512/13 515/23 515/24
**Mr. Edelman [2]** 755/8 755/25
**Mr. Gray [1]** 712/13
**Mr. Griffith [8]** 512/14 512/16 515/6 515/6 515/13 515/18 608/25 711/21
**Mr. Hinson [2]** 755/7 755/25
**Mr. Magnuson [2]** 533/14 537/6
**Mr. McCarthy [11]** 518/13 518/22 519/7 521/15 525/21 526/20 526/21 528/19 531/16 614/14 697/12
**Mr. McCarthy's [1]** 532/19
**Mr. Oswald [16]** 514/13 517/17 528/16 529/8 532/4 537/18 618/19 629/2 643/7 643/15 643/8 644/1 644/5 646/17 684/21 685/7
**Mr. Oswald's [1]** 512/3
**Mr. Scott [2]** 729/13 732/25
**Mr. Sevart [3]** 730/3 740/24 743/7 747/5 748/14 749/25 750/24 754/3
**Mr. Stickle [5]** 512/12 515/24 516/21 517/4 517/10
**Mr. Thomsen [9]** 512/14 512/16 514/13 514/14 517/8 517/8 517/13 517/15 521/1
**Ms [15]** 515/1 516/13 516/23 516/24 530/19 538/6 640/11 648/14 651/4 670/8 673/4 702/5 733/7 743/16 746/19
**Ms. [256]**
**Ms. Abbonizio [4]** 688/18 688/20 688/22 704/4
**Ms. Belknap [8]** 529/21 675/11 675/16 680/13 706/15 712/8 712/16 715/16
**Ms. Benson [1]** 511/21
**Ms. Capell [2]** 511/20 699/3
**Ms. Ceaser [2]** 706/15 712/17
**Ms. Chambers [11]** 520/1 538/3 563/4 588/11 588/20 650/1 669/11 691/5 695/25 734/13 754/11
**Ms. DiNunzio [75]** 512/19 513/9 514/19 514/23 515/6 519/3 519/11 520/8 530/17 602/7 602/16 602/23 603/15 604/18 605/4 605/6 605/19 605/21 606/11 607/11 607/16 610/12 610/16 611/15 614/17 615/9 615/21 616/4 616/19 650/20 650/23 651/15 651/21 651/25 655/2 655/11 659/3 665/4 665/14 665/21 668/9 668/20 669/12 670/2 670/16 671/2 672/18 673/10 673/13 674/15 674/23 675/7 675/17 675/21 675/25 676/6 676/13 676/17 678/8 678/23 679/4 680/13 682/1 682/8 682/14 683/3 686/11 686/20 686/21 687/15 689/1 689/10 706/20 711/14 712/9
**Ms. DiNunzio's [2]** 662/23 675/7
**Ms. Gibb [2]** 718/2 718/5
**Ms. Gibbs [1]** 511/20
**Ms. Grey [3]** 666/11 666/22 675/2
**Ms. Hamilton [6]** 512/14 512/18 514/15 515/2 515/4 515/8
**Ms. I've [1]** 749/17
**Ms. Ivie [93]** 511/19 512/17 512/18 514/15 514/16 514/19 514/25 515/9 515/15 515/17 515/24 516/2 516/8 516/22 517/5 517/12 518/1 519/14 519/17 520/8 520/8 520/9 520/11 520/13 520/17 521/2 530/16 532/11 536/23 644/21 647/10 648/21 648/25 649/8 649/12 649/19 672/24 675/24 676/7 676/14 688/22 690/11 693/2 694/2 694/15 696/5 702/12 702/13 704/21 717/25 725/2 728/20 728/25 731/14 733/11 733/24 734/20 736/13 737/20 738/4 738/8 739/6 739/19 740/15 740/25 741/2 741/20 742/8 742/22 743/9 743/13 744/2 744/7 744/10 744/12 746/4 746/8 746/15 746/23 746/25 747/7 747/10 747/22 748/11

## M

**Ms. Ivie... [9]** 749/14 750/3 750/12 750/24 751/7 751/10 752/10 753/3 754/4

**Ms. Ivie's [24]** 511/19 515/10 518/16 518/25 520/5 520/21 521/15 644/19 648/12 695/3 735/16 736/2 736/9 737/2 738/17 739/1 739/15 741/10 741/25 742/15 743/3 748/17 753/8 754/24

**Ms. Johnson [1]** 691/12

**Ms. Judy [1]** 718/1

**Ms. McCullough [13]** 618/22 619/7 619/12 629/4 630/10 634/21 639/21 642/16 643/3 644/13 647/22 648/13 649/3

**Ms. Riechert [2]** 715/14 756/8

**Ms. Talcott [2]** 752/5 752/25

**Ms.DiNunzio [1]** 521/17

**MTV [1]** 606/6

**much [22]** 511/9 545/9 553/6 564/13 564/16 617/20 617/23 618/18 628/15 647/4 661/20 684/14 687/22 690/12 700/19 701/4 710/24 720/21 725/14 747/11 754/20 756/9

**multi [1]** 718/18

**multi-platform [1]** 718/18

**multiple [11]** 512/9 512/22 513/18 516/1 520/20 624/23 626/1 626/14 628/3 628/11 693/8

**muscles [1]** 567/10

**must [3]** 622/18 634/17 660/17

**mutual [7]** 584/10 585/1 639/6 639/12 639/15 642/10 645/8

**mutually [1]** 531/19

**my [165]** 511/7 519/19 522/20 524/3 529/1 531/5 531/6 536/3 537/12 537/15 538/2 538/12 538/12 538/15 538/16 538/17 540/4 541/25 544/13 544/19 544/20 544/20 544/25 545/1 545/8 545/17 546/22 549/9 549/17 549/18 550/9 550/25 553/20 554/1 554/2 554/13 555/5 555/10 555/25 558/11 559/5 560/8 560/14 561/7 562/12 562/13 562/15 562/17 562/18 562/19 562/20 563/2 563/11 563/12 563/12 563/23 564/14 564/15 564/17 565/10 565/10 566/14 566/15 566/20 567/1 567/5 567/9 567/9 569/14 570/3 570/4 571/5 572/19 573/6 573/9 575/5 578/15 579/7 579/12 580/17 580/24 582/8 583/22 584/18 584/22 584/24 585/5 585/7 585/8 587/18 588/9 588/9 591/1 591/3 592/17 593/3 593/18 593/24 594/11 594/12 595/3 595/4 595/4 598/6 598/6 599/18 599/18 600/15 600/16 600/16 600/17 600/17 605/24 613/20 618/12 619/3 625/21 626/9 632/25 634/8 637/19 640/22 646/15 657/9 657/11 657/11 658/2 665/12 665/19 667/18 668/17 678/17 679/5 684/15 693/19 694/20 699/5 708/16 708/18 712/1 718/16 718/16 719/12 722/25 723/8 727/19 730/10 734/19 735/18 735/22 736/15 737/4 738/10 739/7 741/14 743/8 749/12 750/22 755/4 755/13 755/14 755/22 755/22 755/24 756/6

**myself [7]** 539/11 578/13 593/24 594/10 598/16 718/24 723/12

## N

**name [26]** 515/1 537/25 538/2 550/9 569/14 594/4 604/25 608/19 608/23 609/4 609/14 619/2 619/3 691/5 691/16 691/17 698/24 699/5 718/10 718/16 722/24 722/25 723/8 729/20 753/12 753/16

**names [5]** 512/10 551/3 609/10 667/20 696/21

**narcology [1]** 623/19

**nation [1]** 580/1

**national [10]** 584/21 588/10 603/2 677/11 683/19 683/20 709/7 709/8 730/18 731/8

**national as [1]** 709/8

**near [2]** 655/13 655/17

**nearly [1]** 737/9

**necessarily [9]** 550/23 555/1 566/17 589/17 609/23 610/11 651/23 657/21 683/19

**necessary [1]** 682/18

**need [48]** 511/13 513/17 519/5 519/6 528/8 532/2 545/6 546/20 548/6 548/14 551/23 551/25 552/5 552/21 556/6 558/6 558/11 572/5 572/14 577/23 582/11 588/12 588/16 588/17 590/19 591/9 591/10 597/21 598/6 601/19 605/16 618/21 629/15 640/7 646/6 646/17 647/15 648/25 649/7 659/4 682/17 689/17 690/8 690/15 690/25 701/11 724/15 756/11

**needed [17]** 539/6 547/2 551/21 572/6 573/13 582/12 585/7 598/5 617/5 654/16 664/8 668/3 668/12 669/15 670/19 682/21

701/14

**needs [3]** 548/5 687/9 714/5

**negatively [3]** 737/3 738/17 739/1

**negatives [2]** 678/12 678/17

**nerve [1]** 566/5

**nerve-racking [1]** 566/5

**nervous [2]** 566/24 597/14

**network [2]** 641/13 718/18

**neurologist [1]** 694/12

**never [38]** 544/20 552/13 561/21 561/21 565/14 579/21 580/3 583/3 606/11 616/23 650/20 650/23 655/2 655/15 655/15 655/20 655/22 656/3 656/7 661/3 673/12 676/14 678/11 678/16 679/3 680/1 689/1 689/10 701/21 705/24 716/23 720/2 723/16 728/20 735/14 736/15 738/10 738/25

**new [31]** 530/15 548/14 548/16 548/18 548/21 548/23 549/10 550/24 597/2 605/24 607/5 607/24 612/22 618/4 618/8 659/4 665/6 668/18 701/12 708/23 710/4 713/8 713/9 730/11 730/15 732/11 747/11 748/23 749/4 749/5 750/8

**new bus [1]** 548/14

**New York [1]** 732/11

**newer [1]** 548/14

**news [5]** 511/10 511/12 531/22 617/18 618/13

**newspaper [1]** 657/2

**next [35]** 515/5 537/18 540/13 540/22 541/2 541/16 541/21 542/18 542/20 548/17 553/5 553/13 557/24 557/24 561/9 563/1 563/8 570/19 573/6 573/23 590/8 605/11 605/14 614/15 649/8 660/20 673/1 674/22 676/22 684/11 698/2 717/24 722/16 729/12 754/11

**nice [6]** 550/2 550/11 550/12 569/9 580/15 714/9

**niceties [4]** 551/20 557/16 557/18 578/11

**niche [1]** 708/17

**nickname [21]** 550/21 550/22 550/23 602/6 602/9 604/17 604/19 605/7 605/25 606/19 608/1 608/4 608/5 608/18 608/23 609/1 609/7 609/12 609/16 713/3 713/7

**nicknames [3]** 550/16 609/10 626/19

**Nicks [1]** 604/9

**night [13]** 511/8 511/18 526/19 527/4 538/15 538/16 550/3 557/8 565/2 567/7 567/8 567/8 578/14

**nights [1]** 538/14

**nine [2]** 544/22 685/25

**Ninth [1]** 509/21

**Ninth Circuit [1]** 509/21

**no [156]** 514/4 517/17 517/23 519/9 524/12 524/14 526/23 529/16 542/11 543/25 544/3 544/9 547/1 549/5 552/18 552/18 552/18 555/23 561/3 562/5 565/21 565/23 566/11 572/21 572/21 572/21 572/21 572/22 574/3 575/6 578/17 583/2 583/8 583/11 585/3 586/22 587/9 587/12 588/5 588/6 592/10 593/17 595/4 596/12 598/18 599/10 599/18 600/18 601/2 601/5 601/9 601/23 606/13 606/21 607/4 608/2 609/4 609/15 610/11 611/9 613/11 613/12 613/15 614/3 614/6 615/8 622/12 624/24 627/1 627/8 628/14 632/4 634/22 638/16 641/23 642/16 644/16 644/20 644/23 645/25 650/22 651/1 655/5 662/19 662/22 667/15 668/5 668/10 670/15 671/7 675/25 677/3 677/15 677/18 678/2 678/4 678/5 678/7 678/8 678/10 678/11 678/13 678/21 678/23 679/2 679/4 679/8 681/7 682/4 683/12 683/16 683/24 683/25 684/1 685/8 689/14 691/8 695/6 695/6 695/11 696/19 696/24 698/8 698/14 700/2 700/4 702/5 702/7 707/22 709/9 712/21 715/9 715/13 716/21 717/20 722/4 722/8 722/11 725/18 728/21 731/22 732/13 732/17 732/23 733/3 737/22 740/5 741/8 743/1 745/25 748/21 750/11 751/25 752/4 753/23 754/6

**no one [5]** 613/12 634/22 677/15 677/18 741/8

**No. [11]** 611/14 612/20 625/10 630/11 630/24 631/21 635/8 636/25 640/10 641/16 754/23

**No. 3 [3]** 612/20 630/24 631/21

**No. 522 [1]** 611/14

**No. 58 [1]** 625/10

**No. 59 [2]** 640/10 641/16

**No. 6 [1]** 754/23

**No. 67 [1]** 636/25

**No. 81 [1]** 635/8

**No. 87 [1]** 630/11

**nobody [3]** 677/24 710/3 714/11

**noisemaker [1]** 594/12

**N**

**noisemakers [3]**  593/14 594/9 594/14
**non [1]**  675/24
**non-selling [1]**  675/24
**none [6]**  517/25 518/8 521/19 662/10 689/13 726/23
**nonprofit [2]**  558/10 558/13
**noon [2]**  588/16 588/17
**normal [1]**  725/4
**normally [3]**  719/2 720/18 720/25
**North [1]**  619/13
**not [322]**
**notched [1]**  600/14
**note [7]**  599/2 605/7 692/15 694/20 695/21 696/12 754/23
**notebook [5]**  564/3 568/22 575/13 581/2 598/24
**notes [10]**  556/5 568/23 615/20 676/17 692/8 692/25 693/2 693/14 693/24 702/18
**nothing [15]**  549/6 552/1 579/24 593/25 613/24 614/1 614/4 641/5 645/23 657/13 657/16 696/17 698/3 721/9 729/6
**notice [5]**  611/2 617/20 618/7 700/12 701/21
**noticed [5]**  564/10 700/20 701/22 726/12 755/7
**notification [2]**  574/9 685/21
**notified [6]**  530/12 607/10 607/15 631/8 631/20 712/13
**notifies [1]**  651/5
**notify [1]**  631/16
**notwithstanding [1]**  532/20
**November [2]**  600/25 749/20
**now [103]**  512/10 512/17 512/21 515/22 517/4 517/5 518/19 525/25 526/12 526/14 527/5 527/17 528/14 528/14 528/20 529/13 536/4 548/25 549/20 552/17 554/9 556/8 557/9 562/14 563/12 563/15 563/16 567/20 571/7 576/2 576/3 576/3 576/5 576/7 576/24 579/11 586/8 588/13 590/23 592/12 595/17 597/15 602/16 603/20 603/23 604/16 606/11 607/20 608/7 608/22 608/22 614/15 615/9 616/14 623/14 624/12 625/14 626/23 630/1 630/13 631/21 634/5 635/4 636/14 636/20 637/1 637/14 639/21 640/12 642/5 643/12 648/4 649/1 649/4 652/11 653/15 654/9 656/18 659/10 663/5 668/2 669/17 670/8 670/16 671/2 672/3 673/13 673/16 674/11 675/6 675/14 676/24 679/9 681/4 682/8 685/15 687/12 705/1 708/8 733/6 738/21 742/7 744/22
**nowadays [1]**  688/12
**nowhere [3]**  583/21 584/22 673/2
**number [18]**  513/9 526/7 535/23 580/6 582/17 582/18 583/4 587/5 605/2 648/18 650/2 675/17 677/11 681/18 685/16 695/7 704/10 751/17
**numbers [16]**  538/25 559/9 561/4 579/4 579/7 580/2 580/2 581/11 650/2 652/23 705/10 705/18 706/2 706/4 749/13 749/15
**nursing [1]**  736/20
**nurturing [1]**  724/3
**NW [1]**  507/4

**O**

**o'clock [7]**  537/16 593/3 617/16 617/16 648/11 690/9 690/13
**oath [4]**  649/19 661/11 661/16 702/14
**object [4]**  526/4 530/23 727/6 727/7
**objected [4]**  523/17 523/20 525/19 527/23
**objecting [3]**  518/6 716/8 716/10
**objection [30]**  511/20 512/3 514/14 517/18 525/6 528/17 528/20 529/12 536/5 563/3 599/20 628/19 629/1 630/7 632/12 633/16 638/14 641/20 641/23 716/5 716/7 719/18 721/14 724/24 727/21 728/11 733/3 734/12 735/4 747/2
**objectionable [2]**  530/23 530/24
**objections [11]**  525/8 525/23 525/24 525/24 526/8 526/24 527/16 527/24 528/23 529/14 646/15
**objective [5]**  561/10 561/10 562/4 620/11 627/21
**objectively [1]**  704/23
**objectives [1]**  620/9
**obligation [2]**  611/23 612/2
**observations [1]**  520/7
**observe [2]**  615/16 720/13
**observed [3]**  516/2 725/24 727/25
**observing [2]**  654/5 690/5
**obtain [2]**  736/14 747/6

**obtained [1]**  744/2
**obviously [2]**  647/22
**occasion [1]**  631/19
**occupation [1]**  737/7
**occurred [6]**  599/3 637/11 663/7 686/25 714/22 740/19
**occurring [1]**  626/3
**occurs [1]**  740/19
**October [3]**  600/25 692/16 705/7
**October 18th [1]**  692/16
**odd [3]**  651/24 689/5 718/24
**off [40]**  514/23 515/15 523/3 532/18 533/19 533/25 547/4 550/5 554/25 556/7 557/6 565/11 565/22 566/24 587/19 588/9 589/21 591/12 592/19 592/20 592/21 596/5 605/17 620/14 627/17 630/13 633/20 650/2 661/3 662/1 662/7 662/8 682/10 702/2 706/4 711/1 728/8 742/21 742/25 750/7
**off-brand [1]**  661/3
**off-label [12]**  514/23 515/15 556/7 565/22 589/21 591/12 620/14 627/17 633/20 662/1 662/7 662/8
**offer [1]**  530/8
**offered [7]**  521/24 530/4 530/11 536/12 599/21 691/3 691/7
**offering [3]**  529/20 529/21 530/10
**offers [1]**  739/20
**office [21]**  538/17 562/17 564/15 594/11 594/12 692/15 693/3 693/14 694/4 695/4 695/9 696/6 697/6 697/14 697/20 697/25 698/2 711/18 712/10 712/14 712/18
**officer [3]**  663/15 664/17 665/20
**offices [1]**  703/6
**Official [1]**  757/9
**often [5]**  520/8 699/23 719/1 723/15 745/14
**oh [39]**  527/6 544/19 545/5 545/8 545/10 545/11 546/21 549/5 550/6 550/8 550/14 552/15 553/4 560/19 568/15 569/24 572/22 573/4 575/5 577/14 577/14 577/15 580/4 582/15 583/25 599/17 606/5 640/12 647/17 661/10 668/16 669/5 671/8 683/2 697/21 708/12 709/6 710/3 720/24
**okay [116]**  512/1 514/11 533/24 537/7 539/23 541/2 542/13 543/13 543/17 545/22 547/24 550/1 551/1 551/25 553/4 554/7 554/14 555/12 555/14 556/13 559/1 559/6 560/1 560/19 560/22 563/19 564/5 564/10 564/19 567/16 567/20 569/5 569/15 569/19 571/7 571/7 571/13 574/2 574/5 575/8 575/13 576/25 577/14 578/23 579/19 581/4 583/12 585/5 589/9 591/4 591/15 596/9 596/14 597/4 597/9 597/12 597/18 598/23 599/9 599/11 601/20 602/5 607/6 607/8 611/12 624/13 625/11 625/13 625/21 628/14 630/12 631/4 631/13 635/19 636/7 637/1 640/22 642/5 647/2 658/5 660/7 668/16 672/22 674/2 677/23 684/19 688/6 689/20 690/17 692/17 693/16 694/1 694/22 694/25 695/18 695/22 699/17 700/16 701/24 706/7 722/20 725/23 727/22 730/8 730/16 731/20 734/3 736/7 737/2 742/8 746/23 750/15 752/15 753/18 754/14 755/23
**old [17]**  516/22 548/13 548/14 548/16 548/18 548/21 548/22 549/3 549/9 549/13 558/8 607/4 607/23 673/25 674/5 699/10 725/18
**older [1]**  515/21
**On April 4th [1]**  612/1
**once [14]**  509/22 545/7 555/4 563/17 580/4 583/20 584/10 584/14 586/5 590/15 595/13 635/5 720/16 733/13
**one [151]**  511/5 511/5 511/10 511/11 511/25 512/25 514/6 514/9 514/10 517/8 517/19 521/14 522/24 523/11 527/22 527/23 533/16 535/21 536/11 537/4 537/5 540/9 540/15 541/15 551/10 557/24 559/19 560/17 561/17 561/19 561/22 561/22 561/23 562/3 562/6 562/11 562/15 562/19 566/6 566/9 571/17 573/4 574/7 575/5 576/9 577/11 581/22 581/24 581/24 582/20 585/16 588/11 589/14 590/11 594/25 594/25 595/10 595/10 596/10 600/2 602/6 602/10 602/14 603/2 604/18 605/11 605/15 605/16 607/1 607/1 607/4 607/23 608/13 608/15 611/18 613/12 617/16 617/16 617/18 620/22 626/16 627/10 630/8 634/7 634/22 643/3 643/6 643/17 644/21 645/5 645/6 648/4 648/7 653/15 659/5 663/25 671/15 671/18 673/20 674/16 677/15 677/18 682/8 682/25 686/2 687/18 688/8 691/1 692/4 693/8 695/16 695/24 705/16 706/22 706/23 706/23 712/4 713/10 714/6 714/12 715/22 715/23 715/23 716/14 718/2 719/12 719/25 721/13 722/6 722/18 723/25 724/4 725/9 726/14 735/1 735/1 740/5 741/8 741/19 742/22 744/25 746/2 746/5 746/24 746/24 749/2 750/8 754/17 755/15 755/21

## O

one-on-one [3]  594/25 595/10 746/24
one-page [1]  571/17
ones [9]  534/6 535/20 548/15 557/24 575/4 663/20 689/16
706/15 728/6
ongoing [1]  719/8
online [1]  753/11
only [26]  518/4 530/11 539/20 591/13 596/10 600/15 606/25
607/4 613/13 639/2 644/5 646/2 651/5 674/2 676/18 676/20
684/25 686/14 706/23 714/25 717/3 741/19 744/20 748/24
752/18 755/10
onset [1]  696/21
oOo [1]  757/1
open [15]  509/3 533/8 536/25 537/10 557/5 588/19 601/15
601/18 618/1 618/16 647/21 649/17 698/20 745/12 754/21
opened [1]  540/9
opening [6]  512/24 519/3 539/13 549/18 571/25 634/9
openly [1]  627/22
opinion [11]  520/5 733/6 735/18 736/15 736/18 737/4 738/10
739/17 739/19 752/15 753/15
opinions [2]  732/21 740/1
opportunity [5]  521/7 521/12 646/14 675/15 704/22
opposed [3]  708/25 709/8 709/23
opposing [1]  531/3
option [1]  563/25
options [2]  622/9 708/5
order [24]  525/17 525/17 526/1 526/5 526/7 526/10 526/11
526/14 526/15 526/25 527/1 527/8 527/12 527/16 528/5 528/6
528/13 528/21 528/21 532/16 532/17 532/19 685/3 747/7
orders [1]  528/1
ordinary [2]  552/1 641/5
OREGON [7]  506/2 506/6 509/16 510/4 510/23 712/6 732/12
organization [5]  558/10 558/13 629/22 637/7 643/22
organizational [1]  686/25
organized [2]  537/5 724/2
Orgren [2]  604/4 658/14
oriented [2]  720/3 724/2
original [2]  739/9 757/5
Oswald [18]  507/3 514/13 517/17 528/16 529/8 532/4 537/18
618/19 619/9 629/2 643/7 643/15 643/19 644/1 644/5 646/17
684/21 685/7
Oswald's [1]  512/3
other [93]  510/20 510/23 511/10 511/11 513/14 514/3 515/5
516/1 516/2 516/11 518/8 519/14 519/18 522/11 523/13 525/6
526/7 526/13 551/3 559/22 563/25 563/25 564/23 574/3 574/18
577/7 577/10 580/20 581/25 582/2 582/22 586/9 586/13 600/19
600/22 603/7 609/17 610/1 610/5 611/15 614/16 617/18 620/3
622/3 627/16 639/25 640/5 641/9 642/16 643/17 644/16 645/8
646/8 649/9 655/1 657/5 658/14 659/3 679/19 681/20 684/17
686/12 686/17 687/22 699/21 705/12 707/12 708/5 714/6 715/5
717/7 719/6 719/9 720/20 723/17 723/21 725/11 726/17 726/20
726/22 730/14 732/2 732/7 735/23 740/5 741/16 741/25 742/1
742/4 748/8 749/3 751/1 751/3
other's [1]  726/17
others [3]  525/23 624/15 648/7
otherwise [1]  533/12
OTR [1]  675/14
our [70]  511/20 519/24 521/10 521/10 525/5 525/8 525/9 526/1
526/19 527/3 527/5 527/19 528/1 529/14 536/5 539/1 539/1
539/1 540/6 552/21 556/14 557/15 557/23 563/18 566/6 566/12
566/21 567/17 572/14 573/17 574/17 575/1 575/18 575/19
597/21 612/21 617/14 621/18 622/2 630/19 631/2 633/5 634/19
634/25 635/1 635/2 636/8 646/4 649/5 659/6 659/22 665/2
665/5 665/25 666/14 666/14 666/16 670/19 685/2 685/3 685/4
690/8 699/7 700/7 704/20 710/18 717/24 723/22 725/11 754/15
out [115]  510/16 510/18 513/17 513/19 522/17 524/19 525/22
529/22 529/23 529/25 530/6 531/7 532/7 532/10 540/11 540/9
540/20 541/5 541/8 541/14 541/20 542/2 542/3 542/7 542/10
542/11 542/16 543/5 543/6 543/8 543/14 543/21 544/1 544/21
549/15 552/1 555/3 560/12 561/24 563/11 563/13 563/20
566/14 567/11 570/5 571/4 574/8 574/10 578/15 580/12 581/11
583/20 585/7 592/15 595/24 601/10 604/22 604/23 613/5 623/1

## P

PA [1]  507/10
pacing [1]  565/11
package [11]  553/1 553/14 554/25 555/1 573/15 574/17 584/11
639/6 639/12 639/15 642/11
page [39]  507/7 570/13 570/19 571/17 575/12 598/24 625/14
635/15 636/7 643/13 643/14 643/25 659/11 659/11 659/19
660/3 660/20 661/23 662/3 668/12 673/1 673/2 674/12 674/20
674/22 675/10 675/13 676/22 689/21 689/22 689/23 689/25
692/20 696/25 697/1 702/20 702/20 702/21 754/25
page 3 [1]  702/20
pages [3]  672/23 692/17 695/24
paid [2]  731/14 731/20
pain [1]  694/7
Palo [1]  507/7
panels [1]  677/12
paper [3]  563/23 658/24 666/10
paragraph [7]  564/21 575/16 576/1 625/21 626/9 629/21 693/7
paragraphs [2]  564/4 564/5
paraphrasing [1]  594/7
parse [1]  510/18
part [33]  524/15 524/15 525/7 538/23 538/23 544/17 551/22
582/3 601/7 616/14 631/11 631/12 632/16 633/22 634/19
639/22 640/23 641/8 644/4 644/5 657/25 660/4 660/24 670/14
684/15 699/22 700/15 706/5 706/6 713/24 721/7 736/19 737/10
part-time [3]  601/7 713/24 736/19
participate [3]  593/16 703/3 703/5
participating [3]  540/16 592/24 725/17
particular [3]  599/1 609/14 658/3
particularly [1]  524/25
parties [3]  532/7 532/10 566/7
parties' [1]  535/23
partner [2]  631/2 688/21
partnered [1]  632/23
partners [2]  666/17 703/1
partway [1]  700/19
pass [1]  533/4
passed [1]  633/6
passion [1]  708/19
passionate [1]  538/10
past [12]  549/12 549/14 582/21 590/19 590/22 590/24 596/15

**P**

past... **[5]** 598/20 600/9 696/20 728/2 732/6
**Pat [13]** 515/1 602/12 604/25 606/11 607/7 607/9 609/23 609/24 609/24 610/4 634/21 690/16 690/18
**Pat Benatar [2]** 515/1 602/12
**path [2]** 591/13 708/18
**paths [2]** 597/21 708/24
**patient [13]** 552/21 552/22 552/23 557/5 558/1 572/14 572/16 573/12 573/14 635/20 670/19 685/3 696/13
**patients [20]** 539/4 552/12 556/12 556/10 557/21 558/19 570/1 571/14 573/19 574/14 574/21 575/17 621/10 636/2 670/5 670/9 685/4 692/2 692/4 692/8
**pattern [1]** 664/15
**pause [2]** 544/9 668/9
**pay [14]** 509/12 509/15 509/17 509/20 510/2 510/8 510/8 510/12 510/12 510/17 510/17 511/5 511/5 601/8
**payroll [3]** 741/25 742/4 742/5
**peep [2]** 527/3 528/14
**pending [1]** 536/5
**penetrating [1]** 659/21
**penning [1]** 564/14
**pens [1]** 594/15
**people [35]** 521/20 538/13 548/14 548/15 550/16 562/21 574/19 574/24 575/3 580/1 593/19 598/17 599/1 601/14 601/20 601/20 609/23 628/11 633/24 649/9 667/21 687/4 710/5 710/6 716/17 717/7 723/25 724/3 724/4 730/6 730/11 730/12 730/14 738/22 745/23
**people's [2]** 601/21 609/10
**per [4]** 517/9 665/25 667/18 675/18
**percent [54]** 518/25 519/2 552/11 553/8 556/11 556/20 557/21 561/9 561/10 562/4 570/1 571/14 587/9 587/11 595/17 612/25 613/6 613/9 614/5 614/7 614/12 614/20 615/6 617/8 629/7 629/9 650/25 651/6 652/25 653/5 653/8 654/5 655/3 655/9 656/14 670/5 670/9 671/25 680/2 681/9 684/13 684/16 715/1 737/12 737/13 737/13 737/17 742/12 743/21 743/23 744/23 746/9 746/13 746/16
**percentage [4]** 578/21 612/21 746/16 751/6
**perception [2]** 627/6 627/7
**perform [2]** 592/14 736/6
**performance [60]** 517/12 519/14 538/23 538/25 540/6 540/12 548/5 555/15 555/15 558/15 558/17 559/23 559/23 560/23 561/1 561/3 561/4 561/5 561/14 562/7 562/20 562/21 572/2 576/17 577/9 582/16 582/17 582/19 582/21 587/1 593/18 595/3 597/8 627/5 638/23 639/1 644/6 652/12 652/18 652/20 652/22 653/16 656/12 668/24 669/8 669/5 671/3 671/7 672/4 682/22 682/24 683/4 683/6 683/8 683/14 705/10 713/18 713/19 714/11 714/15
**performance-wise [2]** 576/17 713/18
**performed [1]** 562/22
**performing [4]** 538/12 538/14 656/9 682/19
**Perhaps [1]** 661/22
**period [4]** 515/12 616/15 641/10 650/9
**periodic [2]** 645/16 713/13
**periods [1]** 723/18
**Permission [1]** 642/3
**person [45]** 513/11 516/12 516/14 517/2 517/9 518/4 550/24 554/23 557/11 563/25 565/1 570/25 574/2 580/7 587/10 587/11 591/23 595/15 603/12 627/14 627/18 627/19 627/25 628/7 628/17 628/24 632/7 632/9 647/24 664/10 664/24 675/4 685/8 685/9 685/13 714/25 719/12 724/1 724/12 724/18 726/21 728/9 735/13 750/2 750/7
**personal [2]** 520/6 651/20
**personality [1]** 576/22
**personally [3]** 644/13 644/18 720/13
**perspective [7]** 620/3 625/24 627/2 627/10 638/11 638/11 688/23
**perspectives [1]** 548/11
**Peter [10]** 545/23 546/1 564/21 570/18 571/8 571/20 573/22 576/9 592/11 599/15
**Ph.D [1]** 554/22
**pharma [11]** 607/5 607/5 607/24 607/24 619/20 620/2 620/3 623/15 623/16 623/19 631/15

**pharma/new pharma [1]** 607/24
**pharmaceutical [16]** 539/12 601/1 612/17 619/15 666/6 720/2 736/11 736/15 736/17 736/22 736/25 738/9 738/11 738/16 747/22 748/20
**pharmaceuticals [2]** 506/6 601/13
**pharmacy [4]** 554/22 676/23 676/24 677/7
**Philadelphia [1]** 507/10
**phone [25]** 539/23 541/1 545/13 545/20 546/14 551/7 551/14 553/13 557/10 557/12 557/13 557/16 557/16 557/17 560/6 560/15 573/2 574/2 574/3 582/7 589/12 590/1 596/23 688/12 723/21 741/9
**phones [1]** 618/13
**photo [6]** 602/17 603/7 603/9 603/12 603/17 603/21
**photos [2]** 512/10 602/25
**physical [3]** 600/12 693/17 730/12
**physician [4]** 523/12 653/23 657/4 714/5
**physicians [4]** 539/4 554/24 690/6 714/5
**piano [2]** 651/19 651/23
**pick [1]** 598/6
**picture [3]** 515/3 548/22 548/24
**piece [2]** 511/10 617/18
**pieces [1]** 586/17
**pinecones [1]** 674/4
**PIP [1]** 635/2
**pit [1]** 563/23
**pitching [1]** 687/8
**place [10]** 559/12 567/17 573/9 624/6 629/13 643/13 668/19 677/9 688/23 704/15
**placed [1]** 676/14
**plaintiff [13]** 506/4 507/2 508/3 512/25 513/22 521/11 522/5 522/16 523/10 524/4 524/21 537/20 756/10
**plaintiff's [37]** 511/7 512/23 513/17 514/6 514/8 514/20 516/16 522/21 523/13 523/18 524/8 524/9 524/11 524/16 524/22 528/23 536/4 545/23 564/2 568/21 570/12 571/7 572/23 575/12 581/1 591/15 594/21 598/23 625/9 630/10 635/8 636/25 640/9 641/15 643/7 692/10 695/19
**plan [4]** 516/25 533/23 539/2 562/7
**planned [1]** 567/18
**planner [2]** 724/2 731/12
**planning [3]** 617/22 676/10 702/25
**plans [2]** 586/18 721/2
**plant [1]** 710/24
**plate [1]** 605/25
**platform [1]** 718/18
**play [5]** 510/21 606/7 699/7 699/13 714/9
**played [1]** 699/12
**playing [4]** 577/22 579/1 699/10 699/14
**pleasant [3]** 559/23 559/25 701/25
**please [52]** 517/20 533/14 536/22 536/24 537/18 537/25 542/14 569/14 588/14 588/20 595/7 601/25 614/23 618/21 618/23 618/23 619/1 628/20 629/2 630/8 631/7 632/19 637/1 638/16 647/10 649/14 649/20 665/8 665/11 665/18 691/13 691/16 697/8 697/12 698/23 699/3 717/23 718/5 718/9 718/14 719/20 721/18 722/18 722/23 723/6 724/25 727/9 729/15 729/19 729/20 740/7 754/16
**pleasure [1]** 667/24
**point [37]** 509/13 509/13 509/13 510/3 513/17 519/19 521/14 522/7 522/12 527/11 527/18 529/5 530/15 536/18 542/4 547/3 547/8 549/4 551/1 564/14 574/12 589/3 597/24 599/2 624/2 634/7 636/4 638/2 640/22 643/11 646/6 646/21 678/8 678/13 720/21 722/26/24
**pointed [1]** 548/25
**points [6]** 514/2 517/24 535/21 604/12 605/3 659/1
**policies [4]** 601/19 621/20 660/17 666/15
**policy [18]** 514/21 520/13 564/25 579/14 579/19 579/21 583/10 586/7 606/16 613/20 620/16 621/1 622/12 624/4 624/6 625/7 626/25 635/2
**polished [1]** 580/18
**polite [2]** 726/20 726/21
**political [1]** 731/5
**Pomponi [8]** 568/15 568/23 572/24 591/18 592/1 630/17 638/1 644/16
**poor [2]** 516/24 657/3

# P

poorly [1] 656/9
population [8] 552/21 557/5 558/1 572/15 573/13 573/14 670/19 723/10
portion [6] 551/11 551/13 551/17 643/20 669/17 695/19
portions [1] 551/10
Portland [3] 506/6 507/13 507/22
position [15] 524/22 549/18 573/10 628/22 710/4 734/7 738/8 738/12 738/13 743/3 743/17 743/25 745/12 746/17 748/10
positions [24] 588/3 588/3 588/6 588/10 709/6 736/1 736/4 736/14 737/18 738/3 738/5 738/6 739/19 739/21 744/12 744/16 744/19 745/14 745/18 745/20 745/21 745/24 746/6 746/20
possibility [3] 624/21 743/3 743/9
possible [12] 617/21 633/14 679/14 695/13 738/13 742/13 743/5 743/11 743/24 751/6 753/15 753/17
possibly [1] 583/17
post [1] 731/4
post-master's [1] 731/4
potential [3] 626/10 630/25 740/23
potentially [2] 681/2 738/5
PowerPoint [1] 658/18
practicable [2] 510/2 510/22
practice [6] 533/17 641/2 691/23 691/24 699/17 704/17
practices [9] 540/11 565/3 666/15 667/1 688/21 699/15 704/17 704/23 741/6
practicing [1] 691/25
pre [3] 532/11 676/10 702/25
pre-call [1] 702/25
pre-planning [1] 676/10
predate [1] 531/13
predates [1] 530/1
prefer [3] 532/6 550/9 646/24
prefers [1] 532/4
prejudice [2] 522/23 527/8
prejudicial [4] 524/10 529/3 529/4 529/17
preliminary [2] 536/9 691/1
premature [1] 716/7
premium [1] 749/4
preparation [1] 555/20
prepare [2] 640/18 718/5
prepared [2] 617/15 675/11
preparing [3] 557/9 731/16 733/11
prescription [2] 515/3 729/1
present [18] 509/3 511/1 521/20 533/8 536/25 537/10 588/19 618/1 647/21 649/17 690/22 693/6 694/6 698/20 726/3 727/25 739/2 754/21
presentation [9] 572/7 572/7 572/19 593/12 593/23 659/10 659/12 659/16 660/4
presentations [1] 690/6
presented [2] 690/20 713/14
presenting [3] 547/25 551/5 684/9
preserving [1] 514/8
president [7] 618/4 619/12 619/14 623/14 631/10 636/20 639/22
press [1] 668/7
presumably [1] 751/5
presume [1] 751/21
presumed [1] 746/21
pretext [8] 512/23 513/4 513/15 514/21 520/19 522/9 522/14 522/22
pretrial [15] 523/18 525/21 525/22 526/4 526/25 527/13 527/23 527/24 529/10 532/20 533/10 533/12 535/22 646/10 646/16
pretty [12] 553/6 561/7 561/11 566/4 567/7 574/24 576/18 585/14 588/17 635/3 689/5 710/24
prevent [5] 620/12 621/14 638/7 638/12 638/20
prevention [10] 552/24 553/9 555/6 556/10 556/22 556/23 556/24 557/3 557/25 670/18
preview [2] 510/10 533/16
previous [3] 532/19 629/20 732/14
previously [5] 515/9 588/2 701/24 732/18 737/19
primarily [3] 730/10 737/18 740/14
primary [16] 523/12 552/23 553/9 555/6 556/10 556/22 556/23 556/24 557/2 557/25 584/23 584/24 600/6 600/15 652/11 670/17
principles [2] 660/3 666/15
prior [17] 521/16 522/20 523/18 528/1 528/5 530/12 540/3 582/15 589/15 596/9 609/3 692/11 707/16 707/19 716/8 733/11 746/14
prioritize [2] 682/17 682/24
priority [3] 595/4 595/6 683/3
privacy [1] 515/2
privately [1] 532/25
probability [1] 740/3
probably [14] 553/19 565/25 570/16 574/25 575/7 579/22 669/2 680/24 699/16 700/15 700/25 701/9 719/13 755/2
problem [6] 517/23 522/5 556/22 648/20 659/22 755/13
problems [4] 582/12 591/9 591/11 706/1
procedural [1] 524/1
proceed [4] 532/4 548/10 625/1 644/8
proceeded [1] 552/20
proceeding [4] 523/23 526/1 637/7 643/21
proceedings [2] 618/9 757/4
process [10] 556/2 562/5 585/8 703/21 704/15 704/20 734/3 737/11 739/24 746/1
produced [1] 641/12
product [5] 552/13 575/1 624/5 658/6 660/14
production [1] 631/1
products [11] 553/25 572/11 574/7 574/17 575/9 575/19 631/11 633/5 636/2 636/9 710/17
professional [9] 524/11 531/6 550/10 608/22 609/9 659/8 662/1 719/14 731/23
professionals [8] 512/11 612/13 615/18 650/11 653/17 656/16 681/13 731/11
proffered [1] 509/21
profit [8] 557/4 557/5 557/6 558/6 558/7 558/12 558/24 558/25
profits [11] 548/6 548/6 548/6 548/8 548/12 558/9 598/17 601/20 601/21 682/23 716/17
program [11] 544/1 551/12 619/20 620/7 620/19 622/2 624/4 624/7 634/16 657/8 669/19
progress [3] 692/15 695/21 696/12
prohibit [1] 636/17
project [2] 682/25 718/17
projects [2] 560/12 682/15
promise [1] 522/4
promote [1] 624/5
promoted [9] 580/22 708/9 708/13 709/15 710/3 743/17 743/20 745/2 748/3
promotion [12] 514/23 515/16 556/7 629/17 709/22 710/1 710/4 710/9 743/13 744/9 744/24 745/4
promotional [4] 571/3 571/4 586/17 660/18
promotions [11] 584/21 708/25 709/5 709/7 709/9 709/11 709/13 709/18 709/20 745/21 746/2
prompt [1] 588/15
promptly [2] 588/17 617/16
proposing [1] 648/19
protect [4] 621/8 621/10 621/12 622/18
prove [2] 530/4 530/11
provide [4] 529/15 665/11 665/18 689/22
provided [9] 516/8 525/11 662/24 665/13 666/2 704/5 704/23 742/2 742/5
provider [1] 662/7
providers [2] 516/13 523/11
provides [2] 622/9 690/1
providing [3] 511/17 662/20 666/17
prudent [1] 703/16
PSS [2] 676/9 676/13
PSSs [3] 593/11 658/21 666/5 666/9 710/4 714/17
public [4] 576/4 741/1 752/2 752/2
public's [1] 576/5
publicly [1] 753/11
publish [1] 642/3
Puerto [1] 567/2
pull [4] 545/23 554/14 564/2 755/21
pure [1] 518/13
purpose [2] 529/21 530/10

## P

**purposes [2]** 617/22 648/12
**pursuant [2]** 510/4 522/22
**pursue [1]** 708/5
**push [3]** 551/1 551/2 756/3
**put [30]** 512/10 513/18 513/18 515/16 518/9 524/21 525/15
538/16 540/15 541/22 542/1 542/14 563/22 572/8 578/15
592/16 643/8 654/18 660/22 674/2 680/8 680/14 695/23 697/4
697/21 716/16 754/22 755/16 755/24 756/4
**putting [2]** 573/10 683/20
**PX128 [7]** 523/19 523/19 524/4 524/6 525/3 525/6 527/22

## Q

**qualified [10]** 515/18 515/20 711/22 732/14 732/16 744/12
744/15 745/4 746/19 746/22
**qualities [1]** 657/5
**quality [8]** 518/25 521/16 657/2 657/3 657/3 657/4 657/15
660/23
**quarter [4]** 561/11 576/18 653/3 653/4
**quarters [2]** 527/19 651/7
**question [26]** 512/21 524/2 532/1 546/3 599/25 604/9 610/1
610/9 611/25 632/13 632/25 638/14 638/17 645/19 655/15
662/6 666/21 674/16 677/18 677/22 678/20 680/11 709/24
716/10 734/18 734/23
**questioned [2]** 546/8 637/22
**questioning [3]** 512/24 513/20 684/21
**questions [30]** 514/1 514/4 570/21 571/11 601/23 602/3 634/7
637/18 642/17 643/6 645/3 645/7 645/14 661/14 668/5 689/14
695/11 702/6 702/7 712/21 716/21 716/24 717/20 722/8 722/11
728/14 728/19 740/5 752/4 753/23
**quick [2]** 535/21 569/16
**quickly [6]** 545/22 588/13 617/20 647/12 648/13 690/13
**quiet [2]** 553/10 720/17
**quietly [1]** 549/5
**quit [2]** 700/17 700/18
**QVC [1]** 550/5

## R

**racking [1]** 566/5
**rah [6]** 548/2 548/2 572/1 572/1 593/15 593/15
**rah-rah [3]** 548/2 572/1 593/15
**raise [22]** 511/13 511/25 523/25 524/17 525/3 525/9 527/5
528/7 537/23 583/6 598/20 599/4 618/23 621/25 622/1 622/6
623/6 637/12 672/25 691/13 722/21 729/16
**raised [9]** 509/10 528/14 589/21 624/23 626/14 626/15 635/12
673/3 703/18
**raises [5]** 524/1 524/20 665/9 665/18 672/24
**raising [5]** 521/15 523/9 528/1 622/10 703/19
**range [1]** 709/7
**ranking [2]** 620/5 623/18
**rate [1]** 731/23
**rated [1]** 653/2
**rather [5]** 530/7 608/23 714/18 714/19 745/21
**rating [3]** 561/14 671/10 671/15
**rationale [1]** 544/14
**RDR [2]** 507/21 757/9
**re [2]** 661/6 688/22
**re-correct [1]** 661/6
**reach [4]** 674/13 674/22 675/2 687/3
**reached [6]** 624/20 634/6 639/11 645/13 645/17 667/24
**reaching [6]** 555/3 571/4 624/25 639/3 639/5 665/25
**reacted [1]** 727/17
**reaction [11]** 548/19 572/17 579/20 583/18 591/7 632/1 721/23
727/2 727/11 727/13 727/15
**read [25]** 525/22 531/23 532/18 541/10 543/25 615/2 615/4
615/5 626/21 629/11 629/24 631/23 636/12 638/5 643/20 644/1
644/4 644/5 644/9 651/13 741/14 741/16 741/18 741/22 749/16
**reading [1]** 658/3
**ready [9]** 537/13 537/15 570/20 578/16 578/25 597/12 648/3
690/16 712/19
**real [5]** 513/5 516/17 521/24 522/10 522/15
**realize [1]** 703/13

---

**realized [1]** 594/16
**realizing [1]** 590/23
**really [43]** 526/13 526/15 534/2 541/12 541/25 542/24 545/10
547/22 550/9 551/23 557/20 567/14 569/24 570/4 576/22
577/16 577/17 584/16 591/8 592/15 601/14 617/19 646/10
661/1 677/22 684/15 694/19 699/24 708/18 713/6 714/10 717/6
720/2 720/19 723/22 725/17 726/1 726/3 726/18 726/19 728/3
728/4 728/8
**reason [26]** 518/2 518/6 520/17 521/25 523/8 528/1 529/12
529/24 529/25 530/7 539/16 539/20 544/10 544/16 547/8
547/21 598/8 601/12 608/2 627/8 627/8 630/22 630/24 638/22
654/4 748/4
**reasonable [1]** 740/2
**reasonably [1]** 749/17
**reasons [13]** 519/24 522/6 529/18 530/24 602/7 621/5 624/18
624/22 626/13 639/1 641/17 659/5 753/20
**reasserting [1]** 525/8
**reassuring [1]** 567/15
**rebut [3]** 513/25 515/17 522/14
**recall [29]** 515/13 546/10 547/25 571/24 576/12 636/4 636/5
643/11 643/14 643/15 643/23 645/2 645/10 645/12 645/21
651/8 651/19 651/22 658/4 660/23 660/24 661/1 661/9 670/12
692/6 694/15 694/20 694/22 728/23
**recalling [1]** 643/17
**recalls [2]** 535/22 716/8
**receive [7]** 571/9 583/15 626/18 657/22 739/20 739/21 741/7
**received [36]** 513/10 515/20 525/19 528/3 533/10 533/10
533/11 542/21 542/23 561/21 561/21 584/10 603/21 611/2
611/23 612/1 613/3 614/17 618/8 637/15 641/24 646/12 651/10
651/13 657/19 658/1 660/5 676/3 685/21 688/1 703/23 740/15
741/20 743/13 754/3 754/23
**receiving [2]** 658/4 704/2
**recent [2]** 665/5 668/8
**Recently [1]** 736/24
**recess [17]** 533/3 533/7 588/13 588/15 588/17 588/18 617/14
617/15 617/24 647/14 649/15 649/16 698/16 698/19 754/16
756/17 756/18
**recognize [3]** 625/13 640/11 640/13
**recognized [1]** 618/6
**recollection [1]** 661/21
**recommend [1]** 667/20
**recommendation [9]** 520/14 613/12 613/13 613/19 613/21
613/25 614/2 614/5 615/10
**reconnect [1]** 720/20
**record [24]** 523/1 524/16 525/22 526/9 526/24 532/22 533/18
538/1 584/22 619/2 626/7 641/19 646/14 654/10 691/17 692/18
695/8 698/24 718/10 722/24 729/20 754/22 755/3 757/4
**recorded [1]** 704/12
**records [14]** 523/19 654/9 654/18 694/1 695/3 695/8 697/24
730/22 730/22 741/25 742/1 742/4 742/4 755/1
**recover [1]** 737/20
**recross [3]** 716/22 717/1 754/1
**RECROSS-EXAMINATION [2]** 717/1 754/1
**recruiter [1]** 681/1
**ReD [1]** 508/3
**redirect [6]** 645/24 698/7 712/22 713/1 752/6 752/8
**reduce [1]** 573/19
**reduced [2]** 748/5 749/2
**reduces [1]** 680/18
**reduction [3]** 742/19 742/23 749/10
**redundancy [1]** 522/25
**reestimate [1]** 509/23
**reevaluate [1]** 545/7
**refer [4]** 655/25 710/2 751/7 754/4
**reference [6]** 531/15 543/5 576/1 602/11 607/9 749/19
**referenced [3]** 606/25 607/1 749/16
**references [3]** 542/1 542/15 735/12
**referencing [3]** 604/24 750/13 751/8
**referral [1]** 737/1
**referred [5]** 509/14 606/11 607/3 708/22 749/20
**referring [16]** 546/2 549/11 549/13 560/3 573/21 598/13 626/11
628/3 628/10 629/15 637/23 642/12 645/6 645/11 695/6 753/7
**refers [1]** 605/21

# R

**reflect [3]** 516/14 697/24 704/13
**reflected [1]** 532/22
**reflects [2]** 569/2 614/24
**refrain [2]** 616/3 616/6
**regain [1]** 738/25
**regard [1]** 670/12
**regarding [5]** 521/8 633/5 645/4 675/23 703/18
**Regeneron [1]** 735/1
**region [14]** 540/11 540/21 542/17 544/21 548/2 572/5 572/6
574/4 574/8 574/10 592/25 593/2 669/14 742/22
**region's [1]** 703/15
**regional [21]** 539/10 539/19 539/20 539/25 540/2 545/3 546/13
546/17 547/12 551/5 574/11 592/23 617/7 666/3 666/5 668/20
669/1 669/2 669/23 670/11 747/19
**registered [1]** 594/1
**rehab [1]** 733/1
**rehabilitation [8]** 730/5 730/9 730/16 730/19 731/7 731/8
731/11 740/3
**reinforced [2]** 629/14 629/15
**reinstatement [3]** 509/20 510/2 510/22
**relate [1]** 706/4
**related [10]** 511/13 511/13 512/1 515/15 640/5 641/9 666/2
740/1 741/25 742/5
**relates [1]** 519/10
**relating [1]** 733/7
**relations [2]** 637/2 638/1
**relationship [2]** 519/17 726/21
**relationships [1]** 635/25
**release [6]** 639/10 639/15 639/15 639/18 642/13 647/2
**released [2]** 646/5 647/1
**relevance [2]** 520/10 529/15
**relevant [9]** 518/23 521/4 522/22 524/10 524/16 529/17 639/24
641/16 704/4
**relied [11]** 521/19 525/21 525/25 525/25 526/6 526/10 526/18
527/18 529/5 740/14 746/23
**rely [1]** 735/7
**relying [3]** 734/16 734/17 734/19
**remain [4]** 527/15 618/16 659/5 746/5
**remained [3]** 525/23 738/22 742/9
**remaining [4]** 517/19 517/20 526/8 532/17
**remedy [1]** 509/17
**remember [32]** 509/10 545/16 548/7 560/14 573/25 577/4 579/6
589/24 597/7 599/7 606/6 649/19 657/21 660/6 660/8 661/10
682/13 684/23 688/16 689/4 694/18 701/10 704/2 710/21
711/16 711/23 724/16 724/17 724/20 724/21 741/19 750/18
**remembered [1]** 658/2
**remind [1]** 702/14
**reminder [2]** 690/19 754/16
**reminding [1]** 629/18
**reminds [1]** 703/21
**remote [2]** 710/12 710/23
**remote-based [1]** 710/23
**remotely [1]** 710/15
**remove [2]** 702/15 718/6
**removed [1]** 547/9
**renew [2]** 519/24 529/12
**renewal [2]** 512/3 528/17
**renewed [3]** 522/21 529/9 532/8
**renewing [1]** 525/5
**rep [10]** 515/9 515/25 635/25 661/25 662/6 703/7 713/22
713/22 720/2 720/3
**repeat [8]** 623/1 666/21 674/16 677/23 680/11 697/7 697/12
706/9
**rephrase [4]** 599/25 600/2 628/20 721/18
**report [43]** 575/8 575/10 575/13 576/5 580/23 586/10 586/13
598/7 606/16 606/19 606/22 610/22 616/21 620/5 621/1 622/19
634/17 635/11 635/17 636/5 653/18 663/16 663/23 664/1
731/16 733/11 739/6 739/9 739/10 739/11 739/13 739/14
741/13 741/18 741/23 743/2 743/7 743/8 743/14 744/7 744/24
749/16 749/25
**reported [13]** 512/17 512/18 512/19 515/6 515/9 515/24 516/1

---

516/21 518/17 520/23 530/17 633/24 652/13
**reporter [5]** 507/21 588/14 649/15 698/16 757/9
**reporting [3]** 517/7 651/25 652/3
**reports [18]** 517/4 519/11 577/21 579/25 592/16 616/1 616/5
616/10 616/11 629/11 629/11 634/23 636/18 654/22 704/12
704/13 739/8 741/14
**represent [1]** 619/9
**representation [2]** 530/20 621/8
**representations [1]** 527/12
**representative [12]** 549/18 612/17 633/14 653/22 653/25 654/1
656/19 661/3 713/24 713/24 738/9 738/11
**representatives [9]** 515/23 542/10 547/21 586/12 593/2 629/9
654/24 662/22 676/25
**reprints [1]** 629/12
**reps [30]** 512/12 512/13 512/16 512/17 513/10 513/10 513/11
516/6 521/5 615/17 655/3 655/9 655/13 655/17 655/23 656/4
662/10 662/14 662/19 663/2 677/9 680/3 681/13 689/11 689/23
690/2 690/5 702/25 703/3 703/11
**Republic [4]** 566/22 567/2 567/25 674/9
**request [7]** 521/8 530/25 535/25 536/17 591/18 691/2 691/2
**requested [3]** 532/5 649/15 698/16
**require [2]** 519/15 617/21
**required [5]** 587/8 595/17 606/15 664/21 714/25
**requirement [20]** 513/2 513/2 513/5 513/23 513/24 516/17
517/10 520/14 521/3 522/10 522/13 522/16 526/16 580/11
613/22 613/23 615/14 615/16 680/1 715/8
**requirements [7]** 512/20 514/18 515/7 515/11 520/20 588/25
744/11
**requires [1]** 750/5
**reschedule [2]** 754/19 755/5
**rescheduled [1]** 651/21
**rescinded [1]** 703/20
**research [10]** 736/4 742/14 744/17 745/3 745/7 745/10 745/11
745/14 745/17 747/6
**researching [1]** 511/8
**reserve [1]** 535/25
**reserving [1]** 535/1
**resolve [3]** 531/18 647/16 714/9
**resolved [7]** 511/11 511/16 511/21 569/16 577/22 646/3 646/4
**resources [16]** 531/25 606/16 607/13 611/1 622/25 623/2 638/8
638/13 638/21 639/23 660/8 660/10 666/2 666/17 686/11
706/14
**respect [18]** 520/10 520/25 523/25 524/4 524/17 524/19 525/3
527/21 528/5 532/3 535/24 536/1 655/12 655/17 702/18 707/5
711/5 717/15
**respectfully [4]** 513/15 530/25 531/24 646/23
**respective [2]** 665/8 704/13
**respiratory [7]** 575/9 575/19 612/6 631/11 636/2 636/8 681/20
**respond [7]** 517/21 530/14 579/13 604/17 648/3 667/23 675/15
**responded [5]** 543/3 543/18 675/18 675/21 726/18
**responds [4]** 578/7 581/12 665/24 668/9
**response [12]** 520/2 529/1 559/1 571/10 579/3 579/8 604/21
630/2 630/5 632/2 645/21 704/21
**responses [1]** 726/17
**responsibilities [3]** 531/9 619/19 652/11
**responsibility [2]** 621/17 652/15
**responsive [1]** 514/20
**rest [8]** 525/16 542/16 604/14 605/3 688/25 694/3 735/2 739/15
**restate [1]** 633/22
**restraints [1]** 676/14
**result [3]** 518/21 575/21 636/11
**results [4]** 590/5 599/3 637/11 703/25
**resume [2]** 730/23 733/25
**retake [1]** 647/10
**retaliate [1]** 634/23
**retaliated [3]** 592/3 601/16 703/19
**retaliation [9]** 620/17 622/12 622/14 622/19 627/9 630/2 630/5
636/17 707/4
**retaliatory [10]** 583/23 624/18 624/22 625/6 626/13 626/24
682/9 685/18 686/3 686/8
**retired [2]** 742/10 743/10
**retirement [1]** 509/13
**retrain [1]** 586/9

## R

**return [4]** 567/25 585/20 585/23 598/5
**returned [3]** 685/15 686/23 715/1
**reunion [1]** 725/7
**review [26]** 561/1 561/3 582/19 607/11 607/15 607/16 611/2 614/23 651/16 671/3 671/7 672/18 673/19 676/10 704/8 704/23 730/22 730/22 730/23 733/23 741/10 741/20 742/1 744/11 744/15 745/1
**reviewed [11]** 521/18 704/4 733/25 733/25 734/1 734/1 734/2 739/12 739/14 739/15 752/23
**reviewing [2]** 645/21 704/6
**reviews [7]** 547/20 582/16 582/17 582/21 656/12 677/8 741/20
**ReX [1]** 508/3
**Rico [1]** 567/2
**ride [4]** 598/18 677/16 677/19 677/25
**rides [13]** 650/14 676/15 676/18 677/10 677/14 678/3 678/5 678/9 678/13 678/15 678/25 679/5 680/3
**Riechert [3]** 507/6 715/14 756/8
**right [309]**
**ring [1]** 591/3
**ringing [2]** 590/25 593/14
**risk [2]** 522/23 573/19
**RMR [1]** 757/9
**Road [1]** 507/7
**Robert [1]** 507/3
**rock [3]** 550/25 713/8 713/10
**rocks [1]** 605/15
**role [19]** 510/21 515/12 515/18 515/20 517/5 545/8 545/9 546/8 589/5 639/22 668/21 683/8 683/14 683/18 683/19 683/23 684/2 704/15 713/8
**roles [2]** 564/23 684/17
**roll [2]** 540/11 542/16
**rolled [2]** 544/1 657/8
**rolling [2]** 570/5 690/14
**room [4]** 507/22 715/18 715/25 756/9
**rough [3]** 548/4 669/12 746/12
**route [1]** 532/8
**routinely [3]** 640/1 640/3 640/5
**routing [2]** 714/4 714/15
**RTSs [1]** 666/4
**rub [1]** 594/15
**rubbing [1]** 726/22
**rule [21]** 518/14 519/8 519/9 519/19 529/17 531/23 559/19 559/20 614/17 615/9 641/16 641/18 655/12 655/16 655/23 656/4 715/4 715/7 717/3 727/8 735/6
**Rule 402 [1]** 641/16
**Rule 403 [2]** 519/19 529/17
**Rule 404 [2]** 518/14 727/8
**Rule 703 [1]** 735/6
**ruled [1]** 529/5
**rules [7]** 513/8 515/2 516/4 526/17 624/7 634/22 636/17
**ruling [28]** 522/20 525/5 531/20 532/2 533/13 534/7 534/8 534/10 534/13 534/14 534/17 534/19 534/20 534/21 534/22 534/23 535/3 535/4 535/5 535/7 535/8 535/11 535/16 535/18 535/19 536/3 646/16 646/20
**rulings [2]** 529/10 529/15
**rumors [2]** 717/10 717/11
**run [1]** 605/16
**running [3]** 542/4 597/24 755/22
**rush [1]** 573/4
**RUSSO [1]** 506/11
**Ruud [5]** 631/8 631/8 631/9 631/13 631/16
**Ryan [2]** 507/9 695/16

## S

**S-E-V-A-R-T [1]** 729/21
**safely [1]** 693/9
**safety [1]** 629/17
**said [188]** 519/3 523/1 523/5 526/17 526/21 531/11 541/3 541/13 541/17 541/18 541/22 541/25 542/2 542/21 542/24 543/1 543/3 543/24 544/9 544/15 544/19 544/25 545/2 545/10 546/3 546/8 546/15 546/16 546/18 546/19 546/21 547/1 547/4
548/25 549/4 549/5 549/12 549/20 550/6 550/7 550/8 550/25
551/2 551/24 552/8 552/10 554/3 554/23 557/18 557/19 557/20
557/24 558/2 558/5 558/6 559/2 559/3 559/4 559/7 559/7
559/11 559/13 559/15 559/16 559/18 559/19 560/13 560/19
560/22 561/16 561/16 561/17 562/1 563/2 563/17 563/24
568/14 568/16 568/17 568/17 568/19 568/20 569/12 569/24
570/3 570/8 572/13 572/14 573/2 573/4 573/9 574/12 574/20
577/13 577/14 577/15 578/9 578/20 579/4 579/7 579/9 579/14
579/19 580/13 580/18 583/16 583/25 583/25 584/5 584/17
585/5 588/9 590/5 590/21 593/9 593/24 594/4 594/6 594/7
594/9 594/13 595/20 597/21 598/4 599/24 608/11 608/17
608/18 609/3 609/3 613/3 613/12 614/13 615/3 615/11 616/2
616/7 631/23 633/2 649/3 656/1 662/9 667/12 667/16 667/16
667/16 668/19 668/20 669/4 669/12 670/8 670/9 670/10 670/16
671/17 673/10 673/10 673/13 673/13 673/22 674/2 678/16
679/3 686/10 686/17 687/12 687/15 689/22 695/5 701/1 707/21
711/6 711/14 711/20 711/21 712/8 712/16 713/15 714/8 719/22
726/11 728/9 735/1 741/5 743/23 745/2 749/22 753/11
**salaries [3]** 747/6 747/14 747/18
**salary [8]** 730/24 735/3 735/10 737/21 744/8 745/8 748/9 748/24
**sales [90]** 512/11 512/11 512/12 512/13 512/14 512/15 512/15
512/17 513/9 513/10 513/11 515/9 515/22 515/24 516/5 517/3
521/5 539/12 539/13 539/19 540/6 542/10 547/20 549/18 552/6
572/5 573/23 574/4 581/25 586/12 593/2 601/3 612/12 612/17
629/8 629/22 631/12 633/14 635/25 637/21 644/23 644/24
650/11 652/12 653/17 653/17 653/22 653/25 654/1 654/23
655/12 655/17 655/23 656/4 656/19 656/20 661/3 661/25 662/6
662/10 662/14 662/19 662/22 663/1 663/2 666/6 666/6 666/10
676/24 681/12 704/9 717/9 720/1 736/25 738/9 738/11 742/15
742/21 742/24 743/18 746/10 747/15 747/19 747/25 748/4
748/10 748/14 748/19 749/1 749/5
**Salt [9]** 560/10 650/24 655/13 655/17 655/23 656/5 711/4 711/13 712/4
**Salt Lake City [1]** 656/5
**same [54]** 512/19 513/8 514/18 514/18 514/19 516/3 517/5
520/20 520/23 520/23 535/8 535/9 535/9 535/10 535/10 535/10
535/13 535/13 535/14 535/15 535/15 535/15 535/16 566/17
570/16 573/9 626/1 627/5 627/14 627/18 627/18 627/19 627/25
628/7 628/8 628/17 628/23 628/25 629/1 629/20 660/4 668/23
672/3 672/17 673/4 673/12 676/4 690/21 695/20 723/13 723/14
727/21 728/5 748/7
**sand [1]** 714/9
**Sandy [1]** 712/4
**sat [1]** 572/10
**satisfaction [1]** 595/9
**satisfactory [1]** 531/19
**satisfy [1]** 740/22
**Saturday [1]** 618/5
**saw [12]** 520/7 520/8 521/18 539/4 544/10 661/3 694/10 699/20
705/18 713/4 720/5 753/16
**say [70]** 510/15 513/14 514/5 517/11 521/6 526/17 527/6
530/22 531/15 540/18 541/16 552/9 556/8 558/21 559/1 560/15
570/20 578/5 579/3 579/8 580/15 587/21 588/8 590/4 590/10
590/18 591/2 591/4 592/1 595/2 595/7 597/20 598/10 599/23
599/24 608/22 609/15 610/4 613/23 621/3 627/20 627/22
628/10 629/10 639/3 643/25 654/2 666/13 667/10 667/18 673/3
673/13 674/14 674/23 675/1 675/21 677/6 677/7 678/14 678/23
679/1 679/7 679/9 689/1 689/9 700/21 710/6 711/24 721/6
724/8
**saying [39]** 526/14 526/14 531/7 542/21 543/13 543/16 545/1
545/14 550/13 553/15 556/6 556/13 556/18 558/22 558/24
561/19 569/10 569/25 573/7 577/22 578/19 579/22 580/24
581/12 582/22 592/7 594/6 596/13 628/6 650/20 653/20 666/22
667/14 670/2 694/15 698/4 700/22 713/25 725/6
**says [59]** 509/22 525/18 528/22 528/22 549/22 549/24 549/24
550/3 561/23 564/22 571/13 571/14 573/18 578/6 581/10
591/18 595/2 599/2 604/21 605/15 606/5 611/19 612/5 612/11
612/21 614/19 614/23 615/21 615/25 616/5 631/7 637/6 637/10
638/2 640/20 642/8 643/20 650/1 653/15 659/20 660/16 660/19
661/1 675/13 687/8 689/3 689/9 693/4 693/6 693/7 693/22
694/6 694/13 696/8 696/8 697/2 710/3 716/24 754/23
**scared [1]** 567/14

**S**

scene **[1]** 539/8
schedule **[4]** 576/15 754/13 755/17 755/22
scheduled **[4]** 597/5 618/10 638/3 755/7
scheduling **[5]** 617/22 647/12 647/16 647/17 735/13
school **[1]** 723/10
Schwabe **[1]** 507/12
science **[1]** 731/5
scientific **[1]** 554/21
Scoot **[1]** 723/2
scope **[1]** 640/24
Scott **[10]** 507/3 508/10 511/1 619/9 645/5 648/15 686/22 729/13 729/21 732/25
Scott Sevart **[1]** 511/1
screen **[6]** 625/12 648/11 692/12 692/21 693/10 695/23
scroll **[10]** 546/1 564/3 568/25 570/18 571/8 581/7 636/25 637/5 637/14 642/5
scrutiny **[1]** 595/5
search **[12]** 733/8 734/2 734/6 734/10 736/3 737/10 737/15 739/15 739/24 752/16 752/20 754/4
seat **[3]** 537/2 537/8 702/13
seated **[3]** 649/14 649/19 729/19
second **[30]** 511/12 518/13 543/7 566/10 567/4 567/7 567/8 571/13 574/12 575/17 576/1 595/2 599/2 603/8 614/21 652/13 658/25 674/12 685/8 685/9 685/13 688/6 705/14 705/15 705/16 718/3 722/18 737/15 740/5 741/14
section **[7]** 635/15 635/16 645/11 696/8 696/11 697/2 697/4
section you **[1]** 645/11
sections **[1]** 581/23
secure **[1]** 738/8
security **[2]** 718/17 718/18
see **[66]** 517/2 526/12 529/11 531/3 531/4 531/17 531/18 538/19 538/21 541/10 544/16 553/14 553/19 555/5 555/11 567/3 567/5 567/8 567/9 567/9 570/11 571/1 576/4 577/24 580/12 580/16 580/21 584/14 584/19 584/25 587/23 606/24 611/18 618/13 621/3 634/21 637/3 637/4 640/12 643/9 643/10 645/18 651/17 661/25 662/6 664/8 665/3 674/20 676/11 684/19 684/25 684/25 686/19 688/19 692/21 693/12 694/8 696/8 699/15 699/17 700/16 719/1 720/13 723/15 744/14 756/9
see my **[1]** 567/9
seeing **[4]** 538/11 564/12 643/23 723/21
seek **[2]** 730/6 730/11
seeker **[1]** 740/21
seeking **[4]** 622/9 624/19 704/22 730/15
seem **[1]** 688/12
seemed **[5]** 702/2 720/16 720/22 725/4 725/13
seems **[5]** 552/13 561/19 713/6 724/6 725/2
seen **[13]** 512/25 519/10 528/2 529/10 559/14 598/25 603/9 630/15 719/10 720/20 725/6 728/1 735/23
Sees **[1]** 694/6
select **[1]** 522/1
selected **[1]** 746/5
selection **[1]** 746/1
selling **[5]** 517/14 544/3 654/7 675/23 675/24
send **[21]** 540/20 542/15 543/8 543/14 580/6 580/12 591/20 592/5 594/6 596/12 604/7 640/17 640/21 641/2 667/7 667/10 667/14 667/17 687/16 687/18 713/7
sending **[16]** 541/4 541/14 541/20 542/2 542/3 542/7 542/10 543/5 543/6 543/21 544/21 570/24 596/10 605/8 609/13 688/16
sends **[1]** 594/7
senior **[2]** 631/14 684/9
sense **[4]** 509/25 510/14 512/4 677/21
sensitive **[1]** 679/23
sent **[47]** 526/20 526/22 540/19 540/23 542/22 542/22 543/9 543/13 543/17 543/23 544/14 544/16 553/18 554/18 555/18 568/4 573/14 578/13 590/15 591/17 591/22 591/25 592/7 594/2 594/5 603/21 604/10 605/4 605/18 606/3 608/7 608/9 608/20 611/15 629/21 637/25 640/20 640/20 658/14 664/1 664/7 665/14 674/18 686/20 688/8 692/11 744/14
sentence **[3]** 541/9 563/22 575/17
sentences **[4]** 541/11 541/11 541/13 560/17
separate **[3]** 511/2 597/22 624/24

separately **[2]** 627/4 654/11
September **[21]** 546/10 546/15 547/10 617/4 651/25 663/8 663/13 663/16 663/21 663/23 664/4 664/5 664/18 668/15 668/19 669/5 669/6 669/9 705/7 713/14 757/8
September 2018 **[6]** 617/4 663/8 663/23 664/5 664/18 668/15
series **[1]** 624/14
seriously **[3]** 569/11 584/1 632/20
serve **[1]** 619/23
served **[1]** 512/13
service **[1]** 617/21
session **[1]** 618/1
sessions **[1]** 699/17
set **[5]** 539/8 551/12 626/17 629/23 631/5
sets **[1]** 626/15
setting **[1]** 550/10
settle **[1]** 737/7
Sevart **[15]** 508/10 511/1 648/15 729/13 729/21 730/3 732/25 740/10 740/24 743/7 747/5 748/14 749/25 750/24 754/3
seven **[1]** 596/10
seven-week **[1]** 596/10
several **[9]** 564/5 574/7 579/16 579/17 581/23 611/10 622/9 692/17 725/8
severance **[1]** 584/11
severe **[4]** 552/22 557/4 573/19 585/16
severity **[1]** 530/21
shape **[1]** 665/12
share **[6]** 558/16 597/16 635/23 665/6 665/7 685/3
shared **[1]** 645/5
shares **[1]** 621/17
sharing **[1]** 603/17
sharp **[1]** 588/16
she **[607]**
she's **[2]** 570/6 593/23
shift **[1]** 743/12
shifted **[1]** 728/3
shock **[1]** 599/17
shocked **[7]** 545/21 561/25 561/25 562/1 590/16 590/17 727/3
short **[3]** 522/5 648/5 648/6
shorter **[1]** 739/10
shortly **[3]** 551/8 585/11 602/22
Shot **[4]** 602/14 604/13 604/24 605/12
should **[41]** 518/14 518/20 521/10 529/18 541/4 541/14 541/20 542/2 542/3 543/4 543/6 543/8 543/20 548/10 558/1 559/24 579/9 580/7 608/19 612/21 612/25 614/8 614/20 622/14 625/12 634/19 644/22 646/25 649/8 660/7 666/24 677/19 679/5 690/20 692/12 692/20 697/21 702/12 702/21 748/19 750/7
shoulders **[1]** 735/2
shouldn't **[9]** 544/18 557/23 559/18 574/9 601/16 616/6 677/15 677/24 680/1
shove **[1]** 756/3
show **[9]** 524/4 527/7 545/22 560/24 561/1 640/9 657/23 692/10 696/25
showed **[5]** 559/14 582/20 643/7 643/15 671/4
showing **[1]** 755/14
shown **[4]** 524/3 524/23 525/1 525/12
shows **[2]** 512/9 516/11
shut **[2]** 728/3 728/7
shy **[1]** 561/12
sic **[2]** 651/4 673/4
sick **[1]** 555/21
side **[1]** 574/18
sidebars **[1]** 511/23
sign **[2]** 533/25 605/17
sign-off **[1]** 605/17
signature **[3]** 757/6 757/6 757/6
signed **[4]** 639/6 639/10 639/13 757/6
significant **[3]** 513/24 630/23 631/22
signing **[2]** 618/4 757/3
silos **[1]** 714/7
similar **[6]** 599/4 599/5 601/3 637/12 671/11 736/4
similar-type **[1]** 601/3
simple **[1]** 582/10
simply **[2]** 521/23 646/21

# S

**simultaneously [3]** 628/2 628/8 628/18
**since [12]** 517/7 530/17 592/25 600/20 619/16 648/1 648/11 717/18 719/10 739/5 739/12 742/15
**sincere [1]** 756/6
**singer [1]** 602/11
**single [1]** 700/22
**singled [3]** 513/17 513/19 522/17
**sir [7]** 527/20 628/20 729/14 729/16 734/17 735/8 754/10
**sit [9]** 564/15 699/21 700/19 701/1 701/3 701/6 701/9 720/18 731/7
**sits [1]** 630/19
**sitting [8]** 545/14 572/12 572/18 577/15 593/15 594/11 594/12 600/16
**situation [4]** 509/18 544/5 708/2 750/9
**six [1]** 719/3
**skill [3]** 659/4 736/2 736/9
**skills [5]** 517/15 654/7 748/14 748/17 748/21
**skin [2]** 549/21 550/3
**skip [1]** 687/21
**skipping [1]** 535/1
**sleep [5]** 565/2 565/8 565/9 565/9 565/11
**sleeping [1]** 725/25
**slides [1]** 684/9
**slipped [1]** 564/17
**small [1]** 511/12
**smiley [1]** 721/8
**snippet [4]** 541/9 541/9 573/14 573/18
**so [469]**
**sobbing [2]** 567/12 567/13
**social [1]** 723/9
**society [1]** 576/8
**some [88]** 509/13 511/17 512/10 529/25 531/22 533/12 539/12 540/20 541/5 541/19 542/1 543/16 551/3 553/17 555/8 555/11 556/5 556/6 556/13 556/18 557/19 559/22 559/22 560/10 561/2 561/7 566/14 571/3 571/12 574/25 577/12 577/13 578/6 580/21 581/10 582/11 582/12 588/2 588/24 589/3 596/8 597/16 598/4 600/14 602/3 603/20 603/23 608/2 615/24 624/2 630/20 634/6 634/10 645/3 645/7 645/8 645/17 648/4 648/5 656/11 657/23 667/20 668/18 674/4 679/19 687/12 694/20 697/5 697/13 707/12 710/23 713/3 713/4 713/17 713/24 715/15 717/10 718/24 721/20 721/22 726/24 741/22 746/15 746/16 751/4 751/21 753/3 753/15
**somebody [7]** 549/17 576/6 598/5 601/15 681/3 711/7 717/12
**somehow [3]** 526/16 665/11 751/23
**someone [14]** 568/2 591/10 627/6 633/2 634/8 641/3 645/1 703/25 727/4 736/2 748/10 750/16 753/12 753/18
**someone's [1]** 608/23
**something [52]** 521/4 521/25 531/14 531/18 542/12 543/9 544/21 549/12 550/7 552/24 552/25 553/11 553/19 553/21 562/7 563/22 564/23 565/13 567/1 572/14 576/4 578/13 579/6 587/18 591/12 595/6 596/10 597/8 598/14 601/13 621/3 621/3 627/11 632/22 634/8 647/15 671/11 674/7 676/24 677/2 688/13 711/8 711/25 713/13 714/1 714/5 725/16 725/22 727/18 738/25 749/11 749/18
**something that [1]** 749/11
**sometimes [9]** 529/4 529/4 538/17 541/10 700/19 707/15 707/18 708/4 719/3
**somewhat [2]** 513/16 720/17
**somewhere [3]** 578/8 578/17 579/1
**sons [1]** 699/10
**soon [3]** 567/1 569/12 584/2
**sorry [28]** 533/9 582/16 600/3 612/20 620/24 623/1 632/16 638/18 663/18 674/16 678/11 678/17 680/6 689/24 694/3 695/5 695/6 697/11 706/8 706/9 708/10 708/12 708/15 711/25 712/1 713/7 718/25 734/23
**sort [7]** 512/10 524/1 529/25 543/16 571/3 574/25 680/25
**sounds [1]** 756/10
**source [4]** 556/18 584/24 631/24 665/13
**sources [5]** 541/5 541/6 541/19 557/23 735/20
**speak [10]** 517/19 528/16 528/18 621/18 622/2 634/19 719/1 723/15 738/24 743/25

**speak-up [3]** 621/18 622/2 634/19
**speaking [5]** 635/7 694/20 731/14 733/23 744/20
**speaks [3]** 541/2 541/16 553/5
**specialist [7]** 523/14 523/20 612/13 666/5 666/6 694/7 694/10
**specialists' [2]** 539/12 539/13
**specific [5]** 516/12 633/11 687/2 694/19 749/15
**specifically [14]** 516/9 524/17 525/6 528/16 571/14 589/2 616/19 643/18 655/5 692/6 720/2 743/16 744/15
**specified [1]** 717/5
**speculate [1]** 523/22
**speculation [2]** 524/9 633/16
**speed [2]** 686/15 687/5
**spell [1]** 691/17
**spelling [6]** 538/1 619/2 698/24 718/10 722/24 729/20
**spend [15]** 613/16 614/11 615/6 654/4 655/2 655/8 676/12 677/4 679/13 680/2 684/16 687/24 728/4 728/6 731/25
**spending [2]** 656/14 723/21
**spent [2]** 681/10 687/22
**spirit [1]** 566/16
**split [11]** 516/17 559/16 581/21 581/22 587/7 614/24 675/23 676/1 676/6 715/7 715/12
**Spokane [13]** 581/15 581/18 581/20 582/5 616/7 616/12 616/14 616/19 616/20 650/3 650/7 650/13 655/1
**spoke [7]** 521/19 540/13 541/15 568/16 656/15 688/22 704/7
**sports [1]** 700/8
**squeeze [1]** 756/13
**squeezed [1]** 755/14
**staff [1]** 692/25
**stage [1]** 684/10
**stand [8]** 529/22 536/23 580/20 647/10 648/14 649/13 702/12 739/17
**standard [4]** 613/13 629/4 629/6 629/7
**standards [1]** 621/22
**standing [2]** 572/18 572/20
**stands [2]** 533/13 688/20
**start [28]** 512/2 512/8 537/12 544/22 555/8 556/14 556/25 557/1 560/23 564/22 567/12 573/13 578/19 600/24 602/3 602/6 657/24 665/2 680/16 680/22 694/5 697/21 700/12 702/21 710/4 720/1 754/19 755/5
**started [27]** 509/5 527/22 548/5 548/13 548/20 549/15 551/21 552/1 552/22 562/19 563/20 563/23 572/11 618/3 651/25 652/3 652/9 662/12 680/20 696/7 698/1 705/3 705/6 707/5 717/15 724/19 748/2
**starting [8]** 548/3 567/5 575/6 575/16 580/21 584/20 721/16 755/18
**starts [1]** 593/12
**state [16]** 537/25 556/4 619/1 634/22 638/17 650/6 691/16 698/23 702/23 718/9 722/23 728/5 729/20 732/8 732/10 737/5
**stated [20]** 522/7 529/21 530/25 543/19 543/20 675/24 676/6 676/12 676/13 676/23 677/10 690/1 702/23 702/24 703/2 703/12 703/15 703/17 703/19 753/20
**statement [11]** 519/3 524/7 524/14 599/22 631/1 633/11 656/19 677/13 683/2 693/19 755/9
**statements [11]** 541/8 555/24 556/17 634/9 634/9 674/14 674/23 675/1 689/13 689/15 734/16
**states [16]** 506/1 506/12 507/21 544/22 619/21 620/1 620/19 623/15 623/16 624/1 634/16 658/21 704/4 751/14 751/14 753/8
**stating [1]** 620/24
**statistic [1]** 751/5
**statistics [6]** 749/19 750/6 750/10 750/11 750/13 750/15
**stature [1]** 737/18
**status [7]** 589/20 624/19 625/1 625/2 639/11 645/18 737/8
**statute [6]** 509/17 509/19 510/5 510/23 576/3 751/17
**statutes [1]** 509/15
**stay [8]** 584/18 677/17 720/11 720/18 720/19 725/19 726/5 746/7
**stayed [3]** 553/10 723/20 744/24
**stellar [1]** 562/21
**step [13]** 536/23 539/2 548/17 556/25 557/1 557/1 557/2 684/11 690/11 718/5 718/6 722/15 729/16
**Steph [8]** 542/24 545/8 545/10 550/9 557/19 558/12 580/13 687/10
**Stephani [90]** 518/4 518/19 522/9 522/11 539/11 539/18 539/24

**S**

Stephani... **[83]** 540/1 540/7 540/9 540/15 541/17 541/22 542/14 542/19 543/4 543/22 544/9 544/25 545/13 546/7 546/8 546/11 546/12 547/18 547/24 547/25 551/5 551/7 551/19 555/16 555/19 555/20 555/22 556/18 557/9 557/10 557/15 558/2 558/14 559/11 559/19 560/2 564/10 564/22 571/22 572/3 573/24 576/21 577/2 577/8 578/3 578/4 578/12 579/4 579/10 580/6 581/4 581/8 581/12 583/12 584/15 585/25 588/7 591/6 591/8 591/11 592/3 592/18 592/25 593/12 594/22 595/11 597/2 604/4 604/4 625/3 633/19 634/2 635/19 658/13 658/14 665/24 666/1 667/20 685/21 686/9 704/7 713/11
Stephani DiNunzio **[4]** 518/4 539/24 625/3 634/2
Stephani DiNunzio's **[1]** 518/19
Stephani Orgren **[1]** 658/14
Stephani's **[3]** 591/13 597/15 610/7
Stickle **[7]** 512/12 515/24 516/21 517/4 517/10 519/16 519/25
still **[16]** 562/23 566/23 586/2 587/8 588/3 591/21 615/6 649/7 656/14 668/5 683/17 683/22 737/19 739/17 754/24 756/5
stipulation **[5]** 531/5 531/17 531/22 532/7 532/10
stomach **[3]** 563/23 565/12 565/13
stop **[4]** 550/12 562/12 563/15 659/8
stopped **[1]** 714/2
stopping **[1]** 563/15
stops **[4]** 620/2 623/17 632/9 636/22
story **[1]** 563/21
strange **[1]** 701/20
strategies **[1]** 540/5
strategy **[13]** 539/1 547/22 548/9 552/2 552/8 552/10 553/7 553/18 658/8 659/6 660/14
Street **[2]** 507/4 507/10
stress **[4]** 585/15 693/10 694/18 694/21
stressed **[3]** 569/13 702/2 705/23
stressful **[2]** 705/13 706/3
stretched **[1]** 677/10
strictly **[1]** 583/2
string **[1]** 545/24
strongly **[1]** 667/9
struggle **[1]** 740/21
struggles **[1]** 656/11
struggling **[1]** 713/18
studies **[4]** 552/25 554/24 555/1 633/6
stuff **[16]** 538/22 553/15 559/23 561/2 570/5 571/3 572/4 576/23 578/15 582/7 586/18 593/22 594/17 609/24 640/7 673/15
stunned **[3]** 583/20 584/6 590/16
subject **[9]** 512/19 513/8 515/8 516/3 520/20 535/23 536/5 591/18 647/12
subjected **[1]** 606/15
subjects **[2]** 705/1 740/2
submit **[2]** 602/17 752/10
submitted **[5]** 534/5 587/24 602/25 603/7 603/15
submitting **[1]** 636/18
subordinate **[4]** 514/16 583/10 608/20 609/6
subordinates **[7]** 518/16 522/1 583/6 608/15 627/16 633/21 633/23
subsequent **[2]** 515/12 752/13
substance **[1]** 736/8
substantiated **[1]** 633/3
substantive **[1]** 524/1
substitute **[1]** 509/20
success **[1]** 736/24
successful **[2]** 539/6 580/19
such **[3]** 580/18 745/11 745/14
sudden **[3]** 545/19 580/23 593/13
Sue **[3]** 718/20 720/15 722/6
Sue's **[1]** 720/11
suffer **[1]** 737/25
suffered **[6]** 530/5 530/11 530/16 530/19 531/11 532/11
suffering **[2]** 517/12 705/10
sufficient **[2]** 516/18 752/16
suggest **[2]** 509/23 543/25
suggested **[5]** 670/16 670/17 684/21 684/21 685/7

suggestions **[2]** 665/11 665/18
suggests **[3]** 613/24 614/1 614/4
suicidal **[5]** 574/21 574/22 575/2 575/3 575/5
suicide **[1]** 576/7
Suite **[2]** 507/4 507/12
summarize **[1]** 616/6
summarizing **[1]** 630/18
summary **[5]** 569/2 569/7 637/2 675/11 688/18
Sunday **[6]** 526/19 527/2 528/12 538/14 538/18 538/20
super **[1]** 724/6
supervised **[1]** 654/24
supervisor **[2]** 520/23 627/16
supervisors **[1]** 583/9
support **[1]** 724/14
supported **[1]** 748/18
supports **[1]** 666/16
supposed **[13]** 559/9 575/18 587/7 594/15 598/19 612/12 636/8 648/23 654/10 658/4 671/25 676/25 677/2
sure **[50]** 523/7 526/22 539/2 539/5 544/2 544/7 544/20 544/23 553/21 566/19 571/1 571/2 571/5 571/15 596/2 605/3 605/17 613/23 617/3 619/3 635/14 636/16 643/11 643/17 645/6 646/23 658/2 667/1 667/4 667/6 687/8 689/4 690/13 694/4 694/17 717/14 722/19 722/25 723/3 723/8 724/17 725/5 726/1 731/5 735/3 743/19 751/18 753/2 755/20 755/25
surfacey **[2]** 721/6 726/18
surprised **[6]** 527/10 527/13 542/6 542/8 561/19 721/24
surprising **[2]** 705/22 717/6
suspected **[2]** 621/1 634/17
suspicious **[1]** 753/22
Sustained **[7]** 599/25 629/2 630/8 633/17 719/19 724/25 728/12
SUZANNE **[97]** 506/3 508/4 531/7 537/20 538/2 542/15 544/9 588/23 598/25 599/2 601/10 605/14 605/16 609/3 619/9 624/18 624/22 625/2 625/23 625/25 626/3 626/11 627/4 627/19 628/2 628/8 628/25 630/2 630/5 633/19 634/1 634/2 634/5 634/6 635/4 635/19 635/25 636/14 636/23 637/3 637/7 637/10 637/24 638/3 638/8 638/13 638/21 639/6 639/10 639/12 639/18 642/8 643/21 644/2 644/8 644/10 644/14 645/4 650/1 665/24 668/9 678/15 678/24 686/23 687/2 687/9 692/4 692/6 699/6 699/8 699/16 699/20 699/23 718/19 719/11 720/6 721/12 721/20 723/11 723/12 723/15 723/16 723/24 723/25 724/16 724/18 725/3 725/4 725/6 726/20 726/24 727/3 727/19 727/19 728/1 753/12
Suzanne's **[12]** 625/5 626/23 627/15 628/1 628/7 628/17 628/24 633/19 644/7 719/16 725/11 753/16
Suzie **[2]** 718/24 719/10
Suzie **[1]** 507/12 507/22
SW **[2]** 507/12 507/22
swear **[3]** 618/21 690/25 698/21
swiftly **[1]** 648/18
switch **[4]** 642/20 675/6 695/13 705/1
switched **[1]** 708/15
sworn **[12]** 537/24 618/24 691/14 698/22 718/6 718/8 722/21 722/22 729/17 729/18 741/10 741/16
SYMBICORT **[3]** 572/11 575/20 636/9
symptoms **[3]** 600/12 705/6 706/10
sync **[1]** 688/25
system **[5]** 592/16 596/3 641/10 641/12 686/24
systems **[3]** 586/21 687/13 718/18

**T**

table **[1]** 748/24
tables **[1]** 511/2
take **[46]** 509/6 531/4 531/8 533/25 536/23 543/1 543/25 546/16 546/19 547/1 554/4 555/13 569/5 569/10 571/20 573/22 582/14 584/1 587/18 588/15 588/16 589/12 590/7 591/14 592/11 596/21 625/9 630/10 632/20 636/7 642/2 643/19 647/12 647/19 649/23 665/8 668/20 684/8 694/14 698/17 738/8 743/2 743/6 750/7 754/15 756/8
taken **[9]** 541/24 542/5 545/3 545/7 549/22 578/1 588/9 650/8 651/20
takes **[2]** 724/3 724/13
taking **[3]** 564/23 650/3 729/1
Talcott **[3]** 507/11 752/5 752/25
talk **[66]** 513/7 513/11 516/7 522/11 538/13 539/11 539/14

# T

**talk... [59]** 547/20 547/22 548/9 554/6 554/24 555/6 555/22 556/6 557/19 559/7 559/24 560/1 561/5 563/10 563/18 564/17 569/22 571/17 572/4 575/6 577/8 577/12 578/6 578/16 578/25 583/15 584/6 591/15 595/3 596/22 598/2 599/2 599/9 599/11 607/12 611/12 650/17 653/23 656/18 657/3 667/24 671/3 677/13 699/20 700/3 700/9 701/2 705/1 708/8 713/17 714/14 715/5 715/7 720/19 723/19 725/19 726/5 731/2 743/12 754/13

**talked [68]** 518/5 518/22 519/7 540/22 543/2 545/18 545/18 546/6 548/4 548/16 549/14 549/19 551/5 555/4 555/21 556/5 557/8 559/22 560/2 560/4 561/3 561/13 561/22 562/9 562/18 563/7 563/10 564/10 569/24 570/2 571/12 573/12 579/16 579/17 582/16 587/4 591/24 591/25 596/5 596/22 600/5 615/15 651/4 660/8 664/9 669/11 670/5 670/23 671/22 672/2 672/5 672/7 672/12 673/16 676/16 687/18 689/3 694/22 706/15 708/8 711/21 712/17 714/8 715/4 715/17 720/5 727/24 746/8

**talked' [1]** 560/16

**talking [53]** 533/5 538/12 538/24 540/23 547/16 548/5 548/13 548/18 548/20 549/3 549/3 549/4 549/6 549/13 549/19 551/10 552/1 552/5 552/20 552/22 556/14 559/20 560/15 560/22 560/23 561/18 563/2 567/21 570/6 572/11 574/6 578/14 583/22 584/4 588/23 589/18 593/5 593/9 593/23 597/15 642/10 657/5 657/14 663/12 663/19 668/16 669/1 672/10 702/17 702/19 708/10 727/10 744/22

**talks [14]** 519/13 540/8 541/21 551/18 552/10 557/14 578/3 590/2 590/8 597/18 612/8 703/3 703/11 726/2

**tardy [1]** 537/12

**targeted [1]** 612/13

**tasks [1]** 595/21

**team [64]** 538/12 538/12 538/24 543/10 552/11 552/15 553/18 555/25 560/8 562/13 563/12 570/4 573/9 579/15 580/18 582/8 592/17 594/18 595/3 602/16 602/18 603/3 603/18 605/8 606/3 609/17 613/6 613/16 614/8 619/24 626/19 630/19 631/2 631/12 634/8 652/13 652/15 653/2 653/16 654/6 654/16 654/20 656/9 657/9 657/10 657/11 657/12 658/14 659/3 665/6 666/3 683/5 683/9 683/14 684/13 684/15 687/10 688/25 699/14 705/10 713/18 713/18 714/19 714/20

**teaming [2]** 713/20 713/21

**teams [3]** 577/9 652/16 665/8

**tears [1]** 565/12

**teased [1]** 701/14

**tech [1]** 736/23

**teleconference [3]** 551/11 594/5 669/21

**tell [33]** 511/16 512/25 524/6 531/2 547/15 549/2 555/25 555/25 561/14 563/6 563/14 565/16 568/12 572/25 576/21 581/18 583/13 585/23 590/21 608/25 617/3 678/8 678/11 678/13 708/4 718/14 719/17 722/5 725/15 725/22 726/3 726/17 730/4

**telling [18]** 542/10 547/3 553/6 563/12 567/13 575/4 583/24 609/6 611/23 612/2 626/6 659/19 666/18 666/19 667/7 678/2 678/5 680/24

**tells [6]** 553/4 577/11 659/3 660/21 666/11 689/17

**ten [3]** 516/22 648/7 649/6

**tender [1]** 732/24

**tenure [1]** 738/23

**Teresa [13]** 543/10 543/23 591/18 591/23 591/25 663/20 663/25 664/7 665/21 665/24 667/23 674/14 674/18

**Teresa Grey and [1]** 591/18

**term [1]** 723/17

**terminate [4]** 518/1 520/17 625/25 644/25

**terminated [25]** 513/22 597/23 598/8 598/22 600/5 600/19 626/13 637/19 638/25 644/22 712/13 716/19 721/12 721/20 722/2 726/25 727/4 736/12 742/9 749/21 750/1 750/2 750/3 750/7 753/8

**terminating [3]** 637/7 643/21 644/8

**termination [27]** 513/3 518/2 518/5 518/9 518/10 521/23 521/25 522/7 532/11 599/16 600/20 638/22 644/11 644/19 712/12 727/14 727/17 735/17 735/19 737/2 737/11 738/17 739/1 742/16 746/13 749/23 752/12

**terms [10]** 548/10 561/5 576/15 600/12 601/3 704/20 721/5 727/25 728/1 730/19

**terrible [1]** 527/8

**terribly [1]** 525/16

**territory [8]** 560/8 560/8 577/9 579/23 616/14 650/5 714/3 714/11

**Terry [8]** 544/15 545/25 546/3 570/13 570/25 571/2 591/23 592/5

**Terry Grey [1]** 544/15

**test [1]** 731/13

**test-based [1]** 731/13

**testified [18]** 518/4 518/11 519/4 618/24 663/6 670/9 670/20 672/3 691/14 705/3 728/22 732/2 732/5 732/6 732/9 732/12 732/18 750/24

**testify [12]** 515/10 517/6 518/17 519/5 520/12 520/21 523/11 523/16 530/20 648/2 690/22 696/4

**testifying [5]** 514/14 523/12 525/8 643/12 751/1

**testimony [25]** 511/19 513/16 515/14 519/15 520/22 520/25 523/1 524/12 524/18 530/23 596/9 641/17 645/7 648/12 661/11 670/12 690/20 690/21 691/10 710/25 715/15 731/21 735/7 741/10 741/16

**text [31]** 554/15 554/18 592/19 592/20 592/21 594/2 594/16 594/18 596/5 603/20 603/23 604/7 604/14 605/3 605/18 605/21 606/3 606/20 608/7 608/8 608/20 608/25 609/13 713/4 713/6 713/7 719/7 719/9 723/21 726/15 726/16

**than [32]** 510/23 522/6 522/11 562/22 564/23 578/17 596/15 608/23 612/25 613/5 615/10 622/2 650/24 652/25 655/1 661/18 661/21 679/19 684/12 694/19 701/23 702/3 721/16 725/4 726/20 736/16 737/18 738/22 741/25 745/21 746/17 750/20

**thank [109]** 509/9 511/8 511/16 512/5 514/4 517/16 520/1 521/13 522/18 522/19 523/5 525/13 525/14 527/20 528/10 529/19 536/7 536/21 537/17 537/19 537/21 538/3 550/1 555/12 569/5 569/12 571/20 573/22 576/9 581/3 582/14 588/21 592/11 596/21 599/15 601/23 601/24 608/19 617/13 617/23 618/18 618/20 619/1 619/9 641/20 642/16 642/18 642/22 645/24 647/4 647/7 647/8 647/9 649/18 687/8 690/11 690/18 691/4 691/11 691/16 691/19 694/14 695/11 696/3 697/15 698/6 698/11 698/15 698/17 698/23 702/5 702/7 702/15 704/25 712/23 716/21 717/21 717/25 718/4 718/9 722/8 722/9 722/12 722/15 722/20 722/23 726/9 728/13 728/16 729/6 729/8 729/9 729/11 729/16 729/19 729/22 733/2 733/4 740/6 740/7 752/5 753/24 754/7 754/10 754/20 756/8 756/12 756/15

**Thanks [3]** 643/4 665/25 667/23

**that [1335]**

**that's [150]** 510/25 511/3 513/7 513/24 515/5 519/14 521/9 526/12 526/16 527/23 528/20 529/3 530/8 530/10 530/13 531/6 536/13 539/14 539/20 540/4 540/21 541/24 543/15 544/23 545/12 545/15 546/9 547/4 547/8 547/10 547/21 548/16 550/8 550/16 551/6 552/2 552/3 557/6 557/6 557/17 558/9 560/19 560/20 561/18 569/19 573/20 574/23 575/1 577/15 577/16 577/24 579/22 582/11 585/8 585/18 585/18 587/22 591/25 597/14 598/24 601/21 604/7 605/3 605/12 607/23 612/6 613/2 615/3 615/25 622/3 624/2 626/5 626/6 629/6 629/18 631/22 632/2 637/19 637/22 639/14 639/20 640/18 642/12 642/14 643/7 644/1 648/19 649/9 653/10 653/20 653/22 658/22 659/25 660/4 660/16 660/19 662/9 664/16 665/14 665/19 666/5 666/11 667/4 667/17 668/10 672/12 677/7 679/18 680/16 680/20 681/19 682/2 683/19 685/12 688/21 689/3 692/15 695/3 695/7 695/8 696/3 697/22 710/2 710/5 710/6 716/19 720/7 721/7 725/12 726/9 726/10 735/4 736/5 738/25 740/13 740/16 741/19 744/2 744/10 747/9 747/13 747/17 747/21 748/23 749/25 751/13 752/1 753/11 755/3

**their [40]** 513/3 521/5 523/1 527/12 547/20 552/12 556/12 571/14 574/21 575/4 575/7 593/10 593/19 593/19 622/22 622/22 623/6 629/8 629/12 629/19 636/3 654/6 656/12 657/8 665/8 666/25 676/10 676/11 690/5 710/18 714/7 714/15 714/18 730/23 730/23 730/23 730/25 735/7 737/6 755/16

**Theirs [1]** 649/6

**them [69]** 514/10 515/8 517/25 518/17 521/8 521/8 523/3 527/18 529/10 532/18 541/5 541/19 541/23 542/1 542/15 542/16 542/22 542/22 556/24 558/20 562/23 563/25 567/23 569/3 570/2 574/24 581/24 582/9 582/13 583/7 601/14 603/2 631/18 631/20 634/12 634/13 640/21 654/6 656/12 656/15 662/12 665/8 666/20 667/17 676/10 677/5 677/5 684/17 685/25 686/1 686/2 709/15 710/12 714/10 714/12 714/13 714/14 714/15 720/15 730/4 738/7 741/22 744/13 750/10 751/12 755/16 756/1 756/1 756/7

**T**

**themselves [1]** 602/17

**then [175]** 509/24 509/25 509/25 510/3 510/9 510/9 510/12 510/14 510/17 510/20 510/21 510/21 511/1 511/2 511/4 511/5 525/16 526/6 527/1 527/16 531/8 531/13 531/18 531/21 531/23 532/25 533/17 536/11 540/1 541/16 541/21 541/23 542/13 542/15 542/18 544/8 545/18 546/7 548/4 548/9 548/12 548/21 549/1 550/3 552/1 552/8 552/20 553/10 553/11 554/7 555/14 557/18 557/24 558/5 559/22 560/23 561/9 561/11 561/16 562/18 565/25 566/20 567/25 572/2 572/3 572/10 572/11 572/22 574/9 575/1 576/1 578/2 578/7 580/25 581/15 581/22 582/1 584/21 585/20 590/8 590/18 593/1 593/11 593/18 594/9 594/15 595/7 596/5 603/7 604/4 604/12 604/14 604/17 604/21 604/24 605/2 605/6 605/11 605/12 605/14 605/15 605/18 606/3 608/25 611/19 612/8 612/20 614/23 626/17 628/5 631/1 646/5 646/22 648/14 648/15 648/17 648/23 652/9 654/11 660/17 660/21 661/21 665/20 665/24 666/13 667/6 667/18 667/20 667/23 669/6 671/12 671/17 672/20 673/22 674/8 674/22 676/10 676/16 680/13 687/4 687/8 688/14 693/22 700/19 702/19 703/4 703/12 703/21 709/16 711/18 712/8 712/10 712/12 712/18 713/13 713/14 713/15 713/22 714/21 715/4 715/14 715/22 715/22 719/6 726/16 726/24 730/12 735/14 737/15 750/1 752/13 753/3 755/8 756/4 756/10

**therapuetic [1]** 631/10

**therapy [1]** 723/9

**there [188]** 509/5 509/14 511/12 513/20 514/14 515/1 516/10 517/17 519/13 519/16 524/12 524/13 526/13 526/16 526/23 527/8 535/22 537/6 539/24 542/11 542/12 543/24 544/9 545/1 545/4 547/12 547/15 547/21 549/11 552/25 553/8 553/8 553/19 553/20 555/9 555/9 555/23 556/23 556/23 556/24 557/1 559/4 559/19 560/3 560/9 560/9 562/5 562/10 564/5 564/16 564/19 565/11 566/23 567/18 568/14 568/16 569/18 570/6 571/1 571/3 571/13 575/2 576/19 579/19 579/24 581/23 582/12 582/12 593/15 598/13 599/9 599/11 601/15 603/21 603/21 605/2 609/17 609/22 613/24 613/25 614/1 614/4 614/5 615/19 616/13 618/14 620/3 620/4 622/3 623/18 624/24 625/25 627/8 627/9 628/3 628/4 629/4 629/6 629/6 630/1 630/4 632/6 641/5 642/10 646/20 647/15 648/6 648/8 657/13 657/16 662/19 664/15 664/20 664/24 666/18 668/10 668/17 668/17 668/17 668/18 672/12 672/13 672/23 673/15 673/15 673/21 676/5 676/17 676/19 678/2 678/3 678/11 682/20 685/1 685/7 685/8 689/12 689/14 692/21 693/7 695/7 696/8 696/14 696/17 696/17 696/20 696/23 697/1 697/17 697/21 698/5 701/11 706/25 709/15 710/22 710/25 711/25 712/4 712/16 713/14 713/17 714/21 717/9 719/2 719/3 720/8 720/17 721/3 724/11 724/14 725/3 726/11 726/12 726/12 727/7 729/14 730/22 739/5 750/6

**there's [3]** 593/25 630/25 708/24

**thereafter [1]** 585/11

**therefore [3]** 510/24 614/13 704/18

**these [105]** 510/15 510/17 512/7 512/10 513/7 513/13 513/25 514/2 514/7 514/12 517/24 518/8 518/11 520/5 520/21 520/24 521/5 521/6 521/10 521/12 521/20 522/21 525/20 526/20 526/24 527/2 527/14 530/18 540/10 541/4 541/4 541/6 541/7 541/13 541/14 541/19 541/20 541/24 541/25 542/2 542/3 542/6 542/7 542/10 542/11 542/16 542/22 542/25 543/5 543/6 543/8 543/14 543/14 543/21 546/6 554/15 555/24 556/10 556/17 557/25 568/22 578/12 579/4 580/14 580/20 592/18 598/16 606/20 615/20 634/5 635/10 636/15 636/18 641/2 641/8 641/9 645/13 657/7 660/20 663/16 663/19 666/19 666/23 667/3 667/7 667/14 674/23 684/17 685/8 689/16 692/25 693/2 694/1 707/12 707/15 709/12 711/15 730/12 732/14 740/1 740/19 744/12 746/20 750/15

**they [192]** 513/9 518/11 518/12 520/7 520/7 520/8 520/9 520/16 521/12 521/17 521/18 521/19 521/19 522/8 522/12 524/4 525/2 526/5 526/9 526/15 526/25 527/5 527/11 527/15 528/4 529/11 529/22 529/23 529/23 529/24 529/24 531/12 531/13 538/12 538/13 540/20 541/8 541/14 541/23 542/9 544/22 554/17 562/22 567/13 568/4 569/9 569/9 569/12 569/12 569/15 571/12 571/17 575/4 575/6 575/6 579/7 580/18 583/13 583/15 583/16 583/16 583/24 583/25 584/5 584/19 585/7 585/10 587/20 587/22 591/11 592/24 593/5 593/8 593/9 593/10 593/18

**themselves** — 601/16 602/17 609/3 609/20 609/21 609/22 610/2 610/7 610/9 612/25 613/14 621/3 622/1 622/3 622/19 623/8 623/8 623/9 627/4 627/10 629/10 629/15 629/15 629/16 629/18 630/20 631/11 634/10 634/19 635/12 641/12 646/19 648/6 649/1 649/3 649/3 649/4 652/24 652/25 653/20 656/11 656/15 657/1 657/2 657/17 658/5 659/4 660/9 660/10 660/11 660/13 660/13 662/16 662/18 663/23 669/23 673/25 674/6 677/16 677/17 679/22 686/14 687/4 687/19 687/20 690/5 696/13 699/10 699/12 699/13 699/14 699/14 701/13 701/13 705/20 707/18 707/21 709/2 709/5 709/9 709/19 709/18 709/20 710/3 710/6 710/17 710/17 710/20 710/21 710/22 710/24 712/2 712/13 714/2 714/3 714/6 714/7 714/12 714/14 716/24 717/14 730/25 735/1 735/2 735/10 735/11 735/11 735/12 735/14 737/7 748/7 751/6 751/22 755/15 755/16

**they're [10]** 520/6 520/14 574/24 590/23 635/18 667/4 709/6 709/7 714/15 749/7

**they've [1]** 714/3

**thin [1]** 677/11

**thing [17]** 509/25 528/19 544/8 565/5 568/17 577/12 583/24 629/17 649/2 658/23 666/25 676/4 680/19 689/5 696/13 701/12 713/10

**things [41]** 512/25 514/7 515/15 538/21 548/2 548/11 555/5 556/13 557/19 563/11 564/14 564/25 565/9 567/18 586/14 591/21 592/18 593/20 598/4 598/16 598/18 626/1 629/12 642/14 643/17 647/16 651/23 660/22 662/17 662/18 670/2 673/10 682/8 685/16 686/15 687/5 705/12 706/13 710/19 737/25 751/17

**think [139]** 509/8 511/11 513/20 516/23 518/23 520/19 524/1 525/4 526/12 527/25 528/7 531/3 531/13 532/1 532/9 532/12 532/16 533/23 536/19 540/15 541/3 541/4 541/13 541/20 541/25 542/2 542/3 543/2 543/4 543/6 543/7 543/18 543/18 545/4 545/11 545/12 548/24 549/11 549/12 553/6 553/11 554/3 557/8 558/8 559/5 559/13 559/14 560/5 561/8 561/8 561/12 562/19 564/13 568/17 568/21 569/5 577/16 577/19 578/8 578/25 580/4 583/16 587/17 589/24 590/9 590/23 592/7 594/3 596/1 596/9 597/10 598/13 598/23 601/19 603/9 606/24 607/2 607/12 608/19 609/2 609/20 609/22 610/1 610/7 624/24 624/24 632/7 633/25 634/4 637/17 643/19 643/25 645/5 645/12 646/3 646/20 646/25 647/15 648/17 648/25 651/5 651/18 659/8 661/7 662/9 662/16 665/1 667/9 667/12 668/2 668/12 670/16 671/2 672/11 673/17 682/8 684/15 685/25 688/21 689/3 689/7 695/20 696/25 699/24 702/20 703/24 705/2 710/16 711/6 712/4 712/6 712/9 716/8 716/19 722/2 725/20 725/23 742/7 754/24

**thinking [27]** 543/9 545/8 545/17 551/24 552/24 553/20 554/2 554/10 556/2 558/8 559/11 575/2 575/5 577/25 578/13 578/23 583/21 584/3 584/20 590/21 593/11 594/1 600/7 648/7 680/20 680/22 710/22

**thinks [1]** 715/16

**third [12]** 507/22 511/16 518/21 625/21 626/9 643/19 643/20 644/4 653/3 653/4 686/21 693/6

**this [435]**

**Thomsen [14]** 512/14 512/16 514/13 514/14 517/5 517/8 517/8 517/13 517/15 517/18 518/6 518/7 521/1 522/11

**Thomsen's [2]** 519/13 519/16

**those [77]** 511/3 511/4 512/4 514/1 515/3 515/17 516/3 516/15 519/24 523/11 525/8 525/24 526/8 527/16 527/17 529/18 532/21 532/22 535/20 536/1 538/9 574/21 580/12 580/12 588/3 588/6 590/25 591/3 598/14 616/24 620/22 635/14 637/22 644/23 646/12 648/9 648/13 650/13 650/15 652/18 661/16 663/24 685/22 687/19 689/13 689/19 693/14 693/24 694/5 697/5 697/13 697/17 708/25 709/10 710/11 712/5 713/7 717/4 724/4 725/9 732/8 736/14 737/17 737/17 739/21 741/23 742/4 744/19 745/17 745/20 745/24 746/2 746/6 750/9 751/4 751/21 755/10

**though [11]** 574/9 594/14 609/9 611/10 627/25 654/23 663/15 673/7 673/10 675/4 707/24

**thought [50]** 522/1 538/16 544/7 544/12 545/16 549/20 550/24 551/19 556/2 556/5 567/1 567/15 567/22 576/7 577/17 577/20 577/24 582/3 585/8 587/20 591/10 593/6 594/10 597/17 598/15 599/18 601/12 608/2 610/5 610/9 611/9 613/12 620/24 664/20 667/16 668/2 668/6 668/16 669/4 672/8 675/18 683/2 685/18 686/2 696/4 703/15 709/12 709/25 711/25 734/7

**thoughts [2]** 544/14 564/1

# T

threatened [1] 545/17
threatening [2] 564/24 590/24
three [18] 509/5 511/18 527/19 587/17 604/12 627/11 648/6
648/11 648/13 650/5 651/7 652/25 659/7 663/10 690/9 690/13
699/15 699/16
three o'clock [2] 648/11 690/13
three-quarters [2] 527/19 651/7
threshold [2] 512/21 514/1
thrilled [1] 652/6
through [50] 509/13 525/2 527/18 528/25 542/4 547/16 551/6
551/18 552/9 555/5 567/16 572/9 590/25 593/24 594/18 597/24
599/17 604/14 607/13 622/4 624/3 629/11 629/11 635/10
641/12 641/12 644/24 646/6 653/2 653/3 653/4 664/2 664/17
668/12 673/1 676/2 680/5 686/1 686/1 687/4 687/21 689/19
700/20 717/9 717/9 723/18 723/20 734/3 737/1 744/20
throughout [6] 519/1 574/4 580/1 584/18 700/9 701/2
throw [1] 750/10
Thursday [2] 528/14 648/24
time [152] 513/21 514/8 514/19 515/7 515/12 517/7 519/23
529/14 530/16 530/19 531/12 540/14 540/16 543/7 543/7
546/12 549/15 551/12 554/19 563/22 566/2 566/9 566/11
566/18 572/3 573/24 577/4 578/23 582/4 582/8 585/21 587/18
589/19 592/12 593/3 594/20 595/5 595/5 595/10 595/18 596/1
596/10 596/14 601/6 601/7 608/15 611/19 613/6 613/9 614/12
614/24 615/7 616/15 617/8 617/11 625/24 626/1 627/5 627/18
628/8 628/25 629/8 629/10 632/6 640/17 640/18 641/10 647/4
648/24 649/5 650/9 650/25 651/6 654/5 654/9 654/10 654/11
654/18 655/3 655/9 661/18 663/15 663/17 663/19 663/24
668/23 669/2 669/7 672/4 673/25 674/11 674/13 674/16 676/21
677/4 677/10 678/8 678/11 678/23 679/4 680/2 681/9 684/3
684/7 684/8 684/13 684/16 687/22 687/24 689/2 694/25 698/11
700/5 701/10 703/13 705/9 705/13 705/23 711/9 713/4 713/22
713/22 713/23 713/24 715/18 719/7 719/9 720/5 720/16 721/3
723/18 723/21 723/23 725/4 725/10 725/10 728/5 728/7 729/10
731/14 731/16 731/18 731/20 736/19 736/21 736/21 738/24
739/4 750/5 750/16 750/19 755/6
times [14] 536/1 566/6 579/16 579/17 580/1 581/13 609/22
641/7 650/2 732/5 732/6 733/13 733/13 733/14
timing [4] 511/18 530/22 627/2 627/10
title [2] 597/7 597/11
titles [1] 736/4
to-dos [1] 595/8
today [12] 513/20 531/21 594/5 606/8 618/4 618/16 619/10
661/18 661/21 672/3 692/11 731/18
together [25] 532/7 540/15 547/19 572/8 577/24 594/15 597/17
641/7 683/20 699/7 699/11 699/13 701/2 714/4 714/14 718/20
718/21 719/2 719/7 723/22 725/9 725/10 728/6 728/7 756/16
told [76] 544/17 550/5 558/12 558/17 559/21 560/2 560/5
560/11 560/13 562/6 562/12 562/19 564/6 565/6 565/25 569/2
570/4 579/9 582/8 586/8 586/10 588/6 595/4 599/5 599/18
609/2 613/13 613/16 615/2 615/9 615/14 616/3 616/4 616/19
616/23 617/5 631/24 655/2 655/11 655/15 655/20 655/22 656/3
656/7 671/15 671/25 672/12 676/3 677/24 680/1 680/7 680/13
681/9 681/19 681/24 682/14 682/16 682/17 682/21 682/24
684/16 686/5 687/19 710/5 713/24 735/11 736/24 741/2 741/4
744/10 745/4 746/23 751/11 751/12 751/21 751/24
tomorrow [11] 531/16 531/21 555/19 618/6 618/12 618/17
754/18 754/19 755/7 756/9 756/11
ton [1] 576/23
tone [2] 544/12 584/15
tonight [1] 755/22
too [10] 551/3 559/23 560/13 605/16 657/10 669/22 682/15
684/14 708/17 708/18
took [18] 532/16 547/4 567/1 567/11 573/18 581/20 582/3
589/5 647/22 668/19 669/4 669/6 675/1 682/5 682/10 684/2
684/6 728/10
top [9] 581/4 604/7 611/19 631/13 671/10 689/22 693/4 702/20
754/24
topic [3] 559/4 635/13 687/2
topics [2] 611/12 708/15
total [7] 510/15 582/23 583/4 612/21 612/24 613/1 714/20

totally [7] 545/7 553/1 560/7 569/17 578/17 584/4 590/17
touch [7] 569/11 721/5 723/16 723/20 725/2 726/12 726/13
touched [1] 725/23
towards [9] 570/12 571/8 576/22 612/24 665/2 701/2 701/25
705/3 706/2
track [2] 528/3 635/11
tracking [1] 528/2
train [4] 544/3 586/16 686/12 686/18
trained [5] 606/14 668/4 668/11 710/16 711/22
trainer [4] 539/10 539/25 540/2 574/11
trainers [3] 539/20 546/13 546/17
training [42] 540/5 542/11 543/24 544/1 544/5 577/23 586/15
657/19 657/23 657/25 658/4 659/12 659/14 659/16 660/4
660/24 660/25 661/1 666/5 667/21 668/1 668/3 668/10 668/13
668/14 668/18 668/21 669/1 669/2 708/16 708/18 708/20
708/22 708/23 710/14 710/19 715/1 730/24 733/21 735/22
743/18 744/18
transcript [2] 757/4 757/5
transferable [2] 748/15 749/6
transfers [1] 709/1
transition [1] 687/1
transitioned [1] 730/13
travel [11] 560/9 560/10 582/6 587/21 677/15 677/19 677/21
677/24 679/23 703/16 704/13
traveled [1] 720/3
traveling [3] 596/14 596/16 596/18
treated [1] 530/20
treatment [2] 524/15 573/18
tree [4] 566/12 673/23 674/2 674/5
Tri [4] 650/3 650/4 650/5 650/13
Tri-Cities [4] 650/3 650/4 650/5 650/13
trial [18] 506/10 509/13 509/14 511/23 519/18 523/11 523/15
523/16 523/24 524/8 524/13 528/8 529/16 536/2 536/13 536/19
618/12 649/8
trials [4] 518/21 521/9 522/23 633/6
tried [9] 560/17 563/10 566/14 595/6 606/21 610/24 662/16
736/22 736/23
triggered [1] 631/22
triggers [1] 631/1
trimester [1] 561/8
trimesters [1] 653/1
trip [4] 720/8 720/14 721/4 726/10
trips [2] 720/5 720/25
troublemakers [2] 735/24 753/21
Truax [3] 515/15 553/22 670/23
true [14] 565/8 568/9 599/22 611/22 614/9 636/24 654/7 658/10
660/14 690/3 703/9 707/24 708/18 753/2
truly [1] 533/12
trust [4] 626/5 627/22 636/5 716/23
trusting [1] 638/9
truth [1] 659/21
try [14] 560/14 565/9 567/16 567/19 582/9 643/8 662/18 695/23
696/2 701/6 719/2 719/4 756/13 756/16
trying [25] 513/25 518/15 530/7 537/5 550/11 550/12 550/15
553/20 554/1 563/11 566/15 566/16 567/14 592/15 592/17
593/16 595/8 595/14 595/20 595/23 661/5 661/7 709/12 709/25
725/21
Tuesday [2] 648/1 648/23
Tums [2] 701/11 701/14
turn [14] 516/25 565/10 572/20 603/20 603/23 610/14 614/15
615/20 624/12 625/14 647/23 674/11 692/20 733/6
turned [5] 517/12 540/14 540/16 572/3 576/24
turning [1] 580/24
turns [1] 552/8
two [50] 509/8 511/2 511/4 511/11 512/12 515/22 517/9 523/10
535/21 551/12 559/20 560/17 561/9 561/16 561/20 561/21
562/14 569/21 570/3 581/12 582/1 592/20 594/17 596/6 602/25
604/22 626/15 627/2 648/4 652/11 652/18 656/12 659/6 660/8
671/16 671/17 673/20 673/24 674/14 674/23 676/20 693/8
693/23 699/15 700/25 728/19 734/11 734/25 735/9 737/9
type [7] 539/4 601/3 629/17 666/16 691/22 705/25 730/13
types [10] 516/8 520/9 660/8 730/14 733/9 734/10 736/5 736/14
738/3 739/19

**T**

**typical [6]** 548/1 548/3 551/20 631/5 631/18 632/2
**typically [4]** 726/4 737/6 740/19 745/24

**U**

**U.S [18]** 543/11 543/12 619/15 619/23 620/4 620/6 623/19 624/4 624/5 624/6 624/7 630/18 631/11 634/16 635/2 640/8 750/16 751/5
**Uh [10]** 551/9 552/7 555/17 569/1 581/14 587/15 595/22 623/11 658/9 728/24
**Uh-huh [10]** 551/9 552/7 555/17 569/1 581/14 587/15 595/22 623/11 658/9 728/24
**ulcer [1]** 565/12
**ultimately [2]** 585/1 600/22
**unable [1]** 754/19
**unapproved [3]** 620/14 622/20 630/25
**unaware [2]** 659/24 688/24
**unbranded [2]** 571/12 571/17
**uncomfortable [3]** 557/20 573/10 712/20
**under [36]** 509/16 509/19 517/12 517/13 517/15 518/14 522/23 523/25 529/12 529/17 531/9 561/13 561/17 612/22 620/25 621/18 624/5 636/3 641/16 641/18 649/19 659/23 661/11 661/16 671/17 693/17 694/6 696/11 696/17 696/19 696/20 702/14 727/8 735/6 750/3 751/16
**under-appreciates [1]** 659/23
**undergraduate [1]** 731/4
**underscore [1]** 638/2
**understand [26]** 514/13 517/17 517/18 523/14 526/23 528/15 529/2 529/11 531/5 534/4 558/5 558/22 558/23 563/7 619/16 623/22 626/8 628/22 646/24 647/23 647/24 666/1 679/9 679/13 709/25 725/5
**understanding [13]** 515/11 520/22 524/3 528/13 536/3 573/17 613/20 625/22 626/9 644/10 668/18 746/9 751/10
**understands [1]** 573/15
**understood [10]** 523/4 532/13 533/2 603/17 606/17 613/17 615/16 616/9 690/17 746/15
**undisputed [1]** 530/15
**undue [1]** 522/23
**Uneasy [1]** 693/21
**unemployed [2]** 750/17 750/19
**unethical [4]** 556/9 558/2 565/3 583/23
**unethically [2]** 635/20 685/2
**unhappy [1]** 693/21
**unique [3]** 750/9 750/25 751/8
**unit [11]** 619/15 619/20 620/2 623/15 623/17 631/10 631/13 632/10 636/21 636/21 637/6
**UNITED [9]** 506/1 506/12 507/21 619/21 620/1 620/19 623/15 623/16 624/1
**United States [6]** 619/21 620/1 620/19 623/15 623/16 624/1
**university [1]** 736/22
**unlawful [1]** 620/12
**unless [3]** 514/1 533/11 687/20
**unlike [1]** 515/8
**unpleasant [1]** 586/2
**unsubstantiated [12]** 589/25 590/12 590/14 590/23 590/25 598/12 598/15 598/20 599/8 626/17 626/18 627/4
**until [22]** 531/16 537/14 548/24 559/24 606/19 606/20 606/22 606/25 607/10 607/14 610/22 611/1 629/5 664/4 675/25 686/9 736/12 737/11 737/15 742/9 752/12 752/13
**untrustworthy [3]** 735/24 738/1 753/21
**up [128]** 511/2 516/25 527/10 527/18 529/24 529/25 530/7 531/5 531/17 531/18 531/20 531/22 533/4 537/14 538/10 538/21 540/5 540/9 541/15 543/16 545/13 545/23 551/9 551/12 552/23 553/2 553/13 554/14 555/23 556/13 557/5 559/25 561/5 562/10 563/21 564/2 564/12 566/12 566/25 568/2 569/25 572/12 572/18 572/20 579/1 579/11 581/21 581/23 584/19 585/17 586/8 589/18 590/5 592/6 593/1 596/9 598/6 600/14 602/8 607/7 607/7 621/18 622/2 629/13 633/6 633/12 633/15 634/19 636/17 637/14 637/21 640/7 643/8 649/24 657/4 657/7 665/2 665/3 666/23 667/4 668/17 672/6 680/19 683/11 683/13 683/17 683/22 683/25 684/2 684/6 684/10 684/11 684/17 686/14 687/2 687/5 689/6 690/14 692/12 694/17 697/7 697/12 698/2 701/12 702/13 705/24 705/25 709/10 709/13 709/15 709/21 709/23 710/22 712/1 718/6 720/18 720/19 723/2 725/19 726/5 735/13 736/12 751/7 752/19 753/13 753/16 755/14
**up-to-date [1]** 687/2
**update [3]** 551/13 631/18 668/8
**updated [1]** 739/12
**updates [2]** 645/16 686/24
**upholding [1]** 704/19
**upon [8]** 525/21 525/25 525/25 526/6 526/10 526/18 527/18 529/5
**upset [8]** 562/25 563/6 563/9 673/17 673/20 673/21 701/15 714/2
**us [33]** 511/15 531/3 540/11 544/3 547/16 550/24 553/7 567/2 603/8 617/3 619/10 631/2 635/6 647/5 659/19 690/23 697/9 698/14 718/14 719/3 719/4 720/1 720/12 720/18 721/2 722/18 724/11 725/21 726/5 728/4 728/10 730/8 734/3
**use [21]** 542/11 550/4 569/14 608/22 609/10 612/12 616/4 616/10 620/14 623/25 630/25 661/3 661/25 662/6 666/1 667/19 723/2 730/25 749/13 750/11 750/13
**used [13]** 616/6 656/23 657/17 666/9 666/24 670/17 719/5 720/15 747/5 748/9 748/24 749/15 750/14
**useful [1]** 598/18
**uses [2]** 616/1 622/20
**using [7]** 544/22 623/6 623/10 626/19 659/4 666/13 735/20
**usual [1]** 644/2
**usually [12]** 517/2 538/18 560/15 562/6 580/2 580/15 594/18 699/24 700/2 720/11 721/2 725/18
**Utah [9]** 603/2 616/23 712/5 720/11 725/11 746/5 746/7 750/17 750/20

**V**

**vacation [3]** 566/21 567/17 674/8
**vaccine [3]** 622/22 623/25 624/10
**value [1]** 532/17
**variety [1]** 515/14
**various [1]** 687/4
**Veeva [1]** 654/9
**verbally [1]** 666/9
**verdict [5]** 509/24 510/1 510/9 510/14 511/4
**verify [7]** 740/17 740/24 741/1 741/7 744/4 746/19 746/21
**versus [5]** 582/25 675/24 676/12 704/11 728/2
**very [88]** 510/18 510/20 513/6 520/3 525/4 525/18 529/7 538/13 544/12 548/7 548/20 550/11 552/14 553/25 554/1 554/12 555/2 563/9 568/17 569/9 571/2 573/8 573/10 576/19 576/21 577/11 578/9 579/14 582/9 584/1 585/7 586/2 586/3 588/13 588/15 592/2 604/8 617/23 618/18 627/18 627/20 628/7 628/23 631/5 631/18 632/20 633/11 647/4 647/24 648/5 648/6 648/13 648/18 649/7 667/13 670/20 673/4 673/20 684/4 684/14 689/25 690/12 712/20 714/2 714/10 714/13 714/16 719/22 719/25 720/3 720/4 721/1 721/8 721/24 724/22 725/13 725/15 725/15 725/16 725/16 725/22 726/3 726/18 728/7 728/7 734/11 754/20
**via [6]** 560/6 618/24 624/20 677/9 688/17 691/14
**vice [4]** 619/12 619/14 623/14 631/10 636/20 639/22
**video [4]** 606/5 617/17 618/24 691/14
**view [5]** 528/5 581/9 738/1 738/22 753/21
**vindictive [1]** 562/5
**violating [2]** 565/4 717/8
**violation [3]** 620/14 621/14 755/2
**violations [2]** 621/1 634/17
**Virginia [2]** 732/10 732/11
**virtual [8]** 516/18 519/1 582/25 650/14 650/15 667/25 689/23 702/24
**virtually [3]** 703/3 703/5 703/6
**visit [13]** 692/15 692/23 694/4 694/17 694/18 696/6 697/6 697/14 697/20 697/25 698/2 711/20 711/20
**vocational [9]** 730/5 730/8 730/16 730/19 731/9 732/25 733/1 740/2 752/15
**voice [1]** 545/14
**volatile [1]** 592/2
**Volume [1]** 506/10

**W**

**wage [3]** 747/7 748/5 749/4
**wages [1]** 735/11
**waited [2]** 559/24 664/4
**waiting [2]** 576/6 648/2
**waived [1]** 526/23
**wake [3]** 538/21 585/17 625/23
**walk [5]** 547/16 551/18 552/9 683/19 734/3
**walks [1]** 726/2
**wall [1]** 584/14
**want [63]** 511/25 512/22 521/2 524/18 532/24 534/4 544/15
545/22 546/16 550/16 550/19 550/25 554/14 555/24 557/4
557/19 564/15 564/25 578/6 585/10 588/12 588/13 589/2 594/8
594/8 594/13 596/2 596/22 609/16 623/20 624/12 625/14
626/10 628/22 630/10 635/4 635/16 639/21 640/9 642/2 643/11
648/5 649/1 649/4 649/10 661/23 674/17 678/24 679/13 679/16
695/7 695/19 696/25 698/17 713/10 720/20 725/14 731/2 733/6
736/7 753/2 753/18 754/22
**wanted [29]** 512/7 521/11 525/9 526/22 528/6 540/11 540/20
540/21 543/15 544/5 544/22 554/1 555/5 555/10 567/3 571/1
573/20 584/25 587/22 590/5 609/12 617/20 618/11 632/22
643/6 694/4 724/19 735/10 752/10
**wanting [2]** 592/18 668/5
**wants [6]** 511/22 512/6 512/25 530/10 580/7 654/4
**warning [31]** 562/16 582/15 583/17 583/19 584/5 584/7 584/16
584/17 595/4 595/14 598/16 599/12 607/18 611/5 680/8 680/14
680/18 680/25 681/5 687/23 687/25 688/15 688/24 702/18
702/24 703/14 703/17 703/20 703/25 704/16 704/19
**was [755]**
Washington **[2]** 507/4 650/7
**wasn't [45]** 513/23 513/24 522/10 542/9 542/12 542/19 544/21
550/11 553/7 554/10 554/13 561/7 562/20 562/21 565/11
565/17 566/17 566/17 574/6 580/23 584/15 584/23 597/25
597/25 602/23 606/25 609/8 613/19 613/21 629/4 644/24
645/15 645/15 645/17 656/9 667/12 668/14 682/19 686/8
700/21 707/24 711/21 713/8 725/19 737/19
**waste [2]** 519/22 679/24
**watch [3]** 522/25 523/2 679/22
**watched [1]** 548/23 714/15
**watching [5]** 606/6 653/22 699/25 700/10 714/10
**water [1]** 713/14
**way [29]** 518/18 524/16 530/17 531/3 532/4 538/21 539/13
558/8 558/18 558/18 559/3 562/14 565/5 616/21 625/22 631/16
635/16 637/1 659/11 665/2 672/8 673/1 676/3 690/21 714/16
731/21 732/22 738/20 755/16
**ways [3]** 539/12 597/22 653/15
**we [544]**
We'd **[1]** 657/4
**we're [6]** 529/20 540/7 558/24 577/12 584/1 584/4
**we've [11]** 531/22 567/17 579/25 580/19 597/21 600/17 600/17
688/20 715/4 715/17 755/21
**weather [6]** 657/2 657/3 657/3 657/4 657/5 657/14
**website [2]** 623/10 635/10
**Wednesday [1]** 648/24
**week [9]** 553/19 566/24 577/7 577/10 596/10 699/15 699/16
700/25 739/4
**weekend [4]** 725/7 725/13 726/6 726/23
**weekends [2]** 719/4 725/9
**weeks [9]** 583/21 584/3 592/20 594/17 596/6 665/7 675/25
750/17 750/20
**weird [3]** 538/15 556/21 556/21
Welch **[6]** 624/15 625/19 637/15 645/3 645/3 645/13
**welcome [2]** 619/11 643/5
**well [105]** 511/8 515/8 515/10 519/4 519/8 527/6 528/17 528/19
538/25 540/16 540/19 541/17 541/22 542/5 543/1 545/6 546/16
546/22 548/1 548/20 548/22 549/14 549/23 551/23 552/15
553/14 553/21 553/25 554/1 554/9 555/4 555/9 556/14 556/20
557/2 559/15 559/18 559/19 560/13 561/16 561/16 561/21
562/11 563/9 563/20 565/2 568/18 568/22 570/10 570/25
572/13 574/4 574/11 574/17 576/19 576/24 577/7 579/9 580/12
581/8 581/21 585/5 589/17 590/22 597/4 597/14 598/16 600/14
607/3 609/23 612/5 617/3 628/5 628/22 633/24 637/24 639/5
653/10 653/13 657/9 657/11 664/24 673/1 677/3 681/1 684/15
688/18 689/14 697/17 704/11 709/16 713/12 719/2 728/3 734/5
734/9 734/25 739/3 741/10 742/13 743/22 744/22 745/3 748/24
751/17
**went [46]** 518/12 528/12 530/6 530/6 544/19 544/25 545/1
547/7 549/1 552/4 552/17 554/3 556/5 558/5 558/22 559/5
562/18 564/14 572/21 573/3 593/10 593/24 594/16 635/4
651/16 664/23 664/24 671/12 671/19 672/4 673/22 674/8 676/2
676/6 676/11 677/7 685/25 711/20 711/25 712/2 718/20 719/4
719/6 720/21 726/6 755/16
**were [286]**
**weren't [11]** 542/9 565/8 586/23 598/14 629/19 656/14 669/7
701/13 705/20 713/23 714/6
**whack [2]** 581/11 703/13
**what [318]**
**what's [13]** 541/17 542/4 545/13 548/18 556/19 557/16 562/20
577/9 586/13 593/17 593/22 597/24 731/23
**whatever [9]** 522/8 528/6 530/21 536/18 576/7 585/7 623/9
635/13 719/8
**when [121]** 515/7 517/1 527/4 540/25 541/10 544/10 544/25
547/4 547/25 548/18 549/13 551/24 552/14 556/2 556/25 557/5
558/8 560/14 562/15 562/18 564/13 566/2 569/25 573/23 576/4
579/19 580/14 584/5 584/17 585/17 585/23 586/21 587/13
588/4 590/13 590/21 593/18 600/24 601/15 602/17 609/21
610/2 611/7 612/12 612/16 618/13 620/1 622/19 623/15 624/11
624/20 625/24 628/10 631/23 631/23 634/11 635/10 637/17
637/22 640/20 640/24 645/13 651/13 651/16 652/3 653/22
654/9 654/11 654/19 661/11 669/12 671/2 672/7 672/12 673/11
675/16 675/25 676/21 676/22 679/10 679/23 680/16 680/20
682/18 683/20 684/19 685/15 699/8 699/10 699/20 700/6
700/14 700/18 700/21 700/23 701/1 701/6 708/14 709/9 709/20
710/2 710/6 711/7 712/2 712/12 712/12 713/12 715/1 719/9
721/23 723/18 724/16 724/21 725/13 740/20 747/11 749/13
749/17 749/24 750/2 751/7
**whenever [2]** 536/19 724/15
**where [44]** 509/19 510/23 531/22 541/5 541/6 541/22 552/2
552/3 552/14 553/2 553/17 556/11 557/21 560/10 572/5 573/17
573/18 578/14 578/17 578/18 596/13 605/8 607/23 642/14
645/7 645/18 651/4 660/10 661/18 662/4 669/23 672/23 672/24
676/3 693/6 694/13 696/8 710/20 711/1 711/10 712/2 714/15
720/10 730/14
**whether [16]** 518/24 521/23 524/2 525/1 591/12 610/9 634/8
637/18 639/12 644/21 666/24 691/3 728/25 735/16 742/14
745/4
**which [42]** 509/19 511/12 514/9 514/20 516/13 516/23 517/12
519/20 520/15 529/13 530/12 531/11 532/15 532/16 533/18
536/4 568/21 581/1 603/8 604/9 609/2 610/15 618/6 645/3
646/20 648/10 650/6 659/7 675/10 680/2 684/22 687/23 688/20
689/17 701/11 726/20 731/10 731/12 734/3 746/21 752/17
753/8
**which is [1]** 726/20
**while [13]** 562/25 594/2 661/2 661/7 681/17 686/15 686/25
687/6 700/9 720/16 720/21 738/13 741/21
**whistleblower [17]** 510/4 510/23 735/23 737/24 738/21 740/18
740/25 750/9 750/25 751/3 751/9 751/11 751/13 751/16 751/19
753/1 754/5
**whistleblowers [6]** 735/23 737/6 737/24 751/2 751/4 753/21
**whistleblowing [2]** 518/3 753/9
**whiteboard [1]** 548/23
**who [87]** 510/10 511/1 512/13 512/15 512/16 512/18 512/18
514/12 515/23 517/5 517/10 518/10 520/20 521/19 522/6
523/11 523/13 524/8 529/13 539/3 539/3 539/4 539/25 540/8
540/9 540/13 540/15 540/22 541/2 541/15 541/16 541/21
547/15 547/16 548/15 549/24 549/24 549/24 551/18 553/4
557/14 573/4 574/11 574/21 574/24 578/3 578/7 586/11 586/11
588/6 589/5 589/12 590/2 590/8 594/3 597/1 597/2 597/18
609/17 620/5 628/3 628/10 628/24 631/8 633/24 635/12 648/22
653/17 662/14 662/15 662/23 664/7 685/5 685/8 708/10 710/15
715/10 715/16 716/23 728/9 730/14 744/6 749/16 750/7 751/21
753/18 754/11
**whoa [3]** 544/11 546/18 552/3
**whole [28]** 509/25 513/17 518/22 519/14 519/18 522/7 548/17
555/10 565/15 573/16 579/10 579/11 585/8 586/13 601/12

**W**

**whole... [13]** 602/16 619/24 648/8 653/3 664/14 668/12 669/14 676/2 687/21 687/24 689/5 708/24 720/16

**why [52]** 512/8 512/21 513/11 516/19 523/9 529/12 530/10 539/16 539/20 542/8 544/14 546/14 547/21 549/11 553/24 555/3 555/8 556/16 562/1 564/12 570/24 574/16 584/13 585/4 585/13 591/20 598/8 612/6 633/4 644/4 646/14 660/20 664/16 667/17 677/7 689/10 693/2 701/18 707/15 709/12 709/25 713/7 716/19 721/25 722/5 737/5 737/23 740/20 748/4 750/5 753/18 755/1

**widely [1]** 635/3

**wiggle [1]** 756/9

**will [111]** 510/10 510/11 510/12 510/25 511/1 511/2 511/3 511/3 511/4 511/11 512/2 512/7 514/5 515/5 515/9 516/19 517/17 521/2 521/6 522/4 522/25 523/2 524/6 528/6 528/16 528/18 531/2 531/15 531/16 531/17 531/20 531/21 532/7 532/25 533/14 533/18 533/25 534/3 536/17 536/23 542/14 545/11 545/12 556/14 558/19 560/15 562/13 563/12 563/13 564/19 564/22 570/4 570/11 574/20 575/21 584/17 584/19 584/19 585/6 588/9 588/15 588/15 592/8 599/2 605/17 606/24 613/25 617/14 617/16 617/21 618/5 618/6 618/16 631/2 636/10 637/6 641/24 643/21 644/8 646/13 647/10 647/19 648/7 648/8 648/11 664/2 665/10 666/21 685/1 687/2 688/6 702/14 731/19 736/13 736/15 736/16 737/20 738/3 738/8 738/10 738/15 738/25 740/22 753/12 754/15 754/19 755/18 755/21 756/3 756/4 756/16

**Williamson [1]** 507/12

**willing [6]** 514/6 514/19 517/19 569/9 585/9 644/2

**win [7]** 551/21 558/6 558/17 558/23 565/5 572/6 572/15

**window [1]** 750/10

**wink [8]** 575/19 575/19 636/1 636/1 636/8 636/8 670/17 670/17

**winning [2]** 558/15 559/2

**wise [3]** 576/17 576/17 713/18

**wishes [1]** 519/20

**wishing [1]** 521/20

**withdraw [1]** 511/20

**withdrawn [3]** 720/17 728/4 728/7

**withdrew [1]** 527/24

**within [15]** 546/22 560/10 564/24 580/22 623/18 637/19 640/8 640/24 644/17 650/5 666/8 670/10 677/17 739/21 740/2

**without [20]** 524/25 543/16 559/8 565/4 575/3 575/4 578/21 579/5 582/7 612/9 612/16 612/22 612/23 650/18 650/21 650/24 671/23 676/8 749/19 757/5

**witness [52]** 516/19 523/13 523/13 523/24 524/3 524/8 524/23 525/2 525/11 526/19 527/3 527/7 537/5 537/18 537/24 617/17 618/21 618/24 646/1 646/17 646/25 647/2 648/22 648/22 690/9 690/14 690/21 691/3 691/10 691/14 698/9 698/21 698/22 702/8 716/9 717/22 717/24 718/8 722/13 722/16 722/22 725/24 729/7 729/12 729/18 732/3 741/7 754/8 754/11 755/9 756/4

**witness's [1]** 691/5

**witnesses [41]** 508/3 511/18 512/2 512/4 512/7 512/9 512/22 513/13 513/18 513/25 514/2 514/7 514/13 517/25 518/8 518/10 519/5 520/5 520/20 520/24 521/6 521/10 521/12 522/6 522/21 526/1 527/5 648/5 648/7 648/18 649/2 649/5 649/10 687/22 712/1 741/17 755/14 755/18 755/21 755/24

**woman [1]** 724/5

**won't [3]** 531/20 564/5 618/15

**wonder [1]** 543/8

**wonderful [3]** 509/9 511/7 538/21

**wondering [1]** 576/6

**word [7]** 531/4 541/9 590/11 590/16 698/5 710/9 721/7

**wording [1]** 721/8

**words [4]** 590/25 591/3 598/14 678/24

**work [37]** 521/5 532/7 538/6 563/11 576/14 576/15 579/23 585/6 588/25 641/6 644/3 646/5 665/2 684/14 686/23 694/16 694/18 694/19 694/21 700/3 720/3 723/10 730/6 730/6 734/9 736/10 736/15 736/17 738/5 748/22 749/14 749/18 750/4 750/12 756/16

**work-oriented [1]** 720/3

**worked [10]** 538/8 619/16 662/10 662/14 701/12 724/21 728/20 742/22 747/11 751/3

**worker [1]** 723/9

**workers [1]** 722/6

**workers' [2]** 730/11 732/7

**working [17]** 537/14 560/12 575/21 586/12 606/6 617/19 629/8 636/10 640/24 669/20 684/12 710/15 710/20 714/4 722/7 736/19 748/6

**works [1]** 531/19

**Worksheet [1]** 657/25

**world [4]** 593/6 593/11 593/16 750/4

**worried [3]** 569/25 570/5 649/2

**worry [5]** 546/20 570/8 570/9 570/11 686/1

**worse [3]** 562/22 693/7 693/22

**worsening [1]** 694/23

**worthy [1]** 587/21

**would [214]** 509/4 509/5 509/12 509/24 510/4 510/7 510/14 510/15 510/16 510/18 510/20 510/21 511/6 511/15 513/14 514/8 515/22 519/6 519/15 519/24 530/18 530/21 531/15 532/1 532/12 532/21 535/25 537/7 537/25 538/9 538/17 538/18 540/12 542/1 543/24 544/4 544/7 547/19 549/20 554/24 554/25 555/6 555/7 555/8 560/18 561/14 563/22 564/1 565/3 565/5 565/9 567/1 567/22 569/1 571/25 577/10 577/16 583/16 585/17 589/15 590/20 596/12 598/4 602/3 603/17 608/22 610/4 613/23 614/11 618/22 619/1 621/18 621/23 627/13 628/14 630/1 630/4 631/18 632/7 633/3 633/11 633/12 634/9 636/2 637/19 639/18 639/18 640/8 640/20 640/23 643/13 645/16 645/16 646/15 648/9 648/13 648/15 648/21 652/11 653/10 653/25 655/25 660/20 661/5 662/16 662/16 662/17 662/21 664/21 666/1 668/6 668/20 669/3 674/16 680/16 682/17 684/2 684/6 684/6 687/1 689/5 691/12 692/10 692/20 697/24 698/23 699/13 699/15 699/17 699/20 699/21 700/1 700/6 700/7 700/9 700/11 700/18 700/24 701/1 701/8 701/8 701/11 703/14 705/22 706/1 706/3 708/4 708/20 709/13 709/21 710/18 710/18 714/14 715/22 715/22 717/14 717/23 718/1 718/2 718/9 719/11 719/13 719/16 721/6 722/2 722/23 723/24 724/8 725/20 726/2 726/2 726/5 726/5 726/15 726/15 727/4 727/4 727/18 728/6 728/6 729/19 732/24 734/7 735/12 736/1 738/13 741/8 742/9 743/13 743/16 743/20 744/6 744/7 744/23 745/22 746/4 746/7 747/10 748/6 748/14 748/18 749/4 749/5 749/14 749/17 749/22 750/1 750/12 750/16 753/1 753/3 754/12 754/12 756/6

**wouldn't [18]** 517/3 566/25 627/20 627/22 631/14 639/3 651/24 653/10 655/8 662/17 663/2 663/3 701/3 706/4 717/12 743/24 745/22 748/7

**wouldn't know [1]** 663/2

**wow [4]** 544/11 553/11 604/12 606/5

**wrinkles [12]** 549/20 549/21 607/1 607/7 607/10 610/14 610/15 610/17 611/1 611/8 711/5 711/6

**write [11]** 563/21 563/22 564/1 564/12 604/12 604/24 640/21 673/15 694/20 716/3 743/8

**write-up [1]** 564/12

**writes [3]** 605/6 675/16 686/23

**writing [4]** 556/13 563/20 563/24 584/14

**written [30]** 516/8 582/15 583/17 583/19 584/5 584/7 584/16 584/17 595/14 599/12 607/18 611/5 666/10 680/8 680/14 680/18 681/4 687/23 687/25 688/15 688/23 702/18 702/24 703/14 703/17 703/20 703/25 704/16 704/19 739/8

**wrong [6]** 541/18 633/9 633/15 666/19 701/16 725/16

**wrote [10]** 556/5 561/2 573/7 575/24 605/24 607/12 670/25 716/13 739/9 739/9

**Wyatt [1]** 507/12

---

**Y**

**yay [2]** 593/14 593/14

**yeah [37]** 539/25 548/12 551/16 565/7 569/21 569/24 579/17 582/8 582/22 585/25 586/16 599/7 634/11 640/7 641/4 645/11 661/10 669/5 671/1 671/8 677/22 680/23 685/25 689/7 699/21 700/11 700/13 701/5 701/8 701/11 702/2 706/18 707/8 713/5 716/20 727/18 752/2

**year [45]** 516/24 518/16 522/2 534/3 545/6 547/19 547/20 547/23 548/4 558/7 558/11 560/5 561/7 562/1 562/22 566/6 572/6 579/10 579/11 600/25 611/24 612/3 617/5 618/5 651/7 653/7 653/13 669/13 674/3 675/18 702/3 702/4 705/14 705/16 717/6 719/6 719/6 723/13 724/17 724/20 733/15 743/19 744/8 745/8 747/22

**Y**

**year-and-a-half [2]** 545/6 702/4
**year-end [1]** 547/20
**years [40]** 516/22 516/22 518/15 521/16 522/1 538/8 538/9
561/8 565/19 583/6 583/9 629/13 630/15 670/10 670/14 691/25
699/12 705/24 715/5 715/11 718/24 723/13 723/17 725/8 730/6
730/10 730/13 732/6 736/10 737/9 747/15 747/19 747/25 748/3
748/5 748/12 748/19 748/25 749/2 749/3
**yes [466]**
**yesterday [7]** 509/10 510/7 515/1 515/14 518/4 686/24 755/21
**yet [5]** 542/23 570/9 570/10 573/5 656/14
**York [1]** 732/11
**you [1481]**
**you' [1]** 580/16
**you'd [2]** 581/7 689/25
**you'll [3]** 582/11 611/18 665/3
**you're [27]** 540/23 556/4 556/11 559/9 562/3 562/25 563/6
566/8 567/20 570/20 585/24 600/6 612/11 619/11 628/23 632/9
636/20 640/24 643/5 667/1 669/1 671/17 672/10 686/10 723/19
726/21 753/7
**you've [4]** 561/23 725/2 728/1 751/24
**young [1]** 701/13
**younger [6]** 515/19 515/19 515/21 566/8 602/17 673/24
**your [449]**
**Your Honor [64]** 509/8 512/4 512/6 512/8 512/22 513/14 514/1
515/13 515/22 516/21 517/4 517/21 517/24 520/3 520/10
521/14 522/4 523/7 523/17 523/22 524/7 524/19 524/22 525/9
525/15 527/25 528/9 529/7 529/14 529/20 530/14 531/2 531/24
532/3 532/13 532/15 533/4 533/15 535/1 535/21 535/22 537/4
537/19 617/12 632/12 638/14 641/15 641/21 641/23 642/3
646/2 646/11 646/23 647/11 691/1 695/12 716/8 727/7 728/11
734/15 735/4 747/2 755/11 756/2
**Your Honor's [1]** 529/9
**yourself [8]** 603/2 611/13 645/2 682/25 699/4 718/15 723/6
730/3

**Z**

**zoom [5]** 643/10 688/13 688/13 710/17 710/18