IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUZANNE IVIE,                       )
                                    )
         Plaintiff,                 )    3:19-cv-01657-JR
                                    )
vs.                                 )    June 22, 2021
                                    )
ASTRAZENECA PHARMACEUTICALS, LP,    )    Portland, Oregon
                                    )
         Defendant.                 )

(Jury Trial - Volume 7)

BEFORE THE HONORABLE JOLIE A. RUSSO

UNITED STATES DISTRICT COURT MAGISTRATE

|   |   |   |
|---|---|---|
| 1 | | APPEARANCES |
| 2 | | |
| 3 | FOR THE PLAINTIFF: | Anita Mazumdar Chambers<br>Robert Scott Oswald<br>The Employment Law Group<br>1717 K Street, NW, Suite 1110<br>Washington, DC  20006 |
| 6 | FOR THE DEFENDANT: | Melinda S. Riechert<br>Morgan, Lewis & Bockius, LLP<br>1400 Page Mill Road<br>Palo Alto, CA  94304 |
| 9 | | Ryan P. McCarthy<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103 |
| 11 | | Anne M. Talcott<br>Schwabe, Williamson & Wyatt<br>1211 SW Fifth Avenue, Suite 1900<br>Portland, OR  97204 |
| 21 | COURT REPORTER: | Dennis W. Apodaca, RDR, FCRR, CRR<br>United States District Courthouse<br>1000 SW Third Avenue, Room 301<br>Portland, OR  97204<br>(503) 326-8182 |

INDEX

Jury question                                           1118

Jury verdict                                            1119

Renewed motion                                          1125

```
 1                    (June 22, 2021)
 2                  P R O C E E D I N G S
 3           (Open court; jury not present; 10:55 a.m.)
 4           THE COURT:  As you know, they recessed last night
 5   right around five o'clock.  They were back here bright early at
 6   nine o'clock working hard.
 7           There is a note from the presiding juror:  "Is it
 8   possible to receive a physical or digital copy of both
 9   counsel's reference materials; specifically timelines?"
10           What that mean by that are all of those demonstrative
11   exhibits -- those great big boards that you both had.  My
12   inclination is to tell them those are not exhibits that were
13   admitted into evidence.  The short answer is no.
14           MR. OSWALD:  I am fine with that.
15           MS. RIECHERT:  No objection to them not getting the
16   timelines, because they are not in evidence.  Therefore, they
17   are demonstratives.  Therefore, they are not entitled to see
18   them.
19           MR. OSWALD:  Well, I'm just trying to be responsive
20   to the jurors.  I think they have seen all of these, but I also
21   recognize, quite frankly, that if Melinda says no, then the
22   answer is no.
23           THE COURT:  You have to agree.
24           MR. OSWALD:  I get that.  She is going to veto it.
25           THE COURT:  I am just going to just tell them, no,
```

1  these are demonstrative exhibits not in evidence, and that will
2  be the answer.
3          Thank you.
4          MS. RIECHERT:  Thank you.
5          (Recess pending verdict.)
6          (Open court; jury not present:)
7          THE COURT:  I understand we have a verdict.
8  Everybody is here.
9          Mr. Magnuson, will you get the jury, please.
10         MS. RIECHERT:  Your Honor, I did raise that issue
11 whether we would be allowed to talk to the jurors after the
12 verdict, if they are willing to do so.
13         THE COURT:  I'm happy to go back and ask them if they
14 are interested.
15         MS. RIECHERT:  Thank you very much.
16         (Open court; jury present:)
17         THE COURT:  You may be seated.
18         Good afternoon.  Again, thank you.
19         Has the jury reached a unanimous verdict?
20         PRESIDING JUROR:  We have.
21         THE COURT:  And you are the presiding juror, sir?
22         PRESIDING JUROR:  I am.
23         THE COURT:  Will you please hand the verdict to
24 Mr. Magnuson.
25         The verdict will now be published, and all that means

1  is that I'm now going to read the verdict aloud in open court.
2  I ask you jurors to please pay close attention as I read the
3  verdict, because following the reading, I will ask each of you
4  individually whether the verdict, as read, constitutes your
5  individual verdict in all respects.
6           "Verdict form.  We, the jury, being first duly
7  impaneled and sworn, do find our verdicts as follows:
8           "Question No. 1, claim for False Claims Act
9  retaliation:  Did plaintiff prove by a preponderance of the
10 evidence that defendant terminated plaintiff because she
11 complained about her manager's alleged encouragement of
12 off-label drug marketing; that is, that defendant would not
13 have terminated plaintiff but for that complaint?"
14          The answer is, "No."
15          "Question 2.  Claim for Oregon Whistleblower
16 Protection Law retaliation.  Did plaintiff prove by a
17 preponderance of the evidence that defendant terminated
18 plaintiff because she made a good-faith report of conduct by
19 defendant that she believed to be a violation of state or
20 federal law, rule, or regulation?  That is, that plaintiff's
21 report made a difference in defendant's decision to terminate
22 plaintiff?"
23          The answer to that question is "yes."
24          "Go to question 3.
25          "Question 3.  Claim for Age Discrimination and

Employment Act discrimination.

"Did plaintiff prove by a preponderance of the evidence that defendant terminated the plaintiff because of her age? That is, that defendant would not have terminated the plaintiff but for her age?"

The answer to that question is "no."

"Question 4. Claim for Age Discrimination in Employment Act retaliation. Did plaintiff prove by a preponderance of the evidence that the defendant terminated the plaintiff because she complained to defendant that she had been discriminated against based on her age? That is, that defendant would not have terminated the plaintiff but for that complaint?"

The answer to question 4 is "no."

"Question 5. Claim for Family and Medical Leave Act, Oregon Family Leave Act, retaliation/discrimination. Did plaintiff prove by a preponderance of the evidence that plaintiff's medical leave was a negative factor in the defendant's decision to terminate her employment?"

The answer to question 5 is "no."

"Question 6. Claim for state law employment discrimination. Did plaintiff prove that the plaintiff's age was a substantial factor in the defendant's decision to terminate the plaintiff? That is, that defendant would not have terminated the plaintiff but for her age."

Verdict

1  The answer to question six is "no."
2  "Question 7. Economic damages, backpay. What lost
3  wages and benefits, if any, did plaintiff prove by a
4  preponderance of the evidence that she sustained as a result of
5  defendant's unlawful actions from the date of plaintiff's
6  termination through the first day of this trial?"
7  And the answer to Question 7 is "$510,423."
8  "Question 8. Economic damages, front pay. What lost
9  wages and benefits, if any, did the plaintiff prove by a
10  preponderance of the evidence that she would have earned had
11  her employment not been terminated as a result of defendant's
12  unlawful actions for the period from the date of your verdict
13  until the date when plaintiff would have voluntarily
14  resigned/retired or obtained other employment?"
15  The answer to Question 8 is a zero is filled in.
16  "Question 9. Non-economic damages, emotional
17  distress, suffering, and reputational harm. What damages for
18  emotional distress, suffering, or reputational harm, if any,
19  did plaintiff prove by a preponderance of the evidence that she
20  sustained as a result of defendant's unlawful actions?"
21  The amount filled is "$1,872,000."
22  "Question 10. Mitigation of damages. Did defendant
23  prove by a preponderance of the evidence that plaintiff failed
24  to use reasonable efforts to mitigate her damages?"
25  The answer is "no."

1  "Question 11. By what amount, if any, should
2  plaintiff's damages be reduced because she failed to mitigate
3  her damages?"
4  There is a zero written in.
5  And finally, "Question 12. Age Discrimination in
6  Employment Act, willfulness. Did the plaintiff prove by a
7  preponderance of the evidence that of the defendant knew or
8  showed reckless disregard for whether the plaintiff's
9  termination was prohibited by the Age Discrimination and
10 Employment Act?"
11 The answer to question 12 is "no."
12 Dated today, June 22nd, 2021, signed by the presiding
13 juror.
14 As I indicated, I'm now going to poll you
15 individually, and I'm going to ask you the same question.
16 Juror No. 1, is this your verdict?
17 JUROR: Yes.
18 THE COURT: Juror No. 2, is this your verdict?
19 JUROR: Yes.
20 THE COURT: Juror No. 3, is this your verdict?
21 JUROR: Yes.
22 THE COURT: Juror No. 4, is this your verdict?
23 JUROR: Yes.
24 THE COURT: Juror No. 5, is this your verdict?
25 JUROR: Yes.

1     THE COURT: Juror No. 6, is this your verdict?

2     JUROR: Yes.

3     THE COURT: And juror No. 7, is this your verdict?

4     JUROR: Yes.

5     THE COURT: Thank you. Would counsel like to look at
6 the verdict?

7     THE CLERK: I can make copies for them.

8     THE COURT: I am going to instruct the clerk to file
9 and record the verdict.

10     Jury, thank you very much, on behalf of the Court, on
11 behalf of the parties for your service. I'm going to ask you
12 if you would please return to the jury room for just a few
13 minutes. There is just a little bit of business that we will
14 need to conduct, and then I would like to come back to the jury
15 room to chat with you for a few minutes.

16     If I could ask you to please return to the jury room
17 and hold for a few minutes.

18     Thank you.

19     (Open court; jury not present:)

20     THE COURT: Please be seated.

21     Anything in addition this afternoon? I understand
22 defense counsel would like to talk with the jury. I indicated
23 that I would go back and chat with them, and then I'll ask the
24 jurors if they're interested in that.

25     MS. RIECHERT: Then you'll let us know?

1      THE COURT: Absolutely.

2      MS. RIECHERT: I would like to renew our motion for
3  JNOV -- or state a motion for JNOV on the second question with
4  respect to whether or not the Oregon law -- Oregon's
5  whistleblower law applies to someone who is not an Oregon
6  resident when no wrongful conduct took place at all in Oregon;
7  and therefore, Oregon law does not apply -- should not apply.
8  I would like to renew my motion on that ground.

9      THE COURT: Thank you.

10     Go ahead, Mr. Oswald.

11     MR. OSWALD: Your Honor, we will renew our motion as
12 well on the other claims under the federal False Claims Act and
13 under the Age Discrimination and Employment Act and the Family
14 Medical Leave Act; specifically the fact that the defendant did
15 not meet their prima facie burden to demonstrate a legitimate
16 nondiscriminatory reason for the firing, in light of the fact
17 that the June 6th, 2019, employment relations case against
18 Suzanne Ivie specifically stated the reason they are firing her
19 is because of the fact that she is not accepting the results of
20 the investigations and continuing to complain similarly, which
21 means, consistent with the remainder of the memo, what she is
22 complaining about is the federal False Claim Act and the Family
23 Medical Leave Act and Age Discrimination and Employment Act.
24 That itself is inextricably intertwined with the other
25 reasons -- the other reasons and the rationale for the firing.

1  That means the defendant cannot meet their burden under
2  McDonald Douglas in showing a legitimate business reason for
3  their termination.  Therefore, judgment on liability on those
4  counts should have been entered on behalf of Ms. Ivie.
5           THE COURT:  Thank you.
6           Those motions are denied.  Certainly the record has
7  been made.
8           Anything in addition before I go talk with the jury?
9           MR. OSWALD:  Nothing.
10          THE COURT:  I will ask them right off the bat if they
11 want to talk.
12          Thank you.  We need to counsel to stay for just a
13 moment to help with the exhibits.
14          (Court adjourned.)
15
16
17
18
19
20
21
22
23
24
25

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/ Dennis W. Apodaca                          September 28, 2021
DENNIS W. APODACA, RDR, RMR, FCRR, CRR                      DATE
Official Court Reporter

| | |
|---|---|
| **JUROR: [7]** 1123/16 1123/18 1123/20 1123/22 1123/24 1124/1 1124/3 | **addition [2]** 1124/21 1126/8 |
| **MR. OSWALD: [5]** 1118/13 1118/18 1118/23 1125/10 1126/8 | **adjourned [1]** 1126/14 |
| **MS. RIECHERT: [6]** 1118/14 1119/3 1119/9 1119/14 1124/24 1125/1 | **admitted [1]** 1118/13 |
| **PRESIDING JUROR: [2]** 1119/19 1119/21 | **after [1]** 1119/11 |
| **THE CLERK: [1]** 1124/6 | **afternoon [2]** 1119/18 1124/21 |
| **THE COURT: [21]** | **Again [1]** 1119/18 |

**$**
**$1,872,000 [1]** 1122/21
**$510,423 [1]** 1122/7

**-**
**--oOo [1]** 1127/2

**/**
**/s [1]** 1127/9

**1**
**10 [1]** 1122/22
**1000 [1]** 1116/22
**10:55 [1]** 1118/3
**11 [1]** 1123/1
**1110 [1]** 1116/4
**1118 [1]** 1117/2
**1119 [1]** 1117/3
**1125 [1]** 1117/4
**12 [2]** 1123/5 1123/11
**1211 [1]** 1116/12
**1400 [1]** 1116/7
**1701 [1]** 1116/10
**1717 [1]** 1116/4
**1900 [1]** 1116/12
**19103 [1]** 1116/10

**2**
**20006 [1]** 1116/4
**2019 [1]** 1125/17
**2021 [4]** 1115/5 1118/1 1123/12 1127/9
**22 [2]** 1115/5 1118/1
**22nd [1]** 1123/12
**28 [1]** 1127/9

**3**
**301 [1]** 1116/22
**326-8182 [1]** 1116/23
**3:19-cv-01657-JR [1]** 1115/4

**5**
**503 [1]** 1116/23

**6**
**6th [1]** 1125/17

**8**
**8182 [1]** 1116/23

**9**
**94304 [1]** 1116/7
**97204 [2]** 1116/13 1116/22

**A**
**a.m [1]** 1118/3
**about [2]** 1120/11 1125/22
**above [1]** 1127/6
**above-entitled [1]** 1127/6
**Absolutely [1]** 1125/1
**accepting [1]** 1125/19
**Act [13]** 1120/8 1121/1 1121/8 1121/15 1121/16 1123/6 1123/10 1125/12 1125/13 1125/14 1125/22 1125/23 1125/23
**actions [3]** 1122/5 1122/12 1122/20

**addition [2]** 1124/21 1126/8
**adjourned [1]** 1126/14
**admitted [1]** 1118/13
**after [1]** 1119/11
**afternoon [2]** 1119/18 1124/21
**Again [1]** 1119/18
**against [2]** 1121/11 1125/17
**age [11]** 1120/25 1121/4 1121/5 1121/7 1121/11 1121/22 1121/25 1123/5 1123/9 1125/13 1125/23
**agree [1]** 1118/23
**ahead [1]** 1125/10
**all [5]** 1118/10 1118/20 1119/25 1120/5 1125/6
**alleged [1]** 1120/11
**allowed [1]** 1119/11
**aloud [1]** 1120/1
**also [1]** 1118/20
**Alto [1]** 1116/7
**am [4]** 1118/14 1118/25 1119/22 1124/8
**amount [2]** 1122/21 1123/1
**Anita [1]** 1116/2
**Anne [1]** 1116/11
**answer [13]** 1118/13 1118/22 1119/2 1120/14 1120/23 1121/6 1121/14 1121/20 1122/1 1122/7 1122/15 1122/25 1123/11
**any [4]** 1122/3 1122/9 1122/18 1123/1
**Anything [2]** 1124/21 1126/8
**Apodaca [3]** 1116/21 1127/9 1127/10
**APPEARANCES [1]** 1116/1
**applies [1]** 1125/5
**apply [2]** 1125/7 1125/7
**are [11]** 1118/10 1118/12 1118/16 1118/17 1118/17 1119/1 1119/12 1119/14 1119/21 1125/18 1126/6
**around [1]** 1118/5
**as [9]** 1118/4 1120/2 1120/4 1120/7 1122/4 1122/11 1122/20 1123/14 1125/11
**ask [8]** 1119/13 1120/2 1120/3 1123/15 1124/11 1124/16 1124/23 1126/10
**ASTRAZENECA [1]** 1115/6
**attention [1]** 1120/2
**Avenue [2]** 1116/12 1116/22

**B**
**back [4]** 1118/5 1119/13 1124/14 1124/23
**backpay [1]** 1122/2
**based [1]** 1121/11
**bat [1]** 1126/10
**be [8]** 1118/19 1119/2 1119/11 1119/17 1119/25 1120/19 1123/2 1124/20
**because [8]** 1118/16 1120/3 1120/10 1120/18 1121/3 1121/10 1123/2 1125/19
**been [4]** 1121/10 1122/11 1126/4 1126/7
**before [2]** 1115/11 1126/8
**behalf [3]** 1124/10 1124/11 1126/4
**being [1]** 1120/6
**believed [1]** 1120/19
**below [1]** 1127/4
**benefits [2]** 1122/3 1122/9
**big [1]** 1118/11
**bit [1]** 1124/13
**boards [1]** 1118/11
**Bockius [2]** 1116/6 1116/9
**both [2]** 1118/8 1118/11
**bright [1]** 1118/5
**burden [2]** 1125/15 1126/1
**business [2]** 1124/13 1126/2

**C**
**CA [1]** 1116/7
**can [1]** 1124/7
**cannot [1]** 1126/1
**case [1]** 1125/17
**cause [1]** 1127/6
**Certainly [1]** 1126/6
**certified [1]** 1127/8

| | |
|---|---|
| **C** | |
| certify [1] 1127/4 | |
| Chambers [1] 1116/2 | |
| chat [2] 1124/15 1124/23 | |
| claim [7] 1120/8 1120/15 1120/25 1121/7 1121/15 1121/21 1125/22 | |
| claims [3] 1120/8 1125/12 1125/12 | |
| clerk [1] 1124/8 | |
| close [1] 1120/2 | |
| come [1] 1124/14 | |
| complain [1] 1125/20 | |
| complained [2] 1120/11 1121/10 | |
| complaining [1] 1125/22 | |
| complaint [2] 1120/13 1121/13 | |
| conduct [3] 1120/18 1124/14 1125/6 | |
| conformed [1] 1127/7 | |
| consistent [1] 1125/21 | |
| constitutes [1] 1120/4 | |
| continuing [1] 1125/20 | |
| copies [1] 1124/7 | |
| copy [1] 1118/8 | |
| correct [1] 1127/5 | |
| could [1] 1124/16 | |
| counsel [3] 1124/5 1124/22 1126/12 | |
| counsel's [1] 1118/9 | |
| counts [1] 1126/4 | |
| court [11] 1115/1 1115/12 1116/21 1118/3 1119/6 1119/16 1120/1 1124/10 1124/19 1126/14 1127/10 | |
| Courthouse [1] 1116/21 | |
| CRR [2] 1116/21 1127/10 | |
| cv [1] 1115/4 | |
| **D** | |
| damages [8] 1122/2 1122/8 1122/16 1122/17 1122/22 1122/24 1123/2 1123/3 | |
| date [4] 1122/5 1122/12 1122/13 1127/10 | |
| Dated [1] 1123/12 | |
| day [1] 1122/6 | |
| DC [1] 1116/4 | |
| decision [3] 1120/21 1121/19 1121/23 | |
| defendant [16] | |
| defendant's [6] 1120/21 1121/19 1121/23 1122/5 1122/11 1122/20 | |
| defense [1] 1124/22 | |
| demonstrate [1] 1125/15 | |
| demonstrative [2] 1118/10 1119/1 | |
| demonstratives [1] 1118/17 | |
| denied [1] 1126/6 | |
| Dennis [3] 1116/21 1127/9 1127/10 | |
| did [13] 1119/10 1120/9 1120/16 1121/2 1121/8 1121/16 1121/22 1122/3 1122/9 1122/19 1122/22 1123/6 1125/14 | |
| difference [1] 1120/21 | |
| digital [1] 1118/8 | |
| digitally [1] 1127/7 | |
| discriminated [1] 1121/11 | |
| discrimination [9] 1120/25 1121/1 1121/7 1121/16 1121/22 1123/5 1123/9 1125/13 1125/23 | |
| disregard [1] 1123/8 | |
| distress [2] 1122/17 1122/18 | |
| DISTRICT [4] 1115/1 1115/2 1115/12 1116/21 | |
| do [2] 1119/12 1120/7 | |
| does [1] 1125/7 | |
| Douglas [1] 1126/2 | |
| drug [1] 1120/12 | |
| duly [1] 1120/6 | |
| **E** | |
| each [1] 1120/3 | |
| early [1] 1118/5 | |
| earned [1] 1122/10 | |
| economic [3] 1122/2 1122/8 1122/16 | |
| efforts [1] 1122/24 | |

| | |
|---|---|
| emotional [2] 1122/16 1122/18 | |
| employment [12] 1116/3 1121/1 1121/8 1121/19 1121/21 1122/11 1122/14 1123/6 1123/10 1125/13 1125/17 1125/23 | |
| encouragement [1] 1120/11 | |
| entered [1] 1126/4 | |
| entitled [2] 1118/17 1127/6 | |
| Everybody [1] 1119/8 | |
| evidence [13] 1118/13 1118/16 1119/1 1120/10 1120/17 1121/3 1121/9 1121/17 1122/4 1122/10 1122/19 1122/23 1123/7 | |
| exhibits [4] 1118/11 1118/12 1119/1 1126/13 | |
| **F** | |
| facie [1] 1125/15 | |
| fact [3] 1125/14 1125/16 1125/19 | |
| factor [2] 1121/18 1121/23 | |
| failed [2] 1122/23 1123/2 | |
| faith [1] 1120/18 | |
| False [3] 1120/8 1125/12 1125/22 | |
| Family [4] 1121/15 1121/16 1125/13 1125/22 | |
| FCRR [2] 1116/21 1127/10 | |
| federal [3] 1120/20 1125/12 1125/22 | |
| few [3] 1124/12 1124/15 1124/17 | |
| Fifth [1] 1116/12 | |
| file [1] 1124/8 | |
| filled [2] 1122/15 1122/21 | |
| finally [1] 1123/5 | |
| find [1] 1120/7 | |
| fine [1] 1118/14 | |
| firing [3] 1125/16 1125/18 1125/25 | |
| first [2] 1120/6 1122/6 | |
| five [1] 1118/5 | |
| five o'clock [1] 1118/5 | |
| following [1] 1120/3 | |
| follows [1] 1120/7 | |
| foregoing [1] 1127/4 | |
| form [1] 1120/6 | |
| frankly [1] 1118/21 | |
| front [1] 1122/8 | |
| **G** | |
| get [2] 1118/24 1119/9 | |
| getting [1] 1118/15 | |
| go [5] 1119/13 1120/24 1124/23 1125/10 1126/8 | |
| going [7] 1118/24 1118/25 1120/1 1123/14 1123/15 1124/8 1124/11 | |
| good [2] 1119/18 1120/18 | |
| good-faith [1] 1120/18 | |
| great [1] 1118/11 | |
| ground [1] 1125/8 | |
| Group [1] 1116/3 | |
| **H** | |
| had [3] 1118/11 1121/10 1122/10 | |
| hand [1] 1119/23 | |
| happy [1] 1119/13 | |
| hard [1] 1118/6 | |
| harm [2] 1122/17 1122/18 | |
| has [2] 1119/19 1126/6 | |
| have [11] 1118/20 1118/23 1119/7 1119/20 1120/13 1121/4 1121/12 1121/25 1122/10 1122/13 1126/4 | |
| help [1] 1126/13 | |
| her [10] 1120/11 1121/3 1121/5 1121/11 1121/19 1121/25 1122/11 1122/24 1123/3 1125/18 | |
| here [2] 1118/5 1119/8 | |
| hold [1] 1124/17 | |
| Honor [2] 1119/10 1125/11 | |
| HONORABLE [1] 1115/11 | |
| **I** | |
| I'll [1] 1124/23 | |
| I'm [6] 1118/19 1119/13 1120/1 1123/14 1123/15 1124/11 | |
| impaneled [1] 1120/7 | |
| inclination [1] 1118/12 | |

## I

**INDEX [1]** 1117/1
**indicated [2]** 1123/14 1124/22
**individual [1]** 1120/5
**individually [2]** 1120/4 1123/15
**inextricably [1]** 1125/24
**instruct [1]** 1124/8
**interested [2]** 1119/14 1124/24
**intertwined [1]** 1125/24
**investigations [1]** 1125/20
**is [42]**
**issue [1]** 1119/10
**it [2]** 1118/7 1118/24
**itself [1]** 1125/24
**IVIE [3]** 1115/3 1125/18 1126/4

## J

**JNOV [2]** 1125/3 1125/3
**JOLIE [1]** 1115/11
**JR [1]** 1115/4
**judgment [1]** 1126/3
**June [4]** 1115/5 1118/1 1123/12 1125/17
**June 22nd [1]** 1123/12
**juror [10]** 1118/7 1119/21 1123/13 1123/16 1123/18 1123/20 1123/22 1123/24 1124/1 1124/3
**jurors [4]** 1118/20 1119/11 1120/2 1124/24
**jury [16]**
**just [6]** 1118/19 1118/25 1118/25 1124/12 1124/13 1126/12

## K

**knew [1]** 1123/7
**know [2]** 1118/4 1124/25

## L

**label [1]** 1120/12
**last [1]** 1118/4
**law [7]** 1116/3 1120/16 1120/20 1121/21 1125/4 1125/5 1125/7
**leave [5]** 1121/15 1121/16 1121/18 1125/14 1125/23
**legitimate [2]** 1125/15 1126/2
**let [1]** 1124/25
**Lewis [2]** 1116/6 1116/9
**liability [1]** 1126/3
**light [1]** 1125/16
**like [5]** 1124/5 1124/14 1124/22 1125/2 1125/8
**little [1]** 1124/13
**LLP [2]** 1116/6 1116/9
**look [1]** 1124/5
**lost [2]** 1122/2 1122/8
**LP [1]** 1115/6

## M

**made [3]** 1120/18 1120/21 1126/7
**MAGISTRATE [1]** 1115/12
**Magnuson [2]** 1119/9 1119/24
**make [1]** 1124/7
**manager's [1]** 1120/11
**Market [1]** 1116/10
**marketing [1]** 1120/12
**materials [1]** 1118/9
**may [1]** 1119/17
**Mazumdar [1]** 1116/2
**McCarthy [1]** 1116/9
**McDonald [1]** 1126/2
**mean [1]** 1118/10
**means [3]** 1119/25 1125/21 1126/1
**medical [4]** 1121/15 1121/18 1125/14 1125/23
**meet [2]** 1125/15 1126/1
**Melinda [2]** 1116/6 1118/21
**memo [1]** 1125/21
**Mill [1]** 1116/7
**minutes [3]** 1124/13 1124/15 1124/17
**mitigate [2]** 1122/24 1123/2
**Mitigation [1]** 1122/22
**moment [1]** 1126/13
**Morgan [2]** 1116/6 1116/9
**motion [5]** 1117/4 1125/2 1125/3 1125/8 1125/11
**motions [1]** 1126/6
**Mr. [3]** 1119/9 1119/24 1125/10
**Mr. Magnuson [2]** 1119/9 1119/24
**Mr. Oswald [1]** 1125/10
**Ms. [1]** 1126/4
**Ms. Ivie [1]** 1126/4
**much [2]** 1119/15 1124/10
**my [2]** 1118/11 1125/8

## N

**need [2]** 1124/14 1126/12
**negative [1]** 1121/18
**night [1]** 1118/4
**nine [1]** 1118/6
**nine o'clock [1]** 1118/6
**no [16]**
**No. [5]** 1123/18 1123/20 1123/22 1124/1 1124/3
**No. 2 [1]** 1123/18
**No. 3 [1]** 1123/20
**No. 4 [1]** 1123/22
**No. 6 [1]** 1124/1
**No. 7 [1]** 1124/3
**Non [1]** 1122/16
**Non-economic [1]** 1122/16
**nondiscriminatory [1]** 1125/16
**not [20]**
**note [1]** 1118/7
**Nothing [1]** 1126/9
**now [3]** 1119/25 1120/1 1123/14
**NW [1]** 1116/4

## O

**o'clock [2]** 1118/5 1118/6
**objection [1]** 1118/15
**obtained [1]** 1122/14
**off [2]** 1120/12 1126/10
**off-label [1]** 1120/12
**Official [1]** 1127/10
**oOo [1]** 1127/2
**open [5]** 1118/3 1119/6 1119/16 1120/1 1124/19
**OREGON [8]** 1115/2 1115/6 1120/15 1121/16 1125/4 1125/5 1125/6 1125/7
**Oregon's [1]** 1125/4
**original [1]** 1127/6
**Oswald [2]** 1116/3 1125/10
**other [4]** 1122/14 1125/12 1125/24 1125/25
**our [3]** 1120/7 1125/2 1125/11

## P

**PA [1]** 1116/10
**Page [1]** 1116/7
**Palo [1]** 1116/7
**parties [1]** 1124/11
**pay [2]** 1120/2 1122/8
**pending [1]** 1119/5
**period [1]** 1122/12
**PHARMACEUTICALS [1]** 1115/6
**Philadelphia [1]** 1116/10
**physical [1]** 1118/8
**place [1]** 1125/6
**plaintiff [24]**
**plaintiff's [6]** 1120/20 1121/18 1121/22 1122/5 1123/2 1123/8
**please [6]** 1119/9 1119/23 1120/2 1124/12 1124/16 1124/20
**poll [1]** 1123/14
**Portland [3]** 1115/6 1116/13 1116/22
**possible [1]** 1118/8
**preponderance [10]** 1120/9 1120/17 1121/2 1121/9 1121/17 1122/4 1122/10 1122/19 1122/23 1123/7
**present [4]** 1118/3 1119/6 1119/16 1124/19

| | |
|---|---|
| **P** | **September [1]**  1127/9 |
| **presiding [3]**  1118/7 1119/21 1123/12 | **service [1]**  1124/11 |
| **prima [1]**  1125/15 | **she [12]**  1118/24 1120/10 1120/18 1120/19 1121/10 1121/10 |
| **proceedings [1]**  1127/5 |   1122/4 1122/10 1122/19 1123/2 1125/19 1125/21 |
| **prohibited [1]**  1123/9 | **short [1]**  1118/13 |
| **Protection [1]**  1120/16 | **should [3]**  1123/1 1125/7 1126/4 |
| **prove [11]**  1120/9 1120/16 1121/2 1121/8 1121/17 1121/22 | **showed [1]**  1123/8 |
|   1122/3 1122/9 1122/19 1122/23 1123/6 | **showing [1]**  1126/2 |
| **published [1]**  1119/25 | **signature [3]**  1127/7 1127/7 1127/7 |
| **Q** | **signed [2]**  1123/12 1127/7 |
| **question [24]** | **signing [1]**  1127/4 |
| **Question No [1]**  1120/8 | **similarly [1]**  1125/20 |
| **quite [1]**  1118/21 | **sir [1]**  1119/21 |
| **R** | **six [1]**  1122/1 |
| **raise [1]**  1119/10 | **so [1]**  1119/12 |
| **rationale [1]**  1125/25 | **someone [1]**  1125/5 |
| **RDR [2]**  1116/21 1127/10 | **specifically [3]**  1118/9 1125/14 1125/18 |
| **reached [1]**  1119/19 | **state [3]**  1120/19 1121/21 1125/3 |
| **read [3]**  1120/1 1120/2 1120/4 | **stated [1]**  1125/18 |
| **reading [1]**  1120/3 | **STATES [3]**  1115/1 1115/12 1116/21 |
| **reason [3]**  1125/16 1125/18 1126/2 | **stay [1]**  1126/12 |
| **reasonable [1]**  1122/24 | **Street [2]**  1116/4 1116/10 |
| **reasons [2]**  1125/25 1125/25 | **substantial [1]**  1121/23 |
| **receive [1]**  1118/8 | **suffering [2]**  1122/17 1122/18 |
| **Recess [1]**  1119/5 | **Suite [2]**  1116/4 1116/12 |
| **recessed [1]**  1118/4 | **sustained [2]**  1122/4 1122/20 |
| **reckless [1]**  1123/8 | **SUZANNE [2]**  1115/3 1125/18 |
| **recognize [1]**  1118/21 | **Suzanne Ivie [1]**  1125/18 |
| **record [3]**  1124/9 1126/6 1127/5 | **SW [2]**  1116/12 1116/22 |
| **reduced [1]**  1123/2 | **sworn [1]**  1120/7 |
| **reference [1]**  1118/9 | **T** |
| **regulation [1]**  1120/20 | **Talcott [1]**  1116/11 |
| **relations [1]**  1125/17 | **talk [4]**  1119/11 1124/22 1126/8 1126/11 |
| **remainder [1]**  1125/21 | **tell [2]**  1118/12 1118/25 |
| **renew [3]**  1125/2 1125/8 1125/11 | **terminate [3]**  1120/21 1121/19 1121/24 |
| **Renewed [1]**  1117/4 | **terminated [9]**  1120/10 1120/13 1120/17 1121/3 1121/4 1121/9 |
| **report [2]**  1120/18 1120/21 |   1121/12 1121/25 1122/11 |
| **REPORTER [2]**  1116/21 1127/10 | **termination [3]**  1122/6 1123/9 1126/3 |
| **reputational [2]**  1122/17 1122/18 | **thank [10]**  1119/3 1119/4 1119/15 1119/18 1124/5 1124/10 |
| **resident [1]**  1125/6 |   1124/18 1125/9 1126/5 1126/12 |
| **resigned [1]**  1122/14 | **that [48]** |
| **resigned/retired [1]**  1122/14 | **their [3]**  1125/15 1126/1 1126/3 |
| **respect [1]**  1125/4 | **them [8]**  1118/12 1118/15 1118/18 1118/25 1119/13 1124/7 |
| **respects [1]**  1120/5 |   1124/23 1126/10 |
| **responsive [1]**  1118/19 | **then [4]**  1118/21 1124/14 1124/23 1124/25 |
| **result [3]**  1122/4 1122/11 1122/20 | **There [3]**  1118/7 1123/4 1124/13 |
| **results [1]**  1125/19 | **therefore [4]**  1118/16 1118/17 1125/7 1126/3 |
| **retaliation [4]**  1120/9 1120/16 1121/8 1121/16 | **these [2]**  1118/20 1119/1 |
| **retaliation/discrimination [1]**  1121/16 | **they [10]**  1118/4 1118/5 1118/16 1118/16 1118/17 1118/20 |
| **retired [1]**  1122/14 |   1119/12 1119/13 1125/18 1126/10 |
| **return [2]**  1124/12 1124/16 | **they're [1]**  1124/24 |
| **Riechert [1]**  1116/6 | **think [1]**  1118/20 |
| **right [2]**  1118/5 1126/10 | **Third [1]**  1116/22 |
| **RMR [1]**  1127/10 | **this [9]**  1122/6 1123/16 1123/18 1123/20 1123/22 1123/24 |
| **Road [1]**  1116/7 |   1124/1 1124/3 1124/21 |
| **Robert [1]**  1116/3 | **those [5]**  1118/10 1118/11 1118/12 1126/3 1126/6 |
| **room [4]**  1116/22 1124/12 1124/15 1124/16 | **through [1]**  1122/6 |
| **rule [1]**  1120/20 | **timelines [2]**  1118/9 1118/16 |
| **RUSSO [1]**  1115/11 | **today [1]**  1123/12 |
| **Ryan [1]**  1116/9 | **took [1]**  1125/6 |
| **S** | **transcript [2]**  1127/5 1127/6 |
| **same [1]**  1123/15 | **trial [2]**  1115/10 1122/6 |
| **says [1]**  1118/21 | **trying [1]**  1118/19 |
| **Schwabe [1]**  1116/12 | **U** |
| **Scott [1]**  1116/3 | **unanimous [1]**  1119/19 |
| **seated [2]**  1119/17 1124/20 | **under [3]**  1125/12 1125/13 1126/1 |
| **second [1]**  1125/3 | **understand [2]**  1119/7 1124/21 |
| **see [1]**  1118/17 | **UNITED [3]**  1115/1 1115/12 1116/21 |
| **seen [1]**  1118/20 | **unlawful [3]**  1122/5 1122/12 1122/20 |
| | **until [1]**  1122/13 |
| | **us [1]**  1124/25 |

**U**

**use [1]**  1122/24

**V**

**verdict [22]**
**verdicts [1]**  1120/7
**very [2]**  1119/15 1124/10
**veto [1]**  1118/24
**violation [1]**  1120/19
**Volume [1]**  1115/10
**voluntarily [1]**  1122/13

**W**

**wages [2]**  1122/3 1122/9
**want [1]**  1126/11
**was [3]**  1121/18 1121/23 1123/9
**Washington [1]**  1116/4
**we [7]**  1119/7 1119/11 1119/20 1120/6 1124/13 1125/11 1126/12
**well [2]**  1118/19 1125/12
**were [2]**  1118/5 1118/12
**what [6]**  1118/10 1122/2 1122/8 1122/17 1123/1 1125/21
**when [2]**  1122/13 1125/6
**whether [4]**  1119/11 1120/4 1123/8 1125/4
**which [1]**  1125/20
**whistleblower [2]**  1120/15 1125/5
**who [1]**  1125/5
**will [8]**  1119/1 1119/9 1119/23 1119/25 1120/3 1124/13 1125/11 1126/10
**willfulness [1]**  1123/6
**Williamson [1]**  1116/12
**willing [1]**  1119/12
**without [1]**  1127/6
**working [1]**  1118/6
**would [14]**
**written [1]**  1123/4
**wrongful [1]**  1125/6
**Wyatt [1]**  1116/12

**Y**

**yes [8]**  1120/23 1123/17 1123/19 1123/21 1123/23 1123/25 1124/2 1124/4
**you [25]**
**you'll [1]**  1124/25
**your [12]**  1119/10 1120/4 1122/12 1123/16 1123/18 1123/20 1123/22 1123/24 1124/1 1124/3 1124/11 1125/11
**Your Honor [2]**  1119/10 1125/11

**Z**

**zero [2]**  1122/15 1123/4